# EXHIBIT 1

Flash Forward to **March 7th, 2012**, this was the Day that Tonkon Torp Attorney David Aman, for the Plaintiff in attempting to execute on a $2.5 Million Dollar Judgement Signed a Subpoena to Marc Randazza.  On March 8th as my own Attorney, in my Pro Se Capacity I get an Email with a Copy of the Marc Randazza Deposition Subpoena.

**After this, the Use of MarcRandazza.com took a Turn.**

Ok so on March 10th, 2012 I am pissed off and want to Expose Marc Randazza before his deposition to "Frame ME", so I buy **FuckMarcRandazza.com - MarcRandazzaSucks.com** ... and I publicize these names best I can, he knows they went up, I saw him on my Statcounter.  Ok so then on **March 12th** I buy more domain names to keep building blogs on, such as MarcJRandazza.com and Marc John Randazza .com ..

So at this point I Got notably into the Search Engines with my story about my experience with Marc Randazza First Amendment Attorney.

**Marc Randazza then Emails, Crystal Cox This**


----- Forwarded Message -----

From: "mjr@randazza.com" <mjr@randazza.com>

To: Crystal Cox <savvybroker@yahoo.com>

Sent: Monday, March 12, 2012 12:37 PM

Subject: Ok


"Ok, you made your point.  So what do you want? "

**I Did NOT Respond to this obvious set up.**

**Ok, so at this point I am really PISSED off and offended,** as Marc Randazza was planning on giving a Deposition and I assumed emailed me this to set me up for Extortion, so On the 13th of March, 2012 I researched Deeper into the Marc Randazza - Sandra Fluke - Rush Limbaugh Scandal.

2