# EXHIBIT 3

| Domain Name | Date Registered or Date of First Post |
|---|---:|
| marcrandazza.com | 12/10/11 |
| marcjrandazza.com | 3/12/12 |
| fuckmarcrandazza.com | 3/10/12 |
| marcjohnrandazza.com | 3/12/12 |
| marcrandazzasucks.com | 3/12/12 |
| marcrandazzaisalyingasshole.com | 3/30/12 |
| marcrandazza.biz | 6/25/12 |
| marcrandazza.info | 8/25/12 |
| marcrandazza.mobi | 8/25/12 |
| marcrandazzaparody.com | 9/4/12 |
| exposemarcrandazza.com | 9/7/12 |
| randazzalegalgroupsucks.com | 9/7/12 |
| trollmarcrandazza.com | 9/11/12 |
| hypocritemarcrandazza.com | 9/11/12 |
| crystalcoxmarcrandazza.com | 9/20/12 |
| marcrandazza.me | 9/20/12 |

| Blogger Sites | |
|---|---|
| marcjohnrandazza.blogspot.com | Routes to marcrandazzasucks.com |
| randazzalegalgroup.blogspot.com | Routes to fuckmarcrandazza.com |
| marcrandazzaviolatedmylegalrights.blogspot.com | Routes to marcrandazza.com |
| markrandazza.blogspot.com | 1/12/12 |
| marcrandazza.blogspot.com | 3/14/12 |
| jenniferrandazza.blogspot.com | 3/14/12 |
| marcrandazzafreespeech.blogspot.com | 3/14/12 |
| marcrandazzaegomaniac.blogspot.com | 6/25/12 |
| marcjrandazza-lawyer.blogspot.com | 6/25/12 |
| marc-randazza.blogspot.com | 6/25/12 |
| marcrandazzawomensrights.blogspot.com | 6/25/12 |
| marcrandazza-asshole.blogspot.com | 6/25/12 |
| marcrandazzatips.blogspot.com | 6/25/12 |
| marcrandazzaabovethelaw.blogspot.com | 6/25/12 |
| marcrandazzaliedaboutcrystalcox.blogspot.com | 7/8/12 |
| janellerandazza.blogspot.com | 11/26/12 |