# EXHIBIT 4



You are logged in as lmt_1984 **Upgrade Your Account** | Log out | Help



crystalcoxmarcrandazza Whois Search

# CrystalCoxMarcRandaZza.com Whois Record

**Acquire this Domain Name**

**Tweet** Like 2.1k

Search Whois Records crystalcoxmarcrandazza.com **Search**

**Add Missing Screenshot:**

Queue Screenshot For Addition

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

**You the smart one?** Let us show you the job you dream of

## Whois Record

**Related Domains For Sale or At Auction** 1 2 **3** More >

CoxOffice.com ($2,395) CoxIm.com ($5,088) CoxContracting.com ($788)
CoxChiropractic.com ($7,000)




Reverse Whois: **"Crystal Cox" owns about** **107 other domains**
Email Search: crystal@crystalcox.com is associated with about **24 domains**

NS History: **1 change** on **2** unique name servers over **0** year.
Whois History: **1 record** has been archived **since 2012-09-22** .
Reverse IP: **679 other sites** hosted on this server.

DOMAININDEX.COM DOMAIN APPRAISALS

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: CRYSTALCOXMARCRANDAZZA.COM
      Created on: 20-Sep-12
      Expires on: 20-Sep-13
      Last Updated on: 26-Sep-12

   Registrant:
   Crystal Cox
   PO Box 505
   Eureka, Montana 59917
   United States

   Administrative Contact:
      Cox, Crystal    crystal@crystalcox.com
      PO Box 505
      Eureka, Montana 59917
      United States
      (406) 270-4046

   Technical Contact:
      Cox, Crystal    crystal@crystalcox.com
      PO Box 505
      Eureka, Montana 59917
      United States
      (406) 270-4046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

**Country TLDs** **General TLDs**

Available domains for registration:

- CrystalCoxMarcRandaZza.at Register
- CrystalCoxMarcRandaZza.be Register
- CrystalCoxMarcRandaZza.ch Register
- CrystalCoxMarcRandaZza.cn Register
- CrystalCoxMarcRandaZza.co.uk Register
- CrystalCoxMarcRandaZza.de Register
- CrystalCoxMarcRandaZza.dk Register
- CrystalCoxMarcRandaZza.es Register
- CrystalCoxMarcRandaZza.eu Register
- CrystalCoxMarcRandaZza.fr Register

**Register All Selected >** **Show all** (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

© **2012 DomainTools, LLC** All rights reserved.



You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

exposemarcrandazza.co Whois Search

# ExposeMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records exposemarcrandazza.com Search

Whois Record Site Profile Registration Server Stats My Whois

## Whois Record

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105** domains

Registrar History: 1 registrar
NS History: 1 change on **2** unique name servers over **0** year.
IP History: 1 change on **2** unique IP addresses over **0** years.
Whois History: 4 records have been archived **since 2012-09-09** .
Reverse IP: 584,576 other sites hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: EXPOSEMARCRANDAZZA.COM
      Created on: 07-Sep-12
      Expires on: 07-Sep-13
      Last Updated on: 07-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

**Country TLDs** **General TLDs**

Available domains for registration:

- ExposeMarcRandaZza.at Register
- ExposeMarcRandaZza.be Register
- ExposeMarcRandaZza.ch Register
- ExposeMarcRandaZza.cn Register
- ExposeMarcRandaZza.co.uk Register
- ExposeMarcRandaZza.de Register
- ExposeMarcRandaZza.dk Register
- ExposeMarcRandaZza.es Register
- ExposeMarcRandaZza.eu Register
- ExposeMarcRandaZza.fr Register

**Register All Selected >** **Show all** (19) >

You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

fuckmarcrandazza.com Whois Search

# FuckMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records fuckmarcrandazza.com Search

Whois Record Site Profile Registration Server Stats My Whois

## Whois Record

**Related Domains For Sale or At Auction** 1 2 3 More >

Fuckel.com ($300) UnderFucken.com ($1,277) SportFucker.com ($1,595)
SoftFucker.com ($1,500) SisFucker.com ($10,000) SeeMotherfucker.com ($550)

Reverse Whois: **"Eliot Bernstein" owns about** **555 other domains**
Email Search: iviewit@iviewit.tv is associated with about **596 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **5 changes** on **3** unique IP addresses over **0** years.
Whois History: **8 records** have been archived **since 2012-03-12** .
Reverse IP: **16,240,521 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: FUCKMARCRANDAZZA.COM
      Created on: 10-Mar-12
      Expires on: 10-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

FuckMarcRandaZza.at Register
FuckMarcRandaZza.be Register
FuckMarcRandaZza.ch Register
FuckMarcRandaZza.cn Register
FuckMarcRandaZza.co.uk Register
FuckMarcRandaZza.de Register
FuckMarcRandaZza.dk Register
FuckMarcRandaZza.eu Register
FuckMarcRandaZza.fr Register
FuckMarcRandaZza.in Register

**Register All Selected >** **Show all** (18) >



You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

hypocritemarcrandazza. Whois Search

# HypocriteMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records hypocritemarcrandazza.com Search

Whois Record Site Profile Registration Server Stats My Whois

## Whois Record

**Related Domains For Sale or At Auction** 1 More >

DailyHypocrite.com ($1,988) ChiefHypocrite.com ($5,000) ArrogantHypocrites.com ($1,495)
ArrogantHypocrite.com ($1,695) BigotsAndHypocrites.com ($750)

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
Whois History: **3 records** have been archived **since 2012-09-13** .
Reverse IP: **6,982,836 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: HYPOCRITEMARCRANDAZZA.COM
      Created on: 11-Sep-12
      Expires on: 11-Sep-13
      Last Updated on: 11-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

**Country TLDs** **General TLDs**

Available domains for registration:

- HypocriteMarcRandaZza.at Register
- HypocriteMarcRandaZza.be Register
- HypocriteMarcRandaZza.ch Register
- HypocriteMarcRandaZza.cn Register
- HypocriteMarcRandaZza.co.uk Register
- HypocriteMarcRandaZza.de Register
- HypocriteMarcRandaZza.dk Register
- HypocriteMarcRandaZza.es Register
- HypocriteMarcRandaZza.eu Register
- HypocriteMarcRandaZza.fr Register

**Register All Selected >** **Show all** (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

marcjrandazza.com Whois Search

# MarcJrAndaZza.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records marcjrandazza.com Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

## Whois Record

### Related Domains For Sale or At Auction

1 2 3 More >

Candance.com ($6,588) Ugandan.com ($9,390) Anandam.com ($1,035)
Andalu.com ($842) Candaces.com ($1,995) IslandAuto.com ($3,688)

Reverse Whois: **"Eliot Bernstein" owns about** **555 other domains**
Email Search: iviewit@iviewit.tv is associated with about **596 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **4 changes** on **3** unique IP addresses over **0** years.
Whois History: **21 records** have been archived **since 2012-03-14** .
Reverse IP: **584,576 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCJRANDAZZA.COM
      Created on: 12-Mar-12
      Expires on: 12-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- MarcJrAndaZza.at Register
- MarcJrAndaZza.be Register
- MarcJrAndaZza.ch Register
- MarcJrAndaZza.cn Register
- MarcJrAndaZza.co.uk Register
- MarcJrAndaZza.de Register
- MarcJrAndaZza.dk Register
- MarcJrAndaZza.es Register
- MarcJrAndaZza.eu Register
- MarcJrAndaZza.fr Register

**Register All Selected >** **Show all** (19) >

You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

marcrandazza.biz Whois Search

# MarcRandaZza.biz Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records marcrandazza.biz Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

## Whois Record

Reverse Whois: "Reverend Crystal Cox" owns about 114 other domains
Email Search: sawybroker@yahoo.com is associated with about 105 domains

NS History: 1 change on 2 unique name servers over 0 year.
IP History: 2 changes on 3 unique IP addresses over 0 years.
Whois History: 6 records have been archived since 2012-06-26 .
Reverse IP: 310,380 other sites hosted on this server.

 Monitor This Domain Name

```
Domain Name:                                 MARCRANDAZZA.BIZ
Domain ID:                                   D50459146-BIZ
Sponsoring Registrar:                        GODADDY.COM, INC.
Sponsoring Registrar IANA ID:                146
Registrar URL (registration services):       whois.godaddy.com
Domain Status:                               clientDeleteProhibited
Domain Status:                               clientRenewProhibited
Domain Status:                               clientTransferProhibited
Domain Status:                               clientUpdateProhibited
Registrant ID:                               CR117173157
Registrant Name:                             Reverend Crystal Cox
Registrant Address1:                         PO Box 2027
Registrant City:                             Port Townsend
Registrant State/Province:                   Washington
Registrant Postal Code:                      98368
Registrant Country:                          United States
Registrant Country Code:                     US
Registrant Phone Number:                     +0.4062704046
Registrant Email:                            sawybroker@yahoo.com

Administrative Contact ID:                   CR117173159
Administrative Contact Name:                 Reverend Crystal Cox
Administrative Contact Address1:             PO Box 2027
Administrative Contact City:                 Port Townsend
Administrative Contact State/Province:       Washington
Administrative Contact Postal Code:          98368
Administrative Contact Country:              United States
Administrative Contact Country Code:         US
Administrative Contact Phone Number:         +0.4062704046
Administrative Contact Email:                sawybroker@yahoo.com

Billing Contact ID:                          CR117173160
Billing Contact Name:                        Reverend Crystal Cox
Billing Contact Address1:                    PO Box 2027
Billing Contact City:                        Port Townsend
Billing Contact State/Province:              Washington
Billing Contact Postal Code:                 98368
Billing Contact Country:                     United States
Billing Contact Country Code:                US
Billing Contact Phone Number:                +0.4062704046
Billing Contact Email:                       sawybroker@yahoo.com

Technical Contact ID:                        CR117173158
Technical Contact Name:                      Reverend Crystal Cox
Technical Contact Address1:                  PO Box 2027
Technical Contact City:                      Port Townsend
Technical Contact State/Province:            Washington
Technical Contact Postal Code:               98368
Technical Contact Country:                   United States
Technical Contact Country Code:              US
Technical Contact Phone Number:              +0.4062704046
Technical Contact Email:                     sawybroker@yahoo.com
```

**You the smart one?** Let us show you the job you dream of

What's This Domain Worth?
FIND OUT AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- MarcRandaZza.at Register
- MarcRandaZza.be Register
- MarcRandaZza.ch Register
- MarcRandaZza.cn Register
- MarcRandaZza.co.uk Register
- MarcRandaZza.de Register
- MarcRandaZza.dk Register
- MarcRandaZza.es Register
- MarcRandaZza.eu Register
- MarcRandaZza.fr Register

Register All Selected > Show all (19) >

You are logged in as lmt_1984 **Upgrade Your Account** | Log out | Help

marcrandazza.com Whois Search

# MarcRandaZza.com Whois Record

**Acquire this Domain Name**

**Tweet** Like 2.1k

Search Whois Records marcrandazza.com **Search**

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

## Whois Record

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105** domains

Registrar History: **1 registrar**
NS History: **7 changes** on **5** unique name servers over **5** years.
IP History: **10 changes** on **7** unique IP addresses over **1** years.
Whois History: **50 records** have been archived **since 2011-12-12** .
Reverse IP: **427,578 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZA.COM
      Created on: 10-Dec-11
      Expires on: 10-Dec-12
      Last Updated on: 04-Jun-12

   Registrant:
   Reverend Crystal Cox
   PO Box 1610
   Eureka, Montana 59917
   United States

   Administrative Contact:
      Cox, Reverend Crystal    sawybroker@yahoo.com

      PO Box 1610
      Eureka, Montana 59917
      United States
      +1.4062704046

   Technical Contact:
      Cox, Reverend Crystal    sawybroker@yahoo.com

      PO Box 1610
      Eureka, Montana 59917
      United States
      +1.4062704046

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

What's the value of this domain?
FIND OUT WHAT IT'S WORTH AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

| Domain | |
|---|---|
| MarcRandaZza.at | Register |
| MarcRandaZza.be | Register |
| MarcRandaZza.ch | Register |
| MarcRandaZza.cn | Register |
| MarcRandaZza.co.uk | Register |
| MarcRandaZza.de | Register |
| MarcRandaZza.dk | Register |
| MarcRandaZza.es | Register |
| MarcRandaZza.eu | Register |
| MarcRandaZza.fr | Register |

**Register All Selected >** **Show all** (19) >

You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

marcrandazza.info Whois Search

# MarcRandaZza.info Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records marcrandazza.info Search

Whois Record Site Profile Registration Server Stats My Whois

## Whois Record

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105 domains**

NS History: 1 change on **2** unique name servers over **0** year.
IP History: 2 changes on **3** unique IP addresses over **0** years.
Whois History: 5 records have been archived **since 2012-06-27** .
Reverse IP: 584,576 other sites hosted on this server.

 Monitor This Domain Name

```
Domain ID:D46953313-LRMS
Domain Name:MARCRANDAZZA.INFO
Created On:25-Jun-2012 21:27:15 UTC
Last Updated On:25-Aug-2012 20:39:07 UTC
Expiration Date:25-Jun-2013 21:27:15 UTC
Sponsoring Registrar:GoDaddy.com LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR117173153
Registrant Name:Reverend Crystal Cox
Registrant Organization:
Registrant Street1:PO Box 2027
Registrant Street2:
Registrant Street3:
Registrant City:Port Townsend
Registrant State/Province:Washington
Registrant Postal Code:98368
Registrant Country:US
Registrant Phone:+0.4062704046
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: sawybroker@yahoo.com

Admin ID:CR117173155
Admin Name:Reverend Crystal Cox
Admin Organization:
Admin Street1:PO Box 2027
Admin Street2:
Admin Street3:
Admin City:Port Townsend
Admin State/Province:Washington
Admin Postal Code:98368
Admin Country:US
Admin Phone:+0.4062704046
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: sawybroker@yahoo.com

Billing ID:CR117173156
Billing Name:Reverend Crystal Cox
Billing Organization:
Billing Street1:PO Box 2027
Billing Street2:
Billing Street3:
Billing City:Port Townsend
Billing State/Province:Washington
Billing Postal Code:98368
Billing Country:US
Billing Phone:+0.4062704046
```

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- MarcRandaZza.at Register
- MarcRandaZza.be Register
- MarcRandaZza.ch Register
- MarcRandaZza.cn Register
- MarcRandaZza.co.uk Register
- MarcRandaZza.de Register
- MarcRandaZza.dk Register
- MarcRandaZza.eu Register
- MarcRandaZza.fr Register
- MarcRandaZza.in Register

**Register All Selected >** **Show all** (18) >



You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

marcrandazza.mobi Whois Search

## MarcRandaZza.mobi Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records marcrandazza.mobi Search

Whois Record Site Profile Registration Server Stats My Whois

### Whois Record

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105** domains

Whois History: **5 records** have been archived **since 2012-06-27** .
Reverse IP: **427,578 other sites** hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

```
Domain ID:D6872161-MOBI
Domain Name:MARCRANDAZZA.MOBI
Created On:25-Jun-2012 21:27:23 UTC
Last Updated On:25-Aug-2012 05:05:12 UTC
Expiration Date:25-Jun-2013 21:27:23 UTC
Sponsoring Registrar:GoDaddy.com, LLC (146)
Created by Registrar:GoDaddy.com, LLC (146)
Last Updated by Registrar:Afilias Ltd. (4000017)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR117173165
Registrant Name:Reverend Crystal Cox
Registrant Street1:PO Box 2027
Registrant City:Port Townsend
Registrant State/Province:Washington
Registrant Postal Code:98368
Registrant Country:US
Registrant Phone:+0.4062704046
Registrant Email: sawybroker@yahoo.com

Admin ID:CR117173167
Admin Name:Reverend Crystal Cox
Admin Street1:PO Box 2027
Admin City:Port Townsend
Admin State/Province:Washington
Admin Postal Code:98368
Admin Country:US
Admin Phone:+0.4062704046
Admin Email: sawybroker@yahoo.com

Tech ID:CR117173166
Tech Name:Reverend Crystal Cox
Tech Street1:PO Box 2027
Tech City:Port Townsend
Tech State/Province:Washington
Tech Postal Code:98368
Tech Country:US
Tech Phone:+0.4062704046
Tech Email: sawybroker@yahoo.com

Name Server:NS09.DOMAINCONTROL.COM
Name Server:NS10.DOMAINCONTROL.COM
```

Backorder This Domain

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

Country TLDs General TLDs

Available domains for registration:

- MarcRandaZza.at Register
- MarcRandaZza.be Register
- MarcRandaZza.ch Register
- MarcRandaZza.cn Register
- MarcRandaZza.co.uk Register
- MarcRandaZza.de Register
- MarcRandaZza.dk Register
- MarcRandaZza.es Register
- MarcRandaZza.eu Register
- MarcRandaZza.fr Register

**Register All Selected >** **Show all** (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984 **Upgrade Your Account** | Log out | Help

marcrandazzaisalyingas Whois Search

# MarcRandaZzaIsalYingAsshole.com Whois Record

**Acquire this Domain Name**

**Tweet** Like 2.1k

Search Whois Records marcrandazzaisalyingasshole.com **Search**

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

## Whois Record

**Related Domains For Sale or At Auction** 1 2 3 More >

| | | |
|---|---|---|
| GlassHoles.com ($2,800) | TrueAsshole.com ($5,000) | TotalAsshole.com ($2,195) |
| TornAsshole.com ($900) | ScreamingAsshole.com ($1,000) | RichAsshole.com ($1,295) |

Reverse Whois: **"Eliot Bernstein" owns about** **555 other domains**
Email Search: iviewit@iviewit.tv is associated with about **596 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **2 changes** on **3** unique IP addresses over **0** years.
Whois History: **7 records** have been archived **since 2012-04-01** .
Reverse IP: **16,240,521 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZAISALYINGASSHOLE.COM
      Created on: 30-Mar-12
      Expires on: 30-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot    iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS63.DOMAINCONTROL.COM
      NS64.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

**Country TLDs** **General TLDs**

Available domains for registration:

MarcRandaZzaIsalYingAsshole.at Register
MarcRandaZzaIsalYingAsshole.be Register
MarcRandaZzaIsalYingAsshole.ch Register
MarcRandaZzaIsalYingAsshole.cn Register
MarcRandaZzaIsalYingAsshole.co.uk Register
MarcRandaZzaIsalYingAsshole.de Register
MarcRandaZzaIsalYingAsshole.dk Register
MarcRandaZzaIsalYingAsshole.es Register
MarcRandaZzaIsalYingAsshole.eu Register
MarcRandaZzaIsalYingAsshole.fr Register

You are logged in as lmt_1984 **Upgrade Your Account** | Log out | Help

marcrandazzaparody.co Whois Search

## MarcRandaZzaParody.com Whois Record

**Acquire this Domain Name** **Tweet** Like 2.1k

Search Whois Records marcrandazzaparody.com **Search**

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

### Whois Record

**Related Domains For Sale or At Auction** 1 2 3 More >

SecondParody.com ($1,795) RapParody.com ($699) PricelessParody.com ($749)
ParodyTees.com ($2,088) ParodySpoof.com ($3,388) ParodyShirts.com ($1,788)

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
Whois History: **3 records** have been archived **since 2012-09-14** .
Reverse IP: **427,578 other sites** hosted on this server.

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZAPARODY.COM
      Created on: 04-Sep-12
      Expires on: 04-Sep-13
      Last Updated on: 28-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

What's the value of this domain?
FIND OUT WHAT IT'S WORTH AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- MarcRandaZzaParody.at Register
- MarcRandaZzaParody.be Register
- MarcRandaZzaParody.ch Register
- MarcRandaZzaParody.cn Register
- MarcRandaZzaParody.co.uk Register
- MarcRandaZzaParody.de Register
- MarcRandaZzaParody.dk Register
- MarcRandaZzaParody.es Register
- MarcRandaZzaParody.eu Register
- MarcRandaZzaParody.fr Register

**Register All Selected >** **Show all** (19) >

.0/15/12 MarcRandaZzaSucks.com - Marc Randa Zza Sucks

You are logged in as lmt_1984 Upgrade Your Account | Log out | Help

marcrandazzasucks.com Whois Search

# MarcRandaZzaSucks.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records marcrandazzasucks.com Search

Domain Parking Lot
.com

Whois Record | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**

1 2 3 More >

CapitalOneSucks.com ($375) MyCreditSucks.com ($10,000) CustomerServiceSucks.com ($1,595)
ThisReallySucks.com ($700) StarSucks.com ($8,000) GravitySucks.com ($1,552)

Reverse Whois: **"Eliot Bernstein" owns about 555 other domains**
Email Search: iviewit@iviewit.tv is associated with about **596 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **5 changes** on **3** unique IP addresses over **0** years.
Whois History: **9 records** have been archived **since 2012-03-12** .
Reverse IP: **584,576 other sites** hosted on this server.

Monitor This Domain Name

**You the smart one?** Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZASUCKS.COM
      Created on: 10-Mar-12
      Expires on: 10-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot   iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot   iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

Backorder This Domain

euro
DTIT12A
ONLY 4.99EUR

What's the value of this domain?
FIND OUT WHAT IT'S WORTH AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- MarcRandaZzaSucks.at Register
- MarcRandaZzaSucks.be Register
- MarcRandaZzaSucks.ch Register
- MarcRandaZzaSucks.cn Register
- MarcRandaZzaSucks.co.uk Register
- MarcRandaZzaSucks.de Register
- MarcRandaZzaSucks.dk Register
- MarcRandaZzaSucks.es Register
- MarcRandaZzaSucks.eu Register
- MarcRandaZzaSucks.fr Register

Register All Selected > Show all (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

whois.domaintools.com/marcrandazzasucks.com 1/

You are logged in as lmt_1984 **Upgrade Your Account** | Log out | Help

randazzalegalgroupsuck Whois Search

# RandaZzaLegalGroupsUcks.com Whois Record

**Acquire this Domain Name**

**Tweet** Like 2.1k

Search Whois Records randazzalegalgroupsucks.com **Search**

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

## Whois Record

**Related Domains For Sale or At Auction** 1 2 3 More >

GlobalGroupServices.com ($350) LifeSupportGroups.com ($688) StarGroupServices.com ($350)
OnlineSupportGroups.com ($1,888) PremierGroupServices.com ($2,595) GroupService.com ($3,588)

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: savvybroker@yahoo.com is associated with about **105 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **1 change** on **2** unique IP addresses over **0** years.
Whois History: **5 records** have been archived **since 2012-09-09** .
Reverse IP: **427,578 other sites** hosted on this server.

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: RANDAZZALEGALGROUPSUCKS.COM
      Created on: 07-Sep-12
      Expires on: 07-Sep-13
      Last Updated on: 07-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal   savvybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal   savvybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

What's the value of this domain?
FIND OUT WHAT IT'S WORTH AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- RandaZzaLegalGroupsUcks.at Register
- RandaZzaLegalGroupsUcks.be Register
- RandaZzaLegalGroupsUcks.ch Register
- RandaZzaLegalGroupsUcks.cn Register
- RandaZzaLegalGroupsUcks.co.uk Register
- RandaZzaLegalGroupsUcks.de Register
- RandaZzaLegalGroupsUcks.dk Register
- RandaZzaLegalGroupsUcks.es Register
- RandaZzaLegalGroupsUcks.eu Register
- RandaZzaLegalGroupsUcks.fr Register

**Register All Selected >** **Show all** (19) >

trollmarcrandazza.com Whois Search

# TrollMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet Like 2.1k

Search Whois Records trollmarcrandazza.com Search

Whois Record Site Profile Registration Server Stats My Whois

## Whois Record

**Related Domains For Sale or At Auction** 1 2 3 More >

Strollin.com ($4,388) RetirementRollover.com ($1,000) PestController.com ($7,500)
BatRolling.com ($1,777) Controlle.com ($300) Patrolling.com ($3,600)

Reverse Whois: **"Reverend Crystal Cox" owns about 114 other domains**
Email Search: sawybroker@yahoo.com is associated with about **105 domains**

Registrar History: **1 registrar**
NS History: **1 change** on **2** unique name servers over **0** year.
IP History: **1 change** on **2** unique IP addresses over **0** years.
Whois History: **3 records** have been archived **since 2012-09-13** .
Reverse IP: **427,578 other sites** hosted on this server.

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: TROLLMARCRANDAZZA.COM
      Created on: 11-Sep-12
      Expires on: 11-Sep-13
      Last Updated on: 26-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal   sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**You the smart one?** Let us show you the job you dream of

What's This Domain Worth?
FIND OUT AT
DOMAININDEX.COM

**Country TLDs** **General TLDs**

Available domains for registration:

- TrollMarcRandaZza.at Register
- TrollMarcRandaZza.be Register
- TrollMarcRandaZza.ch Register
- TrollMarcRandaZza.cn Register
- TrollMarcRandaZza.co.uk Register
- TrollMarcRandaZza.de Register
- TrollMarcRandaZza.dk Register
- TrollMarcRandaZza.es Register
- TrollMarcRandaZza.eu Register
- TrollMarcRandaZza.fr Register

Register All Selected > Show all (19) >