# EXHIBIT 5

Share   0   More   Next Blog»   Create Blog   Sign In

## Marc Randazza Marc J. Randazza by Reverend Crystal Cox Exposing MARC Randazza Fucknut Evil DOER.

ISBN 1-892930-99-4 - Crystal Cox Blogger Vs. Marc Randazza.~ Marc Randazza Blog by Crystal L. Cox, Altruistic Investigative Blogger. Marc Randazza Corbin Fisher. Marc Randazza Crystal Cox. Marc Randazza Ethics. Kenneth P. White.~ Marc Randazza Blog. Altruistic Crystal Cox Blogger Vs. Marc Randazza. Randazza Legal Group ~ Marc John Randazza is a Hypocritcal Asshole. Marc Randazza is a Jerk. The Legal Satyricon is the rambles of blathering IDIOT Marc Randazza of Randazza Legal Group.

Porn News Today   Expose Satanism in the Porn Industry   Foxx Media Group   Marc Randazza   Randazza Legal Group

Marc Randazza   Marc Randazza   Marc Randazza   Marc Randazza   Marc Randazza   Marc Randazza   iViewit Stolen Patent

Marc Randazza   Crystal Cox   Crystal Cox   Crystal Cox   Crystal Cox   Marc Randazza   Randazza Legal Group Sucks

Marc Randazza Liar Liar   Marc Randazza   Marc Randazza

---

Oct 11, 2012

### ahhh Evil Porn Industry Attorney Marc J. Randazza is a Minister? WOW. Sure NOT doing ANYTHING to make the World a Better Place.

Ordained Minister Marc J. Randazza thinks its ok to have a Domain Name with the "Mark" Glen Beck in it, Such as **GlenBeckRapedAndMurderedAYoungGirl** - However Marc J. Randazza, Porn Attorney Minister whines to WIPO, about Domain Names and Blogs owned, managed, or maintained by Reverend Crystal Cox, aKa Investigative Blogger Crystal L. Cox who is dedicated to Exposing the Evil Doings of Traitor, Hypocrite Attorney MARC Randazza.

Here is the **Ordained Minister Marc J. Randazza License**, wonder what Ordained Minister **Marc J. Randazza, aKa Porn Industry Attorney** defending Satanism, is going to do with this "License" to Worship Satan.

**Click the Right Arrow to Pages with Data**

Ordained Minister Marc J. Randazza

Clergy, WOW, he probably used this to Park or Get into Events in California and Florida.   **Porn Clergy ~ Minister Marc Randazza. What a Joke !!**

Here is the list that **Ordained Minister Marc J. Randazza, Hypocritical Troll Attorney Marc Randazza** submitted to WIPO regarding my Online Presence thus Far **Exposing Marc Randazza**. Though he missed a few hundred, still Ordained Minister Marc J. Randazza thinks its ok to own GlenBeckRapedAndMurderedAYoungGirlin1990.com, which he admittedly defended the First Amendment Rights of the Owner.

**By the Way, thanks for the PR, Evil FuckNUTS of Randazza Legal Group.**

Crystal Cox EXPOSES Marc Randazza



Sure, you'll go tell everyone that I was crazy, but you'll forget to tell them the part about you being an ass.

someecards
user card

### ISBN number 1-892930-99-4 Marc Randazza Exposed

eBook is this Blog, Contents Soon in available in PDF Form. Free eBook to Expose Corruption in the Free Speech Bar Association and to Advocate Client Attorney Rights.

I Still want to Sue Marc Randazza, if you will Represent me on Contingency, Email me at SavvyBroker@Yahoo.com

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

**This is Far from OVER**

Yep, and there will Hundreds More MONTHLY, Eternally. Its NOT Defamation, it is Damnation for the EVIL you do in the WORLD. The Real Reverend, of the LIGHT, Crystal Cox will actually Help your Victims, as I Expose YOU and Tell Their Story.

Posted by Investigative Blogger Reverend Crystal L. Cox at 12:13 PM

Recommend this on Google

## No comments:

## Post a Comment

Note: Only a member of this blog may post a comment.

Comment as: Google Account

Publish  Preview

---

| Newer Post | Home | Older Post |

Subscribe to: Post Comments (Atom)

### Expose Marc Randazza

ExposeMarcRandazza.com

MarcRandazzaParody.com

RandazzaLegalGroupSucks.com

### Marc Randazza Parody

MarcRandazzaParody.com

If your looking for blogs or information regarding Marc Randazza write down this email, WhistleblowerMedia@Gmail.com as Marc Randazza is so against Free Speech he wants Domain Name after Domain Name... poor guy..

Expose Marc Randazza

"..you will know the truth, and the truth will make you free." John 8:32

Marc Randazza

# MarcRandazza.mobi
For Marc Randazza Facts, Parody, Information and More for those on the Go needing Entertainment Regarding Super Duper Asshole Marc Randazza.

# MarcRandazza.biz
For those of you seeking to be entertained by non-stop parody, documents, videos and moreregarding the hilariously hypocritical business practices of Marc J. Randazza of Randazza Legal Group.

# MarcRandazza.info
For those needing Parody information regarding the Lying Jerk of an Attorney Marc Randazza. Oh and Last But Not Least, Check Out

MarcRandazzaParody.com

### May the TRUTH Set Marc Randazza Free ...