# EXHIBIT 7

