# EXHIBIT 8

10/15/12                                Marc J. Randazza. Marc Randazza Pompous Ass. Crystal Cox Vs. Mark Randazza: I Fully Believe th...

Case 2:12-cv-02040-GMN-PAL   Document 1-6   Filed 11/28/12   Page 2 of 3

[ Share ] 0  More   Next Blog»                                                                                                Create Blog   Sign In

# Marc J. Randazza. Marc Randazza Pompous Ass. Crystal Cox Vs. Mark Randazza

| Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza |
|---|---|---|---|---|---|
| Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza |
| Marc Randazza | | | | | |

Wednesday, October 10, 2012

**I Fully Believe that Porn Industry Attorney Marc Randazza has insiders at Google, Czech Courts, WIPO, Godaddy, Wordpress and also uses many Bloggers to Paint People HE Don't Like or Approve of, in False Light. Make Notes of Other Blogs to Find INFORMATION on TRAITOR, Turn Coat, Hypocritical Troll Marc Randazza after Marc Randazza. Stay Informed after Marc Randazza STEALS MarcRandazza.com**

**Investigative Blogger Crystal L. Cox is Dedicated to
Exposing Attorney Marc Randazza.**

Google Insiders have removed Google Accounts of Mine, Shut Down Blogs, Deleted Blogs, and have manipulated the Search Engine in order to promote or demote what every alleged First Amendment Attorney, but really Free Speech Suppressing Hypocrite, Troll, Liar, Porn Attorney Marc Randazza tells them too.

For Those of You Who Come Here Daily, YES Marc Randazza's Google Insider Removed this Blog from the Top Ten Search and well removed it Period. Porn Industry Attorney Marc Randazza has insiders at Google whom Suppress Free Speech for Hypocrite, Troll, Liar, Porn Attorney Marc Randazza.

**Porn Industry Attorney Marc Randazza has insiders at Godaddy who lock domain names, intellectual property, when Marc Randazza Says So.**

Porn Industry Attorney Marc Randazza has insider at Wordpress who shut down blogs that he tells them too, without any word of defense from the blog owner or blog author.

I will keep up my coverage, and continue to take tips regarding topics that have been searched on my Blogs, as well as previous tips and Topics, such as:

Marc Randazza Manwin, Marc Randazza Corbin Fisher, Marc Randazza Traitor,  Marc Randazza Copyright Troll,  Marc Randazza and the Hemmer Case, United States vs Hemmer, and more.

I also get search terms and tips that suggest that **Porn Industry Attorney Marc Randazza** is participating in some sort of Satanic Rituals regarding and surrounding the Porn Industry. More on that later via many blog outlets. As Marc Randazza has threatened some of us, or at least we feel threatened by Porn Industry Attorney Marc Randazza.

Other Keywords Searched: marc randazza ken white, michael fattorosi, manwin buys rknet, marc corbin fisher, bullying against free speech, ken white popehat, liberty media holdings llc. ,marc randazza, adult industry attorney,  vasilis kailis child porno, "vasilis kailis" court trial.

I will also post details of the Czech Court Complaint made by Porn Industry Attorney Marc Randazza against me, Investigative Blogger Crystal Cox, in order to Bully me into silence. As well as the WIPO complaint, my response and all related proof and documents. I will do this on the blogs listed below, regardless if WIPO insiders favor Marc Randazza or not. Odds are Marc Randazza will soon STEAL MarcRandazza.com So Check Out the Blogs Listed Below:

My **Marc Randazza** of **Randazza Legal Group** Blogs will also continue discussing issues regarding Mike South, WiKi Leaks, Stalkers and Harassment of woman and families in the Porn Industry, Mafia / Mob Connections, Connections to Randazzo and Mass. Mob Ties, and should I be killed or injured by the Marc Randazza, Pope Hate Kenneth White Lynch Mob, other Investigative Bloggers will continue my Marc Randazza of Randazza Legal Group Blogs Exposing Marc Randazza and other doing bad, illegal, immoral DEEDS in regard to the Porn Industry, Suppressing Free Speech, Copyright Trolling and More.

**Porn Industry Attorney** Marc Randazza **will continue to use insiders to attempt to silence my blogs EXPOSING, Porn Industry Attorney Marc Randazza. I will continue to Start New Blogs, as will my Corruption Fighting Friends..**

Marc Randazza conspired with a Federal Judge and the Plaintiff's Attorney in Obsidian V. Cox to set me up for Extortion. Marc Randazza had his friends threaten me. Marc Randazza supports J. Malcolm Devoy, Attorney and Stalker Sean Tomkins.  Marc Randazza seems to threaten woman to go over a cliff in their car.  Marc Randazza gets his buddies at Forbes to make a blogger look like a Monster for buying a domain name, all the while Marc Randazza is, seemingly deep into the part of the Porn Industry that is not ethical to the Porn Stars and is Down Right EVIL.

Marc Randazza tried to get a protective order against me to STOMP on my Free Speech. Marc Randazza tormented a Bankruptcy Whistle Blower, a mother of 3 in threatening, attacking emails regarding Blogger Crystal Cox. And flat out lied about her in his "Medium of Communication".

Marc Randazza has ruined my life. Marc Randazza has painted me in false light. Marc Randazza SHOULD not be above the LAW. Marc Randazza has so much knowledge of the First Amendment Game, that he abuses his power and gets Insiders to do whatever he wants, regardless of whose life is the Collateral Damage.

I will FIGHT Marc Randazza. I will EXPOSE Marc Randazza. AND if Marc Randazza kills me or Marc Randazza has me killed, I will have my FANS, my Fellow Investigative Bloggers in place to Continuing EXPOSING Marc Randazza, oh and of course his buddy, David Aman Oregon Attorney and Kevin Padrick of Obsidian Finance Group.

**Marc Randazza will soon STEAL MarcRandazza.com**

**So Check Out the Blogs Listed Below:**

**http://marcrandazzaegomaniac.blogspot.com/**

**http://www.marcrandazzasucks.com/**

**http://trollmarcrandazza.com/**

**http://www.crystalcoxmarcrandazza.com/**

**http://www.hypocritemarcrandazza.com/**

**http://www.fuckmarcrandazza.com/**

**http://crystalcoxnews.blogspot.com/search?q=marc+randazza**

**http://marc-randazza.blogspot.com/**

**http://markrandazza.blogspot.com/**

**http://www.exposemarcrandazza.com/**

**For more on Marc Randazza Check Out**

http://pornnewstoday.com/pnt/?s=Marc+Randazza&x=0&y=0

http://porninthevalley.com/?s=Marc+Randazza

http://fightcopyrighttrolls.com/tag/marc-randazza/

Regarding the Porn Industry and Satanism, Check Out
http://americansatanism.com/

Posted by Crystal L. Cox at 6:55 PM        Recommend this on Google

## No comments:

## Post a Comment