# EXHIBIT 9

**RANDAZZA** | **LEGAL GROUP**

Correspondence from:
**Marc J. Randazza, Esq.**
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

*Privileged and Confidential Communication*

October 15, 2012

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

<u>Via Email</u>
iviewit@iviewit.tv

Eliot Bernstein
2753 N.W. 34th Street
Boca Raton, FL 33434-3459

*Re: Domains Registered in Your Name*

Dear Mr. Bernstein:

I am uncertain if you are aware of my ongoing disputes with Ms. Crystal Cox. I have brought a UDRP action against her and against you, for what I believe is the unlawful registration and use of the following domain names: marcrandazza.com, marcjrandazza.com, marcjohnrandazza.com, marcrandazza.biz, marcrandazza.info, marcrandazza.mobi.

I would like to advise you that I am also bringing a federal lawsuit against her. At this time, based on what I know so far, I won't necessarily need to name you as a defendant as well. However, it occurs to me, while I am drafting the complaint, that you may not even be aware of your possible involvement in this case and you may simply be another innocent victim.

Presuming the better of you, I would like to invite you to call me at the number on this letterhead. If, as I suspect, you are not an actual active participant in Ms. Cox's antics, I think that there is a way that we can very easily resolve your involvement in the lawsuit. By this, I mean that there will be no penalty imposed upon you, no lawsuit brought against you, and really no inconvenience to you. On the other hand, if I am mistaken and you are actually an active participant in Ms. Cox's shenanigans, we may need to have a very different conversation.

Please contact me by close of business on Friday, October 19, 2012 and we can (I hope) very quickly and easily get you out of this situation and I can simply focus on Ms. Cox.

Best regards,

*Marc J. Ra[signature]*

Marc. J. Randazza

Text Message
Oct 23, 2012 12:33 PM

Sir, the suit will be filed before 6:00 pm.  However, I will still call you at 6:00 and I will amend the complaint to delete you from it, if our conversation is fruitful.  I sincerely apologize for any inconvenience.

Please include me

You prefer to be a defendant?

So you're not an innocent victim of Crystal Cox?



Text Message          Send