**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, and individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

I, MARC J. RANDAZZA, do hereby declare under penalty of perjury:

1. I am over the age of eighteen (18) years and am a resident of the State of Nevada. I am the managing attorney of Marc J. Randazza PA, d/b/a Randazza Legal Group.

2. I have personal knowledge of the facts contained herein, and if called as a witness, could testify competently thereto.

3. I have been doing business under Marc J. Randazza PA and the Randazza Legal Group since at least 2008.

4. I am the editor and chief writer for the legal blog, Legal Satyricon. I regularly post to the Legal Satyricon about various legal issues, primarily related to the First Amendment and

1

intellectual property. The Legal Satyricon has been named one of the top legal blogs by the American Bar Association.

5. As an attorney, I frequently provide commentary and serve as a source to local and national media organizations. Legal commentaries I have written have appeared on CNN.com, FoxNews.com, and XBiz.com. I have also been a source for several articles that have appeared in the Boston Globe, Los Angeles Times, New York Times, New York City Magazine, among others. Locally, I have been featured in articles in the Las Vegas Review-Journal, Las Vegas Sun, VegasInc, Las Vegas CityLife, and Las Vegas Weekly. In January 2011, XBiz World Magazine named me one of the adult entertainment industry's Top 50 newsmakers and commented on his work in high-profile cases.

6. In addition, I also regularly speak at conferences and on various panels about intellectual property, First Amendment, and adult entertainment legal issues, both nationally and locally.

Dated this 28th day of November, 2012 in Las Vegas, Nevada.

/s/Marc J. Randazza
Marc J. Randazza,
Managing Partner, Randazza Legal Group

2
Randazza Declaration