**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,

Plaintiffs,

vs.

CRYSTAL COX, and individual, and ELIOT BERNSTEIN, an individual,

Defendants.

Case No.

**DECLARATION OF LAURA TUCKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

I, LAURA TUCKER, do hereby declare under penalty of perjury:

1. I am over the age of eighteen (18) years and am a resident of the State of Nevada. I am a law clerk at Randazza Legal Group and a third-year law student at UNLV William S. Boyd School of Law. I am not yet licensed to practice law.

2. I have personal knowledge of the facts contained herein, and if called as a witness, could testify competently thereto.

3. On November 28, 2012, I collected screen shots of the front pages of the Infringing Domain Names registered by the Defendants in the above-captioned matter.

4. I navigated my browser to <marcjohnrandazza.blogspot.com>. When I typed the address into the address bar, the website redirected to <marcrandazzasucks.com>, which is one of the other domain names registered to Defendants.

5. I navigated my browser to <randazzalegalgroup.blogspot.com>. When I typed the address into the address bar, the website redirected to <fuckmarcrandazza.com>, which is one of the other domain names registered to Defendants.

6. I navigated my browser to <marcrandazzaviolatedmylegalrights.blogspot.com>. When I typed the address into the address bar, the website redirected to <marcrandazza.com>, which is one of the other domain names registered to Defendants.

7. I navigated my browser to <marcrandazza.blogspot.com>. When I typed the address into the address bar, the website redirected to <marcjrandazza.com>, which is one of the other domain names registered to Defendants.

8. I navigated my browser to <janellerandazza.blogspot.com>. The blog was listed as "invitation only" when I attempted to access it.

Dated this 28th day of November, 2012 in Las Vegas, Nevada.

Laura Tucker,
Law Clerk, Randazza Legal Group