# EXHIBIT 1

You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help



crystalcox.com    Whois Search    Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Whois History for Crystalcox.com on 2008-01-15

Tweet | Like 1.8k

**Enter a domain name to get its history**

crystalcox.com    Get History

« Previous                                                                                                          Next »

**Domain:** crystalcox.com - Whois History
**Cache Date:** 2008-01-15
**Registrar:** GODADDY.COM, INC.
**Server:** whois.godaddy.com
**Created:** 2007-06-03
**Updated:** 2007-11-27
**Expires:** 2008-06-03
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
savvybroker@yahoo.com

```
Registrant:
    Crystal Cox
    PO BOX 1610
    EUREKA, Montana 59917
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: CRYSTALCOX.COM
        Created on: 03-Jun-07
        Expires on: 03-Jun-08
        Last Updated on: 27-Nov-07

    Administrative Contact:
        Turner, Leslie   savvybroker@yahoo.com
        PO BOX 930
        EUREKA, Montana 59917
        United States
        (406) 882-4177

    Technical Contact:
        Turner, Leslie   savvybroker@yahoo.com
        PO BOX 930
        EUREKA, Montana 59917
        United States
        (406) 882-4177

    Domain servers in listed order:
        NS43.DOMAINCONTROL.COM
        NS44.DOMAINCONTROL.COM
```

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© 2012 DomainTools, LLC All rights reserved.

