# EXHIBIT 3

MARC JOHN RANDAZZA • 3

| | |
|---|---|
| **Admitted To Practice** | **States** <br> Massachusetts (2002) <br> Florida (2003) <br> California (2010) <br> Arizona (2010) <br> Nevada (2012) <br><br> **Federal Courts** <br> United States Supreme Court <br> 1st Circuit Court of Appeals <br> 7th Circuit Court of Appeals <br> 9th Circuit Court of Appeals <br> 10th Circuit Court of Appeals <br> 11th Circuit Court of Appeals <br> U.S. Court of Appeals for the Federal Circuit <br> U.S. District Court - Northern District of California <br> U.S. District Court - Eastern District of California <br> U.S. District Court - Central District of California <br> U.S. District Court - Southern District of California <br> U.S. District Court - District of Colorado <br> U.S. District Court - Middle District of Florida <br> U.S. District Court - Northern District of Florida <br> U.S. District Court - Southern District of Florida <br> U.S. District Court - District of Massachusetts <br> U.S. District Court - District of Arizona <br> U.S. District Court – Eastern District of Michigan <br> U.S. District Court – Northern District of Texas <br> U.S. District Court – District of Nevada <br> U.S. District Court – Eastern District of Wisconsin |
| **Law Review & Bar Journal Publications** | • *Gambling in America's Senior Communities*, 8 MARQUETTE ELDER LAW ADVISOR 343 (2007) (co-authored with Daniel Russell) <br> • *The Florida Supreme Court Dulls the Edge of Rule 1.420(e),* 80 FLA. BAR J. 39 (2006) <br> • *Condo Casino! Gambling in Florida Community Associations,* 79 FLA. BAR J. 8 (2005) <br> • *The Other Election Controversy of Y2K: Core First Amendment Values and High-Tech Political Coalitions,* 82 WASH. U. L. Q. 143 (2004) <br> • *Getting to Yes With Terrorists,* 2002 L. Rev. M.S.U.-D.C.L. 823. (Mich. State L. Rev) <br> • *Breaking Duverger's Law is not Illegal: Strategic Voting, the Internet and the 2000 Presidential Election*, 2001 UCLA J. L. TECH. 6. (2001) <br> • *The Constitutionality of Online Vote Swapping, 34 Loyola L.A. L. Rev. 1297 (2001)* |
| **Other Legal Publications** | • *The Case for Relocating Porn Production to Las Vegas*, XBiz, August 6, 2012 <br> • *Chick-fil-A and Free Speech*, CNN, July 31, 2012 <br> • *It's Un-American to Silence Rush Limbaugh*, CNN, March 12, 2012 <br> • *Malign Neglect, Adult Video News*, January 2012 <br> • *Challenging the Copyrightability of Porn*, XBiz, January 2012 |

- *Are You Guilty If Pirates Use Your Internet? Lawyer says YES*, TorrentFreak, Aug. 6, 2011
- *XXX Revenue Reporting?,* XBIZ WORLD, June 2010
- *Standard Deviation: What's Obscene in an Online World?*, ADULT VIDEO NEWS, Feb. 2010
- *A Domain by Any Other Name…,* ADULT VIDEO NEWS, Dec. 2008
- *2257 Regs a Boon to Patriotic Adult Film Producers,* ADULT VIDEO NEWS, Jun 2005
- *Foreign Content and Section 2257*, XBIZ, Jun. 2005
- *Republicans Save US Jobs (unwittingly),* XBIZ, May 2005
- *Commentary for Congress,* ADULT VIDEO NEWS, March 2005
- *Kiffmeyer – Too Partisan for the Job?* MINN. LAW & POLITICS, Summer 2004
- *Copyright and the Clubhouse,* CONDO MANAGEMENT, Nov. 2003
- *Character Counts: Defamation Law for Community Associations,* COMMUNITY UPDATE, Jan 2003
- *Copyright Issues for Free Fall Photographers,* SKYDIVING MAGAZINE, Oct. 2003
- *Neither is a Fish or a Bird (the Prisco Decision),* 25 ACTIONLINE 4 (2003)
- *Satellite Dishes and Community Associations*, CONDO MANAGEMENT (2003)
- *The Forgotten Electoral Controversy*, INTERMEDIA, April 2001

**Television & Radio Guest Appearances**

- MSNBC, Crime, Inc, Discussing Copyright Law, Aug. 29, 2012.
- KSNV, NBC Las Vegas, Internet providers turn to attorneys to protect content, July 25, 2012
- NBC Bay Area, Porn Copyright Trolls, July 3, 2012
- National Public Radio, On the Media, Combating "Bad" Speech with More Speech, April 6, 2012
- KLAS-TV, Economic Diversity By Legalizing Marijuana, March 26, 2012
- Nevada Public Radio, State of Nevada, The End of Righthaven, March 22, 2012
- Michael Savage, First Amendment Attorney Speaks About Freedom of Speech, March 14, 2012
- Cyber Law and Business Report, Randazza, Righthaven and Roger Williams, Dec. 21, 2011
- National Public Radio, Congress Weighs Law Against Some Lawsuits, April 2, 2010
- National Public Radio, Cyber Harassment and the Law, March 3, 2009
- Fox 35 Orlando, Kids Can't Play Outside Condos, March 3, 2009
- Fox 35 Orlando, New Year's Festivities and the Law, Dec. 30, 2008
- Fox 35 Orlando, Teacher to Blame Hormones, Nov. 19, 2008
- Fox 35 Orlando, Target Mis-prices Car Seats, Nov. 18, 2008
- Lisa Macci's The Justice Hour: Discussing new Sex Laws and the theory of Intentional Sex Torts, Jul. 14, 2008
- The Curtis Sliwa Show, WABC, New York, discussing the Bauer v. Wikipedia defamation case, and Section 230. Jul. 1, 2008
- Lisa Macci's The Justice Hour: Discussing the Connection Distribution case and Section 2257, May 5, 2008
- Fox News, Fox and Friends: The First Amendment and the "Lyrical Terrorist," Nov. 10, 2007
- Fox News, Fox and Friends: Discussing Bradenton High School "Body Painting" Issue, Oct. 18, 2007

- Lisa Macci's The Justice Hour: SLAPP suits and attorney ethics, Jul. 2, 2007
- Fox News, Fox and Friends: Discussing Don Imus' Comments about the Rutgers' Basketball Team, Apr. 10, 2007
- Lisa Macci's The Justice Hour: Restrictions on attorney speech, Jan. 22, 2007
- CNBC: On the Money, Discussing online gambling and prosecutions, Jan. 16, 2007
- Domain Masters: Discussing domain law, gaming law, and First Amendment law with Monte Cahn. Dec. 22, 2006
- Bess Kargman, "Blogsuits" What Effect will Libel Threat Have on the Blogosphere?, Oct. 23, 2006
- Fox News, The Lineup: Video Games and the First Amendment, Sept. 30, 2006
- Fox News, The Lineup: First Amendment and Prisons, Sept. 9, 2006
- Fox News, Heartland with John Kasich: First Amendment Issues and Public Schools, Dec. 30, 2005
- Fox News, Dayside: Commentary on Church-State Issues, Nov. 9,
- Fox News, Heartland with John Kasich: Commentary on Separation of Church and State, Oct. 15, 2005
- Fox News, Live: Commentary and Debate on Online Vote Pairing, Oct. 17, 2004
- Bob Frantz Show: News/Talk 1370: Discussing Election Law Issues. Oct. 10, 2004

**Quotes and Interviews in Newspapers, Magazines, and other Publications**

- Corbin Fisher Sues Oron.com Cloud Storage Service, AVN Media Network, June 21, 2012
- The Righthaven Experiment: A Journalist Wonders If A Copyright Troll Was Right to Sue Him, ABA Journal, April 23, 2012
- Poll: Porn Industry Split Over Government Anti-Piracy Role, XBiz, March 15, 2012
- U.S. Judge Strips Interests From Copyright Enforcer, The Wausau Daily Herald, March 15, 2012
- R-J Copyrights to be Auctioned Following Righthaven's Collapse, Vegas Inc., March 14, 2012
- Hushing Rush Isn't a Good Idea, The Worcester Telegram and Gazette, March 13, 2012
- Call Off the Attacks, The Augusta Chronicle, March 13, 2012
- Industry Attorney Marc Randazza Defends Rush Limbaugh in CNN Op-Ed, XBiz, March 12, 2012
- Righthaven Criticized for Missing Hearing and Briefing Deadline, Vegas Inc., March 6, 2012
- Judge Strips Righthaven of Rights to 278 Copyrights and Its Trademark, Vegas Inc., March 5, 2012
- UMass Amherst: Alumni Spotlight, Feb. 19, 2012
- Yes! Yes! Yes! Could an LA Condom Ordinance Push Pornsters Out of SoCal and Drive Some Naughty Business Our Way?, Las Vegas City Life, Jan. 27, 2012
- Marc Randazza: First Amendment Attorney, Las Vegas City Life, Jan. 27, 2012
- Megaupload Shut Down, Operators Changed, XBiz, Jan. 20, 2012
- Condoms in Porn: Moving Industry Out of State Could Be Difficult, LA Times, Jan. 19, 2012
- Righthaven Actually Shows up to Court, Whines About "Scorched Earth" Tactics

- Against It, TechDirt, Jan. 13, 2012
- XBiz LA's Day 1 Delivers Daily Seminar, Robust Speed Networking, XBiz, Jan. 11, 2012
- Hit By Defendant Judgment, Copyright Troll Righthaven Decries "Scorched Earth"' Effort to Collect, ABA Journal, Jan. 10, 2012
- Righthaven Complains about 'Scorched Earth' Efforts to Enforce Judgment, Vegas Inc., Jan. 9, 2012
- Gay Fetish Filmmaker Found Not Guilty of Obscenity in UK, XBiz, Jan. 6, 2012
- Righthaven Defendant Frustrated Again in Debt Collection, Vegas Inc., Jan. 6, 2012
- PIPA is the New SOPA, San Diego City Beat, Jan. 4, 2012
- The Watch List, San Diego City Beat, Jan. 4, 2012
- Tube Site Operator Must Pay $990K, Judge Says, XBiz, Dec. 28, 2011
- Auction of Righthaven Domain Underway, Vegas Inc., Dec. 26, 2011
- Dismantling of Righthaven Seems Underway with Loss of Website, Vegas Inc., Dec. 22, 2011
- Twitter Stalker is Free to Tweet, Federal Judge Rules, Dec. 20, 2011
- XBiz Top 50 Industry Newsmakers of 2011, XBiz World Magazine, Dec. 20, 2011
- Court Asked to Step in after Righthaven Refuses to Comply with Auction, Vegas Inc., Dec. 20, 2011
- Online Criticism Sparks Real World Defamation Lawsuit, The Sarasota Herald-Tribune, Dec. 18, 2011
- Can Righthaven Survive Latest Legal Blow?, Las Vegas Sun, Dec. 13, 2011
- Music, Book Industries May Back Righthaven, Vegas Inc., Dec. 4, 2011
- Copyright Infringement Defendants Turn the Table on Righthaven, PBS MediaShift, Dec. 1, 2011
- Attorneys Seek to Auction Righthaven Copyrights, Vegas Inc., Nov. 14, 2011
- Attorneys Seek to Examine Righthaven CEO about Company Finances, Vegas Inc., Nov. 7, 2011
- Marshals Ordered to Seize Righthaven Assets, Vegas Inc., Nov. 1, 2011
- Defense Attorneys Hit Righthaven with Sanctions Motion, Vegas Inc., Oct. 26, 2011
- Invasion of the Body Searchers, The New Zealand Herald, Sept. 30, 2011
- Copyright Troll's Assets Targeted for Seizure, Wired, Sept. 19, 2011
- Copyright Troll Righthaven Goes on Life Support, Wired, Sept. 7, 2011
- Miami Heat Minority Owner Ranaan Katz Sues an Anonymous Blogger, Miami NewTimes News, Aug. 25, 2011
- Corbin Fisher Awarded Porn BitTorrent Judgment, June 15, 2011
- Bloggers Mull Legal Action Against Righthaven, Wired, June 15, 2011
- Legal Blog Sues Publisher to Invalidate Trademarks on "BigLaw" and "SmallLaw," ABA Journal, March 22, 2011
- Corbin Fisher Identifies PornILove Pirate, XBiz, March 16, 2011
- Busting Campus Myths, The Massachusetts Daily Collegian, March 10, 2011
- National Bloggers' Group Intervenes in Copyright Lawsuit Campaign, Las Vegas Sun, February 23, 2011
- Lampoontang Appeals Trademark Rejection, XBiz, February 16, 2011
- Righthaven Files First Judgment Motion, Demands Cash and Domain Name, Las Vegas Sun, February 12, 2011
- Congressmen Call for Aggressive Porn Prosecutions, XBiz, February 11, 2011

- The Geek Kings of Smut, New York Magazine, February 7, 2011
- Top Attorneys Focus on Legal Landscape at XBIZ LA, XBiz, February 7, 2011
- Corbin Fisher Sues Hotfile, John Does for Copyright Infringement, AVN, January 18, 2011
- Is Suing End Users a Good Idea?, AVN, January 10, 2011
- Record $250K Porn File-Sharing Settlement Reached, XBiz, January 5, 2011
- Legal Attack Dog Sicked on Websites Accused of Violating R-J Copyrights, Las Vegas Sun, August 4, 2010
- Some targets of Righthaven lawsuits fighting back, Las Vegas Sun, August 4, 2010
- Corbin Fisher receives $1.75 Million Judgment in eBay Piracy Case, AVN, June 10, 2010
- NORML Settles Copyright Case With Righthaven After Rare Strategic Maneuver, Online Media Daily, June 8, 2010
- Reposting Stories Is Like Grand Theft Auto? Really?, The Daily Online Examiner, June 3, 2010
- More and More Lawsuits Over Rants on the Web That Blast Businesses, ABA Law Journal, June 1, 2010
- Venting Online, Consumers Can Find Themselves in Court, The New York Times, May 31, 2010
- These Go To 11: Righthaven Files Yet More Copyright Lawsuits, Online Media Daily, May 7, 2010
- $29M Infringement Suit Waged by 3 Gay Adult Studios, XBiz, March 29, 2010
- Web Site Barred From Quick Release of New Ratings, Wall Street Journal, March 18, 2010
- SOB Stories, Business TN, Jan/Feb 2010
- Corbin Fisher wins $990,000 Judgment Against eBay Pirate, AVN, February 10, 2010
- Corbin Fisher Wins $990,000 Judgment Against Alleged Pirate, XBiz, February 9, 2010
- Ohio Scores Limited Victory In Attempts to Halt Web Porn, AVN, Jan. 28, 2010
- Fly, Meet Sledgehammer, San Diego CityBeat, Jan. 26, 2010
- DudeVu Disappears from Web After Piracy Suit Is Filed, XBiz, Jan. 8, 2010
- Attorney Representing Disgruntled Customer Fires Back in Twitter, Facebook Dispute, TC Palm, Dec. 28, 2009
- Corbin Fisher Takes a Stand with the FCC, AVN, Dec. 15, 2009
- Corbin Fisher Calls Out Religious Group Over Lambert Complaint, XBiz, Dec. 14, 2009
- Corbin Fisher Sues eBay Sellers for Content Piracy, AVN, Dec. 14, 2009
- Corbin Fisher Sues Alleged Pirates Who Sold DVDs on eBay, XBiz, Dec. 10, 2009
- Marc Randazza: his Profane, Pornographic, Anti-Glenn Beck World, Bitter Lawyer, December 7, 2009
- Corbin Fisher's Steamy Offer to Levi Johnston Gets Close Look, XBiz, Dec. 4, 2009
- Lawyer Earns Fan Club For Exposing Glenn Beck as 'The Idiot He Is', The Hollywood Reporter Esq., Nov. 11, 2009
- WIPO Sides With "Glenn Beck and Murdered a Girl" Site, AVN, November 10, 2009
- Breaking: Jones v. Minkin Dismissed!!!, Above The Law, November 4, 2009
- Law graduates settle suit, Yale Daily News, October 23, 2009
- Corbin Fisher, Hunkfest Settle Copyright-Infringement Lawsuit, AVN, October 9,

    2009
- Corbin Fisher Settles Infringement Suit With Hunkfest, XBiz, October 9, 2009
- Corbin Fisher Taps Marc Randazza to Lead Anti-Piracy Efforts, AVN, July 23, 2009
- Critics say bill denies some sexual freedom, Boston Globe, April 26, 2009
- Slimed Online, Conde Nast Portfolio, March 2009
- 22-Year-Old Sells Virginity Online — and Feds Can't Do a Thing to Stop Her, Fox News Online, January 15, 2009
- Absurd Links Lawsuit Could Unravel Web, Daily Online Examiner, October 7, 2008
- Who's to Blame for Bill O'Reilly Hack?, Datamation, Sept. 24, 2008
- California seeks compensation for posting laws online, Washington Times, Sept. 15, 2008
- Experts: SIUE shooting threat case will test First Amendment, St. Clair County Journal, Sep. 10, 2008
- Juicy Campus Web site faces opposition from UF officials, Florida Alligator, Aug. 7, 2008
- Lawyers to name defendants in AutoAdmit case, Yale Daily News, Jul. 31, 2008
- Yale Students' Lawsuit Unmasks Anonymous Trolls, Opens Pandora's Box, WIRED, Jul. 30, 2008
- Oregon claims state law copyrighted, The Washington Times, Apr. 19, 2008
- Lawyers, artists the world over are captivated by case, Fort Myers News-Press, Apr. 12, 2008
- Operation MBI Shame, Orlando Weekly, Oct. 18, 2007
- Classic hustler caught in net scam, Las Vegas Sun, Sept. 12, 2007
- SLAPP Happy, Orlando Weekly, Aug. 9, 2007
- Towering Rage, Luxury condo developers up the ante with critics, Broward New Times, Jul. 26, 2007
- Case Dismissed, Bay Windows, Jul. 12, 2007
- Kink.com Appeals URL Deemed 'Obscene', XBiz World, Jul. 2007 at 16.
- The F-Bomb, Orlando Weekly, Jun. 7, 2007
- Dredging opponent claims developer sent him intimidation letter, Naples News, Apr. 20, 2007
- Resident turns tables on developer with countersuit, Orlando Sentinel, Apr. 7, 2007
- Lawsuit Seeks to Block Blogger: Orlando Sentinel, Sep. 5, 2006
- Morality Battle Carries On: Tampa Tribune, Aug. 17, 2006
- 'Intelligent design' case to undergo 2-pronged test: Pittsburgh Post-Gazette, Oct. 2, 2005
- Plan for 'Adult' Store Draws Residents' Fire: Florida Times-Union (Jacksonville) Jan. 8, 2005
- Swap the Vote: Orlando Weekly, Oct. 24, 2004
- I'll Vote Nader If You Vote Kerry: East Bay Express (California), Sep. 29, 2004
- BACK NEWS: Network World, Sep. 27, 2004
- Kerry backers seek Nader vote exchange: Chattanooga Times Free Press (Tennessee), Sep. 22, 2004

**Online Only Sources**
- Miami Heat Owner Sues Blogger and Google Over 'Unflattering' Photo, TechDirt, June 25, 2012

- What Gives Them the Right to Frisk Henry Kissinger?, Huffington Post, May 21, 2012
- The Practice: A Lawyer to Emulate, Marc Randazza, Above the Law, March 19, 2012
- Can You Be Sued for Simply Watching and Illegal Video Stream?, TorrentFreak, March 17, 2012
- Marc Randazza Driving the White Caddy, Unwashed Advocate, March 16, 2012
- Rick Santorum vs. Marc Randazza: A Dichotomy of Zealotry, Nobody's Business, March 15, 2012
- The Time I Unleashed Marc Randazza on the ABA, Corporate Tool, March 15, 2012
- Marc Randazza, Hero, Simple Justice, March 15, 2012
- Marc Randazza: Why I Went to Law School, Philly Law Blog, March 15, 2012
- Marc Randazza: The Mark of Excellence, Declarations and Exclusions, March 15, 2012
- Marc Randazza: It's UnAmerican to Silence Rush Limbaugh, MensNewsDaily.com, March 15, 2012
- Righthaven is No More! It has Gone to Its Maker!, Citizen Media Law Project, March 15, 2012
- Marc Randazza: 1st Amendment Lawyer Exemplar, Associate's Mind, March 15, 2012
- Marc Randazza's Fun, Effective, Entertaining Legal Writing, Lawyerist.com, March 15, 2012
- Marc Randazza: First Amendment Bad Ass, Popehat, March 15, 2012
- Marc Randazza: Super Lawyer, Super Blogger?, New York Personal Injury Blog, March 15, 2012
- Marc Randazza Would Support Me, Right?, Defrosting Cold Cases, March 15, 2012
- Rush Limbaugh: Gaining Support After Libs Go Too Far, Gather.com, March 13, 2012
- Judge Orders Failed Copyright Troll to Forfeit All Copyrights, Wired, March 13, 2012
- Should Sandra Fluke Sue Rush Limbaugh?, Huffington Post, March 5, 2012
- Copyright Lawsuit Targets Owners of Non-Secure Wireless Networks, ComputerWorld, Feb. 6, 2012
- Righthaven Now Pays Tribute to Content Creators, WebProNews, Jan. 26, 2012
- New Righthaven to Offer Hosting with a Backbone, TechDirt, Jan. 26, 2012
- New Righthaven Offer Hosting with a Spine, BoingBoing, Jan. 23, 2012
- Righthaven Actually Shows up to Court, Whines About "Scorched Earth" Tactics Against It, TechDirt, Jan. 13, 2012
- Righthaven Fails to Show Up as Ordered, TechDirt, Jan. 6, 2012
- Randazza Files for Contempt of Court Against Righthaven, TechDirt, Jan. 3, 2012
- Righthaven Files Emergency Motion to Keep Its Assets, TechDirt, Dec. 30, 2011
- Copyright Troll's Domain Name Auction to Pay Legal Fees, Wired.com, Dec. 27, 2011
- Private Actors are Biggest Threat to Free Speech, Crime & Federalism, Dec. 26, 2011
- Who Want to Own Righthaven.com?, TechDirt, Dec. 22, 2011
- Righthaven Tries New Strategy: Maybe If It Just Ignores Marc Randazza, He'll Go Away, TechDirt, Dec. 22, 2011
- Standing Up for Eroding Civil Liberties, Pravada, Dec. 21, 2011
- Defendant Asks U.S. Marshal to Drag Defeated Righthaven to Court, Ars Technica, Dec. 20, 2011
- It's Official: RIAA Trying to Join Righthaven Lawsuit, TechDirt, Dec. 5, 2011
- Fail: RIAA Plans to Join Righthaven Copyright Trolls, TorrentFreak, Dec. 5, 2011

- If At First You Fail In Suing A Blogger For Defamation Over His Description Of You Shooting Two Dogs, Try, Try Again, TechDirt, Nov. 21, 2011
- Randazza seeking sanctions against Righthaven lawyer for going through charade yet again, TechDirt, Nov. 16, 2011
- District Court Permits Reverse Domain Name Hijacking Claim to Proceed Despite National Arbitration Decision Ordering Transfer of Domain to Defendant, Pattishall IP Blog, Nov. 3, 2011
- District Court Denies Motion to Dismiss on Reverse Hijacking Claim, The Technology & Marketing Blog, Oct. 31, 2011
- Judge Administers Another Beatdown to P2P Lawyer, Severs Cases, Ars Technica, April 4, 2011
- Porn Producer Fights "Biased" Trademark Rejection, YNOT, February 18, 2011
- Gay Porn Studio 'Takes a Pounding' From Pirates, Offers Second Amnesty Deal, South Florida Gay News, February 15, 2011
- Pirates Accepting Corbin Fischer's "Amnesty" Offer, YNOT, January 28, 2011
- Gay Porn's P2P "Amnesty": Cough Up $1,000 And You Won't Be Sued, Ars Technica, January 2011
- The Good War: Porn v. Piracy, YNOT, December 7, 2010
- A Domain by Any Other Name…, AVN Online, December 1, 2008
- Absurd Links Lawsuit Could Unravel Web, Daily Online Examiner, Oct. 7, 2008
- Woman Sentenced for Web Site With 'obscene' Stories, PC World, Aug. 7, 2008
- 3rd Circuit won't create new category of unprotected speech, Freedom Forum First Amendment Center, Aug. 1, 2008
- Supreme's Nod to Guns Could be a Boon to Free Speech, XBiz, Jul. 1, 2008
- US Law Aims to Catch Up With Tech - and Misses, eCommerce Times, Jun. 23, 2008
- Kink.com Appeals URL Deemed 'Obscene', XBiz, Jun. 11, 2007
- Patent Office Refuses Porn Site Trademark Due To 'Obscenity', AVNOnline, Jun. 11, 2007
- Microsoft Sues Cybersquatters, Raises Awareness, Xbiz, Mar. 14, 2007
- Legal Experts Look Closely at New 2257 Regs, Xbiz, May 25, 2005

**Speaking Engagements**

- **CineKink Film Festival**. Lectured on First Amendment and intellectual property issues in the adult entertainment industry, *June 2012, Las Vegas, NV*.
- **American Intellectual Property Law Association**.  Lectured on updates, development, and application on Anti-SLAPP statutes across the country, *Spring Meeting 2012, Austin, TX*.
- **First Amendment Lawyers' Association**.  Lectured on updates, development, and application on Anti-SLAPP statutes across the country, *February 2012, San Diego, CA*.
- **First Amendment Lawyers' Association**.  Lectured on issues in BitTorrent litigation, *July 2011, Minneapolis, MN*.
- **First Amendment Lawyers' Association**.  Lectured on copyright litigation and the errors present in current anti-piracy litigation models, *February 2011, Washington, D.C.*
- **XBIZ LA Conference**. Lectured on intellectual property law and piracy litigation issues, *February 2011, Los Angeles, CA*
- **InterNext Conference**. Participated in panel discussion concerning online adult