# EXHIBIT 4



# The Legal Satyricon
*Occasionally irreverent thoughts on law, liberty, tech, and politics*

| Home | Contact | The Satyriconistas | The Editor | Media |

## The Editor

*Share your knowledge. It's a way to achieve immortality.* -The Dalai Lama

### Marc John Randazza

**BA** – University of Massachusetts (Journalism)
**MA** – University of Florida (Master of Arts in Mass Communication – Media Law Focus)
**JD** - Georgetown University Law Center

### Classes Previously Taught

- First Amendment Seminar – Free Speech
- First Amendment Seminar – Church and State
- Entertainment Law
- Copyright Law
- Trademark Law
- Sports Law

My **CV may be downloaded here**. This document is great for a quick flash of information, but generally a CV is a poor way of telling the real story of who I am and why I have the audacity to believe that I am qualified to teach you a thing or two. So, here it (briefly) is:

In addition to writing most of the content for The Legal Satyricon, For my "day job," I am a First Amendment attorney. While the central focus of my practice First Amendment law, I branch out into Intellectual Property, Internet, and Entertainment Law. Let's just say that I have the coolest job in the world. I am constantly working on the cutting edge of developing areas of law, and I get to fight "the good fight" — protecting all of our First Amendment freedoms. It is an immensely rewarding career choice.

I have experience in both the transactional and litigation sides of a diverse practice that involves many different types of entertainment and media law issues. My "strike zone" is the confluence of First Amendment law and intellectual property law. However, I have experience and expertise in all areas of First Amendment and entertainment law matters. I have represented adult entertainment establishments against socially conservative communities that want to drive "that type of thing" out of town, defamation defendants who have been abused by SLAPP suits, and



**SUBSCRIBE / TERMS OF USE**

Subscribe to the Legal Satyricon

✉ By Email
🔶 By RSS Feed

Become a fan on Facebook
Follow me on Twitter

You must read this prior to any use of this site whatsoever. **Terms & Conditions of Use and Legal Information** (last updated August 4, 2009)

[Search]

**RECENT POSTS**

○ Bleg: Undergroundzero Festival Needs Your Support
○ Carreon Triples Down — Sues Matthew Inman
○ ACLU sues after middle school girls expelled over Facebook comments
○ The Oatmeal Responds (Through Counsel)
○ James John Brennan, BOOM!

**TOP POSTS**

○ The Oatmeal Responds (Through Counsel)
○ Carreon Triples Down — Sues Matthew Inman
○ Glenn Beck's Attempt to Rape and Murder Free Speech in 2009 — Thwarted
○ Righthaven suffers new setback
○ Planet "Fitness" Sucks