# EXHIBIT 5

- South Florida Gay News, February 15, 2011
- Pirates Accepting Corbin Fischer's "Amnesty" Offer, YNOT, January 28, 2011
- Gay Porn's P2P "Amnesty": Cough Up $1,000 And You Won't Be Sued, Ars Technica, January 2011
- The Good War: Porn v. Piracy, YNOT, December 7, 2010
- A Domain by Any Other Name…, AVN Online, December 1, 2008
- Absurd Links Lawsuit Could Unravel Web, Daily Online Examiner, Oct. 7, 2008
- Woman Sentenced for Web Site With 'obscene' Stories, PC World, Aug. 7, 2008
- 3rd Circuit won't create new category of unprotected speech, Freedom Forum First Amendment Center, Aug. 1, 2008
- Supreme's Nod to Guns Could be a Boon to Free Speech, XBiz, Jul. 1, 2008
- US Law Aims to Catch Up With Tech - and Misses, eCommerce Times, Jun. 23, 2008
- Kink.com Appeals URL Deemed 'Obscene', XBiz, Jun. 11, 2007
- Patent Office Refuses Porn Site Trademark Due To 'Obscenity', AVNOnline, Jun. 11, 2007
- Microsoft Sues Cybersquatters, Raises Awareness, Xbiz, Mar. 14, 2007
- Legal Experts Look Closely at New 2257 Regs, Xbiz, May 25, 2005

**Speaking Engagements**

- **CineKink Film Festival**. Lectured on First Amendment and intellectual property issues in the adult entertainment industry, *June 2012, Las Vegas, NV.*
- **American Intellectual Property Law Association**. Lectured on updates, development, and application on Anti-SLAPP statutes across the country, *Spring Meeting 2012, Austin, TX.*
- **First Amendment Lawyers' Association**. Lectured on updates, development, and application on Anti-SLAPP statutes across the country, *February 2012, San Diego, CA.*
- **First Amendment Lawyers' Association**. Lectured on issues in BitTorrent litigation, *July 2011, Minneapolis, MN.*
- **First Amendment Lawyers' Association**. Lectured on copyright litigation and the errors present in current anti-piracy litigation models, *February 2011, Washington, D.C.*
- **XBIZ LA Conference**. Lectured on intellectual property law and piracy litigation issues, *February 2011, Los Angeles, CA*
- **InterNext Conference**. Participated in panel discussion concerning online adult entertainment issues, focusing on antipiracy litigation trends and strategies, *January 2011, Las Vegas, NV*
- **First Amendment Lawyers' Association**. Lectured on the intersection of intellectual property law and free speech, *February 2010, San Antonio, TX*
- **International Trademark Association.** Table topics leader, *May 2010, Boston, MA*
- **First Amendment Lawyers' Association**. Lectured on the intersection of intellectual property law and free speech, *July 2009, Vancouver, BC*
- **First Amendment Lawyers' Association**. Lectured on the intersection of intellectual property law and free speech, *February 2009, New Orleans, LA*
- **Adult Entertainment Expo**. Lectured on intellectual property, brand management, free speech issues and section 2257, January *2009, Las Vegas, NV*
- **First Amendment Lawyers' Association**. Lectured on U.S. trademark law and domain name disputes, *July 2008, San Francisco, CA*

- **Seminole County Inns of Court.** Lectured judges and lawyers on defamation law issues, *February 10, 2008, Orlando, FL*
- **The International Institute of Communications Annual Meeting**. Lectured on US media law to an audience of international businesspeople, government officials, and academics. *October 1-4, 2001, Singapore*
- **Friedrich Ebert Stiftung and Nanyang Technological University Conference on "Media, Civil Society and Good Governance in Southeast Asia."** Lectured on media law in the post-September 11th United States. *November 7-9, 2001, Singapore*
- **Association for Education in Journalism and Mass Communication (AEJMC)** southeast colloquium. Lectured on Internet law. *March 8-10, 2001, Columbia, SC*

**Professional Organizations**

First Amendment Lawyers Association
International Trademark Association