# EXHIBIT 6

# Adult Biz Attorney Randazza on VegasInc Top Lawyer List



Thursday, September 20, 2012
By Rhett Pardon

LAS VEGAS — Adult industry attorney Marc Randazza recently was named as one of Las Vegas' top lawyers for 2012 by VegasInc, a local business news weekly.

Randazza operates Randazza Legal Group, a practice devoted primarily to the 1st Amendment as well as oriented representation of adult entertainment businesses and defendants in SLAPP (strategic lawsuit against public participation) actions, protestors and Internet-based litigation including copyright, cybersquatting and other trademark claims.

The firm has offices in Nevada, as well as Massachusetts, California and Florida.

Randazza has had a busy — and successful — summer litigating the case against file-locker site Oron.com, which was accused of copyright infringement after allegedly inducing and contributing piracy on its site.

Other suits against Oron have now started appearing, including those by Raging Stallion/Falcon and Flava Works (both are not handled by Randazza Legal Group).

One of the Top 50 newsmakers of the adult entertainment industry by XBIZ World for the year 2011, Randazza operates personal blog site The Legal Satyricon.

VegasInc partnered with Avvo.com, a website that specializes in ranking legal professionals, to compile its inaugural list of the top 100 attorneys in the Las Vegas area.

For the list, Avvo used a proprietary algorithm to rate all attorneys on a 10-point scale.

The scale took into account such factors as peer endorsements, experience, education, training, research, publishing and awards.

Randazza was found as one of the most highly rated in his category.

"While being recognized as a top lawyer in Las Vegas is a great honor, it is even more so when I look at the other great lawyers who were also named to the list," Randazza said.

Another adult entertainment attorney, Clyde DeWitt, who has offices in Las Vegas and Los Angeles, said that Marc's placement on the list is well deserved.

"He is a zealous advocate for his clients and for the 1st Amendment, and that zeal certainly is reflected in his work," DeWitt said.

[-] close window