# EXHIBIT 7

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



crystalcoxmarcrandazza    Whois Search

# CrystalCoxMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet    Like  2.1k

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records   `crystalcoxmarcrandazza.com`   Search

**Whois Record**  Site Profile  Registration  Server Stats  My Whois

## Whois Record

**You the smart one?** Let us show you the job you dream of

**Related Domains For Sale or At Auction**       1  2  **3**  More >

CoxOffice.com ($2,395)            CoxIm.com ($5,088)            CoxContracting.com ($788)
CoxChiropractic.com ($7,000)

|  |  |
|---|---|
| Reverse Whois: | "Crystal Cox" owns about  **107 other domains** |
| Email Search: | crystal@crystalcox.com is associated with about **24 domains** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| Whois History: | **1 record** has been archived **since 2012-09-22** . |
| Reverse IP: | **679 other sites** hosted on this server. |

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: CRYSTALCOXMARCRANDAZZA.COM
      Created on: 20-Sep-12
      Expires on: 20-Sep-13
      Last Updated on: 26-Sep-12

   Registrant:
   Crystal Cox
   PO Box 505
   Eureka, Montana 59917
   United States

   Administrative Contact:
      Cox, Crystal    crystal@crystalcox.com
      PO Box 505
      Eureka, Montana 59917
      United States
      (406) 270-4046

   Technical Contact:
      Cox, Crystal    crystal@crystalcox.com
      PO Box 505
      Eureka, Montana 59917
      United States
      (406) 270-4046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```



**Country TLDs**    **General TLDs**

Available domains for registration:

☐ CrystalCoxMarcRandaZza.at       Register
☐ CrystalCoxMarcRandaZza.be       Register
☐ CrystalCoxMarcRandaZza.ch       Register
☐ CrystalCoxMarcRandaZza.cn       Register
☐ CrystalCoxMarcRandaZza.co.uk    Register
☐ CrystalCoxMarcRandaZza.de       Register
☐ CrystalCoxMarcRandaZza.dk       Register
☐ CrystalCoxMarcRandaZza.es       Register
☐ CrystalCoxMarcRandaZza.eu       Register
☐ CrystalCoxMarcRandaZza.fr       Register

**Register All Selected >**      Show all (19) >

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

© 2012 DomainTools, LLC All rights reserved.



You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



exposemarcrandazza.co    Whois Search

# ExposeMarcRandaZza.com Whois Record 

Acquire this Domain Name    Tweet    Like    2.1k

Search Whois Records   `exposemarcrandazza.com`    Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

## Whois Record



| | |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox"** owns about **114 other domains** |
| Email Search: | sawybroker@yahoo.com is associated with about **105 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| IP History: | **1 change** on **2** unique IP addresses over **0** years. |
| Whois History: | **4 records** have been archived **since 2012-09-09** . |
| Reverse IP: | **584,576 other sites** hosted on this server. |

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: EXPOSEMARCRANDAZZA.COM
      Created on: 07-Sep-12
      Expires on: 07-Sep-13
      Last Updated on: 07-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal     sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal     sawybroker@yahoo.com
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

Backorder This Domain

**You the smart one?** Let us show you the job you dream of





DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

**Country TLDs    General TLDs**

Available domains for registration:

☐ ExposeMarcRandaZza.at    Register
☐ ExposeMarcRandaZza.be    Register
☐ ExposeMarcRandaZza.ch    Register
☐ ExposeMarcRandaZza.cn    Register
☐ ExposeMarcRandaZza.co.uk    Register
☐ ExposeMarcRandaZza.de    Register
☐ ExposeMarcRandaZza.dk    Register
☐ ExposeMarcRandaZza.es    Register
☐ ExposeMarcRandaZza.eu    Register
☐ ExposeMarcRandaZza.fr    Register

**Register All Selected >**    Show all (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help



fuckmarcrandazza.com   Whois Search

# FuckMarcRandaZza.com Whois Record

Acquire this Domain Name    Tweet   Like 2.1k

Search Whois Records  `fuckmarcrandazza.com`   Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**    1  2  3  More >

- Fuckel.com ($300)
- UnderFucken.com ($1,277)
- SportFucker.com ($1,595)
- SoftFucker.com ($1,500)
- SisFucker.com ($10,000)
- SeeMotherfucker.com ($550)

|  |  |
|---|---|
| Reverse Whois: | **"Eliot Bernstein"** owns about **555 other domains** |
| Email Search: | iviewit@iviewit.tv is associated with about **596 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on 2 unique name servers over **0** year. |
| IP History: | **5 changes** on 3 unique IP addresses over **0** years. |
| Whois History: | **8 records** have been archived **since 2012-03-12** . |
| Reverse IP: | **16,240,521 other sites** hosted on this server. |

 Monitor This Domain Name



You the smart one? Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: FUCKMARCRANDAZZA.COM
     Created on: 10-Mar-12
     Expires on: 10-Mar-13
     Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

     Administrative Contact:
        Bernstein, Eliot     iviewit@iviewit.tv
        2753 N.W. 34th St.
        Boca Raton, FL 33434-3459
        United States
        +1.5612458588

     Technical Contact:
        Bernstein, Eliot     iviewit@iviewit.tv
        2753 N.W. 34th St.
        Boca Raton, FL 33434-3459
        United States
        +1.5612458588

     Domain servers in listed order:
        NS61.DOMAINCONTROL.COM
        NS62.DOMAINCONTROL.COM
```

Backorder This Domain

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Country TLDs**   **General TLDs**

Available domains for registration:

| ☐ FuckMarcRandaZza.at | Register |
| ☐ FuckMarcRandaZza.be | Register |
| ☐ FuckMarcRandaZza.ch | Register |
| ☐ FuckMarcRandaZza.cn | Register |
| ☐ FuckMarcRandaZza.co.uk | Register |
| ☐ FuckMarcRandaZza.de | Register |
| ☐ FuckMarcRandaZza.dk | Register |
| ☐ FuckMarcRandaZza.eu | Register |
| ☐ FuckMarcRandaZza.fr | Register |
| ☐ FuckMarcRandaZza.in | Register |

**Register All Selected >**   Show all (18) >

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



hypocritemarcrandazza.   Whois Search

# HypocriteMarcRandaZza.com Whois Record

Acquire this Domain Name

Tweet   Like   2.1k

Search Whois Records  `hypocritemarcrandazza.com`  Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**   1   More >

DailyHypocrite.com ($1,988)   ChiefHypocrite.com ($5,000)   ArrogantHypocrites.com ($1,495)
ArrogantHypocrite.com ($1,695)   BigotsAndHypocrites.com ($750)

| | |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox" owns about** **114 other domains** |
| Email Search: |  is associated with about **105 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| Whois History: | **3 records** have been archived **since 2012-09-13** . |
| Reverse IP: | **6,982,836 other sites** hosted on this server. |

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: HYPOCRITEMARCRANDAZZA.COM
      Created on: 11-Sep-12
      Expires on: 11-Sep-13
      Last Updated on: 11-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

      Administrative Contact:
         Cox, Reverend Crystal      savvybroker@yahoo.com
         PO Box 2027
         Port Townsend, Washington 98368
         United States
         +0.4062704046

      Technical Contact:
         Cox, Reverend Crystal      savvybroker@yahoo.com
         PO Box 2027
         Port Townsend, Washington 98368
         United States
         +0.4062704046

      Domain servers in listed order:
         NS21.DOMAINCONTROL.COM
         NS22.DOMAINCONTROL.COM
```

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**You the smart one?** Let us show you the job you dream of





**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ HypocriteMarcRandaZza.at | Register |
| ☐ HypocriteMarcRandaZza.be | Register |
| ☐ HypocriteMarcRandaZza.ch | Register |
| ☐ HypocriteMarcRandaZza.cn | Register |
| ☐ HypocriteMarcRandaZza.co.uk | Register |
| ☐ HypocriteMarcRandaZza.de | Register |
| ☐ HypocriteMarcRandaZza.dk | Register |
| ☐ HypocriteMarcRandaZza.es | Register |
| ☐ HypocriteMarcRandaZza.eu | Register |
| ☐ HypocriteMarcRandaZza.fr | Register |

**Register All Selected >**   Show all (19) >

You are logged in as lmt_1984    **Upgrade Your Account** |  Log out  |  Help



marcjrandazza.com      Whois Search

# MarcJrAndaZza.com Whois Record  

Acquire this Domain Name                    Tweet        Like    2.1k

Search Whois Records    [marcjrandazza.com]    Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**                                  1   2   3   More >

Candance.com ($6,588)          Ugandan.com ($9,390)         Anandam.com ($1,035)
Andalu.com ($842)              Candaces.com ($1,995)        IslandAuto.com ($3,688)

Reverse Whois:   **"Eliot Bernstein"** owns about  **555 other domains**
Email Search:    iviewit@iviewit.tv is associated with about **596 domains**
Registrar History:  **1 registrar**
NS History:   **1 change** on 2 unique name servers over **0** year.
IP History:   **4 changes** on 3 unique IP addresses over **0** years.
Whois History:  **21 records** have been archived since **2012-03-14** .
Reverse IP:   **584,576 other sites** hosted on this server.

Monitor This Domain Name



You the smart one? Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCJRANDAZZA.COM
      Created on: 12-Mar-12
      Expires on: 12-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot      iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot      iviewit@iviewit.tv
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

Backorder This Domain





DOMAININDEX.COM
WHAT'S THIS DOMAIN WORTH?

**Country TLDs**    General TLDs

Available domains for registration:

☐ MarcJrAndaZza.**at**       Register
☐ MarcJrAndaZza.**be**       Register
☐ MarcJrAndaZza.**ch**       Register
☐ MarcJrAndaZza.**cn**       Register
☐ MarcJrAndaZza.**co.uk**    Register
☐ MarcJrAndaZza.**de**       Register
☐ MarcJrAndaZza.**dk**       Register
☐ MarcJrAndaZza.**es**       Register
☐ MarcJrAndaZza.**eu**       Register
☐ MarcJrAndaZza.**fr**       Register

**Register All Selected >**    Show all (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



marcrandazza.biz    Whois Search

# MarcRandaZza.biz Whois Record

Acquire this Domain Name    Tweet    Like 2.1k

Search Whois Records: marcrandazza.biz   Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

## Whois Record

| | |
|---|---|
| Reverse Whois: | "Reverend Crystal Cox" owns about **114 other domains** |
| Email Search: |  sawybroker@yahoo.com is associated with about **105 domains** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| IP History: | **2 changes** on **3** unique IP addresses over **0** years. |
| Whois History: | **6 records** have been archived since **2012-06-26** . |
| Reverse IP: | **310,380 other sites** hosted on this server. |

Monitor This Domain Name

```
Domain Name:                              MARCRANDAZZA.BIZ
Domain ID:                                D50459146-BIZ
Sponsoring Registrar:                     GODADDY.COM, INC.
Sponsoring Registrar IANA ID:             146
Registrar URL (registration services):    whois.godaddy.com
Domain Status:                            clientDeleteProhibited
Domain Status:                            clientRenewProhibited
Domain Status:                            clientTransferProhibited
Domain Status:                            clientUpdateProhibited
Registrant ID:                            CR117173157
Registrant Name:                          Reverend Crystal Cox
Registrant Address1:                      PO Box 2027
Registrant City:                          Port Townsend
Registrant State/Province:                Washington
Registrant Postal Code:                   98368
Registrant Country:                       United States
Registrant Country Code:                  US
Registrant Phone Number:                  +0.4062704046
Registrant Email:                         sawybroker@yahoo.com

Administrative Contact ID:                CR117173159
Administrative Contact Name:              Reverend Crystal Cox
Administrative Contact Address1:          PO Box 2027
Administrative Contact City:              Port Townsend
Administrative Contact State/Province:    Washington
Administrative Contact Postal Code:       98368
Administrative Contact Country:           United States
Administrative Contact Country Code:      US
Administrative Contact Phone Number:      +0.4062704046
Administrative Contact Email:             sawybroker@yahoo.com

Billing Contact ID:                       CR117173160
Billing Contact Name:                     Reverend Crystal Cox
Billing Contact Address1:                 PO Box 2027
Billing Contact City:                     Port Townsend
Billing Contact State/Province:           Washington
Billing Contact Postal Code:              98368
Billing Contact Country:                  United States
Billing Contact Country Code:             US
Billing Contact Phone Number:             +0.4062704046
Billing Contact Email:                    sawybroker@yahoo.com

Technical Contact ID:                     CR117173158
Technical Contact Name:                   Reverend Crystal Cox
Technical Contact Address1:               PO Box 2027
Technical Contact City:                   Port Townsend
Technical Contact State/Province:         Washington
Technical Contact Postal Code:            98368
Technical Contact Country:                United States
Technical Contact Country Code:           US
Technical Contact Phone Number:           +0.4062704046
Technical Contact Email:                  sawybroker@yahoo.com
```

**You the smart one?** Let us show you the job you dream of





What's This Domain Worth? FIND OUT AT DOMAININDEX.COM

**Country TLDs**    **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MarcRandaZza.at | Register |
| ☐ MarcRandaZza.be | Register |
| ☐ MarcRandaZza.ch | Register |
| ☐ MarcRandaZza.cn | Register |
| ☐ MarcRandaZza.co.uk | Register |
| ☐ MarcRandaZza.de | Register |
| ☐ MarcRandaZza.dk | Register |
| ☐ MarcRandaZza.es | Register |
| ☐ MarcRandaZza.eu | Register |
| ☐ MarcRandaZza.fr | Register |

**Register All Selected >**    **Show all (19) >**

You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help



marcrandazza.com         Whois Search

# MarcRandaZza.com Whois Record 

Acquire this Domain Name       Tweet    Like  2.1k

Search Whois Records   `marcrandazza.com`   Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

### Whois Record

| | |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox"** owns about **114 other domains** |
| Email Search: | sawybroker@yahoo.com is associated with about **105 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **7 changes** on **5** unique name servers over **5** years. |
| IP History: | **10 changes** on **7** unique IP addresses over **1** years. |
| Whois History: | **50 records** have been archived since **2011-12-12** . |
| Reverse IP: | **427,578 other sites** hosted on this server. |

Monitor This Domain Name



You the smart one? Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
  Domain Name: MARCRANDAZZA.COM
    Created on: 10-Dec-11
    Expires on: 10-Dec-12
    Last Updated on: 04-Jun-12

  Registrant:
  Reverend Crystal Cox
  PO Box 1610
  Eureka, Montana 59917
  United States

  Administrative Contact:
    Cox, Reverend Crystal    sawybroker@yahoo.com
    PO Box 1610
    Eureka, Montana 59917
    United States
    +1.4062704046

  Technical Contact:
    Cox, Reverend Crystal    sawybroker@yahoo.com
    PO Box 1610
    Eureka, Montana 59917
    United States
    +1.4062704046

  Domain servers in listed order:
    NS61.DOMAINCONTROL.COM
    NS62.DOMAINCONTROL.COM
```

**Backorder This Domain**



**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MarcRandaZza.**at** | Register |
| ☐ MarcRandaZza.**be** | Register |
| ☐ MarcRandaZza.**ch** | Register |
| ☐ MarcRandaZza.**cn** | Register |
| ☐ MarcRandaZza.**co.uk** | Register |
| ☐ MarcRandaZza.**de** | Register |
| ☐ MarcRandaZza.**dk** | Register |
| ☐ MarcRandaZza.**es** | Register |
| ☐ MarcRandaZza.**eu** | Register |
| ☐ MarcRandaZza.**fr** | Register |

**Register All Selected >**   Show all (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help



marcrandazza.info   Whois Search

# MarcRandaZza.info Whois Record ✎

Acquire this Domain Name          Tweet   Like   2.1k

Search Whois Records   [marcrandazza.info]   Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

## Whois Record



| | |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox"** owns about **114 other domains** |
| Email Search: |  savvybroker@yahoo.com is associated with about **105 domains** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| IP History: | **2 changes** on **3** unique IP addresses over **0** years. |
| Whois History: | **5 records** have been archived **since 2012-06-27**. |
| Reverse IP: | **584,576 other sites** hosted on this server. |

Monitor This Domain Name

```
Domain ID:D46953313-LRMS
Domain Name:MARCRANDAZZA.INFO
Created On:25-Jun-2012 21:27:15 UTC
Last Updated On:25-Aug-2012 20:39:07 UTC
Expiration Date:25-Jun-2013 21:27:15 UTC
Sponsoring Registrar:GoDaddy.com LLC (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR117173153
Registrant Name:Reverend Crystal Cox
Registrant Organization:
Registrant Street1:PO Box 2027
Registrant Street2:
Registrant Street3:
Registrant City:Port Townsend
Registrant State/Province:Washington
Registrant Postal Code:98368
Registrant Country:US
Registrant Phone:+0.4062704046
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: savvybroker@yahoo.com
Admin ID:CR117173155
Admin Name:Reverend Crystal Cox
Admin Organization:
Admin Street1:PO Box 2027
Admin Street2:
Admin Street3:
Admin City:Port Townsend
Admin State/Province:Washington
Admin Postal Code:98368
Admin Country:US
Admin Phone:+0.4062704046
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: savvybroker@yahoo.com
Billing ID:CR117173156
Billing Name:Reverend Crystal Cox
Billing Organization:
Billing Street1:PO Box 2027
Billing Street2:
Billing Street3:
Billing City:Port Townsend
Billing State/Province:Washington
Billing Postal Code:98368
Billing Country:US
Billing Phone:+0.4062704046
```

**You the smart one?** Let us show you the job you dream of



**DOMAININDEX.COM**
APPRAISE THIS DOMAIN FOR ME

**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MarcRandaZza.at | Register |
| ☐ MarcRandaZza.be | Register |
| ☐ MarcRandaZza.ch | Register |
| ☐ MarcRandaZza.cn | Register |
| ☐ MarcRandaZza.co.uk | Register |
| ☐ MarcRandaZza.de | Register |
| ☐ MarcRandaZza.dk | Register |
| ☐ MarcRandaZza.eu | Register |
| ☐ MarcRandaZza.fr | Register |
| ☐ MarcRandaZza.in | Register |

**Register All Selected >**   Show all (18) >

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



marcrandazza.mobi        Whois Search

# MarcRandaZza.mobi Whois Record

Acquire this Domain Name          Tweet    Like  2.1k

Search Whois Records   marcrandazza.mobi    Search

**Whois Record** | **Site Profile** | **Registration** | **Server Stats** | **My Whois**

## Whois Record

| | |
|---|---|
| Reverse Whois: | "Reverend Crystal Cox" owns about 114 other domains |
| Email Search: | sawybroker@yahoo.com is associated with about 105 domains |
| Whois History: | 5 records have been archived since 2012-06-27 . |
| Reverse IP: | 427,578 other sites hosted on this server. |
| | Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains |



```
Domain ID:D6872161-MOBI
Domain Name:MARCRANDAZZA.MOBI
Created On:25-Jun-2012 21:27:23 UTC
Last Updated On:25-Aug-2012 05:05:12 UTC
Expiration Date:25-Jun-2013 21:27:23 UTC
Sponsoring Registrar:GoDaddy.com, LLC (146)
Created by Registrar:GoDaddy.com, LLC (146)
Last Updated by Registrar:Afilias Ltd. (4000017)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR117173165
Registrant Name:Reverend Crystal Cox
Registrant Street1:PO Box 2027
Registrant City:Port Townsend
Registrant State/Province:Washington
Registrant Postal Code:98368
Registrant Country:US
Registrant Phone:+0.4062704046
Registrant Email: sawybroker@yahoo.com
Admin ID:CR117173167
Admin Name:Reverend Crystal Cox
Admin Street1:PO Box 2027
Admin City:Port Townsend
Admin State/Province:Washington
Admin Postal Code:98368
Admin Country:US
Admin Phone:+0.4062704046
Admin Email: sawybroker@yahoo.com
Tech ID:CR117173166
Tech Name:Reverend Crystal Cox
Tech Street1:PO Box 2027
Tech City:Port Townsend
Tech State/Province:Washington
Tech Postal Code:98368
Tech Country:US
Tech Phone:+0.4062704046
Tech Email: sawybroker@yahoo.com
Name Server:NS09.DOMAINCONTROL.COM
Name Server:NS10.DOMAINCONTROL.COM
```

**You the smart one?** Let us show you the job you dream of




**Backorder This Domain**

**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MarcRandaZza.at | Register |
| ☐ MarcRandaZza.be | Register |
| ☐ MarcRandaZza.ch | Register |
| ☐ MarcRandaZza.cn | Register |
| ☐ MarcRandaZza.co.uk | Register |
| ☐ MarcRandaZza.de | Register |
| ☐ MarcRandaZza.dk | Register |
| ☐ MarcRandaZza.es | Register |
| ☐ MarcRandaZza.eu | Register |
| ☐ MarcRandaZza.fr | Register |

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**Register All Selected >**     Show all (19) >

You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help



marcrandazzaisalyingas   Whois Search

# MarcRandaZzaIsaIYingAsshole.com Whois Record ✎

Acquire this Domain Name

Tweet   Like   2.1k

Search Whois Records  [marcrandazzaisalyingasshole.com]  **Search**

**Whois Record**  Site Profile   Registration   Server Stats   My Whois

## Whois Record

**Related Domains For Sale or At Auction**                                    **1**  2  3  More >

| GlassHoles.com ($2,800) | TrueAsshole.com ($5,000) | TotalAsshole.com ($2,195) |
| TornAsshole.com ($900) | ScreamingAsshole.com ($1,000) | RichAsshole.com ($1,295) |

Reverse Whois:  **"Eliot Bernstein" owns about   555 other domains**
Email Search:    is associated with about **596 domains**
Registrar History:  **1 registrar**
NS History:  **1 change** on **2** unique name servers over **0** year.
IP History:  **2 changes** on **3** unique IP addresses over **0** years.
Whois History:  **7 records** have been archived **since 2012-04-01** .
Reverse IP:  **16,240,521 other sites** hosted on this server.

Monitor This Domain Name



You the smart one? Let us
show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZAISALYINGASSHOLE.COM
      Created on: 30-Mar-12
      Expires on: 30-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot         
```

```
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot         
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS63.DOMAINCONTROL.COM
      NS64.DOMAINCONTROL.COM
```

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

**DOMAININDEX.COM**
WHAT'S THIS DOMAIN WORTH?

**Country TLDs**   **General TLDs**

Available domains for registration:

☐ MarcRandaZzaIsaIYingAsshole.at      Register
☐ MarcRandaZzaIsaIYingAsshole.be      Register
☐ MarcRandaZzaIsaIYingAsshole.ch      Register
☐ MarcRandaZzaIsaIYingAsshole.cn      Register
☐ MarcRandaZzaIsaIYingAsshole.co.uk   Register
☐ MarcRandaZzaIsaIYingAsshole.de      Register
☐ MarcRandaZzaIsaIYingAsshole.dk      Register
☐ MarcRandaZzaIsaIYingAsshole.es      Register
☐ MarcRandaZzaIsaIYingAsshole.eu      Register
☐ MarcRandaZzaIsaIYingAsshole.fr      Register



You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help

marcrandazzaparody.co   Whois Search

# MarcRandaZzaParody.com Whois Record

Acquire this Domain Name        Tweet   Like  2.1k

Search Whois Records: marcrandazzaparody.com   Search

**Whois Record**  |  Site Profile  |  Registration  |  Server Stats  |  My Whois

## Whois Record

**Related Domains For Sale or At Auction**          1  2  3  More >

- SecondParody.com ($1,795)
- RapParody.com ($699)
- PricelessParody.com ($749)
- ParodyTees.com ($2,088)
- ParodySpoof.com ($3,388)
- ParodyShirts.com ($1,788)

Reverse Whois: **"Reverend Crystal Cox" owns about** 114 other domains
Email Search: savvybroker@yahoo.com is associated with about **105 domains**
Registrar History: **1 registrar**
NS History: **1 change** on 2 unique name servers over **0** year.
Whois History: **3 records** have been archived since 2012-09-14.
Reverse IP: **427,578 other sites** hosted on this server.

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZAPARODY.COM
     Created on: 04-Sep-12
     Expires on: 04-Sep-13
     Last Updated on: 28-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
     Cox, Reverend Crystal    savvybroker@yahoo.com
     PO Box 2027
     Port Townsend, Washington 98368
     United States
     +0.4062704046

   Technical Contact:
     Cox, Reverend Crystal    savvybroker@yahoo.com
     PO Box 2027
     Port Townsend, Washington 98368
     United States
     +0.4062704046

   Domain servers in listed order:
     NS21.DOMAINCONTROL.COM
     NS22.DOMAINCONTROL.COM
```

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**You the smart one?** Let us show you the job you dream of



**Country TLDs**   **General TLDs**

Available domains for registration:

- ☐ MarcRandaZzaParody.at        Register
- ☐ MarcRandaZzaParody.be        Register
- ☐ MarcRandaZzaParody.ch        Register
- ☐ MarcRandaZzaParody.cn        Register
- ☐ MarcRandaZzaParody.co.uk     Register
- ☐ MarcRandaZzaParody.de        Register
- ☐ MarcRandaZzaParody.dk        Register
- ☐ MarcRandaZzaParody.es        Register
- ☐ MarcRandaZzaParody.eu        Register
- ☐ MarcRandaZzaParody.fr        Register

**Register All Selected >**   Show all (19) >

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



marcrandazzasucks.com    Whois Search

# MarcRandaZzaSucks.com Whois Record

Acquire this Domain Name      Tweet    Like   2.1k

Search Whois Records    `marcrandazzasucks.com`    Search

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

## Whois Record

**Related Domains For Sale or At Auction**      **1**   2   3   More >

| | | |
|---|---|---|
| CapitalOneSucks.com ($375) | MyCreditSucks.com ($10,000) | CustomerServiceSucks.com ($1,595) |
| ThisReallySucks.com ($700) | StarSucks.com ($8,000) | GravitySucks.com ($1,552) |

Reverse Whois: **"Eliot Bernstein"** owns about **555 other domains**
Email Search:  is associated with about **596 domains**
Registrar History: **1 registrar**
NS History: **1 change** on 2 unique name servers over **0** year.
IP History: **5 changes** on 3 unique IP addresses over **0** years.
Whois History: **9 records** have been archived **since 2012-03-12** .
Reverse IP: **584,576 other sites** hosted on this server.

Monitor This Domain Name



You the smart one? Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: MARCRANDAZZASUCKS.COM
      Created on: 10-Mar-12
      Expires on: 10-Mar-13
      Last Updated on: 28-Apr-12

   Registrant:
   Eliot Bernstein
   2753 N.W. 34th St.
   Boca Raton, FL 33434-3459
   United States

   Administrative Contact:
      Bernstein, Eliot    
```

```
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Technical Contact:
      Bernstein, Eliot    
```
```
      2753 N.W. 34th St.
      Boca Raton, FL 33434-3459
      United States
      +1.5612458588

   Domain servers in listed order:
      NS61.DOMAINCONTROL.COM
      NS62.DOMAINCONTROL.COM
```

**Backorder This Domain**

**Country TLDs**    **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MarcRandaZzaSucks.**at** | Register |
| ☐ MarcRandaZzaSucks.**be** | Register |
| ☐ MarcRandaZzaSucks.**ch** | Register |
| ☐ MarcRandaZzaSucks.**cn** | Register |
| ☐ MarcRandaZzaSucks.**co.uk** | Register |
| ☐ MarcRandaZzaSucks.**de** | Register |
| ☐ MarcRandaZzaSucks.**dk** | Register |
| ☐ MarcRandaZzaSucks.**es** | Register |
| ☐ MarcRandaZzaSucks.**eu** | Register |
| ☐ MarcRandaZzaSucks.**fr** | Register |

**Register All Selected >**    Show all (19) >

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984   **Upgrade Your Account** | Log out | Help



randazzalegalgroupsuck   Whois Search

# RandaZzaLegalGroupsUcks.com Whois Record

Acquire this Domain Name     Tweet   Like 2.1k

Search Whois Records  `randazzalegalgroupsucks.com`  Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**                             1  2  3  More >

GlobalGroupServices.com ($350)      LifeSupportGroups.com ($688)      StarGroupServices.com ($350)
OnlineSupportGroups.com ($1,888)    PremierGroupServices.com ($2,595) GroupService.com ($3,588)

|   |   |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox"** owns about **114 other domains** |
| Email Search: |  is associated with about **105 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| IP History: | **1 change** on **2** unique IP addresses over **0** years. |
| Whois History: | **5 records** have been archived **since 2012-09-09** . |
| Reverse IP: | **427,578 other sites** hosted on this server. |

Monitor This Domain Name



You the smart one? Let us show you the job you dream of

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: RANDAZZALEGALGROUPSUCKS.COM
      Created on: 07-Sep-12
      Expires on: 07-Sep-13
      Last Updated on: 07-Sep-12

   Registrant:
   Reverend Crystal Cox
   PO Box 2027
   Port Townsend, Washington 98368
   United States

   Administrative Contact:
      Cox, Reverend Crystal    
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Technical Contact:
      Cox, Reverend Crystal    
      PO Box 2027
      Port Townsend, Washington 98368
      United States
      +0.4062704046

   Domain servers in listed order:
      NS21.DOMAINCONTROL.COM
      NS22.DOMAINCONTROL.COM
```

 

**Country TLDs**   **General TLDs**

Available domains for registration:

☐ RandaZzaLegalGroupsUcks.at    Register
☐ RandaZzaLegalGroupsUcks.be    Register
☐ RandaZzaLegalGroupsUcks.ch    Register
☐ RandaZzaLegalGroupsUcks.cn    Register
☐                               Register
   RandaZzaLegalGroupsUcks.co.uk
☐ RandaZzaLegalGroupsUcks.de    Register
☐ RandaZzaLegalGroupsUcks.dk    Register
☐ RandaZzaLegalGroupsUcks.es    Register
☐ RandaZzaLegalGroupsUcks.eu    Register
☐ RandaZzaLegalGroupsUcks.fr    Register

**Register All Selected >**   Show all (19) >

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

You are logged in as lmt_1984    **Upgrade Your Account** | Log out | Help



trollmarcrandazza.com    Whois Search

# TrollMarcRandaZza.com Whois Record

Acquire this Domain Name     Tweet    Like 2.1k

Search Whois Records   `trollmarcrandazza.com`   Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

## Whois Record

**Related Domains For Sale or At Auction**     **1** 2 3 More >

- Strollin.com ($4,388)
- RetirementRollover.com ($1,000)
- PestController.com ($7,500)
- BatRolling.com ($1,777)
- Controlle.com ($300)
- Patrolling.com ($3,600)

| | |
|---|---|
| Reverse Whois: | **"Reverend Crystal Cox"** owns about **114 other domains** |
| Email Search: | sawybroker@yahoo.com is associated with about **105 domains** |
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on **2** unique name servers over **0** year. |
| IP History: | **1 change** on **2** unique IP addresses over **0** years. |
| Whois History: | **3 records** have been archived **since 2012-09-13** . |
| Reverse IP: | **427,578 other sites** hosted on this server. |

 Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: TROLLMARCRANDAZZA.COM
      Created on: 11-Sep-12
      Expires on: 11-Sep-13
      Last Updated on: 26-Sep-12

    Registrant:
    Reverend Crystal Cox
    PO Box 2027
    Port Townsend, Washington 98368
    United States

    Administrative Contact:
       Cox, Reverend Crystal     sawybroker@yahoo.com
       PO Box 2027
       Port Townsend, Washington 98368
       United States
       +0.4062704046

    Technical Contact:
       Cox, Reverend Crystal     sawybroker@yahoo.com
       PO Box 2027
       Port Townsend, Washington 98368
       United States
       +0.4062704046

    Domain servers in listed order:
       NS21.DOMAINCONTROL.COM
       NS22.DOMAINCONTROL.COM
```

**Backorder This Domain**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**You the smart one?** Let us show you the job you dream of





**Country TLDs**    **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ TrollMarcRandaZza.at | Register |
| ☐ TrollMarcRandaZza.be | Register |
| ☐ TrollMarcRandaZza.ch | Register |
| ☐ TrollMarcRandaZza.cn | Register |
| ☐ TrollMarcRandaZza.co.uk | Register |
| ☐ TrollMarcRandaZza.de | Register |
| ☐ TrollMarcRandaZza.dk | Register |
| ☐ TrollMarcRandaZza.es | Register |
| ☐ TrollMarcRandaZza.eu | Register |
| ☐ TrollMarcRandaZza.fr | Register |

**Register All Selected >**    Show all (19) >