# EXHIBIT 11



www.crystalcoxmarcrandazza.com

Gmail: Email from G...   Subscribe...

# Blogger Crystal Cox Exposes Hypocrite Attorney Marc Randazza

Classic   Flipcard   Magazine   Mosaic   Sidebar   Snapshot   Timeslide



NOV 14

Who is Andrew Hill? Is Andrew Hill Marc Randazza? Have a Marc Randazza Tip, eMail me Crystal Cox Sworn ENEMY of Marc Randazza. Is Kenneth P. White involved in Extortion Scandals with Marc Randazza or with Andrew Hill. Please eMail documents, videos, transcripts, any evidence of Criminal Activity regarding Marc Randazza and Kenneth P. White.

Is Andrew Hill Marc Randazza?  Who is Andrew Hill, more Coming Soon.

**Beware of Kenneth P. White, Do your Homework**

Kenneth White scandal with complaints of Andrew Hill

TS A ATTRNY KENNETH WHITE AND ASSOCIATES BUT THE TELEPHONE NUMBERS DONT MATCH ATTRNY NAME WHENM REVERSING IT

12/26/2011 1:02PM"

Who is Adam Steinburg?  More Coming Soon, have a tip?
Crystal@CrystalCox.com

So many questions. Also I am getting Tips that Kenneth P. White and Marc Randazza may be Lovers, not that I have a problem with that, however it does seem a Conflict of Interest. So please email me tips on this issue as well. Oh you did know that Marc Randazza is Gay right? Sorry if I outed Him, thought you all knew.

Extortion, Fraud, Hate Crimes, Conspiracy, Collusion... and much more to be in my Criminal Complaint Against Marc Randazza and Kenneth P. White. Please eMail documents, videos, transcripts, any evidence of Criminal Activity regarding Marc Randazza and Kenneth P. White.



# Expose Marc Randazza - Blog by Reverend Crystal Cox Investigative Blogger

**Expose Marc Randazza email me at Crystal@CrystalCox.com ~ Fight Copyright Troll, Extortionist Marc Randazza, EXPOSE Him.**

Sunday, November 18, 2012

Posted by Crystal L. Cox at 5:23 PM    No comments:

Recommend this on Google

**Marc Randazza Blogs by Crazy Crystal Cox**

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

Marc Randazza

**Marc Randazza King of 1st Amendment Suppression**



www.fuckmarcrandazza.com

# Marc Randazza ~ Crystal Cox Vs. Marc Randazza - Randazza Legal Group. Marc Randazza

Marc Randazza threatens to make Crystal Cox his ENEMY and Marc Randazza of Corbin Fisher certainly has. Marc Randazza is STOMPING on the Freedom of Speech and First Amendment for ALL..

Wednesday, November 14, 2012

## Who is Andrew Hill? Is Andrew Hill Marc Randazza? Have a Marc Randazza Tip, eMail me Crystal Cox Sworn ENEMY of Marc Randazza. Is Kenneth P. White involved in Extortion Scandals with Marc Randazza or with Andrew Hill. Please eMail documents, videos, transcripts, any evidence of Criminal Activity regarding Marc Randazza and Kenneth P. White.

Is Andrew Hill Marc Randazza? Who is Andrew Hill, more Coming Soon.

Beware of Kenneth P. White, Do your Homework

http://bit.ly/UomHYu

Kenneth White scandal with complaints of Andrew Hill
http://www.numberguru.com/678-954-2332

"IS A ATTTRNY KENNETH WHITE AND ASSOCIATES BUT THE TELEPHONE NUMBERS DONT MATCH ATTRNY NAME WHENM REVENSING IT

12/26/2011 1:02PM"

hypocritemarcrandazzablog.blogspot.com

1    More ▼   Next Blog»

Gmail: Email from G...  ☐ Subscribe...      Create Blog   Sign In
☐ Other Bookmarks

Attorney Marc Randazza is a Hypocrite. He pretends to fight for Free Speech then turns around and helps to set precedence that will STOMP on the Free Speech Rights of Bloggers and Domainers Everywhere. Marc Randazza will work for YOU and then TURN on you like a Rabid Dog. And then he will get his Popehate.com* Lynch Mob to put you on the run and Paint you in False Light Galore. Meanwhile he is raking in money from all sides, or shall we call it extorting money from all sides.

**Wednesday, November 14, 2012**

Is Andrew Hill  Marc Randazza?  Who is Andrew Hill  more Coming Soon.

**Beware of Kenneth P. White, Do your Homework**

Kenneth White scandal with complaints of Andrew Hill

*

TS A ATTRNY KENNETH WHITE AND ASSOCIATES BUT THE TELEPHONE NUMBERS DONT MATCH ATTRNY NAME WHENM NEVENSING IT

12/26/2011 1.02PM*

**Blog Archive**

(12)

(3)

(8)

(1)



# Marc Randazza Lies about Blogger Crystal Cox to Cover Up Corruption

Blog By Crystal Cox, Investigative Blogger, and Enemy of Marc Randazza, Husband of Jennifer Randazza, I Think?

**Saturday, April 7, 2012**

Crystal Cox Fights Back Over the Flat Lies of the Attorney, Blogger Lynch Mob Attack Me because Attorney Marc Randazza is BUTTHURT.

Crystal Cox Rebuttal to Yet another Set of Lies

from First Amendment Attorney Marc J. Randazza



WEDNESDAY, NOVEMBER 14, 2012

## Who is Andrew Hill? Is Andrew Hill Marc Randazza?

Have a Marc Randazza Tip, eMail me Crystal Cox Sworn ENEMY of Marc Randazza. Is Kenneth P. White involved in Extortion Scandals with Marc Randazza or with Andrew Hill. Please eMail documents, videos, transcripts, any evidence of Criminal Activity regarding Marc Randazza and Kenneth P. White.

Is Andrew Hill Marc Randazza? Who is Andrew Hill, more Coming Soon.

**Beware of Kenneth P. White, Do your Homework**

http://bit.ly/UomH1Yu

**MARC RANDAZZA LIES ABOUT BLOGGER CRYSTAL COX TO ANYONE WHO WILL LISTEN**

Marc Randazza is a Two Faced, HypoCritical, Woman HAting Lying Bastard. Blogger Crystal Cox, ME says DO NOT TRUST the Asshole for ANY Reason. Just Sayin'

Brought to you by the REAL First AMenticment and not the Bullshit of Marc Randazza's Gibberish and Life Ruining Lies.

**BLOG ARCHIVE**

2012 (12)

www.marcjohnrandazza.com

Gmail Email from G...   Subscribe...

More ▾   Next Blog»

earth2laura@gmail.com   Dashboard   Sign Out

Other Bookmarks

# Marc John Randazza - Marc Randazza Parody Blog EXPOSING Marc J. Randazza

## Crystal Cox is So Smart, How Does She Do It.

Welcome to my Marc Randazza Parody Blog.

oh, and P.S. Fuck You, Hypocritical, Lying Bastard of an Attorney, Marc John Randazza of Randazza Legal Group.. which yes Sucks...

Posted by Crystal L. Cox at 1:49 PM   No comments

Recommend this on Google

Home

Subscribe to: Posts (Atom)



**Marc Randazza KING of Internet Censorship**

**Marc Randazza Attacks Free Speech Rights**

www.marcjrandazza.com

Gmail: Email From G...    Subscribe...    More ▼    Next Blog▶    earl2dura@gmail.com    Dashboard    Sign C

# Marc Randazza - Marc J. Randazza - Marc Randazza Parody

Blog by ENEMY of Marc Randazza, Crystal Cox Blogger.

Marc Randazza is a self proclaimed **First Amendment Attorney**, and many believe Marc Randazza is an advocate of Free Speech. Marc Randazza has very good connections regarding who to pay, and how to play within the First Amendment Bar and the Free Speech Laws, but Marc Randazza is no Champion of the First Amendment.

Marc Randazza has done all he can to turn on the Free Speech Rights of a woman whom he wanted to represent in a major Free Speech Case and whom turned him down because he treated her badly.

I am that woman and since this time, nearly a year ago now, Marc Randazza has stolen domain names, filed protective orders, got entire blogs at wordpress and blogger deleted with no warning and has used his power and connections to attack my Free Speech Rights, and stomp on the First Amendment Rights of All.

Marc Randazza has threatened me, conspired to set me up with criminal charges, painted me in False Light, lied about me to Forbes, defamed me, incited a lynch mob against me, and all because Marc Randazza did not approve of a Domain Name I purchased and I rejected Marc ...Randazza of Randazza Legal Group as my Attorney.

I want to sue Marc Randazza for painting me in false light, for defamation, for lying to major media and therefore causing harm to my income potential, endangering my life, causing me duress and more. If you an attorney who is NOT afraid of Marc Randazza, please email me Crystal L. Cox to represent me in a suing Marc Randazza, Randazza Legal Group.

**Marc Randazza, appears to me to have mafia ties and is VERY Dangerous.**

Marc Randazza is knowledgeable in First Amendment Laws and has many connections, affiliations and conflicts of interest. Marc Randazza uses this knowledge in order to get his clients and potential clients to bend to his will.

blogspot.gr    Περισσότερα ▼   Επόμενο ιστολόγιο    Δημιουργία ιστολογίου   Σύνδεση

Goota Marc Randazza Tip: SavvyBroaa@yahoo.com · Crystal... Cox Blogger Enemy of Marc Randazza, Pornos Ass...

WEDNESDAY, SEPTEMBER 5, 2012



MARC RANDAZZA KING OF INTERNET
CENSORSHIP

BLOG ARCHIVE

(9)

(2)

(3)

Marc Randazza – Marc ...

Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza

**WEDNESDAY, SEPTEMBER 5, 2012**

MarcRandazza.com, Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. MarcRandazza.com and the War with Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group and Internet Savvy Blogger Crystal Cox Rages On. MarcRandazza.com is the domain name that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group was just not SAVVY enough to Buy. So Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group is fighting Free Speech Rights of all, so that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group can STEAL MarcRandazza.com. Expose Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. Email your Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. Blogger Crystal Cox is dedicated to EXPOSING Corruption and Violation of Constitutional Rights. Email your Marc Randazza Tips to Crystal Cox Blogger. Crystal Cox Investigative Blogger, Let's Parody Marc J. Randazza, Marc John Randazza, Marc Randazza.

**Let's Revisit some Past Crystal L. Cox Posts Regarding Fucktard Attorney Marc Randazza of Randazza Legal Group, seemingly posing as a First Amendment "Champion".**



▼ 2012 (9)

▼ September (2)

MarcRandazza.com, Marc J. Randazza, Marc John. Rand...

Marc J. Randazza Responds to Matthew A. Kaplan, Es...

► August (4)

► July (1)

► June (2)

www.marcrandazza.com

Gmail Email from G...  Subscribe...  Other Bookmarks

Sign Out  Dashboard  Gmail  earth2laura@gmail.com

# Marc Randazza Blog by Investigative Blogger Crystal Cox Dedicated to Exposing Marc Randazza.

## ISBN 1-892930-99-4 - Crystal Cox Blogger Vs. Marc Randazza.~ Marc Randazza Blog by Crystal L. Cox, Altruistic Investigative Blogger. Marc Randazza Corbin Fisher. Marc Randazza Crystal Cox. Marc Randazza Ethics. Kenneth P. White.~ Marc Randazza Blog. Altruistic Crystal Cox Blogger Vs. Marc Randazza. Marc Randazza Legal Group~ Marc John Randazza is a Hypocritical Asshole. Marc Randazza is a Jerk. The Legal Satyricon is the rambles of blathering IDIOT Marc Randazza of Randazza Legal Group.

Nov 22, 2012

## Wa Wa Cry Baby Hypocrite Marc Randazza can't wait to hear the WIPO Decision regarding MarcRandazz.com

Thing is it does not matter either way Marc Randazza loses. Look at the cases that Marc Randazza himself WON for clients over domain names. If this is a WIN for him personally, its a loss for his career. As it sets a contradictory record. And, anyway, I have lots of other sites. So why is this such a big deal for the dumb ass Marc Randazza who turned on his own client, then acted illegally then threw a very public hissy fit over a Domain Name. Even got NPR and Forbes to back his LIES and Hypocritical Rants.

Anyway here is the latest, as Marc Randazza begs for a Decision..

"Dear Mr. Randazza,

The Panel's decision in this case is not yet available for notification. As soon as it is available, we will ensure it is promptly notified to the parties and the registrar.

Sincerely,

Case Manager
Domain Name Dispute Resolution Section
WIPO Arbitration and Mediation Center
34, Chemin des Colombettes, 1211 Geneva 20, Switzerland

* For correspondence please cite "(EP) V: PC Case #" in the subject line  Thank you

**From:** Marc John Randazza, Esq. [mailto: mjr@randazza.com ]
**Sent:** jeudi, 22. novembre 2012 04:37
**To:** Disputes, Domain
**Subject:** RE: (EP) D2012 1525 <marc@rrrandazza.com> et al. Extension of Decision due date

Did the decision come in?



Brown White Newhouse

Kenneth P. White

Kenneth P. White

Brown White Newhouse

Brown White Newhouse

blogspot.gr

Περισσότερα ▾   Επόμενο ιστολόγιο»



by Blogger Crystal Cox - SavvyBroker@yahoo.com - Expose Marc Randazza, email me a Tip NOW

Tuesday, August 28, 2012

Blog Archive

▶ (8)

▼ (4)

Marc Randazza Corbin Fisher Attorney, Randazza Legal Group    Marc Randazza starts a WAR with InvestigativeBlogger Crystal Cox and STOMPS on Free Speech and First Amendment Rights of All in the process.

Crystal Cox Vs. Marc Randazza Attorney; Marc Randazza is Defaming Crystal Cox with "Actual Malice". Marc Randazza is Flat Out Lying, Marc Randazza, Randazza Legal Group.

This Marc Randazza Blog Post is a Few Tidbits from the Crystal Cox Blogger Vs. Marc Randazza Freedom of' Speech Attorney.  (3)  (1)

Original Marc Randazza Post of this
http://marcrandazza.blogspot.com/2012/04/crystal-cox-vs-marc-randazza-attorney.html

Marc Randazza, Celebrity First Amendment Attorney, has his Panties in a Wad over Crystal Cox Blogger (Not Porn Star) rejecting him as her Attorney, and Marc Randazza, is fighting back by conspiring with the Plaintiff in Obsidian V. Cox to set up Blogger Crystal Cox.

Marc Randazza ( Marc Randazza Corbin Fisher ) has not done this homework, or Obsidian Finance Group. or Kevin Padrick to determine if there is reason to investigate, or to believe that indeed Blogger Crystal Cox does have these Journalistic Standards or Ethics that Marc Randazza spoke of, and Questioned in our conversations.

www.marcrandazza.biz
Gmail: Email from G.   Subscribe...   Other Bookmark

Classic  Flipcard  Magazine  Mosaic  Sidebar  Snapshot  Timeslide

# Marc Randazza is the Killer of Free Speech. Marc Randazza, Randazza Legal Group Bog by ENEMY ..



**SEP 7**

MarcRandazza.com, Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. MarcRandazza.com and the War with Internet Savvy Blogger Crystal Cox Rages On. MarcRandazza.com is the domain name that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group was just not SAVVY enough to Buy. So Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group is fighting Free Speech Rights of all, so that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group can STEAL MarcRandazza.com. Expose Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. Email your Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group tip to Blogger Crystal Cox.

is, in my Opinion, an unEthical Attorney
had a phone interview with me.                    to determine
wanted or could take the Obsidian Finance Vs.                    case
if
on appeal

After Crystal Cox spoke with
taught                    because it was available and  wanted to use the domain name to further the cause of the case
and Free Speech rights

Then  soon after this call  in  a  highly  unethical  manner,
                                        contacted the Plaintiff in Obsidian V. Cox. without letting Crystal Cox know that he was
doing so  or even  representing her    Marc .. Randazza.                    of
gave away privilege information, negotiated my case and Marc J  Randazza, Marc John Randazza, Marc Randazza
of                    gave private information

Marc .. Randazza,                    of
represented me  Yes  Marc J. Randazza  Marc John Randazza  Marc Randazza of Randazza Legal Group told members of
the First Amendment bar that he  Marc ... Randazza.                    did not contact me to let me know he
represent Crystal Cox                    Marc Randazza of Randazza Legal Group did

blogspot.gr

Περισσότερα ▾   Επόμενο ιστολόγιο»                                           Δημιουργία ιστολογίου   Σύνδεση

# Marc Randazza is an Ego Maniac Says Blogger Crystal Cox. Marc J. Randazza is a Lying Scum

by Crystal Cox Blogger, ENEMY of Marc J. Randazza



KING OF INTERNET CENSORSHIP MARC
RANDAZZA ATTORNEY

BLOG ARCHIVE

(17)

(9)

Is Andrew Hill Marc Randazza? Who is Andrew Hill, more Coming Soon.

**Beware of Kenneth P. White, Do your Homework**

Kenneth White scandal with complaints of Andrew Hill

"

TS A ATTTRNY KENNETH WHITE AND ASSOCIATES BUT THE TELEPHONE NUMBERS
DONT MATCH ATTRNY NAME WHENM REVERSING IT

(5)

12/26/2011 02PM"



blogspot.gr

**WEDNESDAY, APRIL 18, 2012**

# Vote for the Worst LLC. J. Malcolm Devoy of Randazza Legal Group is allegedly involved in harassing and intimidating woman to get what the "Client" wants DONE

**Got a Tip ?**

http://docs.justia.com/cases/federal/district-courts/nevada/nvdce/2:2010cv01045/74443/22/0.pdf?ts=1301583450

http://www.vegasinc.com/news/2011/nov/11/attorney-complains-about-anti-righthaven-campaign/

"A Las Vegas lawyer for copyright company Righthaven LLC complained Friday that opposing attorneys are engaged in 'scorched-earth, anti-Righthaven litigation tactics.'"

Marc Randazza has plenty of connections, this Shawn guy, attorney for Righthaven does not stand a chance, these guys file sanctions and lies constantly to wear people down and AVOID the real TRUTH from rolling out. Follow the MONEY.

**BLOG ARCHIVE**

2012 (3)

April (2)

Vote for the Worst LLC. J. Malcolm Devoy of Randaz...

Randazza Legal Group, Marc Randazza cries "Shart" i...

March (1)

**CONTRIBUTORS**

- Crystal L. Cox
- Crystal L. Cox
- Free Speech Blogger Crystal L. Cox



www.marcandazza.info

Gmail: Email from G... | Subscribe...

More ▼ | Next Blog»

Gmail: Email from G... | Dashboard | Sign Out

earl2sun@gmail.com

**WEDNESDAY, SEPTEMBER 12, 2012**

Rabid Randazza at it Again, Lying, Lying, Lying.
Hypocrite Marc Randazza is at it again, Flat Out
Lying to WIPO Regarding Blogger Crystal Cox. Marc
Randazza, Attorney, will do Anything to Suppress My
Free Speech Rights. And to violate my First
Amendment Rights.

**LIAR, LIAR, Pants on Fire.**

Marc Randazza tells WIPO that he "Served" me a WIPO Complaint when he did not.
Marc Randazza emails me now and then and I certainly do not open attachments.

I was not served any documents, and Marc Randazza knows full well that I am not in
Montana.

MARC RANDAZZA IS THE KING OF
INTERNET CENSORSHIP

**BLOG ARCHIVE**

2012 (12)
September (8)
Rabid Randazza at it Again, Lying, Lying, Lying...

Gmail: Email from G...   Subscribe...

marcrandazzaisalyingasshole.com/?0f41fdd8c5af62a4c27fca82c597c62a-1623s259-38z2d761c2a2c27c2ef7693s-c24C66dcc8-234-5738f67F343-4-20ebs2s51e-1f73ct8df0b-Aw2...

**Welcome to marcrandazzaisalyingasshole.com**
This Web page is parked FREE, courtesy of GoDaddy.com

**Want to buy this domain?**

Is this your domain?

Domain Names

So are we.



right.

**New .COMs $12.99**

Over 53 million do...

**Get the name you really want for $29.99**
Limited-time offer! Act now to SAVE 56% on .CO domains.

**Your small business finances all in one place**
- Automates your accounting
- Keeps tax records up-to-date

Share this .COM deal with friends*

.com ▶

- Safely stores your data

**ONLINE STORAGE**

Store, back up and share
your files, photos, and more from any
computer or mobile device.
From $1.98/mo.

**Name with Website
Builder Purchase!**

Your business deserves a beautiful website.
Our design wizard makes it as easy as
drag and drop!

**WEB
YOU CAN TRUST**

Our secure, reliable Web hosting plans
feature unlimited bandwidth, free software
and expert 24/7 support.
As low as $2.99/mo.

**CERTIFICATES**

**Secure your website.**
Build customer confidence and secure
site transactions with SSL Certificates
from the world's #1 provider.

**Get a FREE domain! when you complete one of these valuable offers!**

Get your free domain now.



FRIDAY, SEPTEMBER 7, 2012

MarcRandazza.com, Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. MarcRandazza.com and the War with Internet Savvy Blogger Crystal Cox Rages On. MarcRandazza.com is the domain name that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group was just not SAVVY enough to Buy. So Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group is fighting Free Speech Rights of all, so that Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group can STEAL MarcRandazza.com. Expose Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group. Email your Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group tip to Blogger Crystal Cox.

Marc J. Randazza, Marc John Randazza, Marc Randazza of Randazza Legal Group is, in my Opinion, an unEthical Attorney. Marc J. Randazza, Marc John Randazza, Marc

MARC RANDAZZA VIOLATED MY FIRST AMENDMENT RIGHTS

*First Amendment 'Under Attack*

Dear Asshole Marc Randazza,

# Don't Like Me?

Have a seat with the rest of the bitches waiting for me to give a fuck.



Marc Randazza

Marc Randazza       Marc Randazza

Marc Randazza       Marc Randazza

## Randazza Legal Group Sucks



### King of Internet Censorship, Marc Randazza

eMail Sent to me Last Summer Regarding Marc Randazza and the Czech Arbitration Court regarding the underhanded tricks of Attorney Marc Randazza.

"Dear Crystal,

You and I share a common enemy. I hate that copyright troll shit Marc Randazza. I saw that he filed a domain name dispute against you in the CAC. I am pretty sure that the connection he has with the Czech Republic is that his wife is Czech. Since he obviously has some sort of criminal ties, I wouldn't be shocked if it was that far-reaching.

At any rate, I've dealt with these kinds of things before, and I thought I would offer you a bit of help since I know first-hand how expensive these things can get. I got a copy of his complaint, and I did a lot of research for you and put together a response for you to argue to the CAC that the complaint against you should be dismissed. I hope that it helps you out. Good luck to you.

Introduction

### Blog Archive

▼ 2012 (12)

  ▼ September (7)

  eMail Sent to me Last
  Summer Regarding



www.marciandazzaparody.com

More ▾   Next Blog»

# Marc Randazza Parody Blog by Reverend Crystal Cox
## Dedicated to Exposing Marc Randazza.

Email Crystal L. Cox at ReverendCrystalCox@Gmail.com and Expose Marc Randazza. I am dedicated to Exposing Marc Randazza's Hypocrisy.

Sunday, November 18, 2012

Marc Randazza in his Hour of Terror when He was TOLD that ... of his wife and child.. luckily Vicious Blogger Crystal Cox did not know the name of the Family Pets.
a Blogger Registered Domain Names

*First Amendment Under Attack*

www.marcrandazzasucks.com

Friday, November 2, 2012

## "Marc Randazza Continues to Deliberately LIE about Blogger Crystal Cox in the name of Free Speech."

"On Marc Randazza's blog, and featured in the PopeHat.com Lynch Mob, you see discussion over the Stephanie DeYoung comment she posted on Marc Randazza's blog, The Legal Satyricon.

http://www.crystalcox.com/2012/04/statement-from-stephanie-deyoung.html

The defaming video that the Attorney Lynch Mob made about me shows a Comment Marc Randazza made in which flat out says he thought the comment was from me so he did not post it. you see that at 3:34 in their original video. a comment Stephanie DeYoung made regarding what Marc Randazza of Randazza Legal Group posted that she allegedly said the allegedly said. the "Internet Predator" post.

He quoted what he had been given that Stephanie DeYoung allegedly said and did not let her have a response. He says in the video about blogger Crystal Cox that he thought it was Crystal Cox herself that posted the comment so he did not let the comment through. knowing full well he had emailed Stephanie DeYoung and knew that the comment was indeed her. He has yet to allow her comment on that post defaming her and Blogger Crystal Cox.

This "Internet Predator" was a picture. assumed to be leaked to Marc Randazza by David Aman. the Plaintiff's Attorney in Obsidian V. Cox. Marc Randazza, in the name of Free Speech, being a First Amendment Attorney and All. has not allowed Stephanie Deyoung Free Speech regarding his posting what he believes to be her words regarding Blogger Crystal Cox.

Here is a video clip taken by me. Blogger Crystal Cox from the Video out there about me called "Crystal Cox Crazy Blogger" which is packed full of lies. partial quotes and bad information.

Share    ▼ More info

Waiting for ad.tutm.com...

# Marc Randazza Suppresses Free Speech, Steals Domain Names and is Above the Law. Marc Randazza Vs. Crystal Cox WIPO Madness

We are not here because the domain name could cause confusion. We do not have a declaration from the president of the international association of imbeciles that his members are blankly staring at the Respondent's website wondering "where did all the race baiting content

go?" We are here because Mr. Randazza wants Respondent's blog shut down.

Marc Randazza wants Respondent's blog shut down because Respondent's blog expose the lack of knowledge in domain law and exposes Complainant for hypocritically defending Free Speech, yet attacking a Blogger writing about Complainant Marc Randazza.

Marc Randazza wants Respondent's blog shut down because Crystal Cox makes a poignant and accurate satirical critique of Mr. Randazza by parodying Randazza's very rhetorical style.

Randazza's skin is too thin to take the criticism, so he wants respondent's blog shut down.

Mr. Randazza should seek counsel to advise him that under the First Amendment to be

## Blog Archive

▼ 2012 (10)

▼ September (4)

Marc Randazza Suppresses Free Speech, Steals Domai...

Marc Randazza Is a BUTTHOLE: Expose Marc Randa...

MarcRandazza.com Marc .·. Randazza, Marc John Rand...

Marc .·. Randazza Responds to Mathew A. Kaplan, Es...

► August (3)

► July (1)

► June (2)

blogspot.gr

Blog by Investigative Blogger Crystal Cox, ENEMY of Marc J. Randazza of Randazza Legal Group

**THURSDAY, NOVEMBER 1, 2012**

**Copyright Troll Marc Randazza Attacks Again. Expose Marc Randazza**

**Abbreviated Statement About Marco Randazza, Known Copyright Troll**

1. Marco Randazza's claims are false. He has a history of lying, contradicting himself and attempting to extort money via copyright trolling. Yet, DieTrollDie.com for information about this "legacy." He has a lot in the past attempted to extort Crystal Cox, a self identified lesbian blogger as well as numerous others. I am, in the process of adding people to my legal team who can help, for a rematch with Mr. Randazza. This includes numerous attorneys and ex claimants.

2. I have never scammed or ripped anyone out, nor done anything illegal, nor engaged in anything questionable. If you read Marco's blog, he admits that he's just doing this for fun. Furthermore, I'm not the Takedown Lawyer, Takedown Hunter, David Blade, or anything else and neither is Chance.

3. [...] $400 for this website. I told him that his office was way too low, especially in the wake of all of the



MARC RANDAZZA REGARDIN FREE SPEECH



MARC RANDAZZA IN HIS HOUR OF TERROR AS HE DISCUSSES ON NPR REGARDING A BLOGGER BUYING A DOMAIN NAME

blogspot.com · Next Blog» · Create Blog · Sign In · More

# Marc Randazza - Marc Randazza blog on Marc Randazza by Crystal Cox Investigative Blogger

**blog on Marc Randazza by Crystal L. Cox - have a Marc Randazza tip, email your Marc Randazza tip to Crystal@CrystalCox.com - Oh and ~ Marc Randazza is violating my Free Speech Rights ~ You have made an Enemy of ME for Life !!! As your Last Email so Threatened.. yu I do want to make an Enemy of you. You have NO Morals, No Ethics, No Brains and you are a Hypocrite.**

Wednesday November 4, 2012

## Who is Andrew Hill? Is Andrew Hill Marc Randazza? Have a Marc Randazza Tip, eMail me Crystal Cox ENEMY of Marc Randazza. Is Kenneth P. White involved in Extortion Scandals with Marc Randazza or with Andrew Hill. Please eMail documents, videos, transcripts, any evidence of Criminal Activity regarding Marc Randazza and Kenneth P. White.

Is Andrew Hill Marc Randazza? Who is Andrew Hill ..more Coming Soon.

Beware of Kenneth P. White, Do your Homework

http://bit.ly/LconFYu

Kenneth White scandal with complaints of Andrew Hill
http://www.rumbergen.com/678 964 3312

TS A ATTRNY KENNETH WHITE AND ASSOCIATES BUT THE TELEPHONE NUMBERS DONT MATCH ATTRNY NAME WHENM REVERSING IT

12:36:201: 1:02PM



Gmail: Email from G...   Subscribe...   www.randazzalegalgroupsucks.com   earth2laura@gmail.com   Dashboard   Sign   Other Bookmark

More ▼   Next Blog»

# Randazza Legal Group Sucks. Marc Randazza Attorney is a Liar, a Hypocrite, and a Thug

Blog by Reverend Crystal Cox, Dedicated to Exposing unEthical Attorneys such as Marc J. Randazza of Randazza Legal Group.

| Criminal Endangerment | Marc Randazza | Randazza Legal Group | Marc Randazza | Marc Randazza |
|---|---|---|---|---|
| Marc Randazza | | | | |

Sunday, November 18, 2012



Posted by Crystal L. Cox at

Recommend this on Google

First Amendment Under Attack

First Amendment Under Attack

First Amendment Under Attack

First Amendment Under Attack

First Amendment Under Attack

First Amendment Under Attack

Marc Randazza KING of Internet Censorship



**Blog Archive**

▼ 2012 (16)
  ▼ November (5)
    "Marc Randazza Continues to Deliberately LIE about...
    Marc Randazza is GUILTY of Criminal Endangerment a...