Ronald D. Green (Nevada Bar No. 7360)
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiffs,
Marc J. Randazza, Jennifer Randazza, and Natalia Randazza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor.<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL L. COX, an individual, and ELIOT BERNSTEIN, an individual.<br><br>Defendants. | Case No. 2:12-cv-02040<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiffs hereby file this Certificate of Interested Parties. The undersigned, counsel of record for Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, certifies that the following have an interest in the outcome of this case:

Marc J. Randazza – Plaintiff

Jennifer Randazza – Plaintiff

Natalia Randazza – Plaintiff

Randazza Legal Group – Plaintiff Marc J. Randazza's Law Firm

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

//

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -

Dated December 10th, 2012

Respectfully Submitted,

RANDAZZA LEGAL GROUP

_____
Ronald D. Green

Attorney for Plaintiffs,
Marc J. Randazza, Jennifer
Randazza, and Natalia Randazza

Randazza Legal Group
6525 W. Warm Springs Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 10th day of December, 2012, I caused documents entitled:

- PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Defendants' known addresses; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ X ]   by the Court's CM/ECF system.

          /s/ Ronald D. Green
Ronald D. Green

Randazza Legal Group
6525 W. Warm Springs Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113