UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Case 2:12-cv-02040

Assigned to: Judge Gloria M. Navarro
Referred to: Magistrate Judge Peggy A. Leen

Plaintiff Counter Defendant, MARC J. RANDAZZA,
an individual, Plaintiff Counter Defendant
JENNIFER RANDAZZA, an individual,

Vs.

Defendant / Counter Plaintiff Investigative Blogger Crystal L. Cox

Objection to Supplemental EX PARTE MOTION
for Temporary Restraining Order and Motion for
Preliminary Injunction by Plaintiffs
Jennifer Randazza, Marc J Randazza

I, Crystal L. Cox in my Pro Se Capacity object to this motion to silence my blogs. I am a Media Defendant, I am an investigative blogger exposing Marc Randazza, and protecting the Public at Large. Marc Randazza was briefly my attorney as attached emails prove, there is massive information that needs to come out before any injunctions are issued. This Motion is an unconstitutional suppression of Free Speech, a violation of my constitutional rights, and fraud on this court.

I wish to respond to this lawsuit / complaint before any injunctions are in place. Marc Randazza has lied about Defendant Crystal L. Cox and Defendant Crystal L. Cox has a right to answer to those allegations before any injunction or suppression of Defendant's Blogs is issued by this court.

The WIPO Decision by WIPO Panelist Peter L. Michaelson is Fraudulent as this court will see with Defendant's Complaint Response. Peter L. Michaelson, WIPO Panelist has multiple undisclosed conflicts of interest, which will be addressed in Defendant Crystal L. Cox's response to this lawsuit and Counter Complaint.

Defendant Crystal L. Cox will be soon filing a legal action out of Switzerland against Marc Randazza and Peter L. Michaelson in this Matter.

Attorney Marc Randazza is bullying Defendant Crystal L. Cox, has Committed a Hate Crime against Defendant Crystal L. Cox and I, Defendant Crystal L. Cox, wish this court to know that my life is in danger via Marc Randazza and his friend, my life has been under extreme duress for nearly a year due to Marc Randazza and I, Defendant Crystal L. Cox in my Pro Se Capacity

That being said, I will not confer in any private meetings or private phone calls with an attorney from Randazza Legal Group. All communications with Plaintiff / Counter Defendant are requested to be through this court, as a hearing where by Defendant has some sense of legal and physical protection.

Defendant Crystal L. Cox
Pro Se Capacity

## Certificate of Service

I hereby certify that I served the foregoing Objection to Temporary Injunction to the following email addressses.

mjr@randazza.com, RDG@randazza.com, info@randazza.com, lmt@randazza.com,

With Copies to

kjd_chambers@nvd.uscourts.gov , pal_chambers@nvd.uscourts.gov ,
Mike_Zadina@nvd.uscourts.gov, helpdesk_vegas@nvd.uscourts.gov

Defendant Crystal L. Cox
Pro Se Capacity
Crystal L. Cox
PO Box 2027
Port Townsend Washington
406-270-4046
Crystal@CrystalCox.com
SavvyBroker@Yahoo.com