Defendant Crystal L. Cox
Case 2:12-cv-02040
Pro Se Capacity

Judge Peggy A. Leen Court

Enclosed is Motion to File Electronically and Objection to Motion for Temp. Injunction.

Crystal L. Cox
PO Box 2027
Port Townsend Washington, 98368

406-270-4046
Crystal@CrystalCox.com
SavvyBroker@Yahoo.com