

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

2012 DEC 10 P 3: 29

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY ____ ____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Case 2:12-cv-02040

Assigned to: Judge Gloria M. Navarro
Referred to: Magistrate Judge Peggy A. Leen

Plaintiff Counter Defendant, MARC J. RANDAZZA,
an individual,Plaintiff Counter Defendant
JENNIFER RANDAZZA, an individual,

Vs.

Defendant / Counter Plaintiff Crystal L. Cox

Motion / Proposed Order to Allow Defendent / Counter Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically in the matter of **Case 2:12-cv-02040**.

I, Crystal L. Cox in my Pro Se Capacity request this courts permission to submit filings electronically in Nevada Civil Court Case 2:12-cv-02040.

Defendant Crystal L. Cox has a year long legal battle on going with Plaintiff / Counter Defendant Marc J. Randazza. With this, comes massive amounts of documents, evidence, exhibits and it would be cost effective for this court to allow Pro Se Defendant Crystal L. Cox to submit all legal filings regarding Case 2:12-cv-02040 electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. That being said I, Crystal L. Cox in my Pro Se Capacity wish to accept service of Civil Complaint Case 2:12-cv-02040 electronically.

Plaintiff is an Attorney and Lives in Las Vegas. It is easy for him to file motions, and to respond to motions, as well as to submit massive exhibits. I would like to have this court's permission to file an electronic response to the complaint in this matter, and to all motions in Case 2:12-cv-02040

I will accept service of this lawsuit / complaint electronically via email.

Marc Randazza has this lawsuit in mass media already, and I have not been served nor had due process. Please allow me to electronically submit my responses in order to keep up with the quick pace this case is entering the media and defaming

me in mass.

I, Defendant Crystal Cox have not been served regarding Case 2:12-cv-02040 and wish to be served with all exhibits and pertinent information.

I, Crystal L. Cox in my Pro Se Capacity state that I am a Washington Resident,

My Email is Crystal@CrystalCox.com and SavvyBroker@Yahoo.com
I will accept service to both email addresses.

Defendant Crystal L. Cox's Permanent Mailing Address is

Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368

**I, Crystal L. Cox, in my Pro Se Capacity state the following:**

Marc Randazza threatened that he would ruin me if I made an enemy of him. Marc Randazza's friends have threatened my knee caps, publicly humiliated and defamed me. Marc Randazza accused me of a crime in big media in which I was never charged with through proper legal channels.  Marc Randazza has threatened women in the Porn Industry who have given me tips and he has given their home address and car identification information in public forums.

Marc Randazza has himself cohearsed me to STOP my appeal to the Ninth Circuit in Obsidian V. Cox and Marc Randazza has had his friends, attorney bloggers, and big media intimidate me in order to pressure me to stop my appeal process. Marc Randazza told me in our first consult where he was to be my attorney, that those in the tip of the Porn Industry contacted him and said what are you going to do about Crystal Cox, I have 2 witnesses to this phone call.

Marc Randazza offered to be my attorney in my Obsidian V. Cox appeal and then used privileged information to conspire with the Plaintiff in that Case. Marc Randazza continues to harass me, have his friends threaten me, use big media to intimidate me and I am in fear of my life and quality of life of Marc Randazza and

all attorneys of Randazza Legal Group.

Marc Randazza also has known Mafia ties which I will address in this legal action, as we move forward. Marc Randazza has abused his power as an attorney and I am in fear of his connections.

That being said, I will not confer in any private meetings or private phone calls with an attorney from Randazza Legal Group. All communications with Plaintiff / Counter Defendant are requested to be through this court, as a hearing where by Defendant has some sense of legal and physical protection.

I am also in fear of my life of a process server connected to Marc Randazza and wish to be served electronically for my protection.

Defendant Crystal L. Cox
Pro Se Capacity
**Case 2:12-cv-02040**


### Certificate of Service

I hereby certify that I served the foregoing Objection to Temporary Injunction to the following email addressses.

mjr@randazza.com, RDG@randazza.com, info@randazza.com, lmt@randazza.com,


With Copies to

kjd_chambers@nvd.uscourts.gov , pal_chambers@nvd.uscourts.gov ,
Mike_Zadina@nvd.uscourts.gov, helpdesk_vegas@nvd.uscourts.gov

Defendant Crystal L. Cox
Pro Se Capacity
Crystal L. Cox
PO Box 2027
Port Townsend Washington, 98368
406-270-4046
Crystal@CrystalCox.com

SavvyBroker@Yahoo.com