Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs,
Marc J. Randazza, Jennifer Randazza, and Natalia Randazza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL L. COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants | Case No. 2:12-cv-02040<br><br>**AFFIDAVIT OF SERVICE** |

I, LAURA M. TUCKER, do hereby declare:

At the time of service, I was over the age of 18 years old and a resident of the state of Nevada. I am employed by the Randazza Legal Group as a law clerk. I am a third-year law student, and I am not licensed to practice law. My mailing address is 6525 W. Warm Springs Road, Suite 100, Las Vegas, NV 89118.

At 5:00 PM PST on December 10, 2012, the Court docketed Defendant Crystal Cox's Motion to File Electronically as ECF #9. In it, Defendant Cox says, "I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. That being said I, Crystal L. Cox in my Pro Se Capacity wish to accept service of Civil Complaint Case 2:12-cv-

02040 electronically." Responding to this, I was directed by Ronald D. Green to serve Defendant Cox per her filed request. (ECF #9).

On December 10, 2012, beginning at 6:41 PM PST, I emailed the Complaint, Summons, Ex Parte Motion for Temporary Restraining Order, Supplement to Ex Parte Motion for Temporary Restraining Order, the Certificate of Interested Parties, and exhibits attached to the Complaint, Ex Parte Motion for Temporary Restraining Order, and Supplement to the following email addresses, broken up into three separate emails because of size constraints, as per Defendant Crystal Cox's request (ECF # 9):

crystal@crystalcox.com, savvybroker@yahoo.com 6:41 PM PST (Exh. 1)

crystal@crystalcox.com, savvybroker@yahoo.com 6:41 PM PST (Exh. 2)

crystal@crystalcox.com, savvybroker@yahoo.com 6:42 PM PST (Exh. 3)

As of 10:04 AM PST on December 11, 2012, I had not received any notice that these items were undeliverable, nor any other form of "bounce-back" email notification. At 10:31 AM PST on December 11, 2012, I received an email response from Defendant Cox requesting that the attachments be sent to her only as PDFs. (Exh. 4). At 11:03 AM PST December 11, 2012, I resent the Complaint and the attached exhibits (ECF #1) and the Ex Parte Motion for Temporary Restraining Order (ECF #2) as PDFs, as per Defendant Cox's request. (Exh. 5). Defendant Cox acknowledged that she received the email and responded, "December 11, 2012, I Accept Service Today." (Exh. 6)

Accordingly, it is certain that Defendant Cox received these emails. They were sent to the same email accounts that she uses to communicate with the Court (Exh. 7) and with the World Intellectual Property Organization (Exh. 8).

/ /

/ /

I hereby declare that the foregoing is true and correct under the penalty of perjury and the laws of the state of Nevada.

Executed this 11th day of December, 2012 in Las Vegas, Nevada.

Laura M. Tucker

STATE OF NEVADA )

) ss:

COUNTY OF CLARK )

This instrument was acknowledged before me on December 11, 2012 by Laura M. Tucker. This person is known to me personally and showed me her Driver's License.

ERIKA DILLON
Notary Public-State of Nevada
APPT. NO. 12-6401-1
My App. Expires November 01, 2015

Signature of Erika Dillon, Notary

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on December 11, 2012. A copy of these documents has also been emailed to crystal@crystalcox.com and savvybroker@yahoo.com. This service is in compliance with Defendant Crystal Cox's request, ECF #9.

Dated: December 11, 2012

Respectfully Submitted,

*s/Ronald D. Green*

Ronald D. Green, Esq., (7360)
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax