# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL L. COX, et al., <br><br> Defendants. | Case No. 2:12-cv-02040-GMN-PAL <br><br> **ORDER** <br><br> (Mtn for CM/ECF Access - Dkt. #9) |

This matter is before the court on Defendant Crystal L. Cox's Motion to File Electronically (Dkt. #9) filed December 10, 2012.  The court has considered the Motion.

Ms. Cox is proceeding in this matter pro se.  She represents that it would be more cost effective if she were permitted to submit filings electronically rather than printing and mailing all of her filings in this case.  Additionally, Ms. Cox contends she is afraid of Plaintiff Randazza and Mr. Randazza's process server and would like to receive electronic service for her protection.

Having reviewed and considered the matter,

**IT IS ORDERED** that Ms. Cox's Motion for CM/ECF Access (Dkt. #9) is GRANTED.  She must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **January 11, 2012,** Ms. Cox must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Ms. Cox is not authorized to file electronically until her certification is filed with the court within the time frame specified.

/ / /

      c.      Upon timely filing of the certification, Ms. Cox shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 11th day of December, 2012.

                                            _____
                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE