# EXHIBIT A

**Print** | **Close Window**

**Subject:** RE: from Crystal L. Cox
**From:** mjr@randazza.com
**Date:** Mon, Jan 16, 2012 2:36 pm
**To:** "Crystal L. Cox" <savvybroker@yahoo.com>

Crystal,

You have no right to register a domain name that corresponds to my real name. Please hand that domain name over to me, and please do not presume to think it is okay to register other people's names as domain names.

_____

Marc John Randazza*
Randazza Legal Group

6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami, Phoenix & Toronto
http://www.randazza.com
_____

* Licensed in AZ, CA, FL, MA, and NV

-------- Original Message --------
Subject: from Crystal L. Cox
From: "Crystal L. Cox" <savvybroker@yahoo.com>
Date: Mon, January 16, 2012 2:30 pm
To: "mjr@randazza.com" <mjr@randazza.com>

Hi Marc, hope this email finds you doing well. When I thought we may work together
i bought http://www.marcrandazza.com/ - to control the search, and pr on my case, if you represented me.. I manage it now, as ownership is well.. a different story now due to my current judgement..

I am confident with the case, and leaving it to the highest and best good..

I do however need to make money, so I am asking you if you or anyone you know could

use a very good search engine reputation manager.  Not sure if you ever researched that
for your online presence.. not sure of what you think of David Aman excusing me of extortion,
thing is search management is something tons of people due and for thousands a month per search term..
and so when he sent a cease and desist and filed a lawsuit, i offered it as a way to settle and not
spend a year fighting, he turned it down, then a year later accused me of a crime.. its simply not
how it happened..

Anyway if you know anyone needing a very good search engine reputation manager please let me know..


`Crystal L. Cox`
**Broker Owner**



**Search Engine Reputation Manager
Investigative Blogger
Good Life International Distributor**

**Peace and Love to You !!!**

|

Copyright © 2003-2012. All rights reserved.