# EXHIBIT B

www.crystalcox.com

Gmail: Email from C

Other Bookmarks

Create Blog   Sign

Subscribe...

More ▼   Next Blog»

# MarcRandazza.com Marc Randazza Enemy. Crystal Cox Anti-Corruption Media. Boycott Big Media

~ Setting Free Speech On Fire – Blogger Crystal Cox Proudly Exposing Corruption, Standing up for the Rights of Victims and Providing Whistle Blower Support. Blogger Crystal Cox is also the Best Independent Search Engine Reputation Manager in the World. ~ I Believe that all speakers to the public SHOULD be equally protected by the First Amendment AND not just those deemed "Media". All Citizens Equally should be Protected by Equal First Amendment Rights.

| Marc Randazza | Marc Randazza | Marc Randazza | MarcRandazza.com | Marc Randazza | Marc Randazza |
|---|---|---|---|---|---|
| Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza |
| Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza |
| Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza | Marc Randazza |
| Marc Randazza | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | |
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | |
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | |
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | |
| Crystal Cox Investigative Blogger | Crystal Cox Blogger | Crystal Cox Appeal ~ Obsidian V. Cox | | | |
| ObsidianFinanceSucks.com ~ Blog Exposing David Aman, Kevin Padrick and More. | | | | | |

Dec 10, 2012

## Marc Randazza Committed Fraud on the Courts and Fraud on WIPO, with Flat Out Lies Regarding Blogger Crystal Cox.

Marc Randazza SAID to Me. "Asking me for a job, or a recommendation? That doesn't bother me in the least." yet Told WIPO it was Extortion, and NOW his lynch mob ob buddy bloggers accuse me of Extortion, which a Crime that I was never Charged With. They are Defaming Me.

"Marc Randazza spoke with one of my Anti-Corruption Blogger's who blogs on my whistle blower blogs. This was on December 10th, 2011. Keep in mind time was critical at this point in getting a notice of appeal filed or a Motion for a New Trial.

Blogger Crystal Cox

You have enemie
Good. That mean
you've stood up f
something in your

- Winston Churchill
(1874 - 1965)

You have enemie
Good. That ave
you've stood up   Tl
something in yo   e st
ng

- Winston
(1874

You have enemie
Good. That ap
you've stood up
e.something in you

- Winston Churchill
(1874 - 1965)