# EXHIBIT C

MarcRandazza.com Marc Ra | view-source:www.crystalcox

view-source:www.crystalcox.com

randazza 1 of 263

```
<div class='fauxborder-right tabs-fauxborder-right'></div>
<div class='region-inner tabs-inner'>
<div class='tabs section' id='crosscol'><div class='widget LinkList' id='LinkList8'>
<div class='widget-content'>
<ul>
<li><a href='http://www.youtube.com/watch?v=h6Agnt0_cvs'>Marc Randazza</a></li>
<li><a href='http://www.youtube.com/watch?v=8-XYnITpBNs'>Marc Randazza</a></li>
<li><a href='http://www.youtube.com/watch?v=8-XYnITpBNs'>Marc Randazza</a></li>
<li><a href='http://www.facebook.com/groups/443020889092855/'>MarcRandazza.com</a></li>
<li><a href='http://www.youtube.com/watch?v=ACe88NLIStk'>Marc Randazza</a></li>
<li><a href='http://www.youtube.com/user/WhistleblowerMedia'>Marc Randazza</a></li>
<li><a href='http://www.youtube.com/watch?v=Mkm6m-V1gLM'>Marc Randazza</a></li>
<li><a href='http://ethicscomplaint.wordpress.com/'>Marc Randazza</a></li>
<li><a href='http://www.eliotbernstein.com/'>Marc Randazza</a></li>
<li><a href='http://www.iviewit.tv/'>Marc Randazza</a></li>
<li><a href='http://crystallcox.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://www.crystalcox.net/'>Marc Randazza</a></li>
<li><a href='http://www.summitbkjustice.com/'>Marc Randazza</a></li>
<li><a href='http://bankruptcycorruption.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://www.eurekamontananews.com/'>Marc Randazza</a></li>
<li><a href='http://www.northwesttribune.com/'>Marc Randazza</a></li>
<li><a href='http://www.griznews.com/'>Marc Randazza</a></li>
<li><a href='http://www.corruptlawfirms.com/'>Marc Randazza</a></li>
<li><a href='http://www.pornnewstoday.com/'>Marc Randazza</a></li>
<li><a href='http://www.obsidianfinancesucks.com/'>Marc Randazza</a></li>
<li><a href='http://www.ethicscomplaint.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://investigativeblogger.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://crystalcox.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://attorneycorruption.blogspot.com/'>Marc Randazza</a></li>
<li><a href='http://www.crystalcox.com/'>Marc Randazza</a></li>
<li><a href='http://ethicscomplaint.blogspot.com/'>MarcRandazza.com</a></li>
<li><a href='http://investigativeblogger.blogspot.com/'>MarcRandazza.com</a></li>
<li><a href='http://crystalcox.blogspot.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.dickhead.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.asshole.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.christianpornstar.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.realestateindustrywhistleblower.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.searchenginereputationmanager.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcoxcase.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.obsidianfinancesucks.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.bankruptcycorruption.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.proofofcorruption.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.crazycrystalcox.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcox.org/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcox.tv/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcox.net/'>MarcRandazza.com</a></li>
<li><a href='http://www.tenlakesrealty.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.investigativeblogger.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.industrywhistleblower.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.eliotbernstein.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.pornnewstoday.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.ethicscomplaint.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.attorneycorruption.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcox.com/'>MarcRandazza.com</a></li>
<li><a href='http://www.crystalcoxcase.com/'>Crystal Cox Investigative Blogger</a></li>
<li><a href='http://www.crystalcoxcase.com/'>Crystal Cox Blogger</a></li>
<li><a href='http://www.crystalcoxcase.com/'>Crystal Cox Appeal ~ Obsidian V. Cox</a></li>
<li><a href='http://www.obsidianfinancesucks.com/'>ObsidianFinanceSucks.com ~ Blog Exposing David Aman, Kevin Padrick and
More.</a></li>
</ul>
<div class='clear'></div>
<span class='widget-item-control'>
<span class='item-control blog-admin'>
<a class='quickedit' href='//www.blogger.com/rearrange?
blogID=9009123703461048776&widgetType=LinkList&widgetId=LinkList8&action=editWidget&sectionId=crosscol' onclick='return
_WidgetManager._PopupConfig(document.getElementById("LinkList8"));' target='configLinkList8' title='Edit'>
<img alt='' height='18' src='http://img1.blogblog.com/img/icon18_wrench_allbkg.png' width='18'/>
```