# EXHIBIT D

**Physical Copy of video to be filed with Court.**

Relevant excerpts from YouTube Video (10:20-12:20)

http://www.youtube.com/watch?v=8-XYnITpBNs

Last visited December 11, 2012

"…I launched in order to stop him from conspiring with the other side trying to set me up for extortion.  I bought fuckmarcrandazza.com, I bought all these names.  And what I did with them is I saturated the search engines with what he did to me …"

"I did this, and it worked.  March 23 is when he was scheduled to give his deposition in Portland, Oregon.  He was scheduled to give his deposition in Portland, Oregon … I got all these domain names, including his wife and his daughter, and I never publicized the daughter one, in order to saturate the search with my story as fast as I could. And guess what? It worked.  He didn't give that deposition on March 23.  He backed down in coming for me because of what I did. And part of that was all of these names …. I think I'll go without coffee or food or something at least one day a week so I can buy another domain name with Marc Randazza's name in it…"

"…He retaliated by joining the other side. And after that, I bought a whole bunch of other domain names in order to saturate the search engines to stop him from conspiring against me."