# EXHIBIT E

# I Fully Believe that Porn Industry Attorney Marc Randazza has insiders at Google, Czech Courts, WIPO, Godaddy, Wordpress and also uses many Bloggers to Paint People HE Don't Like or Approve of, in False Light. Make Notes of Other Blogs to Find INFORMATION on TRAITOR, Turn Coat, Hypocritical Troll Marc Randazza after Marc Randazza. Stay Informed after Marc Randazza STEALS MarcRandazza.com

### Investigative Blogger Crystal L. Cox is Dedicated to Exposing Attorney Marc Randazza.

Google Insiders have removed Google Accounts of Mine, Shut Down Blogs, Deleted Blogs, and have manipulated the Search Engine in order to promote or demote what every alleged First Amendment Attorney, but really Free Speech Suppressing Hypocrite, Troll, Liar, Porn Attorney Marc Randazza tells them too.

For Those of You Who Come Here Daily, YES Marc Randazza's Google Insider Removed this Blog from the Top Ten Search and well removed it Period. Porn Industry Attorney Marc Randazza has insiders at Google whom Suppress Free Speech for Hypocrite, Troll, Liar, Porn Attorney Marc Randazza.

Porn Industry Attorney Marc Randazza has insiders at Godaddy who lock domain names, intellectual property, when Marc Randazza Says So.

Porn Industry Attorney Marc Randazza has insider at Wordpress who shut down blogs that he tells them too, without any word of defense from the blog owner or blog author.

I will keep up my coverage, and continue to take tips regarding topics that have been searched on my Blogs, as well as previous tips and Topics, such as:

Marc Randazza Manwin, Marc Randazza Corbin Fisher, Marc Randazza Traitor, Marc Randazza Copyright Troll, Marc Randazza and the Hemmer Case, United States vs Hemmer, and more.

I also get search terms and tips that suggest that Porn Industry Attorney Marc Randazza is participating in some sort of Satantic Rituals regarding and surrounding the Porn Industry. More on that later via many blog outlets. As Marc Randazza has threatened some of us, or at least we feel threatened by Porn Industry Attorney Marc Randazza.

Other Keywords Searched: marc randazza ken white, michael fattorosi, manwin buys rknet, marc corbin fisher, bullying against free speech, ken white popehat, liberty media holdings llc. ,marc randazza, adult industry attorney,  vasilis kailis child porno, "vasilis kailis" court trial.

I will also post details of the Czech Court Complaint made by Porn Industry Attorney Marc Randazza against me, Investigative Blogger Crystal Cox, in order to Bully me into silence. As well as the WIPO complaint, my response and all related proof and documents. I will do this on the blogs listed below, regardless if WIPO insiders favor Marc Randazza or not. Odds are Marc Randazza will soon STEAL MarcRandazza.com So Check Out the Blogs Listed Below:

My Marc Randazza of Randazza Legal Group Blogs will also continue discussing issues regarding Mike South, WiKi Leaks, Stalkers and Harassment of woman and families in the Porn Industry, Mafia / Mob Connections, Connections to Randazzo and Mass. Mob Ties, and should I be killed or injured by the Marc Randazza, Pope Hate Kenneth White Lynch Mob, other Investigative Bloggers will continue my Marc Randazza of Randazza Legal Group Blogs Exposing Marc Randazza and other doing bad, illegal, immoral DEEDS in regard to the Porn Industry, Suppressing Free Speech, Copyright Trolling and More.

Porn Industry Attorney Marc Randazza will continue to use insiders to attempt to silence my blogs EXPOSING, Porn Industry Attorney Marc Randazza. I will continue to Start New Blogs, as will my Corruption Fighting Friends...

Marc Randazza conspired with a Federal Judge and the Plaintiff's Attorney in Obsidian V. Cox to set me up for Extortion. Marc Randazza had his friends threaten me. Marc Randazza supports J. Malcolm Devoy, Attorney and Stalker Sean Tonkins.  Marc Randazza seems to threaten woman to go over a cliff in their car.  Marc Randazza gets his



## Marc Randazza on the WRONG Side of Free Speech and the First Amendment AGAIN.

Marc Randazza of Corbin Fisher, Marc Randazza - Randazza Legal Group has serious double standards as Marc Randazza is PISSED off at Blogger Crystal Cox for registering the Domain Name MarcRandazza.com, yet Marc Randazza defended owning a domain name that accused a man of murdering and raping a young girl.  Marc Randazza is a Hypocrite.

Yet in a mafai style letter Marc Randazza says to Blogger Crystal Cox, **"You really want to want to Make an Enemy of Me"** Marc Randazza does not like it when Freedom of Speech "offends" his delicate senses yet defended the Right for his Client, Isaac Eiland-Hall to buy and own a domain name that accused Glenn Beck of Murder and Rape. Here is some of an Article Regarding Isaac Eiland-Hall and his Attorney Marc Randazza.

"Facing exposure and prosecution, Isaac Eiland-Hall at first denied that he created **the "Did Glenn Beck Rape and Murder a Girl in 1990"** website. Later, he falsely claimed it was meant as comedy and parody and was therefore legally protected speech. But the court case against Mr. Hall is clear cut. He has slandered and libeled with the intent to do harm.

He infringed upon Mr. Beck's good name, reputation and copyright. He has sought to profit from lies. He is promoting a radical political agenda for his own secret nefarious purposes. He has made false accusations, akin to crying "Fire!" in a crowded theater. His words are a threat to the livelihood and safety of Glenn Beck and his family.

**Mr. Hall has tried to hide behind the cliché of "Freedom of Speech" while in truth attacking the very foundations of American democracy.** Our Constitution does not allow for defamation or torturing someone for profit. With freedoms come responsibilities. The damage Hall has done to the reputation of the cheerful and ever-popular Mr. Beck is simply incalculable.



# MarcRandazza.com Crystal Cox Blogger - Crystal Cox Real Estate Broker

Crystal L. Cox, Investigative Blogger. Real Estate Broker Owner Ten Lakes Realty.

| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com |
|---|---|---|---|
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | Marc Randazza |
| Marc Randazza | Marc Randazza | Marc Randazza | |

### Saturday, September 29, 2012

**Judge Ted Lympus, Attorney Kai Groenke, Attorney Bruce McEvoy, Lincoln County Attorney Bernie Cassidy, Dr. Edward Stein Eureka Montana Prompt Care, Judge Stewart Stadler, Dr. Edward Trontell, Dr. James Rougle, Judge Jim Wheelis, Randy Wilson Interbel Coop, and more are involved in a Criminal Conspiracy to silence a Mother, a Disabled Woman, a Victim of Montana Corruption, an Ex-Wife Regarding Lyme Disease, Parental Rights, Spousal Rights, HIPPA Rights and More.**

Montana Judges, Attorneys, Doctors, CPS, Government Officials and More LIE about Mary Wilson Deneen and deny her Civil Rights, Medical Rights, Human Rights, Parental Rights and More.

Ethical Montana and California Health Care Providers: physicians, specialists, psychologists and psychiatrist have told Mary Wilson Deneen "Mary, your case needs public exposure" and, "I will testify for you and your two minor children in Federal Court with effective and competent legal counsel, with no immunity by the state, with rights of diversity of jurisdiction, under rights, privileges and immunities under (ADA) Federal law and the 11th Amendment of the US Constitution.

For More on the Mary Wilson Deneen and Randy Wilson Montana, Interbel Coop Story Go To



**Ten Lakes Realty - Crystal Cox**

(406) 624-9510
Crystal L. Cox
Ten Lakes Realty
Montana Real Estate Broker Owner

Ten Lakes Realty is Proudly a Non-MLS Real Estate Brokerage.

We are an Online Real Estate Brokerage.

Ten Lakes Realty is Proudly

NOT a member of the National Association of Realtors

We believe that NAR is NOT Consumer Friendly and in Fact is Bad for the Real Estate Consumer.

Ten Lake Realty Provides Internet Marketing and Search in Real Estate and Supports the Real Estate Consumer who Chooses to Sell as a For Sale By Owner.



