UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARC J. RANDAZZA, an individual, )
JENNIFER RANDAZZA, an individual, and )
NATALIA RANDAZZA, a minor, )
    Plaintiffs, )
)
    vs. )   CV 2:12-cv-02040-GMN-PAL
)
CRYSTAL COX, an individual, and ELIOT )
BERNSTEIN, an individual, )
    Defendants. )

## CERTIFICATE OF CASH DEPOSIT

1.   I, _____Ronald D. Green_____, herewith tender to the Clerk of Court for deposit into the Registry Account of this Court cash in the amount of $ __3,200.00__ .

2.   This Cash Deposit:

    A. Is tendered on behalf of: _____Plaintiffs_____;
    (Name of Party)

    B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.) : ___Temporary Restraining Order in the above-entitled action___

    C. Is tendered pursuant to the following Statute, Rule or Court Order: _____ filed on December 14, 2012 at Docket # 14 in the above-entitled action.

    D. Is conditioned as follows: _____

. . .

1

11/99

1  ...

3.  The name and address of the Legal Owner of the cash tendered herewith to whom a refund (if applicable) shall be made is:

Ronald D. Green, Randazza Legal Group

6525 W. Warm Springs Road, Suite 100

Las Vegas, NV 89118

State of Nevada         )
                        ) ss.
County of Clark         )

On December 17, 2012, personally appeared before me, a Notary Public,

Ronald D. Green
(Name of Depositor)
who acknowledged that (s)he executed the above instrument.

_____
NOTARY PUBLIC

Dated: 12/17/2012

_____
Signature of Depositor

ERIKA DILLON
Notary Public-State of Nevada
APPT. NO. 12-6401-1
My App. Expires November 01, 2015

Dated: _____

_____
Signature of Attorney for Party or Party Appearing Pro Se (If different from Depositor)

RECEIPT:

Cash as identified herein is hereby acknowledged as being received this date.

Dated: _____

CLERK, U.S. DISTRICT COURT
DEC 17 2012
By: _____

2

Deputy Clerk

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLA2915885
Cashier ID: iglesare
Transaction Date: 12/17/2012
Payer Name: Randazza legal Group

TREASURY REGISTRY
 For: Randazza legal Group
 Case/Party: D-NVX-2-12-CV-002040-001
 Amount:       $3,200.00

CHECK/MONEY ORDER
 Remitter: Randazza legal Group
 Check/Money Order Num: 1161
 Amt Tendered: $3,200.00

Total Due:        $3,200.00
Total Tendered:   $3,200.00
Change Amt:       $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```