Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, <br><br> Defendants. | Case No. 2:12-cv-02040 <br><br> **MOTION TO STRIKE** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza hereby request that one of the exhibits mailed by Defendant be stricken and not placed on the public record. The exhibit in question is an email from Mr. Randazza to Michael Spreadbury and this email cc'd Defendant Cox. In this email, Mr. Randazza invited Mr. Spreadbury to telephone him at his home land line. The exhibit, as emailed to the Plaintiffs and, presumably, as mailed to the Court contains Plaintiffs' home telephone number completely unredacted. Plaintiffs request that this exhibit not be allowed to be part of the record. In the alternative, they request that their personal telephone number be redacted prior to filing.

\\

\\

1

Dated: December 21, 2012

Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on December 21, 2012. A copy of these documents has also been emailed to crystal@crystalcox.com and savvybroker@yahoo.com. This service is in compliance with Defendant Crystal Cox's request, ECF #9.

Dated: December 21, 2012

Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax