AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Marc J. Randazza, an individual; Jennifer Randazza, an individual; and Natalia Randazza, a minor.

*Plaintiff(s)*

v.

Crystal L. Cox, an individual, and Eliot Bernstein, an individual

*Defendant(s)*

Civil Action No. 2:12-cv-02040-GMN-PAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eliot Bernstein
2753 N.W. 34th Street
Boca Raton, FL 33434-3459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronald D. Green
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

11/29/12
DATE

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Nevada

Case Number: 2:12-CV-02040-GMN-PAL

Plaintiff:
**MARC J. RANDAZZA, AN INDIVIDUAL; JENNIFER RANDAZZA, AN INDIVIDUAL; AND NATALIA RANDAZZA, A MINOR**

vs.

Defendant:
**CRYSTAL L. COX, AN INDIVIDUAL, AND ELIOT BERNSTEIN, AN INDIVIDUAL**

For:
Ronald Green
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road
Ste. 100
Las Vegas, NV 89118

Received by COUNTER INTELLIGENCE on the **13th** day of December, 2012 at **4:44 pm** to be served on **ELIOT BERNSTEIN, 2753 N.W. 34TH STREET, BOCA RATON, FL 33434-3459**.

I, Wanda McNulty, do hereby affirm that on the **15th day of December, 2012** at **10:05 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES; EXHIBIT 1; EXHIBIT 2; EXHIBIT 3; EXHIBIT 4; EXHIBIT 5; EXHIBIT 6; EXHIBIT 7; EXHIBIT 8; EXHIBIT 9; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JOSH BERNSTEIN** as **CO-RESIDENT/SON** at the address of: **2753 N.W. 34TH STREET, BOCA RATON, FL 33434-3459**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 15, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_(signature)_
**Wanda McNulty**
CPS#1353 (Palm Beach County)

**COUNTER INTELLIGENCE**
9 Sw 13th Street
Second Floor
Fort Lauderdale, FL 33315-1526
(954) 764-7393
Our Job Serial Number: MLS-2012004847

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m