Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### Case 2:12-cv-02040-GMN-PAL

Plaintiff, Marc J. Randazza

Motion Certifying Completion
of CM/ECF Tutorial

vs.

Crystal L. Cox and Eliot Bernstein, Defendants

I, Pro Se, Defendant Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu accessible at www.nvd.uscourts.gov.

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV  89101

*[signature]*

Investigative Blogger Crystal L. Cox
Pro Se Defendant
**Case 2:12-cv-02040-GMN-PAL**