Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff,  Marc J. Randazza

**Motion Requesting the Reclusal,
Removal of Judge Gloria M. Navarro**

vs.

Crystal L. Cox and Eliot Bernstein, Defendants

I, Pro Se Defendant Crystal L. Cox demand the removal **of Judge Gloria M. Navarro** from
Case 2:12-cv-02040-GMN-PAL due to undisclosed, massive conflicts of interest and criminal
and civil conspiracy with Plaintiff Marc Randazza.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza.

**Judge Gloria M. Navarro is acting in criminal and civil conspiracy** with Plaintiff Marc
Randazza to remove mass information from the Internet Search Engines regarding the iViewt
Technology story. Judge Gloria M. Navarro is acting in criminal and civil conspiracy with
Godaddy, Liberty Media Holdings Inc., Bob Garfield NPR, Kashmir Hill Forbes, Jordan Rushie
Philly Law Blog, David Carr New York Times, Kenneth P. White Popehate.com, Jason Jones
SaltyDroid.info, **SiouxsieLaw.com, SequenceInc.com Tracy Coenen, and** and other John and
Jane Doe's in an Online Hate, Defaming, Criminal Endangerment, Information Suppressing,
Whistleblower Retalitation Harassment Campaign.

Judge Gloria M. Navarro  is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to
protect Viacom, Time Warner Inc., Encore, Stars, ATT, APPLE, Liberty Media Holdings, Corbin
Fisher, Manwin, MPEG LA, **TCI Ventures Group LLC, ATT, Liberty Digital Inc., TCI Satellite
Entertainment Inc,  Discovery Channel, News Corporation, Netflix, QVC, MediaOne
Group, CBS, The Weinstein Company, Liberty Capital, Corbin Fisher,** Liberty Global,
Belgium's Telenet Group Holding, Sirius Radio, Barnes and Noble, Discover Communications,
Malone Family Foundation, and other John and Jane Doe's to supress, remove information from
the Internet, Public View regarding the stolen 13 Trillion Dollar iViewit Technology, Defendant
Eliot Bernstein is the Founder of iViewit Technology and is one of the inventors of iViewit
Technology.

**Judge Gloria M. Navarro** is acting in criminal and civil conspiracy with Plaintiff Marc Randazza, Randazza Legal Group, Ronald Green, Laura Tucker and Godaddy to steal intellectual property of Defendant Crystal Cox and Eliot Bernstein with no due process.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with **Plaintiff Marc Randazza, Randazza Legal Group, Ron Green, Laura Tucker** to remove thousands of blog posts forever from the Internet Search Engines Regarding Whistlblower about Plaintiff Marc Randazza and Randazza Legal Group and the iViewit Technology Story.

Judge Gloria M. Navarro  is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to permanently alter the search engines and protect, aid and abet those involved in the iViewit Technology theft and Technology Infringement.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza and with Rimon Law Group's Lara Pearson who Plaintiff Marc Randazza had used in Receivership issues regarding Righthaven, in which Judge Gloria M. Navarro ruled on and enforce.

**Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman who was Opposing Counsel against Pro Se Defendant Crystal Cox in Obsidian Finance Group LLC  vs. Crystal Cox, in regard to Plaintiff Marc Randazza advising Tonkon Torp Lawyer David S. Aman in seizing assets of Pro Se Defendant Crystal Cox.** Plaintiff Marc Randazza had acted as my attorney negotiating with David S. Aman prior to this. Plaintiff Marc Randazza acted in criminal and civil conspiracy in advising Tonkon Torp Lawyer David S. Aman to use Attorney Lara Pearson of Rimon Law Group to act as "forced" receiver over my past owned domain names. "Receiver" Attorney Lara Pearson of Rimon Law Group had acted in conspiracy with Plaintiff Marc Randazza and Judge Gloria M. Navarro in past proceedings such as, and not limited to, the Righthaven Cases.

Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman, Opposing Counsel against Pro Se Defendant Crystal Cox in Obsidian Finance Group LLC  vs. Crystal Cox, in regard to Plaintiff Marc Randazza advising Tonkon Torp Lawyer David S. Aman in seizing assets of Pro Se Defendant Crystal Cox. When the Lara Pearson Criminal and Civil Conspiracy did not work, Plaintiff Marc Randazza advised Tonkon Torp Lawyer David S. Aman to seize another asset of Defendant Crystal Cox. This asset is the Constitutional Rights of Defendant Crystal Cox. Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm to file a Lien, a Writ of Execution, a Sheriff's sale on **Defendant Crystal Cox's "Right To APPEAL".**

This, after Plaintiff Marc Randazza conspired criminally and civilly for over a year to intimidate, threaten, harass Defendant Crystal Cox into backing out, giving up, stopping her Appeal to the Ninth Circuit Court of Obsidian Finance Group v. Crystal Cox.

Plaintiff Marc Randazza gave Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm undisclosed legal advice, information, court cases, documents and more to aid and abet, civilly and criminally conspire with Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm to seize **Defendant Crystal Cox's Asset, "The Right to Appeal".** This constitutional rights violation is a well known Florida scheme to STOP a case from going to a higher court.

Plaintiff Marc Randazza has criminally and civilly conspired with many, to sabotage, alter, STOP the Obsidian Finance Group LLC Appeal to the Ninth Circuit, by Defendant Crystal Cox, for over a year now.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to take domain names, suppress free speech, remove my blogs, and remove information regarding the iViewit Technology Story. Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Judge Gloria M. Navarro who made the ruling regarding Righthaven, Receiver Lara Pearson and the liquidation of Righthaven assets to pay Attorney Marc Randazza, as seen in Exhibit P.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza regarding the enforcement of Corbin Fisher/Oron.com Settlement disputes. Judge Gloria M. Navarro froze the accounts of FF Magnat's account, Oron.com in favor of Corbin Fisher, Liberty Media, Plaintiff Marc Randazza. Receiver Lara Pearson was also involved and acting in conspiracy.

Judge Gloria M. Navarro has acted in criminal and civil conspiracy with Plaintiff Marc Randazza to "shakedown" clients on both sides of the Righthaven Case. Plaintiff Marc Randazza works with Opposing Counsel in cases such as this and the end result is both the Defendant and the Plaintiff in the Cases owed the Attorney Large Amounts of Money, hundreds of thousands of dollars. Judge Gloria M. Navarro acts in criminal and civil conspiracy to enable Plaintiff Marc Randazza to "shakedown" his clients, as Judge Gloria M. Navarro freezes client accounts for Plaintiff Marc Randazza to ensure he get paid, regardless of whether he acted ethical or lawful with his client.  Judge Gloria M. Navarro then, in criminal and civil conspiracy issues illegal, unethical, unconstitutional TRO's that remove Defendant Crystal Cox's blogs, domain names from the search engines of which warn the public of the illegal, unethical actions of Plaintiff Marc Randazza.

Defendant Crystal Cox had thousands of linking blog posts, and Plaintiff Marc Randazza has Criminally and Civilly conspired with Godaddy Inc, and the Nevada Courts to wipe out this content, these links, in an unethical, illegal TRO. Godaddy Inc. is financially liable to Defendant Crystal Cox, as is Plaintiff Marc Randazza and Judge Gloria M. Navarro professionally and personally.

Judge Gloria M. Navarro  is acting in criminal and civil conspiracy with Plaintiff Marc Randazza in a massive whistleblower retaliation conspiracy.

Judge Gloria M. Navarro  is acting in criminal and civil conspiracy with Plaintiff Marc Randazza, **A. Jordan Rushie of Mulvihill and Rushie LLC, Brown White and Newhouse Law Firm, PopeHate.com Kenneth P. White, Forbes Journalist Kashmir Hill, New York Times Journalist David Carr, SaltyDroid Jason Jones, NPR Bob Garfield, Liberty Media Holdings LLC, Corbin Fisher, Randazza Legal Group, Peter L. Michaelson, MPEG LA, Viacom, ATT, Stephens Media LLC, Steven Gibson, Todd Kincannon, Warren Stephens, Manwin, APPLE, SiouxsieLaw.com, SequenceInc.com Tracy Coenen, and** and other John and Jane Doe's.


I, Pro Se Defendant Crystal L. Cox demand the removal **of Judge Gloria M. Navarro** from Case 2:12-cv-02040-GMN-PAL due to undisclosed, massive conflicts of interest and criminal and civil conspiracy with Plaintiff Marc Randazza.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza.

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV 89101

VIA Electronic Service also, if this Court Accepts

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com

Pro Se, Investigative Blogger Crystal L. Cox
Pro Se Defendant
**Case 2:12-cv-02040-GMN-PAL**