Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff, Marc J. Randazza

**Motion Requesting Preservation of Evidence**

vs.

Crystal L. Cox and Eliot Bernstein, Defendants

I, Pro Se Defendant Crystal Cox request this court print all listed blogs, websites as evidence in this case. Plaintiff Marc Randazza, in Criminal and Civil Conspire with this court, Godaddy and a Ring of Bloggers, Attorneys, and Journalists, have removed a mass amount of my investigative blogs regarding the iViewit Technology Story and the involved of Plaintiff Marc Randazza. I, Pro Se Defendant Crystal Cox request this court print all pages of all blogs listed and file with this case as exhibits, in order to preserve evidence, the record and safeguard the public at large.

**List of Blogs, Sites to be Printed by this Court and enter in as Evidence in their Entirety.**

www.CrystalCox.com

http://www.leonsimson.blogspot.com/

ethicscomplaint.com, ethicscomplaint.blogspot.com

http://www.bankruptcycorruption.com/, http://bankruptcycorruptionblog.blogspot.com/

http://www.judgemarcohernandez.com/

http://www.obsidianvcox.com/

**http://www.crystalcoxcase.com/**

**http://www.obsidianfinancesucks.com/**

**http://obsidianfinancesucks.blogspot.com/**

**http://www.kevinpadrick.com/**

**http://www.objectiontofees.com/**

**http://kevinpadrickobsidianfinance.blogspot.com/**

**http://www.patriciawhittington.com/**

**http://www.leonsimson.blogspot.com/**

**http://www.stevenhedberg.com/**

http://obsidianfinancesucks.blogspot.com/

www.WhistleblowerMedia.com

http://www.obsidianfinancesucks.com/

http://www.davidcarrsucks.com/

http://www.iviewit.tv/

http://pornnewstoday.com/pnt/

http://foxxmediagroup.com/

http://www.stevedowling.com/

http://www.deniedpatent.com/

http://www.stevenhedberg.blogspot.com/

http://www.stevenhedberg.com/

http://www.summit1031bkjustice.com/

http://www.obsidianfinancesucks.com/

http://obsidiansucks.blogspot.com/

http://www.defamationdefense.com/

http://www.allenfagin.com/

http://www.anticorruptionmedia.com/

http://www.investigativeblogger.com/

http://investigativeblogger.blogspot.com/

http://www.industrywhistleblower.com/

http://industry-whistleblower.blogspot.com/

http://hamiltonmontananews.blogspot.com/

http://www.eurekamontananews.com/

http://eurekamontananews.blogspot.com/

http://www.kaigroenke.com/

http://www.eurekamontananews.com/

http://libbymontananews.blogspot.com/

http://www.allenfagin.com/

http://www.josephleccese.com/

http://www.greggmashberg.com/

http://www.exposekennethwhite.com/

http://www.brownwhitenewhousesucks.com/

http://www.proskauerfraud.com/

http://www.proskauersucks.com/

http://www.proskauerrosesucks.com/

http://judgerobinclute.blogspot.com/

http://www.berniecassidy.com/

http://montanacorruption.blogspot.com/

http://www.tedlympus.com/

http://www.daddysworm.com/

http://www.alexisdevane.com/

http://www.alanpineschi.com/

http://www.davidcarrsucks.com/

http://tonkontorp.blogspot.com/

http://www.attorneycorruption.com/

http://www.crystalcoxmedia.com/

http://www.crystalcoxnews.com/

http://crystalcoxnews.blogspot.com/

http://www.crystalcox.tv/

http://www.crystalcox.net/

http://www.griznews.com/

http://www.northwesttribune.com/

http://www.patriciawhittington.blogspot.com/

http://www.millernashsucks.blogspot.com/

http://www.millernashsucks.com/

http://pacificorpsucks.blogspot.com/

http://www.blackcapproject.com/

http://www.obsidianrenewablessucks.com/

http://www.michealdunn.com/

http://www.bloggersrights.com/

http://www.federalshieldlaw.com/

http://www.philipfalcone.com/

http://www.beneliason.com/

www.summit1031bkjustice.com

http://www.criminalendangerment.com/

http://unconstitutionalattorney.blogspot.com/

http://www.franklincable.com/

http://www.seangarnett.com/

http://www.dtoddgregory.com/

http://kevinpadrickobsidianfinance.blogspot.com/

http://pacificorpsucks.blogspot.com/

http://obsidianrenewablessucks.blogspot.com/

http://attorneyviolatedmylegalrights.blogspot.com/

http://douglaschey.blogspot.com/

http://www.scottsherr.com/

http://www.toddoutten.com/

http://www.iviewit.tv/

http://iviewit.tv/wordpress/

http://www.deniedpatent.com/

http://intelcorruption.blogspot.com/

http://www.eliotbernstein.com/

http://www.alexisdevane.com/
Was Kenneth Rubenstein.com, Alexis Devane is with MPEG LA, they pooled the iViewit Technology illegally within other patents.

http://www.allenfagin.com/
Allen Fagin Proskauer Rose

http://www.josephleccese.com/
Joseph Leccese Proskauer Rose Law Firm

http://www.greggmashberg.com/
Gregg Mashberg Proskauer Rose

http://jorgelabarga.blogspot.com/
Formerly JorgeLabarga.com

http://raymondjoao.blogspot.com/
Formerly Ramond Joao.com

http://stevencbecker.blogspot.com/
Formerly StevenCbecker.com

http://www.toddoutten.com/

http://intelcorruption.blogspot.com/
Formerly **BruceSewell.com**

http://maryshapiro.blogspot.com/
Formerly MaryShapiro.net

http://www.foley-lardner.com/

http://www.greenbergtraurigsucks.com/

http://www.proskauerlawfirm.com/

http://royreardon.blogspot.com/
Formerly RoyReardon.com

http://www.stevedowling.com/

http://www.wimsweldens.com/

http://www.cubeantenna.com/

http://www.massiveshareholderfraud.com/

http://www.seconddepartment.com/

http://www.petersivere.com/

http://christophercwheeler.blogspot.com/
Formerly ChristopherCwheeler.com

http://www.teresarea.com/

http://artieminson.blogspot.com/
Formerly ArtiMinson.com

http://www.robinpainter.com/

http://www.jeffmarwil.com/

http://www.jamespelzer.com/

http://lesliebanderson.blogspot.com/
Formerly LeslieBanderson.com

http://ritaadler.blogspot.com/
Formerly RitaAdler.com

http://www.paulcrotty.com/

http://maryjunck.blogspot.com/
Formerly maryjunck.com

http://www.gregyeon.com/

http://www.leeenterprisessucks.com/

http://www.marynewill.com/

http://www.philipfalcone.com/
Philip Falcone Lightsquared

http://www.sanjivahuja.com/

http://www.mssspectrum.com/

http://www.philliphumm.com/

http://kenboehm.blogspot.com/
Formerly KenBoem.com

http://www.peterjenson.com/

http://www.jeffreycarlisle.com/

http://www.davidmaura.com/

http://www.omarasali.com/

http://fredfesta.blogspot.com/
Formerly Fred Festa .com

http://www.perrybackus.com/

http://www.nansuroddy.com/

http://www.georgecorn.com/

http://www.robinclute.com/

http://www.berniecassidy.com/

http://www.robybowe.com/

http://www.richardchimberg.com/

http://www.thomassjoblom.com/

http://www.seungchong.com/

http://www.ronaldmeisburg.com/

http://matthewtriggscom.blogspot.com/

http://marckirschner.blogspot.com/
Formerly Marc Kirschner.com

http://www.hughrovit.com/

http://johnstankeyblog.blogspot.com/
Formerly JohnStankey.com

Formerly www.randywhitestone.com/
http://randywhitestone.blogspot.com/

http://larrystrickling.blogspot.com/
Formerly Larry Strickling.com

http://cascadiaproject.blogspot.com/

http://www.obsidianrenewablessucks.com/

http://www.kevinpadrick.com/

http://www.objectiontofees.com/

http://www.objectiontofees.com/

http://www.patriciawhittington.com/

http://www.sussmanshanksucks.com/

http://www.millernashsucks.com/

http://tonkontorp.blogspot.com/
Formerly TonkonTorpSucks.com

http://ceoraydavis.blogspot.com/
Formerly CeoRayDavis.com

http://www.jimdiegel.com/

http://www.anniebuell.com/

http://www.stevenhedberg.com/

http://lyingtrolllegalgroupsucks.blogspot.com/

http://unethicalscumattorney.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.proofofcorruption.com/

http://www.josephstilwell.com/

http://seniornewstv.blogspot.com/

http://www.realestateindustrywhistleblower.com/

http://federalricolawsuit.blogspot.com/

http://millernash.blogspot.com/

http://obsidianfinancesucks.blogspot.com/search/label/David%20W.%20Brown

http://anniebuell.blogspot.com/

http://douglaschey.blogspot.com/

http://www.toddoutten.com/

http://www.scottsherr.com/

http://petersivere.blogspot.com/

http://www.paulcrotty.com/

http://ritaadler.blogspot.com/

http://jonmadonna.blogspot.com/

http://www.leeenterprisessucks.com/

http://portlandoregonanti-corruption.blogspot.com/

http://hypocriteattorney.blogspot.com/

http://www.janinerobben.com/

http://duanebosworth.blogspot.com/

http://www.stephenlamont.com/

http://intelcorruption.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.garystachlowski.com/

http://www.lesbiannewspaper.com/

http://www.davidsaman.blogspot.com/

http://womanhatingrabidlawyer.blogspot.com/

http://obsidianfinancesucks.blogspot.com/

http://www.actsofmedia.com/

http://www.kalispellmontananews.com/

http://www.whitefishmontananews.com/

http://crystalcoxnews.blogspot.com/

http://exposecorruptionblog.blogspot.com/

http://stevenhedberg.blogspot.com/

http://bankruptcycorruptionblog.blogspot.com/

http://www.exposeevil.com/

http://www.daddysworm.com/

http://www.conniebedwell.com/

http://www.exposechildmolesters.com/

http://www.thomassjoblom.com/

http://montanamoxy.blogspot.com/

http://ronaldmeisburg.blogspot.com/

http://www.michaelspreadbury.com/

http://www.georgecorn.com/

http://www.royceengstrom.com/

http://www.francisgurry.com/

http://intelcorruption.blogspot.com/

http://www.investigativejournalist.net/

http://www.gailmackie.com/

http://www.dylanenergysucks.com/

http://martincainchp.blogspot.com/

http://randywhitestone.blogspot.com/

http://suppressthetruth.blogspot.com/

http://www.exposecourtcorruption.com/

http://www.oregoniansucks.com/

http://www.ancerhaggerty.com/

http://kevinpadrickobsidianfinance.blogspot.com//

http://michaelgrenier.blogspot.com/

www.ShelleyLubben.com

http://hookersforjesus.net/

http://www.iamsecond.com/

http://www.mssspectrum.com/

PornNewsToday.com, MonicaAtHome.com, ChristianPornStar.com, PornWorthWatching.com, MonicaF.com, PornStarHookerAlert.com, FoxxMediaGroup.com, AmericanSatanism.com, PornInTheValley.com, MomsAgainstMedia.org, PornPimpingPolitics.com, and are hereby included as evidence into this case in their entirety.

http://www.shelleylubben.com/

I, Pro Se Defendant Crystal Cox demand that this court print out archives of blogs this court allowed Marc Randazza to Remove

**http://marcrandazzaegomaniac.blogspot.com/**

**http://www.marcrandazzasucks.com/**

**http://trollmarcrandazza.com/**

**http://www.crystalcoxmarcrandazza.com/**

**http://www.hypocritemarcrandazza.com/**

**http://www.fuckmarcrandazza.com/**

**http://marc-randazza.blogspot.com/**

**http://markrandazza.blogspot.com/**

**http://www.exposemarcrandazza.com/**

www.MarcRandazza.com

www.Markrandazza.blogspot.com

www.Marcrandazzaparody.com

http://www.fuckmarcrandazza.com/

http://marcrandazzafreespeech.blogspot.com/

http://www.marcrandazzasucks.com/

marcrandazzaviolatedmylegalrights.blogspot.com

http://www.bloggersrights.com/2012/03/marc-randazza-defends-rush-limbaugh-in.html

http://ethicscomplaint.blogspot.com/2012/06/marc-j-randazza-randazza-legal-group.html

http://www.defamationdefense.com/search/label/Marc%20Randazza

http://marcrandazzaegomaniac.blogspot.com/

http://marcrandazza.blogspot.com/

http://marcrandazzaliedaboutcrystalcox.blogspot.com/

MarcRandazza.com

**RandazzaLegalGroupSucks.com**

www.CrystalCoxMarcRandazz.com

www.marcjrandazza.com

www.marcjohnrandazza.com

www.marcrandazza.info

www.marcrandazza.biz

www.marcrandazza.org

marc-randazza.blogspot.com

marcrandazzaviolatedmylegalrights.blogspot.com

www.MarcRandazzaIsALyingAsshole.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV 89101

VIA Electronic Service

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com

Reverend Investigative Blogger Crystal L. Cox
Pro Se Defendant
**Case 2:12-cv-02040-GMN-PAL**