Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff,  Marc J. Randazza

**Motion To Request This Court**
**Investigate Plaintiff Marc Randazza**

vs.

Crystal L. Cox and Eliot Bernstein, Defendants


I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court Investigate the Life Endangering, Economic Terrorism, Criminal Conspiracy, Stalking, Selective Prosecution, Criminal Endangerment Harassment of Plaintiff Marc Randazza and Connected Parties.

As an Investigative Blogger, I, Pro Se Defendant Crystal L. Cox have a legal, ethical and moral duty to file this motion in protection of the Public At Large. I, Investigative Blogger, Pro Se Defendant Crystal L. Cox receive tips, and have personal experience, knowledge with and regarding to Plaintiff Marc Randazza and his Cult of Stalkers, Attorney Friends - Bloggers who harass, intimidate, threaten, pressure, ruin the career of, financial ruin, sabotage their own clients as well as those in the Porn Industry who expose them, are whistle blowers, insiders warning the Public of what Marc Randazza and those he is in Criminal and Civil Conspiracy with.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court Investigate connections, conflicts of interest with the following online media, in conspiracy with Plaintiff Marc Randazza to threaten whistleblowers and insiders, intimidate them, murder them, put them under massive suicidal duress, set them up, stalk them, threaten their families, and a number of other intimidating and life endangering tactics.

**The Following is a List of known PR, Media, Attorney Bloggers, Journalist who are
involved in Criminal and Civil Conspiracy with Marc Randazza.** I, Crystal L. Cox, Pro Se
Defendant, Investigative Blogger Demand that this Court Investigate these individuals in
connections with Plaintiff Marc Randazza and using media, blogs, to threaten, harass, and
intimidate whistleblowers aKa whistleblower retaliation.

Bob Garfield NPR, Kashmir Hill Forbes, Jordan Rushie Philly Law Blog, David Carr New York
Times, Kenneth P. White Popehate.com, Jason Jones SaltyDroid.info, **SiouxsieLaw.com,
SequenceInc.com Tracy Coenen, and** John and Jane Doe's to be added to this Federal
Investigation at a later date.

**I, Crystal L. Cox,** Pro Se Defendant, Investigative Blogger Demand that this Court Investigate
the connection of Righthaven Receiver Lara Pearson with Plaintiff Marc Randazza and
Opposing Counsel in Obsidian V. Cox.

**I, Crystal L. Cox,** Pro Se Defendant, Investigative Blogger Demand that this Court send all
information, documents, exhibits of this case to the FBI, Department of Justice, SEC, Nevada
Attorney General, California Attorney General, Washington Attorney General, U.S. Attorney
General, FCC and there be an Investigation into the Criminal and Civil Conspiracy involving
Plaintiff Marc Randazza.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate
Mafia and other Organized Crime Connections connected to Plaintiff Marc Randazza.

**I, Crystal L. Cox,** Pro Se Defendant, Investigative Blogger Demand that this Court investigate
the murder of Donny Long, and associated Criminal and Civil Conspiracy.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate
Godaddy Inc. in Civil and Criminal Conspiracy with Plaintiff Marc Randazza to steal intellectual
property, redirect massive online content worth millions and Civilly and Criminal Conspiracy with
Plaintiff Marc Randazza to deceive Godaddy Clients and to intimidate, harass, and place those
clients under extreme duress, and violate their criminal, civil and constitutional rights.

**I, Crystal L. Cox, Pro Se Defendant,** Investigative Blogger Demand that this Court investigate
the Civil and Criminal Conspiracy with Plaintiff Marc Randazza to suppress information
regarding the iViewit Stolen Technology. And I, Crystal L. Cox, Pro Se Defendant, Investigative
Blogger Demand that this Court investigate Proskauer Rose Law Firm, Kenneth Rubenstein,
Hon. Judith Kaye, Peter L. Michaelson, MPEG LA, and all related parties, John and Jane Doe's to
be added to this investigation.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court Investigate the car bombings of the iViewit Inventors, and the attempted murders associated with the iViewit Case..

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court Investigate the Criminal and Civil Conspiracy of Plaintiff Marc Randazza, the INTA, WIPO and WIPO Panelist Peter L. Michaelson.

**I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger** Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with working with "Opposing Counsel" in cases, in such a way that financial harms both of their clients. They use blogs, and the courts to create illusions, drage cases out, win, lose or settle the attorneys on BOTH sides get paid. Plaintiff Marc Randazza is in Criminal and Civil Conspiracy to "shakedown" clients on both sides, and acts in conspiracy with the Nevada Court and Nevada Receivers to carry this out. In this regard I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Judge Gloria M. Navarro as in the freezing of accounts and enforcing attorneys paid in the Righthaven case and in conspiracy with Receiver Lara Pearson.

Plaintiff Marc Randazza has acted in Criminal and Civil Conspiracy with Tonkon Torp Law Firm and Las Vegas Attorney Lara Pearson to be the forced "Receiver" in Obsidian V. Cox. Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Judge Gloria M. Navarro to work with Plaintiff Marc Randazza in wiping out massive online content of Defendant Crystal L. Cox, Pro Se Defendant, Investigative Blogger.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate the violation of Due Process Rights, Civil Right and Constitutional Rights by Plaintiff Marc Randazza and Officials of this Court.

**I, Crystal L. Cox,** Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza's has Criminal and Civil Conspiracy with Tonkon Torp Law Firm and Lawyer David S. Aman, Steven Wilker, Obsidian Finance Group, Kevin D. Padrick, David W. Brown, Todd Gregory and Patricia, Patty Whittington. I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza conspiring to Sabotage Defendant Crystal Cox's Ninth Circuit Appeal by aiding and abetting David S. Aman to harass Defendant Crystal Cox, take her right to appeal with the legal advice of Plaintiff Marc Randazza who was Defendant Crystal Cox attorney at one point. Plaintiff Marc Randazza conspiring to Sabotage Defendant Crystal Cox New Trial Motion, in a criminal and civil conspiracy with Judge Marco Hernandez and Tonkon Torp Law Firm. I, Defendant Cox demand this be investigated by the property authorities.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in connection to Manwin, Corbin Fisher, Liberty Media and other Porn Industry Giants, in Criminal and Civil Conspiracy to intimidate Defendant Crystal Cox to DROP her Ninth Circuit Appeal of Obsidian V. Cox. IN order to protect the criminal and civil conspiracy of Manwin, Corbin Fisher, Liberty Media and other Porn Industry Giants in their infringement on the iViewit Technology.  I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Liberty Media in conjunction with Billions of Dollars owed to Defendant Eliot Bernstein and the iViewit Technology Company.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Doug Chey, Movielink, Sony Pictures, Metro-Goldwyn-Mayer, Paramount Pictures, Sony Pictures Entertainment, Universal, Warner Bros, Best Buy, MovieFly LLC, Global Digital Media Group, Blockbuster, Sony John Calkins, David Colter, Chuck Dages, Todd Outten, Scott Sherr, Silicon Graphics,  Douglas Chey, Michael Arrieta, Blockbuster, and John and Jane Does, to be added to this investigation, Conspiring to steal, infringe on the iViewit Video Technology and to have blogs, "News" removed from the Internet to protect these individuals.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with a ring of bloggers with the goal to intimidate, harass, and control the court case of their victims; as well as to pressure the silence of whistle blowers, porn industry insiders and Investigative Bloggers.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate **Plaintiff Marc Randazza in Criminal and Civil Conspiracy with WIPO, Francis Gurry WIPO Director, Peter L. Michaelson WIPO Panelist,**

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate **Plaintiff Marc Randazza in Criminal and Civil Conspiracy with MPEG LA, Proskauer Rose Law Firm, Kenneth Rubensteins and John and Jane Doe's, to suppress the iViewit Technology story.**

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate **Plaintiff Marc Randazza in Criminal and Civil Conspiracy with aiding and abetting the iViewit Technology Theft.**

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate **Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Kenneth P. White of PopeHat.com and threats to break the legs of Defendant Crystal Cox.**

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger, Demand that this Court investigate **Plaintiff Marc Randazza in Criminal and Civil Conspiracy with attempting to shut down Defendant Crystal Cox's business, livelihood, blogs, investigative reporting and thereby participating in Criminal Endangerment of Defendant Crystal Cox and wiping out competition in the search engines with unlawful conspiracy.**

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this court investigate Plaintiff Marc Randazza in violations of Anti-Trust Laws in connection with Godaddy, and this Court in Criminal and Civil Conspiracy to remove competition in the search engines, to violate fair trade laws, restrain trade, harass and intimidate competition, and to shut down Defendant Crystal Cox as well as to Set up Defendant Crystal Cox for a Crime.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with J. Malcom Devoy, Sean Tompkins and other John and Jane Doe's to be added this investigation in regard to stalking, intimidating, harassing, threatening, and attempting to silence the investigative blogs of Monica Foster / Alex Melody.

Monica Foster / Alex Melody' blogs are PornNewsToday.com, MonicaAtHome.com, ChristianPornStar.com, PornWorthWatching.com, MonicaF.com, PornStarHookerAlert.com, and are hereby included as evidence into this case in their entirety.

**These blogs, websites in their entirety are hereby entered into this case as evidence.** This court is demanded to print out these blogs in their entirety for evidence to be included in this case.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with J. Malcom Devoy, Sean Tompkins, Corbin Fisher, Manwin, Liberty Media and other John and Jane Doe's in connection with stalking, intimidating, harassing, threatening, and attempting to silence the investigative blogs of Diana Grandmason aKa Desi Foxx.

Diana Grandmason aKa Desi Foxx's blogs are FoxxMediaGroup.com, AmericanSatanism.com, PornInTheValley.com, MomsAgainstMedia.org, PornPimpingPolitics.com, and are hereby included as evidence into this case in their entirety. **These blogs, websites in their entirety are hereby entered into this case as evidence.** This court is demanded to print out these blogs in their entirety to preserve evidence in this case, and on going criminal and civil investigations.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with J. Malcom Devoy, Sean Tompkins, Corbin Fisher, Manwin, Liberty Media and other John and Jane Doe's in connection with stalking, intimidating, harassing, threatening, and attempting to silence the whistle blowing, blogs, speaking out of Shelley Lubben. http://www.ShelleyLubben.com/ **in it's entirety is hereby entered into this case as evidence.** This court is demanded to print out every page of this blog, website  to preserve evidence in this case, and on going criminal and civil investigations.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with J. Malcom Devoy, Sean Tompkins, Corbin Fisher, Manwin, Liberty Media and other John and Jane Doe's in connection with stalking, intimidating, harassing, threatening, and attempting to silence the whistle blowing, blogs, speaking out of Annie Lobert. http://hookersforjesus.net/  and **http://www.iamsecond.com/ in it's entirety is hereby entered into this case as evidence.** This court is demanded to print out every page of this blog, website  to preserve evidence in this case, and on going criminal and civil investigations.

Plaintiff Marc Randazza is a dangerous, well connected attorney, and is not above any kind of personal or financial harm. It is this court's duty to take action and investigate Plaintiff Marc Randazza. I am an investigative journalist with knowledge of this information and demand that this court investigate Plaintiff Marc Randazza.

I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this Court investigate Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Proskauer Rose Law Firm, Kenneth Rubenstein, Peter L. Michaelson, Warner Bros., Corbin Fisher, Manwin, Liberty Median, Encore, Starz, Viacom, ATT, Apple, Roxanne Grinage, HireLyrics, Steve Dowling, Bruce Sewell, Phil Schiller, Peter Oppenheimer, Tim Cook, Paul Otellini, Jeffrey Bewkes, Time Warner Inc., Matthew Triggs, Foley and Lardner Law Firm, Gregg Mashberg, Allen Fagin, Kenneth P. White, Blockbuster, H. Wayne Huizenga, Judge Judith Kaye, Christopher Wheeler, William Dick, Intel Corp., **Brian G. Utley, Arthur Anderson, Greenberg Traurig, Todd Outten, Doug Chey, Scott Sherr, Comcast, TCI,  Time Warner Cable, Mobile Streams PLC, Sprint Nextel Corporation, Ideiasnet, Crown Media Holdings Inc., David J.A. Flowers, Albert E. Rosenthaler, Christopher W. Shean, Charles Y. Tanabe, Xbiz, Bittorent, Manwin, Liberty Media, Media Produdts Inc., Encore, STARZ, Encore Media Group, John C. Malone, Gregory B. Maffei, TCI Ventures Group LLC, ATT, Liberty Interactive, Lee Masters, Bruce Ravenel, Liberty Digital Inc., TCI Satellite Entertainment Inc,  Discovery Channel, News Corporation, QVC, MediaOne Group, CBS,  The Weinstein Company, Liberty Capital, SaltyDroid Jason Jones, Todd Kinnican, Jordan Rushie Philly Law Blog,** Bob Garfield NPR, Kashmir Hill Forbes, David Carr New York Times,

Kenneth P. White Popehate.com, **SiouxsieLaw.com, SequenceInc.com Tracy Coenen, Kevin D. Padrick, David W. Brown, Mike Morgan Tonkon Torp Law Firm, David S. Aman, Steven Wilker, Jessica Griffin at Godaddy, Mike Stack (Redgoat aka Goatsred), Weinergateand, Michael Fattorosi, Judge Michael Simon, Judge Marco Hernandez, Doug Chey, Movielink, Sony Pictures, Metro-Goldwyn-Mayer, Paramount Pictures, Sony Pictures Entertainment, Universal, Warner Bros, Best Buy, MovieFly LLC, Global Digital Media Group, Blockbuster, Sony John Calkins, David Colter, Chuck Dages, Todd Outten, Scott Sherr, Silcon Graphics,  Douglas Chey, Michael Arrieta, WIPO Director Francis Gurry, Raymond Joao, Douglas Boehm, R3D, Steven Becker, Raymond Hersch, John Malone, Digital Playground Inc., Manwin GERMANY GMBH, Fabian Thylmann, Manwin Licensing International, Manwin USA Inc., Brazzers, Xtube, PornHub, Spankwire** and John and Jane Doe's to be added to this Federal Investigation at a later date.

**I, Crystal L. Cox, Pro Se Defendant, Investigative Blogger Demand that this court print out all of the following blogs, URLS, websites in their entirety** as evidence in Criminal and Civil Conspiracy, Fraud on the Courts, Defamation, Harassment, Intimidation, Racketeering, Unethical Attorneys, and on going investigations in these matters.

**These blogs, websites in their entirety are hereby entered into this case as evidence.** This court is demanded to print out these blogs in their entirety for evidence to be included in this case.

Those involved in these stories exposing corruption are in danger of Plaintiff and his Co-Conspirators. It is the moral, ethical, constitutional, and lawful duty of this court to preserve all evidence in this matter and to take this request very seriously. Lives are Danger. People's quality of life are in danger. Assets are in jeopardy, and more.

**List of Blogs, Sites to be Printed by this Court and enter in as Evidence in their Entirety.**

www.CrystalCox.com

http://www.leonsimson.blogspot.com/

ethicscomplaint.com, ethicscomplaint.blogspot.com

http://www.bankruptcycorruption.com/,  http://bankruptcycorruptionblog.blogspot.com/

http://www.judgemarcohernandez.com/

http://www.obsidianvcox.com/

**http://www.crystalcoxcase.com/**

**http://www.obsidianfinancesucks.com/**

**http://obsidianfinancesucks.blogspot.com/**

**http://www.kevinpadrick.com/**

**http://www.objectiontofees.com/**

**http://kevinpadrickobsidianfinance.blogspot.com/**

**http://www.patriciawhittington.com/**

**http://www.leonsimson.blogspot.com/**

**http://www.stevenhedberg.com/**

http://obsidianfinancesucks.blogspot.com/

www.WhistleblowerMedia.com

http://www.obsidianfinancesucks.com/

http://www.davidcarrsucks.com/

http://www.iviewit.tv/

http://pornnewstoday.com/pnt/

http://foxxmediagroup.com/

http://www.stevedowling.com/

http://www.deniedpatent.com/

http://www.stevenhedberg.blogspot.com/

http://www.stevenhedberg.com/

http://www.summit1031bkjustice.com/

http://www.obsidianfinancesucks.com/

http://obsidiansucks.blogspot.com/

http://www.defamationdefense.com/

http://www.allenfagin.com/

http://www.anticorruptionmedia.com/

http://www.investigativeblogger.com/

http://investigativeblogger.blogspot.com/

http://www.industrywhistleblower.com/

http://industry-whistleblower.blogspot.com/

http://hamiltonmontananews.blogspot.com/

http://www.eurekamontananews.com/

http://eurekamontananews.blogspot.com/

http://www.kaigroenke.com/

http://www.eurekamontananews.com/

http://libbymontananews.blogspot.com/

http://www.allenfagin.com/

http://www.josephleccese.com/

http://www.greggmashberg.com/

http://www.exposekennethwhite.com/

http://www.brownwhitenewhousesucks.com/

http://www.proskauerfraud.com/

http://www.proskauersucks.com/

http://www.proskauerrosesucks.com/

http://judgerobinclute.blogspot.com/

http://www.berniecassidy.com/

http://montanacorruption.blogspot.com/

http://www.tedlympus.com/

http://www.daddysworm.com/

http://www.alexisdevane.com/

http://www.alanpineschi.com/

http://www.davidcarrsucks.com/

http://tonkontorp.blogspot.com/

http://www.attorneycorruption.com/

http://www.crystalcoxmedia.com/

http://www.crystalcoxnews.com/

http://crystalcoxnews.blogspot.com/

http://www.crystalcox.tv/

http://www.crystalcox.net/

http://www.griznews.com/

http://www.northwesttribune.com/

http://www.patriciawhittington.blogspot.com/

http://www.millernashsucks.blogspot.com/

http://www.millernashsucks.com/

http://pacificorpsucks.blogspot.com/

http://www.blackcapproject.com/

http://www.obsidianrenewablessucks.com/

http://www.michealdunn.com/

http://www.bloggersrights.com/

http://www.federalshieldlaw.com/

http://www.philipfalcone.com/

http://www.beneliason.com/

http://www.criminalendangerment.com/

http://unconstitutionalattorney.blogspot.com/

http://www.franklincable.com/

http://www.seangarnett.com/

http://www.dtoddgregory.com/

http://kevinpadrickobsidianfinance.blogspot.com/

http://pacificorpsucks.blogspot.com/

http://obsidianrenewablessucks.blogspot.com/

http://attorneyviolatedmylegalrights.blogspot.com/

http://douglaschey.blogspot.com/

http://www.scottsherr.com/

http://www.toddoutten.com/

http://www.iviewit.tv/

http://iviewit.tv/wordpress/

http://www.deniedpatent.com/

http://intelcorruption.blogspot.com/

http://www.eliotbernstein.com/

http://www.alexisdevane.com/
Was Kenneth Rubenstein.com, Alexis Devane is with MPEG LA, they pooled the iViewit Technology
illegally within other patents.

http://www.allenfagin.com/
Allen Fagin Proskauer Rose

http://www.josephleccese.com/
Joseph Leccese Proskauer Rose Law Firm

http://www.greggmashberg.com/
Gregg Mashberg Proskauer Rose

http://jorgelabarga.blogspot.com/
Formerly JorgeLabarga.com

http://raymondjoao.blogspot.com/
Formerly Ramond Joao.com

http://stevencbecker.blogspot.com/
Formerly StevenCbecker.com

http://www.toddoutten.com/

http://intelcorruption.blogspot.com/
Formerly **BruceSewell.com**

http://maryshapiro.blogspot.com/
Formerly MaryShapiro.net

http://www.foley-lardner.com/

http://www.greenbergtraurigsucks.com/

http://www.proskauerlawfirm.com/

http://royreardon.blogspot.com/
Formerly RoyReardon.com

http://www.stevedowling.com/

http://www.wimsweldens.com/

http://www.cubeantenna.com/

http://www.massiveshareholderfraud.com/

http://www.seconddepartment.com/

http://www.petersivere.com/

http://christophercwheeler.blogspot.com/
Formerly ChristopherCwheeler.com

http://www.teresarea.com/

http://artieminson.blogspot.com/
Formerly ArtiMinson.com

http://www.robinpainter.com/

http://www.jeffmarwil.com/

http://www.jamespelzer.com/

http://lesliebanderson.blogspot.com/
Formerly LeslieBanderson.com

http://ritaadler.blogspot.com/
Formerly RitaAdler.com

http://www.paulcrotty.com/

http://maryjunck.blogspot.com/
Formerly maryjunck.com

http://www.gregveon.com/

http://www.leeenterprisessucks.com/

http://www.marynewill.com/

http://www.philipfalcone.com/
Philip Falcone Lightsquared

http://www.sanjivahuja.com/

http://www.mssspectrum.com/

http://www.philliphumm.com/

http://kenboehm.blogspot.com/
Formerly KenBoem.com

http://www.peterjenson.com/

http://www.jeffreycarlisle.com/

http://www.davidmaura.com/

http://www.omarasali.com/

http://fredfesta.blogspot.com/
Formerly Fred Festa .com

http://www.perrybackus.com/

http://www.nansuroddy.com/

http://www.georgecorn.com/

http://www.robinclute.com/

http://www.berniecassidy.com/

http://www.robybowe.com/

http://www.richardchimberg.com/

http://www.thomassjoblom.com/

http://www.seungchong.com/

http://www.ronaldmeisburg.com/

http://matthewtriggscom.blogspot.com/

http://marckirschner.blogspot.com/
Formerly Marc Kirschner.com

http://www.hughrovit.com/

http://johnstankeyblog.blogspot.com/
Formerly JohnStankey.com

Formerly www.randywhitestone.com/
http://randywhitestone.blogspot.com/

http://larrystrickling.blogspot.com/
Formerly Larry Strickling.com

http://cascadiaproject.blogspot.com/

http://www.obsidianrenewablessucks.com/

http://www.kevinpadrick.com/

http://www.objectiontofees.com/

http://www.objectiontofees.com/

http://www.patriciawhittington.com/

http://www.sussmanshanksucks.com/

http://www.millernashsucks.com/

http://tonkontorp.blogspot.com/
Formerly TonkonTorpSucks.com

http://ceoraydavis.blogspot.com/
Formerly CeoRayDavis.com

http://www.jimdiegel.com/

http://www.anniebuell.com/

http://www.stevenhedberg.com/

http://lyingtrolllegalgroupsucks.blogspot.com/

http://unethicalscumattorney.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.proofofcorruption.com/

http://www.josephstilwell.com/

http://seniornewstv.blogspot.com/

http://www.realestateindustrywhistleblower.com/

http://federalricolawsuit.blogspot.com/

http://millernash.blogspot.com/

http://obsidianfinancesucks.blogspot.com/search/label/David%20W.%20Brown

http://anniebuell.blogspot.com/

http://douglaschey.blogspot.com/

http://www.toddoutten.com/

http://www.scottsherr.com/

http://petersivere.blogspot.com/

http://www.paulcrotty.com/

http://ritaadler.blogspot.com/

http://jonmadonna.blogspot.com/

http://www.leeenterprisessucks.com/

http://portlandoregonanti-corruption.blogspot.com/

http://hypocriteattorney.blogspot.com/

http://www.janinerobben.com/

http://duanebosworth.blogspot.com/

http://www.stephenlamont.com/

http://intelcorruption.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.garystachlowski.com/

http://www.lesbiannewspaper.com/

http://www.davidsaman.blogspot.com/

http://womanhatingrabidlawyer.blogspot.com/

http://obsidianfinancesucks.blogspot.com/

http://www.actsofmedia.com/

http://www.kalispellmontananews.com/

http://www.whitefishmontananews.com/

http://crystalcoxnews.blogspot.com/

http://exposecorruptionblog.blogspot.com/

http://stevenhedberg.blogspot.com/

http://bankruptcycorruptionblog.blogspot.com/

http://www.exposeevil.com/

http://www.daddysworm.com/

http://www.conniebedwell.com/

http://www.exposechildmolesters.com/

http://www.thomassjoblom.com/

http://montanamoxy.blogspot.com/

http://ronaldmeisburg.blogspot.com/

http://www.michaelspreadbury.com/

http://www.georgecorn.com/

http://www.royceengstrom.com/

http://www.francisgurry.com/

http://intelcorruption.blogspot.com/

http://www.investigativejournalist.net/

http://www.gailmackie.com/

http://www.dylanenergysucks.com/

http://martincainchp.blogspot.com/

http://randywhitestone.blogspot.com/

http://suppressthetruth.blogspot.com/

http://www.exposecourtcorruption.com/

http://www.oregoniansucks.com/

http://www.ancerhaggerty.com/

http://kevinpadrickobsidianfinance.blogspot.com//

http://michaelgrenier.blogspot.com/

www.ShelleyLubben.com

http://hookersforjesus.net/

http://www.iamsecond.com/

http://www.mssspectrum.com/

PornNewsToday.com, MonicaAtHome.com, ChristianPornStar.com, PornWorthWatching.com,
MonicaF.com, PornStarHookerAlert.com, FoxxMediaGroup.com, AmericanSatanism.com,
PornInTheValley.com, MomsAgainstMedia.org, PornPimpingPolitics.com, and are hereby
included as evidence into this case in their entirety.

http://www.shelleylubben.com/

**I, Pro Se Defendant Crystal Cox demand that this court print out archives of blogs this court allowed Marc Randazza to Remove**

http://marcrandazzaegomaniac.blogspot.com/

http://www.marcrandazzasucks.com/

http://trollmarcrandazza.com/

http://www.crystalcoxmarcrandazza.com/

http://www.hypocritemarcrandazza.com/

http://www.fuckmarcrandazza.com/

http://marc-randazza.blogspot.com/

http://markrandazza.blogspot.com/

http://www.exposemarcrandazza.com/

www.MarcRandazza.com

www.Markrandazza.blogspot.com

www.Marcrandazzaparody.com

http://www.fuckmarcrandazza.com/

http://marcrandazzafreespeech.blogspot.com/

http://www.marcrandazzasucks.com/

marcrandazzaviolatedmylegalrights.blogspot.com

http://www.bloggersrights.com/2012/03/marc-randazza-defends-rush-limbaugh-in.html

http://ethicscomplaint.blogspot.com/2012/06/marc-j-randazza-randazza-legal-group.html

http://www.defamationdefense.com/search/label/Marc%20Randazza

http://marcrandazzaegomaniac.blogspot.com/

http://marcrandazza.blogspot.com/

http://marcrandazzaliedaboutcrystalcox.blogspot.com/

MarcRandazza.com

RandazzaLegalGroupSucks.com

www.CrystalCoxMarcRandazz.com

www.marcjrandazza.com

www.marcjohnrandazza.com

www.marcrandazza.info

www.marcrandazza.biz

www.marcrandazza.org

marc-randazza.blogspot.com

marcrandazzaviolatedmylegalrights.blogspot.com

www.MarcRandazzaIsALyingAsshole.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV  89101

VIA Electronic Service

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com


Reverend Investigative Blogger Crystal L. Cox
Pro Se Defendant
**Case 2:12-cv-02040-GMN-PAL**