Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff,  Marc J. Randazza

**Response / Answer to Complaint**

vs.

Crystal L. Cox and Eliot Bernstein, Defendants

**I, Defendant Crystal Cox Deny all counts of Complaint**

**I, Defendant Crystal Cox Deny Paragraph 51 through 105**

**I, Defendant Crystal Cox has not engaged in Extortion**
**Defendant Eliot Bernstein, to my knowledge has never been charged with,**
**investigated nor found guilty of the crime of Extortion.**

I Defendant Crystal Cox, have never solicited Plaintiff Marc Randazza or anyone else for money to remove a blog post or to remove any of my investigative reporting articles / blog posts. I have never bought a domain name with the intent to ask for money from anyone that I report on.

I Defendant Crystal Cox have never had a criminal complaint filed against me for Extortion.  I Defendant Crystal Cox have never been on trial or investigated for Extortion.  I Defendant Crystal Cox am not guilty of extortion. To my knowledge and upon my belief, Defenant Eliot Bernstein has not been on trial for extortion nor investigated for extortion, nor has there ever been a criminal complaint filed against Defendant Eliot Bernstein for the crime of extortion to my knowledge.

**Defendant Crystal Cox and Defendant Eliot Bernstein
are NOT involved in a Civil Conspiracy.**

Defendant Crystal Cox is not involved in a Civil Conspiracy.
Defendant Eliot Bernstein, to my knowledge is NOT involved in a Civil Conspiracy.

Plaintiff Marc Randazza is involved in a Criminal and Civil Conspiracy against **Defendant
Crystal Cox and Defendant Eliot Bernstein to Suppress the iViewit Technology Story and
Pressure Defendant to STOP her Ninth Circuit Appeal in Obsidian Finance Group LLC v.
Crystal Cox.**

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza has acted in
criminal and civil conspiracy to paint me, Defendant Crystal Cox in false light, defame me and
accuse me of a crime in mass media, legal blogs and public radio in order to attempt to discredit
my blogs reporting the iViewit Technology Story. And to remove blogs that connect Plaintiff Marc
Randazza to those infringing on the iViewit Technology and owing Billions to the iViewit
Technology Company, Defendant Eliot Bernstein.

Plaintiff Marc Randazza has Criminally and Civilly Conspired in accusing me, Defendant Crystal
Cox publicly of the Crime of Extortion. I, Defendant Crystal Cox have never extorted anyone.  I,
Defendant Crystal Cox did not ask Plaintiff Marc Randazza for money to remove blog posts.
Plaintiff Marc Randazza offered to buy domain names from Defendant Crystal Cox.  Defendant
Crystal Cox refused, as the Exhibits to this Complaint Show.

Plaintiff Marc Randazza also offered to buy domain names from Monica Foster aKa Alex Melody,
when she refused Marc Randazza threatened her, stole domain names with the use of Jessica
Griffin Godaddy Insider.  For fear of her life and livlihood Monica Foster aKa Alex Melody Gave
MarcRandazza.com back to  Defendant Crystal Cox in hopes she would not be stalked,
threatened, defamed, beaten or even murdered by Plaintiff Marc Randazza and his connections .

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with Godaddy Inc.**

**On belief and knowledge of Defendant Crystal Cox,** Godaddy has Criminally and Civilly
conspired with Plaintiff Marc Randazza to steal the following domain names without due
process.

marcrandazza.me
marcrandazza.com
marcjrandazza.com
fuckmarcrandazza.com
marcjohnrandazza.com

marcrandazzasucks.com
marcrandazzaisalyingasshole.com
marcrandazza.biz
marcrandazza.info
marcrandazza.mobi
marcrandazzaparody.com
exposemarcrandazza.com
randazzalegalgroupsucks.com
trollmarcrandazza.com
hypocritemarcrandazza.com
crystalcoxmarcrandazza.com

**On belief and knowledge of Defendant Crystal Cox,** Godaddy has Criminally and Civilly conspired with Plaintiff Marc Randazza to change domain name servers to point to blog posts inciting hateful and defamatory remarks about Defendant Crystal Cox. Blog posts which are posted by those acting in criminal and civil conspiracy with Plaintiff Marc Randazza to intimidate, threaten, gag, harass Defendant Crystal Cox and to paint a picture that is fraud on the courts to get thousands of blog posts regarding the iViewit Stolen Video Technology, removed from the search engines permanently. This action violates AntiTrust Laws, Fair Competition Laws and Gives Plaintiff Marc Randazza and unfair advantage in the search engines based on Defendant Crystal Cox's, my money, my time, and my intellectual property.

The Above Domain Names were seized in Criminal and Civil Conspiracy with Plaintiff Marc Randazza, GoDaddy, Peter L. Michaelson, WIPO, and Judge Gloria M. Navarro. The Above domain names now link to the following Post Content on Marc Randazza's Blog "The Legal Satyricon" and to a Blog Post Linking to Defamation in Regard to Defendant Crystal Cox and Defendant Eliot Bernstein. Here is what the Domains Link to, as do thousands of internal blog posts.

### Marc Randazza's Blog "The Legal Satyricon" Blog Post, Seized Domains Now Link to, BEFORE Defendant Crystal Cox and Defendant Eliot Bernstein was allowed due process of law.

## "This Domain Name Seized from Crystal Cox

A number of domain names, formerly registered to the known cyber-extortionist, Crystal Cox, now forward to this post.

On Nov. 30., the World Intellectual Property Organization awarded six of them to me in **Randazza v. Cox**, WIPO Case No. D2012-1525. (Cox's commentary on the case is here)

On Dec. 14, the United States District Court in Las Vegas issued a TRO seizing the rest. See **Randazza v. Cox,** 2:12-cv-02040 (D. Nev. Dec. 14, 2012)

I prefer not to comment much on the cases themselves, as there has been plenty of that from third party media sources. However, I have put up this post so that any of the seized domain names can point to this post. If you represent any of Cox's other victims, feel free to email me and I'll be pleased to share my pleadings in these cases.

Here are some selected press accounts of the story:

**Forbes**: Hill, Kashmir, "Ugly New Reputation-Smearing Tactic: Going After a Toddler's Internet Footprint" Forbes.com, April 2, 2012.

**New York Times**: Carr, David, "When Truth Survives Free Speech" New York Times, Dec. 11, 2011.


**Philly Law Blog**: Rushie, Jordan, "The Evolution of Crystal Cox: Anatomy of a Scammer" Philly Law Blog, April 3, 2012.

**Forbes**: Coursey, David. "Are Bloggers Really Journalists? Not If They Ask for Money" Forbes.com, March 29, 2012.

**Forbes**: Hill, Kashmir. "Why An Investment Firm Was Awarded $2.5 Million After Being Defamed By Blogger" Forbes.com, Dec. 7, 2011.

**PopeHat**: White, Ken. "Crystal Cox: Not a Free Speech Advocate" Popehat, April 4, 2012.

**National Public Radio**: Garfield, Bob. "Combating 'Bad' Speech with More Speech" NPR, On the Media Episode on April 6, 2012.

**Photography is Not a Crime**: Miller, Carlos. "Blogger Must Act Like Journalist To Be Treated Like One" Pixiq, December 9, 2011.
I expect even more loony tunes to follow."

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza Criminally and Civilly Conspired with GoDaddy, Peter L. Michaelson, WIPO, and Judge Gloria M. Navarro to

seize Defendant Crystal Cox and Defendant Eliot Bernstein's Domain Names and then allow Plaintiff Marc Randazza in conspiracy link those domain names to a blog post doing what Plaintiff Marc Randazza is accusing Defendant Crystal Cox and Defendant Eliot Bernstein of doing. Plaintiff Marc Randazza has linked seized domain names to a blog post in which links to stories, articles, blog posts written by his co-conspirators in effort to defame, harass, intimidate, criminally endanger, and silence Investigative Blogger Crystal Cox.

Defendant Crystal Cox had thousands of linking blog posts, and Plaintiff Marc Randazza has Criminally and Civilly conspired with Godaddy Inc, and the Nevada Courts to wipe out this content, these links, in an unethical, illegal TRO. Godaddy Inc. is financially liable to Defendant Crystal Cox, as is Plaintiff Marc Randazza and Judge Gloria M. Navarro professionally and personally.

Plaintiff Marc Randazza has Criminally and Civilly conspired with Godaddy Inc. and Bob Parsons Godaddy President to tie up domain names for Plaintiff Marc Randazza in a way that violates the legal and constitutional rights of Defendant Crystal Cox and Defendant Eliot Bernstein.

Plaintiff Marc Randazza has Criminally and Civilly conspired with Godaddy Inc. and Bob Parsons Godaddy President to suppress blogs of Defendant Crystal Cox in order to cover up Godaddy's infringement of the iViewit Technology. And to Criminally and Civilly conspire with WIPO, Sony, Warner Bros., APPLE, MPEG LA, Baryn Futa, Alexis Devane, Peter L. Michaelson, Tonkon Torp Law Firm, Manwin, Corbin Fisher and John and Jane Does who owe Eliot Bernstein and iViewit Technology Billions of Dollars.

In the Summer of 2011 Proskauer Rose Law Firm attempted to Seize Domain Names of Defendant Crystal Cox, in which exposed the involvement of Proskauer Rose Law Firm and Proskauer Rose Attorney Kenneth Rubenstein in the biggest technology crime in the world, the stealing of the 12 Trillion Dollar iViewit Technology, in which Defendant Eliot Bernstein was one of the inventors, and the founder of the iViewit Technology Company. Proskauer Rose Law Firm attempted to Seize Domain Names of Defendant Crystal Cox, in Order to order to silence the investigative blogs of Defendant Crystal Cox. At that time, in 2011 Proskauer Rose Law Firm picked Peter L. Michaelson to be a Panelist, a Sole Panelist. Defendant Crystal Cox objected and demanded a 3 Panel WIPO Arbitration. Peter L. Michaelson reclused himself from the panel before the proceedings started, I assume because Peter L. Michaelson worked at Bell Labs with iViewit Defendant and Co-Conspirator Kenneth Rubenstein, was connected to iViewit Defendant and Co-Conspirator Hon. Judith Kaye, and had connections with Proskauer Rose that were an obvious conflict of interest.

The WIPO Complaint accused Defendant Crystal Cox of "Parroting Eliot Bernstein" and attempted to completely discredit the iViewit Technology Story and the involvement of Proskauer Rose Patent Attorneys in the stealing of the  iViewit Technology.

The Domain Names involved in this Dispute were AllenFagin.com,  JosephLeccese.com, GreggMashberg.com and ProskauerLawFirm.com - WIPO Case Numbers (TG) D2011-0678, (CT) D2011-0679,(CT) D2011-0677, (CT) D2011-0675 (Complainant Proskauer Rose).

Proskauer Rose Law Firm, at that time requested that Peter L. Michaelson be a Panelist on the WIPO Panel.  There were 3 WIPO Panelists on that WIPO Case, Peter L. Michaelson recused himself  before the Panel was set , assuming, due to conflicts of interest with Kenneth Rubenstein Proskauer Patent Attorney originally involved in the iViewit Technology theft and connections with AT&T Bell Labs, MPEG LA, and Hon. Judith Kaye.

Defendant Crystal Cox won all 4 WIPO cases against Proskauer Rose.

When Proskauer Rose could not remove the Investigative Blogs of Crystal L. Cox exposing the iViewit Technology theft by Proskauer Rose attorneys to the masses, Proskauer Rose then criminally and civilly conspired with Peter L. Michaelson, WIPO, in order to control the WIPO Decision regarding Marc Randazza Vs. Crystal Cox and Eliot Bernstein.

Proskauer Rose then enlisted, conspired criminally and civilly with Plaintiff Marc Randazza to set a precedence in a court decision to later be used by Proskauer Rose to seize thousands of blogs and hundreds of thousands of blog posts exposing Proskauer Rose involved in the stealing of a 13 Trillion Dollar Technology, the iViewit Technology. Proskauer Rose conspired criminally and civilly with Plaintiff Marc Randazza to use this ill gotten court decision as a basis for future claims against thousands of Defendant Crystal Cox's blogs and the Blogs of Defendant Eliot Bernstein, iViewit Technologies.

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza conspired criminally and civilly with David Aman, Steven Wilker and Mike Morgan of Tonkon Torp Law Firm in this matter as well,  as they were attorneys for Enron, which collapsed due to deals with Proskauer Rose Law firm regarding the iViewit Technology.

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza criminally and civilly conspired with Proskauer Rose to get a "Ruling" that Proskauer Rose can later use to STOP the flow of information regarding the iViewit Technology.  Plaintiff Marc Randazza conspired with Tonkon Torp Lawyer David S. Aman to SEIZE the "Right to Appeal" of Defendant Crystal Cox, in a Sheriff Sale of Defendant Crystal Cox's Assets. Plaintiff Marc Randazza coached, conspired with, counseled Tonkon Torp Lawyer David S. Aman and Steven Wilker Opposing Counsel in regard to seizing Defendant Crystal Cox's right to appeal as an ASSET. Thereby stopping the iVeiwt Story and the attention coming at the Investigative Blogs of Crystal Cox.  Plaintiff Marc Randazza  has set out to sabotage Defendant Crystal Cox, in her, my Ninth Circuit Appeal from the Beginning, first as my own attorney negotiating with Tonkon Torp Lawyer David S. Aman on my behalf, allegedly in my best interest.

Plaintiff Marc Randazza conspired criminally and civilly with Jordan Rushie of Mulvihill and Rushie LLC Philly Law Blog, Brown White $ Newhouse, Kenneth P. White, Popehat.com, Eric Turkewitz - Turkewitz Law Firm and NewYorkPersonalInjuryAttorneyBlog.com, Scott H. Greenfield of Simple Justice - a New York Criminal Defense Blog, Mark Bennett blog.bennettandbennett.com, Bennett and Bennett, Scott H. Greenfield, Bob Garfield of NPR, David Carr of the New York Times, Kashmir Hill of Forbes and other John and Jane Doe Attorneys and Law Firms, in an online campaign to defame, discredit the blogs of Defendant Crystal Cox and to make her, me look like a Criminal. Plaintiff Marc Randazza's conspiracy would fail if Defendant Crystal Cox is allowed to go to the Ninth Circuit Appeal and Wins, thereby giving even more credibility to her, my blogs reporting on their criminal and civil conspiracy. Therefore, Plaintiff Marc Randazza conspired criminally and civilly with Tonkon Torp Lawyers to STOP my, Defendant Crystal Cox's Ninth Circuit Appeal.

Plaintiff Marc Randazza criminally and civilly conspired with Tonkon Torp Law Firm, as this lawsuit and Obsidian V. Cox are harassing and intimidating lawsuit that violated my fundamental free speech right and now is trying to be denied a right to appeal.

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza criminally and civilly conspired with Tonkon Torp Law Firm to Deny Due Process in opposite constitution rights to appeal. Plaintiff Marc Randazza has committed fraud on this court in claiming the belief that Defendant Crystal Cox is a Montana Resident. The WIPO Complaint was in the name Reverend Crystal Cox as obtained from the Domain Name Who is Data Base, which also showed I was in Washington State, Plaintiff Marc Randazza criminally and civilly conspired with Tonkon Torp on seizing my "Right to Appeal" as an asset and Plaintiff Marc Randazza is covering up that fact that he knows I am in Washington State, as Plaintiff Marc Randazza has advised David Aman and Steven Wilker of Tonkon Torp Law Firm on how to seize my rights as it pertains to Washington Law and not Montana Law.

**On belief and knowledge of Defendant Crystal Cox,** When Proskauer Rose Failed at Silencing the Blogs of Investigative Blogger Crystal Cox in the Summer of 2011, Proskauer Rose then Enlisted Co-Conspirators Peter L. Michaelson and Marc Randazza In the Spring of 2012, when Plaintiff Marc Randazza Filed a Domain Name Dispute with the Czech Arbitration Court based in Prague (adr.eu). The Czech Arbitration Court case worker was Tereza Bartoskova. The Czech Arbitration Court case number was Administrative proceeding No. 100472. This domain name dispute was filed by Plaintiff Marc John Randazza. It was filed against Defendant Crystal Cox and Defendant Eliot Bernstein. Czech Arbitration Court case Administrative proceeding No. 100472 is hereby included as evidence into this case, in its' entirety, including all documents, emails, filings, answers, phone records, and all information in this case

.

Czech Arbitration Court case Administrative proceeding No. 100472 was cancelled after months of document and exhibit submissions as well as Respondent Crystal Cox's answer being filed. Plaintiff Attorney Marc Randazza did not notify Respondents, Defendant Eliot Bernstein and Defendant Crystal L. Cox. Plaintiff Marc Randazza then, at some point after this, and with no

reason as to why the Czech case was cancelled, Plaintiff Marc Randazza filed a WIPO Dispute. Respondents, Defendant Eliot Bernstein and Defendant Crystal L. Cox was not notified by Plaintiff Marc Randazza and found out, too late to file a response.

**On belief and knowledge of Defendant Crystal Cox,** Godaddy Inc. Criminally and Civilly conspired with Plaintiff Marc Randazza, as Godaddy Inc. never unlocked the domain names AFTER Plaintiff Marc Randazza withdrew Czech Arbitration Court case Administrative proceeding No. 100472. Godaddy Inc. Aided and Abetted Plaintiff Marc Randazza to keep Domain Names locked, unlawfully and against UDRP Rules.

Plaintiff Marc Randazza conspired Criminally and Civilly with WIPO, Godaddy Inc., Proskauer Rose Law Firm, MPEG LA, Kenneth Rubenstein, Hon. Judith Kaye, Peter L. Michaelson and other John and Jane Doe's in stealing domain names from Respondents, Defendant Eliot Bernstein and Defendant Crystal L. Cox in order to stop the flow of information regarding the iViewit Technology Theft and the involvement of and infringement of Plaintiff Marc Randazza' clients Manwin, Corbin Fisher and other Porn Industry Companies. And to protect the illegal technology infringement of Warner Bros., APPLE, MPEG LA, and other John and Jane Doe's. And to protect the involvement of Proskauer Rose Law Firm, Proskauer Rose Patent Attorney Kenneth Rubenstein, Hon. Judith Kay and other John and Jane Doe's.  Judith Kaye and Kenneth Rubenstein are both major iViewit Defendants in RICO and Anti-Trust Lawsuits.

Plaintiff Marc Randazza has Criminally and Civilly conspired with Godaddy Inc. and Bob Parsons Godaddy President to suppress the iViewit Technology Story. Godaddy, and Bob Parsons are infringing on the iViewit Technology, and are invested in multiple companies who also infringe on the iViewit Technology.

**On belief and knowledge of Defendant Crystal Cox,** Godaddy criminally and civilly conspires with Plaintiff Marc Randazza in not following UDRP Rules, Laws and Regulations, Godaddy simply takes whatever legal document Plaintiff Marc Randazza, Randazza Legal Group gives them and acts in civil and criminal conspiracy to do whatever Plaintiff Marc Randazza tells Godaddy to do.


### Defendant Crystal Cox has NOT violated Cyberpricy Laws
## Defendant Crystal Cox Denies Violation of CYBERPIRACY PROTECTIONS 15 U.S.C. § 8131.

Defendant Crystal Cox is NOT in VIOLATION OF INDIVIDUAL CYBERPIRACY PROTECTIONS – 15 U.S.C. § 8131.  Defendant Crystal Cox has not violated CYBERSQUATTING - 15 U.S.C. § 1125(d). Defendant Crystal Cox has not violated RIGHT OF PUBLICITY – NRS 597.810 COMMON LAW RIGHT OF PUBLICITY,  COMMON LAW RIGHT OF INTRUSION UPON SECLUSION and has not committed CIVIL CONSPIRACY.

**On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has
Criminally and Civilly Conspired with Godaddy Inc., this Court, WIPO and Judge Gloria
Navarro in illegally seizing domain names, redirecting thousands of blog posts and
Defendant is entitled to compensation. This court is not a Domain Appraisal Expert, and
yet has had Plaintiff Post a Bond of $100 per blog, per domain. MarcRandazza.com alone
is worth Millions, Defendant Crystal Cox's Right to Appeal is with 100's of Billions,
Defendant Crystal Cox's Blog network is worth over 100 Million.**

If it is not "legal" to own the name of another living individual in a Domain Name then how did
Plaintiff Marc Randazza win the right of his client to own
GlenBeckRapedandMurderedAyounggirlin1990.com? Also millions of domain names with other
people's names in it, are owned by drop companes, just as CrystalL.Cox.com goes to a domain
name with advertising on it in chinese.  http://chelywright.com/ , http://www.brucesewell.com/,
http://marcrandazza.net/ is a pay per click site, goes to a pay ad site, and millions of other
domain names.  The domain name registrar often makes this money.

There are thousands of Parody, Satire Sites, of which **Plaintiff Marc Randazza is an advocate
for many of these sites,** yet my sites were shut down, my domain names seized and without
due process. Even names such as MarcRandazzaParody.com, HypocriteMarcRandazza.com
and CrystalCoxMarcRandazza.com, there by in one unconstitutional swoop, stopping Defendant
Crystal Cox from making a Parody Regarding Marc Randazza. This violates my due process
and has caused damaged to my online network, as well as defamed me, as these domain
names now link to a blog post on Plaintiff's blog that defames me.

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza and his
Attorney Co-Conspirators teach others how to steal domain names. This is a YouTube
Comment from CaptainObvious, believed to be Kenneth P. White of Brown, White and
Newhouse.

> "Captain Obvious 3 weeks ago
> Everyone who is a victim of Cox needs to know they can win against her. Do NOT make
> the following     mistakes (1) seeking a multi-member panel - that is a typical large firm
> response to an idea (2) going after trademark rights (3) don't treat the arbitration like
> a complaint that can be amended or augmented with discovery – treat it like an arbitration."

The "Victims" he speaks of are those I report on, expose in my online media, which is my Free
Speech Right to do so. He is telling them how to steal domain names. In Conspiracy with WIPO,
INTA, and Godaddy. Plaintiff Marc Randazza has used this Nevada Court to alter the search

engines, Violate My Free Speech Rights in Mass, Defame me, Plaintiff Crystal Cox, Harass Me, steal my intellectual property and suppress my blog posts exposing Plaintiff Marc Randazza and his connection to those who have stolen the iViewit Technology.

Redirecting Plaintiff Crystal Cox's domain names in conspiracy is a theft, a crime, an AntiTrust Violation, Fair Competition Law Violation and is fraud on this court. Godaddy Inc. who Sold the Domain Names, illegally gave the domain names to Plaintiff Marc Randazza, changing the server and breaking thousands of links forever.

### Plaintiff Marc Randazza has acted in Criminal and Civil Conspiracy against Defendant Crystal Cox

Defendant Crystal Cox has NOT been involved in any conspiracy against Plaintiff Marc Randazza.  In Fact, Plaintiff Marc Randazza has been involved in Criminal and Civil Conspiracy against Defendant Crystal Cox.

Defendant Crystal Cox's Independent Investigative Blogger, blogs are solely owned and operated by Defendant Crystal Cox, with the exception of other news entries / posts by journalists / investigative bloggers from time to time, including full time investigative blogger Michael Spreadbury posts. Defendant Eliot Bernstein has never, ever posted, written on Defendant Crystal Cox's blogs.

Defendant Eliot Bernstein has had his rights violated, due process violated and has been a victim of this court. Defendant Eliot Bernstein has lost domain names and future value in other domain names due fraud on this court acting in conspiracy with Godaddy Inc., Bob Parsons and Plaintiff Marc Randazza to seize domain names, delete thousands of blog posts from the search engines, steal intellectual property and all to suppress the biggest Technology Crime in the World Ever, the Criminal and Civil Conspiracy of the iViewit Stolen Technology.

Defendant Eliot Bernstein is not a proxy, was never engaged in any cyberfly activity and is the rightful owner of domain names stolen in conspiracy with this court,  conspiracy with Godaddy Inc., Bob Parsons and Plaintiff Marc Randazza.

Defendant Eliot Bernstein agreed to assume Domain Names in lieu of debt because many of the domain names are evidentiary links in his Federal RICO and ANTITRUST lawsuit, to Whistleblower Christine C. Anderson and ongoing Federal Investigations. And these domain names assumed by Defendant Eliot Bernstein in receivership are also used in State, Federal, and International Criminal Complaints as Exhibits.

Defendant Eliot Bernstein is not responsible for content on the blogs of Defendant Crystal Cox and received ownership of domain names through receivership, due to a debt owed by Defendant Crystal Cox to Defendant Eliot Bernstein of which the Obsidian V. Cox court records, depositions and documents clearly show. Plaintiff Marc Randazza has acted in criminal

conspiracy with (THE BLOGGERS) to deliberately paint Eliot Bernstein in False Light, Violate his individual rights, violate his constitutional rights and accuse him of a crime in public forums.

**On belief and knowledge of Defendant Crystal Cox,** Plaintiff Marc Randazza has acted in criminal conspiracy to suppress the iViewt Technology story to, in conspiracy protect his clients Hunter Moore, Liberty Media Holdings, Corbin Fisher, Manwin and other John and Jane Does. Defendant Eliot Bernstein is one of those I write about, one of those stories that I report on in order to expose corruption in the courts.

Plaintiff Marc Randazza calling those I write about "victims" is false and perpetrates a fraud on the court. They are people, companies I Report on, of which I, Defendant Crystal L. Cox have been proudly doing in my own name for a decade.

### Plaintiff Marc Randazza has Criminally and Civilly Conspired with John C. Malone and Liberty Media (LINTB).

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has acted in criminal conspiracy with John C. Malone, Rich Baer, Evan D. Malone, David E. Rapley, Larry E. Romrell, Donne F. Fisher, Gregory B. Maffei, Andrea L. Wong, Robert R. Bennett, M. Ian G. Chilchrist, and Liberty Media (**LINTB**) and Liberty Media (**LINTB**) owned companies PBS, Sprint Nextel Corporation, Starz, Time Warner Cable, Time Warner Inc., Viacom Inc., Centurylink, Crown Media Holdings, Liberty Associated Partners LLC, Barnes and Noble, Liberty Media Corporation, Acquire Media, Associated Partners L.P., MacNeil/Lehrer, Live Nation Entertainment Inc., Kroenke Arena Company LLC, Atlanta National League, Corbin Fisher, Brazzers, Encore, E! Entertainment, Time Warner Entertainment, Nine German Owned Cable Companies, Manwin, Discovery Channel, News Corporation, QVC, AT&T, Gary Magness, Magness Securities, Paul A. Gould, Jerome H. Kern, Kim Magness, Charles Y. Tanabe, TCI, Liberty Media Holdings, Xbiz, Corbin Fisher, Playboy, Hustler, The Weinstein Company, Playboy Enterprises, Warren Buffet, Disney, Netflix, APPLE, Liberty Media Corp NASDAQ:LMCA, and John and Jane Doe's.

These Liberty Media Holdings are named in the iViewit RICO Complaint, RICO Lawsuit, SEC Complaint, USPTO Complaint, New York Whistleblower Whitewashing Cases, Attempted Murder and Car Bombing cases involving iViewit Technology, Florida Bar Lawsuits, Department of Justice Investigations and more.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has acted in criminal conspiracy with John C. Malone and Liberty Media (**LINTB**) and affiliated companies in order to suppress the iViewt Technology story because his client Liberty Media / Liberty Media Holdings LLC who owns part of Time Warner Inc., Time Warner Cable and Viacom, as well as Part or All of the Following who infringe on the iViewit Technology: Encore, Startz, **TCI Ventures Group LLC, ATT, Liberty Digital Inc., TCI Satellite Entertainment Inc, Discovery Channel,**

**News Corporation, Netflix, QVC, MediaOne Group, CBS, The Weinstein Company, Liberty Capital, Corbin Fisher,** Liberty Global, Belgium's Telenet Group Holding, Sirius Radio, Barnes and Noble, Discover Communications, Malone Family Foundation, in Connection with the Cato Institute, and other Jane and John Doe's to be added.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has acted in criminal conspiracy with John C. Malone and all owned companies and associated people above, in a massive deception, fraud on shareholders. Plaintiff Marc Randazza, John C. Malone, Rich Baer, Evan D. Malone and all above know of Liberty Media infringing on the iViewit Video Technology and the massive liability this is to Liberty Media and all people, companies, shareholders listed above in connection to Liberty Media owned companies.

Plaintiff Marc Randazza has acted in criminal conspiracy with John C. Malone and Liberty Media to commit Shareholder Fraud, Insider Trading, Sec Violations, Anti-Trust Violations, Securities Fraud and continued infringement on the iViewit Video Technology in spite of known NDA's, Legal Contracts, Inventors Rights and the FACT that Plaintiff Marc Randazza, Liberty Media and John C. Malone knowingly fail to disclose this Trillion Dollar Liability to shareholders of Liberty Media and Associated Companies.

Plaintiff Marc Randazza has conspired Criminally and Civilly with John C. Malone, Liberty Media, Time Warner Inc., Viacom, MPEG LA, Proskauer Rose Law Firm, Patent Attorney Kenneth Rubenstein, INTA, Peter L. Michaelson, Francis Gurry, WIPO, Bell Telephone Laboratories, AT&T, Stephen Lamont, Warner Bros., AOL, SONY, and other John and Jane Doe's to remove information from the Internet Regarding the worlds largest technology crime, the theft of the iViewit Technology by Proskauer Rose Patent Attorneys and Co-Conspirators.   And to remove information regarding their involvement in stealing, infringing on the iViewit Technology.

On belief and knowledge of Defendant Crystal Cox, John C. Malone began his business career at Bell Telephone Laboratories of AT&T. Kenneth Rubenstein, the Head Proskauer Rose Patent Attorney involved in criminal and civil conspiracy of stealing the iViewit was at Bell Labs associated with John C. Malone and WIPO Panelist Peter L. Michaelson. Plaintiff Marc Randazza has conspired Criminally and Civilly with John C. Malone, Kenneth Rubenstein, Peter L. Michaelson, Liberty Media and other John and Jane Doe's in intimidating, harassing, defaming, criminally endangering, Defendant Crystal Cox and Defendant Eliot Bernstein.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has conspired Criminally and Civilly with John C. Malone, Kenneth Rubenstein, Peter L. Michaelson, Liberty Media, Godaddy, Judge Gloria M. Navarro and other John and Jane Doe's to remove thousands of blogs posts and associated links exposing those involved in the iViewit Technology Theft. And Criminally and Civilly to steal domain names, redirect domain names, and steal intellectual property, personal propert of Defendant Eliot Bernstein, iViewIt Founder and of Defendant Crystal Cox in order to suppress information involving the

iViewit Company, and the known technology infringement of Plaintiff Marc Randazza and Jordan Rushie, Philly Law Blog client Liberty Media, John C. Malone and All Associated Companies infringing on the iViewit Technology.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has conspired Criminally and Civilly with John C. Malone, Liberty Media, McKinsey & Company, John Calkins, Warner Bros., Time Warner Inc., SONY Entertainment, Doug Chey, Scott Sherr, Todd Outten, AOL,Tracy L. Coenen, Tim Cook, Julie Jacobs, Warren Lieberfarb, Lieberfarb and Associates, Sony Pictures Entertainment, Intel, Bruce Sewell, H. Hickman Powell, Crossbow Ventures, Chuck Dages, Alan E. Bell, Kenneth Rubenstein, WB Online, Sam Smith, Joe Annino, Jack Scanlon, Real Producer, WMP Developer Guides, Media Cleaner Pro, AOLTW, Microsoft, Toshiba, Best Buy, Samsung, Columbia House, and John and Jane Doe's in removing blogs reporting on the suppressing information regarding massive shareholder fraud, racketeering, sec fraud, suppressing and removing iViewit Technology, stealing domain names related to the iViewit Technology theft story, removing blogs from the search engines related to the iViewit Technology theft and in intimidation - defamation - harassment campaigns against Investigative Blogger Defendant Crystal Cox and against Investigative Blogger Monica Foster aKa Alex Melody and Diana Grandmason aKa Desi Foxx, who are both named in Plaintiff Marc Randazza's complaint against Defendant, Investigative Blogger Crystal L. Cox by Plaintiff Marc Randazza in criminal and civil conspiracy .

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has conspired Criminally and Civilly with John C. Malone, Liberty Media and John Calkins of SONY. Both John C. Malone and John Calkins were with McKinsey & Company.  John Calkins is the Executive Vice President of Global Digital and Commercial Innovation for Sony Pictures Home Entertainment, and was at Warner Bros. when Warner Bros. Signed NDA's - Non Disclosure Agreements Regarding the iViewit Video Technology, and is one of the original co-conspirators in the iViewit Technology Theft, involving his direct connection with Warner Bros. and SONY, and massive shareholder fraud in not disclosing this liability.

On information and belief that Plaintiff Marc Randazza may be connected to the murder of Donny Long, there's is an investigation over this, at this time, and Donny Long has not appears. I have information and belief that Plaintiff Marc Randazza is connected to Porn WikiLeaks, and Sean Tomkins, with the aid of J. Malcom Devoy and Randzza Legal Group harass those who threaten to tell

## Plaintiff Marc Randazza has Criminally and Civilly Conspired with Multiple Legal Bloggers, CPA's Attorneys and Journalist in an Whistleblower Retaliation Harassment Campaign

Defendant Crystal L. Cox has NOT acted in **an online harassment campaign.** Defendant Crystal L. Cox has reported on Plaintiff Marc Randazza. Defendant Crystal L. Cox has posted

tips, personal experience, parody, reviews and information regarding Plaintiff Marc Randazza.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza, as Exhibits A-Z attached to this complaint Show has acted in criminal and civil conspiracy with Bob Garfield NPR, Kashmir Hill Forbes, Jordan Rushie Philly Law Blog, David Carr New York Times, Kenneth P. White Popehate.com, Jason Jones SaltyDroid.info, SiouxsieLaw.com, Sequenceinc.com Tracy Coenen, Mark Bennett blog.bennettandbennett.com, Bennett and Bennett, Scott H. Greenfield, Carlos Miller, Eric Turkewitz - Turkewitz Law Firm and NewYorkPersonalInjuryAttorneyBlog.com, Scott H. Greenfield of Simple Justice - a New York Criminal Defense Blog and blog.simplejustice.us, Carlos Miller of PixIQ.com and PhotographyisNotaCrime.com, Las Vegas Review-
Journal, the Las Vegas Sun, VegasInc, Las Vegas CityLife, Las Vegas Weekly, Stephens Media and other John and Jane Doe's in an Online Hate, Defaming, Criminal Endangerment, Information Suppressing, Whistle Blower Retalitation Harassment Campaign.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with the above in order to defame, harass, intimidate investigative bloggers and those who speak out about the Porn Industry Companies he represents. Plaintiff Marc Randazza has Criminally and Civilly Conspired with the above in order to get them to back down from legal actions that affect the financial bottom line of Liberty Media and other Co-Conspirators.

Plaintiff Marc Randazza has Criminally and Civilly Conspired with the above in massive shareholder fraud campaign, and fraud on the courts, misrepresentation to the court.

### Defendant Crystal L. Cox has never extorted Plaintiff Marc Randazza.

Defendant Crystal L. Cox has never received money from Plaintiff Marc Randazza nor has Defendant Crystal L. Cox  demanded money from Plaintiff Marc Randazza nor threatened any action if Plaintiff Marc Randazza did not pay Defendant Crystal L. Cox.

Defendant Crystal L. Cox has not engaged in cybersquatting and spamming Plaintiff Marc Randazza. Defendant Crystal L. Cox has a proprietary method of getting her news stories found strong in the search engines , this is in no way cybersquatting and spamming.

Defendant Crystal L. Cox did NOT Register MarcRandazza.com to Extort Plaintiff Marc Randazza nor did Defendant Crystal L. Cox demand money from Plaintiff Marc Randazza. Defendant Crystal L. Cox bought MarcRandazza.com to do PR on her own legal case.

Defendant Crystal L. Cox did not buy Domain Names regarding the name "Randazza" for any commercial reason, nor did Defendant Crystal L. Cox place pay per click ads or receive pay per click ad money. Godaddy Inc. Placed Ads and Received money for those ads.

Defendant Crystal L. Cox never offer to clean up the reputation of Plaintiff Marc Randazza.

Defendant Crystal L. Cox did not buy domain names to tamper with a witness. Defendant Crystal L. Cox bought domain names to get the story heard, and to fight back with the truth regarding the intimidations, harassment, painting in false light, civil and criminal conspiracy in which Plaintiff Marc Randazza was involved in against Defendant Crystal L. Cox in order to suppress the iViewit Technology story and the truth about Plaintiff Marc Randazza's involvement to STOP the iViewit Story and save his clients 100's of Billions of Dollars, Literally.

In fact, the record shows that Defendant Cox stated I, she wanted to go to Portland to Marc Randazza's Deposition and question him myself. Plaintiff Marc Randazza was Subpoenaed in Obsidian V. Cox, after the Trial. I am Pro Se in this matter and received copies of the Marc Randazza Subpoena. Exhibit B shows the questions I intended to ask Marc Randazza at this deposition in which he somehow managed to fail to show up to.

Defendant Crystal L. Cox bought **MarcRandazza.me** as a Parody, a Satire, as a Joke and Defendant Crystal L. Cox never offered Plaintiff Marc Randazza the domain name for 5 Million. Defendant Crystal L. Cox titled that post here "Here Kitty Kitty", as a Joke simply to stand up to those attacking Defendant Crystal L. Cox and let them know that though they have created mass blogs spewing hate and lies about Defendant Crystal L. Cox, and threatened me, pushed me to stop my Ninth Circuit Appeal, I would persevere.  It was my way of saying You Will NOT Kill my Spirit you EVIL Assholes.

On belief and knowledge of Defendant Crystal Cox, This Court has worked in Criminal and Civil Conspiracy with INTA, WIPO, Godaddy Inc., and Plaintiff Marc Randazza to Steal **MarcRandazza.me** .

### Plaintiff Marc Randazza Violated Attorney Client Privilege

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza acted as Defendant Crystal Cox's attorney. Plaintiff Marc Randazza negotiated a deal with Opposing Counsel in Obsidian V. Cox, based on conversations with Defendant Cox and acting as her attorney. Plaintiff Marc Randazza has violated my rights as his client, violated my privacy, violated my constitutional rights, violated my right to due process, violated my intellectual property right, Violated Attorney Privilege, committed a Hate Crime against me, defamed me, threatened me, harassed me and has engaged in painting me in false light and criminal endangerment, for over a year.  Defendant Crystal Cox is entitled to compensation.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with Godaddy Inc. and Judge Gloria M. Navarro in mass intellectual property theft.**

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has had massive Google Blogger Blogs removed by getting his ring of bloggers, attorneys, in criminal and civil conspiracy to mark them as spam from so many directions that Google has no choice but to remove the blogs regarding the iViewit Video Technology story. Plaintiff Marc Randazza has acted with Co-Conspirator re-alleged from this entire response in removing and attempting to remove, silence, suppress Blogs in which are named in Federal Investigations, Whistle Blower and Whitewashing Cases, SEC Complaints, RICO Complaints, and more ongoing federal investigations regarding the iViewit Technology Case.

The Following Blogs were seized, removed, deleted by Plaintiff Marc Randazza and his Co-Conspirators to intimidate, harass, criminally endanger, Defendant Crystal Cox, in order to remove content regarding the iViewit Technology story and attempt to set precedence for Proskauer Rose and other Co-Conspirators to do the same thing, and thereby wipe out the iViewit Stolen Technology story and all blogs who report on the iViewit Technology Theft.

marcjohnrandazza.blogspot.com
randazzalegalgroup.blogspot.com
marcrandazzaviolatedmylegalrights.blogspot.com
markrandazza.blogspot.com
marcrandazza.blogspot.com
jenniferrandazza.blogspot.com
marcrandazzafreespeech.blogspot.com
marcrandazzaegomaniac.blogspot.com
marcjrandazza-lawyer.blogspot.com
marc-randazza.blogspot.com
marcrandazzawomensrights.blogspot.com
marcrandazza-asshole.blogspot.com>
marcrandazzatips.blogspot.com>
marcrandazzaabovethelaw.blogspot.com

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with Wordpress, Insiders at Google and a Ring of Attorneys Marking Blogs as Spam to remove information regarding the stolen iViewit Technology and the involvement of Marc Randazza's clients and co-conspirators.**

Plaintiff Marc Randazza has had massive wordpress blogs removed, videos removed and flagged in civil and criminal conspiracy in order to remove information regarding the iViewit Video Technology story.

**Plaintiff Marc Randazza nor Plaintiff Jennifer Randazza have a Common Law Trademark.**

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with INTA, Peter L. Michaelson, WIPO and John and Jane Does Regarding the name "Marc Randazza and Fraudulent Trademark Claims.

Regarding Trademark issues, Defendant, Attorney Marc Randazza uses Marco Randazza as his Twitter and YouTube User Name, as well as his username on his own blog. As Seen In Exhibit Q.   Defendant, Attorney Marc Randazza had no ™ posted at his blog regarding the name Marc Randazza as beign trademarked and Plaintiff Attorney Marc Randazza had no Trademark when purchased Defendant Crystal Cox purchased MarcRandazza.com to use as PR for Defendant Crystal Cox's highly public First Amendment Case.

Marc Randazza has no common law trademark on his website, he had no Trademark when I purchased the domain names yet seems to have convinced WIPO that he is the rightful owner and has stolen several domain names from myself and Defendant Eliot Bernstein of iViewit Technologies.

Marc Randazza had no lawful Trademark on the name Marc Randazza at the time Blogger Crystal Cox purchased Domain Names, nor at the Time iViewit Technology Eliot Bernstein received Domain Names in Receivership.

If such names are Trademarked then it is the responsibility of Godaddy to NOT knowingly take the money of their clients knowing full well the names will be taken, and that Godaddy will help the client LOSE the names they paid Godaddy year after year to renew. Godaddy Sells Domain Names that are allegedly Trademarked and those who buy the Names from GoDaddy, are then Liable, even though they have no knowledge of a Trademark.

Plaintiff Marc Randazza has no common law trademark, and if this court rules that Plaintiff Marc Randazza has a common law trademark, then this is only in the state of Neveda.

Plaintiff Marc Randazza has no federal trademark regarding the name Marc Randazza and in fact uses MarcoRandazza on his blogs, his twitter account, his youtube account and other online accounts. Plaintiff Marc Randazza has no legal right to MarcRandazza.com nor any of the other dozens of domain names and blogs that this court has enabled Plaintiff Marc Randazza to seize, delete, change links, divert traffic and ruin my intellectual property.

If this court rules that Marc Randazza has a common law trademark, then it would only be for this state of Nevada.  Marc Randazza certainly has no greater common law claim then Proskauer Rose Law Firm, yet Defendant Crystal Cox WON all four WIPO Cases for AllenFagin.com, GreggMashberg.com, JosephLeccese.com and ProskauerLawFirm.com

### Marc Randazza is NOT a common household name.
### Marc Randazza has no Trademark.

Because Complainant Marc Randazza has ties to illegal activity, he cannot claim legitimate rights to his name as a famous mark. The doctrine that plaintiff must come into a court of equity with "clean hands" is a reflection of the equitable nature of trademark law. A plaintiff who requests the assistance of a court of equity must not himself be guilty of inequitable conduct.

Marc Randazza, otherwise known as Marco Randazza in which he is really branded as and is his username on his blog, his twitter site and his YouTube page, has ties in family history to the name Randazzo according to genealogy and ancestry sites.

Plaintiff Marc Randazza has no Trademark on the name Marc Randazza. Plaintiff Marc Randazza is not the only Marc Randazza in the entire world. In fact Marc Randazza goes publicly by the name Marco Randazza, as is his YouTube Username, Twitter Username and Username on his own blog of which has no ™, suggesting he believes he has a Trademark on the name Marc Randazza.

Plaintiff Marc Randazza goes by the username MarcoRandazza on Best Tweets Social Media Blog, Username on PhillyLawBlog, Conversations between "Hypen" and "Marco Randazza", FlickR Username, YouTube Username on Multiple Accounts, Gloucester Times Username, The Legal Satyricon, yFrog Social Site, Domain Name Forums, DNF.com, Legal Blog Watch, Bitter Lawyer, Citizen Media Law, Above the Law Blog, Popehat.com, and multiple other sites, forums and blogs, "Marco Randazza" is his Public Persona. Plaintiff Marc Randazza, as seen in Exhibit Q has went by "Marco Randazza" for over 5 years at least.

### Plaintiff Marc Randazza has Criminally and Civilly Conspired with WIPO Panelist Peter L. Michaelson in Domain Name Theft, Removal of iViewit Content Online, Public Defamation, Harassment, and illegally stating that Defendant

**Eliot Bernstein and Defendant Crystal Cox are Guilty of the Crime
of Extortion, of which Defendant Eliot Bernstein nor
Defendant Crystal Cox are guilty of or have been investigated for.**

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza conspired Criminally
and Civilly with Peter L. Michaelson, who was the Sole WIPO Panelist. Peter L. Michaelson
Criminally and Civilly Conspired with Plaintiff Marc Randazza in order to seize domain names
that exposed the iViewit Technology Story. Peter L. Michaelson, WIPO Panelist has undisclosed
conflicts of Interest with close ties with Plaintiff Marc Randazza and INTA connections and
witnesses say they have met at INTA meetings on a regular basis and have a personal
relationship.

Peter L. Michaelson, WIPO Panelist has undisclosed conflicts of Interest and has acted
Criminally and Civilly with Kenneth Rubenstein, MPEG LA lead patent attorney, who is a
Proskauer Rose Attorney that was iViewit's Patent Attorney, whom is the lead on the Stealing of
the iViewit Technology.

Proskauer Rose Lawyers and Law Firm have conspired with the main Defendants in the Iviewit
RICO, SEC,  and Anti-Trust Complaints.

On belief and knowledge of Defendant Crystal Cox, In Criminal and Civil Conspiracy with
Plaintiff Marc Randazza, Sole Panelist Peter L. Michaelson has defamed Defendant
Crystal Cox and  iViewit Founder / Inventor Defender Eliot Bernstein. Sole Panelist Peter
L. Michaelson has massive, undisclosed conflicts of interest in this WIPO decision.

In this WIPO case Sole Panelist Peter L. Michaelson has accused me, Defendant Crystal
L. Cox and Defendant Eliot Bernstein of the Crime of Extortion. This was done in criminal
and civil conspiracy with Plaintiff Marc Randazza, Proskauer Rose, Kenneth Rubenstein
and WIPO.

Sole Panelist Peter L. Michaelson knows that Defendant Eliot Bernstein and Defendant
Crystal Cox was not under criminal investigation for Extortion, and Sole Panelist Peter L.
Michaelson knows that Defendant Eliot Bernstein and Defendant Crystal Cox has had no
criminal charges filed, no criminal trial, and certainly no criminal conviction of any kind.
Defendant Eliot Bernstein and Defendant Crystal Cox was not on trial for Extortion nor has
Defendant Eliot Bernstein nor Defendant Crystal Cox had a criminal extortion complaint
filed. Sole Panelist Peter L. Michaelson, in criminal conspiracy with Proskauer Rose and
Plaintiff Marc Randazza flat out states that Respondent Eliot Bernstein and Crystal Cox are
guilty of the crime of extortion.

Sole Panelist Peter L. Michaelson accused Defendant Eliot Bernstein and Defendant Crystal Cox of the Crime of Extortion in a WIPO decision that is now picked up by Big Media, Countless Bloggers and is published globally in legal documents, dockets, intellectual property blogs magazines, and more. Therefore, Sole Panelist Peter L. Michaelson has massively defamed and criminally endangered Defendant Crystal Cox and Defendant Eliot Bernstein, as well as interfered with ongoing iViewit Technology investigations by these false Criminal Allegations of iViewit Founder Defendant Eliot Bernstein.

**Sole Panelist Peter L. Michaelson's** accusations in a distinguished WIPO Decision has massively defamed Defendant Eliot Bernstein and Defendant Crystal Cox. This has lead to character attacks, further defamation and incited hate toward Investigative Blogger Defendant Crystal L. Cox.

Sole Panelist Peter L. Michaelson took the word of the Plaintiff Marc Randazza, a Las Vegas Porn Attorney, over the word and documented proof of Defendant Crystal Cox.

**Sole Panelist Peter L. Michaelson** did no fact check or investigation into the allegations of Extortion. Sole Panelist Peter L. Michaelson simply accused Defendant Eliot Bernstein and Defendant Crystal Cox of Extortion in a WIPO Decision.

WIPO is not a Criminal Investigation Court. WIPO is not a Judge and a Jury. Yet Sole Panelist Peter L. Michaelson in conspiracy with WIPO, Proskauer Rose and Plaintiff Marc Randazza took it upon himself to convict Defendant Eliot Bernstein and Defendant Crystal Cox of Extortion.

Co-Conspirator, Sole Panelist Peter L. Michaelson in conspiracy with WIPO, Proskauer Rose and Plaintiff Marc Randazza has violated the constitutional and intellectual property rights of Defendant Eliot Bernstein and Defendant Crystal Cox.

Sole Panelist Peter L. Michaelson, in criminal conspiracy with Proskauer Rose, WIPO and Plaintiff Marc Randazza refused to signed a **Conflict of Interest Disclosure** in the WIPO Decision regarding Marc Randazza of Randazza Legal Group against Defendant Crystal Cox and Defendant Eliot Bernstein. Defendant Crystal Cox requested that the WIPO Panel Sign a Conflict of Interest Disclosure. This request was sent to Sole Panelist Peter L. Michaelson by WIPO and yet was NOT Signed and returned to Defendant Eliot Bernstein and Defendant Crystal Cox.

Sole Panelist Peter L. Michaelson has massive conflicts of interest regarding iViewit,

Proskauer Rose, MPEG LA, Judith Kaye, Patent Theft, Eliot Bernstein and more regarding Eliot Bernstein and the Journalism of Investigative Blogger Crystal Cox regarding ALL named in the iViewit SEC Complaint, RICO Complaint and Legal Action surrounding iViewit Technologies Video Technology Theft by Proskauer Rose Attorneys.

On belief and knowledge of Defendant Crystal Cox, Sole Panelist Peter L. Michaelson worked at Bell Lab with Proskauer Rose Attorney Kenneth Rubenstein whom was the main Patent Attorney involved in the theft of the 13 Trillion Dollar iViewit Technology theft. Proskauer Rose Patent attorney, who is also the MPEG LA head patent attorney, is named in RICO Complaints, Patent Lawsuits, and more regarding the iViewit Technology and Eliot Bernstein.

On belief and knowledge of Defendant Crystal Cox, **Peter L. Michaelson** knows that he has massive conflicts of interest regarding being a Sole Panelist reviewing Domain Names owned by iViewit Founder and one of the iViewit Inventors, Eliot Bernstein. Peter L. Michaelson knows that he has massive conflicts of interest regarding being a Sole Panelist reviewing Domain Names owned by Investigative Blogger Crystal L. Cox whom Peter L. Michaelson know has been reporting on the iViewit Technology theft for over 3 years. In fact, **Peter L. Michaelson was a requested Panelist** by Proskauer Rose Law Firm in WIPO Case (TG) D2011-0678, (CT) D2011-0679,(CT) D2011-0677, (CT) D2011-0675 (Complainant Proskauer Rose),  regarding Domain Name Disputes with  Proskauer Rose Lawyers and Investigative Blogger Crystal L. Cox. For proof of this, review the emails of that Case.

Sole WIPO Panelist Peter L. Michaelson has conflicts of interest with MPEG LA, whom is named in the Eliot Bernstein RICO Complaints, SEC Complaints and Technology Infringement. Sole WIPO Panelist Peter L. Michaelson has conflicts of interest with MPEG LA's patent attorney Kenneth Rubenstein of Proskauer Rose Law Firm whom was the original Patent Attorney for iViewit and originally stole the 13 Trillion Dollar iViewit Technology.

Peter L. Michaelson is connected with Proskauer Rose in regard to the International Commission on Patent Disputes and the CPR Protocol on Determination of Damages in Arbitration. This too is an undisclosed Conflict of Interest.

Sole WIPO Panelist Peter L. Michaelson is connected to ex-Supreme Court Judge Judith Kaye who is also named in RICO Complaints, SEC Complaint, Patent Lawsuits and more in the iViewit Technology theft. As Judith Kaye was involved in covering up the theft. This

was connected to the fact that her Husband was a Proskauer Rose Lawyer at that time, whom is now deceased.

In WIPO Decision Case No. D2012-1525, Sole Panelist Peter L. Michaelson names Proskauer Rose, and discusses my investigative writing of Proskauer Rose, Bruce Sewell Apple General Counsel who was Intel General Counsel when the iViewit Technology was stolen and Time Warner in conspiracy over the iViewit Technology. Proskauer Rose, Bruces Sewell of Apple and Time Warner had nothing to do with WIPO Case Case No. D2012-1525.

Sole Panelist Peter L. Michaelson brings up this point in order to attempt to protect those involved in the iViewit Technology theft in which Sole Panelist Peter L. Michaelson is in conspiracy and serious conflict of interest with. Why name Proskauer Rose, Bruce Sewell of Apple and Time Warner in a decision for a Domain Name regarding a Porn Industry Attorney named Marc Randazza and Domain Names owned by Investigative Blogger Crystal L. Cox and iViewit Founder / Inventor Eliot Bernstein.

**Sole Panelist Peter L. Michaelson used a New York Times article as Investigative Fact to Convict Eliot Bernstein and Crystal Cox of extortion in WIPO Decision.**

David Carr of the New York Times wrote an article called, "When Truth Survives Free Speech". This is an "Opinion" of a journalist for the New York Times. It is not fact and has many false accusations and information. Sole Panelist Peter L. Michaelson references this article in his defamatory, criminal WIPO Decision. An "article" in the New York Times, used as FACT in a decision for Intellectual Property Rights is not based in fact or in law. And in fact, is unlawful, illegal and WIPO is liable for his actions in this matter.

In my WIPO Complaint Response, I provided documentation to the FACT that there was no Extortion charges against me. I Provided eMail Communication between Attorney Marc Randazza and myself Defendant Crystal Cox. I even provided the WIPO Panelist with a Copy of an eMail from Marc Randazza to Defendant Crystal Cox, stating that he would represent me in my Appeal of Obsidian Finance Group V. Crystal Cox.

Sole Panelist Peter L. Michaelson deliberately ignored my proof, my documents of facts, and simply went on the stated the word of Complainant, Porn Attorney Marc Randazza.

Sole Panelist Peter L. Michaelson then went so far as to accuse me of a serious crime in a worldwide published WIPO Decision This is Illegal and WIPO is liable.

WIPO is not a Criminal Investigation Court and has no right to accuse me of a Crime in Published WIPO Decisions. In doing so, Sole Panelist Peter L. Michaelson has committed a Crime and has defamed me seriously. This has also caused me severe damage and backlash. I demand that WIPO publish a retraction of this Decision in no less than 3 major Media Outlets. And that WIPO retract this Defamatory, Criminal WIPO Decision.

Peter L. Michaelson has acted in conspiracy with Porn Attorney Marc Randazza in inciting Hate against Blogger Crystal Cox whom Marc Randazza was my attorney for a short time, and whom I Fired for acting unethically. Peter L. Michaelson has not reviewed the facts of this case, and instead Peter L. Michaelson has stated that Crystal Cox and Eliot Bernstein are guilty of Extortion.

WIPO showed extreme discrimination, prejudice and special favors to Marc Randazza throughout the process. WIPO even let Marc Randazza add several domain names to the WIPO complaint, BEFORE he even paid a filing fee. I demand that there be a special investigations of all emails from WIPO to Marc Randazza, from Peter L. Michaelson to Marc Randazza, and a thorough examination of all documentation I submitted proving my case and that there was no extortion charges against me.

**In WIPO Decision Case No. D2012-1525, Peter L. Michaelson states**

"Respondent's actions in registering and using the disputed domain names may appear, at a first glance, to simply be a vehicle through which she provides advertising through pay-per-click sites, but on slightly closer examination are actually components of an artifice intended to extort funds from the Complainant and thus a pretext for a rather egregious variant of cybersquatting. As such, none of those actions can or will serve as a predicate upon which the Respondent can lawfully develop any rights or legitimate interests in any of the disputed domain names."

Sole WIPO Panelist **Peter L. Michaelson flat out lies** in saying these sites are **pay per click** that I receive revenue from. I have not received revenue from disputed names. Any ads placed on said Domain Names were places by the Registrar, Godaddy, and the Revenue was taken by Godaddy and NOT Respondent.

Sole WIPO Panelist Peter L. Michaelson commits fraud and defamation in saying that Domain Names are **"actually components of an artifice intended to extort funds from the Complainant"**. WIPO Panelist Peter L. Michaelson has no proof of Complainant being asked for money to remove blog post. WIPO Panelist Peter L. Michaelson has no proof of Complainant giving money to Respondent. WIPO Panelist Peter L. Michaelson

has no proof what so ever of intention to "extort". WIPO Panelist Peter L. Michaelson simply
goes on the word of Unethical Porn Industry Attorney Marc J. Randazza.

**WIPO Panelist Peter L. Michaelson States:**

"the Respondent's intention, as reflected by the record, was never to solely provide, through her
websites, speech critical of the Complainant. Rather, her objective in both registering and using
the disputed names was apparently to engage in a rather sinister and tenacious scheme to
extort money from the Complainant."

**This is a flat out false statement.** The record shows that I purchased MarcRandazza.com on
the same day that I had a Phone Meeting with Marc Randazza regarding representing me in my
Obsidian Finance Group V. Crystal Cox, high profile Free Speech Case I was taking to the Ninth
Court of Appeals. I did not post one word on that Blog until months later when I FIRED Marc
Randazza and he had conspired with opposing counsel to STOP me from going to the NINTH
with my Appeal. My "objective" was to EXPOSE an unethical, hypocritical, lying, crooked
attorney and to WARN others whom may have Marc Randazza do them what he did to me. I did
not ask for money to remove information. In fact Marc Randazza offered to buy
MarcRandazza.com and email records that xxx has seen, show that I rejected this offer and said
that MarcRandazza.com was not for sale at ANY price.  WIPO Panelist Peter L. Michaelson
even saw an email where Respondent Marc Randazza says he did not mind me asking for a job,
and that was the only reference of money that EVER Came UP. WIPO Panelist Peter L.
Michaelson knows all of this and still Falsley accused me of Extortion in mass, high profile
media.

**WIPO Panelist Peter L. Michaelson States:**

"Specifically, the Respondent first posted negative and false commentary on her websites that
was intentionally calculated to injure the Complainant's on-line reputation and disrupt the
Complainant's business conducted through his law firm. Thereafter, the Respondent used those
sites in a manner that apparently optimized their ranking on the Google search engine in order to
increase their visibility and prominence on search results yielded through a Google search of the
Complainant, thus likely exacerbating the injury caused to the Complainant."

Again WIPO Panelist Peter L. Michaelson flat out lies. I, Respondent posted "commentary"
in order to expose Marc Randazza, to discuss my experience with Marc Randazza as an
attorney. From there I got lots of tips, so I posted more information. WIPO Panelist Peter L.
Michaelson has no reason to believe that the "commentary" is false. As it is true to the
absolute best of my knowledge and information.

WIPO Panelist Peter L. Michaelson has no right to flat out state the commentary to be false, as it was NOT false. And it certainly was not posted to then Extort Money from Marc Randazza. This makes no logical sense and has no records of proof.

And of course I "optimized" my "sites" that is the point of the internet. I am Media, and I get the stories found strong in the search, that is the point of the INTERNET. It is not some sinister extortion plot. I asked for and I received NO money from Marc Randazza. IN fact, WIPO Panelist Peter L. Michaelson has seen emails where Marc Randazza asked that I pay his expenses in representing me.

WIPO Panelist Peter L. Michaelson flat out lies in stating that I "intentially calculated to injure Complainant". I Intentionally wrote blog posts to expose what Marc Randazza had done to me, my experience with Marc Randazza and tips and information I had investigated and received regarding Marc Randazza and the Randazza Legal Group.

### WIPO Panelist Peter L. Michaelson States

"Once all this occurred, the Respondent then offered her reputational management services to the Complainant through which, for a considerable fee, she would remediate the Complainant's on-line reputation by eliminating all the negative and false commentary of her own making and presumably also ceasing her use of the disputed domain names. Basically, for a price, she would undo the injury to the Complainant for which she was responsible for having created in the first place. This egregious conduct clearly constitutes bad faith under the Policy."

WIPO Panelist Peter L. Michaelson has defamed me and acted criminally in this statement as he falsely accused me of criminal activity. WIPO Panelist Peter L. Michaelson has seen emails and records that prove that did NOT offer to "remediate" anything for a fee. I NEVER, EVER offered to eliminate any "commentary". This is a flat out false, defamatory statement with malice as WIPO Panelist Peter L. Michaelson had the emails and records proving this untrue. WIPO Panelist Peter L. Michaelson flat out lies hypothesizing in a WIPO decision that I claimed I would undo injury that I did for a fee. This is NOT True. I will NOT undo my blog posts for a price, and I never offered Such. My intention is to warn others potential clients on how dangerous and unethical that Marc Randazza and Randazza legal group is. There was no "price" offered. So WIPO Panelist Peter L. Michaelson saying that "Basically, for a price, she would undo the injury to the Complainant for which she was responsible for having created in the first place." this again is defamatory and I Demand WIPO issue a Retraction in major media sources.

In WIPO Decision Case No. D2012-1525, Peter L. Michaelson discusses Marc Randazza's given name and "Mark". Yet no Trademark Documents applied or were filed. And Marc Randazza goes by MarcoRandazza on Twitter, YouTube and his username on his own blog. There is no ™ on Marc Randazza's Blog. And there was no proof given to WIPO of Marc Randazza's "given name" as I believe his birth name is Marco Randazza and not Marc Randazza. Also note that this Marc Randazza is not the only Marc Randazza in the world and should not have a right to steal this intellectual property as the only rightful owner in the world.

**In WIPO Decision Case No. D2012-1525, Peter L. Michaelson States:**

"Third, the Respondent attempted to commercially benefit from registration of these names by offering "reputation management" services to the Complainant – through baiting the Complainant into an extortionate scheme."

This is a flat out false claim, and is defamatory. I did not bait the Complainant, in fact Marc Randazza entered my life through channels other than me. Marc Randazza wanted to be my attorney in the biggest First Amendment Case out there at this time, and got very angry when I fired him as my Attorney and instead chose UCLA Professor Eugene Volokh.

**In WIPO Decision Case No. D2012-1525, Peter L. Michaelson States:**

"Specifically, once the Complainant declined her "reputation management" services, the Respondent then registered domain names that contained not only the Complainant's surname, but also the personal names of his wife and three year old daughter, and then included falsehoods about the Complainant on her websites to which the domain names resolved."

This is false and defamatory. I did not post falsehoods, nor did I start blogs to post falsehoods because Marc refused to pay me. I did not ask Marc Randazza to pay me to remove anything. My Blogs were to expose Marc Randazza. And there was NEVER a blog at the alleged domain of Marc Randazza's alleged daughter. Peter L. Michaelson flat out lies.

### Plaintiff Marc Randazza has Criminally and Civilly Conspired with Godaddy Inc., Bob Parsons, Jessica Griffin Godaddy Insider, and other John and Jane Doe's at Godaddy.

On belief and knowledge of Defendant Crystal Cox, Godaddy Inc. and Bob Parsons Godaddy President are liable for the Damage they have done to me, and now to the Entire Domaining, Domain After Market, Domain Auctions, and Domain Name Industry.  Plaintiff Marc Randazza

Criminally and Civilly Conspires with Godaddy Inc., and WIPO in order to steal Domain Names.

Godaddy Inc. and Bob Parsons Godaddy President make pay per click, ad money from ads on domain names, Plaintiff Marc Randazza tells the courts and WIPO that the "Respondent" "Defendant" makes these ad dollars which is false. Godaddy Inc. and Bob Parsons Godaddy President sells domain names, customers such as Defendant Crystal Cox and Defendant Eliot Bernstein, pay for domain names, renew domain names year after year and built content, build value into these domain names. Then Plaintiff Marc Randazza, a Domain Name Law and Intellectual Property Attorney conspire criminally and civilly with Godaddy Inc. and Bob Parsons Godaddy President, and the Las Vegas Courts to simply take domain names, intellectual property and to redirect your internet traffic without due process and based solely on the unproven information given by Attorney Plaintiff Marc Randazza.

In 2005, Defendant Crystal Cox began giving Godaddy large amounts of business. I had met Godaddy at TRAFFIC West, a Domainer Trade Show Started by Rick Schwarts, the man who SOLD Men.com for 1.4 Million many years before. I also met the man who Sold Business.com for 7.5 Million and many other attorneys and industry insiders. I Liked Godaddy and thought them to have integrity, 7 years later my then partner and I have paid Godaddy hundreds of thousands of dollars in renewal fees and domain name renewals. In 2006, I believe we had around 70,000 domain names which would give Godaddy Inc. around $70,000 a year in domain name renewal fees. Now after 7 years of being a Godaddy Client and vast amount of Money, Referrals and Business I have given Godaddy. Godaddy has Criminally and Civilly conspired with Plaintiff Marc Randazza to lock, redirect, and flat out steal domain names with no due process to the Godaddy Client.

### Plaintiff Marc Randazza has Criminally and Civilly Conspired with Tracy L. Coenen of SequenceInc.com

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza conspired Criminally and Civilly with SequenceInc.com, Tracy L. Coenen, Tracy Coenen to Paint Blogger Crystal Cox in False Light.

As seen In Exhibit T, In Criminal and Civil Conspiracy with Plaintiff Marc Randazza, Tracy L. Coenen has publicly accused Defendant Crystal Cox of Extortion. In Criminal and Civil Conspiracy with Plaintiff Marc Randazza Tracy L. Coenen has defamed Defendant Crystal Cox.

In Criminal and Civil Conspiracy with Plaintiff Marc Randazza Tracy L. Coenen has Criminally and Civilly Endangered Defendant Crystal Cox and Defendant Eliot Bernstein.

On belief and knowledge of Defendant Crystal Cox, In Criminal and Civil Conspiracy with Plaintiff Marc Randazza Tracy L. Coenen has aided and abetted Plaintiff Marc Randazza to remove massive information regarding the iViewit Technology Theft. In Criminal and Civil Conspiracy with Plaintiff Marc Randazza Tracy L. Coenen has deliberately, with malice, painted Defendant Crystal Cox in false light so as to discredit Defendant Crystal Cox and the iViewit Technology story involving Liberty Media Holdings, Corbin Fisher, MPEG LA, Manwin and massive others.

Tracy L. Coenen has acted In Criminal and Civil Conspiracy with Plaintiff Marc Randazza, and AOL, AOLTW, Julie Jacobs, Tim Cook, John C. Malone and John and Jane Doe's to cover up information online regarding the involvement of AOL, AOLTW, in the iViewit Stolen Technology.

On belief and knowledge of Defendant Crystal Cox, Co-Conspirator Tracy L. Coenen know that AOL is involved in the iViewit Technology theft. Co-Conspirator  Tracy L. Coenen knows that AOL has been named in RICO Complaints, SEC Complaints, USPTO Complaints and massive legal actions regarding the iViewit Technology Theft.


Tracy L. Coenen has acted In Criminal and Civil Conspiracy with Plaintiff Marc Randazza, and AOL's Julie Jacobs, Time Warner, Liberty Holdings Media, Viacom, Ernst and Young, Arthur Anderson, Warner Bros., and other John and Jane Does in aiding and abetting massive shareholder fraud and in suppressing the iViewit Story and setting up, harassing, defaming, threatening and criminally endangering Blogger Defendant Crystal Cox who is exposing the iViewit Store LOUDLY in her online news media network, Anti-Corruption Media, Whistleblower Media, Investigative Blogs by Investigative Blogger Crystal L. Cox.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired
with Ronald Green, Laura Tucker, Randazza Legal Group, "GERMANY GMBH", Manwin
GERMANY GMBH, Manwin and Liberty Media in suppression of blogs
regarding the iViewit Technology Case.**

On belief and knowledge of Defendant Crystal Cox, Ronald Green, Marc Randazza, Jennifer Randazza, and Randazza Legal Group are connected to **"GERMANY GMBH"** - Which is **Manwin GERMANY GMBH**, which is connected to Porn Wiki Leaks and Porn Industry illegal activity, financial schemes, human trafficking, harassment and intimidation rings, staged suicides, attempted murders, copyright schemes, stalker rings, porn industry hookers, and have known mafia and other organized crime connections.

On belief and knowledge of Defendant Crystal Cox, Manwin GERMANY GMBH is a named Defendant in the iViewit SEC Complaint, iViewit RICO Complaint, and this is the main reason for Plaintiff Marc Randazza to attempt to silence Defendant Investigative Blogger Crystal L. Cox and iViewit Technology Founder and Inventor Eliot Bernstein.

On belief and knowledge of Defendant Crystal Cox, Randazza Legal Group is out to protect Manwin GERMANY GMBH, as Manwin GERMANY GMBH owes iViewit Technologies Billions for over 11 years of knowingly infringing on the iViewit Video Technology

**Plaintiff Marc Randazza has Criminally and Civilly Conspired**
**with Tonkon Torp Law Firm, David S. Aman, Steven Wilker,**
**Mike Morgan, Obsidian Finance Group, Kevin D. Padrick,**
**Patricia Whittington, David W. Brown and Judge Marco Hernandez.**

Plaintiff Marc J. Randazza is, and has been for over a year, acting in Civil and Criminal Conspiracy with Tonkon Torp Law Firm. Tonkon Torp Law Firm represented Enron in Bankruptcy Proceedings and Related Matter. Enron Collapsed, went bankrupt, due to Proskauer Rose Patent Lawyers and Enron's involvement in the Stealing of the iViewit Technology, of which Defendant Eliot Bernstein is the Founder and is one of the iViewit Video Technology Inventors.

On belief and knowledge of Defendant Crystal Cox, Tonkon Torp Law Firm is counsel to Intel Corp. Portland who is named in iViewit SEC Complaints, RICO Complaints, USPTO Complaints and legal action regarding the stealing of the iViewit Technology. Tonkon Torp law firm has motive to suppress the iViewit Story in connection with protecting their clients.

Defendant Eliot Bernstein, is also a named defendant on the Court Docket for Obsidian Finance Group Vs. Crystal Cox, Case Number CV-11-57-HZ U.S. District Court, District of Oregon, and Case 2:12-mc-00017-JPH Eastern District of Washington regarding Obsidian V. Cox. Eliot Bernstein is the Founder of iViewit Technologies and one of the Inventors of the iViewit Technology, which Plaintiff Marc Randazza and Tonkon Torp Law Firm are Criminally and Civilly Conspiring to Silence Information on.

Enron is named in iViewit, Eliot Bernstein, SEC Complaints, RICO Complaints, Criminal Complaints, and ALL of the Blogs of Defendant Investigative Blogger Crystal L. Cox report on the iViewit Technology Story and the involvement of Enron, Proskauer Rose Law Firm, MPEG LA, Arthur Anderson,  Kenneth Rubenstein Patent Attorneys, Hon. Judith Kaye and thousands of others involved in the iViewit Technology Theft.

Tonkon Torp Law Firm, Mike Morgan and other John and Jane Doe's represented Enron and have civilly and criminally conspired with Plaintiff Marc Randazza to cover up Tonkon Torp's involvement in the Stealing of the iViewit Technology.

Plaintiff Marc J. Randazza is acting in Civil and Criminal Conspiracy with Tonkon Torp Law Firm regarding the suppressing of  Investigative Blogger Crystal L. Cox exposing the documents, evidence, records of the iViewit Techology Theft as Seen at www.DeniedPatent.com, www.iVieiwit.tv, www.EthicsComplaints.com , www.BankruptcyCorruption.com , and all blogs

listed in the attached Motion Entitled, **"Motion Requesting Preservation of Evidence"**, of which these blogs in their entirety are evidence in this court case and must be printed out by this court in their entirety, as requested by Defendant Crystal Cox and in the best interest of shareholders and the public at large.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc J. Randazza is acting in Civil and Criminal Conspiracy with Tonkon Torp Law Firm and connections to CPA Firm Arthur Anderson, which is a named defendant in the iViewit Case. CPA Firm Arthur Anderson's CPA Gary Stachlowski was the primary paid witness in the Obsidian V. Cox Case.

Plaintiff Marc Randazza and Tonkon Torp Law Firm are and have been Criminally and Civilly Conspiring to intimidate, harass, defame Defendant Crystal Cox in order to attempt to stop Defendant Crystal Cox from Appealing the Obsidian V. Cox Case. First, Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman Criminally and Civilly Conspired regarding Receivership in the Obsidian V. Cox Case as Plaintiff Marc Randazza recommend a Las Vegas Attorney named Lara Pearson of the Rimon Law Group to be the Receiver in Obsidian V. Cox. Plaintiff Randazza did this in order to steal Domain Names such as MarcRandazza.com. Plaintiff Randazza had been out to sabotage Defendant Crystal Cox's Appeal from day one in order to suppress the iViewit Story, and protect his Porn Clients.

Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman desperately want to STOP the Obsidian V. Cox Appeal, both have the agenda of removing Blogs in which expose the biggest Criminal Technology Case in the World, iViewit Technology. Of which both Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman have motive to suppress. Plaintiff Marc Randazza represents Big Porn Industry Companies such as Manwin, Corbin Fisher and Others. Plaintiff Marc Randazza's clients knowingly use the iViewit Video Technology and have for over a decade. Plaintiff Marc Randazza's Clients owe Eliot Bernstein and the iViewit Inventors Hundreds of Millions of Dollars.

Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman met with Judge Marco Hernandez and Criminally and Civilly Conspired in order to make me look like a Criminal Guilty of Extortion, when there was no proof of extortion, nor was Defendant Crystal Cox on Trial for Extortion. This Civil and Criminal Conspiracy led Judge Marco Hernandez to deny me a new trial, and to accuse me of extortion, a crime in a motion to deny a New Trial in a Civil Case.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman Criminally and Civilly Conspired as recent as December 2012, as Plaintiff Marc J. Randazza, an expert in Florida Law, recently advised Tonkon

Torp Lawyer David Aman how to filed documents in order to Seize my Assets, this Asset being My Right to Appeal Obsidian V. Cox.  Plaintiff Marc Randazza and Tonkon Torp Law Firm, Attorney David Aman Criminally and Civilly Conspired for nearly a year now to STOP Defendant Crystal Cox's appeal.

If Defendant Cox wins the Obsidian V. Cox Appeal then iViewit Technology gets a bigger standing in "Media" and Plaintiff Marc Randazza and Co-Conspirator David Aman were sent in to sabotage the appeal to make sure this did not happen. All to cover up massive Criminal and Civil Conspiracy regarding the stealing of a 13 Trillion Dollar Video Technology of which Plaintiff Marc Randazza's Biggest Clients infringe upon every minute of every day.

### Plaintiff Marc Randazza has Criminally and Civilly Conspired with Judge Gloria M. Navarro

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza is acting in Criminal and Civil Conspiracy with Judge Gloria M. Navarro and other co-conspirators to suppress information regarding the Stolen iViewit Technology.

Plaintiff Marc Randazza is acting in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman and Judge Marco Hernandez in torturously interfering with the outcome of my Case Obsidian V. Cox, of which Plaintiff Marc Randazza set out to sabotage the minute he heard of my verdict.

Plaintiff Marc Randazza is acting in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman in counselling Aman on who to get to take Defendant Crystal Cox's domain names in receivership.  Plaintiff Marc Randazza told Attorney David S. Aman to use Las Vegas Attorney Lara Pearson of the Rimon Law Group who was the court-appointed receiver in the Righthaven Case.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman, Attorney Lara Pearson, and Rimon Law Group to take domain names, suppress free speech, remove my blogs, and remove information regarding the iViewit Technology Story. Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Judge Gloria M. Navarro who made the ruling regarding Righthaven, Receiver Lara Pearson and the liquidation of Righthaven assets to pay Attorney Marc Randazza, as seen in Exhibit P.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with** Sean Tomkins, J. Malcom Devoy, Randazza Legal Group, Corbin Fisher,  Michael Fattorosi, and John and Jane Doe's to harass Industry Whistleblowers Monica Foster aKa Alex Melody and Desi Foxx

aKa Diana Grandmason, named in Plaintiff Marc Randazza's complaint against his
ex-client, Investigative Blogger, Whistleblower, Defendant Crystal Cox.

Monica Foster aKa Alex Melody and Desi Foxx aKa Diana Grandmason have written on the
iViewit Technology. Monica Foster aKa Alex Melody has interview Defendant Crystal Cox and
iViewit Inventor and Founder Defendant Eliot Bernstein. Plaintiff Marc Randazza has
Criminally and Civilly Conspired to SILENCE Monica Foster aKa Alex Melody in whatever way
necessary.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with** Stephen Media,
Todd Kinnicann, Kenneth P. White, Jordan Rushie, Brown White and Newhouse,
PopeHate.com, AboveTheLaw.com, Forbes, and and John and Jane Doe's in order to
create a media falsehood to win cases, affect settlement, control clients, trick clients, and
to shut down the blogs of Investigative Blogger Crystal L. Cox exposing the Ivewit
Technology Story and Blowing the Whistleblower on Plaintiff Marc Randazza and his
co-conspirators.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with** Stephen Media,
Todd Kinnicann, Hustler, Evil Angel, Zero Tolerance, Red Light District, Liberty Media Holdings,
Corbin Fisher, Playboy, John Malone, Sean Tompkins, J. Malcom Devoy, Jordan Rushie,
Kenneth P. White, Viacom, Manwin, Porn Wiki Leaks, Forbes, Kashmir Hill, Siouxielaw.com,
Jason Jones Salty Droid, Eric Turkewitz, Scott H. Greenfield, Carlos Miller, Tracy L. Coenen,
Mulvihill and Rushie LLC,  Jeremy Steele, and John and Jane Doe's in order to shut down
competing websites and blogs. And to harass, intimidate, defame, threaten, criminally endanger
those who blow the whistle on them, expose them and stand up to them.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza has
Criminally and Civilly Conspired with** MPEG LA, Liberty Media Holdings, Corbin
Fisher, Godaddy Inc., Peter L. Michaelson, Kenneth Rubenstein, Proskauer Rose Law
Firm in suppressing / removing the iVewit Technology story in connection to Plaintiff Marc
Randazza and his clients Corbin Fisher, Liberty Media, John C. Malone, ATT, Time Warner
Inc. using the iViewit Technology and owing iViewit Technology and Defendant Eliot
Bernstein Billions of Dollars.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with David S. Aman
of Tonkon Torp Law Firm and David Carr of the New York Times.**

On belief and knowledge of Defendant Crystal Cox, David Carr of the New York Times wrote an article defaming Defendant Crystal Cox, painting me in false light, accusing me of extortion falsely and in this article, in criminal and civil conspiracy with Proskauer Rose, Plaintiff Marc Randazza, Warner Bros. Jeffrey Bewkes and other John and Jane Does, David Carr mentions the Investigative Blogs of Defendant Crystal Cox in regard to the iViewit Technology Story and Defendant Eliot Bernstein. David Carr of the New York Times deliberately defamed Defendant Crystal Cox in Order to Suppress the iViewit Story for and with Co-Conspirators. Plaintiff Marc Randazza has Criminally and Civilly Conspired with David Carr, and continues to promote the defamatory article painting Defendant Crystal Cox in false light, criminally endangering Defendant Crystal Cox, and defaming Defendant Crystal Cox.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza has Criminally and Civilly Conspired with Judge Marco Hernandez and David S. Aman of Tonkon Torp Law Firm in order to manipulate the courts, commit fraud on the courts and convince Judge Marco Hernandez that Defendant Crystal Cox had extorted them both, when there was NO Extortion.**

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza negotiated with Opposing Counsel David S. Aman of Tonkon Torp Law Firm and Kevin Padrick Plaintiff in Obsidian V. Cox, on behalf of his client, Defendant Crystal Cox.  This terms of this negotiation was never disclosed to Plaintiff Marc Randazza's Client Defendant Crystal Cox and due to this violation of my rights as a client, I, Defendant Crystal Cox Fired Marc Randazza.

After this, he found another way to criminally and civilly conspire with Proskauer Rose and other Co-Conspirators to shut down my blogs regarding the iViewit Technology story and to Sabotage my Ninth Circuit Appeal in criminal and civil conspiracy.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with Judge Marco Hernandez and David S. Aman of Tonkon Torp Law Firm in accusing me of extortion in a motion to deny a new trial, in which Plaintiff Marc Randazza had phone meeting and correspondence with Judge Marco Hernandez and Tonkon Torp Lawyer David Aman in Regard to.

This conspiracy defamed, attacked, threatened, and painted blogger Defendant Crystal Cox in False Light. However, Defendant Crystal Cox refused the Settlement Offer offered to her, me just after this. So Plaintiff Marc Randazza conspired with others in a massive online hate and defamation campaign to affect my case and intimidate me into stopping my appeal.

This did not work either, as Defendant Crystal Cox is dedicated to exposing all those involved in the iViewit Technology theft and to giving voice to victims of a corrupt judicial system, so then, Plaintiff Marc Randazza Criminally and Civilly Conspired with David S. Aman of Tonkon Torp Law Firm to appoint Receiver Lara Pearson to steal my Domain Names. When this did not work, Plaintiff Marc Randazza Criminally and Civilly Conspired with David S. Aman of Tonkon Torp Law Firm to Steal, Seize my "Right to Appeal" as an Asset.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with David S. Aman of Tonkon Torp Law Firm, Mike Morgan of Tonkon Torp Law Firm and Steven Wilker of Tonkon Torp Law Firm in filing a judgment lien, general lien and execution of Sheriff's Sale on Plaintiff's Asset, the Asset being Plaintiff Crystal Cox's Right to Appeal.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with Journalist Kashmir Hill, Forbes Inc., Steve Forbes, AboveTheLaw.com in order to paint Defendant Crystal Cox in False Light, Defame Defendant Crystal Cox, Harass Defendant Crystal Cox and with actual malice, accuse Defendant Crystal Cox of Criminal Activities of Defendant Crystal Cox was not under investigation for, on trial for nor convicted of.

Plaintiff Marc Randazza is an attorney for AboveTheLaw.com in which Kashmir Hill writes for, and where Kashmir Hill use to work. Plaintiff Marc Randazza has Criminally and Civilly Conspired with in defaming Defendant Crystal Cox and accusing her, me of the crime of Extortion of which I am not guilty of nor have I been under investigation for.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly Conspired with Kashmir Hill to protect those involved in stealing the iViewit Technology.  Plaintiff Marc Randazza has Criminally and Civilly Conspired with Kashmir Hill in suppressing the Free Speech of Blogger Defendant Crystal Cox, painting Blogger Defendant Crystal Cox in false light, and harassing Blogger Defendant Crystal Cox.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza has Criminally and Civilly Conspired** with Proskauer Rose Law Firm, Proskauer Rose Patent Department, Hon. Judith Kaye, Peter L. Michaelson, Kenneth Rubenstein, Christopher Wheeler, Matthew Triggs, Allen Fagin, Jenifer DeWolf Paine, Joseph Leccese, Gregg Mashberg and John and Jane Doe's.

Peter L. Michaelson and Kenneth Rubenstein worked together at Bell Labs, are connected to MPEG LA and to Hon. Judith Kaye as well as other Jane and John Doe's in Criminal and Civil Conspiracy. Peter L. Michaelson is close with Plaintiff Marc Randazza as seen together at every INTA Meeting.  Peter L. Michaelson is connected to MPEG LA who is involved in the stealing of the iViewit Technology.  Peter L. Michaelson is connected to Proskauer Rose Attorney Kenneth Rubenstein, as seen in the  FORE Systems Inc. Lawsuit Depositions.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with Xbiz, Liberty Media Holdings, Corbin Fisher, Brazzers, Bittorent, Media Products Inc., Peter L. Michaelson, WIPO, Godaddy,  and John and Jane Does.**

Plaintiff Marc Randazza's clients Xbiz, Liberty Media Holdings, Corbin Fisher, Brazzers, Bittorent, Media Products Inc. need the iViewit Story suppressed. Plaintiff Marc Randazza has Criminally and Civilly Conspired with Peter L. Michaelson, WIPO, Godaddy,  and John and Jane Does to make this happen.

**Plaintiff Marc Randazza has Criminally and Civilly Conspired with Todd Kinnican, in shaking down clients, using a ring of attorney bloggers to manipulate the court and clients in order to attorneys on all sides to be paid, in violation of the rights of their own clients.**

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza in Criminal and Civil Conspiracy with Proskauer Rose Law Firm, Kenneth Rubenstein, Peter L. Michaelson, Warner Bros., Corbin Fisher, Manwin, Liberty Media, Encore, Starz, Viacom, ATT, Apple, Roxanne Grinage, HireLyrics, Steve Dowling, Bruce Sewell, Phil Schiller, Peter Oppenheimer, Tim Cook, Paul Otellini, Jeffrey Bewkes, Time Warner Inc., Matthew Triggs, Foley and Lardner Law Firm, Gregg Mashberg, Allen Fagin, Kenneth P. White, Blockbuster, H. Wayne Huizenga, Judge Judith Kaye, Christopher Wheeler, William Dick, Intel Corp., **Brian G. Utley, Arthur Anderson, Greenberg Traurig, Todd Outten, Doug Chey, Scott Sherr, Comcast, TCI,  Time Warner Cable, Mobile Streams PLC, Sprint Nextel Corporation, Ideiasnet, Crown Media Holdings Inc., David J.A. Flowers, Albert E. Rosenthaler, Christopher W. Shean, Charles Y. Tanabe, Xbiz, Bittorent, Manwin, Liberty Media, Media Produdts Inc., Encore, STARZ, Encore Media Group, John C. Malone, Gregory B. Maffei, TCI Ventures Group LLC, ATT, Liberty Interactive, Lee Masters, Bruce Ravenel, Liberty Digital Inc., TCI Satellite Entertainment Inc,  Discovery Channel, News Corporation, QVC, MediaOne Group, CBS, The Weinstein Company, Liberty Capital, SaltyDroid Jason Jones, Todd Kinnican, Jordan Rushie Philly Law Blog,** Bob Garfield NPR, Kashmir Hill Forbes, David Carr New York Times, Kenneth P. White Popehate.com, **SiouxsieLaw.com, SequenceInc.com Tracy Coenen, Kevin D. Padrick, David W. Brown, Mike Morgan Tonkon Torp Law Firm, David S. Aman,**

**Steven Wilker, Jessica Griffin at Godaddy, Mike Stack (Redgoat aka Goatsred), Weinergateand, Michael Fattorosi, Judge Michael Simon, Judge Marco Hernandez, Doug Chey, Movielink, Sony Pictures, Metro-Goldwyn-Mayer, Paramount Pictures, Sony Pictures Entertainment, Universal, Warner Bros, Best Buy, MovieFly LLC, Global Digital Media Group, Blockbuster, Sony John Calkins, David Colter, Chuck Dages, Todd Outten, Scott Sherr, Silcon Graphics, Douglas Chey, Michael Arrieta, WIPO Director Francis Gurry, Raymond Joao, Douglas Boehm, R3D, Steven Becker, Raymond Hersch, John Malone, Digital Playground Inc., Manwin GERMANY GMBH, Fabian Thylmann, Manwin Licensing International, Manwin USA Inc., Brazzers, Xtube, PornHub, Spankwire** and John and Jane Doe's to be added to this Federal Investigation at a later date, in fraud on the courts, intimidating a reporter, investigative blogger Counter Plaintiff Crystal Cox in to removing blogs reporting on the iViewit Technology, stealing intellectual property of Counter Plaintiff Crystal Cox and thereby removing information regarding the iViewit Technology case and the involved, named defendants that are Co-Conspirators in this case, and instilling fear, undo stress, and duress on Counter Plaintiff Crystal Cox to take away her constitutional rights, free speech rights, right to due process and remove content and entire blogs of Counter Plaintiff Crystal Cox in order to inhibit the flow of information and in violation of Anti-Trust Laws and Freedom of Speech Laws.

**Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman who was Opposing Counsel against Pro Se Defendant Crystal Cox in Obsidian Finance Group LLC vs. Crystal Cox, in regard to Plaintiff Marc Randazza advising Tonkon Torp Lawyer David S. Aman in seizing assets of Pro Se Defendant Crystal Cox.** Plaintiff Marc Randazza had acted as my attorney negotiating with David S. Aman prior to this. Plaintiff Marc Randazza acted in criminal and civil conspiracy in advising Tonkon Torp Lawyer David S. Aman to use Attorney Lara Pearson of Rimon Law Group to act as "forced" receiver over my past owned domain names. "Receiver" Attorney Lara Pearson of Rimon Law Group had acted in conspiracy with Plaintiff Marc Randazza and Judge Gloria M. Navarro in past proceedings such as, and not limited to, the Righthaven Cases.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Tonkon Torp Lawyer David S. Aman, Opposing Counsel** against Pro Se Defendant Crystal Cox in Obsidian Finance Group LLC vs. Crystal Cox, in regard to Plaintiff Marc Randazza advising Tonkon Torp Lawyer David S. Aman in seizing assets of Pro Se Defendant Crystal Cox. When the Lara Pearson Criminal and Civil Conspiracy did not work, Plaintiff Marc Randazza advised Tonkon Torp Lawyer David S. Aman to seize another asset of Defendant Crystal Cox. This asset is the Constitutional Rights of Defendant Crystal Cox. Plaintiff Marc Randazza acted in Criminal and Civil Conspiracy with Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm to file a Lien, a Writ of Execution, a Sheriff's sale on **Defendant Crystal Cox's "Right To APPEAL"**.

This, after Plaintiff Marc Randazza conspired criminally and civilly for over a year to intimidate,

threaten, harass Defendant Crystal Cox into backing out, giving up, stopping her Appeal to the Ninth Circuit Court of Obsidian Finance Group v. Crystal Cox.

Plaintiff Marc Randazza gave Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm undisclosed legal advice, information, court cases, documents and more to aid and abet, civilly and criminally conspire with Lawyer David S. Aman and Lawyer Steven Wilker of Tonkon Torp Law Firm to seize **Defendant Crystal Cox's Asset, "The Right to Appeal".** This constitutional rights violation is a well known Florida scheme to STOP a case from going to a higher court.

Plaintiff Marc Randazza has criminally and civilly conspired with many, to sabotage, alter, STOP the Obsidian Finance Group LLC Appeal to the Ninth Circuit, by Defendant Crystal Cox, for over a year now.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to remove mass information from the Internet Search Engines regarding the iVeiwt Technology story. Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Godaddy, Liberty Media Holdings Inc., Bob Garfield NPR, Kashmir Hill Forbes, Jordan Rushie Philly Law Blog, David Carr New York Times, Kenneth P. White Popehate.com, Jason Jones SaltyDroid.info, **SiouxsieLaw.com, SequenceInc.com Tracy Coenen, and** and other John and Jane Doe's in an Online Hate, Defaming, Criminal Endangerment, Information Suppressing, Whistleblower Retalitation Harassment Campaign.

Judge Gloria M. Navarro  is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to protect Viacom, Time Warner Inc., Encore, Stars, ATT, APPLE, Liberty Media Holdings, Corbin Fisher, Manwin, MPEG LA, **TCI Ventures Group LLC, ATT, Liberty Digital Inc., TCI Satellite Entertainment Inc,  Discovery Channel, News Corporation, Netflix, QVC, MediaOne Group, CBS, The Weinstein Company, Liberty Capital, Corbin Fisher,** Liberty Global, Belgium's Telenet Group Holding, Sirius Radio, Barnes and Noble, Discover Communications, Malone Family Foundation, and other John and Jane Doe's to supress, remove information from the Internet, Public View regarding the stolen 13 Trillion Dollar iViewit Technology, Defendant Eliot Bernstein is the Founder of iViewit Technology and is one of the inventors of iViewit Technology.

**Judge Gloria M. Navarro** is acting in criminal and civil conspiracy with Plaintiff Marc Randazza, Randazza Legal Group, Ron Green, Laura Tucker and Godaddy to steal intellectual property of Defendant Crystal Cox and Eliot Bernstein with no due process.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with **Plaintiff Marc Randazza, Randazza Legal Group, Ron Green, Laura Tucker** to remove thousands of blog posts forever from the Internet Search Engines Regarding Whistlblower about Plaintiff Marc Randazza and Randazza Legal Group and the iViewit Technology Story.

Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza to permanently alter the search engines and protect, aid and abet those involved in the iViewit Technology theft and Technology Infringement.

On belief and knowledge of Defendant Crystal Cox, Judge Gloria M. Navarro is acting in criminal and civil conspiracy with Plaintiff Marc Randazza and with Rimon Law Group's Lara Pearson who Plaintiff Marc Randazza had used in Receivership issues regarding Righthaven, in which Judge Gloria M. Navarro ruled on and enforce.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza has Criminally and Civilly conspired** with Godaddy Inc. and Bob Parsons Godaddy President, WIPO Executive, John Malone of Liberty Media, MPEG LA, Doug Chey, SONY, ATT, Kenneth P. White, APPLE, Peter L. Michaelson WIPO Panelist, Bruce Sewell, Steve Dowling, Warner Bros. Jeffrey Bewkes, Time Warner Inc., AOL, Viacom, Tonkon Torp Law Firm, Mike Morgan Head of Tonkon Torp, Steven Wilker Tonkon Torp, David S. Aman Tonkon Torp, Kevin D. Padrick Obsidian Finance Group, J. Malcolm Devoy, Sean Tomkins, Kenneth P. White, Philly Law Blog, Jordan Rushie, SaltyDroid, White Newhouse and Brown, Peter L. Michaelson INTA, Proskauer Rose Attorney Kenneth Rubenstein, Proskauer Rose Law Firm, Gregg Mashberg, Mathew Triggs, Christopher Wheeler, Forbes, New York Times, Jeff Manning, Oregonian, Scott Donahey, Tom Halket, Manwin, Corbin Fisher, Encore, Startz, TCI Ventures Group LLC, ATT, Liberty Digital Inc., TCI Satellite Entertainment Inc, Discovery Channel, News Corporation, Netflix, QVC, MediaOne Group, CBS, The Weinstein Company, Liberty Capital, Corbin Fisher, Liberty Global, Belgium's Telenet Group Holding, Sirius Radio, Barnes and Noble, Discover Communications, Malone Family Foundation, Cato Institute, Bob Garfield NPR, Kashmir Hill Forbes, Jordan Rushie Philly Law Blog, David Carr New York Times, Kenneth P. White Popehate.com, Jason Jones SaltyDroid.info, SiouxsieLaw.com, SequenceInc.com Tracy Coenen, Mark Bennett blog.bennettandbennett.com, Bennett and Bennett, Scott H. Greenfield, Carlos Miller, Eric Turkewitz - Turkewitz Law Firm and NewYorkPersonalInjuryAttorneyBlog.com, Scott H. Greenfield of Simple Justice - a New York Criminal Defense Blog and blog.simplejustice.us, Carlos Miller of PixIQ.com and PhotographyisNotaCrime.com, Ronald Green, Laura Tucker, Manwin GERMANY GMBH, Enron, Hon. Judith Kaye, Bell Labs, Attorney Lara Pearson, Judge Gloria M. Navarro, Rimon Law Group, Manwin, Porn Wiki Leaks, Arthur Anderson, Ernst and Young, KPMG, **Counter-Defendant** Roxanne Grinage, **Counter-Defendant** HireLyrics, **Counter-Defendant** Steve Dowling, Bruce Sewell, Phil Schiller, Peter Oppenheimer, Tim Cook, Paul Otellini, Jeffrey Bewkes, Time Warner Inc., Matthew Triggs, Foley and Lardner Law Firm, **Counter-Defendant** Gregg Mashberg, Allen Fagin, Kenneth P. White, Blockbuster, H. Wayne Huizenga, Judge Judith Kaye, Christopher Wheeler, William Dick, Intel Corp., Jeremy Steel, Brian G. Utley, Arthur Anderson, Greenberg Traurig, Todd Outten, **Counter-Defendant** Doug Chey, **Counter-Defendant** Scott Sherr, Comcast, TCI, Time Warner Cable, Mobile Streams PLC, Sprint Nextel Corporation, Ideiasnet, Crown Media Holdings Inc., David J.A. Flowers, Albert E. Rosenthaler, Christopher W. Shean, Charles Y. Tanabe, Xbiz, Bittorent, Manwin, Liberty

Media, Media Produdts Inc., Encore, STARZ, Encore Media Group, John C. Malone, Gregory B. Maffei, TCI Ventures Group LLC, ATT, Liberty Interactive, Lee Masters, Bruce Ravenel, Liberty Digital Inc., TCI Satellite Entertainment Inc, Discovery Channel, News Corporation, QVC, MediaOne Group, CBS, The Weinstein Company, Liberty Capital, SaltyDroid Jason Jones, **Counter-Defendant** Todd Kinnican, **Counter-Defendant** Jordan Rushie Philly Law Blog, Bob Garfield NPR, Kashmir Hill Forbes, David Carr New York Times, **Counter-Defendant** Kenneth P. White Popehate.com, **Counter-Defendant** SiouxsieLaw.com, SequenceInc.com Tracy Coenen, Kevin D. Padrick, David W. Brown, Mike Morgan Tonkon Torp Law Firm, **Counter-Defendant** David S. Aman, Steven Wilker, Jessica Griffin at Godaddy, Mike Stack (Redgoat aka Goatsred), Weinergate, Michael Fattorosi, Judge Michael Simon, Judge Marco Hernandez, Doug Chey, Movielink, Sony Pictures, Metro-Goldwyn-Mayer, Paramount Pictures, Sony Pictures Entertainment, Universal, Warner Bros, Best Buy, MovieFly LLC, Global Digital Media Group, Blockbuster, Sony John Calkins, David Colter, Chuck Dages, Todd Outten, Scott Sherr, Silcon Graphics, APPLE, Bruce Sewell, Phil Schiller, Philip W. Schiller, Peter Openheimer, Douglas Chey, Michael Arrieta, WIPO Director Francis Gurry, Raymond Joao, Douglas Boehm, R3D, Steven Becker, Raymond Hersch, John Malone, Digital Playground Inc., Manwin GERMANY GMBH, Fabian Thylmann, Manwin Licensing International, Manwin USA Inc., Brazzers, Xtube, PornHub, Spankwire, Digital Playground, Brazzers, Sony Pictures, Metro-Goldwyn-Mayer, Paramount Pictures, Sony Pictures Entertainment, Universal, Warner Bros, Best Buy, MovieFly LLC, Global Digital Media Group, Blockbuster, Sony John Calkins, David Colter, Chuck Dages, **Counter-Defendant** Todd Outten, Scott Sherr, Silcon Graphics, Douglas Chey, Michael Arrieta, Blockbuster, Jessica Griffin at Godaddy, Michael Fattorosi , Slashdot, Hunter Moore, Shelley Lubben's Stalker, Mike Stack (Redgoat aka Goatsred), Weinergate, Todd Kinnican, Mulvihill and Rushie LLC and other John and Jane Doe's to Be Added, in intimidating whistleblowers, suppressing the iViewit Stolen Technology investigative reports, defaming whistleblowers, threatening whistleblowers and investigative bloggers, stealing domain names, stealing intellectual property, harassing whistleblowers and investigative bloggers, and removing content of blogs of whistleblowers and investigative bloggers, and attempting to set precedene for other co-conspirators to take future domain names and blogs of industry insiders, whistleblowers and investigative bloggers.

On belief and knowledge of Defendant Crystal Cox, **Plaintiff Marc Randazza has Criminally and Civilly conspired with** Jordan Rushie of Mulvihill and Rushie LLC Philly Law Blog, Brown White $ Newhouse, Kenneth P. White, Popehat.com, Eric Turkewitz - Turkewitz Law Firm and NewYorkPersonalInjuryAttorneyBlog.com, **Counter-Defendant** Scott H. Greenfield of Simple Justice - a New York Criminal Defense Blog, Mark Bennett blog.bennettandbennett.com, Bennett and Bennett, **Counter-Defendant** Scott H. Greenfield, and other John and Jane Doe Attorneys and Law Firms, in an online campaign to defame, discredit, threaten, intimidate and harass bloggers who speak out with an opinion or information regarding their cases they are working on or their clients. This ring of attorney bloggers have the goal of using each others blogs to affect court cases, control clients, pressure settlements, and get their paycheck as quick and as high as possible. This works in connection with local corrupt judges, and is a direct

attack on the civil, constitution rights of the attorneys clients and all those involved in the cases. This ring of attorney bloggers send in stalkers, post the make and model of whistleblower's vehicles, paint whistleblowers in false light, defame whistleblower, intimidate whistleblower, and all with the whistleblower retaliation goal of shutting them up.  These attorney bloggers, lynch mob against whistleblowers commit fraud on the courts as they use the courts as their forum, and make it look like they are a credible "media organization" or "law commentary" site, this way a Judge will have a way to corruptly rule to steal intellectual property, delete blogs, remove content, transfer domain names, changes servers and aid and abet the suppression of the information the whistleblower is bringing to the service.

Plaintiff Marc Randazza has Criminally and Civilly conspired with **Counter-Defendant** Godaddy, WIPO, **Counter-Defendant** Peter L. Michaelson, the Nevada Courts, Jessica Griffin, and other John and Jane Does, to steal domain names and remove content of whistleblowers.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly conspired to shut down online media, blogs, forums, video sites, and all those competing in the search engines with him or his co-conspirator clients.  These Co-Conspirators as noted above, and re-alleged from this entire complaint answer, will do anything it takes to silence whistleblowers, porn industry insiders, ex-porn starts, porn star advocates, and those who disagree with them at all.

Plaintiff Marc Randazza has Criminally and Civilly with These Co-Conspirators as noted above, and re-alleged from this entire complaint answer, to stalk, harass, threaten, intimidate, drive to suicide, murder, pressure, ruin careers of, defame these whistleblowers, porn industry insiders, ex-porn star, porn star advocates, and those who disagree with them at all.

The Porn Industry is well known to flex it's legal and financial power to get what it wants. The Porn Industry is well known to have deep mafia ties. The Too Much Media Case out of New Jersey, was a case like Defendant Crystal Cox's case whereby a judge ruled that the whistleblower was not protected by special privilege media laws. This woman is Shellee Hale and she exposed information regarding Porn Company Too Much Media and is writing a book called "Pornafia".

The Biggest Threat to the Porn Industry at this moment financially, as well as Liberty Media Holding, **Counter-Defendant** John C. Malone and all related tech, media, and video companies is the undisclosed liability of the money they owe the iViewit Technology company for every minute of video streaming for over a decade. The iViewit Technology is worth around 13 Trillion Right Now, and if iViewit called for a cease and desist of all technology use, 99 percent of ALL videos online and on television would cease to be.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza has Criminally and Civilly conspired will all listed known co-conspirators in this complaint answer, to intimidate

Investigative Bloggers Defendant Crystal Cox and PornNewsToday.com's Monica Foster / Alex Melody and Foxx Media Group's  Diana Grandmason aKa Desi Foxx, into silencing their reporting on the iViewit Technology storing, and Defendant Eliot Bernstein.

On belief and knowledge of Defendant Crystal Cox, Plaintiff Marc Randazza and his co-conspirators are desperate to silence the iViewit Story in connection to them.  This Slapp Lawsuit is a prime example of how Plaintiff Marc Randazza committs fraud on the courts, uses a ring of attorney bloggers and big media connections such as Kashmir Hill of Forbes and Bob Garfield of NPR in order to Protect Mafia Backed Porn Industry Giants.

This Slapp Lawsuit brought against Defendant Crystal Cox by Plaintiff Marc Randazza is solely to intimidate my silence and to flat out delete my blogs, and internet content exposing This Slapp Lawsuit and the Ivewit Technology company. This Slapp Lawsuit is fraud on the courts by Plaintiff Marc Randazza.

Plaintiff Marc Randazza claims, in this Complaint that he has no issue with Defendant Crystal Cox Posting whatever she wants about him on her blogs that don't have "Randazza" in the web address. Yet this court unconstitutionally, unlawfully, silences my voice on my thousand blogs, regarding Plaintiff Marc Randazza. This has caused Defendant Crystal Cox damage.

I, Defendant Crystal Cox Object to Plaintiff Marc Randazza Suppressing my Free Speech, attempting to STOP my Ninth Circuit Appeal, Criminally Endangering me, Harassing Me, Painting me in False Light, Defamation Me, intimidating me, violating my civil and constitutional rights and stealing my intellectual property.

Defendant Crystal Cox will remain dedicated to exposing Plaintiff Marc Randazza. Defendant Crystal Cox will file bar complaints, criminal complaints, RICO Complaint and interview with anyone who will listen regarding the criminal endangerment, of Plaintiff Marc Randazza. In order to protect the Public at Large, the families of those inside the Porn Industry who Plaintiff Marc Randazza and his co-conspirators target, the individuals attacked in copyright trolling lynchings from several attorneys working with Plaintiff Marc Randazza and Liberty Media Holdings LLC, John C. Malone and other Co-Conspirators listed here within, as well as John and Jane Doe Civil and Criminal Conspirators.

Plaintiff Marc Randazza is guilty of Fraud and Collusion, Rackeetering, Defamation, Harassment, Stalking, Intimidation, Fraud on the Courts, Attorney Client Privilege Violation, Abuse of the Courts to Intimidate a Ninth Circuit Appeal Defend affect Big Media, and Criminal Endangerment.

Defendant Crystal Cox request this court investigate Marc Randazza as per Defendant Crystal Cox Motion filed with this court entitled, "Motion Demanding Investigation".

Defendant Crystal Cox request that Judge Gloria M. Navarro be recused, removed from this case as requested in Defendant Crystal Cox Motion filed with this court entitled, "Motion Requesting the Reclusal, Removal of Judge Gloria M. Navarro".

**Defendant Crystal Cox is NOT in Violation of (Violation of Individual Cyberpiracy Protections – 15 U.S.C. § 8131).**

Defendant Crystal Cox and Defendant Eliot Bernstein to my my knowledge has not purchased nor used domains in this complaint to profit.

Defendant Crystal Cox is NOT in Violation of (Cybersquatting – 15 U.S.C. § 1125(d)

Defendant Crystal Cox is NOT in Violation of (Right of Publicity - NRS 597.810)

Plaintiff Marc Randazza has no Common Law Right of Publicity

Defendant Crystal Cox is NOT in Violation of (Common Law Intrusion Upon Seclusion)

Plaintiff Marc Randazza States he has no issue with Defendant Crystal Cox exercising Free Speech on blogs such as CrystalCox.com and other blogs owned or ran by Defendant Crystal Cox as long as it is not on a blog, domain name with "Randazza" in the name. Yet this court issues an illegal TRO, preventing Defendant Crystal Cox in exercising Free Speech on blogs such as CrystalCox.com and other blogs owned or ran by Defendant Crystal Cox.

Marc Randazza threatened that he would ruin me, Plaintiff Crystal Cox if I made an enemy of him. Marc Randazza's friends have threatened my knee caps, publicly humiliated and defamed me. Marc Randazza accused me of a crime in big media in which I was never charged with through proper legal channels. Marc Randazza has exposed women in the Porn Industry who have given me tips and gave their home address and car identification information in public forums.

Marc Randazza has himself co-hearsed me to STOP my appeal to the Ninth Circuit in Obsidian V. Cox and Marc Randazza has had his friends, attorney bloggers, and big media intimidate me in order to pressure me to stop my appeal process. Marc Randazza told me in our first consult where he was to be my attorney, that those in the tip of the Porn Industry contacted him and said what are you going to do about Crystal Cox, I have 2 witnesses to this phone call.

Marc Randazza offered to be my attorney in my Obsidian V. Cox appeal and then used privileged information to conspire with the Plaintiff in that Case. Marc Randazza continues to harass me, have his friends threaten me, use big media to intimidate me and I am in fear of my life and quality of life of Marc Randazza and all attorneys of Randazza Legal Group.

Porn Industry Attorney Marc Randazza of Randazza Legal Group has committed fraud on the courts. And has painted Blogger Crystal L. Cox in False Light, Defamed Crystal L. Cox and Committed a Hate Crime in this Regard.

Marc Randazza told me not to Appeal Obsidian Finance Group Vs. Crystal Cox. Attorney Marc Randazza who wanted to represent me in my Appeal, convinced me it was best not to appeal the 2.5 Million Judgement as this would then be used to lobby for new laws and be better for more people, namely his Porn Industry Clients.

I later found out that it was NOT in my, Defendant Crystal Cox's best interest nor the best interest of bloggers, citizen journalists and all citizens. Marc Randazza was trying to deceive me, pressure me to not appeal Obsidian V. Cox.

Turns out Marc Randazza did not want to represent me, Defendant Crystal Cox, in an Appeal, but instead wanted to cut a deal with the Plaintiff without my knowledge so that the case would never go to the Ninth.  Attorney Marc Randazza told UCLA Professor Attorney Eugene Volokh that he represented me regarding an Appeal and therefore backed off Eugene Volokh from taking the case. I, Defendant Crystal Cox found out and let Eugene Volokh know that I fired Marc Randazza and did want Eugene to Represent me.

I, Defendant Crystal Cox did not buy any domain names, nor start any blog to intimidate a witness into not testifying. In fact, the record shows that I stated I wanted to go to Portland to Marc Randazza's Deposition and question him myself. Marc Randazza was Subpoenaed in Obsidian V. Cox, after the Trial. I, Defendant Crystal Cox am Pro Se in this matter and received copies of the Marc Randazza Subpoena.

My, Defendant Crystal Cox's blogs were not to intimidate a witness, but to expose an unethical attorney in order to warn other potential clients and victims of Marc Randazza and his gang of Attorney Bloggers who were inciting Hate against me and other Investigative Bloggers such as Desi Foxx and Monica Foster.

**This Court has Denied Defendant Crystal Cox Due Process and erred when it issued an impermissible prior restraint** when it issued a preliminary injunction against future speech, and seized intellection property, content, blogs and domain names of Defendant Crystal Cox.

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction against future speech without the requisite showings required to enter a preliminary injunction.

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction against tortious interference, when as a matter of law, the tortious interference claim must fail.  Plaintiff Marc Randazza has tortiously interfered with Defendant Crystal Cox's business, news media, blogs, and online content.

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction in which has caused irreparable harm, when there was an adequate remedy at law, when there was no likelihood of success on the merits, and without considering the public interest?

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction against invasion of privacy without the requisite showings required to enter a preliminary injunction.

This Court By Law must cure an unlawful prior restraint.

### Plaintiff Marc Randazza sued Defendant Crystal Cox for Exercising her First Amendment Rights

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction that was over-broad, subject to abuse and has caused Defendant Crystal Cox irreparable financial damage and suffering.

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued a preliminary injunction denying  Defendant Crystal Cox her right to Free Speech.

The essence of a prior restraint is that it places First Amendment protected speech under the personal censorship of one judge. (Bernard v. Gulf Oil Co., 619 F.2d 459, 486 (5th Cir. 1980) (State v. Globe Commc'ns, Corp., 622 So.2d 1066, 1073, (Fla. 4th DCA 1993), aff'd 648 So. 2d 110 (Fla. 1994)

Plaintiff Marc Randazza has shown no harm, much less irreparable harm.

This Case Lacks Constitutional Validity.

This Court has Denied Defendant Crystal Cox Due Process and erred when it issued an unlawful prior restraint. Such an injunction imposed unlawful prior restraint of speech, violating the First Amendment, with no constitutionally permissible justification. The Order represents an impermissible restraint on speech and was unjustified based on the evidence. The injunction is a content based restriction on speech, and thus must overcome strict scrutiny in order to stand. There is no "compelling state interest" at issue in this case. The injunction has a fatal condition. (Bantam Books, Inc. v. Sullivan 372 U.S. 58 (1963)  (Organization for a Better Austin v. Keefe, 402 U.S. 415 (1971) The Supreme Court Struck down the injunction as "an impermissible restraint on First Amendment rights" Id at 417018, 418 n.l. In invalidating the prior restraint, the Court wrote, "no prior decisions support the claim that the interest of an individual in being free from public criticism of his business practises in pamphlets, or leaflets warrants the injunctive power of the court." Id at 419.

### The Preliminary Injunction in this Case against
### Defendant Crystal Cox is Unconstitutional.

If a court issues an injunction prior to adjudicating the First Amendment Protection of the speech at issue, the injunction cannot pass constitutional muster.

This court denied Defendant Crystal Cox Due Process in expressly skipping the essential step of adjudicating the First Amendment protections to the speech at issue.

This court denied Defendant Crystal Cox Due Process in failing to make any findings of fact or ruling of law, much less review of the blog articles and the First Amendment. Plaintiff Marc Randazza is a Public Figure. (New York Times Vs. Sullivan)

A Judicial Order that prevents free speech from occurring is unlawful. (Erwin Chemerinsky, Constitutional Law; Principles and Policies 918 (2002) ("The Clearest definition of prior restraint is.. a judicial order that prevents speech from occurring:).

Prior Restraints are "the most serious and least tolerable infringement on First Amendment Rights." Neb. Press Ass'n v. Stewart, 427 U.S. 539, 559 (1976). There is a "deep-seated American hostility to prior restraint" Id at 589 (Brennan, J. concurring).

Injunctive relief to prevent actual or threatened damage is heavily disfavored because it interferes with the First Amendment and amounts to censorship prior to a judicial determination of the lawlessness of speech. See Moore v. City Dry Cleaners & Laundry, 41 So. 2d 865, 872 (Fla. 1949). "The special vice of prior restraint," the Supreme Court held, "is that communication will be suppressed... before an adequate determination that it is unprotected by the First Amendment". Pittsburgh Press Co v. Pittsburg Comm'n on Human Relations, 413 U.S. 376, 390 (1973). Also se Fort Wayn Books Inc. v Indiana, 489 U.S. 46, 66 (1989); M.I.C., Ltd v Bedford Township, 463 U.S. 1341, 11343 (1983.)

In this case, the Nevada Court has skipped the step of adjudicating the First Amendment protection relevant to the speech at issue. Prior Restraints are Unconstitutional.
Also see Post-Newsewk Stations Orlando, Inc. v. Guetzlo.

"RKA sought extraordinary relief in the form of prior restraint to enjoin .. . This relief is not recognized in this State, nor anywhere else in the Country.  In addition to ignoring the First Amendment Rights and almost a century's worth of common law, the .. court ignored virtually all procedural requirements for the issue of a preliminary injunction." Page 5 Paragraph ii of Opening Brief Appellate Case No. 3D12-3189, Irina Chevaldina Appellant vs. R.K./Fl Management Inc.;et.al., Appellees. Attorney for Appellant Marc J. Randazza Florida Bar No. 325566, **Randazza Legal Group Miami Florida.  This case is now hereby referenced here in, in it's entirety.**

**Marc Randazza is Using this Complaint to Further Intimidate Me
and it is Fraud on the Courts**

Defendant Crystal L. Cox claims that this complaint is being used for improper purpose, harassment, defamation, slander, and that the assertions in this Complaint are NOT warranted under these Rules and under applicable law.

Porn Industry Attorney, Marc Randazza of Randazza Legal Group claims that Blogger Crystal Cox registered the domain name MarcRandazza.com and then tried to extort money from him.

Porn Industry Attorney, Marc Randazza of Randazza Legal Group has conspired with others to create blogs that harass and attempt to intimidate Defendant Crystal Cox, such as Crystal-Cox.com, CrystalCoxBlows.com, CrystalCoxSucks.com and has started YouTube Channels to post lies and intimidation via names such as CaptainObvious.  See Exhibit H.

Marc Randazza conspires with Attorney Kenneth P. White of PopeHate.com, Kashmir Hill of Forbes, Jordon Rushie of Philly Law Blog, Godaddy, Google Insiders and others to incite hate and spread criminal lies regarding Defendant Crystal Cox.

**Porn Industry Attorney, Marc Randazza has committed Fraud on the Courts** in Stating that high profile Investigative Blogger Crystal Cox offered to Sell him MarcRandazza.com and claiming that when he refused to buy the domain name or hire Defendant Crystal Cox, that Defendant Crystal Cox then posted negative blog posts and comments online regarding Marc Randazza and his company. And that after this refusal of internet  Defendant bought the domain name of Marc Randazza's Wife. This is not how it happened.


**Marc Randazza Has Conspired to Commit a Hate Crime.**

Marc Randazza Has Conspired with Kenneth P. White of Brown White and Newhouse, Jordon Rushie, Kashmir Hill of Forbes and countless others to intimidate and harass Defendant Crystal Cox.

**The Hate Crime Prevention Act,** Title 18, U.S.C., Section 241, Conspiracy Against Rights statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States. David Aman has Violated this with conspiring with Sean Boushie, Marc Randazza and others to harm and intimidate me and I will be Filing a Federal Hate Crime Complaint and a Criminal Complaint.

**Plaintiff Marc Randazza is Suppressing my Free Speech and Interfering with my**

**Business, Torturous interference. Plaintiff Marc Randazza is violating Anti-Trust Laws, Fair Use Laws and more in completely wiping out his search engine competition with a fraudulent lawsuit, and Plaintiff Marc Randazza has already succeeded before Defendant Crystal Cox and Defendant Eliot Bernstein even had due process, time to file an answer. Marc Randazza used the Las Vegas Nevada Courts to wipe out his competition for Free simply by lying to the courts and being believed with no proof, simply because he is a Las Vegas Attorney.**

As to the Allegation of Obsessive Conduct, Too many Blogs, and too many links. And to ask this court to suppress the search engine results of one "obsessive blogger" is is a violation of Anti-Trust and Fair Marketplace Laws as well as a violation of Fair Competition Act (FCA), The Sherman Antitrust Act (1890), Antitrust Policy and Competition Law.

Marc Randazza has no legal right to attempt to suppress my right to compete in the search engines for any search term. Marc Randazza has no legal right to suppress my ability to get into the search engines for whatever search term I should want to get into the search engines for. Nor does Marc Randazza have a legal right to shut down my blogs, or my propietary method.

Marc Randazza wants this court to give him an unfair advantage in the search engines, and to simply steal all my work over the last year. Marc Randazza wants this court to eliminate his search engine competition, and to suppress the ability of competing blogs, websites and those who operate such.

Laws governing fair competition are designed to maintain a competitive marketplace and Marc Randazza wants this court to eliminate the competitive marketplace for search terms related to his business and line of work. This is unlawful.

Antitrust law seek to make businesses compete fairly. Marc Randazza wishes the courts to violate Antitrust law and give Marc Randazza an unfair advantage by suppressing competition in the search engines.

I have every legal, lawful, fair market place, right to be better at search engine marketing and placement then Marc J. Randazza of Randazza Legal Group.

**Plaintiff Marc Randazza commits Fraud on this Court in unproven Extortion Allegations**

The only email cooorespondence I had regarding Plaintiff Marc Randazza paying for my services was me offering marketing before anything was placed on MarcRandazza.com and I certainly did not say I would post anything negative if he did not pay me. That did not happen. Marc Responded to my asking if he needed a marketing expert or knew anyone who did by say this **"Asking me for a job, or a recommendation? That doesn't bother**

**me in the least.** In fact, if you had displayed any ethics, I'd be game to do so." He clearly did not have an issue, in his own words with me asking for a job. The only other money spoken of in emails with Marc Randazza was him asking me to pay his expenses as my Pro Bono Attorney.

Plaintiff Marc Randazza speaks of my "dozens of victims", this is not true. I have many people, companies I report on, just as big media reports on individuals and get to the top of the search engines for their names, It is not victims, it is people I report on, as I am New Media. I do not post baseless accusation, I have never done this. I get tips weekly, sometimes daily. I also do deep research and online investigations and research for my stories. Yes I have my own unique style, my Independent Product as it is my Blog, my Media, my Soapbox.

Obsidian V. Cox, Case CV-11-57-HZ U.S. District Court, District of Oregon was regarding one blog post on one blog. Obsidian V. Cox was not about Extortion, nor was the case about my "conduct". It was regarding defamation accusations from a Court Appointed Attorney / Trustee in a $40 Million Dollar Bankruptcy Case. In this case, Judge Hernandez ruled that I was not protected by Oregon Retraction Laws, Shield Laws nor the First Amendment. The case is on appeal in the Ninth Circuit (Case 12-35319), as Judge Hernandez Errored in his Ruling. I have Amicus Brief Support from EFF, the Electronic Frontier Foundation and From ScotusBlog.com as well as the Reporters Committee for Freedom of the Press.

MarcRandazza.com was registered by me to do PR on my Case. I never demanded money from Marc Randazza, and I never offered to remove any blog posts for any reason.

As for Calling Marc Randazza's wife a Slut, well that's my opinion based on Exhibit C, from Marc Randazza's own Blog, saying he knocked her up on a drunken tryst and so he may as well marry her. That was next to a picture of a mixed drink with the subtitle, "where babies really come from".

Plaintiff Marc Randazza lies to this court in saying that my blogs were pay per clicks in which I received revenue. Godaddy, the Domain Name registrar had the domain names as pay per clicks and received any revenue, not me.

My intention was not to "misdirect" online searches as Plaintiff Marc Randazza suggests, my intention was to flat out get strong in the search engines and expose Plaintiff Marc Randazza, share my experience with Marc Randazza and report on Marc Randazza. Not to take his traffic and make money from it, this is simply not TRUE.

Defendant Eliot Bernstein received Domain Names in receivership in lieu of a Debt, this is well documented in the court records of Obsidian V. Cox. Part of those Domain Names were Domain

Names connected to blogs that I own. Ownership of a Blog is separate then ownership of a Domain Name. Defendant Eliot Bernstein is not a Proxy, there was no Cyberfly Scheme and no attempt to evade seizure of domains. Either way I lost the ownership of the domain names, this is court documented. Plaintiff Marc Randazza is committing fraud on the courts in accusing Eliot Bernstein of this activity.

Monica Foster aKa Alex Melody is a Porn Industry Insider and an Investigative Blogger. She is exposing the dirty deed, corruption, and unethical actions within the Porn Industry. Monica Foster has a stalker named Sean Tomkins whom is protected by James DeVoy of Randazza Legal Group. Monica Foster contacted me long ago in order to offer support in my exposing the Porn Industry. In effort to help Monica Foster protect others, I gave her MarcRandazza.com and JenniferRandazza.com. Plaintiff Marc Randazza threatened Monica Foster and even posted the make and model of her car on a Porn Industry Forum encourage others to harm her, and talking about her death. Plaintiff Marc Randazza used a Godaddy Insider, as proven by emails to Monica Foster, in order to steal or cohearse JenniferRandazza.com from Monica Foster / Alex Melody. Alex Melody was in fear for her life as her address and vehicle had been outed publicly by Plaintiff Marc Randazza so she gave the domain name MarcRandazza.com back to me. Soon after this  Plaintiff Marc Randazza filed a Domain Dispute Complaint with the CZECH Courts, and soon after this with WIPO regarding MarcRandazza.com.

Monica Foster / Alex Melody's blogs are PornNewsToday.com, MonicaAtHome.com, ChristianPornStar.com, PornWorthWatching.com, MonicaF.com, PornStarHookerAlert.com, and are hereby included as evidence into this case in their entirety.

**These blogs, websites in their entirety are hereby entered into this case as evidence.**

Monica Foster discusses Porn Wiki Leaks, Corruption in the Adult Entertainment World, Possible Death of Donny Long, Jeremy Steele, Mike South, Manwin, LA Porn Industry, Measure B, Porn Industry Stalkers, Fabian Thylmann, AVN.com, Michael Whiteacre, Ari Bass, Fraud in the Porn Industry, Corruption in the Porn Industry, Murders and Suicides in the Porn Industry, Diana Duke of the Free Speech Coalition, xxxFilmjobs.com, Michael Fattorosi, J. Malcolm Devoy of Randazza Legal Group, Sean Tomkins Harassing Shelley Lubben, Brazzers, and Much More. Plaintiff Marc Randazza surrounds it all.

Monica Foster / Alex Melody has written books on the dangers of the Porn Industry and is a Porn Industry Whistle Blower. Monica Foster was threatened by Marc Randazza, she was offered money for MarcRandazza.com and JenniferRandazza.com by Plaintiff Marc Randazz and when she refused JenneferRandazza.com was stolen out of her Godaddy account by a Godaddy insider and given to Marc Randazza.

At some point Monica Foster aKa Alex Melody was afraid and apparently put MarcRandazza.com in the name of fellow Investigative Blogger Porn Industry Insider / Porn Industry Whistle Blower Diana Grandmason aKa Desi Foxx who is also Exposing Fraud,

Corruption, Human Trafficking, Crimes and Unethcial Behavior in the Porn Industry.

Diana Grandmason aKa Desi Foxx's blogs are FoxxMediaGroup.com, AmericanSatanism.com, PornInTheValley.com, MomsAgainstMedia.org, PornPimpingPolitics.com, and are hereby included as evidence into this case in their entirety.

Diana Grandmason aKa Desi Foxx reports on Massive Corruption and Unethical Activity in the Porn Industry, Satanism in the Porn Industry, Religious "Rites" in Porn, Copyright Troll Attorneys such as Plaintiff Marc Randazza, Children's Online Privacy Protection and Keeping Porn out of Reach, and a whole lot more exposing the Porn Industry.

Diana Grandmason aKa Desi Foxx reports on Children Being Exploited in the Porn Industry and in fact reported on Plaintiff Marc Randazza Exploiting Children in an article entitled, "Copyright Troll Lawyers – Meet Porn Valley and Hollywood Extortionists – America's Justice System Enables Them to Stalk, Bully and Blackmail YOU! They Also Enable Sex Trafficking of YOUR Daughters!!" written in April of 2012, as seen in Exhibit J. This article was also about Human Trafficking, Blackmail, Bullying, Sex Trafficking, Hollywood Extortionists, and More.

Monica Foster / Alex Melody's of PornNewsToday.com has interviewed iViewit Technology Founder Eliot Bernstein, who is also one of the inventors of the iViewit Technology in which the Porn Industry uses every minute of ever day and does this knowingly infringing on the iViewit Technology.  Plaintiff Marc Randazza knows that Defendant Crystal Cox and Investigative Blogger Monica Foster / Alex Melody have reported on the iViewit Technology and Plaintiff knows that his client owe Eliot Bernstein hundreds of Millions of Dollars, this is why Plaintiff Marc Randazza has drug Monica Foster / Alex Melody into this lawsuit and another reason why Plaintiff Marc Randazza want to silence Investigative Reporter / Blogger Crystal L. Cox.

Plaintiff Marc Randazza conspired with Judge Marco Hernandez and Plaintiff's Attorney in Obsidian V. Cox,  and Plaintiff Marc Randazza accused me of extortion without Defendant Cox having due process and rights by law on this accusation. Plaintiff Marc Randazza interferred with my Filing for a New Trial and is directly responsible for the Judges Commits in the New Trial Denial of Extortion, when Extortion was no part of the Obsidian V. Cox Court Case. Plaintiff Marc Randazza used privileged information I gave him against me to sabotage me getting a new trial.

Plaintiff Marc Randazza has conspired with others to harass me, threaten me, defame me, intimidate me, endanger my life, keep me in a constant state of upheaval and stress and watching my back, and has violated my constitutional rights for over a year now.

Marc Randazza represents the The Media Bloggers Association (MBA), a United States membership-based, non-partisan voluntary association describing its activity as "supporting the development of 'blogging' or 'citizen journalism' as a distinct form of media"." Yet Marc Randazza is suppressing the Free Speech Rights, Constitutional Rights, Civil Rights of one of the biggest Independent Bloggers, Citizen Journalists on the Internet, whom is involved in the

biggest First Amendment Case to ever happen to one blogger.

## Trademark Issues

Regarding Trademark issues, Defendant, Attorney Marc Randazza uses Marco Randazza as his Twitter and YouTube User Name, as well as his username on his own blog. Defendant, Attorney Marc Randazza had no ™ posted at his blog regarding the name Marc Randazza as beign trademarked and Plainiff Attorney Marc Randazza had no Trademark when purchased Defendant Crystal Cox purchased MarcRandazza.com to use as PR for Defendant Crystal Cox's highly public First Amendment Case.

Marc Randazza has no common law trademark on his website, he had no Trademark when I purchased the domain names yet seems to have convinced WIPO that he is the rightful owner and has stolen several domain names from myself and Defendant Eliot Bernstein of iViewit Technologies.

Marc Randazza had no lawful Trademark on the name Marc Randazza at the time Blogger Crystal Cox purchased Domain Names, nor at the Time iViewit Technology Eliot Bernstein received Domain Names in Receivership.

If such names are Trademarked then it is the responsibility of Godaddy to NOT knowingly take the money of their clients knowing full well the names will be taken, and that Godaddy will help the client LOSE the names they paid Godaddy year after year to renew. Godaddy Sells Domain Names that are allegedly Trademarked and those who buy the Names from GoDaddy, are then Liable, even though they have no knowledge of a Trademark.

Plaintiff Marc Randazza has no common law trademark, and if this court rules that Plaintiff Marc Randazza has a common law trademark, then this is only in the state of Neveda.

Plaintiff Marc Randazza has no federal trademark regarding the name Marc Randazza and in fact uses MarcoRandazza on his blogs, his twitter account, his youtube account and other online accounts. Plaintiff Marc Randazza has no legal right to MarcRandazza.com nor any of the other dozens of domain names and blogs that this court has enabled Plaintiff Marc Randazza to seize, delete, change links, divert traffic and ruin my intellectual property.

Marc Randazza is NOT a common household name. Marc Randazza has no Trademark.

**Because Complainant Marc Randazza has ties to illegal activity, he cannot claim legitimate rights to his name as a famous mark. The doctrine that plaintiff must come into a court of equity with "clean hands" is a reflection of the equitable nature of trademark law. A plaintiff who requests the assistance of a court of equity must not himself be guilty of inequitable conduct.**

**Plaintiff Marc Randazza is a High Profile Outspoken, Woman Hating Lawyer.**

Defendant Crystal Cox has every right to make fun of, expose and speak out against Plaintiff Marc Randazza. Plaintiff Marc Randazza is a Hypocrite, a Civil Rights Violating Lawyer, a Woman's Rights Violating Lawyer as in the Sandra Fluke Bashing by Marc Randazza in support of Rush Limbaugh.  Plaintiff Marc Randazza is an unethical attorney who bullies and puts down his own clients, all the while making deals NOT in their best interest. Defendant Crystal L. Cox has every right to blog as much as I want about Marc Randazza in order to warn the Public About Plaintiff Marc Randazza and hopefully save others from what Plaintiff Marc Randazza has done to me and to those I receive tips on.

Plaintiff Marc Randazza has no right to suppress my review sites, gripe sites and parody sites. Plaintiff Marc Randazza has no proof of extortion and has falsely accused Defendant Crystal L. Cox.

Defendant Crystal L. Cox has never offered Marc Randazza to buy any domain names at ANY price, in fact the record, Exhibit A, shows that Marc Randazza offered Defendant Crystal L. Cox money for MarcRandazza.com and I flatly refused. As did Alex Melody aKa Monica Foster when Plaintiff offered her money to buy the domain name. In the case of Alex Melody aKa Monica Foster, Porn Industry Whistle Blower, Plaintiff Marc Randazza did not take NO for an answer. He Stole JenniferRandazza.com out of her Godaddy Account, and when she refused to SELL MarcRandazza.com he threatened her, and posted her make and modes of car on a Porn Industry Forum and slammed her, and wished her death. And encouraged others to slam, taunt and harass Alex Melody aKa Monica Foster.  In fact, Plaintiff Marc Randazza told Alex Melody about his Godaddy Insider and he tried to get her to conspire against Defendant Crystal Cox, she refused.  Plaintiff Marc Randazza and his friends put Alex Melody aKa Monica Foster in fear of her life and livlihood so she gave MarcRandazza.com back to me. I took it with dignity and strength and stood up to Plaintiff Marc Randazza so as to warn others of what he was capable of and is doing.

In fact Plaintiff Marc Randazza, Randazza Legal Group, James Devoy works with Sean Tomkins who has stalked, threatened and harassed Alex Melody aKa Monica Foster for years. Alex Melody aKa Monica Foster has reported on this and this is another reason Marc Randazza wants her silenced as well.

Plaintiff Marc Randazza has been witnessed at several INTA meetings with Peter L. Michaelson, who was the Sole WIPO Panelist making the decision in the WIPO Domain Name dispute with Marc Randazza as the Complaintant and Eliot Bernstein iViewit Technology and Crystal L. Cox as the Respondent.

Plaintiff Marc Randazza has cronies in the INTA who favor him such Marc Randazza's buddy

Scott Donahey who Argued that Bad Faith is "retroactive" when registering domain names? Just so that Marc Randazza could win a WIPO Action for Big Pharma.

Currently Defendant Eliot Bernstein and Defendant Crystal Cox have disputed the WIPO findings regarding a WIPO decision in which Plaintiff Marc Randazza was involved in, and involved both Defendant Eliot Bernstein and Defendant Crystal Cox. It has been discovered that Sole WIPO Panelist Peter L. Michaelson is in massive, undisclosed conflicts of interest with Complainant / Plaintiff Marc Randazza as with is perpetual INTA Meetings together and secret Deals. Sole WIPO Panelist Peter L. Michaelson is in massive, undisclosed conflict of interest with those involved in stealing the Video Technology of iViewit Technologies and Inventor Eliot Bernstein, such as MPEG LA, Proskauer Rose Attorney Kenneth Rubenstein, Ex Supreme Court Judge Judith Kaye and others involved in stealing the iViewit Technology and suppressing the Patent Rights of iViewit and of Eliot Bernstein.

Peter L. Michaelson knows of  SEC Complaints, RICO Complaints, USPTO Complaints and massive Legal Action over the iViewit Technology. Peter L. Michaelson used WIPO in a way to silence my blogs reporting on the iViewit Technology Case.

Peter L. Michaelson refused to sign a conflict of interest disclosure in making his WIPO Decision and in fact committed defamation and is involved in criminal and civil conspiracy in his public statement that Respondent Eliot Bernstein iViewit Technology Founder and inventor of the iViewit Technology and Crystal L. Cox, Investigative Journalist Reporting on the iViewit story for over 3 years.

WIPO is involved in the iViewit Technology legal action with European Patent Office Cases.

Defendant Eliot Bernstein and Defendant Crystal Cox have had phone calls with the Office Of WIPO Director Francis Gurry and have notified WIPO of this massive Criminal and Civil Conspiracy.

Defendant Eliot Bernstein and Defendant Crystal Cox will be filing RICO Complaints, Legal Action and Criminal Complaints against WIPO and Sole WIPO Panelist Peter L. Michaelson.

**Marc Randazza wants to Silence Blogger Crystal Cox, and STOP the iViewit STORY from being Heard.**

Corbin Fisher, Manwin, and ALL of Marc Randazza's clients infringe on the iViewit Video Technology. This lawsuit is to suppress information regarding this 13 Trillion Dollar technology and to attempt to discredit iViewit Founder and one of the iViewit Inventors Eliot Bernstein. Alex Melody aKa Monica Foster interviewed Eliot Bernstein regarding iViewit and has extensively reported on the iViewit Store and specifically on the Porn Industry using the Technology. This is why Plaintiff Marc Randazza is fighting to discredit Alex Melody aKa Monica Foster in this legal action.

I,  Defendant Crystal Cox have been an investigative blogger reporting on corruption for years, I have over a thousand blogs all connected to the iViewit Technology Story. Plaintiff Marc Randazza wants to silence Defendant Eliot Bernstein and Defendant Crystal Cox and there by silence the 13 Trillion Dollar iViewit Technology Story and limit the massive liability of Plaintiff's Porn Industry Clients who use use the iViewit Video Technology every minute of every day, infringing on the technology rights of iViewit Technology, knowingly.

**Plaintiff Marc Randazza has Conspired with Others to Intimidate, Harass and Defame Defendant Crystal Cox for nearly a year now.**

Plaintiff Marc Randazza controls blogs, sites Crystal-Cox.com, CrystalCoxBlows.com, CrystalCoxSucks.com, CrystalsTumblingCox (TumblingCox) on Twitter, Crystals Tumbling Cox - YouTube, and more in which harass Defendant Crystal Cox, as seen in Exhibit H.

Plaintiff Marc Randazza has conspired with Attorney Kenneth P. White of Brown, White and Newhouse and owner of PopeHate.com, in order to Paint Blogger Defendant Crystal Cox in false light.  Kenneth P. White is CaptainObvious on YouTube as well and has incited hate against Defendant Crystal Cox , thereby committing a Hate Crime.

Kenneth P. White has allowed friends to interact on his site and to threaten Defendant Crystal Cox, such as taking out my "Knee Caps".

SaltyDroid and others connected to Plaintiff Marc Randazza, constantly connect me with Julian Assange as seen in Exhibit H. They are trying to intimidate me, to protect Big Media's Monopoly on Free Speech.

Plaintiff Conspires with Jordon Rushie of Philly Law Blog, Kashmir Hill of Forbes, Kenneth P. White of PopeHat.com, and many others to accuse Defendant Crystal Cox of the Crime of Extortion in various media organizations, as the judge in this case called it.  Yet, Defendant Crystal Cox has had no trial for the Crime of Extortion, no due process, no criminal complaint has been filed, and no conviction every issues regarding Defendant Crystal Cox and the crime of extortion. Yet they all defame Defendant Crystal Cox knowingly and with actual malice as they repeat over and over that Defendant Crystal Cox is guilty of Extortion and is an Extortionist.

Plaintiff conspired with Attorney David Aman in false accusations against Defendant Crystal Cox in the New York Times.

These Attorneys created an alternate Universe that made me to Look like and Extortionist when there was no extortion.

My blogs were to fight back, and have now been shut down and redirected in mass, as Godaddy has already gave them to Plaintiff Marc Randazza. Servers have been changed, damage has been done to Defendant Crystal Cox and without Due Process allowed to Defendant Crystal Cox.

I have every right to have a Search Engine Reputation Management Business. I have never extorted anyone. Marc Randazza and his gang of haters, attorney bloggers, and Big Media Connections have painted me in false light, defamed me, harassed men and all to make me look "bad" because I am the test case for Big Media to lose their stronghold, their Monopoly on Free Speech and the laws that protect them that seem to not apply to all citizens of the United States, even though there is no license required to be considered a journalist.

As Shown in Exhibit A, these Attorneys Steal Domain Names and Use Unethical means as seen in this comment on a Crystal Cox Bashing Video on YouTube by CaptainObvious aKa Kenneth P. White.

Hate Videos by Captain Obvious Says:

"**Captain Obvious** 2 weeks ago
Everyone who is a victim of Cox needs to know they can win against her. Do NOT make the following mistakes (1) seeking a multi-member panel - that is a typical large firm response to an idea (2) going after trademark rights (3) don't treat the arbitration like a complaint that can be amended or augmented with discovery – treat it like an arbitration."

Defendant Crystal Cox Demanded an Impartial 3 Panel Member at WIPO, Instead I got one Panelist Peter L. Michaelson, INTA friend of Marc Randazza who is in serious conflict with the iViewit Technology theft of which Defendant Crystal Cox has written on for years. iViewit was founder by Eliot Bernstein. These attorneys ganged up on me to discredit me and steal my intellectual property and violate my Free Speech Rights. I don't have "victims", I am an Investigative Journalist / Blogger. I research documents, watch videos, interview insiders, get constant tips, take phone calls and I write stories on individuals and companies. They are story content, people I report on, NOT VICTIMS. I have never asked for money to remove information nor have I ever taken money to remove information.

**I, Crystal L. Cox, in my Pro Se Capacity, Object to this Court having Jurisdiction over my Intellectual Property, and turning it over to Plaintiff Marc Randazza who has already wiped out my links, my online content, and my rights.**

**Hypocrite Attorney Marc J. Randazza took all my Free Speech Rights, my Content Rights, my Intellectual Property Rights, Thousands of Blog Posts Redirected to His One Blog**

**Post Defaming, Harassing and Threatening Defendant Crystal Cox.**

Plaintiff Marc Randazza posted lies on his blog about Summit Bankruptcy / Obsidian Finance Group
Whistle Blower and refused to let her comment and defend these lies. Plaintiff Marc Randazza has
harassed, defamed, intimidated and threatened this mother of 3. As Show in Exhibit I

## Marc Randazza Continually Harasses and attempt to intimidate Defendant Crystal Cox

Attorney Plaintiff Marc Randazza continues harass, intimidate and threaten Defendant Crystal
Cox to stop my Ninth Circuit appeal and set precedence to steal Defendant Crystal Cox's Blogs
exposing the iViewit Technology Story. The Obsidian V. Cox appeal is the biggest independent
blogger case to test the courts regarding bloggers being treated equally under the law as
traditional journalist and blogs being media and the laws which apply.

### Defendant Cox is an Online Media, SEO Expert

I have been marketing online extensively for over 10 years. I have owned my own real estate
company since 2000. I have written books, owned a publishing company, owned and operated a
Forestry Business, owned and operated a restaurant, developed housing and land
developments, ran over a thousand blogs and sold nutritional supplements.

Starting in 2005 I began investing in the real estate of the Internet, Domain Names. At this time I
attended Traffic West and other Trade Show of the Domain Name Industry. I learned about the
Domain Name Industry extensively and about Domain Aftermarkets, Domain Auctions,
Domainers in General and the issues surrounding.

I buy domain names with keywords in the domain name that is based on the story I am writing
about, this is industry expert ways to get strong in the search engines. This has never been to
extort any person, official, or company.

I have subscribed to Planet Oceans Search Engine News since 2005. This is a highly indepth
search engine news, and described years ago about the process of getting the best keyword
rich domain name possible for what you are trying to get found in the search engines, often time
that includes the names of those involved in the story I am reporting on. This yearly  Search
Engine News report also discussed many other techniques in which I have used for over seven
years.

Also starting around 2005 I read the book what would google do, and it talked about googling your
company sucks, and that this was a way to beat your competition by protecting your company
name and more on that topic. I have read massive books on search engine optimization and
marketing. I have also Read documents, took online courses, watched massive videos and they
all talk about getting the best keywords in your Domain Name regarding what your trying to get
found in the search engines.

This is why I bought domain names with the name of my subject matter. **I never bought a Domain Name to extort anyone, EVER.**

I am a Media Defendant in this case and my blogs regarding Marc Randazza are presently to expose the unethical activity of Marc Randazza and those at Randazza Legal Group participating in Stalking Rings, Blogger Rings attacking those in the Porn Industry, and to expose the unethical, illegal activity going on in the Porn Industry. Marc Randazza is a high profile Porn Industry Attorney. As my blogs got on top of the search engines I began to get tips from Porn Industry Insiders, those inside the Copyright Cases Marc Randazza was involved with, those whom had dealing personally with Marc Randazza and those who had information or tips regarding Marc Randazza or those at Randazza Legal Group.

I also received tips on The Court Case United States vs Hemmer, 729 F.2d 10, implicating how Marc Randazza got out of this and mafia connections to this Case.

I Received Tips on Plaintiff Marc Randazza and inside connections with Scott Donahey, Tom Halket and others in the INTA, which favored Randazza and helped him to win WIPO and Trademark Disputs.

I Received Tips on Plaintiff Marc Randazza connected to a ring of bloggers who were attorneys that intimidate, threaten, harass and set up those in the Porn Industry who threaten to blow the whistle on them.

I Received Tips on Plaintiff Marc Randazza's connections to PornWiki-Leaks, Sean Tomkins, Manwin, Corbin Fisher Cases, Porn Industry Attorney Michael Fattorosi, J. Malcolm Devoy, the Free Speech Coalition, Ari Bass (aka Michael Whiteacre), Big Media Connections, NPR Connections, Information regarding playing both sides of legal case and much more.

I am an investigative journalist, blogger and have been for over 7 years. I used these blogs to expose, report on Plaintiff Marc Randazza and issues surrounding him that are of Major Public Concern. Now, Godaddy has given Randazza all my domain names, and all those links are now dead, content gone, and permanent damage done to my Anti-Corruption, Whistle Blower Media Blog Network.

The blogs I had were regarding Marc Randazza in a way to warn others what could happen to them, to expose what has happened surrounding the legal cases Marc Randazza is involved with, to share my Experience with Attorney Marc Randazza, to be Gripe Sites, to be a Parody and to make fun of Marc Randazza. Defendant Crystal Cox's blogs are not, nor have ever been to solicit money from Marc Randazza nor any of his attorney buddies, allies, or lynch mob friends. I have never asked Marc Randazza for money to remove any blog posting, nor would I EVER. I am dedicated to exposing Marc Randazza, Posting Facts, Documents and Information to the best of my ability in effort to warn others of what can and does happen.

Defendant Crystal Cox's, Marc Randazza blogs are also about getting strong in the Search Engines so that those with information on the Legal Cases, Porn Companies, Human Trafficking, Copyright Trolls, Issues Surrounding Marc Randazza, and more can find me and email me tips and information so that I can write more investigative reporting on those important issues.

Defendant Crystal Cox's, Blogs currently discuss issues such as Plaintiff Marc Randazza defending Rush Limbaugh and fighting directly against women's rights in his rant against Sandra Fluke, this was big in the media at the time my Marc Randazza blogs started. Marc Randazza claimed that it was un-American to Silence Rush Limbaugh, while at the same time doing everything he could to silence an Investigative Blogger who was once his client, from speaking out against him.

Defendant Crystal Cox currently make a living marketing and Selling Nutritional Supplements for Good Life International, Defendant Crystal Cox does not make a living with Search Engine Reputation Management. It is a skill IDefendant Crystal Cox am very good at and would love to have an income from such, however I don't make a living this way. I have never, ever posted information and asked anyone for money to remove such information.

The intention of Defendant Crystal Cox's Anti-Corruption Investigative Blog Network was and is to expose corruption, and to use Defendant Crystal Cox's investigative blogging skills to get on top of the search engines with my news, research, commentary, tips, videos and more. That is the point of internet marketing and new media. Part of this is buying a keyword rich domain name and having many blogs. In the case of Plaintiff Marc Randazza. I would have stopped at a few blogs. However Plaintiff Marc Randazza is a powerfully connected attorney. Randazza has lots of friends in the tech industry, at Google, at Word Press, at Godaddy and tons of attorney bloggers who post whatever he says is true regardless of any facts or documents. Marc Randazza got my blogs shut down by using inside connections to Chill Free Speech, so I started new ones. The more he got shut down, the more his attorney friends attacked me and threatened me on their blogs and forums, the more blogs I started to ensure that the facts, the emails, the documented proof of my side of the story got found.

**My then Attorney Marc J. Randazza told me that I should NOT Appeal Obsidian V. Cox to the Ninth Circuit as this was in the best interest to Lobby for Shield Laws.**

Marc Randazza encouraged me not to Appeal Obsidian Finance Group Vs. Crystal Cox, he said I had made a mess of the case and if I went to the Ninth it would make a mess for the rest of "us". As it stood, my "mess" was only in a lower court and only hurt me, "the Client". If I appeal it could set a precedence that was bad for the Porn Industry, and others affected by Free Speech Legal Cases. This was not in the "Client", my best interest, but instead in the best interest of his other well funded Clients.

Attorney Marc Randazza acted as if he would represent me in an appeal, while encouraging me not to appeal and all the while letting the appeal filing date clock run out. Attorney Marc Randazza who wanted to represent me in my Appeal, convinced me it was best not to appeal the 2.5 Million Judgement as this would then be used to lobby for new laws and be better for more people, namely his Porn Industry Clients.

Marc Randazza had represented Eiland - Hall in Beck v. Eiland-Hall over the domain name **GlenBeckRapedAndMurderedaYoungGirlln1990.com**, I read that case and all the reasons why Marc Randazza professed that Eiland - Hall had a right to that domain name. Yet after I emailed Marc Randazza on having the domain name, in which I had done nothing with, he got angry. Randazza said I had no right to it even though he prevailed in Beck v. Eiland-Hall and other similar domain disputes. Marc Randazza demanded I give him the name. I said no. Randazza offered to buy the domain and I said I did not want to sell it. Marc Randazza then threatened that I would make him an enemy and did I really want that?

On December 10th, 2011, one of my investigative reporters / bloggers, Michael Spreadbury contacted Attorney Marc Randazza as he was in the news over the TSA Issues. As shown in Exhibit A, Michael Spreadbury set up a phone meeting, a conference call with Attorney Marc Randazza in regard to Attorney Marc Randazza representing me, Defendant Crystal Cox, in my Obsidian Finance Group V. Cox Appeal to the Ninth Circuit. (**Oregon Civil No. CV 11-0057 HZ)** On this first call Marc Randazza asked for all my files, of which I emailed him and is confirmed in Exhibit A. Also on this call Marc Randazza told me that he had received a call from Porn Industry Big Wigs and they asked Attorney Marc Randazza what he was going to do about Crystal Cox. Attorney Marc Randazza, convinced me on this call that Appealing to the Ninth was not in the best interest of my case or of others affected by my precedent. Attorney Marc Randazza told me that my case may be best used to lobby for new laws just how it stands, specifically a Federal Shield Law, And this would mean, me,not going to the Ninth Circuit Appeal Court. This call was witnessed by two individuals.

I discussed my strategy and plan for my case with Marc Randazza on this First Call, Phone Meeting.

On this First Call with Marc Randazza, he told me that whatever happens he WILL NOT hurt the First Amendment. Yet this court shutting down thousands of blog posts, and years worth of work and stealing my domain names, redirecting my blogs and flat out lying about me in order to silence me, is a Direct Attack on the First Amendment Rights of All.

Currently Godaddy, has given Marc Randazza a large amount of my domain names, based on a court order that says a Pending TRO, pending On a Hearing. These domain names released to defendant, illegally have unlinked thousands of links to my intellectual property, and all without my due process. The content on those posts is dropped forever, due to this illegal action of Godaddy. As the domain names were to be locked pending a hearing, pending a trial, pending

due process. Instead Godaddy released the domain names and allowed the Plaintiff to changed the servers thereby unlinking a years worth of links dozens of blogs and thousands of posts. This is unlawful, unconstitutional and this court should make Marc Randazza pay Defendant / Counter Plaintiff Crystal Cox 7 Million Dollars. I have a right to price my intellectual property as what I would value it at.

Also on this first call between Defendant Crystal Cox and Plaintiff Marc Randazza, he told me that he used to represent Big Media, and that **they did not want him to go for the broader Free Speech precedence,** so he quit working for them and instead works for Bloggers and the Porn Industry. **He said that Big Media told him that they make more money on a MONOPOLY of Free Speech.**

Now, Hypocrite Attorney, Plaintiff Marc Randazza is suppressing my Free Speech Rights and supporting Big Media in trying to STOP my Appeal to the Ninth. For, if I win my Appeal then "Big Media" loses their **Monopoly on Free Speech** and loses their century old stronghold as Media manipulating a society and protected to do so by special laws and protective rights just for this established "Media" and Journalists associated with this "Media". And rights in which citizen journalists and citizens over all do not have.

Plaintiff Marc Randazza now seems to be working with Big Media to STOP my Appeal, to Defame and Discredit me, in order to STOP this One Blogger from Setting a Massive Precedence in which **ONCE AND FOR all ENDS the Monopoly of Free Speech in which Big Media Currently Has.**

Plaintiff Marc Randazza has worked with others to silence me, threaten me, intimidate me for nearly a year now. All to STOP me from going to the Ninth Circuit and to SUPPRESS the iViewit Technology Story.

On my First Call with Marc Randazza he said there was no higher court decision that distinguished bloggers from journalists or supported the journalistic rights of bloggers. My case will do this one way or the others, and Marc Randazza claims to be an Intellectual Property Expert, a Domain Law Expert, a First Amendment Advocate, yet Plaintiff has used every means necessary to destroy my intellectual property, defame me, harass me, bully me, suppress my free speech rights, deny me due process and I, Defendant Crystal Cox have every right to expose, parody, review this hypocritical behavior.


It is my legal, civil, constitutional right. Of which this court has already denied, BEFORE my answer deadline has passed. My blogs have been STOPPED flat in the search, thousands of links redirected to Marc Randazza by Domain Names turned over to Plaintiff and servers NOT LOCKED but redirect to a Marc Randazza Blog Post exercising his Free Speech Rights and hating me, defaming me, discriminating against me.

**After this December 10th, 2011 phone call, I, Investigative Blogger Crystal Cox bought MarcRandazza.com**, as this was the best keyword rich available domain name out there at that time in order to discuss my appeal and the lawyer who was to represent me.

In the days that followed I had spoke with UCLA Professor of Law Eugene Volokh, and he expressed interest in taking my case as well, entirely for Free. Marc Randazza had wanted me to pay him at least $5000 to start, though he called it Pro Bono.

At this time, and unknown to me Marc Randazza was negotiating a deal, with David S. Aman, Tonkon Torp Attorney for the Plaintiff in my Case. The terms of this deal have never been made available to me. It seems that it was a deal to make the case go away, to change the perimeters of the verdict and to stop the Ninth Court appeal. Marc Randazza, was working as my attorney in this negotiation, and at that time telling other attorneys in the First Amendment Bar that he, indeed would be representing me in this matter. I now believe this was to sabotage my appeal and protect Big Media.

Marc Randazza emailed me on December 14th 2011, and told me that he would represent me. Even though Marc Randazza had already been acting as my attorney, studying my documents, and talking a deal with Opposing Counsel.

Marc Randazza, at this time, was telling attorneys in the First Amendment Bar that he represented me and that he was talking a deal, thereby the case may not go to the Ninth. Eugene Volokh, UCLA Professor of Law called me and told me that he had spoke with Marc Randazza, and it seemed that Marc Randazza Spoke of this deal he was making, as my attorney with Opposing Counsel. Though Randazza had not talked of a deal with me, nor any proposed terms of a deal. Eugene Volokh said that Marc Randazza was a fine choice and that I should let him know if I needed anything, and that he would be talking with Marc Randazza throughout the case as needed to be of any assistance.

Marc Randazza treating me with such disrespect, negotiating a deal without my knowledge and interfering with the outcome of my case without my input left me feeling that my attorney had betrayed my confidence and had actually hurt my case. Marc Randazza had silenced me, though I was Pro Se for over a year and knew my own case better than anyone. Marc Randazza had disrespected me and it seems gave me massively bad advice in steering me away from appealing to the Ninth in order to benefit those in the Porn Industry / Free Speech Arena who he represented and was his biggest, long term pay check. I realized Marc Randazza was out to use me to help set a precedence or to not set a precedence, in order that his own clients would benefit from the ruling or the changes in how the ruling went in, as a matter of law.

After this, it was more than obvious to me that Marc Randazza should not be my Attorney. I emailed Marc Randazza and copied Attorney Eugene Volokh and in this email, as Exhibit A shows, told Marc Randazza how I felt, and fired Marc Randazza as acting as my Attorney in any

way. I stated that I would only move forward with Eugene Volokh as my Attorney.  Marc Randazza was upset but tried to save face with his peers so he acted as if all was well, and even apologized for his behavior.

Approx. one month later, believing that Marc Randazza really was ok with me firing him. And after our original call of me discussing what I do and the extortion allegations and how they were not true. And on this first call discussing that he did not believe what I did was extortion and that he understood my marketing methods. I felt safe in emailing him and asking him for a marketing job. I had not done anything with the domain name MarcRandazza.com. Even though I felt he had betrayed me, I had a new attorney I was happy with and so I did not expose Marc Randazza for what he had done that I felt was unethical as his client.

I emailed Marc Randazza and asked him if his law firm, himself or anyone he knew could use my marketing skills as I needed to make some money. As seen in Exhibit A.  I told him that I had bought MarcRandazza.com when I thought he was to represent me, in order to do my own PR for my case.

Marc Randazza responded to this eMail, very aggressively. Plaintiff Randazza demanded that I turn over the domain name immediately and told me I had no right to register a domain name that resembled his name. It was certainly assumed that Marc Randazza did not want that name, as over the prior ten years he had not registered the domain name and had went by **MarcoRandazza** in his Twitter Account, YouTube Account and his username on his own blog. Marc Randazza has letterhead at one time that stated he was a domain name lawyer. Randazza has been touted as a domain name expert, domain name attorney and a friend to domainers.

After this dialogue, Marc Randazza had to find another way to sabotage Obsidian V. Cox and the Ninth Circuit Appeal, as well as to discredit Defendant Crystal Cox's blogs exposing the biggest technology crime in the world, iViiewit.  So Plaintiff Marc Randazza contacted the Plaintiff's attorney in Obsidian V.Cox (opposing counsel to pro se Crystal Cox in Obsidian V. Cox) and made a deal to be subpoenaed in my case and testify to set me up for extortion of which never happened. I was Pro Se in that Matter and so I responded to the legal documents by stating that I wanted to attend the deposition and that I wanted to cross examine Marc Randazza.  Exhibit B is a court document I filed and sent to Marc Randazza in my Pro Se Capacity discussing the questions that I would be asking at the deposition.  Marc Randazza never attended the deposition and no official reason was given.

I had, at that point, filed a motion for a new trial and was headed toward the appeal process for Obsidian V. Cox. Marc Randazza was talking to Opposing Counsel and to Judge Marco Hernandez who was deciding on matters in my case. Marc Randazza had privileged information and strategy information and used this against me. Also Marc Randazza was flat out lying about me, defaming me and conspiring to set me up for extortion.

So I then used MarcRandazza.com to expose what Marc Randazza was doing and to get strong in the search engines as quick as possible to get my story with documented facts heard, before Marc Randazza conspired to make his lies about me stand as the truth in the legal arena and public opinion. His revenge amped up, so I bought more related domain names to start more blogs and expose his hypocrisy and to warn other potential clients of what he had done to me. At this time Marc Randazza conspired with Wordpress, Google Insiders, Godaddy Insiders and more to get my blogs shut down, to make them look as spam or flat out have them deleted. So I started more and more to fight back in the search engines and make sure that my documented facts of the matter were in public view to protect my reputation, my case, my future and my quality of life.

I, defendant Crystal Cox did not buy any domain names, nor start any blog to intimidate a witness into not testifying. In fact, the record shows that I stated I wanted to go to Portland to Plaintiff Marc Randazza's Deposition and question him myself. Marc Randazza was Subpoenaed in Obsidian V. Cox, after the Trial. I am Pro Se in this matter and received copies of the Marc Randazza Subpoena.

In order to Sabotage Defendant Crystal Cox's Ninth Circuit Appeal and Suppress Defendant Crystal Cox's investigative blogs exposing those involved in stealing the iViewit Technology, Plaintiff Marc Randazza contacted, David Aman, Tonkon Torp Attorney in Portland who is the attorney for Opposing counsel and Marc Randazza told David Aman to have him deposed and he would testify to me extorting him. It seems that David Aman then agreed if Marc Randazza would testify against me, Pro Se Defendant Crystal Cox, that Opposing Counsel David Aman would see that Marc Randazza would get ownership of MarcRandazza.com, which I owned as of December 10th 2011 the day I had a phone meeting and Marc Randazza was to represent me in my Obsidian V. Cox Appeal to the Ninth Circuit, or so I thought.

Once I, defendant Crystal Cox received word of Marc Randazza being Subpoenaed, I, in my Pro Se Capacity emailed Marc Randazza and the Courts a Motion to put into the record regarding the questions that I intended to ask Marc Randazza in the Deposition. After Marc Randazza saw this document, this list of questions, he somehow cancelled his Portland Oregon deposition in the Obsidian V. Cox Matter. I am not sure how Marc Randazza got out of this Deposition, as he was served. I was never told how Marc Randazza ended up not going to this Deposition. It is my belief that Marc Randazza cancelled because he did not want questioned by me, his former client, under oath.

I have, to this day not been notified of the "Official" reason why Marc Randazza did not attend that deposition, even though I am Pro Se in the Matter, and have every legal right to that information.

See the Exhibit B for the exact words of the deposition questions I served on Marc Randazza and in which he refused to answer and to show up for this deposition.

Soon after the Deposition that Marc Randazza failed to show up to, Marc Randazza recommended a Las Vegas "Receiver" to help Opposing Counsel David Aman to take Domain Names so that Marc Randazza could get a hold of **MarcRandazza.com** and seek revenge on me. This is in the Obsidian V. Cox court docket as Motion for Receivership, the Receiver that Randazza recommended to David Aman, Opposing Counsel Was Lara Pearson who Marc Randazza had used in Receivership issues regarding Righthaven. Attorney Lara Pearson of the Rimon Law Group was the court-appointed receiver in that case. Marc Randazza connected her with the Plaintiff, Opposing Counsel David Aman in order to seek revenge on a former client, me, Crystal Cox.

I, defendant Crystal Cox Fired Marc Randazza, and he continued to use privileged information against me and work with the Plaintiff in Obsidian Vs. Cox in order to pressure me to STOP my appeal to the Ninth Circuit.

I, Defendant Crystal Cox later found out that it was NOT in my best interest nor the best interest of bloggers, citizen journalists and all citizens. Marc Randazza was trying to deceive me, pressure me to not appeal Obsidian V. Cox.

Turns out Marc Randazza did not want to represent me in an Appeal, but instead wanted to cut a deal with the Plaintiff without my knowledge so that the case would never go to the Ninth. Attorney Marc Randazza told UCLA Professor Attorney Eugene Volokh that he represented me regarding an Appeal and therefore backed off Eugene Volokh from taking the case. I found out and let Eugene Volokh know that I fired Marc Randazza and did want Eugene to Represent me.

I, Defendant Crystal Cox now believe that Marc Randazza was sent in to **sabotage my Appeal** so that his clients such as Manwin, Corbin Fisher and other Porn Industry Giants, would not be affected by legal case setting a First Amendment Precedence for them. When it failed to represent me, as he negotiated without my consent, talked down to me and mistreated me and was therefore FIRED by Me, then Marc Randazza

I found out that Plaintiff Marc Randazza was negotiating a deal with Plaintiff Kevin D. Padrick of Obsidian Finance Group and his attorney David Aman, through UCLA Professor, Attorney Eugene Volokh who is now representing me on my Ninth Circuit Appeal of Obsidian V. Cox. Once I found Out, I Fired Marc Randazza Immediately as Email Records Show. (Exhibit A)

**I, Pro Se Defendant Crystal Cox request this court print all listed blogs**, websites as evidence in this case. Plaintiff Marc Randazza, in Criminal and Civil Conspire with this court, Godaddy and a Ring of Bloggers, Attorneys, and Journalists, have removed a mass amount of my investigative blogs regarding the iViewit Technology Story and the involved of Plaintiff Marc Randazza. I, Pro Se Defendant Crystal Cox request this court print all pages of all blogs listed and file with this case as exhibits,  in order to preserve evidence, the record and safeguard the public at large.

Due to this court  acting to remove these evidentiary blogs and allowing Plaintiff Marc Randazza to change the content.  All links to blogs contained herein are fully incorporated by reference to the URL with all links and evidence within the main url.  Each URL and all sublinks within each URL must be fully printed as well.

**List of Blogs, Sites to be Printed by this Court and enter in as Evidence in their Entirety.**

www.CrystalCox.com

http://www.leonsimson.blogspot.com/

ethicscomplaint.com, ethicscomplaint.blogspot.com

http://www.bankruptcycorruption.com/,  http://bankruptcycorruptionblog.blogspot.com/

http://www.judgemarcohernandez.com/

http://www.obsidianvcox.com/

**http://www.crystalcoxcase.com/**

**http://www.obsidianfinancesucks.com/**

**http://obsidianfinancesucks.blogspot.com/**

**http://www.kevinpadrick.com/**

**http://www.objectiontofees.com/**

**http://kevinpadrickobsidianfinance.blogspot.com/**

**http://www.patriciawhittington.com/**

**http://www.leonsimson.blogspot.com/**

**http://www.stevenhedberg.com/**

http://obsidianfinancesucks.blogspot.com/

www.WhistleblowerMedia.com

http://www.obsidianfinancesucks.com/

http://www.davidcarrsucks.com/

http://www.iviewit.tv/

http://pornnewstoday.com/pnt/

http://foxxmediagroup.com/

http://www.stevedowling.com/

http://www.deniedpatent.com/

http://www.stevenhedberg.blogspot.com/

http://www.stevenhedberg.com/

http://www.summit1031bkjustice.com/

http://www.obsidianfinancesucks.com/

http://obsidiansucks.blogspot.com/

http://www.defamationdefense.com/

http://www.allenfagin.com/

http://www.anticorruptionmedia.com/

http://www.investigativeblogger.com/

http://investigativeblogger.blogspot.com/

http://www.industrywhistleblower.com/

http://industry-whistleblower.blogspot.com/

http://hamiltonmontananews.blogspot.com/

http://www.eurekamontananews.com/

http://eurekamontananews.blogspot.com/

http://www.kaigroenke.com/

http://www.eurekamontananews.com/

http://libbymontananews.blogspot.com/

http://www.allenfagin.com/

http://www.josephleccese.com/

http://www.greggmashberg.com/

http://www.exposekennethwhite.com/

http://www.brownwhitenewhousesucks.com/

http://www.proskauerfraud.com/

http://www.proskauersucks.com/

http://www.proskauerrosesucks.com/

http://judgerobinclute.blogspot.com/

http://www.berniecassidy.com/

http://montanacorruption.blogspot.com/

http://www.tedlympus.com/

http://www.daddysworm.com/

http://www.alexisdevane.com/

http://www.alanpineschi.com/

http://www.davidcarrsucks.com/

http://tonkontorp.blogspot.com/

http://www.attorneycorruption.com/

http://www.crystalcoxmedia.com/

http://www.crystalcoxnews.com/

http://crystalcoxnews.blogspot.com/

http://www.crystalcox.tv/

http://www.crystalcox.net/

http://www.griznews.com/

http://www.northwesttribune.com/

http://www.patriciawhittington.blogspot.com/

http://www.millernashsucks.blogspot.com/

http://www.millernashsucks.com/

http://pacificorpsucks.blogspot.com/

http://www.blackcapproject.com/

http://www.obsidianrenewablessucks.com/

http://www.michealdunn.com/

http://www.bloggersrights.com/

http://www.federalshieldlaw.com/

http://www.philipfalcone.com/

http://www.beneliason.com/

www.summit1031bkjustice.com

http://www.criminalendangerment.com/

http://unconstitutionalattorney.blogspot.com/

http://www.franklincable.com/

http://www.seangarnett.com/

http://www.dtoddgregory.com/

http://kevinpadrickobsidianfinance.blogspot.com/

http://pacificorpsucks.blogspot.com/

http://obsidianrenewablessucks.blogspot.com/

http://attorneyviolatedmylegalrights.blogspot.com/

http://douglaschey.blogspot.com/

http://www.scottsherr.com/

http://www.toddoutten.com/

http://www.iviewit.tv/

http://iviewit.tv/wordpress/

http://www.deniedpatent.com/

http://intelcorruption.blogspot.com/

http://www.eliotbernstein.com/

http://www.alexisdevane.com/
Was Kenneth Rubenstein.com, Alexis Devane is with MPEG LA, they pooled the iViewit Technology
illegally within other patents.

http://www.allenfagin.com/
Allen Fagin Proskauer Rose

http://www.josephleccese.com/
Joseph Leccese Proskauer Rose Law Firm

http://www.greggmashberg.com/
Gregg Mashberg Proskauer Rose

http://jorgelabarga.blogspot.com/
Formerly JorgeLabarga.com

http://raymondjoao.blogspot.com/
Formerly Ramond Joao.com

http://stevencbecker.blogspot.com/
Formerly StevenCbecker.com

http://www.toddoutten.com/

http://intelcorruption.blogspot.com/
Formerly **BruceSewell.com**

http://maryshapiro.blogspot.com/
Formerly MaryShapiro.net

http://www.foley-lardner.com/

http://www.greenbergtraurigsucks.com/

http://www.proskauerlawfirm.com/

http://royreardon.blogspot.com/
Formerly RoyReardon.com

http://www.stevedowling.com/

http://www.wimsweldens.com/

http://www.cubeantenna.com/

http://www.massiveshareholderfraud.com/

http://www.seconddepartment.com/

http://www.petersivere.com/

http://christophercwheeler.blogspot.com/
Formerly ChristopherCwheeler.com

http://www.teresarea.com/

http://artieminson.blogspot.com/
Formerly ArtiMinson.com

http://www.robinpainter.com/

http://www.jeffmarwil.com/

http://www.jamespelzer.com/

http://lesliebanderson.blogspot.com/
Formerly LeslieBanderson.com

http://ritaadler.blogspot.com/
Formerly RitaAdler.com

http://www.paulcrotty.com/

http://maryjunck.blogspot.com/
Formerly maryjunck.com

http://www.gregveon.com/

http://www.leeenterprisessucks.com/

http://www.marynewill.com/

http://www.philipfalcone.com/
Philip Falcone Lightsquared

http://www.sanjivahuja.com/

http://www.mssspectrum.com/

http://www.philliphumm.com/

http://kenboehm.blogspot.com/
Formerly KenBoem.com

http://www.peterjenson.com/

http://www.jeffreycarlisle.com/

http://www.davidmaura.com/

http://www.omarasali.com/

http://fredfesta.blogspot.com/
Formerly Fred Festa .com

http://www.perrybackus.com/

http://www.nansuroddy.com/

http://www.georgecorn.com/

http://www.robinclute.com/

http://www.berniecassidy.com/


http://www.robybowe.com/

http://www.richardchimberg.com/

http://www.thomassjoblom.com/

http://www.seungchong.com/

http://www.ronaldmeisburg.com/

http://matthewtriggscom.blogspot.com/

http://marckirschner.blogspot.com/
Formerly Marc Kirschner.com

http://www.hughrovit.com/

http://johnstankeyblog.blogspot.com/
Formerly JohnStankey.com

Formerly www.randywhitestone.com/
http://randywhitestone.blogspot.com/

http://larrystrickling.blogspot.com/
Formerly Larry Strickling.com

http://cascadiaproject.blogspot.com/

http://www.obsidianrenewablessucks.com/

http://www.kevinpadrick.com/

http://www.objectiontofees.com/

http://www.objectiontofees.com/

http://www.patriciawhittington.com/

http://www.sussmanshanksucks.com/

http://www.millernashsucks.com/

http://tonkontorp.blogspot.com/
Formerly TonkonTorpSucks.com

http://ceoraydavis.blogspot.com/
Formerly CeoRayDavis.com

http://www.jimdiegel.com/

http://www.anniebuell.com/

http://www.stevenhedberg.com/

http://lyingtrolllegalgroupsucks.blogspot.com/

http://unethicalscumattorney.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.proofofcorruption.com/

http://www.josephstilwell.com/

http://seniornewstv.blogspot.com/

http://www.realestateindustrywhistleblower.com/

http://federalricolawsuit.blogspot.com/

http://millernash.blogspot.com/

http://obsidianfinancesucks.blogspot.com/search/label/David%20W.%20Brown

http://anniebuell.blogspot.com/

http://douglaschey.blogspot.com/

http://www.toddoutten.com/

http://www.scottsherr.com/


http://petersivere.blogspot.com/

http://www.paulcrotty.com/

http://ritaadler.blogspot.com/

http://jonmadonna.blogspot.com/

http://www.leeenterprisessucks.com/

http://portlandoregonanti-corruption.blogspot.com/

http://hypocriteattorney.blogspot.com/

http://www.janinerobben.com/

http://duanebosworth.blogspot.com/

http://www.stephenlamont.com/

http://intelcorruption.blogspot.com/

http://whistleblowermedia.blogspot.com/

http://www.garystachlowski.com/

http://www.lesbiannewspaper.com/

http://www.davidsaman.blogspot.com/

http://womanhatingrabidlawyer.blogspot.com/

http://obsidianfinancesucks.blogspot.com/

http://www.actsofmedia.com/

http://www.kalispellmontananews.com/

http://www.whitefishmontananews.com/

http://crystalcoxnews.blogspot.com/

http://exposecorruptionblog.blogspot.com/

http://stevenhedberg.blogspot.com/

http://bankruptcycorruptionblog.blogspot.com/

http://www.exposeevil.com/

http://www.daddysworm.com/

http://www.conniebedwell.com/

http://www.exposechildmolesters.com/

http://www.thomassjoblom.com/

http://montanamoxy.blogspot.com/

http://ronaldmeisburg.blogspot.com/

http://www.michaelspreadbury.com/

http://www.georgecorn.com/

http://www.royceengstrom.com/

http://www.francisgurry.com/

http://intelcorruption.blogspot.com/

http://www.investigativejournalist.net/

http://www.gailmackie.com/

http://www.dylanenergysucks.com/

http://martincainchp.blogspot.com/

http://randywhitestone.blogspot.com/

http://suppressthetruth.blogspot.com/

http://www.exposecourtcorruption.com/

http://www.oregoniansucks.com/

http://www.ancerhaggerty.com/

http://kevinpadrickobsidianfinance.blogspot.com//

http://michaelgrenier.blogspot.com/

www.ShelleyLubben.com

http://hookersforjesus.net/

http://www.iamsecond.com/

http://www.mssspectrum.com/

PornNewsToday.com, MonicaAtHome.com, ChristianPornStar.com, PornWorthWatching.com, MonicaF.com, PornStarHookerAlert.com, FoxxMediaGroup.com, AmericanSatanism.com, PornInTheValley.com, MomsAgainstMedia.org, PornPimpingPolitics.com, and are hereby included as evidence into this case in their entirety.

http://www.shelleylubben.com/


I, Pro Se Defendant Crystal Cox demand that this court print out archives of blogs this court allowed Marc Randazza to Remove


http://marcrandazzaegomaniac.blogspot.com/

http://www.marcrandazzasucks.com/

http://trollmarcrandazza.com/

http://www.crystalcoxmarcrandazza.com/

http://www.hypocritemarcrandazza.com/

http://www.fuckmarcrandazza.com/

http://marc-randazza.blogspot.com/

http://markrandazza.blogspot.com/

http://www.exposemarcrandazza.com/

www.MarcRandazza.com

www.Markrandazza.blogspot.com

www.Marcrandazzaparody.com

http://www.fuckmarcrandazza.com/

http://marcrandazzafreespeech.blogspot.com/

http://www.marcrandazzasucks.com/

marcrandazzaviolatedmylegalrights.blogspot.com

http://www.bloggersrights.com/2012/03/marc-randazza-defends-rush-limbaugh-in.html

http://ethicscomplaint.blogspot.com/2012/06/marc-j-randazza-randazza-legal-group.html

http://www.defamationdefense.com/search/label/Marc%20Randazza

http://marcrandazzaegomaniac.blogspot.com/

http://marcrandazza.blogspot.com/

http://marcrandazzaliedaboutcrystalcox.blogspot.com/

MarcRandazza.com

RandazzaLegalGroupSucks.com

www.CrystalCoxMarcRandazz.com            .

www.marcjrandazza.com

www.marcjohnrandazza.com

www.marcrandazza.info

www.marcrandazza.biz

www.marcrandazza.org

marc-randazza.blogspot.com

marcrandazzaviolatedmylegalrights.blogspot.com

www.MarcRandazzaIsALyingAsshole.com

## Laws Specifically Invoked by Defendant Crystal Cox

Defendant Crystal Cox Specifically Invokes Anti-Slapp Laws.

Defendant Crystal Cox Specifically Invokes the First Amendment of the United States Constitution.

Defendant Crystal Cox Specifically Invokes the Fourteenth Amendment of the United States Constitution.

Defendant Crystal Cox Specifically Invokes Anti-Trust Laws, the Sherman Act, Fair Competition Laws, as Plaintiff is interfering with fair competition with search engine results.

Defendant Crystal Cox Specifically Invokes The Fair Competition Act (FCA), The Sherman Antitrust Act (1890), Antitrust Policy and Competition.

Defendant Crystal Cox Specifically Invokes all Freedom of Speech Laws. Freedom of speech is the political right to communicate one's opinions and ideas.

The right to freedom of expression is recognized as a human right under Article 19 of the Universal Declaration of Human Rights and recognized in international human rights law in the International Covenant on Civil and Political Rights (ICCPR). Article 19 of the ICCPR states that "[e]veryone shall have the right to hold opinions without interference" and "everyone shall have the right to freedom of expression; this right shall include freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in the form of art, or through any other media of his choice".

**NOTE TO COURT:**  that despite repeated requests by Cox's counsel in all cases, all lawyers for defense and all judges HAVE REFUSED TO DISCLOSE FINANCIAL AND OTHER CONFLICTS OF INTEREST that have been sent to them, thus denying Cox the right to fair and impartial due process as court can then only be presumed to have conflict or else why fail to admit or deny, all therefore fraud on court, through conflicts that cause obstruction, etc.

## Defendant Crystal Cox Declaration of Connected Cases

Case 2:12-cv-02040-GMN-PA District of Nevada is connected to Case CV-11-57-HZ U.S. District Court District of Oregon, Case 2:12-mc-00017-JPH Eastern District of Washington Circuit Court of Oregon Multnomah County Case No. 121215329 and Ninth Circuit Appeal Case: 12-35319. All case dockets, documents, exhibits are hereby included in this case as evidence of criminal and civil conspiracy.

# CERTIFICATE OF SERVICE

**On December 27th 2012**

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV  89101

VIA Electronic Service with Courts Approval

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com


Respectfully Submitted
Reverend Investigative Blogger Crystal L. Cox
Pro Se Defendant Crystal Cox
**Case 2:12-cv-02040-GMN-PAL**
Mailed on On December 27th 2012