Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff, Counter Defendant Marc J. Randazza /

Civil Action, Case 2:12-cv-02040-GMN-PAL
Motion for Extension of Time to File Exhibits
in Complaint Answer and Counter Complaint.

v.

Defendant Crystal Cox and Defendant Eliot Bernstein

Defendant Crystal Cox / Counter Plaintiff Crystal Cox has been approved by this court to file documents Electronically. Defendant Crystal Cox / Counter Plaintiff Crystal Cox has filed a Motion Certifying Completion of CM_ECF Tutorial and this Motion has not reached the court, possibly due to Holiday Mail, or Conflicts of Interest.

Defendant Crystal Cox / Counter Plaintiff Crystal Cox believes this court to have Conflicts of Interest. Defendant Crystal Cox / Counter Plaintiff Crystal Cox has requested that a Conflict of Interest disclosure be signed by this court, however, Defendant Crystal Cox / Counter Plaintiff Crystal Cox has, to this date been denied.

Defendant Crystal Cox / Counter Plaintiff Crystal Cox is mailing her Answer to the Complaint, Counter Claim, Motion to Recluse, Motion to Investigate, Motion Requesting Preservation of Evidence today December 27th, 2012, and requests an extension due to holidays and mail issues for adding Exhibits to this Case Electronically.

Defendant Crystal Cox / Counter Plaintiff Crystal Cox has previously mailed, "Memorandum to Objection to Injunctive Relief and Temporary TRO in Favor of Plaintiff / Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 2)", "Objection to Injunctive Relief and Temporary TRO in Favor of Plaintiff / Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 2)", "Motion Certifying Completion of CM_ECF Tutorial" and these documents have not reached the court. Defendant Crystal Cox / Counter Plaintiff Crystal Cox is up against a deadline to follow a response and a Holiday in which the Deadline Falls Upon.

This Court has Denied Counter Plaintiff Crystal L. Cox Due Process and erred when it issued an impermissible prior restraint when it issued a preliminary injunction against future speech, and seized intellection property, content, blogs and domain names of Counter Plaintiff Crystal Cox. Therefore, Defendant Crystal Cox / Counter Plaintiff Crystal Cox has no faith in fair or impartial treatment in this court and is mailing documents so as to ensure meeting deadline. However Defendant Crystal Cox / Counter Plaintiff Crystal Cox cannot cost prohibitively to Defendant Crystal Cox / Counter Plaintiff Crystal Cox and to the courts, print and mail all exhibits.

**December 27th 2012**

# CERTIFICATE OF SERVICE

On December 27th 2012
I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV  89101

VIA Electronic Service with Courts Approval

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com

Respectfully Submitted
Reverend Investigative Blogger Crystal L. Cox
Pro Se Defendant Crystal Cox
Case 2:12-cv-02040-GMN-PAL
Mailed on On December 27th 2012