UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARC J. RANDAZZA, an individual, )
JENNIFER RANDAZZA, an individual, and )
NATALIA RANDAZZA, a minor, ) Case No.: 2:12-cv-02040-GMN-PAL
 )
        Plaintiff, ) **MINUTE ORDER**
vs. )
 )
CRYSTAL COX, an individual, and ELIOT )
BERNSTEIN, an individual, )
 )
        Defendant. )

Pending before the Court is the "Motion to Request This Court Investigate Plaintiff Marc Randazza" (ECF No. 22) filed by Defendant Crystal L. Cox ("Defendant").

The courts provide a forum for the resolution of disputes. The requested initiation of an investigation is a function of the other branches of government. Therefore, Defendant's Motion (ECF No. 22) is **DENIED**.

Date: January 4, 2013

_____
Gloria M. Navarro
United States District Judge