# EXHIBIT 1

Print | Close Window

Subject: Fwd: Re: MartinCain.com
From: Matthew Baer <matt.baer@dylanenergy.com>
Date: Sun, Jul 15, 2012 9:50 am
To: mjr@randazza.com

-------- Original Message --------
Subject: Re: MartinCain.com
Date: Sun, 20 Feb 2011 11:35:51 -0800 (PST)
From: Crystal L. Cox <savvybroker@yahoo.com>
To: Dylan CHP Enterprise <dylanchpmc@verizon.net>

MartinCain.com is For Sale.

MartinCain.com is a Valuable online real estate. I will Sell MartinCain.com for $550,000, with a 2 year non-compete. Meaning my media company will not compete with Martin Cain.com for key words such as Martin Cain, Dylan Energy, Ect. during this "non compete" time.

Please let me know if you are interested or pass it on to anyone who might be.

Crystal L. Cox

Investigative Blogger
Real Estate Broker Owner -