# EXHIBIT 3

You are logged in as lmt_1984   **Upgrade Your Account** | **Log out** | **Help**



# MartinCain.com Whois Record

Search Whois Records: martincain.com

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

## Whois Record

**Related Domains For Sale or At Auction**   1  **2**  3  More >

| | |
|---|---|
| Reverse Whois: | **"Eliot Bernstein" owns about**  **395 other domains** |
| Email Search: | iviewit@iviewit.tv is associated with about **511 domains** |
| Registrar History: | 3 registrars with **2** drops. |
| NS History: | 17 changes on **10** unique name servers over **4** years. |
| IP History: | 24 changes on **11** unique IP addresses over **3** years. |
| Whois History: | 20 records have been archived since **2000-02-24**. |
| Reverse IP: | 141,514 other sites hosted on this server. |

Monitor This Domain Name

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: MARTINCAIN.COM
        Created on: 29-Oct-10
        Expires on: 29-Oct-13
        Last Updated on: 02-Nov-12

    Registrant:
    Eliot Bernstein
    2753 N.W. 34th St.
    Boca Raton, FL 33434-3459
    United States

    Administrative Contact:
        Bernstein, Eliot      iviewit@iviewit.tv
        2753 N.W. 34th St.
        Boca Raton, FL 33434-3459
        United States
        +1.5612458588

    Technical Contact:
        Bernstein, Eliot      iviewit@iviewit.tv
        2753 N.W. 34th St.
        Boca Raton, FL 33434-3459
        United States
        +1.5612458588

    Domain servers in listed order:
        NS1.TRAFFICZ.COM
        NS2.TRAFFICZ.COM
```

**Backorder this domain** or **Hire a domain broker**



You the smart one? Let us show you the job you dream of





**Country TLDs** | **General TLDs**

Available domains for registration:

| | |
|---|---|
| ☐ MartinCain.at | Register |
| ☐ MartinCain.be | Register |
| ☐ MartinCain.ch | Register |
| ☐ MartinCain.cn | Register |
| ☐ MartinCain.co.uk | Register |
| ☐ MartinCain.de | Register |
| ☐ MartinCain.dk | Register |
| ☐ MartinCain.es | Register |
| ☐ MartinCain.eu | Register |
| ☐ MartinCain.fr | Register |

**Register All Selected >**   **Show all (19) >**

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9