# EXHIBIT 4

# Investigative Blogger Crystal L. Cox Anti-Corruption Media. Boycott Big Media

~ Setting Free Speech On Fire ~ Blogger Crystal Cox Fighting for Bloggers to have Equal Rights as Journalists, by Law. Standing up for the Rights Victims and Providing Whistle Blower Support. Blogger Crystal Cox is also the Best Independent Search Engine Reputation Manager in the World Believe that all speakers to the public SHOULD be equally protected by the First Amendment AND not just those deemed "Media". All Citizens Eq should be Protected by Equal First Amendment Rights.

WIPO Director Francis Gurry    Crystal Cox Investigative Blogger    Crystal Cox Blogger    Crystal Cox Appeal ~ Obsidian V. Cox

ObsidianFinanceSucks.com ~ Blog Exposing David Aman, Kevin Padrick and More.

### Jan 1, 2013

**Blogger Crystal Cox**

Love this Search Term By Co-Conspirators, Counter Defendants of Nevada Case 2:12-cv-02040-GMN-PAL to harass, defame, intimidate, steal, suppress Free Speech, deny due process and violated the rights of Investigative Blogger Crystal Cox and Investigative Blogger Monica Foster, oh and to remove Blogs, Domain Names, Links that Connect Liberty Media, Corbin Fisher, and other Co-Conspirators to the stealing, infringing on the 13 TRILLION Dollar iViewit Technology.

**Visitor Analysis & System Spec**

| | | | |
|---|---|---|---|
| **Referring URL:** | (No referring link) | | |
| **Host Name:** | pool-71-164-187-82.dllstx.fios.verizon.net | **Browser:** | IE 9.0 |
| **IP Address:** | 71.164.187.82 — [Label IP Address] | **Operating System:** | Win7 |
| **Location:** | Dallas, Texas, United States | **Resolution:** | 1249x702 |
| **Returning Visits:** | 0 | **Javascript:** | Enabled |
| **Visit Length:** | Multiple visits spread over more than one day | **ISP:** | Verizon Fios |



**Hire Investigative Blogger Crystal Cox**

### Navigation Path

| Date | Time | | WebPage | ☑ Multiline URLs |
|---|---|---|---|---|
| 29 Dec 2012 | 22:58:30 | | (No referring link)<br>www.crystalcox.com/ | |
| 30 Dec 2012 | 13:17:12 | | (No referring link)<br>www.crystalcox.com/ | |
| 30 Dec 2012 | 13:18:41 | | www.google.com/url?sa=t&rct=j&q=&esrc=s&frm=1&source=web&cd=2&ved=0CDwQFjAB&url=htt<br>www.crystalcox.com/ | |
| 30 Dec 2012 | 13:22:23 | | www.google.com/url?sa=t&rct=j&q=&esrc=s&frm=1&source=web&cd=2&ved=0CDwQFjAB&url=htt<br>www.crystalcox.com/ | |
| 30 Dec 2012 | 15:07:05 | | www.google.com/url?sa=t&rct=j&q=&esrc=s&frm=1&source=web&cd=13&ved=0CIIBEBYwDA&url=<br>www.crystalcox.com/ | |
| 31 Dec 2012 | 22:08:13 | | (No referring link)<br>www.crystalcox.com/ | |
| | | | www.google.com — crystal cox sues everyone     | |
| 1 Jan | 19:06:19 | | www.crystalcox.com/ | |



eMail me today at SavvyBroker@Yahoo.c

**Crystal Cox Media**

Posted by Investigative Blogger Crystal L. Cox at 11:57 PM

Newer Post                                    Home                                    Older Post



Blogger for Hire - SavvyBroker@Yahoo.c

Crystal Cox Blogger

Crystal Cox Blogger

Obsidian Finance Group

Kevin Padrick

Share  0  More  Next Blog»                                    Create Blog  Sign In

# Investigative Blogger Crystal L. Cox Ethics Complaint Blog by Crystal Cox.

## Expose Corruption in the Courts. Speak Out about Corruption in your Town, your Courts.

| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com |
|---|---|---|---|---|
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com |
| MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | MarcRandazza.com | |
| MarcRandazza.com Marc Randazza | | MarcRandazza.com Marc Randazza | | MarcRandazza.com Marc Randazza |
| MarcRandazza.com Marc Randazza | | MarcRandazza.com Marc Randazza | | |

Sunday, December 2, 2012

### Randazza Legal Group, Porn Industry Attorney Marc Randazza on the Wrong Side of the Law, Free Speech and the First Amendment Rights of All.

"

### Marc Randazza on the WRONG Side of Free Speech and the First Amendment AGAIN.

Marc Randazza of Corbin Fisher, Marc Randazza - Randazza Legal Group has serious double standards as Marc Ran... PISSED off at Blogger Crystal Cox for registering the Domain Name MarcRandazza.com, yet Marc Randazza defend... domain name that accused a man of murdering and raping a young girl.  Marc Randazza is a Hypocrite.

Yet in a mafai style letter Marc Randazza says to Blogger Crystal Cox, **"You really want to Make an Enemy of Me"** Randazza does not like it when Freedom of Speech "offends" his delicate senses yet defended the Right for his Clien... Eiland-Hall to buy and own a domain name that accused Glenn Beck of Murder and Rape. Here is some of an Article Regarding Isaac Eiland-Hall and his Attorney Marc Randazza.

"Facing exposure and prosecution, Isaac Eiland-Hall at first denied that he created **the "Did Glenn Beck Rape and ... Girl in 1990"** website. Later, he falsely claimed it was meant as comedy and parody and was therefore legally protected... the court case against Mr. Hall is clear cut. He has slandered and libeled with the intent to do harm.

He infringed upon Mr. Beck's good name, reputation and copyright. He has sought to profit from lies. He is promoting a... political agenda for his own secret nefarious purposes. He has made false accusations, akin to crying "Fire!" in a crowd... His words are a threat to the livelihood and safety of Glenn Beck and his family.
**Mr. Hall has tried to hide behind the cliché of "Freedom of Speech" while in truth attacking the very fou... of American democracy.** Our Constitution does not allow for defamation or torturing someone for profit. With freed... responsibilities. The damage Hall has done to the reputation of the cheerful and ever-popular Mr. Beck is simply incalcu...

---

**Bat Shit Crazy Blogger Crystal Cox EXPOSES Meathead Marc Randazza.**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

**Marc Randazza**

---

**More on the Summit 1031 Bankruptcy, Kevin Padrick, David, Aman, Tonkon Torp, Perkins Coie, Judge Randall Dunny, Steven Hedberg and more.**

My Blog on Obsidian Finance Group
http://obsidianfinancesucks.blogspot.com/

Summit Bankruptcy Whistle Blower Blog, NOT Mine
http://www.summit1031bkjustice.com/

Documents I gave the courts to prove the source of the post
http://obsidianfinancesucks.blogspot.com/2011/12/in-obsidian-v-cox-i-provided.html

**Obsidian V. Cox Trial Transcripts**
http://www.docstoc.com/docs/117800653/Obsidian-V-Cox-Trial-Transcripts



**AN AMBULANCE CHASER SMELLS BLOOD**

Who is stepping up to defend this criminal? It is none other than **Marc J. Randazza**, described in his hometown new a,**"slimy liberal incompetent moonbat home-schooled moron lawyer."**

Randazza labels himself with the fancy title "Esquire" as if he's living in some 19th-century English hamlet wearing a p feather in his fedora.

He runs a website entitled, The Legal Satyricon, in reference to a work by an ancient Roman pedophile named Petroniu immorality and sexual radicalism of The Satyricon was brought to the big screen some years ago by notorious Italian Fe Fellini.)

Lawyer Randazza seems to handle only the most salacious of legal cases, mostly involving impoverished bloggers. (You wonder what sorts of physical debasements these penniless clients must trade for his services.) He is a professor at a Fl school (though it's hard to imagine such a thing) and also claims to be a resident of Gloucester, Massachusetts, a stone infamous homosexual politician Barney Frank's congressional district. Newly-released campaign records show Randa secretly handing off thousands of dollars to Barack Obama's operatives over the years (evidence here)."

Source and Full Marc Randazza of Corbin Fisher Article

http://christwire.org/2009/10/secret-democrat-party-operatives-slander-fox-news-star-with-rape-charge/"

Originally Posted at

http://www.crystalcox.com/2012/03/marc-randazza-on-wrong-side-of-free.html

Posted by Crystal L. Cox at 1:51 PM      Recommend this on Google

## No comments:

## Post a Comment

Note: Only a member of this blog may post a comment.

Enter your comment...

Comment as: Google Account

Publish  Preview

---

Meeting Videos
http://www.youtube.com/user/KevinPadrick

Court Filing Against Tonkon Torp and Obsidian Finance Group
http://www.docstoc.com/docs/98076240/David-Aman-Tonkon-Torp-for-Obsidian-Finance-Group-Trustee-Kevin-Padrick

Brown White Newhouse

Brown White Newhouse

Kevin Padrick

Obsidian Finance Group

Crystal Cox Blogger

Crystal Cox Blogger

Crystal Cox Blogger

Crystal Cox Blogger

Crystal Cox Blogger

Crystal Cox Blogger

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

Investigative Blogger Crystal L. Cox

iViewit Technology Theft

Marc Randazza

Marc Randazza

Marc Randazza



Newer Post             Home             Older Post

Subscribe to: Post Comments (Atom)

Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Home Page
Summit Bankruptcy Whistleblower
Hamilton Montana Corruption
Montana Corruption Bloggers
Libby Montana News
Crystal Cox Ethics Complaint Blog
Michael Spreadbury Story

Summit Bankruptcy Blog by Whistleblower Stephanie DeYoung http://www.summit1031bkjustice.com/



**Blog Archive**

► 2013 (3)

▼ 2012 (152)
  ▼ December (14)
    Perry Mann Researching Mark Vena, Synaptics
    No Matter How Much You Need Money, or How Gorgeous...
    "Mark Vena of Synaptics and Francesco Barbarino of...
    Marc Randazza, Manwin and Kenneth P. White EXPOSED...
    Marc Randazza Exploiting Children?
    WIPO Director Francis Gurry and Edward Kwakwa, WIP...
    Monica Foster - Pornwikileaks still needs closure ...