# EXHIBIT 5



www.crystalcox.com

Gmail Email from C…   Subscribe…                                   Other Bookmarks

...ths, and do not disclose this 13 Trillion Dollar Liability to the Shareholders of Synaptics, SYNA.O, Synaptics Inc, NASDAQ: SYNA.

David Wang, Synaptics Inc. seems to be failing to disclose massive shareholder liability to SYNA.O, Synaptics Inc. David Wang, Synaptics Inc. knows of the iViewit Technology Liability, as he was at Silicon Graphics prior to Synaptics Inc. So was Mark Vena.

**Silicon Graphics Bankruptcy Research Links**
**( David Wang, Mark Vena )**

http://en.wikipedia.org/wiki/Silicon_Graphics

http://techcrunch.com/2009/04/01/silicon-graphics-declares-bankruptcy-and-sold-for-25-million/

http://usatoday30.usatoday.com/money/industries/technology/2006-05-08-sgi_x.htm

http://thenextweb.com/insider/2012/11/07/the-remnant-of-silicon-graphics-re-emerges-with-more-patent-suits-targets-include-amazon-and-google/

**Silicon Graphics Bankruptcy** is what brought the attention of the iViewit Technology story to Investigative Blogger Crystal Cox, as at that time I was reporting on Bankruptcy Corruption regarding the Summit 1031 Bankruptcy out of Bend Oregon, and was leading in the search engines for search terms to do with Bankruptcy Corruption. My research was drawn to the Silicon Graphics Bankruptcy in connection to Enron, Proskauer Rose Law Firm, Eliot Bernstein and the iViewit Technology Company.

**Research Links Regarding Silicon Graphics Company and Silicon Graphics Bankruptcy and the iViewit Technology Company, Eliot Bernstein. ( David Wang, Mark Vena )**

iViewit Silicon Graphics Bankruptcy Filing to Remove Judge Martin Glenn

http://iviewit.tv/wordpress/?p=76

http://www.eliotbernstein.com/2012/02/silicon-graphics-bankruptcy.html

Todd Outten, MovieFly, Co-Conspirator, Counter Defendant

http://www.toddoutten.com/2011/03/silicon-graphics.html

http://judicialhellhole.blogspot.com/2010/02/eliot-bernstein-iviewit-technologies.html

http://www.deniedpatent.com/2010/02/iviewit-silicon-graphics-bankruptcy.html

http://douglaschey.blogspot.com/2011/02/todd-outten-todd-avery-outten.html

**I would Say, in my Opinion that SYNA.O, Synaptics Inc. and Liberty Media are the Kingpins behind the Global infringement of the iViewit Technology.**
**( Mark Vena, David Wang )**

Blogger for Hire - SavvyBroker@Yahoo.com

Crystal Cox Blogger
Crystal Cox Blogger
Obsidian Finance Group
Kevin Padrick
Obsidian Finance Group LLC v Cox
Crystal Cox Case
Crystal Cox Blogger
Obsidian Finance SUCKS
Crystal Cox Blogger
Crystal Cox Blogger
Crystal Cox Blogger
Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Marc Randazza
Reputation Management and Investigative Blogger Services
Marc Randazza
Zero Point Energy
Cancer Solutions Blog

something in your life
- Winston Churchill (1874 - 1965)
You have enemies?
Good. That means
you've stood up for
something in your life
- Winston Churchill (1874 - 1965)
You have enemies?
Good. That means
you've stood up for
something in your life
- Winston Churchill (1874 - 1965)
You have enemies?
Good. That means
you've stood up for
something in your life
- Winston Churchill (1874 - 1965)
You have enemies?
Good. That means
you've stood up for
something in your life
- Winston Churchill (1874 - 1965)
You have enemies?
Good. That means
you've stood up for

