Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff, Marc J. Randazza

             Objection to Injunctive Relief and
             Temporary TRO in Favor of Plaintiff /
             Ex Parte Motion for Temporary Restraining Order and
             Motion for Preliminary Injunction (ECF No. 2)

vs.

Crystal L. Cox and Eliot Bernstein, Defendants

I, Crystal L. Cox, in my Pro Se Capacity Object to the Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

I have attached a Conflict of Interest Disclosure to this objection and demand that Magistrate Judge Peggy A. Leen, Law Clerk Jeff Miller, Law Clerk Michael Zadina, Judge Gloria M. Navarro any and all Law Clerks or Related Government Employees of Judge Gloria M. Navarro or Magistrate Judge Peggy A. Leen Sign this Conflict of Interest Disclosure and Return to ALL Defendants in Case 2:12-cv-02040-GMN-PAL.

**Randazza Legal Group Attorney Ronald Green has committed fraud on the Courts.**
Attorney Ronald Green Sent Defendant Letter Attached, Exhibit TRO A, claims that this court granted an order to give Plaintiff massive Domain Names and Blogs. When in fact the Order seems to me, Pro Se Defendant Crystal Cox to be an Order for a Pending Injunction, an Order Stating I have a Right to File a Response and an Order scheduling a hearing regarding a Temporary Restraining Order and Motion for Preliminary Injunction. This is fraud on the courts.

Randazza Legal Group Attorney Ronald Green has attempted to "trick" Pro Se Defendant Crystal Cox and to Suppress my First Amendment Rights by seizing massive amounts of blogs exposing the corrupt, unethical, life endangering actions of Porn Attorney Marc Randazza.

And worse yet, illegal in fact, Randazza Legal Group Attorney Ronald Green illegally got Godaddy to turn over Domain Names to Marc Randazza, BEFORE the hearing in the connected Opinion and before the Defendant has yet had time to respond to this legal complaint. This is Fraud and Godaddy Inc., Bob Parsons will be a named defendant in this case in Defendant Crystal Cox's counter complaint pending.

**I, Crystal L. Cox, Pro Se Defendant Object to Injunctive Relief and Temporary TRO in Favor of Plaintiff / Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 2).**

Marc Randazza is part of a Group of Attorneys connected to Manwin, Porn Wiki Leaks, Stalker Sean Tomkins, and those involved in human trafficking, sex slaves, and illegal behavior in the Porn Industry. My blogs are a Public Concern and must stay up as a Public Warning and Information Resource.

Plaintiff Marc Randazza is connected to a ring of attorneys and bloggers, who blog about women, call them crazy, intimidate them, verbally bash them online and then these victims allegedly commit suicide, when in fact they are murdered. This pattern of using blogs to harass people who speak out against porn industry owners, attorneys, ceo's and other big wigs, is used often by Attorney Marc Randazza, Attorney James DeVoy and the Randazza Legal Group. Also connected to PhillyLawBlog.com, Popehat.com, and many other blogs he calls third party blogs, however they are connected to, influenced and controlled by Marc Randazza himself.

These Porn Attorneys and connected bloggers, attorneys and buddies blog about women in porn that threaten to tell on them, expose their dirty secrets, out them regarding legal and financial matters and they make them look unstable, discredit and ruin them or set them up to seem suicidal and then to die somehow via murder, disappearing or a staged suicide. This is something I have received tips on over and over.

Regarding this Lynch Mob involving Marc Randazza, PhillyLawBlog.com, Popehat.com, and many other blogs, I have received letters harassing me, had blogs started about me and pictures drawn and posted on sites such as CrystalCoxSucks.com, CrystalCoxBlows.com and many other sites and videos bashing and threatening me started and also encouraging others to start blogs and make videos in order to intimidate me to STOP my Ninth Circuit Appeal.

I have had my knee caps threatened and Plaintiff emailed me and said, You want to make an Enemy of me, Really?  My blogs were the only way to stay visible so they did not kill me and to fight back in my defense and the defense of other victims of these attorney thugs.

My blogs expose and report on Connected Stories that are of Public Concern and it is an imperative that these whistle blower blogs stay up and warn the public about how these Marc Randazza connected bloggers and online media conspire, gang up, in order to suppress these women and some men speaking out and exposing the big boys of porn. It is imperative that these warning blogs stay up and give voice to the victims connected to Marc Randazza and who he supports and gets to threaten and intimidate those who expose him.

I, Crystal L. Cox, Pro Se Defendant Object to this Temporary Restraining Order and Motion for Preliminary Injunction, as it violates my constitutional rights, fair competition laws, anti-trust laws and my First Amendment Rights.

I, Crystal L. Cox, Pro Se Defendant Object to this Temporary Restraining Order and Motion for Preliminary Injunction stopping me from reporting about Marc Randazza based on lies he has told and based on media outlets that are not based in factual documents, but instead on the opinion of reporters and bloggers in which favor high profile attorney Marc Randazza and are against Investigative Blogger Crystal Cox in my Appeal to the Ninth Circuit regarding Bloggers.

I, Crystal L. Cox, Pro Se Defendant Object to this court turning over thousands of blog posts to Plaintiff, in which he has access to delete, change, and remove content from such blogs. These blogs are an important Public Service, a Public Forum, a Public Warning and they are the intellectual property of Investigative Blogger Crystal L. Cox, Pro Se Defendant.

Google owns blogger, Free Google Blogs are .blogspot.com, all sites that Plaintiff claims are domains that have .blogspot.com, are not domains, they are blogs. If Plaintiff is granted said blogs, he will delete content with ease.

See attached white paper by Eugene Volokh, Google is a Publisher, Exhibit TRO - C, Google is a Publisher and Search Engines have Free Speech Rights.

Plaintiff wants control of all Defendants .blogspot.com so that he can delete the content, they are not lockable by Defendant, they are not associated with a Domain Name Register, they are Free Blogs provided by Google.

Giving Plaintiff access to these blogs violates my constitutional rights and gives Plaintiff an Unfair Advantage.

I, Crystal L. Cox, Pro Se Defendant Object to injunctive relief as to not speak of Marc Randazza on my blogs, as I have over 1200 blogs and it is an massive task to remove all content regarding my reporting on Marc Randazza.

**Blogs are a very different intellectual property then a Domain Name.**

Eliot Bernstein is not a "Proxy" and has never been a Proxy for Blogger Crystal Cox. Eliot Bernstein legally owns intellectual property, domain names, of which are currently pointed to their prior server where by Blogger Crystal Cox has Blogs. For Example, Defendant Crystal Cox could go to Domain Name Leasing Companies and lease any domain out there for lease for a monthly or yearly lease fee, this is likened to finding a commercial building and leasing this for one's business. The Domain Name is the Real Estate of the Internet. Defendant Crystal Cox can then do as she please with said domain name under this lease agreement, the owner of the domain name is not liable for the content in which the Domain Leasor Provides. Just as those who lease commercial real estate are not liable for what their tenants are doing.

Marc Randazza knows that Eliot Bernstein, iViewit Technologies has nothing to do with the content on said blogs. Plaintiff Marc Randazza is Protecting Manwin, Corbin Fisher and other large Porn Companies, as he attempts to discredit Eliot Bernstein, knowing full well that his clients knowingly infringe on the iViewit Video Technology and have for over a decade. Plaintiff, Attorney Marc Randazza's clients owe iViewit Technology and Eliot Bernstein hundreds of millions of dollars if not billions. As the Eliot Bernstein / iViewit Video Technology is worth over 12 Trillion Dollars, and that is not an exaggeration of any kind.  Marc Randazza, Plaintiff knows full well of this fact.

I, Crystal L. Cox, Pro Se Defendant Object to this court using the reasoning that Plaintiff Randazza used legal commentary from big media sources.

These legal commentary have no documented fact is no more credible than my legal commentary on my online media. I have over a thousand blogs and have been an investigative journalist / blogger online in new media for over 7 years.  To suggest that "a variety of media organizations" commenting on me, is some form of fact or legal reasoning violates the law, violates my constitutional rights and is not based in evidence or documented fact of in kind and is certainly no reason to take down thousands of my blog posts exposing Marc Randazza's unethical activities.  It is not a legally based reason to give Plaintiff access to my work, my independent product, my intellectual property.

Marc Randazza Plaintiff is connected to Manwin Company and Manwin Wants Iviewit / Eliot Bernsteing Shut Down for Good and is Manwin is Using Marc Randazza to discredit Eliot Bernstein iViewit Founder and one of the iViewit Video Technology Inventors.  Manwin owes iViewit Technologies Billions of Dollars and has Knowingly used the iViewit Technology for over a Decade. Manwin owner is  Fabian Thylmann.

Plaintiff Marc Randazza wants to silence bloggers who are exposing his illegal connections and unethical activities. Marc Randazza wants all Blogs by Crystal L. Cox shut down because I am exposing Marc Randazza, and I was a former client of Marc Randazza, as well have received countless tips from whistleblowers regarding Marc Randazza. Plaintiff also wants my blogs shut

down because I promote the industry whistleblower and investigative reporting of Diana Grandmason aKa Desi Foxx and Monica Foster aKa Alex Melody of whom Plaintiff Randazza named BOTH in his Complaint Against me, Pro Se Defendant Investigative Blogger Crystal L. Cox.

Porn Industry Insider, Porn Industry Whistle Blower, Investigative Blogger Monica Foster aKa Alex Melody interviewed Eliot Bernstein / iViewit Technology and has reported this on her Porn Industry Investigative Blogs and in her Tweets with over 10,000 views daily.  Marc Randazza Plaintiff wants to silence Monica Foster aKa Alex Melody of Porn News Today regarding her exposing that all Web Cam Girls, all Porn Sites, all Video Coding Technology in Porn Was invented by Eliot Bernstein / iViewit Technology over a decade ago and Marc Randazza, Plaintiff's clients are knowingly infringing on this technology. In facts Manwin Germany is a named Defendant in the Defendant Eliot Bernstein / iViewit Technology SEC Complaint, USPTO Complaint, European Patent Offic Complaint, RICO Complaint and massive Lawsuits regarding the Eliot Bernstein / iViewit Technology.  This is why Marc Randazza, Plaintiff has named Monica Foster aKa Alex Melody in this complaint. In fact, just before this legal action was filed naming Monica Foster aKa Alex Melody, Defendant Eliot Bernstein and Myself Defendant Crystal L. Cox, Monica Foster did a special report on her Whistle Blower / Investigative Blogs stating that if Monica Foster aKa Alex Melody, Eliot Bernstein or Myself Crystal Cox, turned up dead, to look at Marc Randazza as the guilty party.

Marc Randazza was My Attorney, I have every Right to have a Gripe Site. He used privilege information against me and sabotaged my right to a new trial.

Marc Randazza was my attorney as Exhibit TRO-B Shows where he discussed negotiated with Plaintiff in Obsidian V. Cox, and eMail where he says he will take my Case.

If it is unlawful to register a domain name with the name of a living person then why do Registrars such as Godaddy sell such domain names and require no proof of the buyer being that person? And why did Plaintiff Randazza represent defendant in owning the Domain Name GlenBeckRapedAndMurderedAYoungGirlin1990.com in the Beck v. Eiland Hall Case, and Plaintiff Attorney Marc Randazza won that case?

Starting in 2005 I began investing in the real estate of the Internet, Domain Names. At this time I attended Traffic West and other Trade Show of the Domain Name Industry.  I learned about the Domain Name Industry extensively and about Domain Aftermarkets, Domain Auctions, Domainers in General and the issues surrounding.

I buy domain names with keywords in the domain name that is based on the story I am writing about, this is industry expert ways to get strong in the search engines. This has never been to extort any person, official, or company.

I have subscribed to Planet Oceans Search Engine News since 2005. This is a highly indepth search engine news, and described years ago about the process of getting the best keyword rich domain name possible for what you are trying to get found in the search engines, often time that includes the names of those involved in the story I am reporting on. This yearly Search Engine News report also discussed many other techniques in which I have used for over seven years.

Also starting around 2005 I read the book what would google do, and it talked about googling your company sucks, and that this was a way to beat your competition by protecting your company name and more on that topic. I have read massive books on search engine optimization and marketing. I have also Read documents, took online courses, watched massive videos and they all talk about getting the best keywords in your Domain Name regarding what your trying to get found in the search engines. This is why I bought domain names with the name of my subject matter. I never bought a Domain Name to extort anyone, EVER.

**I am a Media Defendant** in this case and my blogs regarding Marc Randazza are presently to expose the unethical activity of Marc Randazza and those at Randazza Legal Group participating in Stalking Rings, Blogger Rings attacking those in the Porn Industry, and to expose the unethical, illegal activity going on in the Porn Industry. Marc Randazza is a high profile Porn Industry Attorney. As my blogs got on top of the search engines I began to get tips from Porn Industry Insiders, those inside the Copyright Cases Marc Randazza was involved with, those whom had dealing personally with Marc Randazza and those who had information or tips regarding Marc Randazza or those at Randazza Legal Group.

The blogs I have now regarding Marc Randazza are to continue to warn others what could happen to them, to expose what has happened surrounding the legal cases Marc Randazza is involved with, to share my Experience with Attorney Marc Randazza, to be Gripe Sites, to be a Parody making fun of Marc Randazza,

My blogs are not, nor have ever been to solicit money from Marc Randazza nor any of his attorney buddies, allies, or lynch mob friends. I have never asked Marc Randazza for money to remove any blog posting, nor would I EVER. I am dedicated to exposing Marc Randazza, Posting Facts, Documents and Information to the best of my ability in effort to warn others of what can and does happen.

My Marc Randazza blogs are also about getting strong in the Search Engines so that those with information on the Legal Cases, Porn Companies, Human Trafficking, Copyright Trolls, Issues Surrounding Marc Randazza, and more can find me and email me tips and information so that I can write more investigative reporting on those important issues.

My Blogs currently discuss issues such as Marc Randazza defending Rush Limbaugh and fighting directly against women's rights in his rant against Sandra Fluke, this was big in the media at the time my Marc Randazza blogs started. Marc Randazza claimed that it was un-American to Silence Rush Limbaugh, while at the same time doing everything he could to silence an Investigative Blogger who was once his client, from speaking out against him.

I currently make a living marketing and Selling Nutritional Supplements for Good Life International, I do not make a living with Search Engine Reputation Management. It is a skill I am very good at and would love to have an income from such, however I don't make a living this way. I have never, ever posted information and asked anyone for money to remove such information.

The intention of my Anti-Corruption Investigative Blog Network was and is to expose corruption, and to use my investigative blogging skills to get on top of the search engines with my news, findings, commentary, tips, videos and more. That is the point of internet marketing and new media. Part of this is buying a keyword rich domain name and having many blogs. In the case of Marc Randazza. I would have stopped at a few blogs. However Marc Randazza is a powerfully connected attorney. Randazza has lots of friends in the tech industry, at Google, at Word Press, at Godaddy and tons of attorney bloggers who post whatever he says is true regardless of any facts or documents. Marc Randazza got my blogs shut down by using inside connections to Chill Free Speech, so I started new ones. The more he got shut down, the more his attorney friends attacked me and threatened me on their blogs and forums, the more blogs I started to ensure that the facts, the emails, the documented proof of my side of the story got found.

There was never, EVER Specific intent to profit in any way from the Purchase of these Domain Names. They were purchased to expose a corrupt, unlawful, unethical, mafia connected, stalker connected, threatening, intimidating attorney. One of which I had personal experience with and had the viewpoint to give a credible review.

He Was my Attorney, I have a Right to GRIPE about how he treated me and to post tips that are emailed to my online media.

On December 10th, 2011, one of my investigative reporters / bloggers, Michael Spreadbury contacted Attorney Marc Randazza as he was in the news over the TSA Issues, . As shown in Exhibit A, Michael Spreadbury set up a phone meeting, a conference call with Attorney Marc Randazza in regard to Attorney Marc Randazza representing me, Defendant Crystal Cox in my Obsidian Finance Group V. Cox Appeal to the Ninth Circuit. (**Oregon Civil No. CV 11-0057 HZ)  On this first call Marc Randazza asked for all my files, of which I emailed him and is confirmed in Exhibit A. Also on this call Marc Randazza told me that he had received a call from Porn Industry Big Wigs and they asked** Attorney Marc Randazza what he was going to do about Crystal Cox. Attorney Marc Randazza, convinced me on this call that Appealing to the Ninth was not in the best interest of my case or of others affected by my

precedent. Attorney Marc Randazza told me that my case may be best used to lobby for new laws just how it stands and in not going to the Ninth Circuit Appeal Court. This call was witnessed by two individuals.

After this December 10th, 2011 phone call, as shown in Exhibit TRO-Al, Investigative Blogger Crystal Cox bought **MarcRandazza.com**, as this was the best keyword rich available domain name out there at that time in order to discuss my appeal and the lawyer who was to represent me.

In the days that followed I had spoke with UCLA Professor of Law Eugene Volokh, and he expressed interest in taking my case as well, entirely for Free. Marc Randazza had wanted me to pay him at least $5000 to start, though he called it Pro Bono.

At this time, and unknown to me Marc Randazza negotiated with David S. Aman, Tonkon Torp Attorney for the Plaintiff in my Case. The terms of this deal have never been made available to me. It seems that it was a deal to make the case go away, to change the perimeters of the verdict and to stop the Ninth Court appeal.

Marc Randazza emailed me on December 14th 2011,as shown in Exhibit TRO-A, and told me that he would represent me. Even though Marc Randazza had already been acting as my attorney, studying my documents, and talking a deal with Opposing Counsel. Marc Randazza, at this time was telling attorneys in the First Amendment Bar that he represented me and that he was talking a deal, thereby the case may not go to the Ninth.  Eugene Volokh, UCLA Professor of Law called me and told me that he had spoke with Marc Randazza, and it seemed that Marc Randazza Spoke of this deal he was making, as my attorney with Opposing Counsel. Though Randazza had not talked of a deal with me, nor any proposed terms of a deal. Eugene Volokh said that Marc Randazza was a fine choice and that I should let him know if I needed anything, and that he would be talking with Marc Randazza throughout the case as needed to be of any assistance.

Marc Randazza treating me with such disrespect, negotiating a deal without my knowledge and interfering with the outcome of my case without my input left me feeling that my attorney had betrayed my confidence and had actually hurt my case. Marc Randazza had silenced me, though I was Pro Se for over a year and knew my own case better than anyone. Marc Randazza had disrespected me and it seems gave me massively bad advice in steering me away from appealing to the Ninth in order to benefit those in the Porn Industry / Free Speech Arena who he represented and was his biggest, long term pay check. I realized Marc Randazza was out to use me to help set a precedence or to not set a precedence, in order that his own clients would benefit from the ruling or the changes in how the ruling went in, as a matter of law.

After this, it was more than obvious to me that Marc Randazza should not be my Attorney. I emailed Marc Randazza and copied Eugene Volokh and told Marc Randazza how I felt, and fired Marc Randazza as acting as my Attorney in any way. I stated that I would only move forward with Eugene Volokh.  Marc Randazza was upset but tried to save face with his peers so he acted as if all was well, and even apologized for his behavior.

Approx. one month later, believing that Marc Randazza really was ok with me firing him. And after our original call of me discussing what I do and the extortion allegations and how they were not true. And on this first call discussing that he did not believe what I did was extortion and that he understood my marketing methods. I felt safe in emailing him and asking him for a marketing job. I had not done anything with the domain name MarcRandazza.com. Even though I felt he had betrayed me, I had a new attorney I was happy with and so I did not expose Marc Randazza for what he had done that I felt was unethical as his client.

I emailed Marc Randazza, as shown in Exhibit TRO-A, and asked him if his law firm, himself or anyone he knew could use my marketing skills as I needed to make some money. I told him that I had bought MarcRandazza.com when I thought he was to represent me, in order to do my own PR for my case.  Marc Randazza responded to this eMail, very aggressively. Randazza demanded that I turn over the domain name immediately and told me I had no right to register a domain name that resembled his name. It was certainly assumed that Marc Randazza did not want that name, as over the prior ten years he had not registered the domain name and had went by **MarcoRandazza** in his Twitter Account, YouTube Account and his username on his own blog. Marc Randazza has letterhead at one time that stated he was a domain name lawyer. Randazza has been touted as a domain name expert, domain name attorney and a friend to domainers.

Marc Randazza had represented Eiland - Hall in Beck v. Eiland-Hall over the domain name GlenBeckRapedAndMurderedaYoungGirlIn1990.com, I read that case and all the reasons why Marc Randazza professed that Eiland - Hall had a right to that domain name.  Yet after I emailed Marc Randazza on having the domain name, in which I had done nothing with, he got angry. Randazza said I had no right to it even though he prevailed in Beck v. Eiland-Hall and other similar domain disputes. Marc Randazza demanded I give him the name. I said no. Randazza offered to buy the domain and I said I did not want to sell it. Marc Randazza then threatened that I would make him an enemy and did I really want that?

After this dialogue, Marc Randazza sought revenge against me and contacted the Plaintiff's attorney in Obsidian V.Cox and made a deal to be supoenaed in my case and testify to set me up for extortion of which never happened. I was Pro Se in that Matter and so I responded to the legal documents by stating that I wanted to attend the deposition and that I wanted to cross examine Marc Randazza.  Exhibit B is a court document I filed and sent to Marc Randazza in my Pro Se Capacity discussing the questions that I would be asking at the deposition.  Marc Randazza never attended the deposition and no official reason was given.

I had, at that point, filed a motion for a new trial and was headed toward the appeal process for Obsidian V. Cox. Marc Randazza was talking to Opposing Counsel and to Judge Marco Hernandez who was deciding on matters in my case. Marc Randazza had privileged information and strategy information and used this against me. Also Marc Randazza was flat out lying about me, defaming me and conspiring to set me up for extortion.

So I then used MarcRandazza.com to expose what Marc Randazza was doing and to get strong in the search engines as quick as possible to get my story with documented facts heard, before Marc Randazza conspired to make his lies about me stand as the truth in the legal arena and public opinion.  His revenge amped up, so I bought more related domain names to start more blogs and expose his hypocrisy and to warn other potential clients of what he had done to me. At this time Marc Randazza conspired with Wordpress, Google Insiders, Godaddy Insiders and more to get my blogs shut down, to make them look as spam or flat out have them deleted. So I started more and more to fight back in the search engines and make sure that my documented facts of the matter were in public view to protect my reputation, my case, my future and my quality of life.

I did not buy any domain names, nor start any blog to intimidate a witness into not testifying. In fact, the record shows that I stated I wanted to go to Portland to Marc Randazza's Deposition and question him myself, as seen in Exhibit TRO-D. Marc Randazza was Subpoenaed in Obsidian V. Cox, after the Trial. I am Pro Se in this matter and received copies of the Marc Randazza Subpoena.

Marc Randazza, in effort to seek revenge for me choosing another Lawyer in my High Profile legal case, contacted David Aman, Tonkon Torp Attorney in Portland who is the attorney for Opposing counsel and Marc Randazza told David Aman to have him deposed and he would testify to me extorting him. It seems that David Aman then agreed if Marc Randazza would testify against me, Pro Se Defendant Crystal Cox, that Opposing Counsel David Aman would see that Marc Randazza would get ownership of MarcRandazza.com, which I owned as of December 10th 2011 the day I had a phone meeting and Marc Randazza was to represent me in my Obsidian V. Cox Appeal to the Ninth Circuit, or so I thought.

Once I received word of  Marc Randazza being Subpoenaed, I, in my Pro Se Capacity emailed Marc Randazza and the Courts a Motion to put into the record regarding the questions that I intended to ask Marc Randazza in the Deposition. After Marc Randazza saw this document, Exhibit TRO-D, this list of questions, he somehow cancelled his Portland Oregon deposition in the Obsidain V. Cox Matter..  I am not sure how Marc Randazza got out of this Deposition, as he was served.  I was never told how Marc Randazza ended up not going to this Deposition. It is my belief that Marc Randazza cancelled because he did not want questioned by me, his former client, under oath.

I have, to this day not been notified of the "Official" reason why Marc Randazza did not attend that deposition, even though I am Pro Se in the Matter, and have every legal right to that information.

See the Attached Exhibit TRO-D for the exact words of the deposition questions I served on Marc Randazza and in which he refused to answer and to show up for this deposition.

Soon after the Deposition that Marc Randazza failed to show up to, Marc Randazza recommended a Las Vegas "Receiver" to help Opposing Counsel David Aman to take Domain Names so that Marc Randazza could get a hold of **MarcRandazza.com** and seek revenge on me. This is in the Obsidian V. Cox court docket as Motion for Receivership, the Receiver that Randazza recommended to David Aman, Opposing Counsel Was Lara Pearson who Marc Randazza had used in Receivership issues regarding Righthaven. Attorney Lara Pearson of the Rimon Law Group was the court-appointed receiver in that case. Marc Randazza connected her with the Plaintiff, Opposing Counsel David Aman in order to seek revenge on a former client, me, Crystal Cox.

I Fired Marc Randazza, and he continued to use privileged information against me and work with the Plaintiff in Obsidian Vs. Cox in order to pressure me to STOP my appeal to the Ninth Circuit.

Marc Randazza told me not to Appeal Obsidian Finance Group Vs. Crystal Cox. Attorney Marc Randazza who wanted to represent me in my Appeal, convinced me it was best not to appeal the 2.5 Million Judgement as this would then be used to lobby for new laws and be better for more people, namely his Porn Industry Clients.

I later found out that it was NOT in my best interest nor the best interest of bloggers, citizen journalists and all citizens. Marc Randazza was trying to deceive me, pressure me to not app Turns out Marc Randazza did not want to represent me in an Appeal, but instead wanted to cut a deal with the Plaintiff without my knowledge so that the case would never go to the Ninth. Attorney Marc Randazza told UCLA Professor Attorney Eugene Volokh that he represented me regarding an Appeal and therefore backed off Eugene Volokh from taking the case. I found out and let Eugene Volokh know that I fired Marc Randazza and did want Eugene to Represent me.

In suing Blogger Crystal Cox and iViewit Founder and Inventor Eliot Bernstein, Marc Randazza is attempting to corruptly protect Manwin and all related companies such as and not limited to AVN.com, BitTorrent, YouPorn, Pornhub, Tube8, XTube, ExtremeTube, SpankWire,  Brazzers, Digital Playground, Mofos, MyDirtyHobby,Twistys, Playboy, Reality Kings, Manwin Fabian Thylmann as Manwin Company knowingly owes Eliot Bernstein and iViewit Billions of Dollars. Manwin GERMANY GMBH is a named defendant in the iViewit Legal Case and Manwin GERMANY GMBH has knowingly used the iViewit Technology with no legal rights for over a decade.

I, Pro Se Defendant Crystal Cox Object to this court taking quotes out of my email and making me look like a criminal. I demand that the full email be displayed as shown in Exhibit TRO-B. This proves that Marc Randazza was my attorney, I fired Marc Randazza and I NEVER asked for money from Marc Randazza for any domain name. Marc Randazza was my attorney and wanted money from me as proven in emails and witnesses to my phone call client / attorney conference call with Marc Randazza and other on December 10th, 2011, the day I bought MarcRandazza.com to do my own PR on my Own Case.

This court takes the words of my owning MarcRandazza.com and "need to make money" completely out of context to make me look like an extortionist which I am not.

I, Pro Se Defendant Crystal Cox Object to this court claiming that Eliot Bernstein is or ever was a PROXY, Eliot Bernstein iViewit Technology Founder and one of the iViewit Technology Inventors was not nor has ever been a Proxy for Defendant Crystal Cox. This is a flat out false statement.

Plaintiff Randazza has no legal or constitutional right to suppress my Free Speech to Parody him, expose him, or to express my dissatisfaction with his services.

**I, Pro Se Defendant Crystal Cox Object to this court claiming I offered MarcRandazza.me for sale to Marc Randazza for $5 Million.** First of all, I never even started a blog on that domain name and purely bought it to again make fun of Ignorant Intellectual Property Attorney Marc Randazza, alleged friend of Domainers and self described Doman Name Attorney who was too dumb to buy MarcRandazza.com . I assumed being an expert that he did not want the domain name or he would have purchased it the 10 years prior.  Secondly, the Post where I titled "Here Kitty, Kitty", and then offered the domain for 5 Million, that was a CLEAR, Obvious Joke. I had just bought the domain name for $10 or so, and had done nothing with it. It was a Parody, a Satire, a Joke. It is unrealistic for this court to view such as a serious offer and to punish me by giving away my valuable intellectual property to Plaintiff Rabid Randazza.

**There is a Critical Public Interest that Will Be Injured if TRO Injunction is Granted.**

There is a Critical Public Interest that will be injured if my blogs are shut down, and if the Plaintiff is granted this Injunctive Relief. As .blogspots are not domain names, they are free blog sites. If Plaintiff is granted ownership, Plaintiff will have the power to delete the blogs, change content, suppress free speech and shut down information exposing Plaintiff and his Organized Crime Connections, Human Trafficking Connections, and his connections to rings of bloggers intimidating those in the porn industry exposing him and his clients.

These sites contain information and warnings regarding Unethical Attorneys, warning people about the dangers of the Porn Industry and all those connected to and represented by Marc Randazza.

If Marc Randazz, Plaintiff is court ordered to be given access to these sites, he will destroy evidence and thus further harm more unsuspecting victims.

See Attached COI, Conflict of Interest Request and Attached Memorandum to Objection to Injunctive Relief and Temporary TRO in Favor of Plaintiff / Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 2).


Pro Se Defendant
Investigative Blogger, Reverend Crystal L. Cox
PO Box 2027
Port Townsend WA, 98368
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com


### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Las Vegas Courts
333 Las Vegas Blvd. S.
Room 3071
Las Vegas , NV  89101

And to Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com


Reverend Investigative Blogger Crystal L. Cox
Pro Se Defendant
**Case 2:12-cv-02040-GMN-PAL**