| | |
|---|---|
| Subject: | RE: From Crystal L. Cox [IWOV-PDX.FID226034] |
| From: | David Aman (david.aman@tonkon.com) |
| To: | savvybroker@yahoo.com; |
| Date: | Friday, January 21, 2011 12:20 PM |

Crystal:

Can you tell me what the terms are that you proposing?  What are the benefits to us?  And how long would the payments last?  If there is written contract please send that along.

David S. Aman
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
direct dial: (503) 802-2053

cell: (503) 810-0850
direct fax: (503) 972-3753
email: davida@tonkon.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  If any portion of this communication is interpreted as providing federal tax advice, Treasury Regulations require that we inform you that we neither intended nor wrote this communication for you to use in avoiding federal tax penalties that the IRS may attempt to impose and that you may not use it for such purpose.  If you think you have received this e-mail message in error, please e-mail the sender at davida@tonkon.com

**From:** Crystal L. Cox [mailto:savvybroker@yahoo.com]
**Sent:** Wednesday, January 19, 2011 2:23 PM

**To:** David Aman
**Subject:** From Crystal L. Cox

Hello David, I hope this eMail finds you doing well.  All said and done, looks like Summit boys going to Jail.. and Well I don't think that Kevin acted with the Highest of Integrity.. however at this Point in my Life it is Time to Think of Me.

So I want to Let you know and Obsidian Finance that I am now offering PR Services and Search Engine Management Services starting at $2500 a month to promote Law Firms... Finance Companies.. and to protect online reputations and promote businesses..

Please Let me know if Tonkon Torp or Obsidian Finance is interested in this service..

thanks for your time..

 in Love and Light

### Crystal L. Cox

**Investigative Blogger**

**Real Estate Broker Owner -**

warrior of light - truth seeker

--- On **Wed, 12/22/10, David Aman** <*david.aman@tonkon.com*> wrote:

From: David Aman <david.aman@tonkon.com>
Subject: Letter from David Aman
To: crystal@crystalcox.com
Date: Wednesday, December 22, 2010, 9:12 AM

Please see attached correspondence.

David S. Aman
Partner
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
direct dial: (503) 802-2053
cell: (503) 810-0850
direct fax: (503) 972-3753
email: david.aman@tonkon.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  If any portion of this communication is interpreted as providing federal tax advice, Treasury Regulations require that we inform you that we neither intended nor wrote this communication for you to use in avoiding federal tax penalties that the IRS may attempt to impose and that you may not use it for such purpose.  If you think you have received this e-mail message in error, please e-mail the sender at david.aman@tonkon.com