| | |
|---|---|
| Subject: | RE: From Crystal L. Cox [IWOV-PDX.FID226034] |
| From: | Crystal L. Cox (savvybroker@yahoo.com) |
| To: | david.aman@tonkon.com; |
| Bcc: | looktoyourheart@gmail.com; |
| Date: | Monday, January 24, 2011 4:37 PM |

Hello David,

I am Offering Search Engine Reputation Management Services. I am putting this Out there to Several Parties. It is in No way saying that I am asking for Money to Remove Posts or Information on anyone involved in this Coorespondence. I do have what seems to be "negative posts" out there on all parties, however this is because they are the Truth and I was writing on the Summit 1031 Bankruptcy to Give a Voice to Real Estate Victims, and over the Last 2 years of this writing and writing on other corruption, I have realized I am very good at this and it takes all of my time.

So I need to turn it into a business, therefore I am offering PR, SEO and Search Engine Reputation Management Services.

My Rates Begin at $2500 a Month.

In the Search Engine Reputation Management Services I will also make every attempt to Clean Up your Reputation on my Own Network, however this is inclusive of the Search Engine Reputation Management Services and is no way saying that your paying me to remove the Truth About any particular "Search Term". I am simply offering a Search Engine Reputation Management Service.

Search Terms that Would Be including for $2500 a Months Service are   "Kevin Padrick", Obsidian Finance LLC, PLUS 3 other terms, making it a total of 5 search Terms for $2500 that the Client Chooses. This means positive PR to the best of my ability on these search terms, you may of course Stop doing Search Engine Reputation Management business with me at anytime.

I have Clients who Pay $5000 a Month and with This I Offer a pretty much on Call service, so That I can immediatley provide search engine presence for requested search terms, new media out that day, or target some company or person that may be attacking you.. this also includes the Regular Search Engine Reputation Management Services as described above.. Also with the $5000 a month I will not take "jobs" that may be in Conflict with something your firm is doing Economically..

I would also Monitor, be on Call per say, Find Blog Posts and Clean up your Online Reputation to the Best of My Ability from my vantage point.. by negotiating with Bloggers to Remove posts or simply taking over the Search Engines for the "Targeted Search Term" as Search Engine Reputation Management Service Do.

This Search Engine Reputation Management Service would be for Obisidian - Kevin As One FEE, and Tonkon Torp - David Aman Negotiated Separately.

Basically the Client Hires an Investigative Blogger, Search Engine Reputation Manager (aKa Mad Dog Blogger) to be at their personal service.

I Can Also Be Hired to Target "Search Terms", To take over the Search Engines for Names say in a Particular Lawsuit or Discovery Situation to Stir Up Information.

I research the Person, or Company and Turn up information.  I am also so deeply in the Search with a 5 year strong network that once I write on a Topic, Company or Person - Tips Seem to Come to me in Various Ways.  This Can prove powerful in Lawsuits.   This Service is $2000 to start and then $1500 a month for that "target search Term" to stay on my network for the duration needed by the Client.  In order for me to Keep posts up and continue researching connections, affiliations and deeply looking into connections.. conflicts of interest and exposing facts on that targeted Search Term "aKa Company, Person, or Situation.." this is $3500 a month and then back to $1500 for the information to Stay on My Network after my Research Time..

I will not Take ANY amount of money to Target any Search Terms to Do with Stephanie DeYoung, nor Will I Allow Stephanie DeYoung to post negative  David Aman, Kevin Padrick, Tonkon Torp, or Obsidian Finance. .. on my Sites should I be hired as PR, Search Management for those particular terms.

I have written on the Summit 1031 Bankruptcy in effort to Expose the Corruption in the Bankruptcy System.  I believe there is no oversight to the Potential Corruption in the Bankruptcy Courts and I Believe that Kevin Padrick made way more money then he was legally allowed.

However, After 2 years of Writing on Bankruptcy Corruption, I now get tips and information constantly.  I have found that I am very good at this and it turns up "Discovery" and information.  And am making a Business out of What I Do.  That Simple.

Benefits to You are Of Course Postive PR and a Good Reputation Online with a Search Engine Reputation Manager working for the Postive Branding and PR of your Firm, and Personal Name or other Search terms of your Choosing.

It is a Month to Month Service, Last Payment would last a Month.  I work on SEO for the Search Terms I am Paid to During the Time I am Paid
to Provide PR, SEO, Search Engine Reputation Management Service for Those Search Terms During That Service Time.

If You Research Search Engine Reputation Managers, You will find that many charge $2000 a Key Word and don't own their Own Network of Sites.  I am offering a Unique, Powerful Service.. Please Let me Know if Interested..

If you have another Proposal, Service or Price in Mind for Search Engine Reputation Management Services, feel free to Email Me.

 in Love and Light



**Crystal L. Cox**
**Investigative Blogger**
**Real Estate Broker Owner -**

--- On **Fri, 1/21/11, David Aman *<david.aman@tonkon.com>*** wrote:

> From: David Aman <david.aman@tonkon.com>
> Subject: RE: From Crystal L. Cox [IWOV-PDX.FID226034]
> To: "Crystal L. Cox" <savvybroker@yahoo.com>
> Date: Friday, January 21, 2011, 12:20 PM
>
> Crystal:
>
> Can you tell me what the terms are that you proposing? What are the benefits to us? And how long would the payments last? If there is written contract please send that along.
>
> David S. Aman
> Tonkon Torp LLP
> 1600 Pioneer Tower
> 888 SW Fifth Avenue
> Portland, Oregon 97204
> direct dial: (503) 802-2053
> cell: (503) 810-0850
> direct fax: (503) 972-3753
> email: davida@tonkon.com
>
> The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If any portion of this communication is interpreted as providing federal tax advice, Treasury Regulations require that we inform you that we neither intended nor wrote this communication for you to use in avoiding federal tax penalties that the IRS may attempt to impose and that you may not use it for such purpose. If you think you have received this e-mail message in error, please e-mail the sender at davida@tonkon.com
>
> **From:** Crystal L. Cox [mailto:savvybroker@yahoo.com]
> **Sent:** Wednesday, January 19, 2011 2:23 PM
> **To:** David Aman
> **Subject:** From Crystal L. Cox
>
> Hello David, I hope this eMail finds you doing well. I don't think that Kevin acted with the Highest of Integrity.. however at this Point in my Life it is Time to Think of Me.
>
> So I want to Let you know and Obsidian Finance that I am now offering PR Services and Search Engine Management Services starting at $2500 a month to promote Law Firms...

Finance Companies.. and to protect online reputations and promote businesses..

Please Let me know if Tonkon Torp or Obsidian Finance is interested in this service..

thanks for your time..

 in Love and Light



**Crystal L. Cox**
Investigative Blogger
Real Estate Broker Owner -

warrior of light - truth seeker

--- On **Wed, 12/22/10, David Aman** *<david.aman@tonkon.com>* wrote:

From: David Aman <david.aman@tonkon.com>
Subject: Letter from David Aman
To: crystal@crystalcox.com
Date: Wednesday, December 22, 2010, 9:12 AM

Please see attached correspondence.


David S. Aman

Partner

Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
direct dial: (503) 802-2053

cell: (503) 810-0850
direct fax: (503) 972-3753
email: david.aman@tonkon.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If any portion of this communication is interpreted as providing federal tax advice, Treasury Regulations require that we inform you that we neither intended nor wrote this communication for you to use in avoiding federal tax penalties that the IRS may attempt to impose and that you may not use it for such purpose. If you think you have received this e-mail message in error, please e-mail the sender at david.aman@tonkon.com