Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiff
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040<br><br>**PLAINTIFFS' MOTION TO STRIKE DEFENDANT CRYSTAL COX'S FUGITIVE SURREPLY TO MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO LR 7-2** |

     Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, a minor, through counsel, hereby move to strike Defendant Crystal Cox's Reponse to Reply in Support of Plaintiffs' Motion for Preliminary Injunction (the "Surreply," ECF #30).

     On December 14, 2012, this Court issued an Order granting Plaintiffs' Motion for Temporary Restraining Order ("TRO," ECF #14). The TRO specified that responses to the Motion for Preliminary Injunction were due by December 28, 2012 and replies were due by January 4, 2013. Defendant Cox did not file her opposition to the Motion for Preliminary Injunction on December 28, 2012 and had not yet filed her response to the Motion for Preliminary Injunction by the close of business on the reply due date, January 4. In an abundance of caution, Plaintiffs filed their reply at approximately 6:11 p.m. PST on the day that it was due. (ECF #28). Defendant Cox

finally electronically filed her opposition at approximately 8:22 p.m. PST on January 4, one week past the clear and unambiguous due date provided to her by the Court (ECF #29). Defendant Cox then filed a fugitive "Reply to Response" to the Motion at approximately 7:56 p.m. January 5, 2013. (ECF #30).

LR 7-2 provides only for motions, responses, and replies. The Surreply Defendant Cox filed is beyond the scope of the rule, and she did not request, nor receive, leave from this Court to file the document. Accordingly, the Court should strike the Surreply as a fugitive filing. Plaintiffs ask the Court to enter appropriate relief in view of the foregoing.

Dated: January 6, 2013                                Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on January 6, 2013.

Dated: January 6, 2013                                Respectfully Submitted,

_____

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax