Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiff
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANT CRYSTAL COX'S FUGITIVE SURREPLY TO MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO LR 7-2** |

    Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, a minor, through counsel, file this reply brief in support of their pending motion to strike Defendant Crystal Cox's Surreply to Motion for Preliminary Injunction (the "Surreply," ECF #30).

    Defendant's submission to the court acknowledges that her surreply, Document # 30, is improper. As Defendant states in her response to Plaintiffs' Motion to Strike:

> On January 5th 2013, Defendant Crystal Cox filed a response to Document 28, Defendant Crystal Cox's motion in Objection to Document 28 is Document Number 30. (ECF 32 at 2).

    Defendant did not file an objection; she filed a response to Plaintiffs' reply in support of their motion for temporary restraining order / motion for preliminary injunction, which would be

1

properly identified as a surreply. Local Rule 7-2 allows only for motions, responses by non-moving parties, and the movant's reply briefing. Defendant's own submission on this motion explains that her response to Plaintiffs' reply brief (ECF 30) is effectively a surreply and beyond the ambit of Local Rule 7-2 (ECF 32 at 2). Accordingly, Defendant's surreply (ECF 30) should be stricken as a fugitive filing.

Dated: January 6, 2013      Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on January 6, 2013.

Dated: January 6, 2013      Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax