Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040<br><br>**DECLARATION OF RONALD D. GREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ELIOT BERNSTEIN** |

I, Ronald D. Green, declare under penalty of perjury, as follows:

1. I am an attorney for Plaintiffs, duly licensed to practice in Nevada. I have first-hand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is made pursuant to Fed. R. Civ. P. 55(a) for the purpose of enabling Plaintiff to obtain an entry of default against Defendant Eliot Bernstein for his failure to answer or otherwise defend Plaintiffs' Complaint.

3. Plaintiffs filed their Complaint in this matter on November 28, 2011. See ECF #1.

4. On December 15, 2013, Plaintiffs' counsel caused Defendant Eliot Bernstein to be served with a true and correct copy of the Complaint and Summons via personal service in accordance with Fed. R. Civ. P. 4.  See ECF #17.

1

5. Defendant Bernstein has failed to answer or otherwise defend as required by Fed. R. Civ. P. 12 and is therefore in default.

Dated: January 8, 2013

Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on January 8, 2013. A copy was also sent via U.S. mail to Defendant Eliot Bernstein at the address used to effect initial service.

Dated: January 8, 2013

Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax