1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12

MARC J. RANDAZZA, et al.,                        )
                                                 )        Case No. 2:12-cv-02040-GMN-PAL
                            Plaintiffs,           )
                                                 )        **ORDER**
vs.                                              )
                                                 )        (Mtn to Strike - Dkt. #16)
CRYSTAL COX, et al.,                             )
                                                 )
                            Defendants.          )
_____ )

13
14
15

     This matter is before the court on Plaintiffs Marc J. Randazza's, Jennifer Randazza, and Natalia Randazza's Motion to Strike (Dkt. #16) filed December 21, 2012.  The court has considered the Motion.

16
17
18
19
20

     The Motion represents that Defendant Cox e-mailed Plaintiffs, "and presumably" mailed to the court, an exhibit that contains Plaintiff Marc Randazza's home phone number.  Motion at 1:22-23. Plaintiffs request that "the exhibits mailed by Defendant be stricken and not placed on the public record."  *Id.* at 1:18-20.  Plaintiffs do not indicate which of Defendant Cox's multiple filings contains the exhibit.

21

     Accordingly,

22
23

     **IT IS ORDERED** that Plaintiffs' Motion to Strike (Dkt. #16) is **DENIED WITHOUT PREJUDICE.**

24

     Dated this 9th day of January, 2013.

25
26
27

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

28