Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL

SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**Case 2:12-cv-02040-GMN-PAL**

Plaintiff,  Counter Defendant Marc J. Randazza /

Motion to Allow Exhibits Attached to Complaint Answer
by Defendant Crystal Cox's

**v.**

**Defendant Crystal Cox and Defendant Eliot Bernstein**

Pro Se Defendant Crystal Cox requests this court to accept Exhibits to Defendant Crystal Cox's Complaint answer (Document 23), as Pro Se Defendant Crystal Cox does not have the money to print and mail the large amount of exhibits named in the complaint answer regarding this case.

Defendant Crystal Cox filed Complaint answer on time  (Document 23), and a request to file Exhibits at a later date.  This motion is a Second Request, with Exhibits Attached.

This Motion is Part One, as the Pacer System has rejected Exhibits Filed by Pro Se Defendant Crystal Cox, therefore Pro Se Defendant Crystal Cox is filing separate motions for smaller numbers of Exhibits to Be Uploaded.

This Motion is in In Regard to Exhibit A through F, As per Complaint Answer/ Counter Complaint Exhibit List, Civil Action, Case 2:12-cv-02040-GMN-PAL, attached are Exhibits as Follows:

**Exhibit A**
**eMail Correspondence between Plaintiff Marc Randazza and Defendant Crystal Cox**

**Exhibit B**
**Defendant Crystal Cox Deposition Questions to Plaintiff Marc Randazza**

**Exhibit C**
**the Tryst Post**

**Exhibit D**
**Showing Plaintiff Marc Randazza Aggression, and other Blogs Discussing**

**Exhibit E**
**Beck V. Hall Case**

**Exhibit F**
**Support Amicus Briefs**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system **On  January 12th 2013** and a copy emailed Randazza Legal Group at eMail rdg@randazza.com and lmt@randazza.com


Respectfully Submitted
Pro Se Defendant
 Crystal L. Cox
**Case 2:12-cv-02040-GMN-PAL**