# Expose Ari Bass, J. Malcom DeVoy and Sean Tompkins - Blog by Crystal L. Cox

Investigative Blogger Crystal L. Cox State of Nevada Case 2:12-cv-02040-GMN-PAL. Dedicated to Exposing ALL Co-Conspirators and Counter Defendants who are intimidating, defaming, threatening, and harassing whistle blowers in the Porn Industry. Dedicated to Exposing Stalkers, Gang Stalkings, Internet Mobbing Rings, Free Speech Suppressors, the Free Speech Coalition and all crimes assoc with Co-Conspirators and Counter Defendants, and even if you Kill Me, my Voice, my Blogs will Live On.

Saturday, January 12, 2013

### Sean Tompkins, Client of J. Malcom DeVoy of Randazza Legal Group Threatens Defendant Crystal Cox, State of Nevada Case 2:12-cv-02040-GMN-PAL. Sean Tompkins, Client of J. Malcom DeVoy of Randazza Legal Group Threatens and Intimidates Client of J. Malcom DeVoy in Co...

Blogger Cry... Investigativ...



on Belief and Inform...

No comments

Post a Comm...

**Monica Foster aKa Alexandra Mayers Porn Industry Whistle Blower**

Monica Foster Regarding Pornwikileaks, Tomkins, Ari Bass. Alexandra Mayers Porn Industry Whistle Blower.

**Monica Foster aKa Alexandra Mayers YouTube**

http://www.youtube.com/user/PerfectR... n

http://www.youtube.com/user/MonicaFost... ne

**Shelley Lubben Exposes the Free Sp... Coalition. Kenneth P. White, Diana Du... Ari Bass**

| Related: | Electric Bass Guitar | Search | Bass Strings | | Bass Guitar | | Acoustic Bass | | Jazz Bass | | String Ba... |

Newer Post          Home          Older Post

Subscribe to: Post Comments (Atom)

### Shelley Lubben Porn Industry Whistle Blower

ShelleyLubben.com

Shelley Lubben Says STOP Supporting Porn.

Shelley Lubben Porn Industry Insider Exposing the Porn Industry.

Click Here to Watch Shelley Lubben YouTube

### Porn In The Valley - a discussion and commentary on the Los Angeles Pornography industry

### Desi Foxx aKa Diana Grandmason

Foxx Media Group
Porn Industry Insider News Blog

MomsAgainstMedia.com
Anti-porn industry activist Desi Foxx aKa Diana Grandmason

AmericanSatanism.com
"Exposing the unGodly through divine intervention"

**Desi Foxx aKa Diana Grandmason on YouTube**
http://www.youtube.com/user/TheFoXXnnel?feature=watch

**Desi Foxx aKa Diana Grandmason on Maury**
http://www.youtube.com/watch?v=MAMo6NpUqgA

















### Blog Archive

▼ 2013 (41)
  ▼ January (41)
  Ari Bass Harassing, Stalking Porn Industry Whistle...
  Sean Tompkins, Client of J. Malcom DeVoy of Randaz...
  Shelley Lubben "Ex Porn Star on Meth Turned Champi...
  What Does this Mean?
  Michael Whiteacre - Ari Bass
  Oh the Hypocrisy of State of Nevada Case 2:12-cv-0...
  Monica Foster aKa Alexandra Mayer Exposing Porn In...
  Free Speech Coalition (FSC)Exposed. Free Speech Co...
  Letters from Porn Stars and a Message to Porn View...
  Shelley Lubben on "Trapped in Porn". Getting Porn ...
  SLAPP Lawsuit, Chill Free Speech, First Amendment ...
  Calling All Angels
  Greenberg Traurig Law Firm is named in an iViewit ...
  Liberty Media, John C. Malone Sued by Investigativ...
  Report Chilling Effects - STOP the Suppression of ...

- Ari Bass - Principal at SPB Partners
- Monica Foster "Yes - I fucked Tompkins and Bass in...
- "Michael Whiteacre's Anti Sex Worker Comments"
- "The federal courts are not cogs in a plaintiff's ...
- Regarding This Post I Saw this Morning: This is NO...
- Does Ari Bass Want Monica Foster Dead to cover up ...
- Is Ari Bass aKa Michael Whiteacre Calling for the ...
- Mark Vena, Ari Bass, Sean Tompkins acting in Consp...
- David Wang of SYNA.O, Synaptics Inc. is the Senior...
- We are the Guardians of the Light and We DO NOT Fe...
- Ari Bass aka Michael Whiteacre and Sean Tompkins
- "Attention FBI – there is another softcore pornogr...
- "AHF Files Complaint with California Fair Practice...
- "porn industry fan boi stalkers – meet TRPWL Sean ...
- Manwin GERMANY GMBH, Ari Bass aKa Michael Whiteacr...
- "Manwin Issues First Statement Since Thylmann's Ar...
- Free Speech Coalition, Ari Bass aKa Michael Whitea...
- Ari Bass aKa Michael Whiteacre, Allegedly
- All Available Angel Please Protect the Goddess's o...
- Archangel Michael Protect the Children from Ari Ba...
- Cleanse the Soul of Ari Bass
- Ari Bass
- Guardians of the Light, Protect this World from th...

► 2012 (4)

Awesome Inc. template. Powered by Blogger.