

I-VIEW-IT HOLDINGS, INC.
I-VIEW-IT TECHNOLOGIES, INC.

## CONFLICT OF INTEREST (COI) DISCLOSURE FORM



"*Lasciate ogne speranza, voi ch'intrate*"[1]
whom fail to heed this form.

-----

# THIS COI MUST BE SIGNED AND RETURNED PRIOR TO ANY ACTION BY YOU IN THESE MATTERS

Please accept and return signed, the following Conflict of Interest Disclosure Form (COI) before continuing further with adjudication, review or investigation of the attached MOTION to the **United States Second Circuit Court**, titled,

**MOTION TO:**

**AFTER 10 DAYS, IF THIS FORM HAS NOT BEEN SIGNED OR SUBSEQUENTLY TURNED OVER TO A NON CONFLICTED PARTY, YOUR FAILURE TO COMPLY MAY RESULT IN CRIMINAL AND CIVIL CHARGES FILED AGAINST YOU FOR AIDING AND ABETTING A RICO CRIMINAL ORGANIZATION, FEDERAL OBSTRUCTION OF JUSTICE AND MORE, AS NOTED HEREIN.**

---

[1] il Sommo Poeta ~ Durante degli Alighieri, "Divina Commedia" 1308-1321 Canto III

## CONFLICT OF INTEREST DISCLOSURE FORM

The Conflict of Interest Disclosure Form is designed to ensure that the review and any determination from such review of the enclosed materials should not be biased by any conflicting financial interest or any other conflicting interest by those reviewers responsible for the handling of this confidential information.  Whereby any conflict with any of the main alleged perpetrators of the alleged crimes referenced in these matters herein, or any other perpetrators not known at this time, must be fully disclosed in writing and returned by anyone reviewing these matters prior to making ANY determination.

Disclosure forms with "Yes" answers, by any party, to any of the following questions, are demanded not to open the remainder of the documents or opine in any manner, until the signed COI is reviewed and approved by the Iviewit companies and Eliot I. Bernstein.  If you feel that a Conflict of Interest exists that cannot be eliminated through conflict resolution with the Iviewit Companies or Eliot Bernstein, instantly forward the matters to the next available reviewer that is free of conflict that can sign and complete the requisite disclosure.  Please identify conflicts that you have, in writing, upon terminating your involvement in the matters to the address listed at the end of this disclosure form for Iviewit companies or Eliot I. Bernstein.  As many of these alleged perpetrators are large law firms, lawyers, members of various state and federal courts, officers of federal, state and local law enforcement and regulatory agencies, careful review and disclosure of any conflict with those named herein is pertinent in your continued handling of these matters objectively.

These matters already involve claims of, including but not limited to, Conflicts of Interest, Violations of Public Offices, Whitewashing of Official Complaints in the Supreme Courts of New York, Florida, Virginia and elsewhere, Threatening a Federal Witness in a "legally related" Federal Whistleblower Lawsuit, Document Destruction and Alteration, Obstructions of Justice, RICO, ATTEMPTED MURDER and much more.  The need for prescreening for conflict is essential to the administration of due process in these matters and necessary to avoid charges of OBSTRUCTION OF JUSTICE and more, against you.  US Federal District Court Judge, Shira A. Scheindlin, legally related the matters to a New York Supreme Court Attorney Whistleblower Lawsuit of Christine C. Anderson, Esq. who alleges similar claims of public office corruption against Supreme Court of New York Officials, US Attorneys, NY District Attorneys and Assistant District Attorneys.  Therefore, this Conflict Check is a formal request for full disclosure of any conflict on your part, such request conforming with all applicable state and federal laws, public office rules and regulations, attorney conduct codes and judicial canons or other international law and treatises requiring disclosure of conflicts and disqualification from these matters where conflict precludes involvement.

Failure to comply with all applicable conflict disclosure rules, public office rules and regulations, and, state, federal and international laws, prior to continued action on your part, **shall constitute cause** for the filing of criminal and civil complaints against you for any decisions or actions you make prior to a signed Conflict Of Interest Disclosure Form.  Charges will be filed against you for failure to comply.  Complaints will be filed with all appropriate authorities, including but not limited to, the appropriate Federal, State, Local and International Law Enforcement Agencies, Public Integrity Officials, Judicial Conduct Officials, State and Federal Bar Associations, Disciplinary Departments and any/all other appropriate agencies.

    I.       Do you, your spouse and your dependents, in the aggregate, have any direct or indirect relations, relationships or interest(s) in any entity, or any of the parties listed in <mark>EXHIBIT 1</mark> of this document, or any of the named Defendants in these matters contained at the URL,

## CONFLICT OF INTEREST DISCLOSURE FORM

http://iviewit.tv/CompanyDocs/Appendix%20A/index.htm#proskauer ?  Please review the online index in entirety prior to answering, as there are several thousand persons and entities.
_____NO      ____YES

**Please describe in detail any relations, relationships, interests and conflicts, on a separate and attached sheet, fully disclosing all information. If the answer is Yes, please describe the relations, relationships, interests and conflicts, and, affirm whether such conflicts or interests present a conflict of interest that precludes fair review of the matters contained herein without undue bias or prejudice of any kind.**

      **II.**     Do you, your spouse and your dependents, in the aggregate, have any direct or indirect relations, relationships or interest(s), in any entity, or any direct or indirect relations, relationships or interest(s), to ANY other known, or unknown person, or known or unknown entity, not named herein, which will cause your review of the materials you are charged with investigating to be biased by any conflicting past, present, or future financial interest(s) or any other interest(s)?
_____NO      ____YES

**Please describe in detail any relations, relationships, interests and conflicts, on a separate and attached sheet, fully disclosing all information. If the answer is Yes, please describe the relations, relationships and interests, and, affirm whether such conflicts or interests present a conflict of interest that precludes fair review of the matters contained herein without undue bias or prejudice of any kind.**

      **III.**     Do you, your spouse, and your dependents, in the aggregate, receive salary or other remuneration or financial considerations from any person or entity related in any way to the parties defined in Question I, including but not limited to, campaign contributions whether direct, "in kind" or of any type at all?
_____NO      ____YES

**Please describe in detail any interests or conflicts, on a separate and attached sheet, fully disclosing all information regarding the conflicts or considerations. If the answer is Yes, please describe the relations, relationships and / or interests, and, affirm whether such conflicts or interests present a conflict of interest that precludes fair review of the matters contained herein without undue bias or prejudice of any kind.**

      **IV.**     Have you, your spouse, and your dependents, in the aggregate, had any prior communication(s), including but not limited to, phone, facsimile, e-mail, mail, verbal, etc., with any person related to the proceedings of Iviewit, Eliot Ivan Bernstein or the related matters in anyway and parties in Question I?
_____NO      _____YES

**Please describe in detail any identified communication(s) on a separate and attached sheet fully disclosing all information regarding the communication(s). If the answer is Yes, please describe the communication(s) in detail, including but not limited to, who was present, what type of communication, the date and time, length, what was discussed, please affirm whether such communication(s) present a conflict of interest in fairly reviewing the matters herein without undue bias or prejudice of any kind.**

      **V.**     I have run a thorough and exhaustive Conflict of Interest check, conforming to any/all, state, federal and local laws, public office rules and regulations, and, any professional association rules

## CONFLICT OF INTEREST DISCLOSURE FORM

and regulations, regarding disclosure of any/all conflicts.  I have verified that my spouse, my dependents, and I, in the aggregate, have no conflicts with any parties or entities to the matters referenced herein.  I understand that any undisclosed conflicts, relations, relationships and interests, will result in criminal and civil charges filed against me both personally and professionally.
_____NO        _____YES

VI.        I have notified all parties with any liabilities regarding my continued actions in these matters, including state agencies, shareholders, bondholders, auditors and insurance concerns or any other person with liability that may result from my actions in these matters as required by any laws, regulations and public office rules I am bound by.
_____NO        _____YES

---

### RELEVANT SECTIONS OF JUDICIAL CANNONS, ATTORNEY CONDUCT CODES AND LAW

Conflict of Interest Laws & Regulations

**Conflict of interest indicates a situation where a private interest may influence a public decision. Conflict of Interest Laws are Laws and designed to prevent Conflicts of Interest that deny fair and impartial due process and procedure thereby Obstructing Justice in State and Federal, Civil and Criminal Proceedings. These Laws may contain provisions related to financial or asset disclosure, exploitation of one's official position and privileges, improper relationships, regulation of campaign practices, etc. The Relevant Sections of Attorney Conduct Codes, Judicial Cannons, Public Office Rules & Regulations and State & Federal Law listed herein are merely a benchmark guide and other state, federal and international laws, rules and regulations may be applicable to your particular circumstances in reviewing or acting in these matters.  For a more complete list of applicable sections of law relating to these matters, please visit the URL,**

**http://iviewit.tv/CompanyDocs/oneofthesedays/index.htm#_Toc107852933,**

**fully incorporated by reference in entirety herein.**

New York State Consolidated Laws Penal

ARTICLE 200 BRIBERY INVOLVING PUBLIC SERVANTS AND RELATED OFFENSES
S 200.03 Bribery in the second degree
S 200.04 Bribery in the first degree
S 200.05 Bribery; defense
S 200.10 Bribe receiving in the third degree
S 200.11 Bribe receiving in the second degree
S 200.12 Bribe receiving in the first degree
S 200.15 Bribe receiving; no defense
S 200.20 Rewarding official misconduct in the second degree
S 200.22 Rewarding official misconduct in the first degree S 200.25 Receiving reward for official misconduct in the second degree
S 200.27 Receiving reward for official misconduct in the first degree
S 200.30 Giving unlawful gratuities
S 200.35 Receiving unlawful gratuities
S 200.40 Bribe giving and bribe receiving for public office; definition of term

## CONFLICT OF INTEREST DISCLOSURE FORM

S 200.45 Bribe giving for public office
S 200.50 Bribe receiving for public office
ARTICLE 175 OFFENSES INVOLVING FALSE WRITTEN STATEMENTS
S 175.05 Falsifying business records in the second degree. S 175.10 Falsifying business records in the first degree.
S 175.15 Falsifying business records; defense
S 175.20 Tampering with public records in the second degree
S 175.25 Tampering with public records in the first degree
S 175.30 Offering a false instrument for filing in the second degree
S 175.35 Offering a false instrument for filing in the first degree
NY Constitution ARTICLE XIII Public Officers
Public Officers  - Public Officers ARTICLE 1
ARTICLE 2 Appointment and Qualification of Public Officers - ARTICLE 15 ATTORNEYS AND COUNSELORS
S 468-b. Clients` security fund of the state of New York
S 476-a. Action for unlawful practice of the law
S 476-b. Injunction to restrain defendant from unlawful practice of the law
S 476-c. Investigation by the attorney-general
S 487. Misconduct by attorneys
S 488. Buying demands on which to bring an action.
Public Officers Law SEC 73 Restrictions on the Activities Of Current and Former State Officers and Employees
Public Officers Law SEC 74 Code of Ethics
Conflicts of Interest Law, found in Chapter 68 of the New York City Charter, the City's Financial Disclosure Law, set forth in section
12-110 of the New York City Administrative Code, and the Lobbyist Gift Law, found in sections 3-224 through 3-228 of the
Administrative Code.

## TITLE 18 FEDERAL CODE & OTHER APPLICABLE FEDERAL LAW

Title 18 U.S.C. § 4. Misprision of felony. Whoever, having knowledge of the actual commission of a felony cognizable by a court of
the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military
authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
A federal judge, or any other government official, is required as part of the judge's mandatory administrative duties, to receive any
offer of information of a federal crime. If that judge blocks such report, that block is a felony under related obstruction of justice
statutes, and constitutes a serious offense.
Upon receiving such information, the judge is then required to make it known to a government law enforcement body that is not
themselves involved in the federal crime.

Title 28 U.S.C. § 1361. Action to compel an officer of the United States to perform his duty. The district courts shall have original
jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to
perform a duty owed to the plaintiff.
This federal statute permits any citizen to file a lawsuit in the federal courts to obtain a court order requiring a federal official to
perform a mandatory duty and to halt unlawful acts. This statute is Title 28 U.S.C. § 1361.
Fraud upon the court

FRAUD on the COURT
In the United States, when an officer of the court is found to have fraudulently presented facts to court so that the court is impaired
in the impartial performance of its legal task, the act, known as "fraud upon the court", is a crime deemed so severe and
fundamentally opposed to the operation of justice that it is not subject to any statute of limitation.
 Officers of the court include: Lawyers, Judges, Referees, and those appointed; Guardian Ad Litem, Parenting Time Expeditors,
Mediators, Rule 114 Neutrals, Evaluators, Administrators, special appointees, and any others whose influence are part of the judicial
mechanism.
 "Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or
attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in
the usual manner its impartial task of adjudging cases that are presented for adjudication". Kenner v. C.I.R., 387 F.3d 689 (1968); 7
Moore's Federal Practice, 2d ed., p. 512, ¶ 60.23
 In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to
the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where
the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial
function --- thus where the impartial functions of the court have been directly corrupted."
**What effect does an act of "fraud upon the court" have upon the court proceeding? "Fraud upon the
court" makes void the orders and judgments of that court.**

--------------------------------------------------------------------------------

TITLE 18 PART I CH 11

## CONFLICT OF INTEREST DISCLOSURE FORM

Sec. 201. Bribery of public officials and witnesses
Sec. 225. - Continuing financial crimes enterprise
BRIBERY, GRAFT, AND CONFLICTS OF INTEREST
Sec. 205. - Activities of officers and employees in claims against and other matters affecting the Government
Sec. 208. - Acts affecting a personal financial interest
Sec. 210. - Offer to procure appointive public office
Sec. 225. - Continuing financial crimes enterprise
TITLE 18 PART I CH 79 Sec 1623 - False declarations before grand jury or court
Sec 654 - Officer or employee of United States converting property of another
TITLE 18 PART I CH 73 Sec 1511 - Obstruction of State or local law enforcement
TITLE 18 PART I CH 96 Sec 1961 RACKETEER INFLUENCED AND CORRUPT Organizations ("RICO")
        Section 1503 (relating to obstruction of justice),
        Section 1510 (relating to obstruction of criminal investigations)
        Section 1511 (relating to the obstruction of State or local law enforcement),
        Section 1952 (relating to racketeering),
        Section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity),
TITLE 18 PART I CH 96 SEC 1962 (A) RICO
TITLE 18 PART I CH 96 SEC 1962 (B) RICO
TITLE 18 PART I CH 96 SEC 1962 (C) RICO
TITLE 18 PART I CH 19 SEC 1962 (D) RICO
TITLE 18 PART I CH 19 CONSPIRACY Sec 371 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD UNITED STATES
TITLE 18 PART I CH 95 RACKETEERING SEC 1957 Engaging in monetary transactions in property derived from specified unlawful activity
TITLE 18 PART I CH 47 Sec 1031 - Major fraud against the United States

## Judicial Cannons

What causes the "Disqualification of Judges?"

    Federal law requires the automatic disqualification of a Federal judge under certain circumstances.

    In 1994, the U.S. Supreme Court held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified." [Emphasis added]. Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994).

    Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance; United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process.").

    That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989). In Pfizer Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice."

    The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954). A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.

    "Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself sua sponte under the stated circumstances." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).

    Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202.

    Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.

    Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

## CONFLICT OF INTEREST DISCLOSURE FORM

Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However some judges may not follow the law.

If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself.

However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge "must be disqualified" under certain circumstances.

The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggest that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce.

Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.

Canon 1.  A Judge Should Uphold the Integrity and Independence of the Judiciary

[1.1] Deference to the judgments and rulings of courts depends upon public confidence in the integrity and independence of judges. The integrity and independence of judges depends in turn upon their acting without fear or favor. Although judges should be independent, they must comply with the law, including the provisions of this Code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this Code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.

Canon 2. A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities

(A) A judge shall respect and comply with the law and shall act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

[2.2][2A] The prohibition against behaving with impropriety or the appearance of impropriety applies to both the professional and personal conduct of a judge. Because it is not practicable to list all prohibited acts, the proscription is necessarily cast in general terms that extend to conduct by judges that is harmful although not specifically mentioned in the Code. Actual improprieties under this standard include violations of law, court rules or other specific provisions of this Code. The test for appearance of impropriety is whether the conduct would create in reasonable minds a perception that the judge's ability to carry out judicial responsibilities with integrity, impartiality and competence is impaired.

Canon 3. A Judge Should Perform the Duties of the Office Impartially and Diligently

(B) Adjudicative responsibilities.

(I) A judge shall be faithful to the law and maintain professional competence in it. A judge shall not be swayed by partisan interests, public clamor or fear of criticism.

(2) A judge shall require order and decorum in proceedings before the judge.

(D) Disciplinary responsibilities.

(1) A judge who receives information indicating a substantial likelihood that another judge has committed a substantial violation of this Part shall take appropriate action.

(2) A judge who receives information indicating a substantial likelihood that a lawyer has committed a substantial violation of the Code of Professional Responsibility shall take appropriate action.

(3) Acts of a judge in the discharge of disciplinary responsibilities are part of a judge's judicial duties.

(E) Disqualification.

(1) A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned

[3.11][3B(6)(e)] A judge may delegate the responsibilities of the judge under Canon 3B(6) to a member of the judge's staff. A judge must make reasonable efforts, including the provision of appropriate supervision, to ensure that Section 3B(6) is not violated through law clerks or other personnel on the judge's staff. This provision does not prohibit the judge or the judge's law clerk from informing all parties individually of scheduling or administrative decisions.

[3.21][3E(1)] Under this rule, a judge is disqualified whenever the judge's impartiality might reasonably be questioned, regardless whether any of the specific rules in Section 3E(1) apply. For example, if a judge were in the process of negotiating for employment with a law firm, the judge would be disqualified from any matters in which that firm appeared, unless the disqualification was waived by the parties after disclosure by the judge.

[3.22][3E(1)] A judge should disclose on the record information that the judge believes the parties or their lawyers might consider relevant to the question of disqualification, even if the judge believes there is no real basis for disqualification.

Canon 4. A Judge May Engage in Extra-Judicial Activities To Improve the Law, the Legal System, and the Administration of Justice

Canon 5. A Judge Should Regulate Extra-Judicial Activities To Minimize the Risk of Conflict with Judicial Duties

## Public Office Conduct Codes New York

PUBLIC OFFICERS LAW Laws 1909, Chap. 51.

## CONFLICT OF INTEREST DISCLOSURE FORM

CHAPTER 47 OF THE CONSOLIDATED LAWS PUBLIC OFFICERS LAW
Sec. 17. Defense and indemnification of state officers and employees. 2 (b)
Sec. 18. Defense and indemnification of officers and employees of public entities.3 (b)
Sec. 74. Code of ethics.(2)(3)(4)
§ 73. Business or professional activities by state officers and employees and party officers.

## NY Attorney Conduct Code

(a) "Differing interests" include every interest that will adversely affect either the judgment or the loyalty of a lawyer to a client, whether it be a conflicting, inconsistent, diverse, or other interest.
CANON 5. A Lawyer Should Exercise Independent Professional Judgment on Behalf of a Client
DR 5-101 [1200.20] Conflicts of Interest - Lawyer's Own Interests.
DR 5-102 [1200.21] Lawyers as Witnesses.
DR 5-103 [1200.22] Avoiding Acquisition of Interest in Litigation.
DR 5-104 [1200.23] Transactions Between Lawyer and Client.
DR 5-105 [1200.24] Conflict of Interest; Simultaneous Representation.
DR 5-108 [1200.27] Conflict of Interest - Former Client.
CANON 6. A Lawyer Should Represent a Client Competently
CANON 7. A Lawyer Should Represent a Client Zealously Within the Bounds of the Law
DR 7-102 [1200.33] Representing a Client Within the Bounds of the Law.
DR 7-110 [1200.41] Contact with Officials.
DR 8-101 [1200.42] Action as a Public Official.
DR 8-103 [1200.44] Lawyer Candidate for Judicial Office.
A. A lawyer who is a candidate for judicial office shall comply with section 100.5 of the Chief Administrator's Rules Governing Judicial Conduct (22 NYCRR) and Canon 5 of the Code of Judicial Conduct.
CANON 9. A Lawyer Should Avoid Even the Appearance of Professional Impropriety
DR 9-101 [1200.45] Avoiding Even the Appearance of Impropriety.

I declare under penalty of perjury and more that the foregoing statements in this CONFLICT OF INTEREST DISCLOSURE FORM are true and correct.  Executed on this _____ day,  of_____, 20___.  I am aware that any false, fictitious, or fraudulent statements or claims will subject me to criminal, civil, or administrative penalties, including possible culpability in the RICO related crimes including the alleged attempted murder of the inventor Eliot Bernstein and his wife and children in a terrorist styled car-bombing attempt on their lives.



**NOTE– THE CAR BOMBING IS NOT A SCENE OUT OF A WAR ZONE BUT INSTEAD TOOK PLACE IN BOYNTON BEACH FL**

## CONFLICT OF INTEREST DISCLOSURE FORM

More images @ www.iviewit.tv

I agree to accept responsibility for the unbiased review, and presentation of findings to the appropriate party(ies) who also have executed this CONFLICT OF INTEREST DISCLOSURE FORM prior to review.  A lack of signature will serve as evidence that I have accepted this document **with** undisclosed conflict, relations, relationships or interests.  In the event that I continue to represent these matters without signing such COI first, this failure to sign and return the COI will act as a formal admission of such conflicts, relations, relationships or interests and serve as Prima Facie evidence in the event criminal or civil charges are brought against me.

Organization:

_____

Print FULL Name and Title

_____

_____

_____

Signature _____ Date_____/_____/_____

If you are unable to sign this COI and are therefore unable to continue further to pursue these matters, please attach a statement of whom we may contact as your replacement, in writing, within 10 business days to preclude legal actions against you for Obstruction of Justice and more.  A copy can be sent to iviewit@iviewit.tv and the original sent to the mailing address below:

Eliot I. Bernstein
Inventor
Iviewit Holdings, Inc. – DL
Iviewit Holdings, Inc. – DL (yes, two identically named)
Iviewit Holdings, Inc. – FL
Iviewit Technologies, Inc. – DL
Uviewit Holdings, Inc. - DL
Uview.com, Inc. – DL
Iviewit.com, Inc. – FL
Iviewit.com, Inc. – DL
I.C., Inc. – FL
Iviewit.com LLC – DL
Iviewit LLC – DL
Iviewit Corporation – FL
Iviewit, Inc. – FL
Iviewit, Inc. – DL
Iviewit Corporation
2753 N.W. 34th St.
Boca Raton, Florida  33434-3459
(561) 245.8588 (o)
(561) 886.7628 (c)
(561) 245-8644 (f)
iviewit@iviewit.tv
http://www.iviewit.tv
http://iviewit.tv/wordpress

## CONFLICT OF INTEREST DISCLOSURE FORM

http://www.facebook.com/#!/iviewit
http://www.myspace.com/iviewit
http://iviewit.tv/wordpresseliot
http://www.youtube.com/user/eliotbernstein?feature=mhum
http://www.TheDivineConstitution.com

Also, check out
Eliot's Testimony at the NY Senate Judiciary Committee Hearings Part 1
http://www.youtube.com/watch?v=8Cw0gogF4Fs&feature=player_embedded
and Part 2 @
http://www.youtube.com/watch?v=Apc_Zc_YNIk&feature=related
and
Christine Anderson Whistleblower Testimony @
http://www.youtube.com/watch?v=6BlK73p4Ueo
and
Eliot Part 1 - The Iviewit Inventions @
http://www.youtube.com/watch?v=LOn4hwemqW0
Eliot for President in 2012 Campaign Speech 1 with No Top Teeth, Don't Laugh, Very Important
http://www.youtube.com/watch?v=DuIHQDcwQfM
Eliot for President in 2012 Campaign Speech 2 with No Top OR Bottom Teeth, Don't Laugh, Very Important
http://www.youtube.com/watch?v=jbOP3U1q6mM

Thought that was crazy, try
http://www.youtube.com/watch?v=3mfWAwzpNlE&feature=results_main&playnext=1&list=PL2ADE052D9122F5AD

Other Websites I like:
http://www.deniedpatent.com
http://exposecorruptcourts.blogspot.com
http://www.judgewatch.org/index.html
http://www.enddiscriminationnow.com
http://www.corruptcourts.org
http://www.makeourofficialsaccountable.com
http://www.parentadvocates.org
http://www.newyorkcourtcorruption.blogspot.com
http://cuomotarp.blogspot.com
http://www.disbarthefloridabar.com
http://www.trusteefraud.com/trusteefraud-blog
http://www.constitutionalguardian.com
http://www.americans4legalreform.com
http://www.judicialaccountability.org
www.electpollack.us
http://www.ruthmpollackesq.com
http://www.VoteForGreg.us  Greg Fischer
http://www.liberty-candidates.org/greg-fischer/
http://www.facebook.com/pages/Vote-For-Greg/111952178833067
http://www.killallthelawyers.ws/law  (The Shakespearean Solution, The Butcher)

## We the people are the rightful master of both congress and the courts - not to overthrow the

<u>CONFLICT OF INTEREST DISCLOSURE FORM</u>

**Constitution, but to overthrow the men who pervert the Constitution. - Abraham Lincoln**

CONFIDENTIALITY NOTICE:

This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. SS 2510-2521.

This e-mail, fax or mailed message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, fax or mail and destroy all copies of the original message and call (561) 245-8588. If you are the intended recipient but do not wish to receive communications through an electronic medium, please so advise the sender immediately in a formal written request.

*The Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510-2521 et seq., governs distribution of this "Message," including attachments. The originator intended this Message for the specified recipients only; it may contain the originator's confidential and proprietary information. The originator hereby notifies unintended recipients that they have received this Message in error, and strictly proscribes their Message review, dissemination, copying, and content-based actions. Recipients-in-error shall notify the originator immediately by e-mail, and delete the original message. Authorized carriers of this message shall expeditiously deliver this Message to intended recipients. See: Quon v. Arch.

*Wireless Copyright Notice*.  Federal and State laws govern copyrights to this Message.  You must have the originator's full written consent to alter, copy, or use this Message in any way.  Originator acknowledges others' copyrighted content in this Message.  Otherwise, Copyright © 2011 by originator Eliot Ivan Bernstein, iviewit@iviewit.tv  and www.iviewit.tv .  All Rights Reserved.

<u>CONFLICT OF INTEREST DISCLOSURE FORM</u>

## EXHIBIT 1 - PARTIAL LIST OF KNOWN CONFLICTED PARTIES

**EXTENDED LIST OF DEFENDANTS INCLUDED IN THE AMENDED RICO AND ANTITRUST LAWSUIT APPROVED BY FEDERAL JUDGE SHIRA A. SCHEINDLIN.**

**\*\*The first number is a total defendant, the second number after the period is a number for each group.**

| | | | | | |
|---|---|---|---|---|---|
| 1. | | PROSKAUER ROSE, LLP. | | | |
| 2. | 1. | ABRAHAM GUTWEIN | 3. | 2. | DANIEL R. HALEM |
| 4. | 3. | ADAM T. BERKOWITZ | 5. | 4. | JORDANA T. BERMAN |
| 6. | 5. | AIMEE M. ADLER | 7. | 6. | IRA AKSELRAD |
| 8. | 7. | ALAN B. HYMAN | 9. | 8. | DAWN M. IRIZARRY |
| 10. | 9. | ALAN M. HOFFMAN | 11. | 10. | DANIEL R. HOFFMAN |
| 12. | 11. | ALAN P. PARNES | 13. | 12. | CHARLES H. PARSONS |
| 14. | 13. | ALEXANDER KAPLAN | 15. | 14. | JEREMY RAPHAEL KASHA |
| 16. | 15. | ALIZA R. CINAMON | 17. | 16. | KAREN E. CLARKE |
| 18. | 17. | ALIZA ROSS | 19. | 18. | GARY ROSS |
| 20. | 19. | ALLEN I. FAGIN | 21. | 20. | STACEY O'HAIRE FAHEY |
| 22. | 21. | ALLISON D. SONDAK | 23. | 22. | ALEXIS SOTERAKIS |
| 24. | 23. | AMY F. MELICAN | 25. | 24. | SILVANA M. MERLINO |
| 26. | 25. | AMY J. DILCHER | 27. | 26. | MALCOLM J. HARKINS, III |
| 28. | 27. | AMY J. WILLIAMS | 29. | 28. | HOWARD WILSON |
| 30. | 29. | ANA VERMAL | 31. | 30. | BALDASSARE VINTI |
| 32. | 31. | ANDRE G. CASTAYBERT | 33. | 32. | ROBERTA K. CHEVLOWE |
| 34. | 33. | ANDREA ROSENBLUM | 35. | 34. | CORY W. EICHHORN |
| 36. | 35. | ANDREA S. RATTNER | 37. | 36. | BRIAN S. RAUCH |
| 38. | 37. | ANDREW D. LEVY | 39. | 38. | FRED W. MATTLIN |
| 40. | 39. | ANDREW I. GERBER | 41. | 40. | JAMES P. GERKIS |
| 42. | 41. | ANDREW M. GUTTERMAN | 43. | 42. | CHARLES GUTTMAN |
| 44. | 43. | ANDY S. OH | 45. | 44. | DAVID P. OLENER |
| 46. | 45. | ANTHONY J. ONCIDI | 47. | 46. | ANTHONY PACHECO |
| 48. | 47. | ANTHONY T. WLADYKA III | 49. | 48. | CHARLINE K. WRIGHT |
| 50. | 49. | AUDREY INGBER BENDER | 51. | 50. | SUSAN LEWIS BERGIN |
| 52. | 51. | AVITAI GOLD | 53. | 52. | LEON P. GOLD |
| 54. | 53. | AVRAM E. MORELL | 55. | 54. | DANIEL J. O'DONNELL |
| | | | | | |
| 56. | 55. | BALDASSARE VINTI | | | |
| 57. | 56. | BEATRICE POLA | 58. | 57. | MARIE PORTHE |
| 59. | 58. | BELA P. AMLADI | 60. | 59. | SUSAN AUFIERO |
| 61. | 60. | BENJAMIN SPECIALE | 62. | 61. | BROOKE H. SPIGLER |
| 63. | 62. | BERNARD M. HUSSON | 64. | 63. | WILLIAM KRISEL |
| 65. | 64. | BERNARD M. PLUM | 66. | 65. | JOHN F. POKORNY |
| 67. | 66. | BERT H. DEIXLER | 68. | 67. | JACK P. DICANIO |
| 69. | 68. | BERTRAM A. ABRAMS | 70. | 69. | NEIL H. ABRAMSON |
| 71. | 70. | BERTRAND C. SELLIER | 72. | 71. | RONALD D. SERNAU |
| 73. | 72. | BRENDAN J. O'ROURKE | 74. | 73. | STEVEN E. OBUS |
| 75. | 74. | BRIAN B. MARGOLIS | 76. | 75. | MICHAEL R. MARRA |
| 77. | 76. | BRIAN JEFFREY GERSHENGORN | 78. | 77. | LOREN M. GESINSKY |
| 79. | 78. | BRIAN L. FRIEDMAN | 80. | 79. | DAVID C. FRIEDMAN |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | | | |
|---|---|---|---|
| 81. **80.** **BRUCE GORMAN JR.** | 82. **81.** **ALAK R. GOSWAMI** |
| 83. **82.** **CAROLE O'BLENES** | 84. **83.** **JENNIFER O'BRIEN** |
| 85. **84.** **CARRIE L. MITNICK** | 86. **85.** **JEREMY M. MITTMAN** |
| 87. **86.** **CELIA L. PASSARO** | 88. **87.** **CARLA RAYNAL DE PASSOS** |
| 89. **88.** **CHARLES E. DROPKIN** | 90. **89.** **JENNIFER D. DUBERSTEIN** |
| 91. **90.** **CHRISTINE KENNY** | 92. **91.** **JUSTIN P. KILLIAN** |
| 93. **92.** **CHRISTOPHER A. RAIMONDI** | 94. **93.** **STEPHEN L. RATNER** |
| 95. **94.** **CHRISTOPHER C. WHEELER** | 96. **95.** **CHRISTINE ALBER** |
| 97. **96.** **CHRISTOPHER L. PENNINGTON** | 98. **97.** **MICHAEL J. PERLOFF** |
| 99. **98.** **CHRISTOPHER WOLF** | 100. **99.** **MARK W. BATTEN** |
| 101. **100.** **COLIN A. UNDERWOOD** | 102. **101.** **DAIN CHARLES LANDON** |
| 103. **102.** **COLIN M. PAGE** | 104. **103.** **RICHARD S. REIG** |
| 105. **104.** **DAIN CHARLES LANDON** | 106. **105.** **FRANCIS D. LANDREY** |
| 107. **106.** **DARYN A. GROSSMAN** | 108. **107.** **CLAIRE P. GUTEKUNST** |
| 109. **108.** **DAVID G. MIRANDA** | 110. **109.** **KIMBERLY A. MOTTLEY** |
| 111. **110.** **DAVID H. DIAMOND** | 112. **111.** **DONALD C. DOWLING JR.** |
| 113. **112.** **DAVID J. CERVENY** | 114. **113.** **CHRISTOPHER CHUNG** |
| 115. **114.** **DAVID J. WEINBERGER** | 116. **115.** **LAWRENCE I. WEINSTEIN** |
| 117. **116.** **DAVID M. ALIN** | 118. **117.** **JULIE M. ALLEN** |
| 119. **118.** **DAVID M. LEDERKRAMER** | 120. **119.** **ANDREW L. LEE** |
| 121. **120.** **DAVID N. ELLENHORN** | 122. **121.** **KLAUS EPPLER** |
| 123. **122.** **DEBORAH M. VERNON** | 124. **123.** **SCOTT WITONSKY** |
| 125. **124.** **DEVORA L. LINDEMAN** | 126. **125.** **ERICA LOOMBA** |
| 127. **126.** **DONALD E. 'ROCKY' THOMPSON II** | 128. **127.** **STEPHANIE REED TRABAND** |
| 129. **128.** **DONALD W. SAVELSON** | 130. **129.** **GERALD W. SAWCZYN** |
| 131. **130.** **DONNA A. CORRIGAN** | 132. **131.** **PAULA M. CORSARO** |
| 133. **132.** **DOUGLAS C. RENNIE** | 134. **133.** **VICTORIA L. RICHTER** |
| 135. **134.** **DYLAN FORD** | 136. **135.** **TANYA L. FORSHEIT** |
| 137. **136.** **DYLAN S. POLLACK** | 138. **137.** **RENATA C. POMPA** |
| 139. **138.** **EBEN A. KRIM** | 140. **139.** **JUSTIN LUNDBERG** |
| 141. **140.** **EDWARD A. BRILL** | 142. **141.** **LAWRENCE H. BUDISH** |
| 143. **142.** **EDWARD S. KORNREICH** | 144. **143.** **RONALD S. KORNREICH** |
| 145. **144.** **EDWARD TROY WERNER** | 146. **145.** **MELISSA L. WESTBROOK** |
| 147. **146.** **ELANA GILAAD** | 148. **147.** **MARVIN M. GOLDSTEIN** |
| 149. **148.** **ELANA R. BUTLER** | 150. **149.** **PERRY A. CACACE** |
| 151. **150.** **ELENA ERACLEOUS** | 152. **151.** **BRUCE E. FADER** |
| 153. **152.** **ELIZABETH M. GARRETT** | 154. **153.** **JEFFREY GENTES** |
| 155. **154.** **ELLEN H. MOSKOWITZ** | 156. **155.** **THOMAS M. MULLINS JR.** |
| 157. **156.** **FRANK P. SCIBILIA** | 158. **157.** **JENNIFER R. SCULLION** |
| 159. **158.** **FREDERICK WARREN STRASSER** | 160. **159.** **ERIC BRIAN TOPEL** |
| 161. **160.** **FREDRIC C. LEFFLER** | 162. **161.** **HOWARD N. LEFKOWITZ** |
| 163. **162.** **GAIL S. PORT** | 164. **163.** **CAROLINE S. PRESS** |
| 165. **164.** **GAURAV MALHOTRA** | 166. **165.** **CONOR MALINOWSKI** |
| 167. **166.** **GEORGE A. PINCUS** | 168. **167.** **JURATE SCHWARTZ** |
| 169. **168.** **GEORGE D. KARIBJANIAN** | 170. **169.** **ARLENE KARIN KLINE** |
| 171. **170.** **GERALD E. WORTH** | 172. **171.** **KIMBERLY L. BARBAR** |
| 173. **172.** **GREGG M. MASHBERG** | 174. **173.** **JESSICA MASTROGIOVANNI** |
| 175. **174.** **GWEN J. LOURIE** | 176. **175.** **ADAM M. LUPION** |
| 177. **176.** **HAROLD M. BRODY** | 178. **177.** **LISA ANNE CALLIF** |
| 179. **178.** **HARRY FRISCHER** | 180. **179.** **JOHN F. FULLERTON III** |
| 181. **180.** **HENRY O. SMITH III** | 182. **181.** **GERSHOM R. SMITH** |
| 183. **182.** **HERSCHEL GOLDFIELD** | 184. **183.** **HERMAN L. 'HANK' GOLDSMITH** |
| 185. **184.** **HOWARD Z. ROBBINS** | 186. **185.** **MARY TANG ROCHA** |
| 187. **186.** **IDO WARSHAVSKI** | 188. **187.** **JAY D. WAXENBERG** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 189. **188. ILISE S. ALBA** | 190. **189. RORY JUDD ALBERT** |
| 191. **190. ISAAC NESSER** | 192. **191. KRISTIN H. NEUMAN** |
| 193. **192. IVAN TABACK** | 194. **193. YUVAL TAL** |
| 195. **194. JACK P. JACKSON** | 196. **195. ARNOLD S. JACOBS** |
| 197. **196. JACOB I. FRIEDMAN** | 198. **197. WILBUR H. FRIEDMAN** |
| 199. **198. JAMES E. GREGORY** | 200. **199. JOHN H. GROSS** |
| 201. **200. JAMES H. SHALEK** | 202. **201. PETER J.W. SHERWIN** |
| 203. **202. JANICE K. SMITH** | 204. **203. JOHN H. SNYDER** |
| 205. **204. JASON D. FERNBACH** | 206. **205. ERIC M. FISHER** |
| 207. **206. JE JUN MOON** | 208. **207. EMERSON S. MOORE I** |
| 209. **208. JEAN-BAPTISTE MARTIN** | 210. **209. GUILLAUME PERRIER** |
| 211. **210. JEAN-LUC CUADRADO** | 212. **211. CHRISTOPHE HENIN** |
| 213. **212. JEFFERY A. GROSS** | 214. **213. JESSICA A. HERTHEL** |
| 215. **214. JEFFREY A. LEHMAN** | 216. **215. HENRY J. LEIBOWITZ** |
| 217. **216. JEFFREY W ROSS** | 218. **217. LAWRENCE J. ROTHENBERG** |
| 219. **218. JEFFREY W. LEVITAN** | 220. **219. JOSHUA L. LEVY** |
| 221. **220. JENNIFER A. CAMACHO** | 222. **221. JOSEPH A. CAPRARO JR.** |
| 223. **222. JENNIFER E. BURNS** | 224. **223. DEVIN J. BURSTEIN** |
| 225. **224. JENNIFER MORRIS COHEN** | 226. **225. MARY ELIZABETH DENO** |
| 227. **226. JEREMY M. BROWN** | 228. **227. EDWARD CERASIA II** |
| 229. **228. JEREMY P. OCZEK** | 230. **229. ERIK SAARMAA** |
| 231. **230. JEREMY R. FEINBERG** | 232. **231. GLENN M. FEIT** |
| 232. **232. JEROLD D. JACOBSON** | 234. **233. ALAN S. JAFFE** |
| 235. **234. JERRY L. DASTI** | 236. **235. MARK E. DAVIDSON** |
| 237. **236. JESSICA COHEN** | 238. **237. SAUL S. COHEN** |
| 239. **238. JESSICA L. FREIHEIT** | 240. **239. TAMMY D. FRIED** |
| 241. **240. JODY S. RIGER** | 242. **241. KRISTIN S. ROZIC** |
| 242. **242. JOHN C. STELLABOTTE** | 244. **243. EMILY STERN** |
| 245. **244. JOHN M. FOX-SNIDER** | 246. **245. ALBERT W. GORTZ** |
| 247. **246. JOHN R. SEEWALD JR.** | 248. **247. ANNE N. SMITH** |
| 249. **248. JOHN SIEGAL** | 250. **249. ADAM D. SIEGARTEL** |
| 251. **250. JOHN W. RITCHIE** | 252. **251. SAMANTHA RIVKIND** |
| 253. **252. JOHNATHAN C. DUNCAN** | 254. **253. SCOTT A. EGGERS** |
| 255. **254. JON A. BAUMGARTEN** | 256. **255. ROBERT M. PLAINTIFF** |
| 257. **256. JONATHAN E. RICH** | 258. **257. MARY H. ROSE** |
| 259. **258. JONATHAN H. ORAM** | 260. **259. CHARLES B. ORTNER** |
| 261. **260. JORDAN B. LEADER** | 262. **261. MICHAEL J. LEBOWICH** |
| 263. **262. JOSEPH C. O'KEEFE** | 264. **263. JOANNE ORIZAL** |
| 265. **264. JOSEPH E. CASSON** | 266. **265. MARK A. CATAN** |
| 267. **266. JOSEPH M. LECCESE** | 268. **267. JEREMY LECHTZIN** |
| 269. **268. JOSEPH Y. CHOI** | 270. **269. RICKY CHUNG** |
| 271. **270. JOSHUA A. STEIN** | 272. **271. TOM STEIN** |
| 273. **272. JOSHUA D. PLAINTIFF** | 274. **273. ERIC H. BLINDERMAN** |
| 275. **274. JOSHUA F. ALLOY** | 276. **275. DANIEL ALTCHEK** |
| 277. **276. JOSHUA W. RUTHIZER** | 278. **277. SCOTT K. RUTSKY** |
| 279. **278. JUDSON L. HAND** | 280. **279. LAURIE ELIZABETH HOLSEY** |
| 281. **280. JULIAN GOMEZ** | 282. **281. STEVEN P. GONZALEZ** |
| 283. **282. KARA ELLICE SIMMONS** | 284. **283. STEPHEN D. SOLOMON** |
| 285. **284. KATHLEEN F. PATERNO** | 286. **285. JOSHUA J. POLLACK** |
| 287. **286. KATHY H. ROCKLEN** | 288. **287. STEPHEN M. RODIN** |
| 289. **288. KELLY M. GALLIGAN** | 290. **289. HOWARD L. GANZ** |
| 291. **290. KENNETH RUBENSTEIN** | 292. **291. STEPHEN W. RUBIN** |
| 293. **292. KENNETH S. HILTON** | 294. **293. RUSSELL L. HIRSCHHORN** |
| 295. **294. KERRI L. STONE** | 296. **295. SHANE JOSEPH STROUD** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | | |
|---|---|---|
| 297. 296. KEVIN J. PERRA | 298. 297. MARK N. PERRIN |
| 299. 298. KRISTEN W. PROHL | 300. 299. ROBERT M. PROJANSKY |
| 301. 300. LARRY BLISS | 302. 301. BRADLEY R. BOBROFF |
| 303. 302. LARRY M. LAVINSKY | 304. 303. MICHAEL S. LAZAROFF |
| 305. 304. LARY ALAN RAPPAPORT | 306. 305. STEPHEN F. REED |
| 307. 306. LAURA J. VARELA | 308. 307. ALLAN H. WEITZMAN |
| 309. 308. LAUREN K. BOGLIVI | 310. 309. IRA G. BOGNER |
| 311. 310. LAWRENCE J. LIPSON | 312. 311. FRANK J. LOPEZ |
| 313. 312. LAWRENCE Z. LORBER | 314. 313. STEPHANIE L. MARN |
| 315. 314. LEAH G. NEWKIRK | 316. 315. AMANDA H. NUSSBAUM |
| 317. 316. LEE K. CRAWFORD | 318. 317. CHRISTINE D'ANGELO DE BRETTEVILLE |
| 319. 318. LEE M. GOLDSMITH | 320. 319. RICHARD M. GOLDSTEIN |
| 321. 320. LEONARD S. BAUM | 322. 321. JOSEPH BAUMGARTEN |
| 323. 322. LIA M. PISTILLI | 324. 323. BETTINA B. PLEVAN |
| 325. 324. LINDA ZABRISKIE | 326. 325. ERIN ZAVALKOFF |
| 327. 326. LIONEL E. PASHKOFF | 328. 327. DAVID A. RAPPAPORT |
| 329. 328. LISA A. BAUER | 330. 329. EDWIN M. BAUM |
| 331. 330. LISA A. CHIAPPETTA | 332. 331. MICHAEL J. CHIARAVALLOTI |
| 333. 332. LISA A. HILL | 334. 333. ROBERT H. HORN |
| 335. 334. LISA M. STERN | 336. 335. SETH A. STEVELMAN |
| 337. 336. LLOYD B. CHINN | 338. 337. STEVEN R. CHIODINI |
| 339. 338. LOUIS GRECO | 340. 339. EVAN S. GREENE |
| 341. 340. LOUIS M. SOLOMON | 342. 341. ORI SOLOMON |
| 343. 342. M. DAVID ZURNDORFER | 344. 343. ADAM CHRISTOPHER ABRAHMS |
| 345. 344. MARA LAINIE TAYLOR | 346. 345. SANJAY THAPAR |
| 347. 346. MARA LERNER ROBBINS | 348. 347. GAYLE COLEMAN |
| 349. 348. MARC A. MANDELMAN | 350. 349. EDWARD SCOTT MANHEIMER |
| 351. 350. MARC ADAM PERSILY | 352. 351. DAVID A. PICON |
| 353. 352. MARC ELLIOT ALIFANZ | 354. 353. HAROUTYUN ASATRIAN |
| 355. 354. MARCELLA BALLARD | 356. 355. LEE A. BARKAN |
| 357. 356. MARCY HAHN-SAPERSTEIN | 358. 357. LISA BERKOWITZ HERRNSON |
| 359. 358. MARGARET J. BABB | 360. 359. LISA G. BARENHOLTZ |
| 361. 360. MARGUERITE STENSON WYNNE | 362. 361. STEVEN YARUSINSKY |
| 363. 362. MARK A. SALOMAN | 364. 363. LAWRENCE R. SANDAK |
| 365. 364. MARK J. BIROS | 366. 365. BRUCE E. BOYDEN |
| 367. 366. MARK THEODORE | 368. 367. LOIS D. THOMPSON |
| 369. 368. MARK W. LEVINE | 370. 369. ROBERT J. LEVINSOHN |
| 371. 370. MARTHA E. GIFFORD | 372. 371. EVANDRO C. GIGANTE |
| 373. 372. MARTIN J. OPPENHEIMER | 374. 373. ALEXANDRA OPRESCU |
| 375. 374. MATITHYOHU BALAS | 376. 375. KELLY BALDWIN |
| 377. 376. MATTHEW B. SABLOFF | 378. 377. CANDACE SADY |
| 379. 378. MATTHEW G. HEINZ | 380. 379. CYNARA HERMES |
| 381. 380. MATTHEW J. MORRIS | 382. 381. SAMANTHA L. MORRIS |
| 383. 382. MATTHEW S. QUELER | 384. 383. PAUL I. RACHLIN |
| 385. 384. MATTHEW WALDING | 386. 385. ANA VERMAL |
| 387. 386. MEGAN H. TINKER | 388. 387. SUSAN A. TURNER |
| 389. 388. MELISSA BETH DAVIS | 390. 389. STEPHEN A. DEVANEY |
| 391. 390. MEREDITH R. MILLER | 392. 391. CLAUDE M. MILLMAN |
| 393. 392. MICHAEL A. FIRESTEIN | 394. 393. CHRISTINE E. FLORES |
| 395. 394. MICHAEL A. KATZ | 396. 395. WAYNE D. KATZ |
| 397. 396. MICHAEL E. CALLAHAN | 398. 397. ROBERT A. CANTONE |
| 399. 398. MICHAEL E. FELDMAN | 400. 399. TOBIAS FENTON |
| 401. 400. MICHAEL E. FOREMAN | 402. 401. JAMES H. FREEMAN |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 403. **402. MICHAEL E. SIEVERS** | 404. **403. ARTHUR F. SILBERGELD** |
| 405. **404. MICHAEL H. WEISS** | 406. **405. HOWARD WEITZMAN** |
| 407. **406. MICHAEL J. ALBUM** | 408. **407. KENNETH E. ALDOUS** |
| 409. **408. MICHAEL KRASNOVSKY** | 410. **409. STEFANIE S. KRAUS** |
| 411. **410. MICHAEL R. TRICARICO** | 412. **411. MATTHEW H. TRIGGS** |
| 413. **412. MICHAEL S. SIRKIN** | 414. **413. DAVID W. SLOAN** |
| 415. **414. MICHAEL T. MERVIS** | 416. **415. MICHELLE R. MIGDON** |
| 417. **416. MICHELE M. OVESEY** | 418. **417. JENIFER DEWOLF PAINE** |
| 419. **418. MICHELLE ILCZYSZYN** | 420. **419. GLORIA C. JAN** |
| 421. **420. MITCHELL M. GASWIRTH** | 422. **421. BERNARD D. GOLD** |
| 423. **422. MORGAN E. HANKIN** | 424. **423. WILLIAM M. HART** |
| 425. **424. MYRON D. RUMELD** | 426. **425. BRADLEY I. RUSKIN** |
| 427. **426. NANCY A. KILSON** | 428. **427. STEVEN L. KIRSHENBAUM** |
| 429. **428. NAVID YADEGAR** | 430. **429. MARTIN S. ZOHN** |
| 431. **430. NEAL S. SCHELBERG** | 432. **431. AARON J. SCHINDEL** |
| 433. **432. NILOOFAR NEJAT-BINA** | 434. **433. NKECHI C. ODU** |
| 435. **434. NOAH S. GITTERMAN** | 436. **435. GREGORY P. GNALL** |
| 437. **436. NUBIAA K. SHABAKA** | 438. **437. HAL S. SHAFTEL** |
| 439. **438. OLIVIER SAVELLI** | 440. **439. DELIA B. SPITZER** |
| 441. **440. PAMELA L. KRAMER,** | 442. **441. STEVEN C. KRANE** |
| 443. **442. PATRICK J. LAMPARELLO** | 444. **443. JAMES K. LANDAU** |
| 445. **444. PETER D. CONRAD** | 446. **445. KAREN D. COOMBS** |
| 447. **446. PETER G. SAMUELS** | 448. **447. GAIL SANGER** |
| 449. **448. PETER M. FASS** | 450. **449. ALAN FEDERBUSH** |
| 451. **450. PHILIP M. SUSSWEIN** | 452. **451. LISA A. SWEBERG** |
| 453. **452. RANDALL J. CUDE** | 454. **453. MARGARET A. DALE** |
| 455. **454. RICHARD A. LEVIN** | 456. **455. ARNOLD J. LEVINE** |
| 457. **456. RICHARD H. ROWE** | 458. **457. JAMES F. SEGROVES** |
| 459. **458. RICHARD L. GOLDBERG** | 460. **459. BRUCE N. GOLDBERGER** |
| 461. **460. RICHARD L. SPINOGATTI** | 462. **461. JACK B. SPIZZ** |
| 463. **462. RICHARD MARMARO** | 464. **463. HAYES F. MICHEL** |
| 465. **464. RICHARD S. BASUK** | 466. **465. L. ROBERT BATTERMAN** |
| 467. **466. RICHARD S. BASUK** | 468. **467. L. ROBERT BATTERMAN** |
| 469. **468. RIMA MOAWAD** | 470. **469. LAMIAA MOHAMED** |
| 471. **470. ROBERT J. CLEARY** | 472. **471. ALAN S. COHEN** |
| 473. **472. ROBERT J. KAFIN** | 474. **473. EVAN L. KAHN** |
| 475. **474. ROBERT JACOBOWITZ** | 476. **475. STUART T. KAPP** |
| 477. **476. ROBERT K. KANE** | 478. **477. ADAM J. KANSLER** |
| 479. **478. ROBERT M. KAUFMAN** | 480. **479. STEPHEN R. KAYE** |
| 481. **480. ROBERT S. MAYER** | 482. **481. KATHLEEN M. MCKENNA** |
| 483. **482. RONALD R. PAPA** | 484. **483. VINCENZO PAPARO** |
| 485. **484. RONALD S. RAUCHBERG** | 486. **485. AMY B. REGAN** |
| 487. **486. RONNIE BETH LASKY** | 488. **487. STEPHANIE E. LEVINE** |
| 489. **488. ROSE J. MURPHY** | 490. **489. MICHAEL R. NEIDELL** |
| 491. **490. ROY P. SALINS** | 492. **491. PAUL SALVATORE** |
| 493. **492. RUSSELL A. WETANSON** | 494. **493. MICHAEL A. WORONOFF** |
| 495. **494. SALLY L. SCHNEIDER** | 496. **495. DALE A. SCHREIBER** |
| 497. **496. SALONI MAVANI** | 498. **497. VALARIE H. MCPHERSON** |
| 499. **498. SAMIR N. SHAH** | 500. **499. MONICA J. SHILLING** |
| 501. **500. SAMUEL L. MARTIN** | 502. **501. CARLOS E. MARTINEZ** |
| 503. **502. SANDRA A. CRAWSHAW** | 504. **503. ROBYN S. CROSSON** |
| 505. **504. SARA KRAUSS** | 506. **505. MARK A. KREITMAN** |
| 507. **506. SARAH S. GOLD** | 508. **507. NOLAN M. GOLDBERG** |
| 509. **508. SARI GABAY RAFIY** | 510. **509. PETER P. RAHBAR** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 511. **510. SCOTT P. COOPER** | 512. **511. SEAN R. COUTAIN** |
| 513. **512. SCOTT R. LANDAU** | 514. **513. NATHAN R. LANDER** |
| 515. **514. SETH B. SCHAFLER** | 516. **515. MAGDA SCHALER-HAYNES** |
| 517. **516. SHONA MACK-POLLOCK** | 518. **517. SUSANNAH J. MALEN** |
| 519. **518. SIMON BLOCK** | 520. **519. JAMAAR M. BOYD** |
| 521. **520. SIMONE R. COLEY** | 522. **521. CHRISTOPHER J. COLLINS** |
| 523. **522. SOLOMON L. WARHAFTIG** | 524. **523. BARRY E. WARNER** |
| 525. **524. STACEY M. MOORE** | 526. **525. THOMAS C. MOORE** |
| 527. **526. STACEY P. HERBERT** | 528. **527. JAMES P. HOLLOWAY** |
| 529. **528. STACY L. KLEIN** | 530. **529. SERGEY KOLMYKOV** |
| 531. **530. STANLEY KOMAROFF** | 532. **531. JANET B. KORINS** |
| 533. **532. STEPHANIE T. SASAKI** | 534. **533. DAVID R. SCHEIDEMANTLE** |
| 535. **534. STEVEN A. BEEDE** | 536. **535. DAVID BENNETT BELL** |
| 537. **536. STEVEN A. FISHMAN** | 538. **537. MARGO S. FLUG** |
| 539. **538. STEVEN A. MEETRE** | 540. **539. FERN R. MEHLER** |
| 541. **540. STEVEN D. WEINSTEIN** | 542. **541. CAROLINE LISA WERNER** |
| 543. **542. STEVEN H. HOLINSTAT** | 544. **543. JEFFREY A. HORWITZ** |
| 545. **544. STEVEN L. LICHTENFELD** | 546. **545. BRUCE L. LIEB** |
| 547. **546. STEVEN M. BAUER** | 548. **547. DANIEL J. PLAINTIFF** |
| 549. **548. STEVEN M. KAYMAN** | 550. **549. BRIANNA C. KENNY** |
| 551. **550. STUART J. GOLDSTEIN** | 552. **551. IRA M. GOLUB** |
| 553. **552. STUART M. COHEN** | 554. **553. ANTHONY C. COLES** |
| 555. **554. SUSAN D. FRIEDFEL** | 556. **555. ERIC D. FRIEDLANDER** |
| 557. **556. SUSAN JOE** | 558. **557. DINA R. JOHNSON** |
| 559. **558. SUSAN L. WIENER** | 560. **559. ALLAN R. WILLIAMS** |
| 561. **560. THOMAS A. MCKINNEY** | 562. **561. JULIA MCMILLEN** |
| 563. **562. THOMAS W. DOLLINGER** | 564. **563. ANDREW S. EITINGON** |
| 565. **564. TIFFANY A. LEVATO** | 566. **565. IAN LLOYD LEVIN** |
| 567. **566. TRACEY I. LEVY** | 568. **567. OLIVERIO LEW** |
| 569. **568. TRACEY ROGERS** | 570. **569. STUART L. ROSOW** |
| 571. **570. TRACY E. AUGUSTINE** | 572. **571. HOWARD D. BEHAR** |
| 573. **572. TRISTA E. SCHROEDER** | 574. **573. MARVIN SEARS** |
| 575. **574. TRISTAN AUDOUARD** | 576. **575. GREGORY BASNIER** |
| 577. **576. TZVI HIRSHAUT** | 578. **577. SHELDON I. HIRSHON** |
| 579. **578. VALERIE J. FASOLO** | 580. **579. PATRICIA LARREA GANNON** |
| 581. **580. VANESSA M. THOMAS** | 582. **581. JULIE A. TIRELLA** |
| 583. **582. VANESSA NICOLE KLINE** | 584. **583. KENNETH KRUG** |
| 585. **584. WANDA L. ELLERT** | 586. **585. ROSETTA E. ELLIS** |
| 587. **586. WENDY J. SCHRIBER** | 588. **587. JOHN W. SCHUCH** |
| 589. **588. WENDY T. WU** | 590. **589. ELISE A. YABLONSKI** |
| 591. **590. YANIV DAVE SILBERMAN** | 592. **591. CAROLE SIMON** |
| 593. **592. YASMINE TARASEWICZ** | 594. **593. NATHALIE V EUILLOT** |
| 595. **594. YELENA SIMONYUK** | 596. **595. CHARLES S. SIMS** |
| 597. **596. YULEE PARK** | 598. **597. KATHARINE H. PARKER** |
| 599. **598. YVETTE GORDON JENNINGS** | 600. **599. MAGDALE LINDA LABBE** |
| 601. **600. YVONNE Y. BOTCHEY** | 602. **601. JOHN R. BRAATZ** |

## 603.    MELTZER, LIPPE, GOLDSTEIN, WOLF & SCHLISSEL, P.C.

| | |
|---|---|
| 604. **1.   STEPHEN M. BREITSTONE** | 605. **2.   HOWARD M. ESTERCES** |
| 606. **3.   LORETTA M. GASTWIRTH** | 607. **4.   RONI E. GLASER** |
| 608. **5.   SHELDON M. GOLDSTEIN** | 609. **6.   IRA R. HALPERIN** |
| 610. **7.   JOSEPH KATZ** | 611. **8.   RICHARD A. LIPPE** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | | | | | |
|---|---|---|---|---|---|
| 612. | 9. | THOMAS J. MCGOWAN | 613. | 10. | MARC BEKERMAN |
| 614. | 11. | GARY M. MELTZER | 615. | 12. | LEWIS S. MELTZER |
| 616. | 13. | DAVID I. SCHAFFER | 617. | 14. | MICHAEL J. SCHAFFER |
| 618. | 15. | IRWIN SCHERAGO | 619. | 16. | MICHAEL J. WEINER |
| 620. | 17. | CHAIM BERKOWITZ | 621. | 18. | MARIANNE J. GALLIPOLI |
| 622. | 19. | EREZ TUCNER | 623. | 20. | GERALD P. HALPERN |
| 624. | 21. | RICHARD REICHLER | 625. | 22. | HERBERT W. SOLOMON |
| 626. | 23. | BERNARD TANNENBAUM | 627. | 24. | KENNETH RUBENSTEIN |
| 628. | 25. | RAYMOND A. JOAO; | 629. | 26. | FRANK MARTINEZ; |
| 630. | 27. | HERBERT W. SOLOMON | 631. | 28. | RICHARD REICHLER |
| 632. | 29. | NEIL H. ACKERMAN | 633. | 30. | CHARLES A. BILICH |
| 634. | 31. | STEPHEN M. BREITSTONE | 635. | 32. | HOWARD M. ESTERCES |
| 636. | 33. | LORETTA M. GASTWIRTH | 637. | 34. | RONI E. GLASER |

## 638.　　　FOLEY & LARDNER

| | | | | | |
|---|---|---|---|---|---|
| 639. | 1. | WILLIAM J. DICK | 640. | 2. | DOUGLAS BOEHM |
| 641. | 3. | ABRAHAM, JR., | 642. | 4. | ABROHAMS, BENJAMIN |
| 643. | 5. | ACEVEDO, LISA J. | 644. | 6. | ADAMS, CHRISTI R. |
| 645. | 7. | ADKINS, AKITA N. | 646. | 8. | ADLER, M. PETER |
| 647. | 9. | AGARWAL, PAVAN K. | 648. | 10. | AIELLO, MARK A. |
| 649. | 11. | AKERS, BRIAN P. | 650. | 12. | ALBERT, JR, G. PETER |
| 651. | 13. | ALBERT, RICHARD M. | 652. | 14. | ALLEN, JASON W. |
| 653. | 15. | ALLEN, MARY ELLEN | 654. | 16. | AMES, WESLEY B. |
| 655. | 17. | ANDERSON, BRYAN S. | 656. | 18. | ANDERSON, MATHEW |
| 657. | 19. | ANDERSON, SCOTT D. | 658. | 20. | ANDERSON, THOMAS K. |
| 659. | 21. | ANDRES, MATTHEW N. | 660. | 22. | ANNIS, MICHAEL D. |
| 661. | 23. | ANWAR, HEMA R. | 662. | 24. | APRAHAMIAN, MICHAEL |
| 663. | 25. | ARKIN, J. GORDON | 664. | 26. | ARNOLD, LAURENCE R. |
| 665. | 27. | ARNTSEN, ALLEN A. | 666. | 28. | ARONOFF, YONATON |
| 667. | 29. | ARTICOLA, PHILLIP J. | 668. | 30. | ASH, GEORGE W. |
| 669. | 31. | ASTOLFI, PAUL J. | 670. | 32. | ATKIN, JEFFERY R. |
| 671. | 33. | AUEN, MICHAEL H. | 672. | 34. | AVERY-SMITH, ELLEN |
| 673. | 35. | BAIG, MICHAEL S. | 674. | 36. | BAILEY, MICHAEL G. |
| 675. | 37. | BAIRD, JAMES H. | 676. | 38. | BAKER, MARION E. |
| 677. | 39. | BALLMANN, KENLEE V. | 678. | 40. | BARBATANO, SALVATORE A. |
| 679. | 41. | BARDSLEY, JOEL B. | 680. | 42. | BARGLOW, JASON N. |
| 681. | 43. | BARGREN, PAUL | 682. | 44. | BARNER, SHARON R. |
| 683. | 45. | BARNES, LAURIE E. | 684. | 46. | BARNES, PAGE R. |
| 685. | 47. | BARNES, PAUL M. | 686. | 48. | BARRON, RUSSELL J. |
| 687. | 49. | BARTH, STEVEN R. | 688. | 50. | BATES, CHERYL M. |
| 689. | 51. | BATES, DAVID J. | 690. | 52. | BATES, JEFFREY R. |
| 691. | 53. | BATHIA, VINEETA A. | 692. | 54. | BAUMAN, BRIAN W. |
| 693. | 55. | BAXA JR., EDMUND T. | 694. | 56. | BAXTER, ANN E. |
| 695. | 57. | BEATTY, JOSEPH W. | 696. | 58. | BECK, GEORGE C. |
| 697. | 59. | BECKER, STEVEN C. | 698. | 60. | BECKER, WESLEY N. |
| 699. | 61. | BECKWITH, DAVID E. | 700. | 62. | BEETZ, L. ELIZABETH |
| 701. | 63. | BEEZY, MIRIAM C. | 702. | 64. | BELL, CALLIE M. |
| 703. | 65. | BELONGIA, HEIDI L. | 704. | 66. | BEMENT, CHAD E. |
| 705. | 67. | BENATOR, SARAH G. | 706. | 68. | BENFIELD, LINDA E. |
| 707. | 69. | BENNER, CHARLES A. | 708. | 70. | BENSLEY, NORMAN C. |
| 709. | 71. | BENT, JASON R. | 710. | 72. | BENT, STEPHEN A. |
| 711. | 73. | BENZ, WILLIAM H. | 712. | 74. | BERMAN, MYLES D. |
| 713. | 75. | PLAINTIFF, ROBERT S. | 714. | 76. | BERRY, CHRISTOPHER |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | | |
|---|---|---|
| 715. **77.** | **BEST, GEORGE C.** | 716. **78.** **BEWERSDORF, RYAN S.** |
| 717. **79.** | **BIEHL, MICHAEL M.** | 718. **80.** **BIERMAN, JAMES N.** |
| 719. **81.** | **BILAS, LAURA L.** | 720. **82.** **BILL, ARTHUR H.** |
| 721. **83.** | **BILODEAU, THOMAS G.** | 722. **84.** **BINDER, ROBERT L.** |
| 723. **85.** | **BIRMINGHAM JR., JOHN** | 724. **86.** **BIRR III, JAMES O.** |
| 725. **87.** | **BISHOP, MARTIN J.** | 726. **88.** **BLACKER, RICHARD A.** |
| 727. **89.** | **BLANCHARD-SAIGER, GAIL M.** | 728. **90.** **BLANK, BRUCE I.** |
| 729. **91.** | **BLUMENTHAL, DAVID** | 730. **92.** **BLUTSTEIN, ELIZABETH** |
| 731. **93.** | **BOATWRIGHT, JENNIFER L.** | 732. **94.** **BOBBER, BERNARD J.** |
| 733. **95.** | **BOER, RALF-REINHARD** | 734. **96.** **BONNER, ROBERT J.** |
| 735. **97.** | **BONNEY, LARRY J.** | 736. **98.** **BORNSTEIN, THEODORE** |
| 737. **99.** | **BOSWORTH, WENDY REED** | 738. **100.** **BOWEN, MICHAEL A.** |
| 739. **101.** | **BOYD, W. J. DOUGLASS** | 740. **102.** **BRADLEY, ROBERT B.** |
| 741. **103.** | **BRAHM, JOHN W.** | 742. **104.** **BRANCH, JOSEPH C.** |
| 743. **105.** | **BRAYER, MICHAEL S.** | 744. **106.** **BRAZA, MARY K.** |
| 745. **107.** | **BREMER, JASON A.** | 746. **108.** **BREUER, MATTHEW G.** |
| 747. **109.** | **BREWER, CHRISTOPHER** | 748. **110.** **BREWER, TREVOR K.** |
| 749. **111.** | **BRINCKERHOFF, COURTENAY C.** | 750. **112.** **BRODY, JAMES P.** |
| 751. **113.** | **BROEKING, JAMES M.** | 752. **114.** **BROMLEY, RICHARD** |
| 753. **115.** | **BROOKS, JOHN T.** | 754. **116.** **BROWN, LOWELL C.** |
| 755. **117.** | **BROWN, MARSHALL J.** | 756. **118.** **BROWN, MELISSA C.** |
| 757. **119.** | **BROWN, SHARIE A.** | 758. **120.** **BRUCH, GREGORY S.** |
| 759. **121.** | **BRUECKEL, BECKY** | 760. **122.** **BUCK, DOUGLAS S.** |
| 761. **123.** | **BUDDE, TOM L.** | 762. **124.** **BUENGER, JAMES A.** |
| 763. **125.** | **BUENING, STACY E.** | 764. **126.** **BUGGE, LAWRENCE J.** |
| 765. **127.** | **BURCH, MARCUS A.** | 766. **128.** **BURKA, ROBERT A.** |
| 767. **129.** | **BURKE, NORMAN F.** | 768. **130.** **BURMAN, TERRI R.** |
| 769. **131.** | **BURROUS, BETH A.** | 770. **132.** **BURT, MELISSA A.** |
| 771. **133.** | **BURTON, DANIEL N.** | 772. **134.** **BUTWINICK, JEFFREY** |
| 773. **135.** | **CADDELL, DOUGLAS D.** | 774. **136.** **CADDELL, DOUGLAS D.** |
| 775. **137.** | **CAHILL, JANE A.** | 776. **138.** **CAIN, CHRISTOPHER C.** |
| 777. **139.** | **CALLAGHAN, KRISTA L.** | 778. **140.** **CALLAN, JOHN F.** |
| 779. **141.** | **CALLEN, SCOTT** | 780. **142.** **CAMMARANO, TERRI WAGNER** |
| 781. **143.** | **CANTOR, ALAN I.** | 782. **144.** **CARAGHER, JAMES M.** |
| 783. **145.** | **CARDEN, DOUGLAS L.** | 784. **146.** **CAREY, RAYMOND J.** |
| 785. **147.** | **CAREY, RAYMOND R.** | 786. **148.** **CARLBERG, RUSSELL L** |
| 787. **149.** | **CARLSON JR., HARRY V.** | 788. **150.** **CARLUCCI, THOMAS F.** |
| 789. **151.** | **CARROLL, RONALD N.** | 790. **152.** **CARTER, CHARLES G.** |
| 791. **153.** | **CASAS, CARLA M.** | 792. **154.** **CASPER, RICHARD H.** |
| 793. **155.** | **CAVANAUGH, MICHAEL** | 794. **156.** **CAVEN JR., JOHN W.** |
| 795. **157.** | **CHAFFEE, BRENT M.** | 796. **158.** **CHAMEIDES, STEVEN B.** |
| 797. **159.** | **CHAN, ALISTAIR K.** | 798. **160.** **CHATTERJEE, AARON** |
| 799. **161.** | **CHEATHAM, ROBERT** | 800. **162.** **CHEREK, KRISTINE S.** |
| 801. **163.** | **CHESTER, MAKSIM** | 802. **164.** **CHETTLE, JOHN H.** |
| 803. **165.** | **CHIAIESE, BETH E.** | 804. **166.** **CHILTON, BRIAN S.** |
| 805. **167.** | **CHINONIS, THOMAS J.** | 806. **168.** **CHOI, RICHARD T.** |
| 807. **169.** | **CHONG, SUET M.** | 808. **170.** **CHOUNDAS, MARINA A.** |
| 809. **171.** | **CHRISTIANSEN, JON P.** | 810. **172.** **CHRISTIANSEN, KEITH** |
| 811. **173.** | **CHRISTIE, R LEE** | 812. **174.** **CHUDNOVSKY, CHRISTINE P.** |
| 813. **175.** | **CHURCH, GILBERT W.** | 814. **176.** **CLARK, ALLAN P.** |
| 815. **177.** | **CLARK, DOUGLAS B.** | 816. **178.** **CLARK, JAMES R.** |
| 817. **179.** | **COCHRAN, R. GREGORY** | 818. **180.** **COHEN, GARY O.** |
| 819. **181.** | **COHEN, HOWARD W.** | 820. **182.** **COHN, JONATHON E.** |
| 821. **183.** | **COLLING, DANIEL P.** | 822. **184.** **COLLINS, ANNE A.** |
| 823. **185.** | **COMMANDER III, CHARLES E.** | 824. **186.** **COMPTON, MICHELE M** |

## CONFLICT OF INTEREST DISCLOSURE FORM

825. 187. CONLEY, WILLIAM M.
826. 188. CONN, LAWRENCE C.
827. 189. CONNELLY, JAMES P.
828. 190. CONNOLLY JR., WALTER
829. 191. CONOHAN, JAMES R.
830. 192. CONTI, ANTHONY D.
831. 193. CONWAY, MICHAEL M.
832. 194. COOK, DAVID C.
833. 195. COOPER III, JOHN C.
834. 196. COREY, ELIZABETH L.
835. 197. COREY, JOANN K.
836. 198. COSENZA, MARTIN J.
837. 199. COSLICK, RONALD
838. 200. COSTAKOS, JEFFREY N.
839. 201. COTHROLL, BRIAN E.
840. 202. COX, KATHRYN E.
841. 203. CRANE, STEPHEN A.
842. 204. CREELY, CURT P.
843. 205. CROSBIE, MICHAEL D.
844. 206. CUNNINGHAM, GEORGE
845. 207. CURTIS, CHRISTY L.
846. 208. CUSHMAN, VIRGINIA I.
847. 209. DANCE, SIMON E.
848. 210. D'ANGELO, JULIE A.
849. 211. DANIELS, TYMON C.
850. 212. DASSO, JAMES D.
851. 213. DAUGHERTY, PATRICK
852. 214. DAVENPORT III, GORDON
853. 215. DAVIS, GARDNER F.
854. 216. DAVIS, RICHARD S.
855. 217. DAWSON, JOHN R.
856. 218. DAY, SCOTT M.
857. 219. DE GYARFAS, VICTOR S.
858. 220. DECASTRO, JOSE-MANUEL A.
859. 221. DEGOOYER, JOHN G.
860. 222. DEKOVEN, RONALD
861. 223. DELAHUNTY JR., TERENCE J.
862. 224. DELEHUNT, MICHAEL
863. 225. DEMARET-FLEMING, VALERIE M.
864. 226. DHAND, SANJEEV K.
865. 227. DIAZ, EMILY F.
866. 228. DICASTRI, FRANK W.
867. 229. DICKINSON, LLOYD J.
868. 230. DILIBERTI, MARK J.
869. 231. DINNEEN-LONG, CHRISTIAN B.
870. 232. DIONISOPOULOS, GEORGE A.
871. 233. DIPASQUALE, BENN S.
872. 234. DODD, KIMBERLY K.
873. 235. DODSON, MARIAN E.
874. 236. DOOGAL, DALJIT S.
875. 237. DOOGE, GREGG H.
876. 238. DOOHAN, PAULINE E.
877. 239. DORFMAN, MARC B.
878. 240. DOUGHTY, BRUCE W.
879. 241. DOUGLAS BOEHM
880. 242. DOUGLAS, JOHN H.
881. 243. DOW, RODNEY H.
882. 244. DRAGICH, DAVID G.
883. 245. DRUMMOND, ROBERT
884. 246. DRYER, EDWIN JASON
885. 247. DUHART, SERITA
886. 248. DUROSE, RICHARD A.
887. 249. EADS, JOAN L.
888. 250. EARLY, SCOTT E.
889. 251. EDMONDSON JR., JOSEPH D.
890. 252. EDWARDS, MARK A.
891. 253. EDWARDS, TED B.
892. 254. EGAN, KEVIN J.
893. 255. EGGERS, KATHLEEN M.
894. 256. EISNAUGLE, ERIC J.
895. 257. EISNER, ADAM J.
896. 258. ELIAS, PETER J.
897. 259. ELLIS, MEGAN J.
898. 260. ELLIS, WILLIAM T.
899. 261. ELLISEN, E. PATRICK
900. 262. ELSON, ELIZABETH S.
901. 263. ENGSTROM, HARRY C.
902. 264. ENTIN, FREDRIC J.
903. 265. EPSTEIN, BENNETT L.
904. 266. ERENS, JAY
905. 267. FARNEY, DENNIS R.
906. 268. FATTAHI, SAHYEH S.
907. 269. FEE, PATRICK P.
908. 270. FELDHAUS, JOHN J.
909. 271. FELDKAMP, FREDERICK
910. 272. FENDRICK, WILLIAM K.
911. 273. FETZER, PETER D.
912. 274. FISCHER, BRAD S.
913. 275. FISHER, STEPHEN M.
914. 276. FITZGERALD, KEVIN G.
915. 277. FLANAGAN, MICHAEL D.
916. 278. FLECK, DAVID H.
917. 279. FLORSHEIM, RICHARD
918. 280. FO, ANTHONY K.L
919. 281. FOGT JR., HOWARD W.
920. 282. FOLEY, MARK F.
921. 283. FONNER, CYNTHIA A.
922. 284. FONSS, CHRISTIAN P.
923. 285. FORREST, JEFFREY W.
924. 286. FORTNER, CARL D.
925. 287. FOWLER, KEVIN D.
926. 288. FOX, STEVEN R.
927. 289. FRAKES, JENNIFER A.
928. 290. FRANECKI, CYNTHIA J.
929. 291. FRANK, EVE L.
930. 292. FRANZON, ANDERS W.
931. 293. FRAUTSCHI, TIMOTHY
932. 294. FREDERICKSEN, SCOTT
933. 295. FREEDMAN, DAVID G.
934. 296. FREEDMAN, JAY W.

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 935. 297. FREMLIN, GRACE PARKE | 936. 298. FRIEDMAN, ARTHUR S. |
| 937. 299. FRIEDRICHSEN, BERNARD P. | 938. 300. FROILAND, DAVID J B |
| 939. 301. FURLONG, HEIDI M. | 940. 302. FURRER, PETER C. |
| 941. 303. GAGE, LAURA J. | 942. 304. GALLAGHER, RICHARD |
| 943. 305. GARMER III, BENJAMIN | 944. 306. GARRISON, LATASHA A |
| 945. 307. GASTI, DANIEL N. | 946. 308. GAVIN, JOHN N. |
| 947. 309. GAY, FRANCIS V. | 948. 310. GAY, MICHAEL B. |
| 949. 311. GEENEN, NANCY J. | 950. 312. GEHL, MICHAEL A. |
| 951. 313. GEILFUSS II, C FREDERICK | 952. 314. GEIST JR., ROBERT C. |
| 953. 315. GEMPELER, HENRY A. | 954. 316. GEORGE, LADALE K. |
| 955. 317. GERENRAICH, STEVEN | 956. 318. GIANOS, DIANE E. |
| 957. 319. GIBBONS, MEGAN C. | 958. 320. GIBSON, LEO J. |
| 959. 321. GILLMAN, CATHERINE | 960. 322. GILLS, JEANNE M. |
| 961. 323. GO, ARMAND C. | 962. 324. GOBLE, AMIE M. |
| 963. 325. GODES, JAMES N. | 964. 326. GOLDBERG, PHILLIP M. |
| 965. 327. GOLDSTEIN, ROBERT E. | 966. 328. GONZALEZ KNAVEL, MARIA E. |
| 967. 329. GOODFELLOW, LYNN R | 968. 330. GOODMAN, GEOFFREY |
| 969. 331. GOODMAN, GEORGE R. | 970. 332. GORANSON, ANDREA J. |
| 971. 333. GORMLEY, JAMES H. | 972. 334. GOROFF, DAVID B. |
| 973. 335. GOULD, BENJAMIN F. | 974. 336. GRANE, KAREN M. |
| 975. 337. GRAY, ELIZABETH P. | 976. 338. GREBE, MICHAEL W. |
| 977. 339. GREELEY, JAMES E. | 978. 340. GREEN, EDWARD J. |
| 979. 341. GREENWELL, STACIE Y. | 980. 342. GRIFFIN, CHRISTOPHER L. |
| 981. 343. GRIFFITH, DONALD E. | 982. 344. GRODIN, JAMES S. |
| 983. 345. GROETHE, REED | 984. 346. GROSSMAN, BARRY L. |
| 985. 347. GROVE, TREVOR R. | 986. 348. GULBIS, VITAUTS M. |
| 987. 349. GUNDERSEN, JEFFREY | 988. 350. GUNDRUM, RALPH J. |
| 989. 351. GUSTAFSON, ADAM M. | 990. 352. GUZZO, GARY A. |
| 991. 353. HAGEN, HAROLD A. | 992. 354. HAKIM, ANAT |
| 993. 355. HALFENGER, G MICHAEL | 994. 356. HALL, GREGORY J. |
| 995. 357. HALLOIN, MARY ANN C. | 996. 358. HAMILTON, JOHN R. |
| 997. 359. HAMMOND, EDWARD J. | 998. 360. HANEWICZ, WAYNE O. |
| 999. 361. HANIGAN, ELIZABETH | 1000. 362. HANNA, SANDRA M. |
| 1001. 363. HANNING, JR., F. ROBERTS | 1002. 364. HANRAHAN, PHILLIP J. |
| 1003. 365. HANSEN, LINDA E.B. | 1004. 366. HANZLIK, PAUL F. |
| 1005. 367. HARPER, CHARLES D. | 1006. 368. HARRELL, JESSIE L. |
| 1007. 369. HARRINGTON, IRVIN C. | 1008. 370. HARRINGTON, RICHARD L. |
| 1009. 371. HART, RACHELLE R. | 1010. 372. HARTMAN, THOMAS E. |
| 1011. 373. HATCH, MICHAEL W. | 1012. 374. HAVLIK, KRISTINE L. |
| 1013. 375. HAWTHORNE, RICHARD W. | 1014. 376. HAYES, RICHARD J. |
| 1015. 377. HAYNIE, VAN E. | 1016. 378. HEATH, KYLE J. |
| 1017. 379. HEDRICK, CHARLES V. | 1018. 380. HEFFERNAN, MICHAEL |
| 1019. 381. HEFFERNAN, ROBERT | 1020. 382. HEIMER, DORIT S. |
| 1021. 383. HEINRICH, JULIE L. | 1022. 384. HELD, KATHLEEN R. |
| 1023. 385. HELLIGE, JAMES R. | 1024. 386. HENSCHEL, ROUGET F. |
| 1025. 387. HERBERT, WM CARLISLE | 1026. 388. HESS, DANIEL M. |
| 1027. 389. HIETT, KIMBERLEE E. | 1028. 390. HIGDON, DEBORAH L. |
| 1029. 391. HILDEBRANDT, JOSEPH | 1030. 392. HILFINGER, STEVEN H. |
| 1031. 393. HILL III, LEWIS H. | 1032. 394. HITE, BEVERLY H. |
| 1033. 395. HIZNAY, JULIET D. | 1034. 396. HOCHKAMMER, KARL |
| 1035. 397. HODGES, LAWSIKIA J. | 1036. 398. HOEFT, DAVID S. |
| 1037. 399. HOFFMAN, SAMUEL F. | 1038. 400. HOGAN, CAROLINE A. |
| 1039. 401. HOLKEBOER, VAN E. | 1040. 402. HOLLABAUGH, MARCUS A. |
| 1041. 403. HOLT, JEREMY | 1042. 404. HOLZHALL, MARIANNE |
| 1043. 405. HORAN, JOHN P. | 1044. 406. HORN, CAROLE A. |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 1045.**407. HOUSE, BRYAN B.** | 1046.**408. HOWE, TIMOTHY J.** |
| 1047.**409. HOWELL, CHANLEY T.** | 1048.**410. HOWELL, ROBERTA F.** |
| 1049.**411. HRDLICK, THOMAS R.** | 1050.**412. HUANG, STEPHEN D.** |
| 1051.**413. HUBER, JAMES O.** | 1052.**414. HUFF, MARSHA E.** |
| 1053.**415. HUGHES, KRISTEN GRIM** | 1054.**416. HULEATT, JAYME A.** |
| 1055.**417. HUNTER, PAUL S.** | 1056.**418. HUSTON, JAMES L.** |
| 1057.**419. HWANG, JOSEPH R.** | 1058.**420. HYDE, KEVIN E.** |
| 1059.**421. IMPOLA, MATTHEW K.** | 1060.**422. INCIARDI, SCOTT P.** |
| 1061.**423. IRELAND, EMORY** | 1062.**424. ITO, PETER W.** |
| 1063.**425. ITZKOFF, DONALD M.** | 1064.**426. JACKSON, BRADLEY D.** |
| 1065.**427. JACOBS, EPHRAIM** | 1066.**428. JAMES, THOMAS L.** |
| 1067.**429. JASPAN, STANLEY S.** | 1068.**430. JEFFERY, DONALD D.** |
| 1069.**431. JEFFERY, HEIDI H.** | 1070.**432. JELENCIC, SARAH O.** |
| 1071.**433. JESKE, DEAN M.** | 1072.**434. JESKE, JERALD L.** |
| 1073.**435. JEWETT, HILARY** | 1074.**436. JOHNS, RICHARD W.** |
| 1075.**437. JOHNSON, BRADLEY R.** | 1076.**438. JOHNSON, C RICHARD** |
| 1077.**439. JOHNSON, WILLIAM P.** | 1078.**440. JONES, JAMES T.** |
| 1079.**441. JONES, JEFFREY J.** | 1080.**442. JONES, PAUL J.** |
| 1081.**443. JORGENSEN III, ARTHUR W.** | 1082.**444. JUDGE, RICHARD J.** |
| 1083.**445. JULIAN, JASON M.** | 1084.**446. JUNG, BRYAN T D** |
| 1085.**447. KAAS, BRIAN S.** | 1086.**448. KALYVAS, JAMES R.** |
| 1087.**449. KAMINSKI, MICHAEL** | 1088.**450. KANWIT, GLEN H.** |
| 1089.**451. KAPLAN, DANIEL A.** | 1090.**452. KARON, SHELDON** |
| 1091.**453. KARRON, JENNIFER G.** | 1092.**454. KASHANI, MIR SAIED** |
| 1093.**455. KASSEL, MARK A.** | 1094.**456. KAWAGUCHI, TOSHIAKI R.** |
| 1095.**457. KEENER, JASON J.** | 1096.**458. KELLER, GEORGE H.** |
| 1097.**459. KELSO, LINDA Y.** | 1098.**460. KENNY, GEORGE E.** |
| 1099.**461. KESSLER, JOAN F.** | 1100.**462. KEYES, BRUCE A.** |
| 1101.**463. KIERNAN, JR., WILLIAM J.** | 1102.**464. KILE, MARY MICHELLE** |
| 1103.**465. KING, IVONNE MENA** | 1104.**466. KING, THERESE C.** |
| 1105.**467. KING, WILLIAM D.** | 1106.**468. KIZER, SCOTT A.** |
| 1107.**469. KLEIN, KENNETH S.** | 1108.**470. KLEMZ, NICOLE A.** |
| 1109.**471. KLUG, SCOTT L.** | 1110.**472. KNIGHT, CHRISTOPHER N.** |
| 1111.**473. KNOX II, W. DAVID** | 1112.**474. KOCH, GARY D.** |
| 1113.**475. KOEHLER, MICHAEL J.** | 1114.**476. KOENEN, FREDERICK** |
| 1115.**477. KOEPPL, KELLY L.** | 1116.**478. KOHLER, MICHAEL P.** |
| 1117.**479. KOPP, JEFFREY S.** | 1118.**480. KORITZINSKY, ALLAN** |
| 1119.**481. KOVAROVICS, SUSAN** | 1120.**482. KREBS, THOMAS P.** |
| 1121.**483. KRIDER, LEAH M.** | 1122.**484. KROLL, AMY N.** |
| 1123.**485. KROSIN, KENNETH E.** | 1124.**486. KUBALE, BERNARD S.** |
| 1125.**487. KUGLER, CARL R.** | 1126.**488. KURTZ, HARVEY A.** |
| 1127.**489. LACH, DANA M.** | 1128.**490. LAGERMAN, MARILYN** |
| 1129.**491. LAHR, JACK L.** | 1130.**492. LAMBERT, STEVEN C.** |
| 1131.**493. LAMB-HALE, NICOLE Y.** | 1132.**494. LAMONT, SUSAN** |
| 1133.**495. LANDE, CHARLES A.** | 1134.**496. LANDGRAF, THOMAS N.** |
| 1135.**497. LANDIS, JAMES M.** | 1136.**498. LANDIS, JOHN R.** |
| 1137.**499. LANE, PATRICIA J.** | 1138.**500. LANGENFELD, MARK L.** |
| 1139.**501. LASATER II, RICHARD** | 1140.**502. LASKIS, MICHAEL G.** |
| 1141.**503. LAUERMAN, THOMAS C** | 1142.**504. LAVENDER, JASON E.** |
| 1143.**505. LAW, GLENN** | 1144.**506. LAWRENCE IV, WAYMAN C.** |
| 1145.**507. LAZARSKI, KATHERINE** | 1146.**508. LAZARUS, JOHN M.** |
| 1147.**509. LEE, ANNE A.** | 1148.**510. LEE, LADONNA Y.** |
| 1149.**511. LEE, NHAN T.** | 1150.**512. LEE, ZHU** |
| 1151.**513. LEFFEL, MICHAEL D.** | 1152.**514. LEIBERG, CHARLES M.** |
| 1153.**515. LEMMO, JOHN C.** | 1154.**516. LENAIN, ADAM C.** |

## CONFLICT OF INTEREST DISCLOSURE FORM

1155.**517. LENTINI, DAVID P.**
1157.**519. LEONARD, JERRIS**
1159.**521. LEVENTHAL, ROBERT**
1161.**523. LEVIN, BENJAMIN D.**
1163.**525. LIEN, JOHN D.**
1165.**527. LINDEKE, JONATHAN**
1167.**529. LINZMEYER, PETER C.**
1169.**531. LOBBIN, STEPHEN M.**
1171.**533. LOFTON, LAUREN K.**
1173.**535. LONG, J CRAIG**
1175.**537. LORIE, ELIZABETH M.**
1177.**539. LOTUS, JOSEPH J.**
1179.**541. LUCEY, DAVID M.**
1181.**543. LUEDER, MICHAEL C.**
1183.**545. LUETTGEN, DAVID G.**
1185.**547. LUNDE III, MARVIN C.**
1187.**549. MAASSEN, ERIC L.**
1189.**551. MAEBIUS, STEPHEN B.**
1191.**553. MAIDA, THOMAS J.**
1193.**555. MAISA, SUSAN R.**
1195.**557. MALEK, JODI L.**
1197.**559. MALZAHN, ANGELA L.**
1199.**561. MANN, MARTIN D.**
1201.**563. MARASHI, MOEIN**
1203.**565. MARREN, GREGORY P.**
1205.**567. MARTIN, MATTHEW E.**
1207.**569. MARTIRE, MARY KAY**
1209.**571. MASON, EDWIN D.**
1211.**573. MAURER, THOMAS K.**
1213.**575. MCBRIDE, M. SCOTT**
1215.**577. MCCASLIN, RICHARD B**
1217.**579. MCCLOSKEY, MICHAEL P.**
1219.**581. MCCOMAS, HARROLD**
1221.**583. MCGAFFEY, JERE D.**
1223.**585. MCGRATH, BRIAN W.**
1225.**587. MCKENNA, RICHARD J.**
1227.**589. MCKEOWN, JAMES T.**
1229.**591. MCMORROW, MICHAEL J.**
1231.**593. MCNEILL, HEATHER D.**
1233.**595. MCSWEENEY, MAURICE J.**
1235.**597. MEARA, JOSEPH P.**
1237.**599. MEEK, E ROBERT**
1239.**601. MEISINGER, DAVID A.**
1241.**603. MENGES, JASON D.**
1243.**605. MICKLOS, JEFFREY G.**
1245.**607. MILLER, RICHARD H.**
1247.**609. MISHRA, MUIRA K.**
1249.**611. MITCHELL, JENICE C.**
1251.**613. MOHAN-RAM, VID S.**
1253.**615. MONDAY, GREGORY F.**
1255.**617. MOORE, LINDA A.**
1257.**619. MOORE, ROBERT K.**
1259.**621. MORAN, RICARDO J.**
1261.**623. MORRIGAN, SHIRLEY P**
1263.**625. MOSER, GREGORY V.**

1156.**518. LENZ, ETHAN D.**
1158.**520. LEONARD, KATHLEEN**
1160.**522. LEVER JR., CHAUNCEY**
1162.**524. LEVITT, MELINDA F.**
1164.**526. LIGNIER, SOPHIE**
1166.**528. LINDENBAUM, KEITH D**
1168.**530. LITTLE, THOMAS M.**
1170.**532. LOCHMANN, JESSICA S.**
1172.**534. LONG, CAROLYN T.**
1174.**536. LORD JR., JOHN S.**
1176.**538. LOTT, DAVID S.**
1178.**540. LOTZIA, EMERSON M.**
1180.**542. LUDWIG, BRETT H.**
1182.**544. LUEDERS, WAYNE R.**
1184.**546. LUND, MORTEN**
1186.**548. LYNCH, LAWRENCE T.**
1188.**550. MACK, PETER G.**
1190.**552. MAHE, HENRY E.**
1192.**554. MAIO, F ANTHONY**
1194.**556. MAKOWSKI, KEVIN D.**
1196.**558. MALONEY, CHRISTOPHER R.**
1198.**560. MANKOFSKY, LISA S.**
1200.**562. MANNING, MICHELLE**
1202.**564. MARCHETTI, VINCENT**
1204.**566. MARSHALL, LARRY L.**
1206.**568. MARTIN, MICHELE F.**
1208.**570. MASON, ANDREA I.**
1210.**572. MATTHEWS, MICHAEL**
1212.**574. MCBRIDE, LAWRENCE**
1214.**576. MCCAFFREY, JOHN W.**
1216.**578. MCCAULEY, CASSANDRA H.**
1218.**580. MCCLUNE, GREGORY**
1220.**582. MCFEELY, STEPHEN A.**
1222.**584. MCGINNITY, MAUREEN**
1224.**586. MCGREGOR, JEANNINE**
1226.**588. MCKENNA, WILLIAM J.**
1228.**590. MCMASTER JR., WILLIAM G.**
1230.**592. MCNAMARA, BRIAN J.**
1232.**594. MCNUTT, GEOFFREY**
1234.**596. MCWHORTER, SHERI D.**
1236.**598. MECKSTROTH, KURT S.**
1238.**600. MEINHARDT, ROBYN A.**
1240.**602. MELOY, SYBIL**
1242.**604. MENNELL, ANN I.**
1244.**606. MILLER, DULCY A.**
1246.**608. MINASSIAN, LORI V.**
1248.**610. MITCHELL, CLETA**
1250.**612. MOHAN, DANIEL G.**
1252.**614. MOLLMAN-ELLIOTT, SHARON**
1254.**616. MONSEES, PAUL R.**
1256.**618. MOORE, MARILYN A.**
1258.**620. MORABITO, ERIKA L.**
1260.**622. MORGAN, BELINDA S.**
1262.**624. MORROW, JAMES G.**
1264.**626. MOSKITIS, RICHARD L.**

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 1265.**627. MULKEEN, MATTHEW** | 1266.**628. MULLOOLY, THOMAS MCCANN** |
| 1267.**629. MUNRO II, THOMAS F.** | 1268.**630. MURCH, JILL L.** |
| 1269.**631. MURPHY, JOHN M.** | 1270.**632. NACKE, PHILIP A.** |
| 1271.**633. NANDA, DEEPAK** | 1272.**634. NAPOLITANA, LEEANN** |
| 1273.**635. NARANJO, MICHAEL A.** | 1274.**636. NEAL, AUSTIN B.** |
| 1275.**637. NEAL, GERALD J.** | 1276.**638. NEBEL, KAI A.** |
| 1277.**639. NELSON, ANDREW L.** | 1278.**640. NELSON, CATHERINE B.** |
| 1279.**641. NELSON, ERIC C.** | 1280.**642. NELSON, KARA E.** |
| 1281.**643. NELSON, SHARON C.** | 1282.**644. NELSON, TERRY D.** |
| 1283.**645. NEPPL, GREGORY E.** | 1284.**646. NEUBAUER, LISA S.** |
| 1285.**647. NEWMAN, JEFFREY S.** | 1286.**648. NEWSOM, ERIC A.** |
| 1287.**649. NGUYEN, JAMES D.** | 1288.**650. NGUYEN, LIEN-CHI A.** |
| 1289.**651. NICKELS, STEPHAN J.** | 1290.**652. NIELSON, SCOTT C.** |
| 1291.**653. NOLAN, MICHAEL S.** | 1292.**654. NORBITZ, TODD C.** |
| 1293.**655. NORICHIKA, KENSUKE** | 1294.**656. NORROD, GREGORY S.** |
| 1295.**657. NORTHCUTT, DAVID V.** | 1296.**658. NORVELL, MARY K.** |
| 1297.**659. NORWAY, ROBERT M.** | 1298.**660. NOURANI, LEILA** |
| 1299.**661. NOVER, MARTIN H.** | 1300.**662. NOWAK, SUZANNE M.** |
| 1301.**663. NYE, DEBRA D.** | 1302.**664. O'HALLORAN, HUGH J.** |
| 1303.**665. OHARA, YOSHIMI** | 1304.**666. OHLHAUSER, DARRELL** |
| 1305.**667. OKATY, MICHAEL A.** | 1306.**668. OLIFF, JONATHAN W.** |
| 1307.**669. OLSON, ELANA H.** | 1308.**670. OLSON, JOHN M.** |
| 1309.**671. O'NEILL, JUDY A.** | 1310.**672. O'NEILL, TANYA C.** |
| 1311.**673. OPPENHEIM, CHARLES** | 1312.**674. ORGAN, CHRISTINE A.** |
| 1313.**675. OSOBA, WAYNE F.** | 1314.**676. OSSEIRAN, NINA M.** |
| 1315.**677. OSSYRA, JAMES D.** | 1316.**678. OVERLY, MICHAEL R.** |
| 1317.**679. OWENS, KEITH C.** | 1318.**680. PALMER, JOHN B.** |
| 1319.**681. PANARITES, PETER E.** | 1320.**682. PARKER, ROBERT J.** |
| 1321.**683. PASSINO, SEAN A.** | 1322.**684. PASULKA-BROWN, KATHLEEN R.** |
| 1323.**685. PATEL, JAMSHED J.** | 1324.**686. PAULS, JASON E.** |
| 1325.**687. PEET, RICHARD C.** | 1326.**688. PENCE, THOMAS C.** |
| 1327.**689. PENDLETON, ALEXANDER T.** | 1328.**690. PENNER, INGEBORG E.** |
| 1329.**691. PEREZ-SERRANO, REBECA** | 1330.**692. PETERSON, JAMES P.** |
| 1331.**693. PETERSON, LIANE M.** | 1332.**694. PEVEHOUSE, ELIZABETH ERICKSON** |
| 1333.**695. PFISTER, TODD B.** | 1334.**696. PHELAN, RICHARD J.** |
| 1335.**697. PHILIPP, CINDY L.** | 1336.**698. PHILLIPS, ARDEN T.** |
| 1337.**699. PHILLIPS, PHILIP B.** | 1338.**700. PILLOFF, RACHEL K.** |
| 1339.**701. PLICHTA, MARK T.** | 1340.**702. POLIN, KENNETH D.** |
| 1341.**703. PONTE, CHRISTOPHER** | 1342.**704. PORTER, ANDREA T.** |
| 1343.**705. PORTER, JACK A.** | 1344.**706. PRAGER, MARK L.** |
| 1345.**707. PREBIL, RICHARD L.** | 1346.**708. PRECOURT, LYMAN A.** |
| 1347.**709. PRESTIGIACOMO, ANTONINA** | 1348.**710. PUGH, DARRELL L.** |
| 1349.**711. PURCELL, AMY P.** | 1350.**712. PURINTUN, ORIN** |
| 1351.**713. QUICK, PATRICK G.** | 1352.**714. QUIGLEY, MEGHAN K.** |
| 1353.**715. QUILLIN, GEORGE E.** | 1354.**716. RACICOT, DIANE M.** |
| 1355.**717. RADELET, TIMOTHY J.** | 1356.**718. RADOMSKY, LEON** |
| 1357.**719. RAGATZ, THOMAS G.** | 1358.**720. RAIJ, IRWIN P.** |
| 1359.**721. RALSTON JR., DAVID T.** | 1360.**722. RAMARATHNAM, SMEETA S.** |
| 1361.**723. RATHE, TODD A.** | 1362.**724. RATNASWAMY, JOHN P** |
| 1363.**725. RAWLINS, ANDREW E.** | 1364.**726. RECHTIN, MICHAEL D.** |
| 1365.**727. RECK, KEVIN A.** | 1366.**728. REGENFUSS, MICHAEL** |
| 1367.**729. REICHER, DAVID M.** | 1368.**730. REID, STEVEN M.** |
| 1369.**731. REILLY, PATRICK W.** | 1370.**732. REILLY, SHEILA M.** |
| 1371.**733. REINBERG, DANIEL S.** | 1372.**734. REINECKE, DAVID W.** |
| 1373.**735. REISMAN, LAUREN** | 1374.**736. REITER, STEPHEN E.** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 1375.**737.** RENFERT, BLAINE R. | 1376.**738.** RENZ, GREG W. |
| 1377.**739.** RESNICK, DAVID P. | 1378.**740.** REUTER, BARTHOLOMEW F. |
| 1379.**741.** RICH, NORMAN J. | 1380.**742.** RICHARDSON, CLARE |
| 1381.**743.** RICHBURG, SCOTT D. | 1382.**744.** RICKERT, KENNETH J. |
| 1383.**745.** RIDLEY, EILEEN R. | 1384.**746.** RIDLEY, FRED S. |
| 1385.**747.** RILEY JR., RICHARD F. | 1386.**748.** RILEY, LEIGH C. |
| 1387.**749.** RILEY, SUSAN M. | 1388.**750.** RIPPIE, E GLENN |
| 1389.**751.** RITTMASTER, TED R. | 1390.**752.** RIZVI, RAMLA H. |
| 1391.**753.** ROBBINS ATWOOD, REAGEN C. | 1392.**754.** ROBBINS, DAVID L. |
| 1393.**755.** ROBINS, LENA | 1394.**756.** ROBINSON, WILLIAM J. |
| 1395.**757.** ROCKLIN, AMY M. | 1396.**758.** RODRIGUEZ, DENISE RIOS |
| 1397.**759.** ROE, PATRICIA J. R. | 1398.**760.** ROEDEL, ANN M. |
| 1399.**761.** ROGERS III, JOHN L. | 1400.**762.** RONDON, RADIAH L. |
| 1401.**763.** ROOT JR., GEORGE L. | 1402.**764.** ROSENBAUM, S. WAYNE |
| 1403.**765.** ROSENBERG, HEIDI E. | 1404.**766.** ROSENBERG, MICHAEL |
| 1405.**767.** ROSENTHAL, ASHLEY | 1406.**768.** ROSENTHAL, JASON A. |
| 1407.**769.** ROSENTHAL, PAUL E. | 1408.**770.** ROSS, ANNE E. |
| 1409.**771.** ROTHMAN, JAY O. | 1410.**772.** ROVNER, GARY S. |
| 1411.**773.** RUBIN, DAMON | 1412.**774.** RUPKEY, JOSEPH S. |
| 1413.**775.** RUSKIN, JENNIFER B. | 1414.**776.** RUTENBERG, ALAN D. |
| 1415.**777.** RUTT, STEVEN | 1416.**778.** RYAN, DAVID B. |
| 1417.**779.** RYAN, MICHAEL J. | 1418.**780.** RYBA, RUSSELL E. |
| 1419.**781.** SABLE, JOSHUA M. | 1420.**782.** SACKS, DAVID A. |
| 1421.**783.** SADLER JR., LUTHER F. | 1422.**784.** SALEK-ANDERSON, JAN |
| 1423.**785.** SALZBERG, MARK A. | 1424.**786.** SANDERS, DAVID S. |
| 1425.**787.** SANDERS, JOHN A. | 1426.**788.** SANPIETRO, RICHARD |
| 1427.**789.** SAUE, JACQUELINE M. | 1428.**790.** SAXE, BERNHARD D. |
| 1429.**791.** SCARANO JR., R MICHAEL | 1430.**792.** SCHAAK, JOHN C. |
| 1431.**793.** SCHEIDLER, ALISON R. | 1432.**794.** SCHER, ROBERT A. |
| 1433.**795.** SCHIEBLE, MARK T. | 1434.**796.** SCHILDER, CHRISTOPHER S. |
| 1435.**797.** SCHIRTZER, RONALD | 1436.**798.** SCHNEIDERMAN, MICHAEL G. |
| 1437.**799.** SCHOENFELD, SUSAN R | 1438.**800.** SCHORR, KRISTEL |
| 1439.**801.** SCHROEDER, JENNIFER | 1440.**802.** SCHULTE, LEONARD E. |
| 1441.**803.** SCHULTZ, BRYAN S. | 1442.**804.** SCHULZ, KEVIN R. |
| 1443.**805.** SCHWAAB, RICHARD L. | 1444.**806.** SCHWARCZ, AARON M. |
| 1445.**807.** SCHWARTZ, ARTHUR | 1446.**808.** SCHWARTZ, SUSAN J. |
| 1447.**809.** SCHWARZ, CATHERINE | 1448.**810.** SCOTT, KATHRYN E. A |
| 1449.**811.** SEABOLT, SCOTT T. | 1450.**812.** SEFTON, JOHN T. |
| 1451.**813.** SEIDEN, RICHARD F. | 1452.**814.** SENNETT, NANCY J. |
| 1453.**815.** SERWIN, ANDREW B. | 1454.**816.** SEVELL, ROBERT D. |
| 1455.**817.** SHAH, ANKUR D. | 1456.**818.** SHAPIRO, MICHAEL S. |
| 1457.**819.** SHARPE, KARUSHA Y. | 1458.**820.** SHATZER, LARRY L. |
| 1459.**821.** SHEEHAN, TIMOTHY J. | 1460.**822.** SHELTON, MORGAN W. |
| 1461.**823.** SHIPLEY, HOWARD N. | 1462.**824.** SHIVERS, OLIN G. |
| 1463.**825.** SHRINER JR., THOMAS | 1464.**826.** SHUR, KIMBERLY J. |
| 1465.**827.** SIDDON O'BRIEN, KATHERINE | 1466.**828.** SIGMAN, SCOTT W. |
| 1467.**829.** SILBERMANN, JAMES | 1468.**830.** SILVA, ALBERT P. |
| 1469.**831.** SIMKIN, MICHELE M. | 1470.**832.** SIMMONS, JEFFREY A. |
| 1471.**833.** SIMON, DAVID W. | 1472.**834.** SIMON, GEORGE T. |
| 1473.**835.** SIMON, JOHN A. | 1474.**836.** SIMS, LUKE E. |
| 1475.**837.** SINGER, AMIE J. | 1476.**838.** SKLAR, WILLIAM P. |
| 1477.**839.** SLADE III, THOMAS B. | 1478.**840.** SLAVIN, STEPHEN M. |
| 1479.**841.** SLOOK, DAVID W. | 1480.**842.** SMALL, MICHAEL J. |
| 1481.**843.** SMASON, TAMI S. | 1482.**844.** SMIETANSKI, DEBRA K. |
| 1483.**845.** SMITH, JESSICA L. | 1484.**846.** SMITH, JULIE A. |

## CONFLICT OF INTEREST DISCLOSURE FORM

1485.**847. SMITH, MICHAEL D.**
1486.**848. SMITH, MICHAEL S.**
1487.**849. SMYLIE, SCOTT K.**
1488.**850. SNADER, SHAUN R.**
1489.**851. SOBLE, JEFFREY A.**
1490.**852. SOLIK, MARY D.**
1491.**853. SON, ANTHONY H.**
1492.**854. SONG, MICHAEL J.**
1493.**855. SORENSEN, ANITA M.**
1494.**856. SORTINO, DAVID M.**
1495.**857. SOSNOWSKI, LEONARD**
1496.**858. SPALDING, TODD N.**
1497.**859. SPEHAR, TERESA**
1498.**860. SPERANZINI, ANDREW**
1499.**861. SPILLANE, THOMAS B.**
1500.**862. SPIVEY, JONATHAN R.**
1501.**863. SPROW, MARCUS W.**
1502.**864. STANGL, PAUL F.**
1503.**865. STEFFES, GEORGE R.**
1504.**866. STEFFES-FERRI, SUSAN**
1505.**867. STEINBERG, JAY A.**
1506.**868. STEINMETZ, CHRISTIAN G.**
1507.**869. STEPHENSON, ROBERT**
1508.**870. STERN, JAMES F.**
1509.**871. STERRETT JR., SAMUEL**
1510.**872. STEVEN BECKER**
1511.**873. STEWART, PAUL A.**
1512.**874. STIRRUP, JOHN T.**
1513.**875. STOLL, RICHARD G.**
1514.**876. STONE, PETER J.**
1515.**877. STOREY III, EDWARD A.**
1516.**878. STRAIN, PAUL D.**
1517.**879. STRATFORD, CAROL A.**
1518.**880. STRICKLAND, NATE WESLEY**
1519.**881. STRUP, NATHANIEL L.**
1520.**882. SULLIVAN, JEFFREY M.**
1521.**883. SULLIVAN, KIRK N.**
1522.**884. SWEITZER, STEPHANIE**
1523.**885. SWISS, GERALD F.**
1524.**886. SZABO, STEPHEN J.**
1525.**887. TAFFORA, KELLI A.**
1526.**888. TALARICO, JOSEPH M.**
1527.**889. TALESH, SHAUHIN A.**
1528.**890. TANNER, LORNA L.**
1529.**891. TARANTINO, WILLIAM**
1530.**892. TASSO, JON P.**
1531.**893. TAVI, ANDREW J.**
1532.**894. TAYLOR, ALLEN M.**
1533.**895. TAYLOR, GAIL D.**
1534.**896. TAYLOR, MICHAEL L.**
1535.**897. TAYLOR, STACY L.**
1536.**898. TECTOR, LESLIE M.**
1537.**899. TEIGEN, RICHARD L.**
1538.**900. TENGBERG, VAN A.**
1539.**901. TENNEY, FREDERIC T.**
1540.**902. THARPE, LISA L.**
1541.**903. THIMKE, MARK A.**
1542.**904. THORNTON, GLENDA L.**
1543.**905. TIBBETTS, JEAN M.**
1544.**906. TILKENS, MARK P.**
1545.**907. TILL, MARY C.**
1546.**908. TOAL, HELEN L.**
1547.**909. TODD, STEPHEN**
1548.**910. TOFT, PATRICK J.**
1549.**911. TOMLINSON, MICHAEL**
1550.**912. TORRES, CHRISTOPHER**
1551.**913. TOWNSEND, KEITH J.**
1552.**914. TRABER, MARTIN A.**
1553.**915. TRAMBLEY, C. ANTHONY**
1554.**916. TRENTACOSTA, JOHN**
1555.**917. TREW, HEATHER M.**
1556.**918. TRKLA, KATHRYN M.**
1557.**919. TSAO, NAIKANG**
1558.**920. TSUCHIHASHI, MARTHA F.**
1559.**921. TUCKER IV, JOHN A.**
1560.**922. TUCKER, WENDY L.**
1561.**923. TULLIUS, LOUIS W.**
1562.**924. TURLAIS, JOHN E.**
1563.**925. TYNION III, JAMES T.**
1564.**926. TYRE, SCOTT P.**
1565.**927. TYSON JR., JOSEPH B.**
1566.**928. UETZ, ANN MARIE**
1567.**929. ULIANO, AMANDA M.**
1568.**930. UNDERWOOD, PETER C**
1569.**931. UNG, DIANE**
1570.**932. URBAN, JENNIFER L.**
1571.**933. VAN SICKLEN, MICHAEL B.**
1572.**934. VANCE, PAUL C.**
1573.**935. VANDENBERG, EGERTON K.**
1574.**936. VANOPHEM, JOHN A.**
1575.**937. VANRIPER, YVETTE M.**
1576.**938. VARON, JAY N.**
1577.**939. VAUGHAN, LORI V.**
1578.**940. VAZQUEZ, STEVEN W.**
1579.**941. VECHIOLA, ROBERT J.**
1580.**942. VEDDER, ANDREW T.**
1581.**943. VICTOR, DEAN M.**
1582.**944. VILLAREAL, CYNTHIA**
1583.**945. VOIGTMAN, TIMOTHY**
1584.**946. VOM EIGEN, ROBERT P.**
1585.**947. VON DRATHEN, KARL**
1586.**948. VORLOP, FREDERIC J.**
1587.**949. VUCIC, MIKI**
1588.**950. WALBY, KATHLEEN M.**
1589.**951. WALLACE, HARRY L.**
1590.**952. WALLISON, JEREMY L.**
1591.**953. WALMER, EDWIN F.**
1592.**954. WALSH, DAVID G.**
1593.**955. WALTER, RONALD L.**
1594.**956. WALTERS, MICHELLE**

## CONFLICT OF INTEREST DISCLOSURE FORM

1595.**957.**  WALTZ, JUDITH A.
1596.**958.**  WANG, PETER N.
1597.**959.**  WAPENSKY, RUSSELL
1598.**960.**  WARBURG, RICHARD J.
1599.**961.**  WARE, DABNEY D.
1600.**962.**  WASHINGTON, SUSANNE C.
1601.**963.**  WASSON, DEBORAH L.
1602.**964.**  WAWRZYN, RONALD M.
1603.**965.**  WAXMAN, J. MARK
1604.**966.**  WEBER, ROBERT G.
1605.**967.**  WEGNER, HAROLD C.
1606.**968.**  WEIDIG, ERIK G.
1607.**969.**  WEINSHEIMER, WILLIAM C.
1608.**970.**  WEINSTEIN, MARC K.
1609.**971.**  WEISS, RICHARD A.
1610.**972.**  WEISSBLUTH, SAMANTHA E.
1611.**973.**  WEISSBURG, CARL I.
1612.**974.**  WELCH JR., JOHN M.
1613.**975.**  WELCH, SEAN P.
1614.**976.**  WELLMAN, ARTHUR A.
1615.**977.**  WELSH III, H. K.
1616.**978.**  WELSH, SUSAN L.
1617.**979.**  WENBOURNE, ROBERT
1618.**980.**  WERBER, STEVEN A.
1619.**981.**  WERNER, CHRISTOPHER J.
1620.**982.**  WESTHOFF, BRYAN M.
1621.**983.**  WHALEY, KEVIN P.
1622.**984.**  WHEELER, ELLEN M.
1623.**985.**  WHITLEY, DANIELLE R.
1624.**986.**  WICK, JON R.
1625.**987.**  WICKHEM, REBECCA E.
1626.**988.**  WIECHERT, ERIC M.
1627.**989.**  WIEDEMANN, HERBERT P.
1628.**990.**  WIENSCH, ADAM J.
1629.**991.**  WILEY, EDWIN P.
1630.**992.**  WILKE, JAMES A.
1631.**993.**  WILL, TREVOR J.
1632.**994.**  WILLIAM DICK
1633.**995.**  WILLIAM DICK
1634.**996.**  WILLIAMS JR., ALLEN
1635.**997.**  WILLIAMS, RODERICK
1636.**998.**  WILLIAMS, TRACY D.
1637.**999.**  WILLIS, WILLIAM J.
1638.**1000.**  WILLMORE, STEVEN P.
1639.**1001.**  WILNAU, DAWN R.
1640.**1002.**  WILSON, BARRY S.
1641.**1003.**  WILSON, JOHN K.
1642.**1004.**  WILSON, JON M.
1643.**1005.**  WINER, KENNETH B.
1644.**1006.**  WINER, SAMUEL J.
1645.**1007.**  WINKLER, JAMES A.
1646.**1008.**  WITTE, EDWARD B.
1647.**1009.**  WITTORFF, KELLY C.
1648.**1010.**  WOLFE JR., WALTER H.
1649.**1011.**  WOLFE, RANDOLPH J.
1650.**1012.**  WOLFSON, MARK J.
1651.**1013.**  WOLK, MICHAEL D.
1652.**1014.**  WOODALL, KEVIN F.
1653.**1015.**  WOODIE, TIFFANY C.
1654.**1016.**  WOODSON, R DUKE
1655.**1017.**  WOOLEVER, MICHAEL
1656.**1018.**  WORKMAN, DONALD A.
1657.**1019.**  WRIGHT, DEREK L.
1658.**1020.**  WRIGHT, JACQUELINE
1659.**1021.**  WRONSKI, ANDREW J.
1660.**1022.**  WRYCHA, PAUL T.
1661.**1023.**  YOUNG, BRANDON O.
1662.**1024.**  ZABRISKIE, JOHN F.
1663.**1025.**  ZABROWSKI, PATRICK
1664.**1026.**  ZEIGLER, JANET E.
1665.**1027.**  ZIBART, CHRISTOPHER
1666.**1028.**  ZIEBERT, JOSEPH N.
1667.**1029.**  ZIGMAN, LYNETTE M.
1668.**1030.**  ZIMMERMAN, ROBERT
1669.**1031.**  ZIMMERMAN, WALTER
1670.**1032.**  ZINKGRAF, GARY M.
1671.**1033.**  ABRAHAM, JR., WILLIAM J.
1672.**1034.**  ABROHAMS, BENJAMIN
1673.**1035.**  ACEVEDO, LISA J.
1674.**1036.**  ADAMS, CHRISTI R.
1675.**1037.**  ADKINS, AKITA N.
1676.**1038.**  ADLER, M. PETER
1677.**1039.**  AGARWAL, PAVAN K.
1678.**1040.**  AIELLO, MARK A.
1679.**1041.**  AKERS, BRIAN P.
1680.**1042.**  ALBERT, JR, G. PETER

## 1681.      SCHIFFRIN & BARROWAY, LLP.

1682.**1.**      ANDREW L. BARROWAY
1683.**2.**      ANDREW L. ZIVITZ
1684.**3.**      BENJAMIN J. SWEET
1685.**4.**      CHRISTOPHER L. NELSON
1686.**5.**      DARREN J. CHECK
1687.**6.**      DAVID KESSLER
1688.**7.**      EDWARD W. CHANG
1689.**8.**      EDWARD W. CIOLKO
1690.**9.**      ERIC L. ZAGAR
1691.**10.**     ERIC LECHTZIN
1692.**11.**     GERALD D. WELLS III
1693.**12.**     GREGORY M. CASTALDO
1694.**13.**     HAL J. KLEINMAN
1695.**14.**     IAN D. BERG
1696.**15.**     JONATHAN R. CAGAN
1697.**16.**     JOSEPH H. MELTZER
1698.**17.**     KAREN E. REILLY
1699.**18.**     KATHARINE M. RYAN
1700.**19.**     KATHERINE B. BORNSTEIN
1701.**20.**     KAY E. SICKLES
1702.**21.**     KENDALL S. ZYLSTRA
1703.**22.**     KRISHNA B. NARINE

## CONFLICT OF INTEREST DISCLOSURE FORM

| | | | |
|---|---|---|---|
| 1682.1. ANDREW L. BARROWAY | | 1683.2. ANDREW L. ZIVITZ |
| 1704.23. MARC A. TOPAZ | | 1705.24. MARC D. WEINBERG |
| 1706.25. MARC I. WILLNER | | 1707.26. MICHAEL K. YARNOFF |
| 1708.27. PATRICIA C. WEISER | | 1709.28. RICHARD A. MANISKAS |
| 1710.29. RICHARD S. SCHIFFRIN | | 1711.30. RICHARD S. SCHIFFRIN |
| 1712.31. ROBERT B. WEISER | | 1713.32. ROBIN WINCHESTER |
| 1714.33. SANDRA G. SMITH | | 1715.34. SEAN M. HANDLER |
| 1716.35. STEPHEN E. CONNOLLY | | 1717.36. STEVEN D. RESNICK |
| 1718.37. STUART L. BERMAN | | 1719.38. TAMARA SKVIRSKY |
| 1720.39. THOMAS W. GRAMMER | | 1721.40. TOBIAS L. MILLROOD |

## 1722.   BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

| | |
|---|---|
| 1723.1. ADAM FURST | 1724.2. ALAN BURNETT |
| 1725.3. ANDRE GIBBS | 1726.4. ANDRE L. MARAIS |
| 1727.5. ANGELO J. GAZ | 1728.6. ANTHONY H. AZURE |
| 1729.7. ARLEN M. HARTOUNIAN | 1730.8. BILL ALFORD |
| 1731.9. BRENT E. VECCHIA | 1732.10. CHUI-KIU TERESA WONG |
| 1733.11. CORY G. CLAASSEN | 1734.12. DAN DEVOS |
| 1735.13. DANIEL OVANEZIAN | 1736.14. DAX ALVAREZ |
| 1737.15. DENNIS G. MARTIN | 1738.16. EDWIN H. TAYLOR |
| 1739.17. ERIC HYMAN | 1740.18. ERIC T. KING |
| 1741.19. FARZAD E. AMINI | 1742.20. GARTH VIVIER |
| 1743.21. GEORGE HOOVER | 1744.22. GEORGE W. HOOVER |
| 1745.23. GORDON LINDEEN | 1746.24. GREG D. CALDWELL |
| 1747.25. HEATHER M. MOLLEUR | 1748.26. JAMES SCHELLER |
| 1749.27. JAMES Y. GO | 1750.28. JAN CAROL LITTLE-WASHINGTON |
| 1751.29. JIM HENRY | 1752.30. JOHN PATRICK WARD |
| 1753.31. JON C. REALI | 1754.32. JONATHAN S. MILLER |
| 1755.33. JORDAN M. BECKER | 1756.34. JOSEPH LUTZ |
| 1757.35. JUDITH A. SZEPESI | 1758.36. KEVIN G. SHAO |
| 1759.37. LARRY J. JOHNSON | 1760.38. LESTER J. VINCENT |
| 1761.39. LISA TOM | 1762.40. LORI M. STOCKTON |
| 1763.41. LORI N. BOATRIGHT | 1764.42. MARIA E. SOBRINO |
| 1765.43. MARINA PORTNOVA | 1766.44. MARK A. KUPANOFF |
| 1767.45. MARK C. VAN NESS | 1768.46. MARK L. WATSON |
| 1769.47. MARK R. VATUONE | 1770.48. MICHAEL A. BERNADICOU |
| 1771.49. MICHAEL J. MALLIE | 1772.50. MIMI D. DAO |
| 1773.51. NATHAN ELDER | 1774.52. NORMAN ZAFMAN |
| 1775.53. OZZIE JAFFERY | 1776.54. PAUL A. MENDONSA |
| 1777.55. PHILIP A. PEDIGO | 1778.56. ROBERT B. O'ROURKE |
| 1779.57. ROGER W. BLAKELY | 1780.58. SCOTT HEILESON |
| 1781.59. STANLEY W. SOKOLOFF | 1782.60. STEPHEN M. DE KLERK |
| 1783.61. STEVEN LAUT | 1784.62. SUE HOLLOWAY |
| 1785.63. SUK S. LEE | 1786.64. TAREK N. FAHMI |
| 1787.65. THE ESTATE OF MARIA E. SOBRINO (1959 - 2002) | 1788.66. THINH V. NGUYEN |
| 1789.67. THOMAS A. VAN ZANDT | 1790.68. THOMAS C. WEBSTER |
| 1791.69. THOMAS FERRILL | 1792.70. THOMAS M. COESTER |
| 1793.71. TODD M. BECKER | 1794.72. VANI MOODLEY |
| 1795.73. VINCENT ANDERSON | 1796.74. W. THOMAS BABBITT |
| 1797.75. WILLIAM W. SCHAAL | 1798.76. WILLMORE F. HOLBROW |

## 1799.   WILDMAN, HARROLD, ALLEN & DIXON LLP

| | |
|---|---|
| 1800.1. ABBOUD, ANTHONY L. | 1801.2. ACKERSON, FRED M. |
| 1802.3. ALFERT, REBECCA | 1803.4. ALLEN, THOMAS D. |

## CONFLICT OF INTEREST DISCLOSURE FORM

1804.**5.** ALLISON, STEPHEN A.
1805.**6.** ANDERSON, AIMEE B.
1806.**7.** ARADO, JOHN J.
1807.**8.** ARVEY, HOWARD
1808.**9.** AUSTIN, BRENT R.
1809.**10.** BARNES, JR., WILLIAM
1810.**11.** BENDER, JOSEPH E.
1811.**12.** BENNETT, MICHAEL P.
1812.**13.** BICKEL, TODD A.
1813.**14.** BLANKSHAIN, MICHAEL R.
1814.**15.** BOHLEN, JON
1815.**16.** BOICE, HEATHER A.
1816.**17.** BORSTEIN, SCOTT R.
1817.**18.** BORUSZAK, BRUCE L.
1818.**19.** BOWER, ALBERT M.
1819.**20.** BROWN, JOHN THOMPSON
1820.**21.** BUCCOLA, CHRISTINA
1821.**22.** BURMAN, MARSHALL
1822.**23.** BURNTON, CAL R.
1823.**24.** CALISOFF, ADAM S.
1824.**25.** CARLSON, DOUGLAS R
1825.**26.** CARNEY, DEMETRIUS
1826.**27.** CARNIE, BRIAN R.
1827.**28.** CHAIT, LELAND H.
1828.**29.** CHANG, GINA M.
1829.**30.** CHRISTMAN, JAMES A.
1830.**31.** CHROUST, DAVID J.
1831.**32.** CLARK, CHAD E.
1832.**33.** COCKRELL, GEOFFREY
1833.**34.** COHEN, SAMUEL S.
1834.**35.** CONLON, ALISON C.
1835.**36.** COOK, WILLIAM J.
1836.**37.** COPLAND, DAVID A.
1837.**38.** COSTELLO, JOHN W.
1838.**39.** FALBE, LAWRENCE W.
1839.**40.** FANCSALI, BETH L.
1840.**41.** FERGUSON, NATHAN E
1841.**42.** FIGLIULO, DONALD E.
1842.**43.** FISCHER, DAVID J.
1843.**44.** FLAYTON, DONALD
1844.**45.** FOCHLER, CRAIG S.
1845.**46.** FONTOURA, LISA M.
1846.**47.** FOX, KATHY P.
1847.**48.** FREEBORN, PAUL K.
1848.**49.** FREY, JOHN E.
1849.**50.** GARRETT, MATTHEW
1850.**51.** GAURON, AFTON L.
1851.**52.** GILBERT, HOWARD N.
1852.**53.** GILLEN, GARY R.
1853.**54.** GILLIGAN, KATHLEEN
1854.**55.** GOGAN, LESLIE
1855.**56.** GOLD, JUDITH A.
1856.**57.** GOLD, NORMAN M.
1857.**58.** GOLDSTEIN, LORI
1858.**59.** GOODMAN, JONATHAN S.
1859.**60.** GORENBERG, KENNETH
1860.**61.** GOTTSHALL, JUSTINE
1861.**62.** GRAY, JEFFREY P.
1862.**63.** GUNN, ROBERT M.
1863.**64.** HAGNELL, KAREN A.
1864.**65.** HALEY, ROBERT E.
1865.**66.** HAMILTON, ROBERT E
1866.**67.** HARRIS, JONATHAN A.
1867.**68.** HARROLD, BERNARD
1868.**69.** HEARD, H. RODERIC
1869.**70.** HENGSBACH, BETHANY
1870.**71.** HEYDEMANN, HELAINE
1871.**72.** HIGGINS, MARY P.
1872.**73.** HIGHT, DAVID H.
1873.**74.** HOFFMAN, RICHARD
1874.**75.** HOLLEB, MARSHALL
1875.**76.** HOPP, ANTHONY G.
1876.**77.** HOWARD, KATHLEEN
1877.**78.** HOWARD, PETER M.
1878.**79.** HRTANEK, CATHLEEN
1879.**80.** HUDDLE, MARK
1880.**81.** IGEL-CAMILLONE, MARLENE J.
1881.**82.** JANCASZ, RICHARD J.
1882.**83.** JOHNSON, RICHARD C.
1883.**84.** KAEDING, MICHAEL A.
1884.**85.** KANTER, DAVID A.
1885.**86.** KANTER, MARTHA D.
1886.**87.** KEFALOS, NICHOLAS
1887.**88.** KEILEY, ELIZABETH
1888.**89.** KHANDEKAR, MANOJ
1889.**90.** KIM, CHARLES C.
1890.**91.** KIMBALL, ANNE G.
1891.**92.** KLEIN, STEVEN H.
1892.**93.** KOLKMEIER, KIP
1893.**94.** KOSC, JEFFREY
1894.**95.** KROMKOWSKI, MARK
1895.**96.** KUENSTLER, JOHN F.
1896.**97.** KUNKLE, WILLIAM J.
1897.**98.** KURFIRST, LEONARD S.
1898.**99.** LANDES, STEPHEN
1899.**100.** LAPORTE, MICHAEL R.
1900.**101.** LAUER, SUSAN M.
1901.**102.** LAZAR, DENISE A.
1902.**103.** LEFFELMAN, DEAN J.
1903.**104.** LETCHINGER, JOHN
1904.**105.** LEWIS, BRIAN W.
1905.**106.** LISIECKI, LUCY
1906.**107.** LONG, REBECCA R.
1907.**108.** LORCH, KENNETH F.
1908.**109.** LUBURIC, JOHN A.
1909.**110.** LUSK, MICHAEL
1910.**111.** LYNCH, THOMAS M.
1911.**112.** MADONIA, JOSEPH F.
1912.**113.** MANDLY, JR., CHARLES R.
1913.**114.** MARTYN W. MOLYNEAUX

## CONFLICT OF INTEREST DISCLOSURE FORM

| | |
|---|---|
| 1914.**115.** MATYAS, THOMAS I. | 1915.**116.** MCATEE, MICHELLE |
| 1916.**117.** MCCANN, R. MICHAEL | 1917.**118.** MCCLUGGAGE, MICHAEL |
| 1918.**119.** MCELROY, EDWARD M | 1919.**120.** MCGARRY, ANNETTE |
| 1920.**121.** MCGINNESS, JEFFREY | 1921.**122.** MCGOVERN, JOHN E. |
| 1922.**123.** MCKITTRICK, ETHAN | 1923.**124.** MERSCH, ANGELA R. |
| 1924.**125.** MICHAEL DOCKTERMAN | 1925.**126.** MIGDAL, SHELDON P. |
| 1926.**127.** MILLER, LAURIE M. | 1927.**128.** MILLER, MARK P. |
| 1928.**129.** MILLER, MATTHEW S. | 1929.**130.** MITCHELL, NICHOLAS |
| 1930.**131.** MURPHY, BART T. | 1931.**132.** MURTISHI, RRAIM |
| 1932.**133.** NEWMAN, ROBERT W. | 1933.**134.** NEWTON, CARRIE |
| 1934.**135.** NICHOLS, JULIE M. | 1935.**136.** NOCERA, NICOLE |
| 1936.**137.** NOLAN, HEATHER E. | 1937.**138.** OLSON, SARAH L. |
| 1938.**139.** OPPENHEIM, DAVID M. | 1939.**140.** OWENS, MARCIA K. |
| 1940.**141.** PALMER, RICHARD C. | 1941.**142.** PASCHKE, JOEL C. |
| 1942.**143.** PETERS, DANIEL J. | 1943.**144.** POKORNY, WILLIAM R |
| 1944.**145.** POLICHAK, JAMES W. JR. | 1945.**146.** PROCHNOW, DOUGLAS |
| 1946.**147.** RIAHEI, MELISSA M. | 1947.**148.** RING, THOMAS J. |
| 1948.**149.** ROBERTS, JOHN A. | 1949.**150.** ROSENBLUM, MICHAEL F. |
| 1950.**151.** ROTH, ALAN B. | 1951.**152.** ROTH, MICHAEL M. |
| 1952.**153.** RUBIN, JAMIE | 1953.**154.** SCHEER, D. KEITH |
| 1954.**155.** SCHOEFFEL, AMY | 1955.**156.** SCHULZ, FRED E. |
| 1956.**157.** SEFTON, BEAU C. | 1957.**158.** SEMENEK, SCOTT A. |
| 1958.**159.** SHARMA, RAJITA | 1959.**160.** SHUFTAN, ROBERT L. |
| 1960.**161.** SIMMONS, LISA S. | 1961.**162.** SIMON, DAVID M. |
| 1962.**163.** SINGER, ERIC L. | 1963.**164.** SKILKEN, MELISSA S. |
| 1964.**165.** SLOBODIEN, ANDREW | 1965.**166.** SMITH, DEREK C. |
| 1966.**167.** SMITH, GREGORY M. | 1967.**168.** SMITH, JOSHUA L. |
| 1968.**169.** SMOLENSKY, KIRSTEN | 1969.**170.** SNYDER, JAMES M. |
| 1970.**171.** SNYDER, MARTIN D. | 1971.**172.** SNYDER, THOMAS H. |
| 1972.**173.** SOLOMON, AARON | 1973.**174.** STERN, CHARLES A. |
| 1974.**175.** STEVENS, CYNTHIA B. | 1975.**176.** STRAUB, JENEE M |
| 1976.**177.** STREET, R. JOHN | 1977.**178.** SUGAR, BRYAN P. |
| 1978.**179.** THIES, RICHARD B. | 1979.**180.** TOMARAS, PETER A. |
| 1980.**181.** TOMCHEY, HOLLY L. | 1981.**182.** TOON, JASON M. |
| 1982.**183.** TRAVIS, SHERRIE | 1983.**184.** VALLAS, DAVID P. |
| 1984.**185.** VAN VUREN, THERESA | 1985.**186.** VITULLO, LOUIS P. |
| 1986.**187.** VOGTS, JAMES B. | 1987.**188.** WAGNER, ROBERT. |
| 1988.**189.** WAHLEN, EDWIN A. | 1989.**190.** WEINSTEIN, DAVID L. |
| 1990.**191.** WHITE, CRAIG M. | 1991.**192.** WILDMAN, MAX |
| 1992.**193.** WOLF, NEIL G. | 1993.**194.** WULFSTAT, ALLAN A. |
| 1994.**195.** YAGHMAI, MIKE M. | 1995.**196.** YAO, WAYNE |
| 1996.**197.** YOUNG, JONATHAN | 1997.**198.** ZAENGLE, EDWARD P |

## NON-DISCLOSURE AGREEMENTS, NON-COMPETE EMPLOYMENT AGREEMENTS, STRATEGIC ALLIANCES, LICENSEES, PATENT DISCLOSURES, OTHER CONTRACTS REQUIRING CONFIDENTIALITY

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 1998.**1.** ART.COM | 1999.**2.** JOHN HALLBERG |
| 2000.**3.** ARTHUR ANDERSEN & COMPANY SC | 2001.**4.** PARAAG K. MEHTA |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2002.**5.** ARTHUR ANDERSEN & COMPANY SC | 2003. |
| 2004.**7.** ARTHUR ANDERSEN LLP | 2005.**8.** MARK LAURENCE BERENBLUT |
| 2006.**9.** ARTHUR J. GALLAGHER & CO | |
| 2007.**10.** ARTIST DIRECT | 2008.**11.** MARC GEIGER |
| 2009.**12.** ARTIST DIRECT | 2010.**13.** JONATHAN TROEN |
| 2011.**14.** ARTISTS MANAGEMEN T GROUP - AMG | 2012.**15.** SCOTT MCGHEE |
| 2013.**16.** ARVIDA/JMB PARTNERS, L.P. | 2014.**17.** JUDD D. MALKIN |
| 2015.**18.** ASSOCIATED GROUP, INC. | 2016.**19.** DAVID J. BERKMAN |
| 2017.**20.** ASSOCIATED GROUP, INC. | 2018.**21.** BRENT GRAY |
| 2019.**22.** ASSOCIATION FOR MANUFACTURING INVENTIONS, THE | 2020.**23.** BONNIE GURNEY |
| 2021.**24.** AT&T | 2022.**25.** PATRICK SAINT-LAURENT |
| 2023.**26.** AT&T | 2024.**27.** ELIZABETH (LIBBY) BRENNAN |
| 2025.**28.** AT&T CORP. | 2026.**29.** JOSEPH SALENETRI CVE |
| 2027.**30.** AT&T CORP. | 2028.**31.** MICHAEL C. ARMSTRONG |
| 2029.**32.** AT&T CORP. | 2030.**33.** DAN PERRY |
| 2031.**34.** AT&T SOLUTIONS JP MORGAN | 2032.**35.** ANA C. PETERSON |
| 2033.**36.** AT&T SOLUTIONS JP MORGAN | 2034.**37.** L. SCOTT PERRY |
| 2035.**38.** ATHLETESDIRECT | 2036.**39.** JOSH HOLPZMAN |
| 2037.**40.** ATLAS ENTERTAINMENT | 2038.**41.** ALLEN SHAPIRO |
| 2039.**42.** ATLAS, PEARLMAN, TROP & BORKSON, P.A. | 2040.**43.** JONATHAN S. ROBBINS |
| 2041.**44.** ATOM FILMS | 2042.**45.** IRL NATHAN |
| 2043.**46.** ATTORNEYS.COM | 2044.**47.** BRENDA WEAVER |
| 2045.**48.** AUCTION MANAGEMENT SOLUTIONS, INC. | 2046.**49.** MARK KANE |
| 2047.**50.** AUDAX MANAGEMENT COMPANY, LLC /AUDAX GROUP | 2048.**51.** J. JEREMY HOGUE |
| 2049.**52.** AUDAX MANAGEMENT COMPANY, LLC /AUDAX GROUP | 2050.**53.** SARAH LIPSCOMB |
| 2051.**54.** AVALON INVESTMENTS INC. | 2052.**55.** WILLIAM R. WOODWARD |
| 2053.**56.** CALIFORNIA INVENTIONS VENTURES, LLC | 2054.**57.** ALEXANDER SUH |
| 2055.**58.** CAPITA TECHNOLOGIES | 2056.**59.** IMELDA FORD |
| 2057.**60.** CATTERTON PARTNERS | 2058.**61.** ALBERT CHIANG |
| 2059.**62.** CB CORPORATE FINANCE, INC. | 2060.**63.** HANK POWELL |
| 2061.**64.** CENTRACK INTERNATIONAL INCORPORATED | 2062.**65.** JOHN J. LOFQUIST |
| 2063.**66.** CHASE H&Q | 2064.**67.** STEPHEN WILSON |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2065.**68.** CHASE MANHATTAN PRIVATE BANK, N.A. | 2066.**69.** MARK DALZIEL |
| 2067.**70.** CHATFISH | 2068.**71.** THOMAS TOLL |
| 2069.**72.** CHG ALLIED, INC. | 2070.**73.** LEE GERBER |
| 2071.**74.** CHRIS P. B. | 2072.**75.** CHRIS P. B. |
| 2073.**76.** CHRYSALIS VENTURES | 2074.**77.** J. DAVID GRISSOM |
| 2075.**78.** CIBC WORLD MARKETS / OPPENHEIMER | 2076.**79.** BEN DOWNS |
| 2077.**80.** CIBC WORLD MARKETS / OPPENHEIMER | 2078.**81.** PAUL ROGERS |
| 2079.**82.** CINAX DESIGNS INC. | 2080.**83.** ERIC CAMIRAND |
| 2081.**84.** CINEMANOW, INC. | 2082.**85.** CURT MARVIS |
| 2083.**86.** CINEMANOW, INC. | 2084.**87.** ERIC STEIN |
| 2085.**88.** CINEMANOW, INC. | 2086.**89.** BRUCE DAVID EISEN |
| 2087.**90.** CIRCOR CONNECTIONS | 2088.**91.** ALAN GLASS |
| 2089.**92.** CITRIX SYSTEMS, INC. | 2090.**93.** EDWARD E. IACOBUCCI |
| 2091.**94.** CLEARVIEW NETWORKS | 2092.**95.** AIDAN P. FOLEY |
| 2093.**96.** CLEARVIEW NETWORKS, INC. | 2094.**97.** KOICHI YANAGA |
| 2095.**98.** CLEARVIEW NETWORKS, INC. | 2096.**99.** WAI MAN VONG |
| 2097.**100.** CLEARVIEW NETWORKS, INC. | 2098.**101.** NAK PHAINGDY |
| 2099.**102.** COBRIN GITTES & SAMUEL | 2100.**103.** RAYMOND JOAO |
| 2101.**104.** COLUMBIA TRISTAR MOTION PICTURE GROUP A SONY PICTURES ENTERTAINMENT COMPANY | 2102.**105.** JAMES L. HONORÉ |
| 2103.**106.** COMCAST | 2104.**107.** STEVEN M. HEEB |
| 2105.**108.** COMMONWEALTH ASSOCIATES LP | 2106.**109.** INDER TALLUR |
| 2107.**110.** COMMUNICATIONS EQUITY ASSOCIATES | 2108.**111.** BRYAN CRINO |
| 2109.**112.** COMMUNICATIONS EQUITY ASSOCIATES | 2110.**113.** THOMAS J. MACCRORY |
| 2111.**114.** COMPAQ COMPUTERS - ECOMMERCE | 2112.**115.** JOE KAPP |
| 2113.**116.** CONCORD CAMERA CORP. | 2114.**117.** IRA B. LAMPERT |
| 2115.**118.** CONCORD CAMERA CORP. | 2116.**119.** JOEL GOLD |
| 2117.**120.** CONVERGENT COMPANIES, INC. | 2118.**121.** GREG BROGGER |
| 2119.**122.** COVI STUDIOS | 2120.**123.** PLAMEN |
| 2121.**124.** COX INTERACTIVE MEDIA, INC. | 2122.**125.** LOUIS M. SUPOWITZ |
| 2123.**126.** CREATIVE ARTISTS AGENCY | 2124.**127.** ERROL GERSON |
| 2125.**128.** CREATIVE ARTISTS AGENCY, INC. | 2126.**129.** JOSH POLLACK |
| 2127.**130.** DOCUMENTATION SERVICES INTERNATIONAL, INC. | 2128.**131.** CARL LUCCHI |
| 2129.**132.** DONALDSON, LUFTKIN & JENERRETE | 2130.**133.** BEN DUROSA |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2131.**134.** DONALDSON, LUFTKIN & JENERRETE | 2132.**135.** MITCH LESTER |
| 2133.**136.** DOYLE OCCUPATIONAL HEALTH AND TRAINING | 2134.**137.** JASON SPEAKS |
| 2135.**138.** DRAFT WORLDWIDE | 2136.**139.** HOWARD DRAFT |
| 2137.**140.** DRAKE ALEXANDER & ASSOCIATES, INC. | 2138.**141.** JEFF MORRIS |
| 2139.**142.** DRAKE ALEXANDER ASSOCIATES, INC. | 2140.**143.** ANTHONY D'AMATO |
| 2141.**144.** DREAMCASTLE/KERRY GORDY ENTERPRISES | 2142.**145.** KERRY GORDY |
| 2143.**146.** DREIER & BARITZ LLP | 2144.**147.** RAYMOND A. JOAO |
| 2145.**148.** DVD PATENT POOL | 2146.**149.** KENNETH RUBENSTEIN |
| 2147.**150.** E- MOD.COM, INC. (EDUCATIONAL MEDIA ON DEMAND) | 2148.**151.** ROBERT DUNLAP |
| 2149.**152.** E OFFERING CORP | 2150.**153.** ROBERT D. LONG |
| 2151.**154.** E OFFERING CORPORATION | 2152.**155.** ROBERT D. LOWE |
| 2153.**156.** EARTHLINK NETWORK, INC. | 2154.**157.** KEVIN M. O'DONNELL |
| 2155.**158.** EARTHLINK NETWORK, INC. | 2156.**159.** SKY DYLAN DAYTON |
| 2157.**160.** EASTMAN KODAK COMPANY | 2158.**161.** TOM  BERARDUCCI |
| 2159.**162.** EASTMAN KODAK COMPANY/DIGITAL & APPLIED IMAGING | 2160.**163.** PHILIP GERSKOVICH |
| 2161.**164.** EASTWEST VENTUREGROUP | 2162.**165.** PAUL NADEL |
| 2163.**166.** ECARE SOULTIONS, INC. | 2164.**167.** RONALD W. MILLS, SR. |
| 2165.**168.** ECH CONSULTING | 2166.**169.** EDMUND CHAVEZ |
| 2167.**170.** ECLIPSYS CORPORATION | 2168.**171.** HARVEY J. WILSON |
| 2169.**172.** ECLIPSYS/HEALTHVISION, INC. | 2170.**173.** STEPHANIE MASSENGILL |
| 2171.**174.** EDNET, INC. | 2172.**175.** RANDY SELMAN |
| 2173.**176.** EMERALD CAPITAL PARTNERS, INC. | 2174.**177.** ERIC M. CHEN |
| 2175.**178.** EMERALD CAPITAL PARTNERS, INC. | 2176.**179.** MAURICE BUCHSBAUM |
| 2177.**180.** ENRON BROADBAND SERVICES | 2178.**181.** SILVIA VEITIA |
| 2179.**182.** FRAN VEST, A DIVISION OF SHEPARD COMPANIES | 2180.**183.** LARRY PETTIT |
| 2181.**184.** FURR & COHEN P. A. | 2182.**185.** BRADLEY (BRAD) S.SHRAIBERG, ESQ. |
| 2183. | 2184.**186.** BILL GERBER |
| 2185.**187.** GARG DATA INTERNATIONAL | 2186.**188.** SUSHIL GARG |
| 2187.**189.** GATEWAY, INC. | 2188.**190.** ROBERT "ROB" MARQUSEE |
| 2189.**191.** GDI | 2190.**192.** ROBERT L. WEIL |
| 2191.**193.** GDI | 2192.**194.** DONALD G. KANE II |
| 2193.**195.** GEAR MAGAZINE | 2194.**196.** ROBERT GUCCIONE |
| 2195.**197.** GEAR MAGAZINE | 2196.**198.** NAOMI MIDDELMAN |
| 2197.**199.** GENESIS VENTURES, LLC | 2198.**200.** STEVEN T. JOANIS |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2199.**201. GERICO STATE CAPITAL** | 2200. |
| 2201.**202. GETTY IMAGES, INC.** | 2202.**203. JOHN GONZALEZ** |
| 2203.**204. GETTY IMAGES, INC. - ART.COM** | 2204.**205. BILL LEDERER** |
| 2205.**206. GLOBAL CROSSING, LTD./PACIFIC CAPITAL GROUP** | 2206.**207. GARY WINNICK** |
| 2207.**208. GOLDEN SHADOW PICTURES** | 2208.**209. JON JACOBS** |
| 2209.**210. GOLDMAN SACHS GROUP, INC.** | 2210.**211. JEFFREY & SHELDON FRIEDSTEIN** |
| 2211.**212. GOLDMAN SACHS GROUP, INC.** | 2212.**213. DONALD G. KANE II** |
| 2213.**214. GOLDSTEIN LEWIN** | 2214.**215. JENNIFER LEWIN** |
| 2215.**216. GOLDSTEIN LEWIN & CO.** | 2216.**217. GERALD R. LEWIN** |
| 2217.**218. GOLDSTEIN LEWIN & COMPANY** | 2218.**219. ERIKA LEWIN** |
| 2219.**220. GOTTLIEB, RACKMAN & REISMAN, P.C.** | 2220.**221. MICHAEL I. RACKMAN** |
| 2221.**222. GRANITE VENTURES** | 2222.**223. BORG ADAMS** |
| 2223.**224. GREAT EXPECTATIONS** | 2224.**225. LEVINE, MICHAEL** |
| 2225.**226. GREG MANNING AUCTIONS** | 2226.**227. GREG MANNING** |
| 2227.**228. GRINBERG WORLDWIDE IMAGES** | 2228.**229. GABRIELLE BRENNER** |
| 2229.**230. GRUNTAL & COMPANY** | 2230.**231. LEO ABBE** |
| 2231.**232. GRUNTAL & COMPANY** | 2232.**233. JEFFREY BERMAN** |
| 2233.**234. GRUNTAL & COMPANY** | 2234.**235. RICHARD L. SERRANO** |
| 2235.**236. GRUNTAL & COMPANY** | 2236.**237. WILLIAM J. GRAMAS** |
| 2237.**238. GRUNTAL & COMPANY** | 2238.**239. MITCHELL WELSCH** |
| 2239.**240. GULFSTREAM CAPITAL GROUP, L.C.** | 2240.**241. HARVEY KAYE** |
| 2241. | 2242.**242. KADIE LIBESCH** |
| 2243.**243. H.I.G. CAPITAL** | 2244.**244. JACQUELINE ROSALES** |
| 2245.**245. HACHETTE FILIPACCHI MEDIA** | 2246.**246. GERALD DE ROQUEMAUREL** |
| 2247.**247. I VIEW IT** | 2248.**248. KEVIN J. LOCKWOOD** |
| 2249.**249. I VIEW IT** | 2250.**250. SIMON L. BERNSTEIN** |
| 2251.**251. I VIEW IT** | 2252.**252. WILLIAM R. KASSER** |
| 2253.**253. I VIEW IT** | 2254.**254. PAUL W. MELNYCHUCK** |
| 2255.**255. I VIEW IT** | |
| 2256.**257. I VIEW IT** | |
| 2257.**259. IBEAM** | 2258.**260. CHRIS PAPPAS** |
| 2259.**261. IBEAM BROADCASTING, INC.** | 2260.**262. MARTIN A. CAMI** |
| 2261.**263. ICEBOX.COM** | 2262.**264. BRAD FELDMAN** |
| 2263.**265. IDEAL CONDITIONS** | 2264.**266. IRV YACHT** |
| 2265.**267. IFILM.COM** | 2266.**268. JESSE JACOBS** |
| 2267.**269. IFX CORPORATION** | 2268.**270. JOEL M. EIDELSTEIN** |
| 2269.**271. IIGROUP, INC.** | 2270.**272. BRUCE HAUSMAN** |
| 2271.**273. IIGROUP, INC.** | 2272.**274. NEIL SWARTZ** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2273.**275. INDUSTRY ENTERTAINMENT** | 2274.**276. LYNWOOD SPINKS** |
| 2275.**277. INFINITE LOGIC MANAGEMENT, LLC** | 2276.**278. JOSH EIKOV** |
| 2277.**279. INTEGIC** | 2278.**280. WILLIAM M. SENICH** |
| 2279.**281. INTEL** | 2280.**282. LARRY PALLEY** |
| 2281.**283. INTER@CTIVATE, INC.** | 2282.**284. PETER FELDMAN** |
| 2283.**285. INTERACTIVE TELECOM NETWORK, INC** | 2284.**286. BRAD WEBER** |
| 2285.**287. INTERNATIONAL NETWORK GROUP** | 2286.**288. JOHN REYNOLDS** |
| 2287.**289. INTERNET INVESTMENT BANKING SERVICES** | 2288.**290. RICHARD HOLMAN** |
| 2289.**291. INTERNETTRAIN** | 2290.**292. WALTER MEREMIANIN** |
| 2291.**293. INTERNETTRAIN** | 2292.**294. NICHOLAS MEREMIANIN** |
| 2293.**295. INTERPACKET GROUP** | 2294.**296. BRETT MESSING** |
| 2295.**297. IVIEWIT** | 2296.**298. SCOTT MURPHY** |
| 2297.**299. IVIEWIT** | 2298.**300. LINDA SHERWIN** |
| 2299.**301. IVIEWIT** | 2300.**302. REDJEM BOUHENGUEL** |
| 2301.**303. IVIEWIT** | 2302.**304. DIANA ISRAEL** |
| 2303.**305. IVIEWIT** | 2304.**306. COURTNEY JURCAK** |
| 2305.**307. IVIEWIT** | 2306.**308. LOUISE TOVATT** |
| 2307.**309. IVIEWIT** | 2308.**310. RAYMOND T. HERSH** |
| 2309.**311. MILWAUKEE SCHOOL OF ENGINEERING** | 2310.**312. DR. CHRISTOPHER TAYLOR** |
| 2311.**313. IVIEWIT** | 2312.**314. JENNIFER A. KLUGE** |
| 2313.**315. IVIEWIT** | 2314.**316. MARTHA MANTECON** |
| 2315.**317. IVIEWIT** | 2316.**318. ROSS MILLER** |
| 2317.**319. IVIEWIT** | 2318. |
| 2319.**321. IVIEWIT** | 2320.**322. STEVE L. SKLAR** |
| 2321.**323. IVIEWIT** | 2322.**324. BLAZE BENHAM** |
| 2323.**325. IVIEWIT** | 2324.**326. JACK P. SCANLAN** |
| | 2325.**327. PETER S. LEE** |
| 2326.**328. IVIEWIT** | 2327.**329. LAWRENCE ALLAN MONDRAGON** |
| 2328.**330. IVIEWIT** | 2329.**331. VINCE BANK** |
| 2330.**332. IVIEWIT** | 2331.**333. VASILY ZOLOTOV** |
| 2332.**334. IZ.COM INCORPORATED/VISION ART MANAGEMENT** | 2333.**335. SCOTT SCHWARTZ** |
| 2334.**336. J. H. WHITNEY & CO.** | 2335.**337. PETER J. HUFF** |
| 2336.**338. MEDIOL.COM** | 2337.**339. ERIC CHEN** |
| 2338.**340. MEGASYSTEMS, INC.** | 2339.**341. HILARY A. GRINKER** |
| 2340.**342. METRO GOLDWYN MAYER** | 2341.**343. DAVID RONDAN** |
| 2342.**344. METRO GOLDWYN MAYER** | 2343.**345. MEGAN CRAWFORD** |
| 2344.**346. MEVC.COM, INC.** | 2345.**347. JOHN GRILLOS** |
| 2346.**348. MIND ARROW SYSTEMS/INTERNATIONAL NETWORK GROUP** | 2347.**349. TOM BLAKELEY** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2348.**350. MONARCH VENTURES** | 2349.**351. ROBERT P. GUYTON, JR.** |
| 2350.**352. MONARCH VENTURES** | 2351.**353. KATY FALAKSHAHI, PH.D.** |
| 2352.**354. MORGAN CREEK COMPANIES** | 2353.**355. JAMES G. ROBINSON** |
| 2354.**356. MOTION POINT** | 2355.**357. WILL FLEMING** |
| 2356.**358. MOTOROLA/GENERAL INSTRUMENT CORPORATION** | 2357.**359. LOU MASTROCOLA** |
| 2358.**360. MOVIEFLY** | |
| 2359.**361. MPINET** | 2360.**362. DUANE BARNES** |
| 2361.**363. MTVI GROUP** | 2362.**364. GENNADIY BORISOV** |
| 2363.**365. MUSICBANK** | 2364.**366. DON ROSENFELD** |
| 2365.**367. MUSICBANK, INCORPORATED** | 2366.**368. PIERCE LEDBETTER** |
| 2367.**369. MYCFO INC.** | |
| 2368.**371. MYCITY.COM** | 2369.**372. WOLF SHLAGMAN** |
| 2370.**373. NANCY ROSE & ASSOCIATES** | 2371.**374. NANCY Y. ROSE** |
| 2372.**375. NATIONAL ASSOCIATION OF MEDIA INVENTIONS CENTERS(NAMTC)** | 2373.**376. JON WIBBELS** |
| 2374.**377. NCR** | 2375.**378. KATHLEEN HOFFER** |
| 2376.**379. NEC** | 2377.**380. LARRY MCCAIN** |
| 2378.**381. NETCUBATOR** | 2379.**382. GEMAL SEEDE** |
| 2380.**383. NEURON BROADCASTING TECHNOLOGIES** | 2381.**384. RONALD CROPPER** |
| 2382.**385. NOMAD FILM PROJECT, THE** | 2383.**386. JENS JOHANSEN** |
| 2384.**387. NY ARCHDIOCESE** | 2385.**388. MIKE LAVERY** |
| 2386.**389. OASIS OUTSOURCING, INC.** | 2387.**390. DAVE BROWN** |
| 2388.**391. OCEAN DRIVE MAGAZINE** | 2389.**392. MARC ABRAMS** |
| 2390.**393. ON2.COM INC.** | 2391.**394. DAN MILLER** |
| 2392.**395. ON2.COM INC.** | 2393.**396. STRAUSS ZELNICK** |
| 2394.**397. ONE LIBERTY VENTURES** | 2395.**398. DUNCAN MCCALLUM** |
| 2396.**399. ONLOAN** | 2397.**400. RICHARD POLUMBO** |
| 2398.**401. ONLOAN** | 2399.**402. BARNEY DANZANSKY** |
| 2400.**403. ONVISION TECHNOLOGIES** | 2401.**404. RICHARD E. BENNETT** |
| 2402.**405. ONVISION TECHNOLOGIES** | 2403.**406. WILLIAM SWARTZ** |
| 2404.**407. OPENGRAPHICS CORPORATION** | 2405.**408. STEVE SUTHERLAND** |
| 2406.**409. OPPENHEIMERFUNDS** | 2407.**410. AL NAGARAJ** |
| 2408.**411. PACIFIC CAPITAL GROUP, INC.** | 2409.**412. ROBERT WEBSTER** |
| 2410.**413. PACIFIC CAPITAL GROUP, INC.** | 2411.**414. GREGG W. RITCHIE** |
| 2412.**415. PACKET VIDEO CORP** | 2413.**416. JIM CAROL** |
| 2414.**417. PAINE WEBBER GROUP INC.** | 2415.**418. MARTIN D. MAGIDA** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2416.**419. PAINE WEBBER GROUP INC** | 2417.**420. PETER ZURKOW** |
| 2418.**421. PAINE WEBBER GROUP INC.** | 2419.**422. FRANK DRAZKA** |
| 2420.**423. PARAMOUNT PICTURES** | 2421.**424. ROBERT G. FRIEDMAN** |
| 2422.**425. PARATECH RESOURCES INC.** | 2423.**426. STUART BELLOFF** |
| 2424.**429. PAUL C. HEESCHEN CONSULTING** | 2425.**430. PAUL C. HEESCHEN** |
| 2426.**431. PAUL C. PERSHES** | 2427.**432. PAUL C. PERSHES** |
| 2428.**433. PAUL C. REISCHE** | 2429.**434. PAUL C. REISCHE** |
| 2430.**435. PAYFORVIEW.COM** | 2431.**436. DAN SCOTT** |
| 2432.**437. PEPPER HAMILTON LLP** | 2433.**438. STEVE FEDER** |
| 2434.**439. PEQUOT CAPITAL MANAGEMENT, INC.** | 2435.**440. JAMES P. MCNIEL** |
| 2436.**441. RAYMOND JAMES & ASSOCIATES** | 2437.**442. MICHAEL KRALL** |
| 2438.**443. RAYMOND JAMES & ASSOCIATES** | 2439.**444. REUBEN JOHNSON** |
| 2440.**445. RAYMOND JAMES & ASSOCIATES** | 2441.**446. BO GODBOLD** |
| 2442.**447. RAYMOND JAMES & ASSOCIATES** | 2443.**448. PHIL LEIGH** |
| 2444.**449. RAYMOND JAMES & ASSOCIATES, INC.** | 2445.**450. DR. ROBERT D. DRESSLER-SC.** |
| 2446.**451. RAZORFISH, INC.** | 2447.**452. JOHN SCAPPATURA** |
| 2448.**453. REAL 3D®, INC./INTEL SGI & LOCKHEED** | 2449.**454. ROSALIE BIBONA** |
| 2450.**455. REAL 3D®, INC./INTEL SGI & LOCKHEED** | 2451.**456. STEVE COCHRAN** |
| 2452.**457. REAL 3D®, INC./INTEL SGI & LOCKHEED** | 2453.**458. TIM CONNOLLY** |
| 2454.**459. REAL 3D®, INC./INTEL SGI & LOCKHEED** | 2455.**460. GERALD W. STANLEY** |
| 2456.**461. REAL 3D®, INC./INTEL SGI & LOCKHEED** | 2457.**462. DAVID BOLTON** |
| 2458.**465. REALCAST** | 2459.**466. STEVEN KIMMEL** |
| 2460.**467. REALNETWORKS INC.** | 2461.**468. BRANT WILLIAMS** |
| 2462.**469. REALSELECT, INC.** | 2463.**470. JONATHAN GREENBLATT** |
| 2464.**471. RED DOT NET** | 2465.**472. THOMAS A. SZABO** |
| 2466.**473. RED LEAF VENTURE CAPITAL** | 2467.**474. LYNDA KEELER** |
| 2468.**475. REDPOINT VENTURES/BRENTWOOD VENTURES** | 2469.**476. G. BRADFORD JONES** |
| 2470.**477. REDPOINT VENTURES/BRENTWOOD VENTURES** | 2471.**478. GREG MARTIN** |
| 2472.**479. REEF®** | 2473.**480. PHILIPPE BRAWERMAN** |
| 2474.**481. REGENESIS HOLDINGS INC.** | 2475.**482. MITCHELL B. SANDLER** |
| 2476.**483. REVOLUTION VENTURES** | 2477.**484. JASON JORDAN** |
| 2478.**485. RIPP ENTERTAINMENT GROUP** | 2479.**486. ARTIE RIPP** |
| 2480.**487. ROBERT M. CHIN** | 2481.**488. ROBERT M. CHIN** |
| 2482.**489. SHARP** | 2483.**490. GEORGE O. ROBERTS, JR.** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2484.**491. SHELTER VENTURES** | 2485.**492. ART BILGER** |
| 2486.**493. SHELTER VENTURES** | 2487.**494. KEVIN WALL** |
| 2488.**495. SHIRO F. SHIRAGA** | 2489.**496. SHIRO F. SHIRAGA** |
| 2490.**497. SIAR CAPITAL** | 2491.**498. PHIL ANDERSON** |
| 2492.**499. SIGHTSOUND TECHNOLOGIES** | 2493.**500. SCOTT SANDER** |
| 2494.**501. SIGNCAST** | 2495.**502. KEVIN BERG** |
| 2496.**503. SILVER LINING PRODUCTIONS** | 2497.**504. LINDA K. HALPERT** |
| 2498.**505. SILVER YOUNG FUND** | 2499.**506. LAWRENCE SILVER** |
| 2500.**507. SILVER YOUNG FUND** | 2501.**508. ALAN YOUNG** |
| 2502.**509. SITESNET.COM** | 2503.**510. CONRAD VERNON** |
| 2504.**511. SMARTSPEED** | 2505.**512. AL WOODRUFF** |
| 2506.**513. SOLIDWORKS CORPORATION** | 2507.**514. JON K. HIRSCHTICK** |
| 2508.**515. SOLOMON SMITH BARNEY** | 2509.**516. MICHAEL GUYTAN** |
| 2510.**517. SOLOMON SMITH BARNEY** | 2511.**518. MICHAEL CHRISTENSON** |
| 2512.**519. SONY PICTURES DIGITAL ENTERTAINMENT** | 2513.**520. DOUGLAS CHEY** |
| 2514.**521. SONY PICTURES DIGITAL ENTERTAINMENT** | 2515.**522. CORII BERG** |
| 2516.**523. SOTHEBY'S HOLDINGS, INC.** | 2517.**524. A. ALFRED TAUBMAN** |
| 2518.**525. SOUTHEAST INTERACTIVE** | 2519.**526. DAVID C. BLIVIN** |
| 2520.**527. SOUTHEAST RESEARCH PARTNERS/RYAN BECK** | 2521.**528. PETER ENDERLAN** |
| 2522.**529. SPORTSCHANNEL FLORIDA, INC.** | 2523.**530. ROD MICKLER** |
| 2524.**531. SPORTSLINE USA, INC.** | 2525.**532. GREG LEWIS** |
| 2526.**533. SPORTSLINE USA, INC.** | 2527.**534. MICHAEL LEVY** |
| 2528.**535. SPRING COMMUNICATIONS, INC.** | 2529.**536. JOHN RUBEY** |
| 2530.**537. SPROUT GROUP** | 2531.**538. BEN DEROSA** |
| 2532.**539. SRO CONSULTANTS/MICROSOFT** | 2533.**540. MIKE MCGINLEY** |
| 2534. | 2535.**541. RICHARD CHWATT** |
| 2536.**542. STAMPFINDER.COM** | 2537.**543. RICHARD LEHMAN** |
| | 2538.**544. STEVEN J. PEREGE** |
| 2539.**545. STREAMCENTER.COM** | |
| 2540.**546. STREAMING EYE MEDIA** | |
| 2541.**547. STREAMING SOLUTIONS INC.** | 2542.**548. JIM ERIKSON** |
| 2543.**549. STREAMINGMEDIA.COM** | 2544.**550. RICHARD BOWSHER** |
| 2545.**551. SUPERSCAPE INC.** | 2546.**552. STEVE TIMMERMAN** |
| 2547.**553. SUPERSCAPE INC.** | 2548.**554. JOHN KING** |
| 2549.**555. SWISS LIFE COMPANIES** | 2550. |
| 2551.**556. SY PARTNERS** | 2552.**557. LAWRENCE M. SILVER** |
| 2553.**558. SYLVAN VENTURES** | 2554.**559. BRETT FORMAN** |
| 2555.**560. TALISMAN GROUP** | 2556.**561. LAWRENCE TALISMAN** |
| 2557.**562. VERTEX GROUP, INC.** | 2558.**563. ROBERT ZELINKA** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2559.**564.  VERTICALNET** | 2560.**565.  DEAN SIVLEY** |
| 2561.**566.  VIACOM ENTERTAINMENT GROUP** | 2562.**567.  THOMAS B. MCGRATH** |
| 2563.**568.  VIANT** | 2564.**569.  BRIAN SPAULDING** |
| 2565.**570.  VIDEO ON DEMAND NETWORK** | 2566.**571.  RONALD J. OBSGARTEN** |
| 2567.**572.  VIDYAH, LLC** | 2568.**573.  NOAH E. HOCKMAN** |
| 2569.**574.  VIEWPOINT** | 2570.**575.  ROBERT RICE** |
| 2571.**576.  VIRAGE, INC.** | 2572.**577.  CHRIS TORKELSON** |
| 2573.**578.  VIRTUAL IMPACT PRODUCTIONS, INC.** | 2574.**579.  MICHELLE L. ROBINSON** |
| 2575.**580.  VIRTUAL WORLD FILMS** | 2576.**581.  DAVID A. BERGEN** |
| 2577.**582.  VISIONEER** | 2578.**583.  MURRAY DENNIS** |
| 2579.**584.  VISUAL DATA CORPORATION** | 2580.**585.  ALAN M. SAPERSTEIN** |
| 2581.**586.  VISUAL DATA CORPORATION** | 2582.**587.  RANDY S. SELMAN** |
| 2583.**588.  VISUAL DATA CORPORATION** | 2584.**589.  TERENCE LEE** |
| 2585.**590.  VISUAL DATA CORPORATION** | 2586.**591.  TERRENCE LEE** |
| 2587.**592.  VODUSA** | 2588.**593.  SCOTT MARQUARDT** |
| 2589.**594.  VULCAN VENTURES AND OUR WORLD LIVE** | 2590.**595.  DAVID J. COLTER** |
| 2591.**596.  WACHENHUT RESOURCES, INC.** | 2592.**597.  MICHAEL A. VIOLA** |
| 2593.**598.  WACHOVIA BANK** | 2594.**599.  JOE S. LEE** |
| 2595.**600.  WACHOVIA SECURITIES, INC.** | 2596.**601.  CLAIRE J. WIGGILL** |
| 2597.**602.  WACHOVIA SECURITIES, INC.** | 2598.**603.  DAVID A. BUCHSBAUM** |
| 2599.**604.  WACHOVIA SECURITIES, INC.** | 2600.**605.  SCOTT BOWMAN** |
| 2601.**606.  WACHOVIA SECURITIES, INC.** | 2602.**607.  JOHN D. DEERING** |
| 2603.**608.  WALT DISNEY COMPANY, THE** | 2604.**609.  CHRIS PULA** |
| 2605.**610.  WARBURG PINCUS** | 2606.**611.  ROGER HARRIS** |
| 2607.**612.  WARNER BROS.** | 2608.**613.  DAVID J. COLTER** |
| 2609.**614.  WARNER BROS. ONLINE** | 2610.**615.  RAY CALDITO** |
| 2611.**616.  WARNER BROS. ONLINE** | 2612.**617.  CAROLYN WESSLING** |
| 2613.**618.  WATERVIEW PARTNERS** | 2614.**619.  FRANK J. BIONDI, JR.** |
| 2615.**620.  WATERVIEW PARTNERS** | 2616.**621.  KIMBERLY CHU** |
| 2617.**622.  WEAVE INNOVATIONS** | 2618.**623.  MOFE STALLINGS** |
| 2619.**624.  WEBCASTS.COM** | 2620.**625.  SCOTT KLOSOSKY** |
| 2621.**626.  WEISS, PECK & GREER VENTURE PARTNERS** | 2622.**627.  RAJ MEHRA** |
| 2623.**628.  WHERETOLIVE.COM, INC.** | 2624.**629.  BRIAN G. UTLEY** |
| | 2625.**630.  KAREN CHASTAIN** |
| | 2626.**631.  MILDRED COLON** |
| | 2627.**632.  HOWARD GUGGENHEIM** |
| | 2628.**633.  MITCHELL WOLF** |
| | 2629.**634.  N. BELOFF** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| | 2630.**635.** STUART ROSOW |
| | 2631.**636.** ED RISTAINO |
| | 2632.**637.** ROB ZEIGEN |
| | 2633.**638.** JAMIE LINEBERGER |
| 2634.**639.** ABN-AMRO PRIVATE EQUITY | 2635.**640.** DANIEL FOREMAN |
| 2636.**641.** AEC | |
| 2637.**642.** AMERICAN FUNDS ADVISORS | 2638.**643.** MARC KLEE |
| 2639.**644.** ARTHUR ANDERSEN LLP | 2640.**645.** BRIAN L. FOX |
| 2641.**646.** ARTHUR J. GALLAGHER & CO | 2642.**647.** ARTHUR J. GALLAGHER |
| 2643.**648.** ATLAS, PEARLMAN, TROP & BORKSON, P.A. | 2644.**649.** JONATHAN S. ROBBINS |
| 2645.**650.** ATTORNEY | 2646.**651.** ROD BELL |
| 2647.**652.** BEAR STEARNS | 2648.**653.** ED RIMLAND |
| 2649.**654.** C/O MICROWAVE SATELLITE INVENTIONS | 2650.**655.** FRANK MATARAZO |
| 2651.**656.** C/O THE CARLYLE GROUP | 2652.**657.** LEE PURCELL |
| 2653.**658.** CHASE MANHATTAN PRIVATE BANK, N.A. | 2654.**659.** MARK DALZIEL |
| 2655.**660.** CIBC WORLD MARKETS OPPENHEIMER | 2656.**661.** PAUL ROGERS |
| 2657.**662.** CINEMANOW, INC. | 2658.**663.** BRUCE DAVID EISEN |
| 2659.**664.** CINEMANOW, INC. | 2660.**665.** BRUCE DAVID EISEN |
| 2661.**666.** COMPAQ COMPUTERS – ECOMMERCE | 2662.**667.** JOE KAPP |
| 2663.**668.** CONVERGENT COMPANIES, INC. | 2664.**669.** GREG BROGGER |
| 2665.**670.** CYBER-CARE INC | 2666.**671.** PAUL PERCHES |
| 2667.**672.** CYBERWORLD INTERNATIONAL CORPORATION | 2668.**673.** KEITH SAEZ |
| 2669.**674.** DEUTSCHE BANC ALEX. BROWN | 2670.**675.** KEVIN CORY |
| 2671.**676.** DEUTSCHE TELEKOM, INC. | 2672.**677.** MICHAEL R. FOX |
| 2673.**678.** DEUTSCHE TELEKOM, INC. | 2674.**679.** DONALD J. HASSENBEIN |
| 2675.**680.** DIGITAL EDITING SOLUTIONS | 2676.**681.** MARKINSON BRETT |
| 2677.**682.** DIGITAL ISLAND | 2678.**683.** CLIVE WHITTAKER |
| 2679.**684.** DISNEY INTERACTIVE | 2680.**685.** GUIOMAR ALVAREZ |
| 2681.**686.** DLC NATIONAL | 2682.**687.** MICHAEL HASPEL |
| 2683.**688.** DONALDSON, LUFTKIN & JENERRETE | 2684.**689.** MITCH LESTER |
| 2685.**690.** E OFFERING CORP | 2686.**691.** ROBERT D. LONG |
| 2687.**692.** ECLIPSYS CORPORATION | 2688.**693.** HARVEY J. WILSON |
| 2689.**694.** ECLIPSYS CORPORATION | 2690.**695.** HARVEY J. WILSON |
| 2691.**696.** ERNST & YOUNG | |
| 2692.**698.** ESSEX INVESTMENT MANAGEMENT COMPANY, LLC | 2693.**699.** STICKELLS, SUSAN P. |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| 2694.**700. EXECUTIVE CONSULTING & MANAGEMENT** | 2695.**701. BARRY AHRON** |
| 2696.**702. FIRST UNION SECURITES** | 2697.**703. WAYNE HUNTER** |
| 2698.**704. FIRST UNION/WHEAT** | 2699.**705. LEE WILLET** |
| 2700.**706. GERICO STATE CAPITAL** | |
| 2701.**707. GULFSTREAM CAPITAL GROUP, L.C.** | 2702.**708. HARVEY KAYE** |
| 2703.**709. HEADWAY CORPORATE RESOURCES, INC.** | 2704.**710. GARY S. GOLDSTEIN** |
| 2705.**711. HEALTH VISION (ECLIPSYS)** | 2706.**712. IRENE HUNTER** |
| 2707.**713. HOAK CAPITAL CORPORATION** | 2708.**714. HALE HOAK** |
| 2709.**715. HRONE** | 2710.**716. GARY BROWN** |
| 2711.**717. HUIZENGA HOLDINGS INCORPORATED** | 2712.**718. CRIS V. BRANDEN** |
| 2713.**719. HUIZENGA HOLDINGS INCORPORATED** | 2714.**720. ERIC SIMS** |
| 2715.**721. HUIZENGA HOLDINGS, INC.** | 2716.**722. ROBERT J. HENNINGER** |
| 2717.**723. HUIZENGA HOLDINGS, INC.** | 2718.**724. H. WAYNE HUIZENGA JR.** |
| 2719.**725. HUIZENGA HOLDINGS, INC.** | 2720.**726. RICHARD PALUMBO** |
| 2721.**727. INTERNET INVESTMENT BANKING SERVICES** | 2722.**728. RICHARD HOLMAN** |
| 2723.**729. INTERNETTRAIN** | 2724.**730. WALTER MEREMIANIN** |
| 2725.**731. INTERNETTRAIN** | 2726.**732. NICHOLAS MEREMIANIN** |
| 2727.**733. INVESTECH** | 2728.**734. H. WAYNE HUIZENGA JR.** |
| 2729.**735. J. H. WHITNEY & CO.** | 2730.**736. KEVIN CURLEY** |
| 2731.**737. JW SELIGMAN** | 2732.**738. STORM BOSWICK** |
| 2733.**739. JW SELIGMAN** | 2734.**740. CHRIS BOOVA** |
| 2735.**741. LANCORE REALTY, INC.** | 2736.**742. TIMOTHY VALLANCE** |
| 2737.**743. YORK TELECOM** | 2738.**744. YORK WANG** |
| | 2739.**745. JEAN SPENCE** |
| | 2740.**746. LILIANA & NAIOMI GOMEZ** |
| | 2741.**747. MATT ROSEN** |
| | 2742.**748. ALLAN APPLESTEIN** |
| | 2743.**749. CHRIS CONKLIN** |
| | 2744.**750. IRA BOGNER** |
| | 2745.**751. IVAN TABACK** |
| | 2746.**752. WAYNE E. LEGUM** |
| | 2747.**753. RAND ELLER** |
| | 2748.**754. JEAN SPENCE** |
| | 2749.**755. PETER M. NALLEY** |
| | 2750.**756. PETER CALIN** |
| | 2751.**757. PETER M. NALLER** |
| | 2752.**758. RICHARD KESNER** |
| | 2753.**759. LILIANA & NAIOMI GOMEZ** |
| | 2754.**760. CHRISTIAN IANTONI** |

## CONFLICT OF INTEREST DISCLOSURE FORM

| COMPANY | FULL NAME – NDA SIGNOR |
|---|---|
| | 2755.**761.** DANIEL A. STAUBER |
| | 2756.**762.** MR. DOLLINGER |
| | 2757.**763.** ALLAN APPLESTEIN |
| | 2758.**764.** STEVE JACOBS |
| | 2759.**765.** THOMAS HANKINS |
| | 2760.**766.** RHYS RYAN |
| 2761.**767.** MICROSOFT CORPORATION | 2762.**768.** DANIEL SOKOLOFF, MIKE MCGINLEY, WILL POOLE |

## 2763. MPEGLA, LLC.

| | |
|---|---|
| **2764.**1.   A&R CAMBRIDGE LIMITED | **2765.2.**   AAV AUSTRALIA PTY LTD |
| 2766.**3.**   ACCESS MEDIA S.P.A. | 2767.**4.**   ACTION ASIA LIMITED |
| 2768.**5.**   ACTION DUPLICATION INC. | 2769.**6.**   ACTION ELECTRONICS CO., LTD. |
| 2770.**7.**   ACTION INDUSTRIES (M) SDN. BHD. ACOUSTIC SYSTEMS, INC. | 2771.**8.**   ADCOCOM GMBH |
| 2772.**9.**   ADDONICS TECHNOLOGIES, INC. | 2773.**10.**   ADI CORPORATION |
| 2774.**11.**   ADSPACE NETWORKS, INC. | 2775.**12.**   AEON DIGITAL CORP |
| 2776.**13.**   AEROFLEX LINTEK, INC. | 2777.**14.**   AGILETV CORPORATION |
| 2778.**15.**   AHEAD SOFTWARE AG | 2779.**16.**   AHEAD SOFTWARE INCORPORATED |
| 2780.**17.**   AIRSHOW, INC. | 2781.**18.**   AIWA CO., LTD. |
| 2782.**19.**   ALCATEL | 2783.**20.**   ALCO DIGITAL DEVICES LIMITED |
| 2784.**21.**   ALCORN MCBRIDE, INC. | 2785.**22.**   ALIENWARE CORPORATION |
| 2786.**23.**   ALIENWARE LIMITED | 2787.**24.**   ALPINE ELECTRONICS, INC. |
| 2788.**25.**   AMLOGIC, INC. | 2789.**26.**   AMNIS SYSTEMS INC. |
| 2790.**27.**   AMPHION SEMICONDUCTOR (ASIA) LIMITED | 2791.**28.**   AMPHION SEMICONDUCTOR INC. |
| 2792.**29.**   AMPHION SEMICONDUCTOR LIMITED | 2793.**30.**   AMSTRAD PLC |
| 2794.**31.**   AMX | 2795.**32.**   ANALYTOTAL LTD. |
| 2796.**33.**   AOL TIME WARNER INC. | 2797.**34.**   APIM INFORMATIQUE S.A.R.L. |
| 2798.**35.**   APLUS TECHNICS CO., LTD. | **2799.36.**   APOLLO ELECTRONICS GROUP LIMITED |
| | 2800.**641** APPLE COMPUTER, INC. |
| 2801.**37.**   ARIMA COMPUTER CORP. | 2802.**38.**   ASC AUDIO VIDEO CORPORATION |
| 2803.**39.**   ASE TECHNOLOGIES, INC. | 2804.**40.**   ASTRODESIGN, INC. |
| 2805.**41.**   ATL ELECTRONICS (M) SDN. BHD. | 2806.**42.**   ATL HONG KONG LIMITED |
| 2807.**43.**   ATLM TAIWAN INC. | 2808.**44.**   AUDIOVOX ELECTRONICS CORPORATION |
| 2809.**45.**   AUTODESK, INC. | 2810.**46.**   AXIS COMMUNICATIONS AB |
| 2811.**47.**   B.H.A. CORPORATION | 2812.**48.**   B.U.G., INC. |
| 2813.**49.**   BANG & OLUFSEN A/S | 2814.**50.**   BASHAW, SEAN |
| 2815.**51.**   BEAUTIFUL ENTERPRISE CO., LTD | 2816.**52.**   BENNARTS |

## CONFLICT OF INTEREST DISCLOSURE FORM

2817.**53.**   BILLIONTON SYSTEMS INC.

2818.**54.**   BITCTRL SYSTEMS GMBH

2819.**55.**   BLONDER TONGUE LABORATORIES, INC.

2820.**56.**   BOSE CORPORATION

2821.**57.**   BROADCAST SPORTS INC.

2822.**58.**   BROADCAST TECHNOLOGY LIMITED

2823.**59.**   BUFFALO INC.

2824.**60.**   BUSINESS AS SONIC FOUNDRY MEDIA SERVICES

2825.**61.**   CANON INC.

2826.**62.**   CASIO COMPUTER CO., LTD.

2827.**63.**   C-CUBE MICROSYSTEMS, INC.

2828.**64.**   CD LINJA, DIGITAL COMMUNICATION MEDIA OY

2829.**65.**   CELLSTACK SYSTEMS LTD

2830.**66.**   CENDYNE, INC.

2831.**67.**   CEQUADRAT (USA), INC.

2832.**68.**   CGI VERWALTUNGSGESELLSCHAFT MBH CHEERTEK INC.

2833.**69.**   CHUMIECKI, TOMASZ J.

2834.**70.**   CINE MAGNETICS VIDEO & DIGITAL LABORATORIES

2835.**71.**   CINEFORM, INC.

2836.**72.**   CINRAM FRANCE, S.A.

2837.**73.**   CINRAM INC.

2838.**74.**   CINRAM INTERNATIONAL INC.

2839.**75.**   CINRAM LATINOAMERICANA S.A. DE C.V.

2840.**76.**   CINRAM NEDERLAND B.V.

2841.**77.**   CINRAM OPTICAL DISCS, S.A.

2842.**78.**   CINRAM U.K. LTD.

2843.**79.**   CIRRUS LOGIC INC.

2844.**80.**   CIS TECHNOLOGY INC.

2845.**81.**   CISCO AUSTRALIA

2846.**82.**   CISCO CANADA

2847.**83.**   CISCO JAPAN

2848.**84.**   CISCO SYSTEMS BV AND CISCO SYSTEMS CAPITAL BV

2849.**85.**   CISCO SYSTEMS CAPITAL

2850.**86.**   CISCO SYSTEMS, INC.

2851.**87.**   CLARION CO., LTD.

2852.**88.**   CODEX NOVUS, INC.

2853.**89.**   COLUMBIA DIGITAL MEDIA, INC.

2854.**90.**   COMPAQ COMPUTER CORPORATION

2855.**91.**   COMPUTATIONAL ENGINEERING INTERNATIONAL

2856.**92.**   COMPUTER MODULES, INC.

2857.**93.**   CORNET TECHNOLOGY, INC.

2858.**94.**   COULL LIMITED

2859.**95.**   CUSTOM TECHNOLOGY CORPORATION

2860.**96.**   CYBERLINK CORP.

2861.**97.**   CYRUS ELECTRONICS LTD.

2862.**98.**   D&M HOLDINGS, INC.

2863.**99.**   D+P GMBH

2864.**100.**   DAEWOO ELECTRONICS CORPORATION

2865.**101.**   DAI HWA INDUSTRIAL CO., LTD.

2866.**102.**   DARIM VISION CO.

2867.**103.**   DATA BECKER GMBH & CO. KG DATATON UTVECKLINGS AB

2868.**104.**   DCM DANMARK, DIGITAL COMMUNICATION MEDIA APS

## CONFLICT OF INTEREST DISCLOSURE FORM

2869.**105. DCM SWEDEN, DIGITAL COMMUNICATION MEDIA AB**

2870.**106. DCM TRIDATA, DIGITAL COMMUNICATION MEDIA AB**

2871.**107. DEFINITION CONSULTANTS LTD.**

2872.**108. DELCO ELECTRONICS CORPORATION**

2873.**109. DELL PRODUCTS, L.P.**

2874.**110. DENON ELECTRONIC GMBH**

2875.**111. DENON, LTD.**

2876.**112. DIGATRON INDUSTRIE-ELEKTRONIK GMBH**

2877.**113. DIGION, INC.**

2878.**114. DIGITAL AUDIO DISC CORPORATION**

2879.**115. DIGITAL COMMUNICATION MEDIA AB**

2880.**116. DIGITAL MEDIA TECHNOLOGIES, LTD.**

2881.**117. DIGITAL NETWORKS NORTH AMERICA, INC.**

2882.**118. DIGITAL TRANSMISSION EQUIPMENT**

2883.**119. DIGITAL VIDEO SERVICES**

2884.**120. DIGITAL VISION AB**

2885.**121. DIGITALFABRIKEN GÖTEBORG, DIGITAL COMMUNICATION MEDIA AB**

2886.**122. DIOTECH SMT PRODUCT CO., LTD.**

2887.**123. DIRECT BROADCASTING SATELLITE CORPORATION**

2888.**124. DIRECTSAT CORPORATION**

2889.**125. DISCTRONICS MANUFACTURING (UK) LIMITED**

2890.**126. DISH ENTERTAINMENT CORPORATION**

2891.**127. DISH FACTORY DIRECT CORPORATION**

2892.**128. DISH, LTD.**

2893.**129. DIVA SYSTEMS CORPORATION DIVXNETWORKS, INC. (DIVX)**

2894.**130. DOREMI LABS, INC.**

2895.**131. DRASTIC TECHNOLOGIES LTD. DRESEARCH DIGITAL MEDIA SYSTEMS GMBH**

2896.**132. DVD RETAIL LTD. (MIRROR)**

2897.**133. DX ANTENNA CO., LTD.**

2898.**134. EASTERN ASIA TECHNOLOGY LIMITED**

2899.**135. EASTWIN TECHNOLOGY INC**

2900.**136. EASTWIN TECHNOLOGY INDUSTRIES (HUI YANG) CO. LTD.**

2901.**137. EASY SYSTEMS JAPAN LTD.**

2902.**138. ECHONET BUSINESS NETWORK, INC.**

2903.**139. ECHOSPHERE CORPORATION**

2904.**140. ECHOSPHERE DE MEXICO S.DE R.L. DE. C.V.**

2905.**141. ECHOSTAR ACCEPTANCE CORPORATION**

2906.**142. ECHOSTAR COMMUNICATIONS CORPORATION**

2907.**143. ECHOSTAR DBS CORPORATION**

2908.**144. ECHOSTAR INDONESIA CORPORATION**

2909.**145. ECHOSTAR INTERNATIONAL CORPORATION ECHOSTAR INTERNATIONAL (MARITIUS LIMITED)**

2910.**146. ECHOSTAR KUX CORPORATION**

2911.**147. ECHOSTAR MANUFACTURING AND DISTRIBUTION PRIVATE LIMITED (INDIA) ECHOSTAR NORTH AMERICA CORPORATION**

2912.**148. ECHOSTAR PAC CORPORATION**

2913.**149. ECHOSTAR REAL ESTATE CORPORATION**

2914.**150. ECHOSTAR REAL ESTATE CORPORATION II**

## CONFLICT OF INTEREST DISCLOSURE FORM

2915.**151. ECHOSTAR SATELLITE BROADCASTING CORPORATION**

2916.**152. ECHOSTAR SATELLITE CORPORATION**

2917.**153. ECHOSTAR SPACE CORPORATION**

2918.**154. ECHOSTAR TECHNOLOGY, INC.**

2919.**155. ECM SYSTEMS LTD.**

2920.**156. EDGE CO., LTD.**

2921.**157. EG TECHNOLOGY, INC.**

2922.**158. EK3 TECHNOLOGIES INC.**

2923.**159. ELMA INGÉNIERIE INFORMATIQUE**

2924.**160. EMI GLOBAL, INC.**

2925.**161. EMI RECORDED MUSIC**

2926.**162. ENLIGHT CORPORATION**

2927.**163. ENSEO, INC.**

2928.**164. E-SAT, INC.**

2929.**165. ESBUY.COM**

2930.**166. ESDG KONSULT AB**

2931.**167. E-SOFT COMPUTER CO., LTD.**

2932.**168. ETRONICS CORPORATION**

2933.**169. EURONIMBUS S.A.**

2934.**170. EVATONE, INC.**

2935.**171. EXATEL VISUAL SYSTEMS, INC.**

2936.**172. FINEARCH INC.**

2937.**173. FIRST VIRTUAL COMMUNICATIONS, INC.**

2938.**174. FLEXTRACKER SDN. BHD.**

2939.**175. FORMATION, INC.**

2940.**176. FREY TECHNOLOGIES, LLC**

2941.**177. FUJITSU LIMITED**

2942.**178. FUJITSU SIEMENS COMPUTERS**

2943.**179. FUJITSU SIEMENS COMPUTERS (PTY) LTD**

2944.**180. FUJITSU SIEMENS COMPUTERS A/S**

2945.**181. FUJITSU SIEMENS COMPUTERS AB**

2946.**182. FUJITSU SIEMENS COMPUTERS AG**

2947.**183. FUJITSU SIEMENS COMPUTERS AS**

2948.**184. FUJITSU SIEMENS COMPUTERS BV**

2949.**185. FUJITSU SIEMENS COMPUTERS D.D.**

2950.**186. FUJITSU SIEMENS COMPUTERS GMBH**

2951.**187. FUJITSU SIEMENS COMPUTERS KFT**

2952.**188. FUJITSU SIEMENS COMPUTERS LTD**

2953.**189. FUJITSU SIEMENS COMPUTERS OY**

2954.**190. FUJITSU SIEMENS COMPUTERS S.R.O.**

2955.**191. FUJITSU SIEMENS COMPUTERS SA**

2956.**192. FUJITSU SIEMENS COMPUTERS SL FUJITSU SIEMENS COMPUTERS SP. Z.O.O.**

2957.**193. FUJITSU SIEMENS COMPUTERS SPA**

2958.**194. FUJITSU TEN LIMITED**

2959.**195. FUNAI ELECTRIC CO., LTD.**

2960.**196. FUTIC ELECTRONICS LTD**

2961.**197. GATEWAY, INC.**

2962.**198. GBM ADVANCED TECHNOLOGY INTERNATIONAL INC.**

2963.**199. GENERAL INSTRUMENT CORPORATION**

2964.**200. GENERIC MEDIA INC.**

2965.**201. GENIX INFOCOMM CO., LTD.**

2966.**202. GLOBAL WEB TV, INC.**

2967.**203. GPX, INC.**

2968.**204. GRASS VALLEY (US) INC.**

2969.**205. GREAT WALL DIGITECH LIMITED**

2970.**206. GRUNDIG AG**

2971.**207. GYRO MEDIA AB**

2972.**208. GYRO SOFT AB**

## CONFLICT OF INTEREST DISCLOSURE FORM

2973.**209. HARMAN INTERNATIONAL INDUSTRIES/MADRIGAL AUDIO LABORATORIES, INC.**

2974.**210. HARMONIC INC.**

2975.**211. HARVESTS MULTIMEDIA PTE LTD.**

2976.**212. HEIM SYSTEMS GMBH**

2977.**213. HELIUS INC.**

2978.**214. HEURIS LOGIC INCORPORATED**

2979.**215. HEWLETT-PACKARD COMPANY**

2980.**216. HIBINO DATA-COM CO., LTD.**

2981.**217. HIGH SPEED VIDEO INC.**

2982.**218. HITACHI BUSINESS SOLUTIONS CO., LTD.**

2983.**219. HITACHI COMMUNICATION SYSTEMS, INCORPORATED**

2984.**220. HITACHI ELECTRONICS ENGINEERING CO., LTD.**

2985.**221. HITACHI ELECTRONICS PRODUCTS (MALAYSIA) SDN. BHD.**

2986.**222. HITACHI ENGINEERING CO., LTD.**

2987.**223. HITACHI HOME ELECTRONICS (AMERICA), INC.**

2988.**224. HITACHI HOME ELECTRONICS (EUROPE), LTD.**

2989.**225. HITACHI HOMETEC, LTD.**

2990.**226. HITACHI INFORMATION SYSTEMS, LTD.**

2991.**227. HITACHI KOKUSAI ELECTRIC INC.**

2992.**228. HITACHI SK SOCIAL SYSTEM CO., LTD. HITACHI SOFTWARE ENGINEERING AMERICA, LTD.**

2993.**229. HITACHI SOFTWARE ENGINEERING CO., LTD.**

2994.**230. HITACHI SOFTWARE ENGINEERING EUROPE S.A. HITACHI SOFTWARE GLOBAL TECHNOLOGY, LTD.**

2995.**231. HITACHI TECHNOLOGY (TAIWAN) LTD.**

2996.**232. HITACHI TELECOM TECHNOLOGIES, LTD. HONG KONG TOHEI E.M.C. CO., LTD.**

2997.**233. HITACHI, LTD.**

2998.**234. HOUSTON TRACKER SYSTEMS, INC.**

2999.**235. HT VENTURES, INC.**

3000.**236. HUGHES NETWORK SYSTEMS**

3001.**237. HUI YANG EASTWAY ELECTRONICS CO., LTD**

3002.**238. HUMAX CO., LTD.**

3003.**239. HUMAX ELECTRONIC LTD.**

3004.**240. HYUNWOO MCPLUS CO., LTD.**

3005.**241. IBE, INC.**

3006.**242. IKEGAMI TSUSHINKI CO., LTD.**

3007.**243. IMAGINATION TECHNOLOGIES LIMITED**

3008.**244. IMEDIA CORPORATION**

3009.**245. IMPATH NETWORKS, INC.**

3010.**246. IMS INTERNATIONAL MEDIA SERVICE SPA**

3011.**247. INDEPENDENT MASTERS LTD.**

3012.**248. INDOOR OUTDOOR ENTERTAINMENT, S.A.**

3013.**249. INFOCITY, INC.**

3014.**250. INFOVALUE COMPUTING, INC.**

3015.**251. INNOBITS AB**

3016.**252. INNOVISION LIMITED**

3017.**253. INSTITUT FUER RUNDFUNKTECHNIK GMBH**

3018.**254. INTERNATIONAL ANTEX, INC. INTERNATIONAL FIBER SYSTEMS, INC.**

3019.**255. INTERNATIONAL IMAGE SERVICES CORP. DOING**

3020.**256. INTERNATIONAL PADI, INC.**

## CONFLICT OF INTEREST DISCLOSURE FORM

3021.**257. INTERRA DIGITAL VIDEO TECHNOLOGIES**

3022.**258. INTERVIDEO, INC.**

3023.**259. INVENTEC ELECTRONICS (M) SDN. BHD.**

3024.**260. IZOTOPE, INC.**

3025.**261. J HEPPLE, INCORPORATED**

3026.**262. JAPAN COMMUNICATION EQUIPMENT CO., LTD.**

3027.**263. JAPAN DIGITAL LABORATORY CO., LTD.**

3028.**264. JAPAN RADIO CO., LTD.**

3029.**265. JAPAN WAVE INC.**

3030.**266. JATON COMPUTER CO., LTD.**

3031.**267. JEPPESEN SANDERSON, INC.**

3032.**268. JEPRO CO., LTD.**

3033.**269. JIN SHEN LONG ELECTRONICS (SHEN ZHEN) CO., LTD**

3034.**270. KABUSHIKIGAISYA FUJIYADENKI SEISAKUSYO**

3035.**271. KALEIDESCAPE CANADA, INC.**

3036.**272. KALEIDESCAPE, INC.**

3037.**273. KALYANI SHARP INDIA LIMITED**

3038.**274. KDG FRANCE SAS**

3039.**275. KDG MEDIATECH AG**

3040.**276. KDG NETHERLANDS BV**

3041.**277. KDG UK LTD**

3042.**278. KENT WORLD CO., LTD**

3043.**279. KENWAY TECHNOLOGY INDUSTRIES (HUI YANG) CO. LTD.**

3044.**280. KENWOOD CORPORATION**

3045.**281. KINKI GENERAL SERVICE CO., LTD.**

3046.**282. KONINKLIJKE PHILIPS ELECTRONICS N.V.**

3047.**283. KRELL INDUSTRIES, INC.**

3048.**284. KTECH TELECOMMUNICATIONS, INC.**

3049.**285. KUME ELECTRIC CORPORATION**

3050.**286. L-3 COMMUNICATIONS SYSTEMS WEST**

3051.**287. LAWRENCE LIVERMORE NATIONAL LABORATORY**

3052.**288. LEICA GEOSYSTEMS GIS & MAPPING, LLC**

3053.**289. LEITCH EUROPE LIMITED**

3054.**290. LEITCH INCORPORATED**

3055.**291. LEITCH TECHNOLOGY CORPORATION**

3056.**292. LEITCH TECHNOLOGY INTERNATIONAL INC.**

3057.**293. LG ELECTRONICS INC.**

3058.**294. LIDCOM LIMITED**

3059.**295. LIFESCIENCE MEDIA**

3060.**296. LINDOWS.COM, INC.**

3061.**297. LINEAR SYSTEMS LTD.**

3062.**298. LINK RESEARCH LTD.**

3063.**299. LINN PRODUCTS LIMITED**

3064.**300. LOEWE OPTA GMBH**

3065.**301. LOGIC INNOVATIONS, INC.**

3066.**302. LOGITEC CORPORATION**

3067.**303. LOGOS LJUD OCH BILD PRODUKTION AB**

3068.**304. LONG LIVED E-COMPUTER TECHNOLOGIES CO., LTD.**

3069.**305. LSI LOGIC CORPORATION**

3070.**306. LSI SYSTEMS INC.**

3071.**307. LU KEE ELECTRONIC COMPANY LIMITED**

3072.**308. LUXSONOR SEMICONDUCTORS, INC.**

3073.**309. MACROSYSTEM DIGITAL VIDEO AG**

3074.**310. MACROSYSTEM FRANCE S.A.S.**

3075.**311. MACROSYSTEM SCHWEIZ AG**

3076.**312. MACROSYSTEM US, INC.**

3077.**313. MAINCONCEPT GMBH**

3078.**314. MAINCONCEPT LLC**

3079.**315. MANSEI CORPORATION**

3080.**316. MANUFACTURING AND TEST CO., INC. DBA MATCO**

3081.**317. MANYSTREAMS, INC.**

3082.**318. MANZANITA SYSTEMS**

3083.**319. MARANTZ JAPAN, INC.**

3084.**320. MARCONI COMMUNICATIONS, INC.**

## CONFLICT OF INTEREST DISCLOSURE FORM

3085.**321. MARK GUNNING**

3086.**322. MARS TECHNOLOGIES, INC.**

3087.**323. MASPRO DENKOH CORPORATION**

3088.**324. MATSUSHITA ELECTRIC (TAIWAN) CO., LTD.**

3089.**325. MATSUSHITA ELECTRIC (U.K.) LTD.**

3090.**326. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**

3091.**327. MATSUSHITA ELECTRONICS CORPORATION**

3092.**328. MATSUSHITA KOTOBUKI ELECTRONICS INDUSTRIES OF AMERICA INC.**

3093.**329. MATSUSHITA KOTOBUKI ELECTRONICS SALES OF AMERICA, LLC.**

3094.**330. MATSUSHITA-KOTOBUKI ELECTRONICS INDUSTRIES, LTD.**

3095.**331. MAX INTERNET COMMUNICATIONS, INC.**

3096.**332. MAXPC TECHNOLOGIES, INC.**

3097.**333. MCINTOSH LABORATORY**

3098.**334. MEDIA COMPRESSION LLC**

3099.**335. MEDIA EXCEL, INC**

3100.**336. MEDIAWARE SOLUTIONS PTY LTD.**

3101.**337. MEDIOSTREAM, INC.**

3102.**338. MEMORY-TECH CORPORATION**

3103.**339. MERIDIAN AUDIO LIMITED**

3104.**340. METATEC INTERNATIONAL, INC.**

3105.**341. METZ-WERKE GMBH & CO KG**

3106.**342. MICRO APPLICATION SA**

3107.**343. MICRO SOLUTIONS INC.**

3108.**344. MICRON GOVERNMENT COMPUTER SYSTEMS, LLC**

3109.**345. MICRONPC, LLC**

3110.**346. MICROTUNE (TEXAS), L.P.**

3111.**347. MIDSTREAM TECHNOLOGIES, INC.**

3112.**348. MINERVA NETWORKS, INC.**

3113.**349. MINTEK DIGITAL INC.**

3114.**350. MIT MEDIA LAB**

3115.**351. MITSUBISHI ELECTRIC CORPORATION**

3116.**352. MOKOH & ASSOCIATES, INC.**

3117.**353. MOONLIGHT CORDLESS LTD.**

3118.**354. MOTOROLA**

3119.**355. MPO**

3120.**356. MRT TECHNOLOGY LLC**

3121.**357. MULTIMEDIA TECHNOLOGIES, INC.**

3122.**358. MUVEE TECHNOLOGIES PTE. LTD.**

3123.**359. NAGRASTAR LLC**

3124.**360. NAIM AUDIO LTD.**

3125.**361. NAMSUNG CORPORATION**

3126.**362. NANJING SHARP ELECTRONICS CO., LTD.**

3127.**363. NATIONAL SEMICONDUCTOR CORPORATION**

3128.**364. NCR CORPORATION**

3129.**365. NCT AG**

3130.**366. NDS LIMITED**

3131.**367. NEIL GALTON CONSULTANCY LTD**

3132.**368. NEOS INTERACTIVE LTD.**

3133.**369. NEWSOFT TECHNOLOGY CORPORATION**

3134.**370. NEXT LEVEL COMMUNICATIONS, INC.**

3135.**371. NIHON COMPUTER CO., LTD.**

3136.**372. NIHON DIGITAL CONSUMER ELECTRONICS CORPORATION**

3137.**373. NIKKO DENKI TSUSHIN CORPORATION**

3138.**374. NIMBUS MANUFACTURING (UK) LTD.**

3139.**375. NIMBUS MANUFACTURING, INC.**

3140.**376. NOKIA CORPORATION BY AND THROUGH IT'S BUSINESS UNIT**

3141.**377. NOKIA HOME COMMUNICATIONS**

3142.**378. NORCENT TECHNOLOGY INC.**

3143.**379. NTK COMPUTER INC.**

3144.**380. NTT ADVANCED TECHNOLOGY CORPORATION**

## CONFLICT OF INTEREST DISCLOSURE FORM

3145.**381. NTT BROADBAND INITIATIVE INC.**

3146.**382. NTT ELECTRONICS CORPORATION**

3147.**383. NUON SEMICONDUCTOR, INC.**

3148.**384. OAK TECHNOLOGY, INC.**

3149.**385. OKI ELECTRIC INDUSTRY CO., LTD.**

3150.**386. ONKYO (MALAYSIA) SDN. BHD**

3151.**387. ONKYO CORPORATION**

3152.**388. ONKYO ELECTRONICS CORPORATION**

3153.**389. ONKYO EUROPE ELECTRONICS GMBH**

3154.**390. ONKYO INDIA PVT. LTD**

3155.**391. ONKYO U.S.A. CORPORATION**

3156.**392. OPTIBASE B.V.**

3157.**393. OPTIBASE EUROPE**

3158.**394. OPTIBASE INC.**

3159.**395. OPTIBASE LTD.**

3160.**396. OPTICAL EXPERTS MANUFACTURING, INC. (OEM)**

3161.**397. OPTIDISC SOLUTIONS, LLC**

3162.**398. ORION AMERICA, INC.**

3163.**399. ORION ELECTRIC (U.K.) LTD.**

3164.**400. ORION ELECTRIC CO., LTD.**

3165.**401. P. GUERRA S.R.L.**

3166.**402. PAC INTERACTIVE TECHNOLOGY, INC.**

3167.**403. PACE MICRO TECHNOLOGY PLC**

3168.**404. PADUS, INC.**

3169.**405. PANASONIC AUTOMOTIVE SYSTEMS COMPANY OF AMERICA**

3170.**406. PANASONIC AVC NETWORKS AMERICA, A DIVISION OF MATSUSHITA ELECTRIC CORPORATION OF AMERICA**

3171.**407. PANASONIC AVC NETWORKS AUSTRALIA PTY. LTD.**

3172.**408. PANASONIC AVC NETWORKS GERMANY GMBH**

3173.**409. PANASONIC AVC NETWORKS SINGAPORE PTE LTD**

3174.**410. PANASONIC COMMUNICATIONS CO., LTD.**

3175.**411. PANASONIC DIGITAL NETWORK SERVE INC.**

3176.**412. PANASONIC DISC MANUFACTURING CORPORATION OF AMERICA**

3177.**413. PANASONIC MOBILE COMMUNICATIONS CO., LTD.**

3178.**414. PANORAMIC MEDIA**

3179.**415. PC DTV TECHNOLOGIES, LLC**

3180.**416. PCHDTV INC.**

3181.**417. PEGASUS COMMUNICATIONS**

3182.**418. PEGASYS INC.**

3183.**419. PHOTODEX CORPORATION**

3184.**420. PICTURETOTV.COM PTE LTD.**

3185.**421. PIONEER CORPORATION**

3186.**422. PIONEER ELECTRONICS MANUFACTURING (SHANGHAI) CO., LTD.**

3187.**423. PIONEER ELECTRONICS TECHNOLOGY (U.K.) LTD.**

3188.**424. PIONEER TECHNOLOGY (MALAYSIA) SDN, BHD**

3189.**425. PIONEER VIDEO CORPORATION**

3190.**426. PIONEER VIDEO MANUFACTURING INC.**

3191.**427. PLAT'C2, INC.**

3192.**428. POPWIRE STOCKHOLM AB**

3193.**429. POZZOLI S.P.A**

3194.**430. PRIVATE EYE PRODUCTIONS**

3195.**431. PROSTAR COMPUTER, INC.**

3196.**432. PROTON CO., LTD. SOFTBOAT DIVISION COMPANY**

3197.**433. PROVIDEO MULTIMEDIA CO. LTD.**

3198.**434. PROXIMITY PTY LTD**

3199.**435. PT MATSUSHITA KOTOBUKI ELECTRONICS INDUSTRIES INDONESIA**

3200.**436. PURE MOTION LTD**

## CONFLICT OF INTEREST DISCLOSURE FORM

3201. **437.  QUESTIN' STUDIOS**

3202. **438.  RADYNE COMSTREAM**

3203. **439.  RATOC SYSTEMS, INC.**

3204. **440.  REGENCY RECORDINGS PTY LTD.**

3205. **441.  RESEARCH SYSTEMS, INC.**

3206. **442.  ROHDE & SCHWARZ GMBH & CO. KG**

3207. **443.  ROXIO APS**

3208. **444.  ROXIO CI LTD.**

3209. **445.  ROXIO GMBH & CO. KG**

3210. **446.  ROXIO INTERNATIONAL B.V.**

3211. **447.  ROXIO JAPAN INC.**

3212. **448.  ROXIO, INC.**

3213. **449.  S & T SYSTEMTECHNIK GMBH**

3214. **450.  S. ANBU EZHILAN**

3215. **451.  S.A.D. GMBH**

3216. **452.  S.N.A. (SOCIÉTÉ NOUVELLE ARÉACEM)**

3217. **453.  SALENT TECHNOLOGIES LTD.**

3218. **454.  SAMPO CORPORATION**

3219. **455.  SAMSUNG ELECTRONICS CO., LTD.**

3220. **456.  SANYO ELECTRIC CO., LTD.**

3221. **457.  SANYO LASER PRODUCTS, INC.**

3222. **458.  SANYO MANUFACTURING CORPORATION**

3223. **459.  SANYO TECHNOSOUND CO., LTD.**

3224. **460.  SASKEN COMMUNICATION TECHNOLOGIES LIMITED**

3225. **461.  SATELLITE SOURCE, INC.**

3226. **462.  SATREC MAURITIUS LIMITED**

3227. **463.  SCHEIDT & BACHMANN GMBH**

3228. **464.  SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**

3229. **465.  SCIENTIFIC-ATLANTA EUROPE N.V.**

3230. **466.  SCIENTIFIC-ATLANTA, INC.**

3231. **467.  SCI-WORX GMBH**

3232. **468.  SCOPUS NETWORK TECHNOLOGIES LTD.**

3233. **469.  SEDIMA AG**

3234. **470.  SENSORAY COMPANY, INC.**

3235. **471.  SENSORY SCIENCE CORPORATION**

3236. **472.  SERIF EUROPE LIMITED**

3237. **473.  SHANGHAI FAR YEAR TECHNOLOGY CO., LTD.**

3238. **474.  SHARP CORPORATION**

3239. **475.  SHARP ELECTRONICA ESPANA S.A**

3240. **476.  SHARP ELECTRONICA MEXICO S.A. DE C.V.**

3241. **477.  SHARP MANUFACTURING COMPANY OF AMERICA**

3242. **478.  SHARP MANUFACTURING COMPANY OF U.K.**

3243. **479.  SHARP MANUFACTURING CORPORATION (M) SDN. BHD.**

3244. **480.  SHARP THEBNAKORN MANUFACTURING**

3245. **481.  SHARP-ROXY APPLIANCES CORPORATION (M) SDN. BHD.**

3246. **482.  SHARP-ROXY ELECTRONICS CORPORATION (M) SDN. BHD.**

3247. **483.  SHENZHEN ACTION ELECTRONICS CO., LTD.**

3248. **484.  SHENZHEN KAIXINDA ELECTRONICS CO. LTD.**

3249. **485.  SHENZHEN LANDEL ELECTRONICS TECH. CO., LTD.**

3250. **486.  SHIN WON INDUSTRY CO., LTD.**

3251. **487.  SILICON CONSTRUCTION SWEDEN AB**

3252. **488.  SILICON MOTION, INC.**

3253. **489.  SIMFLEX SOFTWARE**

3254. **490.  SKYSTREAM NETWORKS INC.**

## CONFLICT OF INTEREST DISCLOSURE FORM

3255.**491. SMITH & NEPHEW, INC. ENDOSCOPY DIVISION**

3256.**492. SNELL & WILCOX LIMITED**

3257.**493. SONIC FOUNDRY MEDIA SERVICES, INC.**

3258.**494. SONIC FOUNDRY SYSTEMS GROUP, INC.**

3259.**495. SONIC FOUNDRY, INC.**

3260.**496. SONIC SOLUTIONS**

3261.**497. SONISTA, INC.**

3262.**498. SONOPRESS IBER-MEMORY, S.A., SPAIN**

3263.**499. SONOPRESS IRELAND LIMITED**

3264.**500. SONOPRESS MEXICO UNA DIVISION DE BMG ENTERTAINMENT MEXICO S.A. DE C.V.**

3265.**501. SONOPRESS PAN ASIA LTD.**

3266.**502. SONOPRESS PRODUKTIONSGESELLSCHAFT FÜR TON- UND INFORMATIONSTRÄGER**

3267.**503. SONOPRESS RIMO INDÚSTRIA E COMÉRCIO FONOGRÁFICA LTDA**

3268.**504. SONOPRESS SINGAPORE PTE LTD**

3269.**505. SONOPRESS, INC., USA**

3270.**506. SONY COMPUTER ENTERTAINMENT INC.**

3271.**507. SONY CORPORATION**

3272.**508. SONY DADC AUSTRIA AG**

3273.**509. SONY ELECTRONICS INC.**

3274.**510. SONY MUSIC ENTERTAINMENT (HONG KONG) LTD.**

3275.**511. SONY MUSIC ENTERTAINMENT (JAPAN) INC.**

3276.**512. SONY MUSIC ENTERTAINMENT MEXICO, S.A. C.V.**

3277.**513. SONY PICTURES DIGITAL INC.**

3278.**514. SONY SERVICE CENTER (EUROPE) NV**

3279.**515. SONY UNITED KINGDOM, LTD.**

3280.**516. SORD COMPUTER CORPORATION**

3281.**517. SORENSON MEDIA, INC.**

3282.**518. SOURCENEXT CORPORATION**

3283.**519. SPECTACULAIRE!**

3284.**520. SPELLINGS COMPUTER SERVICES LTD.**

3285.**521. SPORTS TRAINING MEDIA**

3286.**522. STANDARD COMMUNICATIONS CORP.**

3287.**523. STAR VIDEO DUPLICATING**

3288.**524. STARLIGHT VIDEO LIMITED**

3289.**525. STEBBING RECORDING CENTRE LTD**

3290.**526. STRATEGY & TECHNOLOGY LTD.**

3291.**527. STREAM MACHINE COMPANY**

3292.**528. STUMPFL GMBH**

3293.**529. SUMITOMO ELECTRIC INDUSTRIES, LTD.**

3294.**530. SUMMIT CD MANUFACTURE PTD LTD**

3295.**531. SUMMIT HI-TECH PTE LTD**

3296.**532. SUNIMAGE STUDIOS INC.**

3297.**533. SWEDISH CUSTOMS SERVICE**

3298.**534. SYNTERMED, INC.**

3299.**535. TAG MCLAREN AUDIO LIMITED**

3300.**536. TAISEI ELECTRONICS CO., LTD.**

3301.**537. TAKT KWIATKOWSKI I MIADZEL SP. J.**

3302.**538. TANDBERG TELEVISION ASA**

3303.**539. TATUNG CO.**

3304.**540. TDK ELECTRONICS CORPORATION**

3305.**541. TDK RECORDING MEDIA EUROPE S.A.**

3306.**542. TEAC AMERICA, INC.**

3307.**543. TEAC CORPORATION**

3308.**544. TEAC DEUTSCHLAND GMBH**

## CONFLICT OF INTEREST DISCLOSURE FORM

3309.**545. TEAC SYSTEM CREATE CORPORATION**

3310.**546. TECHNICOLOR DISC SERVICES CORPORATION**

3311.**547. TECHNICOLOR HOME ENTERTAINMENT SERVICES IRELAND LTD.**

3312.**548. TECHNICOLOR MEXICANA, S. DE RL DE CV**

3313.**549. TECHNICOLOR PTY LTD.**

3314.**550. TECHNICOLOR VIDEOCASSETTE, INC.**

3315.**551. TECHNISAT DIGITAL GMBH**

3316.**552. TECHNOSCOPE CO., LTD.**

3317.**553. TECHNOTREND AG**

3318.**554. TECHSAN I&C CO., LTD.**

3319.**555. TEKNICHE LIMITED**

3320.**556. TEKTRONIX CAMBRIDGE LIMITED**

3321.**557. TEKTRONIX, INC.**

3322.**558. TELECOM KIKI, LTD.**

3323.**559. TELEDAC INC.**

3324.**560. TELEVIEW**

3325.**561. TERR, LLC DBA 321 STUDIOS**

3326.**562. THE MIRETH TECHNOLOGY CORPORATION**

3327.**563. THOMSON**

3328.**564. THOMSON BROADBAND UK LTD.**

3329.**565. THOMSON DIGITAL EUROPE**

3330.**566. THOMSON MULTIMEDIA ASIA PACIFIC PTE LTD.**

3331.**567. THOMSON MULTIMEDIA HONG KONG LTD.**

3332.**568. THOMSON MULTIMEDIA INC.**

3333.**569. THOMSON MULTIMEDIA OPERATIONS (THAILAND) CO. LTD.**

3334.**570. THOMSON MULTIMEDIA POLSKA SP. Z O.O.**

3335.**571. THOMSON SALES EUROPE S.A.**

3336.**572. THOMSON TELEVISION ANGERS S.A.**

3337.**573. THOMSON TUBES & DISPLAYS S.A.**

3338.**574. TIVO, INC.**

3339.**575. TONIC DIGITAL PRODUCTS LIMITED**

3340.**576. TOPPAN PRINTING CO., LTD.**

3341.**577. TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

3342.**578. TOSHIBA COMPUTER SYSTEMS (SHANGHAI) CO., LTD.**

3343.**579. TOSHIBA CORPORATION**

3344.**580. TOSHIBA EUROPE GMBH**

3345.**581. TOSHIBA INFORMATION SYSTEMS (UK) LIMITED**

3346.**582. TOSHIBA TEC CORPORATION**

3347.**583. TOSHIBA VIDEO PRODUCTS PTE LTD**

3348.**584. TOTAL TECHNOLOGY CO. LTD.**

3349.**585. TOTTORI ONKYO CORPORATION**

3350.**586. TOTTORI SANYO ELECTRIC CO., LTD.**

3351.**587. TRILOGIC**

3352.**588. TROLL TECHNOLOGY CORPORATION**

3353.**589. TTIREM, INC. DBA MERITT ELECTRONICS**

3354.**590. TWELVE TONE SYSTEMS, INC. DBA CAKEWALK**

3355.**591. U.S. PHILIPS CORPORATION**

3356.**592. UEC TECHNOLOGIES (PTY) LTD.**

3357.**593. UNLIMITER LIMITED**

3358.**594. UP TECHNOLOGY CO., LTD.**

3359.**595. V.T.V. NV**

3360.**596. VBRICK SYSTEMS, INC.**

3361.**597. VCS VIDEO COMMUNICATION SYSTEMS AG**

3362.**598. VELA RESEARCH LP**

## CONFLICT OF INTEREST DISCLOSURE FORM

3363.**599. VESTEL KOMUNIKASYON SAN. TIC. A. S.**

3364.**600. VICTOR COMPANY OF JAPAN, LIMITED**

3365.**601. VIDEOTELE.COM, INC.**

3366.**602. VISIONARY SOLUTIONS INC.**

3367.**603. VISTEON CORPORATION**

3368.**604. VITEC MULTIMEDIA**

3369.**605. VITEC MULTIMEDIA INC**

3370.**606. VOB COMPUTERSYSTEME GMBH**

3371.**607. WACOM EUROPE GMBH**

3372.**608. WELTON ELECTRONICS LIMITED**

3373.**609. WESCAM EUROPE LIMITED**

3374.**610. WESCAM INC.**

3375.**611. WESCAM INCORPORATED**

3376.**612. WESCAM LLC**

3377.**613. WESCAM SONOMA INC.**

3378.**614. WIAGRA**

3379.**615. WINBOND ELECTRONICS CORP.**

3380.**616. WIS TECHNOLOGIES, INC.**

3381.**617. WOMBLE MULTIMEDIA, INC.**

3382.**618. WORLD ELECTRIC (THAILAND) LTD.**

3383.**619. WUXI MULTIMEDIA LIMITED**

3384.**620. XION GMBH**

3385.**621. XZEOS SOFTWARE SARL**

3386.**622. YA BANG INDUSTRIAL CO., LTD.**

3387.**623. YAMAHA CORPORATION**

3388.**624. YAMAHA ELECTRONICS MANUFACTURING (M) SDN.BDH.**

3389.**625. YANION COMPANY LIMITED**

3390.**626. YOKOGAWA ELECTRIC CORPORATION**

3391.**627. YUNG FU ELECTRICAL APPLIANCES CORP., LTD.**

3392.**628. ZAPEX TECHNOLOGIES, INC.**

3393.**629. ZAPMEDIA.COM, INC.**

3394.**630. ZENITH ELECTRONICS CORPORATION**

3395.**631. ZHONGSHAN KENLOON DIGITAL TECHNOLOGY CO., LTD.**

3396.**632. ZIRBES, KELLY**

3397.**633. ZOO DIGITAL GROUP PLC**

3398.**635. A&R CAMBRIDGE LIMITED**

3399.**636. AAV AUSTRALIA PTY LTD**

3400.**637. ACCESS MEDIA S.P.A.**

3401.**638. ACTION ASIA LIMITED**

3402.**639. ACTION DUPLICATION INC.**

3403.**640. ACTION ELECTRONICS CO., LTD.**

## 3404.    DVD6C LICENSING GROUP (DVD6C)

3405.1.   A&G 22 INTERNATIONAL TRADE MANAGEMENT LTD.

3406.**2.   ACTION ELECTRONICS CO., LTD.**

3407.**3.   ACTION INDUSTRIES (M) SDN. BHD.**

3408.**4.   ACTION TECHNOLOGY (SHENZHEN) CO., LTD.**

3409.**5.   ADVANCED APPLICATION TECHNOLOGY, INC.**

3410.**6.   AISIN AW CO., LTD.**

3411.**7.   ALCO DIGITAL DEVICES LIMITED**

3412.**8.   ALPINE ELECTRONICS, INC.**

3413.**9.   AMOISONIC ELECTRONICS CO., LTD.**

3414.**10.   APEX (JIANGSU) DIGITAL CO., LTD.**

3415.**11.   ARIMA COMPUTER CORPORATION**

3416.**12.   ATL ELECTRONICS (M) SDN., BHD.**

3417.**13.   ATLM (HONG KONG) LIMITED**

3418.**14.   ATLM TAIWAN INC.**

3419.**15.   BBK ELECTRONICS CORP., LTD.**

3420.**16.   BEAUTIFUL ENTERPRISE CO., LTD.**

3421.**17.   BEHAVIOR TECH COMPUTER CORP**

3422.**18.   BEIJING GOLDEN YUXING ELECTRONICS AND TECHNOLOGY CO., LTD.**

3423.**19.   BLOOM INDUSTRIAL (SHENZHEN) CO., LTD.**

3424.**20.   CHANGZHOU HAOJIE ELECTRIC CO., LTD.**

## CONFLICT OF INTEREST DISCLOSURE FORM

3425.**21.** CHANGZHOU LINLONG ELECTRICAL APPLIANCE CO., LTD. (CHINA)

3426.**22.** CHANGZHOU XINGQIU ELECTRONIC CO., LTD.

3427.**23.** CHENGZHI WINTEL DIGITAL TECHNOLOGY CO., LTD.

3428.**24.** CHUNGLAM DIGITAL, CO., LTD.

3429.**25.** CIS TECHNOLOGY INC.

3430.**26.** CLARION CO., LTD.

3431.**27.** CLAVIS LTD.

3432.**28.** COMMAX CO., LTD.

3433.**29.** DALIAN GOLDEN HUALU DIGITAL TECHNOLOGY CO., LTD.

3434.**30.** DANRIVER SYSTEM (GUANGZHOU) INC.

3435.**31.** DENSO CORPORATION

3436.**32.** DESAY A&V SCIENCE AND TECHNOLOGY CO., LTD.

3437.**33.** DINGTIAN ELECTRONICS INDUSTRY CO., LTD.

3438.**34.** DM TECHNOLOGY C0., LTD.

3439.**35.** DONG GUAN EVERVICTORY ELECTRONIC COMPANY LIMITED

3440.**36.** DONG GUAN LU KEE ELECTRONIC FACTORY

3441.**37.** DONGGUAN CITY GAOYA ELECTRONIC CO., LTD.

3442.**38.** DONGGUAN GVG DIGITAL TECHNOLOGY LTD.

3443.**39.** DONGGUAN, HUANGJIANG, JING-CHENG ELECTRONICS 9TH PLANT

3444.**40.** DVD6C LICENSING GROUP (DVD6C) PARTICIPANTS

3445.**41.** EASTERN ASIA TECHNOLOGY LIMITED

3446.**42.** EIZO NANAO CORPORATION

3447.**43.** EPO SCIENCE AND TECHNOLOGY, INC.

3448.**44.** FIRST TECHNOLOGY INTERNATIONAL (H.K.) CO., LTD.

3449.**45.** FIRST TECHNOLOGY INTERNATIONAL CO., LTD.

3450.**46.** FORCE NORWAY A.S.

3451.**47.** FORTUNE ALPHA ENTERPRISES LTD.

3452.**48.** FORTUNE ALPHA ENTERPRISES LTD.

3453.**49.** FORTUNE ALPHA ENTERPRISES LTD.

3454.**50.** FORTUNE ALPHA ENTERPRISES LTD.

3455.**51.** FORYOU GENERAL ELECTRONIC CO., LTD.

3456.**52.** FOXDA TECHNOLOGY INDUSTRIAL (SHENZHEN) CO., LTD.

3457.**53.** FOXDA TECHNOLOGY INDUSTRIAL (SHENZHEN) CO., LTD.

3458.**54.** FUJITSU TEN LIMITED

3459.**55.** FUNAI ELECTRIC CO., LTD.

3460.**56.** FUTIC ELECTRONICS LTD.

3461.**57.** GLOBAL BANK MANUFACTURE GROUP

3462.**58.** GOLDEN TAKE LTD.

3463.**59.** GP ELECTRONICS (HUIZHOU) CO., LTD.

3464.**60.** GUANGDONG KWANLOON ELECTRONICS AND TECHNOLOGY CO., LTD.

3465.**61.** GUANGZHOU DURBANG YUCHARG ELECTRONICS CO., LTD.

3466.**62.** GUANGZHOU HUADU KODA ELECTRONICS CO., LTD.

3467.**63.** GUANGZHOU HUADU KODA ELECTRONICS CO., LTD.

3468.**64.** GUANGZHOU PANYU JUDA CAR AUDIO EQUIPMENT CO., LTD.

3469.**65.** GUANGZHOU ROWA ELECTRONICS CO., LTD.

3470.**66.** GUANGZHOU YIAOU PAN CORPORATION

3471.**67.** HIMAGE HOLDINGS LIMITED

3472.**68.** HITACHI ELECTRONIC PRODUCTS (M) SDN. BHD.

3473.**69.** HITACHI TECHNOLOGY (TAIWAN), LTD

3474.**70.** HITACHI, LTD.

3475.**71.** HITACHI-LG DATA STORAGE KOREA, INC.

3476.**72.** HITACHI-LG DATA STORAGE, INC.

3477.**73.** HONG KONG TOHEI E.M.C. CO., LTD.

3478.**74.** HUIYANG EASTWAY ELECTRONICS CO., LTD.

3479.**75.** HUIZHOU FREEWAY ELECTRONIC CO., LTD.

3480.**76.** IAG LIMITED

3481.**77.** JANUS IMAGE SYSTEMS INC

3482.**78.** JATON COMPUTER CO., LTD.

3483.**79.** JIANGSU HONGTU HIGH TECHNOLOGY CO., LTD.

3484.**80.** JIANGSU SHINCO ELECTRONIC GROUP CO.

3485.**81.** JIANGSU SYBER ELECTRONIC CO., LTD.

3486.**82.** JIANGSU TOPPOWER TECH. CO., LTD.

3487.**83.** JIANGXI DIC INDUSTRIALS CO., LTD.

3488.**84.** KAM LI TAT INTERNATIONAL TRADING LTD.

3489.**85.** KENLEX TECHNOLOGY LIMITED

3490.**86.** KENLOON DIGITAL TECHNOLOGY CO., LTD.

3491.**87.** KENT WORLD CO., LTD.

3492.**88.** KENWOOD CORPORATION

3493.**89.** KENWOOD ELECTRONICS TECHNOLOGIES (M) SDN BHD

3494.**90.** KENWOOD NAGANO CORPORATION

3495.**91.** KINMA (SHENZHEN) SCIENCE & TECHNOLOGY

3496.**92.** KISS TECHNOLOGY A/S

## CONFLICT OF INTEREST DISCLOSURE FORM

DEVELOPMENT CO., LTD.

3497.**93.**   KONKA GROUP CO., LTD

3498.**94.**   KORAT DENKI LTD.

3499.**95.**   KYUSHU MATSUSHITA ELECTRIC CO., LTD.

3500.**96.**   KYUSHU MATSUSHITA ELECTRIC CORPORATION OF THE PHILIPPINES

3501.**97.**   LE JIN ELECTRONICS (HUI ZHOU) INC (LG)

3502.**98.**   LINK CONCEPT TECHNOLOGY LTD.

3503.**99.**   LINN PRODUCTS LTD.

3504.**100.**   LU KEE ELECTRONICS CO., LTD.

3505.**101.**   MAKIDOL ELECTRONICS CO., LTD.

3506.**102.**   MALATA SEEING & HEARING EQUIPMENT CO., LTD.

3507.**103.**   MARANTZ JAPAN, INC.

3508.**104.**   MARUWA ELECTRONIC & CHEMICAL CO., LTD.

3509.**105.**   MATSUSHITA AUDIO VIDEO (DEUTSCHLAND) GMBH

3510.**106.**   MATSUSHITA COMMUNICATION INDUSTRIAL CO., LTD.

3511.**107.**   MATSUSHITA ELECTRIC (TAIWAN) CO., LTD.

3512.**108.**   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

3513.**109.**   MATSUSHITA ELECTRONICS (S) PTE. LTD.

3514.**110.**   MATSUSHITA KOTOBUKI ELECTRONICS INDUSTRIES, LTD.

3515.**111.**   MEILOON INDUSTRIAL CO., LTD.

3516.**112.**   MERIDIAN AUDIO LIMITED

3517.**113.**   MIANYANG TRIVER TECHNOLOGY CO., LTD.

3518.**114.**   MITSUBISHI ELECTRIC CORPORATION

3519.**115.**   MIYAKO MARANTZ LTD.

3520.**116.**   MOKOH & ASSOCIATES, INC.

3521.**117.**   MULTI-CONCEPT INDUSTRIAL LTD.

3522.**118.**   MUSTEK INTERNATIONAL INC.

3523.**119.**   NAIM AUDIO LTD.

3524.**120.**   NEXPHIL ELECTRONICS CO., LTD.

3525.**121.**   NINGBO BOIGLE DIGITAL TECHNOLOGY CO., LTD.

3526.**122.**   ONKYO (MALAYSIA) SDN, BHD

3527.**123.**   ONKYO CHINA LIMITED

3528.**124.**   ONKYO CORPORATION

3529.**125.**   ONKYO ELECTRONICS CORPORATION

3530.**126.**   ONKYO EUROPE ELECTRONICS GMBH

3531.**127.**   ONKYO SHAH ALAM (MALAYSIA) SDN, BHD

3532.**128.**   ORIENT POWER(WUXI) DIGITAL TECHNOLOGY CO., LTD.

3533.**129.**   P.T.ELECTRONICS INDONESIA

3534.**130.**   PAC INTERACTIVE TECHNOLOGY

3535.**131.**   PARAGON INDUSTRIES CHINA INC

3536.**132.**   PARAMOUNT DIGITAL TECHNOLOGY (HUIZHOU) CO., LTD.

3537.**133.**   PROCHIPS TECHNOLOGY INC.

3538.**134.**   PROFIT PEAKS ELECTRONICS COMPANY LIMITED

3539.**135.**   PROFIT PEAKS ELECTRONICS COMPANY LIMITED

3540.**136.**   PRO-TECH INDUSTRIES CORP.

3541.**137.**   QISHENG ELECTRONIC INDUSTRIES LTD., DONGGUAN CITY

3542.**138.**   ROCKRIDGE SOUND TECHNOLOGY CO.

3543.**139.**   SANDMARTIN (ZHONG SHAN) ELECTRONIC CO., LTD.

3544.**140.**   SANYO ELECTRIC CO., LTD.

3545.**141.**   SANYO TECHNOSOUND CO., LTD.

3546.**142.**   SCE CO., LTD.

3547.**143.**   SHANGHAI GENERAL ELECTRONIC DIGITAL TECHNOLOGY CO., LTD.

3548.**144.**   SHANGHAI HONGSHENG TECHNOLOGY CO., LTD.

3549.**145.**   SHANGHAI KENWOOD ELECTRONICS CO., LTD.

3550.**146.**   SHANGHAI SVA-DAV ELECTRONICS

3551.**147.**   SHANGHAI THAKRAL ELECTRONICS INDUSTRIAL CORP. LTD.

3552.**148.**   SHANGHAI TIANTONG COMMUNICATION EQUIPMENT CO., LTD

3553.**149.**   SHANGHAI WING SUM ELECTRONICS TECHNOLOGY CO., LTD.

3554.**150.**   SHANTOU HI-TECH ZONE IDALL ENTERPRISE CO., LTD.

3555.**151.**   SHARP CORPORATION

3556.**152.**   SHARP MANUFACTURING COMPANY OF UK

3557.**153.**   SHARP MANUFACTURING CORPORATION (M) SDN. BHD.

3558.**154.**   SHARP ROXY ELECTRONICS CORPORATION (M) SDN. BHD.

3559.**155.**   SHEN ZHEN KAISER ELECTRONIC CO., LTD.

3560.**156.**   SHENGBANGQIANGDIAN ELECTRONICS (SHENZHEN) CO., LTD.

3561.**157.**   SHENZHEN ACTION ELECTRONICS CO., LTD.

3562.**158.**   SHENZHEN AKI DIGITAL ELECTRICAL APPLIANCE CO., LTD.

3563.**159.**   SHENZHEN BAO'AN FUYONG JINFENG ELECTRONICS CO.

3564.**160.**   SHENZHEN CONTEL ELECTRONICS TECHNOLOGY CO., LTD.

3565.**161.**   SHENZHEN HANBAO SCIENCE & TECHNOLOGY INDUSTRIAL CO., LTD.

3566.**162.**   SHENZHEN HARMA TECHNOLOGY CO., LTD.

## CONFLICT OF INTEREST DISCLOSURE FORM

3567.**163. SHENZHEN HARMA TECHNOLOGY CO., LTD. DUBAI BRANCH**

3568.**164. SHENZHEN HARMA TECHNOLOGY CO., LTD. INDONESIA**

3569.**165. SHENZHEN KAIXINDA ELECTRONICS CO., LTD.**

3570.**166. SHENZHEN KXD MULTIMEDIA CO., LTD.**

3571.**167. SHENZHEN LANDEL ELECTRONICS TECH CO., LTD.**

3572.**168. SHENZHEN SAST ELECTRONICS CO., LTD**

3573.**169. SHENZHEN SHANLING ELECTRONIC CO., LTD.**

3574.**170. SHENZHEN SHINELONG ELECTRONICS INDUSTRIAL CO., LTD.**

3575.**171. SHENZHEN SKYWOOD INFO-TECH INDUSTRIES CO., LTD.**

3576.**172. SHENZHEN SOBON DIGITAL TECHNOLOGY DEVELOPMENT CO., LTD. ELECTRONICS BRANCH**

3577.**173. SHENZHEN SOGOOD DIRECTOR CO., LTD..**

3578.**174. SHENZHEN SYNCHRON ELECTRONICS CO., LTD.**

3579.**175. SHENZHEN TENFULL DIGITAL APPLIANCE CO., LTD..**

3580.**176. SHENZHEN TSINGHUA TONGFANG CO., LTD.**

3581.**177. SHENZHEN VALL TECHNOLOGY CO., LTD.**

3582.**178. SHENZHEN WELL JOINT ELECTRONICS LTD.**

3583.**179. SHENZHEN XIN HONGYU DIGITAL TECHNOLOGY CO., LTD.**

3584.**180. SHENZHEN ZHONGCAIXING ELE. CO., LTD.**

3585.**181. SHINANO KENSHI CO., LTD.**

3586.**182. SHUNDE XIONG FENG ELECTRIC INDUSTRIAL COMPANY**

3587.**183. SICHUAN CHANGHONG ELECTRIC CO., LTD.**

3588.**184. SINOCA ENTERPRISES (ZHONG SHAN) CO., LTD.**

3589.**185. SKYWORTH MULTIMEDIA (SHENZHEN) CO., LTD.**

3590.**186. SOUTH JAZZ ELECTRONICS (SHENZHEN) CO., LTD.**

3591.**187. SOUTHWEST COMPUTER CO., LTD.**

3592.**188. SOYEA TECHNOLOGY CO., LTD.**

3593.**189. TAIWAN THICK-FILM IND. CORP.**

3594.**190. TCL TECHNOLOGY ELECTRONICS (HIUZHOU) CO., LTD.**

3595.**191. TEAC CORPORATION**

3596.**192. TEAC ELECTRONICS (M) SDN. BHD**

3597.**193. TECHSAN I & C CO., LTD.**

3598.**194. TECNEW ELECTRONIC ENGINEERING CO., LTD.**

3599.**195. TOHEI INDUSTRIAL CO., LTD.**

3600.**196. TOSHIBA CORPORATION**

3601.**197. TOSHIBA INFORMATION EQUIPMENT (PHILIPPINES), INC.**

3602.**198. TOSHIBA MULTI MEDIA DEVICES CO., LTD.**

3603.**199. TOTTORI ONKYO CORPORATION**

3604.**200. TOTTORI SANYO ELECTRIC CO., LTD.**

3605.**201. TSI OPTOELECTRONICS CORP.**

3606.**202. ULTRASTAR TECHNOLOGY (SHENZHEN) LTD**

3607.**203. UP TECHNOLOGY CO., LTD.**

3608.**204. VICTOR COMPANY OF JAPAN, LTD**

3609.**205. WELL INLAND ELECTRONICS (NINGBO) CO., LTD.**

3610.**206. WELL JOINT TECHNOLOGY LIMITED**

3611.**207. WELTON ELECTRONICS LTD.**

3612.**208. WORLD CO., LTD.**

3613.**209. WORLD ELECTRONIC (SHENZHEN) CO., LTD.**

3614.**210. WORLD ELECTRONIC LTD.**

3615.**211. WUXI MULTIMEDIA LTD.**

3616.**212. XANAVI INFORMATICS CORPORATION**

3617.**213. XIAMEN OVERSEAS CHINESE ELECTRONIC CO., LTD.,**

3618.**214. XIAMEN SUNY ELECTRONIC SOUND CO., LTD.**

3619.**215. YA BANG INDUSTRIAL CO., LTD.**

3620.**216. YAMAHA ELECTRONICS MANUFACTURING (M) SDN, BHD**

3621.**217. YANION COMPANY LIMITED**

3622.**218. YUN SHEN HI-TECH CO., LTD.**

3623.**219. YUNG FU ELECTRICAL APPLIANCES CORP., LTD.**

3624.**220. ZHENJIANG JIANGKUI GROUP CO.**

3625.**221. ZHONGSHAN JOINTEK DIGITALTECHNOLOGY LTD.**

3626.**222. ZHONGSHAN SHI NEON ELECTRONIC FACTORY LTD.**

3627.**223. ZHUHAI NINTAUS ELECTRONIC INDUSTRY CO., LTD.**

3628.**225. A&G 22 INTERNATIONAL TRADE MANAGEMENT LTD.**

3629.**226. ACTION ELECTRONICS CO., LTD.**

3630.**227. ACTION INDUSTRIES (M) SDN. BHD.**

3631.**228. ACTION TECHNOLOGY (SHENZHEN) CO., LTD.**

3632.**229. ADVANCED APPLICATION TECHNOLOGY, INC.**

3633.    **230. AISIN AW CO., LTD.**

EXTENDED LIST OF DEFENDANTS

## CONFLICT OF INTEREST DISCLOSURE FORM

3634.        Proskauer Rose, LLP; Alan S. Jaffe - Chairman Of The Board - ("Jaffe"); Kenneth
Rubenstein - ("Rubenstein"); Robert Kafin - Managing Partner - ("Kafin"); Christopher C.
Wheeler - ("Wheeler"); Steven C. Krane - ("Krane"); Stephen R. Kaye - ("S. Kaye") and in his
estate with New York Supreme Court Chief Judge Judith Kaye ("J. Kaye"); Matthew Triggs -
("Triggs"); Christopher Pruzaski - ("Pruzaski"); Mara Lerner Robbins - ("Robbins"); Donald
Thompson - ("Thompson"); Gayle Coleman; David George; George A. Pincus; Gregg Reed; Leon
Gold - ("Gold"); Albert Gortz - ("Gortz"); Marcy Hahn-Saperstein; Kevin J. Healy - ("Healy");
Stuart Kapp; Ronald F. Storette; Chris Wolf; Jill Zammas; FULL LIST OF 601 liable Proskauer
Partners; any other John Doe ("John Doe") Proskauer partner, affiliate, company, known or not
known at this time; including but not limited to Proskauer ROSE LLP; Partners, Associates, Of
Counsel, Employees, Corporations, Affiliates and any other Proskauer related or affiliated entities
both individually and professionally;

3635.        MELTZER, LIPPE, GOLDSTEIN, WOLF & SCHLISSEL, P.C.; Lewis Meltzer -
("Meltzer"); Raymond Joao - ("Joao"); Frank Martinez - ("Martinez"); Kenneth Rubenstein -
("Rubenstein"); FULL LIST OF 34 Meltzer, Lippe, Goldstein, Wolf & Schlissel, P.C. liable
Partners; any other John Doe ("John Doe") Meltzer, Lippe, Goldstein, Wolf & Schlissel, P.C.
partner, affiliate, company, known or not known at this time; including but not limited to Meltzer,
Lippe, Goldstein, Wolf & Schlissel, P.C.; Partners, Associates, Of Counsel, Employees,
Corporations, Affiliates and any other Meltzer, Lippe, Goldstein, Wolf & Schlissel, P.C. related or
affiliated entities both individually and professionally;

3636.        FOLEY & LARDNER LLP; Ralf Boer ("Boer"); Michael Grebe ("Grebe"); Christopher
Kise ("Kise"); William J. Dick - ("Dick"); Steven C. Becker - ("Becker"); Douglas Boehm -
("Boehm"); Barry Grossman - ("Grossman"); Jim Clark - ("Clark"); any other John Doe ("John
Doe") Foley & Lardner partners, affiliates, companies, known or not known at this time; including
but not limited to Foley & Lardner; Partners, Associates, Of Counsel, Employees, Corporations,
Affiliates and any other Foley & Lardner related or affiliated entities both individually and
professionally;

3637.        Schiffrin & Barroway, LLP; Richard Schiffrin - ("Schiffrin"); Andrew Barroway -
("Barroway"); Krishna Narine - ("Narine"); any other John Doe ("John Doe") Schiffrin &
Barroway, LLP partners, affiliates, companies, known or not known at this time; including but not
limited to Schiffrin & Barroway, LLP; Partners, Associates, Of Counsel, Employees,
Corporations, Affiliates and any other Schiffrin & Barroway, LLP related or affiliated entities both
individually and professionally;

3638.        Blakely Sokoloff Taylor & Zafman LLP; Norman Zafman - ("Zafman"); Thomas Coester
- ("Coester"); Farzad Ahmini - ("Ahmini"); George Hoover - ("Hoover"); any other John Doe
("John Doe") Blakely Sokoloff Taylor & Zafman LLP partners, affiliates, companies, known or
not known at this time; including but not limited to Blakely Sokoloff Taylor & Zafman LLP;
Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Blakely
Sokoloff Taylor & Zafman LLP related or affiliated entities both individually and professionally;

3639.        Wildman, Harrold, Allen & Dixon LLP; Martyn W. Molyneaux - ("Molyneaux");
Michael Dockterman - ("Dockterman"); FULL LIST OF 198 Wildman, Harrold, Allen & Dixon
LLP liable Partners; any other John Doe ("John Doe") Wildman, Harrold, Allen & Dixon LLP
partners, affiliates, companies, known or not known at this time; including but not limited to
Wildman, Harrold, Allen & Dixon LLP; Partners, Associates, Of Counsel, Employees,
Corporations, Affiliates and any other Wildman, Harrold, Allen & Dixon LLP related or affiliated
entities both individually and professionally;

3640.        Christopher & Weisberg, P.A.; Alan M. Weisberg - ("Weisberg"); any other John Doe
("John Doe") Christopher & Weisberg, P.A. partners, affiliates, companies, known or not known
at this time; including but not limited to Christopher & Weisberg, P.A.; Partners, Associates, Of
Counsel, Employees, Corporations, Affiliates and any other Christopher & Weisberg, P.A. related
or affiliated entities both individually and professionally;

3641.        YAMAKAWA INTERNATIONAL PATENT OFFICE; Masaki Yamakawa -
("Yamakawa"); any other John Doe ("John Doe") Yamakawa International Patent Office partners,
affiliates, companies, known or not known at this time; including but not limited to Yamakawa
International Patent Office; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates

CONFLICT OF INTEREST DISCLOSURE FORM

and any other Yamakawa International Patent Office related or affiliated entities both individually and professionally;

3642.    GOLDSTEIN LEWIN & CO.; Donald J. Goldstein - ("Goldstein"); Gerald R. Lewin - ("Lewin"); Erika Lewin - ("E. Lewin"); Mark R. Gold; Paul Feuerberg; Salvatore Bochicchio; Marc H. List; David A. Katzman; Robert H. Garick; Robert C. Zeigen; Marc H. List; Lawrence A. Rosenblum; David A. Katzman; Brad N. Mciver; Robert Cini; any other John Doe ("John Doe") Goldstein & Lewin Co. partners, affiliates, companies, known or not known at this time; including but not limited to Goldstein & Lewin Co.; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Goldstein & Lewin Co. related or affiliated entities both individually and professionally;

3643.    INTEL Corporation;

3644.    Silicon Graphics Inc.;

3645.    Lockheed Martin Corporation;

3646.    Real 3D, Inc. (SILICON GRAPHICS, INC., LOCKHEED MARTIN & INTEL) & RYJO; Gerald Stanley - ("Stanley"); Ryan Huisman - ("Huisman"); RYJO - ("RYJO"); Tim Connolly - ("Connolly"); Steve Cochran; David Bolton; Rosalie Bibona - ("Bibona"); Connie Martin; Richard Gentner; Steven A. Behrens; Matt Johannsen; any other John Doe ("John Doe") Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO partners, affiliates, companies, known or not known at this time; including but not limited to Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO; Employees, Corporations, Affiliates and any other Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO related or affiliated entities, and any successor companies both individually and professionally;

3647.    Tiedemann Investment Group; Bruce T. Prolow ("Prolow"); Carl Tiedemann ("C. Tiedemann"); Andrew Philip Chesler; Craig L. Smith; any other John Doe ("John Doe") Tiedemann Investment Group partners, affiliates, companies, known or not known at this time; including but not limited to Tiedemann Investment Group and any other Tiedemann Investment Group related or affiliated entities both individually and professionally;

3648.    Crossbow Ventures  / Alpine Partners; Stephen J. Warner - ("Warner"); Rene  P. Eichenberger - ("Eichenberger"); H. Hickman  Hank  Powell - ("Powell"); Maurice Buchsbaum - ("Buchsbaum"); Eric Chen - ("Chen"); Avi Hersh; Matthew Shaw - ("Shaw"); Bruce W. Shewmaker - ("Shewmaker"); Ravi M. Ugale - ("Ugale"); any other John Doe ("John Doe") Crossbow Ventures  / Alpine Partners partners, affiliates, companies, known or not known at this time; including but not limited to Crossbow Ventures  / Alpine Partners and any other Crossbow Ventures  / Alpine Partners related or affiliated entities both individually and professionally;

3649.    BROAD & CASSEL; James J. Wheeler - ("J. Wheeler"); Kelly Overstreet Johnson - ("Johnson"); any other John Doe ("John Doe") Broad & Cassell partners, affiliates, companies, known or not known at this time; including but not limited to Broad & Cassell and any other Broad & Cassell related or affiliated entities both individually and professionally;

3650.    FORMER IVIEWIT MANAGEMENT & BOARD; Brian G. Utley/Proskauer Referred Management - ("Utley"); Raymond Hersh - ("Hersh")/; Michael Reale - ("Reale")/Proskauer Referred Management; Rubenstein/Proskauer Rose Shareholder in Iviewit - Advisory Board; Wheeler/Proskauer Rose Shareholder in Iviewit - Advisory Board; Dick/Foley & Lardner - Advisory Board, Boehm/Foley & Lardner - Advisory Board; Becker/Foley & Lardner; Advisory Board; Joao/Meltzer Lippe Goldstein Wolfe & Schlissel - Advisory Board; Kane/Goldman Sachs - Board Director; Lewin/Goldstein Lewin - Board Director;  Ross Miller, Esq. ("Miller"), Prolow/Tiedemann Prolow II - Board Director; Powell/Crossbow Ventures/Proskauer Referred Investor - Board Director; Maurice Buchsbaum - Board Director; Stephen Warner - Board Director; Simon L. Bernstein – Board Director ("S. Bernstein"); any other John Doe ("John Doe") Former Iviewit Management & Board partners, affiliates, companies, known or not known at this time; including but not limited to Former Iviewit Management & Board and any other Former Iviewit Management & Board related or affiliated entities both individually and professionally;

3651.    FIFTEENTH JUDICIAL CIRCUIT - WEST PALM BEACH FLORIDA; Judge Jorge LABARGA - ("Labarga"); any other John Doe ("John Doe") FIFTEENTH JUDICIAL CIRCUIT - WEST PALM BEACH FLORIDA staff, known or not known to have been involved at the time. Hereinafter, collectively referred to as ("15C");

## CONFLICT OF INTEREST DISCLOSURE FORM

3652.       THE SUPREME COURT OF NEW YORK APPELLATE DIVISION: FIRST
JUDICIAL DEPARTMENT, DEPARTMENTAL DISCIPLINARY COMMITTEE; Thomas
Cahill - ("Cahill"); Joseph Wigley - ("Wigley"); Steven Krane, any other John Doe ("John Doe")
of THE SUPREME COURT OF NEW YORK APPELLATE DIVISION: FIRST JUDICIAL
DEPARTMENT, DEPARTMENTAL DISCIPLINARY COMMITTEE staff, known or not known
to have been involved at the time;

3653.       THE FLORIDA BAR; Lorraine Christine Hoffman - ("Hoffman"); Eric Turner -
("Turner"); Kenneth Marvin - ("Marvin"); Anthony Boggs - ("Boggs"); Joy A. Bartmon -
("Bartmon"); Kelly Overstreet Johnson - ("Johnson"); Jerald Beer - ("Beer"); Matthew Triggs;
Christopher or James Wheeler; any other John Doe ("John Doe") The Florida Bar staff, known or
not known to have been involved at the time;

3654.       MPEGLA, LLC. – Kenneth Rubenstein, Patent Evaluator; Licensors and Licensees,
please visit www.mpegla.com for a complete list; Columbia University; Fujitsu Limited; General
Instrument Corp; Lucent Technologies Inc.; Matsushita Electric Industrial Co., Ltd.; Mitsubishi
Electric Corp.; Philips Electronics N.V. (Philips); Scientific Atlanta, Inc.; Sony Corp. (Sony);
EXTENDED LIST OF MPEGLA LICENSEES AND LICENSORS; any other John Doe
MPEGLA, LLC. Partner, Associate, Engineer, Of Counsel or Employee; any other John Doe
("John Doe") MPEGLA, LLC partners, affiliates, companies, known or not known at this time;
including but not limited to MPEGLA, LLC and any other MPEGLA, LLC related or affiliated
entities both individually and professionally;

3655.       DVD6C LICENSING GROUP - Licensors and Licensees, please visit www.mpegla.com
for a complete list; Toshiba Corporation; Hitachi, Ltd.; Matsushita Electric Industrial Co. Ltd.;
Mitsubishi Electric Corporation; Time Warner Inc.; Victor Company Of Japan, Ltd.; EXTENDED
DVD6C DEFENDANTS; any other John Doe DVD6C LICENSING GROUP  Partner, Associate,
Engineer, Of Counsel or Employee; any other John Doe ("John Doe") DVD6C LICENSING
GROUP partners, affiliates, companies, known or not known at this time; including but not limited
to DVD6C LICENSING GROUP and any other DVD6C LICENSING GROUP related or
affiliated entities both individually and professionally;

3656.       Harrison Goodard Foote incorporating Brewer & Son; Martyn Molyneaux, Esq.
("Molyneaux"); Any other John Doe ("John Doe") Harrison Goodard Foote (incorporating Brewer
& Son) partners, affiliates, companies, known or not known at this time; including but not limited
to Harrison Goodard Goote incorporating Brewer & Son and any other related or affiliated entities
both individually and professionally;

3657.       Lawrence DiGiovanna, Chairman of the Grievance Committee of the Second Judicial
Department Departmental Disciplinary Committee;

3658.       James E. Peltzer, Clerk of the Court of the Appellate Division, Supreme Court of the
State of New York, Second Judicial Department; Diana Kearse, Chief Counsel to the Grievance
Committee of the Second Judicial Department Departmental Disciplinary Committee;

3659.       Houston & Shahady, P.A., any other John Doe ("John Doe") Houston & Shahady, P.A.,
affiliates, companies, known or not known at this time; including but not limited to Houston &
Shahady, P.A. related or affiliated entities both individually and professionally;

3660.       Furr & Cohen, P.A. any other John Doe ("John Doe") Furr & Cohen, P.A., affiliates,
companies, known or not known at this time; including but not limited to Furr & Cohen, P.A.
related or affiliated entities both individually and professionally;

3661.       Moskowitz, Mandell, Salim & Simowitz, P.A., any other John Doe ("John Doe")
Moskowitz, Mandell, Salim & Simowitz, P.A., affiliates, companies, known or not known at this
time; including but not limited to Moskowitz, Mandell, Salim & Simowitz, P.A. related or
affiliated entities both individually and professionally;

3662.       The Goldman Sachs Group, Inc., Donald G. Kane ("Kane"); any other John Doe ("John
Doe") The Goldman Sachs Group, Inc. partners, affiliates, companies, known or not known at this
time; including but not limited to The Goldman Sachs Group, Inc. and any other related or
affiliated entities both individually and professionally;

3663.       Sachs Saxs & Klein, PA any other John Doe ("John Doe") Sachs Saxs & Klein, PA,
affiliates, companies, known or not known at this time; including but not limited to Sachs Saxs &
Klein, PA related or affiliated entities both individually and professionally;

CONFLICT OF INTEREST DISCLOSURE FORM

3664.	Huizenga Holdings Incorporated any other John Doe ("John Doe") Huizenga Holdings Incorporated affiliates, companies, known or not known at this time; including but not limited to Huizenga Holdings Incorporated related or affiliated entities both individually and professionally;

3665.	Davis Polk & Wardell;

3666.	Ropes & Gray LLP;

3667.	Sullivan & Cromwell LLP;

3668.	P. Stephen Lamont, ("Lamont") a resident of the State of New York, and former Chief Executive Officer (Acting) of Iviewit Holdings, Inc. and all of its affiliates and subsidiaries;

3669.	SKULL AND BONES;

3670.	The Russell Trust Co.;

3671.	Yale Law School;

3672.	Council on Foreign Relations;

3673.	The Bilderberg Group;

3674.	The Federalist Society;

3675.	The Bradley Foundation;

3676.	STATE OF NEW YORK;

3677.	THE OFFICE OF COURT ADMINISTRATION OF THE UNIFIED COURT SYSTEM;

3678.	STEVEN C. KRANE in his official and individual Capacities for the New York State Bar Association and the Appellate Division First Department Departmental disciplinary Committee, and, his professional and individual capacities as a Proskauer partner;

3679.	ESTATE OF STEPHEN KAYE, in his professional and individual capacities;

3680.	MATTHEW M. TRIGGS in his official and individual capacity for The Florida Bar and his professional and individual capacities as a partner of Proskauer;

3681.	JON A. BAUMGARTEN, in his professional and individual capacities;

3682.	SCOTT P. COOPER, in his professional and individual capacities;

3683.	BRENDAN J. O'ROURKE, in his professional and individual capacities;

3684.	LAWRENCE I. WEINSTEIN, in his professional and individual capacities;

3685.	WILLIAM M. HART, in his professional and individual capacities;

3686.	DARYN A. GROSSMAN, in his professional and individual capacities;

3687.	JOSEPH A. CAPRARO JR., in his professional and individual capacities;

3688.	JAMES H. SHALEK; in his professional and individual capacities;

3689.	GREGORY MASHBERG, in his professional and individual capacities;

3690.	JOANNA SMITH, in her professional and individual capacities;

3691.	TODD C. NORBITZ, in his professional and individual capacities;

3692.	ANNE SEKEL, in his professional and individual capacities;

3693.	JIM CLARK, in his professional and individual capacities;

3694.	STATE OF FLORIDA, OFFICE OF THE STATE COURTS ADMINISTRATOR, FLORIDA;

3695.	FLORIDA SUPREME COURT;

3696.	HON. CHARLES T. WELLS, in his official and individual capacities;

3697.	HON. HARRY LEE ANSTEAD, in his official and individual capacities;

3698.	HON. R. FRED LEWIS, in his official and individual capacities;

3699.	HON. PEGGY A. QUINCE, in his official and individual capacities;

3700.	HON. KENNETH B. BELL, in his official and individual capacities;

3701.	THOMAS HALL, in his official and individual capacities;

3702.	DEBORAH YARBOROUGH in her official and individual capacities;

3703.	DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION – FLORIDA;

3704.	CITY OF BOCA RATON, FLA.;

3705.	ROBERT FLECHAUS in his official and individual capacities;

3706.	ANDREW SCOTT in his official and individual capacities;

3707.	PAUL CURRAN in his official and individual capacities;

3708.	MARTIN R. GOLD in his official and individual capacities;

3709.	SUPREME COURT OF NEW YORK APPELLATE DIVISION FIRST DEPARTMENT;

3710.	CATHERINE O'HAGIEN WOLFE in her official and individual capacities;

## CONFLICT OF INTEREST DISCLOSURE FORM

3711.    HON. ANGELA M. MAZZARELLI in her official and individual capacities;
3712.    HON. RICHARD T. ANDRIAS in his official and individual capacities;
3713.    HON. DAVID B. SAXE in his official and individual capacities;
3714.    HON. DAVID FRIEDMAN in his official and individual capacities;
3715.    HON. LUIZ A. GONZALES in his official and individual capacities;
3716.    SUPREME COURT OF NEW YORK APPELLATE DIVISION SECOND JUDICIAL
DEPARTMENT;
3717.    SUPREME COURT OF NEW YORK APPELLATE DIVISION SECOND
DEPARTMENT DEPARTMENTAL DISCIPLINARY COMMITTEE;
3718.    HON. A. GAIL PRUDENTI in her official and individual capacities;
3719.    HON. JUDITH  S. KAYE in her official and individual  capacities;
3720.    STATE OF NEW YORK COMMISSION OF INVESTIGATION;
3721.    ANTHONY CARTUSCIELLO in his official and individual capacities;
3722.    LAWYERS FUND FOR CLIENT PROTECTION OF THE STATE OF NEW YORK;
3723.    OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK;
3724.    ELIOT SPITZER in his official and individual capacities, as both former Attorney
General for the State of New York, and, as former Governor of the State of New York;
3725.    ANDREW CUOMO in his official and individual capacities, as both former Attorney
General for the State of New York, and, as current Governor of the State of New York;
3726.    Steven M. Cohen in his official and individual capacities, as both former Chief of Staff to
Attorney General Andrew Cuomo for the State of New York, and, as current Secretary to the
Governor of the State of New York;
3727.    Emily Cole, in her official and individual capacities, as an employee of Steven M. Cohen
for the Governor Cuomo of the State of New York;
3728.    COMMONWEALTH OF VIRGINIA;
3729.    VIRGINIA STATE BAR;
3730.    ANDREW H. GOODMAN in his official and individual capacities;
3731.    NOEL SENGEL in her official and individual capacities;
3732.    MARY W. MARTELINO in her official and individual capacities;
3733.    LIZBETH L. MILLER, in her official and individual capacities;
3734.    MPEGLA LLC; LAWRENCE HORN, in his professional and individual capacities;
3735.    INTEL CORP.; LARRY PALLEY, in his professional and individual capacities;
3736.    SILICON GRAPHICS, INC.;
3737.    LOCKHEED MARTIN Corp;
3738.    EUROPEAN PATENT OFFICE;
3739.    ALAIN POMPIDOU in his official and individual capacities;
3740.    WIM VAN DER EIJK in his official and individual capacities;
3741.    LISE DYBDAHL in her official and personal capacities;
3742.    DIGITAL INTERACTIVE STREAMS, INC.;
3743.    ROYAL O'BRIEN, in his professional and individual capacities;
3744.    HUIZENGA HOLDINGS INCORPORATED, WAYNE HUIZENGA, in his professional
and individual capacities;
3745.    WAYNE HUIZENGA, JR., in his professional and individual capacities;
3746.    BART A. HOUSTON, ESQ. in his professional and individual capacities;
3747.    BRADLEY S. SCHRAIBERG, ESQ. in his professional and individual capacities;
3748.    WILLIAM G. SALIM, ESQ. in his professional and individual capacities;
3749.    BEN ZUCKERMAN, ESQ. in his professional and individual capacities;
3750.    SPENCER M. SAX, in his professional and individual capacities;
3751.    ALBERTO GONZALES in his official and individual capacities;
3752.    JOHNNIE E. FRAZIER in his official and individual capacities;
3753.    IVIEWIT, INC., a Florida corporation;
3754.    IVIEWIT, INC., a Delaware corporation;
3755.    IVIEWIT HOLDINGS, INC., a Delaware corporation (f.k.a. Uview.com, Inc.);
3756.    UVIEW.COM, INC., a Delaware corporation;

## CONFLICT OF INTEREST DISCLOSURE FORM

3757.        IVIEWIT TECHNOLOGIES, INC., a Delaware corporation (f.k.a. Iviewit Holdings, Inc.);
3758.        IVIEWIT HOLDINGS, INC., a Florida corporation;
3759.        IVIEWIT.COM, INC., a Florida corporation;
3760.        I.C., INC., a Florida corporation;
3761.        IVIEWIT.COM, INC., a Delaware corporation;
3762.        IVIEWIT.COM LLC, a Delaware limited liability company;
3763.        IVIEWIT LLC, a Delaware limited liability company;
3764.        IVIEWIT CORPORATION, a Florida corporation;
3765.        IBM CORPORATION;


**TO BE ADDED NEW DEFENDANTS IN THE RICO & ANTITRUST LAWSUIT THROUGH AMENDMENT OR IN ANY ANTICIPATED FUTURE LITIGATIONS AND CRIMINAL FILINGS:**

3766.        Justice Richard C. Wesley in his official and individual capacities,
3767.        Justice Peter W. Hall in his official and individual capacities,
3768.        Justice Debra Ann Livingston in her official and individual capacities,
3769.        Justice Ralph K. Winter in his official and individual capacities,
3770.        P. Stephen Lamont, (Questions about Lamont's filings on behalf of others and more already filed with criminal authorities and this Court has already been notified in Motion of the alleged fraudulent activities of Lamont)
3771.        Alan Friedberg, in his official and individual capacities,
3772.        Roy Reardon, in his official and individual capacities,
3773.        Martin Glenn, in his official and individual capacities,
3774.        Warner Bros. Entertainment, (Already named in the lawsuit since the amended complaint filed)
3775.        Time Warner Communications, (Already named in the lawsuit since the amended complaint filed)
3776.        AOL Inc., (Already named in the lawsuit since the amended complaint filed)
3777.        Ropes & Gray,
3778.        Stanford Financial Group.  (This Court has already been notified in Motion of the alleged fraudulent activities of Stanford Financial Group relating directly to Defendants in this Lawsuit)
3779.        Bernard L. Madoff et al. (This Court has already been notified in Motion of the alleged fraudulent activities of Bernard L. Madoff et al. relating directly to Defendants in this Lawsuit)
3780.        Marc S. Dreier, (Already named Defendant in the lawsuit since the amended complaint filed.  This Court has already been notified in Motion of the alleged fraudulent activities of Marc S. Dreier relating directly to Defendants in this Lawsuit Bernard L. Madoff et al.)
3781.        Sony Corporation, (Already named Defendant in the lawsuit since the amended complaint filed)
3782.        AT&T Corp. (Already named Defendant in the lawsuit since the amended complaint filed)
3783.        Ernst & Young, (Already named Defendant in the lawsuit since the amended complaint filed)
3784.        Arthur Andersen, (Already named Defendant in the lawsuit since the amended complaint filed)
3785.        Enron et al. (Already named Defendant in the lawsuit since the amended complaint filed)
3786.        White and Case LLP,
3787.        Obsidian Finance Group,
3788.        Kevin D. Padrick, Esq., in his individual and professional capacities,
3789.        David W. Brown, Esq.,  in his individual and professional capacities,
3790.        Tonkon Torp LLP, any other John Doe ("John Doe") Tonkon Torp LLP partner, affiliate, company, known or not known at this time; including but not limited to Tonkon Torp LLP;

Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Tonkon Torp LLP related or affiliated entities both individually and professionally;

3791.      David S. Aman, Esq. in his individual and professional capacities,

3792.      Steven M. Wilker, Esq. in his individual and professional capacities,

3793.      Robyn R. Aoyagi, Esq. in her individual and professional capacities,

3794.      Miller Nash LLP,  any other John Doe ("John Doe") Miller Nash LLP partner, affiliate, company, known or not known at this time; including but not limited to Miller Nash LLP; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Miller Nash LLP related or affiliated entities both individually and professionally;

3795.      Perkins Coie Trust Company LLC, any other John Doe ("John Doe") Perkins Coie Trust Company LLC partner, affiliate, company, known or not known at this time; including but not limited to Perkins Coie Trust Company LLC; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Perkins Coie Trust Company LLC related or affiliated entities both individually and professionally;

3796.      Sussman Shank LLP any other John Doe ("John Doe") Sussman Shank LLP partner, affiliate, company, known or not known at this time; including but not limited to Sussman Shank LLP; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any Sussman Shank LLP related or affiliated entities both individually and professionally;

3797.      DOJ Trustee Pamela Griffith,

3798.      John and Jane Doe's 1-5000 inclusive, said names being fictitious, it being the intention of the Plaintiffs to designate any and all entities involved in the acts of malfeasance alleged herein, the true names of the fictitious Defendants are otherwise unknown at the present time and willbe supplemented by amendment when ascertained,


**Defendants – Appellees**

----------

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CASE 07 CIV. 11196 (SHIRA ANNE SCHEINDLIN)

## LEGALLY RELATED CASE BY FEDERAL JUDGE SHIRA A. SCHEINDLIN TO: (07 CIV. 9599) (SAS-AJP) CHRISTINE C. ANDERSON V. THE STATE OF NEW YORK, ET AL.

### CASES SEEKING OR RELATED TO ANDERSON:

1. 08-4873-CV UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT DOCKET - BERNSTEIN, ET AL. V APPELLATE DIVISION FIRST DEPARTMENT DISCIPLINARY COMMITTEE, ET AL. - TRILLION DOLLAR LAWSUIT
2. CAPOGROSSO V NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, ET AL.
3. ESPOSITO V THE STATE OF NEW YORK, ET AL.

CONFLICT OF INTEREST DISCLOSURE FORM

4. MCKEOWN V THE STATE OF NEW YORK, ET AL.
5. RELATED CASES @ US DISTRICT COURT - SOUTHERN DISTRICT NY
6. 07CV09599 ANDERSON V THE STATE OF NEW YORK, ET AL. - WHISTLEBLOWER LAWSUIT WHICH OTHER CASES HAVE BEEN MARKED LEGALLY "RELATED" TO BY FED. JUDGE SHIRA A. SCHEINDLIN
7. 07CV11196 BERNSTEIN, ET AL. V APPELLATE DIVISION FIRST DEPARTMENT DISCIPLINARY COMMITTEE, ET AL.
8. 07CV11612 ESPOSITO V THE STATE OF NEW YORK, ET AL.
9. 08CV00526 CAPOGROSSO V NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, ET AL.
10. 08CV02391 MCKEOWN V THE STATE OF NEW YORK, ET AL.
11. 08CV02852 GALISON V THE STATE OF NEW YORK, ET AL.
12. 08CV03305 CARVEL V THE STATE OF NEW YORK, ET AL.
13. 08CV4053 GIZELLA WEISSHAUS V THE STATE OF NEW YORK, ET AL.
14. 08CV4438 SUZANNE MCCORMICK V THE STATE OF NEW YORK, ET AL.
15. 08 CV 6368   JOHN L. PETREC-TOLINO V. THE STATE OF NEW YORK
16. 06CV05169 MCNAMARA V THE STATE OF NEW YORK, ET AL.