12/19/12    Kenneth P. White of the Brown White & Newhouse LLP Blog PopeHat.com Attacking Blogger Crystal C...

Case 2:12-cv-02040-GMN-PAL    Document 47-5    Filed 01/17/13    Page 1 of 2

Upload ▾    Crystal Cox   3

Edit   Enhancements   Audio   Annotations      Analytics   Video Manager

**This is your guide**

Access your channel, playlists, subscriptions, and more.

Got it!

▶ 0:08 / 1:37

### Kenneth P. White of the Brown White & Newhouse LLP Blog PopeHat.com Attacking Blogger Crystal Cox

Crystal Cox · 35 videos      306 views

Subscribe

Like     About    Share    Add to

Published on Apr 3, 2012

http://www.marcrandazza.com/

So a Lynch Mob Of Attorneys Attacking a Blogger Exposing the

Show more

All Comments

🚫 Comments are disabled for this video.

Send feedback


**Marc Randazza Kashmir Hill Forbes Attacks**
by Crystal Cox
389 views

**Falling in (Lesbian MV)**
by xxRainbow1978xx
Recommended for you

**Every Storm Runs Out Of Rain- Gary Allan lyrics**
by iluvcmusic
Recommended for you

**Crystal Cox Crazy Blogger**
by Captain Obvious
731 views


**Re: Crystal Cox Screwed by Oregon Judge PDS**
by dolfinmicro
328 views

**Defamation Law in Australia**
by law buddytv
673 views

**Jurisdictionary Legal Self Help - Pro Se Win**
by trythinkingnow
2,079 views


**Pro Se Court at the Daley Center: Filing a**
by IllinoisLegalAid
730 views

**Working with CSV Files from the Command Line**
by linuxjournalonline
1,541 views

**Using Git Clone & Svn Co - Linux Mint 8**
by gotbletu
4,631 views


**COME OUT WITH YOUR HANDS UP!**
by Joko MacKenna
4,333 views

**Kenneth P. White of the Brown White Newhouse**
by Crystal Cox
125 views

**Crystal Cox Stephanie DeYoung. David Aman,**
by Crystal Cox
130 views


**Crystal L. Cox - Talking Points Memo**
by militiaman62656
83 views

**U.S. District Judge Marco Hernandez -**
by militiaman62656
57 views

12/19/12                Kenneth P. White of the Brown White & Newhouse LLP Blog PopeHat.com Attacking Blogger Crystal C...

Case 2:12-cv-02040-GMN-PAL    Document 47-5    Filed 01/17/13    Page 2 of 2



**Crystal Cox Speaks Out On Blogger Journalist Debate - Blogger Crystal Cox**
by Crystal Cox
108 views



**Just The Facts: The Judicial Branch of**
by CerebellumCorp
8,811 views



**Marc Randazza Crystal Cox**
by Crystal Cox
72 views



**MarcRandazza.com Crystal Cox Marc**
by Crystal Cox
78 views



**Future - Turn On The Lights**
by FutureVEVO
19,409,201 views

[ Load more suggestions ]

Language: **English** ▾   Country: **Worldwide** ▾   Safety: **Off** ▾   Help ▴

**About**   **Press & Blogs**   **Copyright**   **Creators & Partners**   **Advertising**   **Developers**
Terms   Privacy   Safety   Send feedback   Try something new!