Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, | Case No. 2:12-cv-02040 |
| Plaintiffs, | **PLAINTIFFS' OPPOSITION TO DEFENDANT COX'S MOTION REQUESTING PLAINTIFF SEEK OUTSIDE COUNSEL AND DECLARATION REGARDING PLAINTIFF'S DISCLOSURE** |
| vs. | |
| CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, | |
| Defendants. | |

        Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Opposition to Defendant Crystal Cox's Motion Requesting Plaintiff Marc J. Randazza Seek Outside Counsel and Declaration Regarding Randazza Disclose Counterclaim to Liability Carriers (ECF # 53).

        The Motion is incomprehensible and seeks no relief that this Court can grant, even if the Court could identify something coherent in the motion leading the theoretical possibility of relief.[1]

---

[1] Plaintiffs will specifically address any of the myriad, untrue allegations made by Defendant Cox if the Court so desires.  However, so as to respect this Court's time, Plaintiffs will do so only if the Court deems it necessary.

1

Nevertheless, so as not to be inadvertently deemed to be consenting to anything in the motion, Plaintiffs oppose it, to the extent it calls for any relief the Court may be able to divine from it.

Dated: January 22, 2013                        Respectfully submitted,

                                               /s/Ronald D. Green
                                               Ronald D. Green, NV Bar #7360
                                               Randazza Legal Group
                                               6525 W. Warm Springs Road, Suite 100
                                               Las Vegas, NV 89118
                                               888-667-1113; 305-437-7662 fax
                                               ecf@randazza.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on January 22, 2013.

Dated: January 22, 2013

Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

3
*Plaintiffs' Opposition to ECF #53*