**Roxanne Grinage, Legal Assistant**
**Marketing Careers Project Manager**
**HireLyrics Administrative Services**
**U.S. Citizens Public Docket Database**
**PO Box 22225**
**Philadelphia 19136**
**Tel:  267.444.0594  Fax: 215.405.2939**
**email:  roxannegrinage@gmail.com**
                    **Respondent Pro Se**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

Randazza et al v. Cox et al                              Date Filed: 11/28/2012
Assigned to: Judge Gloria M. Navarro                     Jury Demand: None
Referred to: Magistrate Judge Peggy A. Leen              Nature of Suit: 840 Trademark
Cause: 15:1125 Trademark Infringement (Lanham Act)       Jurisdiction: Federal Question

|  |  |
|---|---|
| RANDAZZA, et al | **CASE NO: 2:12-cv-02040-GMN-PAL** |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
|  | **AND CERTIFICATE OF SERVICE OF** |
| vs. |  |
|  | **ROXANNE GRINAGE D/B/A** |
| CRYSTAL COX and | **HIRELYRICS ADMINISTRATIVE** |
| ELIOT BERNSTEIN | **SERVICES AND U.S. CITIZENS PUBLIC** |
|  | **DOCKET DATABASE, PENNSYLVANIA** |
| Defendants. | **SECRETARY OF STATE AND U.S.** |
|  | **DEPARTMENT OF TREASURY** |
|  | **REGISTERED SOLE PROPRIETORSHIP** |
|  | **INTERNET COMPANIES.** |

### NOTICE OF APPEARANCE

        I, Roxanne Grinage, having been named by Defendant Crystal Cox along with thirty others and erroneously designated "A Philadelphia business and a Philadelphia individual" in her Document 24 Counterclaim, am awaiting The Court's decision regarding Roxanne Grinage's  Ex Parte Motion For Permission To Use The Court's ECF Filing System, Attached Certification of Electronic Filing Case Management Experience and Completion of ECF Training/Tutorials, Judges Chamber Practices and Local Rules of Civil Practice in U.S. District Courts and District of Nevada.  I have transmitted Ex Parte Motion and Exhibits under separate cover pursuant to Local Rules of Practice LR Part II Local Rules of Civil Practice 6-2 Required Form of Order For Stipulations and Ex Parte and Unopposed Motions via CERTIFIED MAIL / RETURN RECEIPT REQUESTED NO. 7009 1410 0001 5405 7431 with a courtesy copy pending delivery of the original to helpdesk_vegas@nvd.uscourts.gov.

Page -1- of 7 Pages.
Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania
Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

Pending the Court's decision regarding Roxanne Grinage's Ex Parte Motion for ECF privileges in this matter, I, Roxanne Grinage certify that on <u>Monday, January 14, 2013 and Tuesday January 15, 2013</u>, I caused true and correct copies of the foregoing, **Notice of Appearance and attached Certificate of Service** to be served via email or facsimile or first class mail transmission as indicated for each party noted in Pacer viewed docket report of 01/12/2013 and each "counter-defendant" named by Defendant Crystal Cox through research and discovery of their official contact information which was not provided by Crystal Cox in her Document 24 Counterclaim .

I, Roxanne Grinage enter **Notice of Appearance; directing all filers in this matter to serve all future correspondence and papers in connection with above-captioned action to me at** Pennsylvania Secretary of State and U.S. Department of Treasury registered sole proprietor structured internet companies.

**Roxanne Grinage**
**Legal Assistant Marketing Careers Project Manager**
**HireLyrics Administrative Services**
**U.S. Citizens Public Docket Database**
**PO Box 22225**
**Philadelphia 19136**
**Tel:  267.444.0594    Fax: 215.405.2939**
**email:  roxannegrinage@gmail.com          website:  www.HireLyrics.org**

**<u>DISCLAIMER</u>**

I, Roxanne Grinage, state and affirm that I have never met or had any kind of relationship with any of the "counter-defendants" named by Crystal Cox except one, a business collaborator, and in my opinion, also a victim of Eliot Bernstein and Crystal Cox Internet Harassment schemes, Tim Vawter, Senior Investigator the Protection Group.

I, Roxanne Grinage, state and affirm that with the exception of GoDaddy, Inc. hosting abusive and defamatory domains content of Eliot Bernstein and Crystal Cox owned domains, ROXANNEGRINAGE.COM, "Send Tips to Crystal@CrystalCox.com;" I have absolutely no claims or controversy associated with any of the people Crystal Cox has named as counter defendants when she named "Roxanne Grinage HireLyrics."

I will respect The Judge's Chamber Practices, General and Special Orders, Local Rules of Civil Procedure regarding service of my Response(s) Declarations and Properly Redacted Exhibit Evidence which will assist This Court in assessing civil damages and criminal responsibilities for claims I and my Pennsylvania Companies can prove exclusively against Eliot Bernstein and Crystal Cox.

HireLyrics Administrative Services
U.S. Citizens Public Docket Database

by: <u>/s/Roxanne Grinage, Legal Assistant Marketing Careers Project Manager</u>

Page -2- of 7 Pages.
Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

**[CERTIFICATE OF SERVICE DISTRIBUTION LIST NEXT 6 PAGES]**

**VIA EMAIL rdg@randazza.com**
Ronald D Green, Jr., Esquire
RANDAZZA LEGAL GROUP
ATTORNEY FOR PLAINTIFFS
Marc J. Randazza
Jennifer Randazza
Natalia Randazza, a minor
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

**VIA EMAIL crystal@crystalcox.com**
**reverendcrystalcox@gmail.com**
Crystal L Cox, Defendant
PO Box 2027
Port Townsend, WA 98368
Tel.  (406) 270-4046
In her capacity as Defendant and
counterclaimant

**VIA EMAIL iviewit@iviewit.tv**
Eliot Bernstein, Defaulted Defendant
in his individual capacity and
Eliot Bernstein in his capacity
on behalf of Iviewit Interest Holders.
2753 N.W. 34th St.
Boca Raton, Florida  33434-3459
(561) 245.8588 (o), (561) 886.7628 (c)
(561) 245-8644 (f) website:  www.iviewit.tv

**Via Email TrademarkClaims@godaddy.com**
**CopyrightClaims@godaddy.com**
**Via Fax 480.624-2546**

Bob Parsons, GoDaddy, Inc.
Jessica Griffin Godaddy
Compliance Department
14455 N. Hayden Road, Suite 219
Scottsdale, AZ  85260

**Via Email kwhite@brownwhitelaw.com**
**Via Fax  909.798.6198**
Kenneth P. White
BROWN WHITE & NEWHOUSE LLP
333 South Hope Street, 40th Floor
Los Angeles, CA  90071
Direct Dial:  213.613.9446
Main Office:  213.613.0500

**Via Email khill@forbes.com**
Kashmir Hill, Journalist
Forbes Magazine
Attention:  Legal Department
60 5th Avenue
New York, NY 10011
Phone (800) 295-0893
(For Forbes.com inquiries 212-366-8900)

**Re: GoDaddy's Submission of Subpoenas Compliance Department Policy D. Repeat Infringers Revised 01/05/2012; Cease and Desist Order DMCA Copyright Notice 11/15/2012 of Roxanne Grinage regarding GoDaddy Hosted: ReverendCrystalCox@gmail.com registered 11/13/2012 ROXANNEGRINAGE.COM, abusive and defamatory content; and GoDaddy hosted: Crystal@CrystalCox.com email where defamatory content is solicited by "Send Your Tips About Roxanne Grinage to Crystal@CrystalCox.com" is registered by defaulted co-defendant Eliot Bernstein in Federal Trademark Action U.S.D.C. Nevada Randazza et al vs. Crystal Cox and Eliot Bernstein, U.S.D.C. Nevada Case No. 2:12-cv-02040-GMN-PAL.**

**Via Email  publisher@nytimes.com**
**Via Email  generalmgr@nytimes.com**

David Carr, "Media Equation" Columnist
In care of Arthur Sulzberger Jr.
New York Times Chairman & Publisher and
Denise Warren, General Manager of NYTimes.com
Attention:  New York Times
Legal Department for Service on
Mr. David Carr, Journalist.

Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania
Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

**VIA EMAIL  gmashberg@proskauer.com**
**Via Fax: 212.969. 2900**
Gregg M Mashberg
Kenneth Rubenstein
Allen Fagin
Jenifer DeWolf Paine
Joseph Lecesse
Proskauer Rose LLP (New York)
11 Times Square
New York, NY 10036
Tel. (212) 969-3000
   Named by Defendant Crystal Cox as counter-defendants in U.S.D.C. District of Nevada (Las Vegas) Trademark Case No. 2:12-cv-02040-GMN; Randazza, et al vs. Crystal Cox and Eliot Bernstein.

   Defaulted Defendant, Eliot Bernstein is the Plaintiff in another District Court Action in which Gregg M. Mashberg, Esquire is assigned 07/012/2012 Lead Attorney to be Noticed in re U.S.D.C. NYSD 1:07-cv-11196-SAS Bernstein et al v. Appellate Division First Department Departmental Disciplinary Committee et al; Honorable Shira A. Scheindlin, presiding; Date filed: 12/12/2007

**Via EMAIL: david.aman@tonkon.com**
**Via Fax: 503.972.3753**
**Via EMAIL: steve.wilker@tonkon.com**
**Via Fax: 503.972.3740**
Kevin D. Padrick
Obsidian Finance Group, LLC
in care of Attorney Law Firm Representatives
David S. Aman, Esquire
Michael Morgan, Esquire
Steven Wilker, Esquire
TONKON TORP, LLP
Pioneer Tower, Suite 1600
888 S.W. Fifth Avenue
Portland, OR 97204
Steven Wilker Direct Dial: 503-802-2040
David Aman Direct Dial: 503-802-2053

   Plaintiffs Appellants and Plaintiffs Appellants' Attorneys in re − 03/28/2012 $2.5M Defamation Judgment Entered by United States District Court Trial Judge Marco A. Hernandez Against Crystal Cox in re U.S.D.C. for the District of Oregon 3:11-cv-00057-HZ opened 12/07/2012; and Ninth Circuit Court of Appeals and Cross Appeal 12-35238 : Obsidian Finance Group, LLC, et al v. Crystal Cox opened 03/30/12 and 12-35319: Obsidian Finance Group, LLC, et al v. Crystal Cox opened 04/25/2012.

**E-mail: pete@mandw.com**
**Via Facsimile: 732.758.6501**
Francis Gurry and
Erik Wilburs (WIPO Switzerland) and in care of
PETER L. MICHAELSON
Attorney, Arbitrator and Mediator
Michaelson ADR Chambers, LLC
WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION
15 Holly Tree Lane, Suite E
Rumson, NJ 07760-1950
Tel: 732.758.6500
   Named by Federal Trademark Defendant Crystal Cox as "counter-defendants."

**Via Email  Leo@FishtownLaw.com**
**Via Email Jordan@FishtownLaw.com**
**Via Email Lawyers@FishtownLaw.com**
**Via Facsimile: 215.525.0909**
Leo M. Mulvihill, Jr., Esquire
Jordan Rushie, Esquire, Philly Law Blog
Mulvihill & Rushie LLC
Attorneys and Counselors at Law
The Fishtown Lawyers
2424 East York Street, Suite 316
Philadelphia, PA 19125
Tel. 215.385.5291
   Named by Federal Trademark Defendant Crystal Cox as "counter-defendants."

Page -4- of 7 Pages.
Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

**Via Email:  saltydroid@gmail.com**
**[no other contact info found]**

Jason Jones, Esquire
Author Salty Droid

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."


**Via Fax 303.220.6601**

John C. Malone
Corbin Fisher
"Manwin"
Liberty Media Holdings
Attention:  LEGAL DEPARTMENT
Liberty Global, Inc.
12300 Liberty Blvd.
Englewood, CO 80112
Tel. 303-220-6600

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**Via Email:  MB@IVI3.com**

Mark Bennett, Esquire
Houston criminal-defense lawyer
Blog Journalist blog.bennettandbennett.com
" the tao of criminal-defense trial lawyering"
735 Oxford Street
Houston, Texas 77007
Direct Dial: 713.224.1747

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**Via Email: janinerobbenattorney@msn.com**
**Via Fax:  503.548.4435**

Janine Robben, Lawyer Journalist
Oregon Bar Association Bulletin
Law Office of Erin Olson P.C.
2014 NE Broadway
Portland, Oregon 97232
Tel:  503.546-3150
    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**Via First Class Mail**

Bob Garfield, co-host
On the Media
WNYC.ORG / 93.9FM / AM 820
160 Varick Street
New York, NY 10013
Tel. 646-829-4074

Named by Federal Trademark Defendant Crystal
Cox as "counter-defendants."


**Via Email:  tracy@sequenceinc.com**
**Via Fax:  414.755.7550 (Milwaukee office)**
**Via Fax:  312.276.4960 (Chicago office)**

Tracy Coenen, Forensic Accountant
 and Fraud Investigator
SEQUENCE INC.
111 East Wisconsin Avenue, Suite 1230
Milwaukee, WI 53202
Direct Dial:  414.727.2361
Chicago Office Tel.  312.498.3661

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

Page -5- of 7 Pages.
Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania
Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

**Via Email  SHG@SimpleJustice.us**
**c/o Scott H. Greenfield Counselor at Law**

Scott H. Greenfield, Attorney Author
New York Criminal Defense Simple Justice Blog
  and Carlos Miller
  and "John Calkins Sony California"
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Telephone:  212-227-8585

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**Via Email carlosmiller@magiccitymedia.com**

Carlos Miller Video Blog Journalist
Carlosmiller.com and
Photography Is Not A Crime Blog

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

Via Email sean.boushie@mso.umt.edu

Sean Boushie
Royce Engstrom
Bernie Cassidy
Taylor Kai Groenke
University of Montana
32 Campus Drive
Missoula, MT 59812
Tel (406) 243-0211

    Named by Federal Trademark Defendant
    Crystal as a Counter-Defendant and according
    to Roxanne Grinage research also possibly one
    of several Defamation victims of William
    Windsor's Lawless America The Movie project
    who Federal Trademark Defendants Eliot
    Bernstein and Crystal Cox are associated with.

**Via Email:  info@turkewitzlaw.com**

Eric Turkewitz, Attorney Author
New York Personal Injury Law Blog
The Turkewitz Law Firm
228 East 45th Street - 17th Floor
New York, NY 10017
Tel.  212.983.5900

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**Via Email roxannegrinage@gmail.com**

Roxanne Grinage, Legal Assistant
  Marketing Careers Project Manager
Federal Rules of Evidence compliant
  Expert Witness Report Services
HireLyrics Administrative Services
U.S. Citizens Public Docket Database
PO Box 22225
Philadelphia Pa 19136
Tel. 267-444-0594 Fax 215-405-2939
Skype:  roxanne.grinage
www.HireLyrics.org
www.Twitter.com/HireLyrics
www.Facebook.com/Roxanne.Grinage
www.BlogTalkRadio.com/Born-To-Serve
www.YouTube.com/HireLyrics
www.YouTube.com/RoxanneGrinage
www.ireport.cnn.com/people/HireLyrics
www.YouTube.com/WhatIsThereLeftToDo

Named by Federal Trademark Defendant Crystal
Cox in Docket Event 24 Counterclaim as "counter-
defendants", erroneously designated a
"Philadelphia business and Philadelphia
individual."

Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania
Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein

**Via email dowling@apple.com**
**Via email bsewell@apple.com**

Steve Dowling, Senior Director
  Corporate Public Relations and
Bruce Sewell, General Counsel and
  Senior Vice President of
  Legal and Government Affairs
APPLE CORPORATE HEADQUARTERS
1 Infinite Loop
Cupertino, CA 95014
Tel. Main Office 408.996.1010
Tel. Steve Dowling 408.974-1896

Eliot Bernstein's November 9, 2012 Email attaching a letter to Steven Dowling and Bruce Sewell, Captioned "Re: www.STEVEDOWLING.COM APPLE (NASDAQ: AAPL) GENERAL COUNSEL BRUCE SEWELL AND CIVIL AND CRIMINAL LIABILITIES TO APPLE INC. SHAREHOLDERS AND OTHERS" and
Roxanne Grinage's immediate reply email to Eliot Bernstein and Crystal Cox demanding they remove Roxanne Grinage's name from anything which implies I have anything to do with withholding domains named for real people and Eliot Bernstein's latest "extortive/slanderous" techniques for demanding monies he believed are owed to him due to theft of Iviewit patents more than 12 years ago, precluded Roxanne Grinage from providing any more free professional services as Eliot Bernstein's Legal Assistant Marketing Careers Project Manager - began Crystal Cox's written Declaration of "War" on Roxanne Grinage & Eliot Bernstein began a Defamation Tantrum via Broadcast email to Iviewit Shareholders, clients and associates of Roxanne Grinage while financing domain defamation schemes of Crystal Cox by owning many of her domains where she posts abusive defamatory content: BRUCESEWELL.NET, -STEVEDOWLING.COM, ROXANNEGRINAGE.COM and "send tips to Crystal@CrystalCox.com

**Via email martin.cain@dylanenergy.com**
**Via email info@dylanenergy.com**

Martin Cain, CEO/Founder of
Dylan Energy LLC
222 West Main Street
Salisbury, MD 21801
Tel. 443.614.8745

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

Tim Vawter, Senior Investigator
The Protection Group
www.protectiongroup.org
Direct Dial: 732.431.1784
Tim Vawter is also a Plaintiff in a Federal lawsuit to stop Internet harassment
11-cv-06878-PGS-LHG
VAWTER v. NEWS CORP et al

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

**CERTIFIED MAIL / RETURN RECEIPT REQUESTED NO. 7009 1410 0001 5405 7431**
**CC Pending Delivery of Original**
**helpdesk_vegas@nvd.uscourts.gov**

Honorable Gloria M. Navarro
United States District Court Judge
In Care of Clerk of Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101  Tel.  (702) 464-5400

    Named by Federal Trademark Defendant
    Crystal Cox as "counter-defendants."

Notice of Appearance, Affirmation of Service enclosed with Roxanne Grinage's  Ex Parte Motion For Permission To Use The Court's ECF Filing System, Attached Certification of Electronic Filing Case Management Credentials and Completions of ECF Training/Tutorials, Judges Chamber Practices and Local Rules of Civil Practice in U.S. District Courts & Nevada.

 True and Correct Service Copy                     Date(s) Distributed
/*s/*_____      January 14, 2013, January 15, 2014
*ROXANNE GRINAGE* HireLyrics Administrative Services
**U.S. Citizens Public Docket Database - Pennsylvania Sole Proprietorships**

Notice of Appearance and Certificate of Service Disclaimer
Roxanne Grinage d/b/a HireLyrics Administrative Services and U.S. Citizens Public Docket Database, Pennsylvania Secretary of State and U.S. Department of Treasury Registered Sole Proprietorship Structured Internet Companies.
In Re U.S.D.C. Nevada Trademark Case No. 2:12-Cv-02040-GMN-PAL Randazza et al. v. Cox & Bernstein