# EXHIBIT C

# Comment of the Day: Why 'Non-Journalist' Blogger Crystal Cox Didn't Get a Lawyer
By Curtis Cartier
Published Wed., Dec. 7 2011 at 5:00 AM

Rise and shine, it's Comment of the Day time. Today's winner sheds a bit more light on a question that many of you seemed to have yesterday.

That is: Why did Oregon blogger Crystal Cox not hire a lawyer when she unsuccessfully fought to be recognized as a "media member" under state law?

Cox, if you'll recall, was ruled not a journalist by a federal judge and therefore not protected by the state's media shield laws (a ruling that wouldn't fly in Washington).



**Unfrozen Caveman Lawyer**

The judgement against her in the case: $2.5 million.

Cox herself comments on why she ditched the attorney and went *pro se*:

> I certainly was fit to represent myself and I did a damn good job. I recommend that everyone go pro se and lawyer up for the appeal, this way you get to introduce more elements into the case and others pick up the case and whatever you right in your motions to the court is then under "Absolute Privilege" as a matter of law and can't be considered defamation. I fought a good battle and I introduced tons of information that will later be used to further the story. I did not want to say, I have a right to say what ever I want. I wanted to make the statement that I am Media, I posted the truth to the best of my ability and I was never asked to retract. I wanted to be Pro Se and I Did It. I believe I did a better job then a lawyer could have for this first step, and it took a year that would have cost over $60,000 with as many documents as the Plaintiff's Blathering Attorney kept filing. I am proud of the Job I did, and Stand in my Truth with Honor and Dignity.

*Follow The Daily Weekly on Facebook and Twitter.*

2/1/13 Comment of the Day: Why (Non-)Journalist Blogger Crystal Cox Didn't Get a Lawyer - Seattle News - ...

Case 2:12-cv-02040-GMN-PAL Document 69-3 Filed 02/04/13 Page 3 of 3

