Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT COX'S MOTION REQUESTING COURT NOTIFY AUTHORITIES REGARDING PLAINTIFF MARC RANDAZZA** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Opposition to Defendant Crystal Cox's Motion Requesting Court Notify Investigators about Plaintiff Marc Randazza. (ECF 60).

The Court already has denied a substantially identical request from Defendant Cox. (ECF No. 27) This issue already has been decided by the Court and cannot be re-adjudicated.

Furthermore, Cox's Instant Motion supports Plaintiffs' contention that Cox is abusing her ECF privileges. Immediately after Cox's demand that the Court investigate Mr. Randazza was denied, Cox filed this Motion, which requests virtually identical relief. Plaintiffs request that the Motion be denied.

1

Dated: February 8, 2013

Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on February 8, 2013.

Dated: February 8, 2013

Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax