# The Legal Satyricon

Occasionally irreverent thoughts on law, liberty, tech, and politics

## New York Times chimes in on the Crystal Cox Story

David Carr brings us "Judge Clarifies That Bloggers Can Be Journalists (Just Not One in Particular) (http://mediadecoder.blogs.nytimes.com/2012/04/02/judge-clarifies-that-bloggers-can-be-journalists-just-not-one-in-particular/)" this column on the Crystal Cox "bloggers vs. journalists" story.

The first time this story broke, much of the reporting on it was sloppy. Bloggers and "traditional" journalists alike all latched on to the narrative that Judge Hernandez locked bloggers out of the journalism club (Carr was one of the few who was not fooled). This time around, the blogosphere seems to see this case for what it is: A repudiation of extortion, not of blogging.

Judge rules, again, that blogger Crystal Cox is not a journalist. You know why? Because she ISN'T a journalist (http://randazza.wordpress.com/2012/03/30/judge-rules-again-that-blogger-crystal-cox-is-not-a-journalist-you-know-why-because-she-isnt-a-journalist/).

Crystal Cox – Investigative Blogger? No, More Like A Scammer and Extortionist (http://phillylawblog.wordpress.com/2012/03/30/crystal-cox-investigative-blogger-no-more-like-a-scammer-and-extortionist/)

A Blogger Not Like Us (http://blog.simplejustice.us/2012/03/30/a-blogger-not-like-us.aspx)

How Crystal Cox Is Helping To Prove The Strength of the First Amendment (http://randazza.wordpress.com/2012/03/31/how-crystal-cox-is-helping-to-prove-the-strength-of-the-first-amendment/)

Investigative Journalist Crystal Cox Attacks Kevin D. Padrick (http://www.sequenceinc.com/fraudfiles/2012/03/investigative-journalist-

crystal-cox-attacks-attorney-kevin-d-padrick/)

Crystal Cox (http://blog.bennettandbennett.com/2012/03/crystal-cox.html)

Crystal Cox Is Not a Member of the Media (http://siouxsielaw.com/2012/03/31/crystal-cox-is-not-a-member-of-the-media/)

Crystal Cox (http://www.trialtheory.com/2012/04/01/crystal-cox/)

A shield law for bloggers? OK, but not for extortionists. (http://nobodysbusinessblog.com/2012/04/02/a-shield-law-for-bloggers-ok-but-not-for-extortionists/)
It seems that with District Court Judge Marco Hernandez' clarified order (http://ia700403.us.archive.org/9/items/gov.uscourts.ord.101036/gov.uscourts.ord.101036.123.0.pdf), the blogging world sees this case for what it is. Other bloggers' are coming to the same conclusion that one of Cox's early allies came to:

**Crystal L. Cox = Internet Predator**
in Other Related News | Comments (0)
Tags: Crystal L. Cox, Crystal Raven, Internet Predator

Nobody really pays attention to the crap you write about. Really your stance on topics changes on a daily basis. You write with foul language and you write based on your own emotion and tips that have nothing to do with the truth. I do tell the truth every step of the way. You are the one who distorts it to fit your circumstances. You were in love with me and you fed me hundreds of flattering emails. You went crazy when I was hospitalized and went after my family. Now I want nothing to do with you because you hurt people who are innocent by constantly lying and switching stories to fit who you are mad at. That is not journalism or investigative reporting. You have to be kidding yourself. You want a war. Have it with yourself. I don't have to war with you because it is taking away the attention from the true predators, Kevin Padrick, Tonkon Torp, Obsidian Finance. You have made a mess out of blogging.

**Crystal L. Cox** is an Internet Predator – She will promise to help, but slay you when you don't do what she wants.

(http://randazza.files.wordpress.com/2012/03/screen-shot-2012-03-31-at-12-28-38-pm.png)
Stephanie Studebaker-DeYoung's statement on Crystal Cox

This entry was posted on Monday, April 2nd, 2012 at 9:20 am and is filed under misc. You can follow any responses to this entry

through the RSS 2.0 feed. Both comments and pings are currently closed.

## One Response to *New York Times chimes in on the Crystal Cox Story*

1. *geekhideout* says:
   April 2, 2012 at 9:36 am
   WordPress strikes again… the link to the Times Piece is recursively going back to here

   The real one (saves re-diting in short term) is http://mediadecoder.blogs.nytimes.com/2012/04/02/judge-clarifies-that-bloggers-can-be-journalists-just-not-one-in-particular/?scp=1&sq=cox&st=cse

   About to read all opinions in the Obsidian v Cox case from 07JUN11 till now re your suggestion (good bedtime material here in Aust) will formulate opinion re Appeal sometime tomorrow.

Theme: Contempt by Vault9.
Blog at WordPress.com.

Related Searches:

State Supreme Court

|

Supreme Court Case

|

Mark Bennett

|

Jury Selection

|

Criminal Defense Attorney

|

Defending People

|

Appeals Court

|

Supreme Court Ruling

|

Circuit Court

|

Expert Witnesses

|

Supreme Court Appeal

|