2/7/13  Gang Stalking / Organized Stalking is REAL: Why is Sean Tompkins (TRPWL - TheRealPornWikiLeaks) posting about Monica Foster 's family members just …

Case 2:12-cv-02040-JAD-PAL   Document 77-11   Filed 02/12/13   Page 1 of 2

[search box] **Share** 0 | More | Next Blog»    reverendcrystalcox@gmail.com    Dashboard    Sign Out

# Gang Stalking / Organized Stalking is REAL

After months of being harassed, stalked and TERRORIZED by the Los Angeles Porn (pornographic) Industry for essentially being a "whistle blower" and asserting my rights as a HUMAN BEING, I finally found a TERM that defined exactly what was effecting my life - and that term is GANG STALKING (organized stalking). This blog is a resource of information for other Targeted Individuals out there to aid in RETAINING their sense of self and personal power. I will not be intimidated or silenced.

Tuesday, December 20, 2011

### Why is Sean Tompkins (TRPWL - TheRealPornWikiLeaks) posting about Monica Foster 's family members just like PornWikiLeaks Donny Long did?



**Update: 1.3.2012 - Donny Long was utilized a a scapegoat for PornWikiLeaks. Click here for the truth.**

It has nearly been **exactly 1 year** since Monica Foster has fought against those behind the initial PornWikiLeaks website (of which Donny Long and Michael Tierney were allegedly behind) in regards to herself and family members being stalked, harassed, slandered, terrorized and threatened.

Sean Tompkins (who now owns and operates TheRealPornWikiLeaks website and who claims to be responsible for closing the initial Pornwikileak website) however has continued to pick up where PornWikiLeaks left off.

As of this week - Sean Tompkins has brought Monica Foster's immediate family members into the limelight by writing an article about them (complete with their names and other personal info) on his website. The question is WHY?

None of Monica Foster's family members have ever had any connection to (or anything to do with) the porn industry - yet their safety, privacy and security is consistently compromised by Sean Tompkins, Michael Whiteacre (aka Ari Bass) and others attached to the Los Angeles pornographic industry who openly support their activity (such as Jeff Mullen aka Will Ryder).

Is Monica Foster along with her family members (and countless others) being harassed solely because she's chosen to LEAVE the Los Angeles porn industry, rebuild her life for the better, and tell the truth about her experiences?

Is Monica Foster and her family being made an example of by the Los Angeles porn industry in effort to frighten other porn actors and actresses into never leaving and remaining silent about the illegal activity (such as sex trafficking, drug use, money laundering and prostitution) of which the Los Angeles porn industry is built upon?

More and more of the public is beginning to question if Sean Tompkins, Michael Whiteacre,

## Follow this blog on twitter

 Join the conversation



### Monica Foster websites and blogs that led to my Gang Stalking Experience

Monica At Home youtube channel

Monica At Home - video blog about the porn industry

The truth of Pornwikileaks - a recent gangstalking incident

My adult personal blog - documents my gang stalking experience in LA

Porn News Today

Getting Into Porn - the blog

Getting Into Porn - the Official Site

### Blog Archive

► 2012 (6)
▼ 2011 (8)
   ▼ December (4)
      Desi Foxx Speaks: The

2/7/13 Gang Stalking / Organized Stalking is REAL: Why is Sean Tompkins (TRPWL - TheRealPornWikiLeaks) posting about Monica Foster's family members just …

Case 2:12-cv-02040-JAD-BNW   Document 77-11   Filed 02/12/13   Page 2 of 3

Jeff Mullen / Will Ryder (and others they are attached to) were behind the initial PornWikiLeaks situation from the start - it's starting to appear that way without a doubt.

(more info on http://pornwikileaks.blogspot.com)

Posted by Monica Foster at 12:12 AM

Recommend this on Google

Homework is Coming In and Do...

Why is Sean Tompkins (TRPWL - TheRealPornWikiLeaks...

Rick Madrid already being gang stalked, harassed, ...

Weinergate , xxxporntalk , Mike Stack (aka redgoat...

► October (4)

No comments:

Post a Comment

Enter your comment...

Comment as: Crystal L. Cox (Google)   Sign out

Publish   Preview                               Subscribe by email

Newer Post            Home            Older Post

Subscribe to: Post Comments (Atom)

Picture Window template. Powered by Blogger.