Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>　　　　Defendants. | Case No. 2:12-cv-02040-GMN-PAL<br><br>**NOTICE OF FAILURE TO SUBMIT DISCOVERY PLAN** |

　　　　Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit this Notice of Failure to Submit Discovery Plan.

　　　　Plaintiffs filed a Motion for Summary Judgment (ECF 75) and a Motion to Strike Defendant Crystal Cox's Counterclaim (ECF 48). The resolution of these Motions will render a discovery plan unnecessary. Defendant Cox has also filed a Motion for Summary Judgment (ECF 79), and Defendant Eliot Bernstein is in default (ECF 39). Thus, Defendants clearly believe that a discovery plan is unnecessary as well. Finally, even if one were necessary, Plaintiffs have been unable to meet with Defendant Cox to have the required conference under Fed. R. Civ. P. 26(f) because Cox refuses to speak with Plaintiffs' counsel via telephone or in person. (See Exhibit A and ECF 47 at 3). Even if one could be crafted via email, the Court is no doubt aware of the

1  unintelligible nature of most of Cox's written communications.  Thus, a joint discovery plan is
2  impossible.
3       In light of the foregoing, Plaintiffs hereby give notice that they do not believe a discovery
4  plan is currently necessary in this matter.

6  Dated: February 19, 2013          Respectfully submitted,

7                                          /s/Ronald D. Green
                                        Ronald D. Green, NV Bar #7360
8                                          Randazza Legal Group
                                        6525 W. Warm Springs Road, Suite 100
9                                          Las Vegas, NV 89118
10                                         888-667-1113; 305-437-7662 fax
                                        ecf@randazza.com

2
*Notice of Discovery Plan*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on February 19, 2013.

Dated: February 19, 2013                                  Respectfully Submitted,

*[signature]*

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax