# EXHIBIT A

**RANDAZZA LEGAL GROUP**

Correspondence from:
**Ronald D. Green, Esq.**
rdg@randazza.com

**Reply to Las Vegas Office via Email or Fax**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

January 11, 2013

<u>Via Email Only</u>
<crystal@crystalcox.com>
<savvybroker@yahoo.com>

Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368

  *Re: L.R. 26-1, Randazza v. Cox, 2:12-cv-02040 (D. Nev.)*

Dear Ms. Cox:

Pursuant to Local Rule 26-1, parties in an action must meet and/or confer regarding a discovery plan within 30 days of the filing of an answer by a defendant. In relevant part, the Rule states:

> The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) within thirty (30) days after the first defendant answers or otherwise appears. Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order.

LR 26-1(d). According to the Local Rules, this means we must set up a telephonic conference in the next few weeks. If the timing is convenient for you, I would like to schedule a telephone conference with you to discuss a stipulated discovery plan the week of January 21-25. Please let me know what date would be best to schedule the meeting.

         Best regards,

         Ronald D. Green

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
Two Renaissance Square
40 North Central
Suite 1400
Phoenix, AZ 85004
Tel: 888.667.1113
Fax: 305.437.7662

**RANDAZZA** | LEGAL GROUP

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
Two Renaissance Square
40 North Central
Suite 1400
Phoenix, AZ 85004
Tel: 888.667.1113
Fax: 305.437.7662

Correspondence from:
**Ronald D. Green, Esq.**
rdg@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

January 15, 2013

<u>Via Email Only</u>
<crystal@crystalcox.com>
<savvybroker@yahoo.com>

Crystal L. Cox
PO Box 2027
Port Townsend, WA 98368

*Re: L.R. 26-1, Randazza v. Cox, 2:12-cv-02040 (D. Nev.)*

Dear Ms. Cox:

On January 11, 2013, I sent you correspondence requesting that you provide your availability to participate in the court-required telephonic conference to discuss the discovery plan for the case. Thus far, we have not heard from you. As stated, we are hoping to have the conference during the week of January 21, 2013. While the concerns that you have expressed regarding your safety are unfounded, as a concession, I would consent to you recording the conversation. If you choose to do so, please be aware that I would do so also.

Your prompt response is appreciated.

Best regards,

Ronald D. Green