www.xbiz.net/index.php?c=discussion.view_thread&id=6279



applicable Constitutional laws, government resources should be better spent on a great many other things or returned to those that contributed said resources (taxes).

Quote Reply    Reply

Sat, Apr 28, 09:20 am                                                                                    #16

> Originally Posted By **Monica Foster**:
>
> This won't be a popular reply here, but I'll just say this:
>
> He was out of control gross, and in civilization - you just can't have that.
>
> I think if people really want to create "art" such as his, they should try another country. There are many to select from.

No, it won't be popular.  The reason being that it is an uneducated and moronic reply.

If "civilization" meant that you should go to prison for creating content and expression that grosses someone out, then you would be the first one in lockup.  I'd rather have 100 movies about shitting out there than one more dumb as fuck word from your moronic mouth.  But, that's what the First Amendment is all about -- tolerating speech that some find gross, that some find idiotic, and that some find shameful.

If we are going to start classifying works of expression as "gross" or speakers as "out of control," and that's the basis for whether or not they should land someone in prison, then I say we should be focused on The Bible and any asshole standing up at a pulpit.  But, I have to put up with christian bullshit, because that's the price of living in a free society.

I find it to be a dark day in America when someone goes to prison because the government doesn't like his movies.

Now take your uneducated ass and drive your 1993 Geo off a cliff, please.

Quote Reply    Reply