1/15/13 Sean Tompkins Threatens Crystal Cox and Coming to Town She Lives in. Jay Malcom Devoy in Conspiracy with Sean Tompkins.JPG (1366×768)

Case 2:12-cv-02040-GMN-PAL Document 87 Filed 02/21/13 Page 8 of

