Crystal L. Cox
Pro Se Plaintiff
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**Plaintiff Crystal Cox**

Poverty Affidavit / Declaration
Sworn Affidavit of Income, Assets and Expenses

I, Plaintiff Crystal L. Cox Swear to the following upon my belief and knowledge.

I, Plaintiff, Crystal L. Cox, have a $2.5 Million Dollar Judge against me.

**I, Crystal L. Cox, have the Following Assets:**

Approx. 100 Domain Names, which cost $10 a Year to Renew, on going and are connected to my online business, in which is my Income Source.

One 1990 Ford Truck, Smashed in, Value Approx. $500.

Clothes, 1 King Size bed, 3 Book Cases, 4 Folding Tables, and misc. Household Possessions.

One 6 old desktop computer.

No Property, No Land, No Investments, No Life Insurance, No Retirement Account.

**My Marital Status: Single**

I, Pro Se Plaintiff Crystal L. Cox, Swear to the following upon my belief and knowledge.

Gross Income:  $2000

Rent:  $825.00

Electricity $450

Insurance $50

Phone: $250

Internet $100

Gas $200

Food $320

Payment on Debts $200 a Month to private parties, only when I can
(I owe a dental debt of approx. $1200, and owe approx $300,000 to Private Parties, as filed in Obsidian V. Cox) (Debt to Eliot Bernstein on those documents was satisfied, until recently, when Defendants took part of the Domain Names settled in lieu of Debt., therefore some of that debt still applies)

I also owe Approx. $5000 to the IRS.

I Crystal L. Cox, on this Day of February, 24th,  2013, swear / affirm under penalty and perjury that these facts are true to my best knowledge and believe.

My monthly expenses is way more than my income, I have occasional help from churches, friends and family.

## Relief Requested

### Order to Proceed as a Poor Person

The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that Pro Se Plaintiff is without sufficient funds or assets with which to pay the advance deposit for costs of this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

**Poverty Affidavit / Declaration, Submitted by Counter Plaintiff Crystal L. Cox**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system **On February 24th, 2013**.

Respectfully Submitted
Pro Se Plaintiff
Crystal L. Cox
**Case 2:12-cv-02040-GMN-PAL**