Crystal L. Cox
Pro Se Plaintiff
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Plaintiff Crystal L. Cox

Motion Certifying Completion
of CM/ECF Tutorial

I, Pro Se, Defendant Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu accessible at www.nvd.uscourts.gov.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using the District of Nevada's Court CM/ECF system **On February 24th, 2013**.

Respectfully Submitted
Plaintiff Crystal L. Cox