UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**Pro Se Plaintiff Crystal L. Cox**

**Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically.**

I, Crystal L. Cox in my Pro Se Capacity request this court's permission to submit filings electronically in this case.

Plaintiff Crystal L. Cox will be filing massive amounts of documents, evidence, exhibits and it would be cost effective for this court to allow Pro Se Plaintifff Crystal L. Cox to submit all legal filings electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email.

Plaintiff Crystal L. Cox
Pro Se Capacity

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using the District of Nevada's Court CM/ECF system **On February 24th, 2013**.

Respectfully Submitted
Plaintiff Crystal L. Cox
Pro Se Capacity
Crystal L. Cox
PO Box 2027
Port Townsend Washington, 98368
Crystal@CrystalCox.com
SavvyBroker@Yahoo.com