Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, <br><br> Defendants. | Case No. 2:12-cv-02040-GMN-PAL <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO CONTINUE IN FORMA PAUPERIS** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Opposition to Defendant Crystal Cox's Motion for Leave to Continue In Forma Pauperis.

Defendant Cox's request should be disregarded, as she has not properly filed her motion pursuant to 28 U.S.C. § 1915. This Court already has held the above-captioned case to be unrelated to Defendant Cox's separate racketeering complaint and ordered that racketeering complaint stricken from this suit. (ECF 89 at 3).

Cox's filing the Motion serves only to waste Plaintiffs' and this Court's time, providing further support that this Court should grant Plaintiffs' Motion to Revoke Cox's Electronic Filing Privileges. (ECF 69) Cox has consented to the motion. (ECF 88) Furthermore, given that Cox is

1

clearly now demonstrating herself to be a vexatious litigant, this Court should consider stronger corrective action beyond the motion filed in ECF 69.

Because Defendant Cox improperly filed her Motion for Leave to Continue In Forma Pauperis, Plaintiffs respectfully requests the Court deny Cox's Motion.

Dated: February 25, 2013

Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on February 25, 2013.

Dated: February 25, 2013                    Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax