Crystal L. Cox
Pro Se Defendant
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# Case 2:12-cv-02040-GMN-PAL

**Plaintiff Marc J. Randazza**

> **Notice to Court Regarding Judge Gloria Navarro**
> **Being a Named Defendant in**
> **Pro Se Litigant Crystal Cox's RICO Complaint**

**v.**

**Defendant Crystal Cox AND**
**Defendant Eliot Bernstein**


I, Pro Se Litigant Crystal L. Cox have filed a Racketeering (RICO) Act Complaint with the District of Nevada.  Judge Gloria Navarro is a named defendant in this case, now known as District of Nevada 2:13-cv-00297-JCM-NJK.

### District of Nevada 2:13-cv-00297-JCM-NJK is filed under:

### Cause: 18:1962 Racketeering (RICO) Act

### Nature of Suit: 470 Racketeer/Corrupt Organization

I, Pro Se Litigant Crystal L. Cox Officially Notify this court of Judge Gloria Navarro being a named defendant and therefore having a conflict of interest in ruling over matters, motions, of Case 2:12-cv-02040-GMN-PAL.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system **On February 27th 2013**.

Respectfully Submitted
Crystal L. Cox
**2:12-cv-02040-GMN-PAL /** Pro Se Defendant
**2:13-cv-00297-JCM-NJK /** Pro Se Plaintiff