Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, <br><br> Defendants. | Case No. 2:12-cv-02040-GMN-PAL <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT CRYSTAL COX'S FOURTH MOTION TO DISQUALIFY, REMOVE, RECUSE JUDGE GLORIA NAVARRO (ECF 97)** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Opposition to Defendant Crystal Cox's Fourth Motion to Disqualify, Remove, Recuse Judge Gloria Navarro. (ECF 97)

This matter already has been extensively covered in both of the Court's orders on Cox's previous three motions. (ECF 35 and 86) However, Plaintiffs submit this opposition as required by the Local Rules so as not to imply consent to the instant motion. For the reasons expressed by the Court in both ECF 35 and 86, Plaintiffs respectfully request the Court deny Defendant Cox's Fourth Motion to Disqualify, Remove, Recuse Judge Navarro. (ECF 97).

/ /

/ /

1

| | |
|---|---|
| Dated: March 8, 2013 | Respectfully submitted, |
| | /s/Ronald D. Green |
| | Ronald D. Green, NV Bar #7360 |
| | Randazza Legal Group |
| | 6525 W. Warm Springs Road, Suite 100 |
| | Las Vegas, NV 89118 |
| | 888-667-1113; 305-437-7662 fax |
| | ecf@randazza.com |

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 8, 2013.

Dated: March 8, 2013

Respectfully Submitted,

*Laura M. Tucker* (signature)

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax