Crystal L. Cox
Pro Se Plaintiff
2:13-cv-00297-JCM-VCF

SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:13-cv-00297-JCM-VCF

Plaintiff Crystal L. Cox

                                                Motion Requesting Court Appointed Counsel

   vs.

Defendant Marc J. Randazza, and ALL Named Defendants


I, Pro Se Plaintiff Crystal Cox file this motion as a Request for a Court Appointed Attorney.

I, Pro Se Plaintiff Crystal Cox request this court to appoint and pay for an attorney to represent me in this matter, an attorney in which has no conflicts of interest and is approved by me Pro Se Plaintiff Crystal Cox.

I, Pro Se Plaintiff Crystal Cox Have attempted to obtain counsel, and fail, due to their fear of being connected to retaliation efforts by named defendants and connected parties.

I, Plaintiff Crystal Cox realize that it is unusual to Request a Court Appointed Attorney in a civil case, however, due to the factors of this case, I am unable to obtain counsel on these matters.

I, Plaintiff Crystal Cox have filed this case in Forma Pauperis, as Original noted when this case docket was originated.

Also noted in prior document of this case, Marc J. Randazza directly BLOCKED me from getting counsel in my Obsidian Finance Group v. Crystal Cox Appeal. As he told attorneys of the First Amendment Bar that he represented me, and therefore they backed off and this left me with no counsel. I would have lost my right to due process in the appeal, if I had not spoke with Eugene Volokh on the phone BEFORE Defendant Marc Randazza announced to the First Amendment Bar that he represented me. This created a situation where by Eugene Volokh followed up with me after he called Marc Randazza direct to confirm what he had heard in the first amendment bar, that Marc Randazza Represented me. Defendant Marc Randazza told UCLA Law Professor, Attorney Eugene Volokh that he represented me, yet he had no contract with me.

This was deliberate to block me from getting counsel in time to appeal, and there by sabotage my Obsidian V. Cox Appeal case, which Marc Randazza continued to do for over a year now.

It is IMPORTANT to note here that I, Crystal Cox had NO Representation, No Contract with Marc Randazza at that time, yet he was in negotiations with Co-Defendant David S. Aman Opposing Counsel in my case, in which I was then Pro Se in.  I was not informed of the details of this negotiation and had no contract with Marc Randazza. When UCLA Law Professor, Attorney Eugene Volokh followed up to tell me to let him know if he can be of any assistance on the case in the future, and that Marc Randazza claimed he represented me, this was the first time I heard that Randazza was telling large amounts of attorneys, bar associations that he represented me.

**In this case, 2:13-cv-00297-JCM-VCF, I fear I am also being blocked as to getting counsel, by behind the scene threats, retaliation and schemes.**

Over the last 3 years I, Plaintiff Crystal L. Cox, have reported on, received tips on, took interviews on those connected with the Christine Anderson Whistle Blower case out of New York ( U.S. District Court Southern District of New York, Civil Case Number 1:07-cv-09599-SAS. ) Anderson v. The State of New York et al, Assigned to: Judge Shira A. Scheindlin, Referred to: Magistrate Judge Andrew J. Peck.

I have also reported on connected issues, people, and corporations such as Andrew Cuomo as New York Attorney General, James Pelzer, Rita Adler ex Chief Counsel of the NYS Grievance Committee for Tenth Judicial District, many stories regarding the Tenth Judicial District, New York's Second Department, State Attorney General Office, Nicole Corrado Esq Whistle Blower, New York Senate Judiciary Committee, Naomi Goldstein, New York State Bar, New York Ethics Committee, JP Morgan, Peter Sivere Whistle Blower, Elliot Spitzer, Enron, George Demos, Philip Falcone FCC Issues, Warner Bros., Time Warner, Proskauer Rose Law Firm, SENATE STANDING COMMITTEE ON THE JUDICIARY NOTICE OF PUBLIC HEARING
Senator John Sampson Chairman, Judicial & Attorney Disciplinary Process in the State of New York  and many more involved in the New York Judicial Process and connected to the "Cleaner", Whistle Blower case brought forth by Christine Anderson.

I, Plaintiff Crystal L. Cox, have been the target of widespread whistle blower retaliation, the goal being to shut down my investigative reporting. The tactics used to stop the flow of information on my investigative blogs has cause irreparable damage to my sources, informants, and to my personal life, business and reputation.

Attorneys are afraid to represent me, as they fear wire taps, retaliation and attacks related to named defendants and the Christine Anderson case, legally related to the iViewit Technology, Eliot Bernstein RICO Case.

The Felony Crimes alleged by Christine Anderson, directly relate to this Civil RICO & ANTITRUST Lawsuit.,

Evidence was obtained on Thursday, January 24, 2013, confirming the position of a former NYS attorney ethics committee insider that various illegal actions were employed by New York State employees to target and/or protect select attorneys.

During the wrongful termination case of former Manhattan ethics attorney Christine Anderson, it was revealed that New York State employees had a nick-name for supervising ethics attorney Naomi Goldstein.  Naomi Goldstein was, "The Cleaner."

The issues surrounding this matter make it impossible to obtain unconflicted counsel.

I, Plaintiff Crystal L. Cox,  believe I am a "TARGET" of these wire tapes, surveillance, and retaliations, connected to the Christine Anderson case and therefore I am blocked from due process, fair treatment, and have no way to obtain counsel.

This motion is a request that this court appoint me, Plaintiff Crystal Cox, non-conflicted counsel that I am in agreement with.

# CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas ,  NV   89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox