Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**

SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

**Second Motion to Continue
In Forma Pauperis**

vs.

Defendant Marc J. Randazza, and ALL Named Defendants

I, Plaintiff Crystal L. Cox, request this court acknowledge my In Forma Pauperis status and serve summons to named defendants via "Marshall". It is my belief that many named defendants have been served via email, and via the electronic court system and thereby are already in their 21 day answer period.

I, Plaintiff Crystal L. Cox, filed 2:13-cv-00297-JCM-VCF, 2/26/2013.

I filed this complaint with a request / motion to continue in Forma Pauperis, **I ASSUME this Motion was GRANTED**, because this complaint was filed with no cost to me, therefore in Forma Pauperis. However, there seems to be no action toward serving named Defendants nor acknowledgement from Defendants, of the existence of this case.

Therefore, I, Plaintiff Crystal L. Cox, file another motion to Proceed in Forma Pauperis.

## Petition / Motion to Proceed In Forma Pauperis

I, Plaintiff Crystal L. Cox, Swear that I am a "Pauper". I have a 2.5 Million Dollar Judgement Against me, and bring in barely enough money / income to cover my living Expenses. I require this court to provide "Service" to all Named Counter Defendants on my Behalf.

I, Plaintiff Crystal L. Cox request the U. S. Marshal serve summons and complaint on all named Defendants of this Case.

# CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas , NV  89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox