Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

Motion Requesting Reason for Reclusal / Removal of
Magistrate Judge Nancy J. Koppe

Defendant Marc J. Randazza, and ALL Named Defendants

This document relates to Docket Entry 2 and Entry 3, dated 3/4/2013

I, Pro Se, Defendant Crystal L. Cox, request this court provide documented reasons why
Magistrate Judge Nancy J. Koppe was removed from District of Nevada 2:13-cv-00297.

I, Pro Se, Defendant Crystal L. Cox, request this court provide documented reasons why
Magistrate Judge Nancy J. Koppe removed herself from 2:13-cv-00297-JCM-VCF, Order of
Reclusal.

# CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas ,  NV   89101

Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox