Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

Motion to Legally Relate Supreme Court of the State of
New York, County of New York Case
Number 105573-2011 (Rakofsky v. The Internet)

vs.

Defendant Marc J. Randazza, and Named Defendants

I, Plaintiff Crystal L. Cox, request this court to enter Supreme Court of the State of New York, County of New York Case Number 105573-2011 (Rakofsky v. The Internet), as a Related Case to **2:13-cv-00297-JCM-VCF.**

I, Plaintiff Crystal L. Cox, have been targeted by a large number of the same defendants as this case. I, Plaintiff Crystal L. Cox, have been subject to Internet Mobbing, Harassment, Defamation, Retaliation and the same as Plaintiff Rakofsky alleges.

I, Plaintiff Crystal L. Cox, believe these cases are legally related.

Some, not all connected Defendants are Jordan Rushie, Eric Turkewitz, Simple Justice NY LLC, Scott H. Greenfield, Bennett and Bennett, Mark Bennet, and more.

The Rakofsky v. The Internet also involves other connected parties Proskauer Rose Law Firm and Marc J. Randazza, Randazza Legal Group, AboveTheLaw.com, Elie Mystal, Breaking Bad Media LLC,  Siddiq Law, Brian Tannebaum, and more.

## CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas , NV  89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox