Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**

SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

                              Motion to Legally Relate U.S. District Court Southern
                                      District of New York (Foley Square),
                                      CIVIL CASE #: 1:07-cv-11196-SAS
                                    ( Bernstein et al v. Appellate Division )

vs.

Defendant Marc J. Randazza, and Named Defendants

I, Plaintiff Crystal L. Cox, request this court to enter U.S. District Court Southern District of New York (Foley Square), CIVIL CASE #: 1:07-cv-11196-SAS, Bernstein et al v. Appellate Division First Department, Departmental Disciplinary Committee et al Assigned to: Judge Shira A. Scheindlin as a Related Case to **2:13-cv-00297-JCM-VCF.**

I, Plaintiff Crystal L. Cox, have been reporting on the iViewit Technology, Eliot Bernstein Story for over 3 years and have since been targeted to shut down my online investigative reporting.

Named Defendants of **2:13-cv-00297-JCM-VCF have retaliated against** iViewit Technology, Eliot Bernstein.  District of Nevada Case 2:12-cv-02040-GMN-PAL is legally related to **2:13-cv-00297-JCM-VCF, as the docket shows. Eliot Bernstein is a named defendant in** District of Nevada Case 2:12-cv-02040-GMN-PAL.

Defendant Marc J. Randazza contacted Eliot Bernstein to attempt to get him to conspire against me, Plaintiff Crystal Cox. Claiming that he would not sue Eliot Bernstein if he aided Randazza in his efforts to shut down Crystal Cox.

# CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas , NV  89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox