Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**

SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

**Motion to Enjoin Attorney General**

Defendant Marc J. Randazza, and ALL Named Defendants

I, Plaintiff Crystal Cox, request this court to enjoin the U.S. Attorney General in the matters in this RICO Complaint.

Plaintiff Crystal Cox respectfully request that this Court enjoin the Attorneys General of Nevada, Washington, New York Florida, California,and the Attorney General of the United States into this case.

# CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas ,  NV   89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox