UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARC J. RANDAZZA, et al.,   )
                            )   Case No. 2:12-cv-02040-GMN-PAL
                Plaintiffs, )
                            )   **ORDER**
vs.                         )
                            )   (Various Mtns - Dkt. ##102-106, 108)
CRYSTAL L. COX, et al.,     )
                            )
                Defendants. )
_____)

This matter is before the court on the following filings by Defendant Crystal Cox in this case: Motion for Court-Appointed Counsel (Dkt. #102); Motion to Continue In Forma Pauperis (Dkt. #103); Motion Requesting Reason for Recusal (Dkt. #104); Motion to Legally Relate Supreme Court of New York Case No. 105573-2011 (Dkt. #105); Motion to Legally Relate U.S. District Court Southern District of New York Civil Case No. 1:07-cv-09599-SAS (Dkt. #106); Notice of Related Cases (Dkt. #107); and Motion to Enjoin Attorney General (Dkt. #108). All of these papers were filed electronically on March 25, 2013.

Each of the Motions and the Notice of Related Cases is captioned with the following: *Crystal L. Cox v. Mark J. Randazza,* Case No. 2:13-cv-00297-JCM-VCF. A review of the court's docket reflects that this case was opened pursuant to the district judge's Minute Order (Dkt. #94) entered February 26, 2013. Cox has not received permission to electronically file in Case No. 2:13-cv-00297-JCM-VCF. She may not electronically file documents related to that case in this case. Doing so is an abusive litigation practice that wastes judicial resources and unnecessarily confuses the court's docket in both cases. Electronic filing is a privilege afforded to pro se litigants, and Cox must apply for permission to electronically file in Case No 2:13-cv-11297 JCM-VCF and comply with the court's electronic filing procedures if she wants to continue using the court's CM/ECF system.

Accordingly,

**IT IS ORDERED:**

1. Cox's Motion for Court Appointed Counsel (Dkt. #102) is STRICKEN.
2. Cox's Motion to Continue In Forma Pauperis (Dkt. #103) is STRICKEN.
3. Cox's Motion Requesting Reason for Recusal (Dkt. #104) is STRICKEN.
4. Cox's Motion to Legally Relate (Dkt. #105) is STRICKEN.
5. Cox's Motion to Legally Relate (Dkt. #106) is STRICKEN.
6. Cox's Notice of Related Cases (Dkt. #107) is STRICKEN.
7. Cox's Motion to Enjoin Attorney General (Dkt. #108) is STRICKEN.
8. Unless and until Cox receives permission to electronically file documents in 2:13-cv-00297-JCM-VCF, Cox must manually file documents in that case. She may not electronically file documents related to that case in this case. Failure to comply with this order may result in a revocation of Cox's permission to electronically file in this case.

Dated this 26th day of March, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE