Crystal L. Cox
Pro Se Defendant
**2:12-cv-02040-GMN-PAL**
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:12-cv-02040-GMN-PAL**

Plaintiff Marc J. Randazza

                                        Motion to Legally Relate Supreme Court of the State of
                                            New York, County of New York Case
                                        Number 105573-2011 (Rakofsky v. The Internet)

vs.

Defendant Crystal L. Cox

Note to Court:  District of Nevada 2:13-cv-00297-MMD-VCF is legally related to District of Nevada 2:12-cv-02040-GMN-PAL, as shown on BOTH case dockets.

District of Nevada 2:13-cv-00297-MMD-VCF is actually the court ordered "Counter Complaint" to 2:12-cv-02040-GMN-PAL. ( See Docket Entry 89, 91 and 94)

I, Defendant Crystal L. Cox, request this court to enter Supreme Court of the State of New York, County of New York Case Number 105573-2011 (Rakofsky v. The Internet), as a Related Case to 2:12-cv-02040-GMN-PAL.

I, Defendant Crystal L. Cox, have been targeted by a large number of the same people that are defendants in Supreme Court of the State of New York, County of New York Case, Number 105573-2011 (Rakofsky v. The Internet). Upon my Knowledge and Belief, Plaintiff Marc Randazza is involved in that case and connected to those defendants in retaliation and conspiracy against me, Plaintiff Crystal Cox. Those same people, lawyers, law firms have written about this case and are also Exhibits in this case in which Judge Gloria Navarro has identified as "Legal Commentary" in this case.

I, Defendant Crystal L. Cox, have been subject to Internet Mobbing, Harassment, Defamation, Retaliation and the same as Plaintiff Rakofsky alleges, and by the same parties, as connected to Plaintiff Marc J. Randazza.

I, Defendant Crystal L. Cox, request this court to enter Supreme Court of the State of New York, County of New York Case Number 105573-2011 (Rakofsky v. The Internet), as a Related Case to 2:12-cv-02040-GMN-PAL.

# CERTIFICATE OF SERVICE

**On March 26th, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
via Electronic Service


Respectfully Submitted
2:12-cv-02040-GMN-PAL
Pro Se Defendant Crystal L. Cox