Crystal L. Cox
Pro Se Defendant
**2:12-cv-02040-GMN-PAL**
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:13-cv-00297-JCM-VCF

Plaintiff Marc J. Randazza

Motion to Enjoin Attorney General

Defendant Crystal L. Cox, Defendant Eliot Bernstein

I, Defendant Crystal Cox move this court to enjoin the Attorneys General of Nevada, Washington, New York Florida, California,and the Attorney General of the United States into this case.

District of Nevada 2:12-cv-02040-GMN-PAL involves gang stalking, threats to me, threats to my sources, abuse of process, attorneys rogue abusing my civil rights and the civil rights of my informants, sources and those I report on.

2:12-cv-02040-GMN-PAL involves serious matters that require the attention of the Attorney General.

2:12-cv-02040-GMN-PAL involved judicial favoritism, abuse of power, civil rights violations, favoritism to law firms and attorneys over pro se litigants.

I, Defendant Crystal Cox have been threatened, have asked this court more than once for a protective order and have been IGNORED. My sources are in danger, I am in danger, laws are being broken and this is a matter that requires the involvement of the Attorney General.

Plaintiff is a rogue attorney who has another attorney in his law firm representing him, yet Plaintiff Marc Randazza contacts witnesses, conspires to get people such as Stephanie DeYoung, Whistlblower to conspire against me and acts as his own attorney threatening depositions.

This court is protecting Plaintiff Marc Randazza and acting outside of the law, violating my rights of due process and my constitutional rights.

I, Defendant Crystal Cox move this court to Enjoin enjoin the Attorneys General of Nevada, Washington, New York Florida, California,and the Attorney General of the United States into this case.

# CERTIFICATE OF SERVICE

**On March 26th, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
via Electronic Service


Respectfully Submitted
2:12-cv-02040-GMN-PAL
Pro Se Defendant Crystal L. Cox