Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040-GMN-PAL<br><br>**MOTION FOR CASE MANAGEMENT CONFERENCE PURSUANT TO NEVADA LOCAL RULE 16-1(d)** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Motion for Case Management Conference pursuant to LR 16-1(d).

The parties have been unable to meet to conduct an early case conference pursuant to Fed. R. Civ. P. 26(f) because Defendant Crystal Cox refuses to speak with Plaintiffs' counsel via telephone or in person (See ECF No. 47 at 3; see also ECF No. 82). As a result, this case has not moved forward, and discovery has not commenced.

Local Rule 16-1 permits the Court to order a conference between the parties "to discuss the provisions of the discovery plan … and such other matters as the Court deems appropriate." Plaintiffs therefore respectfully request that this Court enter an Order scheduling a Case Management Conference to address pending motions, discovery issues and establish a discovery

1  plan in order to prevent further prejudice to Plaintiffs due to Cox's refusal to abide by the rules of

2  this Court.

3

4  Dated: April 26, 2013                                    Respectfully submitted,

5

6

7                                                          Ronald D. Green, NV Bar #7360
                                                           Randazza Legal Group
8                                                          6525 W. Warm Springs Road, Suite 100
                                                           Las Vegas, NV 89118
9                                                          888-667-1113; 305-437-7662 fax
                                                           ecf@randazza.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Motion for Case Management Conference*

1

## CERTIFICATE OF SERVICE

2

3      Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing

4  document was filed using this Court's CM/ECF system on April 26, 2013.

5  Dated: April 26, 2013                                    Respectfully Submitted,

6

7

8                                                           Laura M. Tucker
                                                            Law Clerk
9                                                           ecf@randazza.com
                                                            Randazza Legal Group
10                                                          6525 W. Warm Springs Rd., Suite 100
                                                            Las Vegas, NV 89118
11                                                          (888) 667-1113
                                                            (305) 437-7662 fax
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Motion for Case Management Conference*