Crystal L. Cox
Pro Se Counter Plaintiff
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Case 2:12-cv-02040-GMN-PAL

Counter Plaintiff Crystal L. Cox

Second Motion, Request to Proceed in Forma Pauperis AND
APPLICATION FOR PRO BONO COUNSEL
28 U.S.C. § 1915(e)(1)

Counter Defendant Marc J. Randazza,

I, Pro Se Defendant Crystal Cox move this court to grant my motion to proceed in forma pauperis pursuant to 28 U.S.C. §.

I, Pro Se Defendant Crystal Cox move this court to grant my application to have court appointed Pro Bono Counsel, 28 U.S.C. § 1915(e)(1)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system **On May 5th 2013**.

Respectfully Submitted
Pro Se Defendant
Pro Se Counter Plaintiff
Crystal L. Cox
**Case 2:12-cv-02040-GMN-PAL**