1  Ronald D. Green, NV Bar #7360
   Randazza Legal Group
2  6525 W. Warm Springs Road, Suite 100
   Las Vegas, NV 89118
3  888-667-1113
   305-437-7662 fax
4  ecf@randazza.com

5
   Attorney for Plaintiffs
6  MARC J. RANDAZZA, JENNIFER RANDAZZA, NATALIA RANDAZZA

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10                                              )
    MARC J. RANDAZZA, an individual,            )   Case No. 2:12-cv-2040
11  JENNIFER RANDAZZA, an individual, and       )
    NATALIA RANDAZZA, a minor,                  )   **SUPPLEMENT TO MOTION**
12                                              )   **TO HAVE DEFENDANT CRYSTAL**
                                                )   **COX DECLARED A VEXATIOUS**
13              Plaintiffs,                      )   **LITIGANT (ECF 129)**
                                                )
14          vs.                                 )
                                                )
15  CRYSTAL COX, an individual, and ELIOT       )
    BERNSTEIN, an individual,                   )
16                                              )
                                                )
17              Defendants.                      )

18

19          Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, a minor, through

20  counsel, hereby supplement their Motion for the Court to Declare Cox a Vexatious Litigant.  After

21  filing their motion, Plaintiffs discovered that Cox had filed two additional, duplicative lawsuits in

22  the United States District Courts for the District of Massachusetts (Exhibit A) and Eastern District

23  of Pennsylvania (Exhibit B) against Plaintiff Marc Randazza and many of the same non-parties she

24  has named in her other actions, including counsel Ronald Green, Judge Gloria Navarro, and the

25  World Intellectual Property Organization, among others. (Exhibits A, B)

26          Without burdening the Court with production of another one of Cox's repetitive complaints,

27  Plaintiffs note that it appears Cox's complaint filed with the United States District Court for the

28  District of Massachusetts appears to be approximately 200 pages in length (Exhibit C) and covers

                                            1

1   the same subject matter as her prior complaints (Exhibit A) (indicating "Racketeer/Corrupt

2   Organization" as the basis for suit).  Cox's complaint filed with the United States District Court for

3   the Eastern District of Pennsylvania also appears to be approximately 200 pages in length (Exhibit

4   D), and has an extensive list of defendants that almost entirely overlaps with all of her other

5   pending actions (Exhibit B).

6          Cox has now filed what is almost entirely the same lawsuit in **nine** states outside of Nevada.

7   Cox's complaints now near 200 pages in length and require special accommodation for the affected

8   United States District Courts to make them publicly available. (Exhibits C, D)  In all, Cox has filed

9   one of these duplicative complaints, alleging substantially the same claims against largely identical

10  parties, in one out of every five states in the country.[1]  Plaintiffs respectfully request that the Court

11  take notice of and consider this newly discovered document when evaluating the pending motion to

12  declare Cox a vexatious litigant.

13

14  Dated: June 4, 2013                                    Respectfully submitted,

15

16                                                          /s/ Ronald D. Green
                                                            Ronald D. Green, NV Bar #7360
17                                                          Randazza Legal Group
                                                            6525 W. Warm Springs Road, Suite 100
18                                                          Las Vegas, NV 89118
                                                            888-667-1113; 305-437-7662 fax
19                                                          ecf@randazza.com

20

21

22

23

24

25

26
    _____
    [1] The record shows that Cox has filed cases in (1) Nevada, (2) Illinois, (3) Wisconsin, (4) California, (5)
27  New York and (6) Arizona (ECF 128); (7) New Jersey and (8) Florida (ECF 129); and now (9)
    Massachusetts (Exhibit A) and (10) Pennsylvania (Exhibit B).
28

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 4, 2013.

Dated: June 4, 2013

Respectfully Submitted,

Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

3
Supplement to Motion to Declare
Crystal Cox a Vexatious Litigant