**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CRYSTAL L. COX, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:12-cv-02040-GMN-PAL <br><br> **ORDER** <br><br> (Mtn for Admissions - Dkt. #78) |

This matter is before the court on Defendant Crystal Cox's Motion for Admissions, Answers Requested from Marc J. Randazza to Defendant Crystal Cox's Questions (Dkt. #78). The Motion is one of ten Motions Cox filed between January 17, 2013, and May 5, 2013, many of which seek the same type of relief. The court has considered the Motion and Plaintiffs' Response (Dkt. #85). No reply was filed, and the time for filing one has now run.

## **BACKGROUND**

This case arises out of the registration of no less than thirty-two internet domain names that incorporate all or part of Plaintiffs' personal names by Defendants Crystal Cox and Eliot Bernstein ("Defendants"). Plaintiff Marc Randazza is the managing partner of Marc Randazza PA d/b/a Randazza Legal Group. Plaintiff Jennifer Randazza is Marc Randazza's wife, and Natalia Randazza is the couple's four-year-old daughter. Cox registered the domain names at issue in this case, some of which were listed under proxy Bernstein's name. Defendants registered the domain names through godaddy.com and blogspot.com between December 10, 2011, and September 20, 2012.

On November 28, 2012, Plaintiffs filed the Complaint (Dkt. #1), alleging claims for: (1) violation of individual cyberpiracy protections under 15 U.S.C. § 8131; (2) cybersquatting under 15 U.S.C. § 1125(d); (3) right of publicity under NRS 597.810; (4) common law right of publicity; (5)

common law right of intrusion upon seclusion; and (6) civil conspiracy.  On January 11, 2013, the district judge entered an Order (Dkt. #41) granting Plaintiffs' Motion for Preliminary Injunction (Dkt. #2) and temporarily enjoined Defendants from registering, operating, or maintaining any website or domain name with Plaintiffs' names or confusingly similar variation of their names.  *See* Order (Dkt. #41) at 12:2-16.  Additionally, six of the domain names at issue, which are subject to a decision by the World Intellectual Property Organization, were released to Marc Randazza's full control by the registrar.  *See* Order (Dkt. #41) at 12:17-22.  The twenty-six remaining domain names at issue were ordered locked by the respective registrar and transferred to Plaintiffs.  *See* Order (Dkt. #41) at 12:22-13:11.

## DISCUSSION

Cox's Motion contains ten pages of interrogatories directed to Plaintiff Marc Randazza.  Discovery requests are served on opposing parties after discovery is authorized and may not be filed with the court unless otherwise ordered.  *See* LR 26-8.

Accordingly,

**IT IS ORDERED** that Cox's Motion for Admissions (Dkt. #78) is STRICKEN pursuant to LR 26-8.

Dated this 11th day of June, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE