Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040-GMN-PAL<br><br>**PLAINTIFF'S MOTION TO VACATE ORDER ON CASE MANAGEMENT CONFERENCE (ECF 140)** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, through counsel, hereby submit their Motion to Vacate the Court's Order on the Motion for Case Management Conference (ECF 140).

Plaintiffs respectfully request this Court vacate its order setting a discovery plan (ECF 140) pending the Court's ruling upon Plaintiffs' Motion for Default Judgment Against Defendant Eliot Bernstein (ECF 65) and Motion for Summary Judgment (ECF 75). While Plaintiffs do not object to the dates setting hearings and reports, because of the pending Motion for Summary Judgment, discovery is unnecessary at this time.

Once a motion for summary judgment has been filed, the court makes a ruling based on the materials in the record or by showing that the materials cited do not establish the presence of a

genuine dispute. Fed. R. Civ. P. 56(c), (d). Defendant Cox has not filed the appropriate motion with the Court to continue discovery. Therefore, discovery is neither necessary nor appropriate at this time.

Accordingly, Plaintiffs respectfully request the Court vacate its order setting deadlines for discovery and rule on the motions for summary judgment and default judgment.

Dated: June 20, 2013          Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 20, 2013.

Dated: June 20, 2013

Respectfully Submitted,

/s/ Laura M. Tucker
Laura M. Tucker
Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax