Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-2040<br><br>**SECOND SUPPLEMENT TO MOTION TO HAVE DEFENDANT CRYSTAL COX DECLARED A VEXATIOUS LITIGANT (ECF 129)** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, a minor respectfully supplement their Motion for the Court to Declare Cox a Vexatious Litigant. Defendant Cox's duplicative lawsuits have now been dismissed in at least three other jurisdictions: the District of Arizona, the District of Eastern Pennsylvania, and the Southern District of Florida. (*See* Exhibits A, B, and C, respectively). The D. Ariz. Court declared that Cox's complaint "does not properly state a claim for relief over which the … court … has jurisdiction." *See* Exhibit A at 5. Both the D. Ariz. and S.D. Fla. courts stated that Cox's claims were "frivolous." *See* Exhibit A at 2; Exhibit C at 2. Furthermore, in dismissing the complaint in Florida, the S.D. Fla. reasoned that Cox's claims were "**baseless in light of the fact that the Complaint is comprised of conclusory allegations that are oft-times fantastic or delusional.**" (emphasis added) *See* Exhibit C at 2. The courts'

1

1 | reasoning in dismissing these claims clearly supports a finding that Cox is vexatious and is filing
2 | lawsuits to harass the parties she names and not for any legitimate purpose.

3 |     Plaintiffs respectfully request that the Court take notice of and consider these documents
4 | when evaluating the pending motion to declare Cox a vexatious litigant, so as to put an end to her
5 | ability to continue to harass parties in the jurisdiction with further delusional and baseless claims.

7 | Dated: June 26, 2013                    Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113; 305-437-7662 fax
ecf@randazza.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

Dated: June 26 2013                 Signed,

Laura M. Tucker, Law Clerk
ecf@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax