```
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, <br><br> Defendants. | Case No. 2:12-cv-2040-JAD-PAL <br><br> **NOTICE OF CHANGE OF ADDRESS FOR RONALD D. GREEN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Ronald D. Green of Randazza Legal Group, attorney for Plaintiffs, has changed his address as follows.

Current contact information:

Randazza Legal Group

3625 S. Town Center Drive, Suite 150

Las Vegas, NV 89135

Tel: (702) 420-2001

//

//

1

Dated: September 12, 2013

Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

Dated: September 12, 2013

Signed,

Laura M. Tucker, Law Clerk
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
(888) 667-1113
(305) 437-7662 fax