Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-2040-JAD-PAL<br><br>**INTERIM STATUS REPORT** |

Pursuant to the Court's June 13, 2013 Order (ECF #140), Plaintiffs Marc J. Randazza, Jennifer Randazza and Natalia Randazza (collectively, "Plaintiffs") hereby submit their Interim Status Report. Because Defendant Crystal Cox has not been in communication with Plaintiffs, as discussed below, she has not contributed to this report.

Defendant Cox has refused to accept via U.S. Mail any motions or discovery requests from Plaintiffs since her electronic filing privileges were revoked. Since at least August 20, 2013, all of the mail sent to the PO Box Cox listed with the Court was returned and marked "Box closed. Unable to forward," (See copy of returned mail package, attached as Exhibit A). Although Cox included her phone number on her certificate of service on ECF #8, Cox also stated "I will not confer in any private meetings or private phone calls with an attorney from Randazza Legal Group.

All communications with Plaintiff / Counter Defendant are requested to be through this court…" (ECF #8 at 2). Because Cox also has refused to accept service via email from anyone at Randazza Legal Group (see June 21, 2013 e-mail, attached as Exhibit B), Plaintiffs have no way of contacting her. Plaintiffs sent their initial disclosures to Defendant Cox on June 24, 2013, but have not received a response. However, Plaintiffs' initial disclosures were not returned by the U.S. Postal Service. Plaintiffs also served written discovery upon Crystal Cox in the form of Requests for Production, Requests for Admissions, and First Request for Interrogatories on August 27, 2013.

Plaintiffs have not received Defendant's initial disclosures. Plaintiffs also have not received any written discovery responses signed by Defendant pursuant to Fed. R. Civ. P. 26(g), including (1) Cox's Reponses to Plaintiffs' First Request for the Production of Documents; (2) Cox's Answers to Plaintiffs' First Requests for Admissions; or (3) Cox's Answers to Plaintiffs' First Set of Interrogatories. Defendant Cox's responses were due on September 26, 2013.

As Plaintiffs have no way to contact Defendant Cox, Plaintiffs' counsel believes that discovery will not be able to continue unless Defendant Cox provides the Court and Plaintiffs with a forwarding address or allows for service via email. As such, Plaintiffs' counsel also cannot provide an opinion as to the elimination or length of the trial as required by L.R. 26-3.

Dated: October 10, 2013                    Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed with the Court's electronic filing system.

Dated: October 10, 2013

Signed,

*[signature]*

Laura M. Tucker, Law Clerk
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
(702) 420-2001
(702) 420-2003 fax