Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-02040-JAD-PAL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRYSTAL COX** |

Please enter default under Fed. R. Civ. P. 55(a) for Defendant Crystal Cox for her failure to plead, answer, or otherwise defend, as supported by the Declaration of Ronald D. Green, filed herewith.

Dated: November 12, 2013

Respectfully submitted,
/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 105
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

1

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was filed using this Court's CM/ECF system on November 12, 2013. A copy was also sent via U.S. mail to Defendant Crystal Cox at her last known address and sent via e-mail to crystal@crystalcox.com, savvybroker@yahoo.com, and reverendcrystalcox@gmail.com.

Dated: November 12, 2013                 Respectfully Submitted,

                                             /s/ Laura M. Tucker

Laura M. Tucker
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com