# EXHIBIT D

11/12/13 Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox, Exposing Corruption by Blog: EXPOSE Ra… Page 2 of 14

Case 2:12-cv-02040-JAD-PAL Document 157-5 Filed 11/12/13

Share 0 | More | Next Blog» | Create Blog | Sign

# Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox, Exposing Corruption by Blog

**You are Either Part of the Problem or Part of the Solution. ~ the Truth is Criminal it Seems. This is a Blog that is the Truth to Me.. Fact or Fiction for You, Read the Information, Talk to Insiders, Read Documents Form your own Opinion. What is Your Opinion of 1+1= 2? Note if you want "Information" on this blog changed, email me at Crystal@CrystalCox.com - I will "Consider" it. ~~ All Citizen Journalists, Start a Blog, Send Me a Link. ~ Write on my blogs and get your story found.**

Samuel Bass     Samuel Bass     Samuel Bass

Tuesday, November 12, 2013

## EXPOSE Randazza Legal Group; J. Malcom DeVoy, Ronald Green and Marc J. Randazza of Randazza Legal Group PROTECT those involved in Human Trafficking and PORN directed at Children.

**Randazza Legal Group** protects Porn Industry Prostitution Rings, and the Porn Companies who target children in "Porn Parody". It is Time to STAND up against the "Pornafia" and fight for the rights of Human Trafficking Victims and STAND UP to the attorneys who protect those involved in Human Trafficking such as Marc Randazza and his THUGS.

**Forbes Journalist Kashmir Hill** has relentlessly stood by **Marc Randazza** and **Randazza Legal Group**

**"To Catch Government Workers With Ties to Child Porn, Call the IRS"**



"There is **a national crisis of federal employees engaged in the child porn industry** and a related epidemic at the state level. I've documented two states, Vermont and Maine, that appear to be running state protected child trafficking rings with evidence of cops, judges, lawyers, clergy and government employees covering for each other. This kind of **racketeering** creates powerful, and extremely profitable, pedophile rings.

**Crystal COX is Dedicated to EXPOSING Randazza Legal Group**

**Money drives the crime.** It is estimated that a criminal willing to molest a child in front of a live webcam can earn $1,000 a night. In Kittery Maine, at the "Danish Health Club," one bust yielded $6.1 million in "door fees" over a five year period with "prostitutes" earning $12 million. Pimps' earnings were not reported. The "door man" was a retired police officer whose wife worked in back. This bust happened because of one hard-working IRS agent, Rod Giguere."

"**Child trafficking and porn are the fastest growing crimes in America.** With billions being laundered in black money it makes solid economic sense for the IRS to focus on the child porn industry. Eric Holder's Department of Justice has demonstrated they have no interest in prosecuting pedophiles, not even their own. The IRS should be given substantial resources to compensate for DOJ's disgraceful failure. American tax-payers, not to mention America's children, will reap huge rewards."



**YOU are ALL Journalists. SPEAK UP**.

**Source of Article Quotes** Regarding **Child Porn Rings**. IT Is time to Stop Vivid Entertainment, and the Lawyers and Law Firms who Protect PORN targeted at and with children such as Randazza Legal Group. FIGHT BACK.
http://www.forbes.com/sites/85broads/2012/09/19/to-catch-government-workers-with-ties-to-child-porn-call-the-irs/

Randazza Legal Group FIGHTS and SUES the whistle blowers in the Porn Industry. J. Malcom DeVoy, attorney with Randazza Legal Group and his client Sean Tompkins stalks, threatens, defames, harasses and constantly torments those who expose the EVILS of the Porn Industry. Marc J. Randazza is there "ring leader" and is protected by Corrupt Judges across the United States.

Stand up to Vivid Entertainment and to Liberty Media, the DRIVING force of porn targeted at children. Stand up to Disney, Warner Bros. and ALL who allow PORN targeted at Children. Stand up to the Attorneys that Protect EVIL such as J. Malcom DeVoy, Ronald Green and Marc J. Randazza of Randazza Legal Group.

## Peace and Love to You



Stephanie DeYoung Deposition Videos Summit Bankruptcy

Obsidian Finance Sucks

Zero Point Technology

Join Good Life

Kevin Padrick Research

Kevin Padrick Objection to Fees

Real Estate Whistleblower

David Carr Sucks

Find Out About Good Life International

Whistleblower Media Videos

Eliot Bernstein Iviewit

MPEG LA - Kenneth Rubenstein

Steven Hedberg Perkins Coie

Sussman Shank Sucks

Obsidian V. Cox

Tonkon Torp Sucks

Whistleblower Media

Case 2:12-cv-02040-JAD-PAL Document 157-5 Filed 11/12/13



**THE First Amendment ALSO Applies to THOSE Exposing the PORN Industry,
and SPEAKING CRITICAL of PORN Attorneys such as Marc Randazza.
and Not Just those SELLING PORN.**

Stand up to Bob Garfield of NPR and Kashmir Hill of FORBES who make Randazza Legal Group look like HEROS and make the VICTIMS out to be CRIMINALS.

Checkout Anti-Trust / Defamation Lawsuit against Forbes filed by Investigative Blogger Crystal Cox



http://ia801701.us.archive.org/24/items/gov.uscourts.cand.265997/gov.uscourts.cand.265997.1.0.pdf

Check Out **RICO / Racketeering** Lawsuit Filed
http://coxvrandazza.blogspot.com/2013/06/crystal-cox-vs-marc-j-randazza-rico.html

**More on Vivid Entertainment EXPOSE**

http://ethicscomplaint.blogspot.com/2013/07/vivid-should-be-stopped-from-parody.html

http://www.industrywhistleblower.com/2013/03/vivid-entertainment-vividcom-steven.html

Investigative Blogger Crystal L. Cox at 10:43 AM

## No comments:

## Post a Comment

Note: Only a member of this blog may post a comment.

Montana Corruption Blog

Proskauer Rose Corruption

Blog on IViewit Theft

iVeiwit Technology Theft

Peter Sivere Whistleblower

### Blog Owned By Crystal L. Cox

**Got a Tip for our Industry Whistle Blower Network or a Something you Feel is News Worthy to YOU... Email me at Crystal@CrystalCox.com ~ or If you would like to Write - Post on our Investigative Blogger - Industry Whistleblower Blog Network Email Me.. ..**







### Crystal L. Cox - Investigative Blogger

Share  0   More   Next Blog»                                    Create Blog   Sign

# Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox, Exposing Corruption by Blog

**You are Either Part of the Problem or Part of the Solution. ~ the Truth is Criminal it Seems. This is a Blog that is the Truth to Me.. Fact or Fiction for You, Read the Information, Talk to Insiders, Read Documents Form your own Opinion. What is Your Opinion of 1+1= 2? Note if you want "Information" on this blog changed, email me at Crystal@CrystalCox.com - I will "Consider" it. ~~ All Citizen Journalists, Start a Blog, Send Me a Link. ~ Write on my blogs and get your story found.**

Samuel Bass    Samuel Bass    Samuel Bass

---

Friday, October 18, 2013

## What the Randazza v. Cox case means to You? Randazza Legal Group Plaintiff v. Crystal L. Cox, Defendant.

Whether you agree with Marc Randazza or not, whether you like Crystal Cox or Not, still the Randazza v. Cox, District of Nevada 2:12-cv-02040 Case Affects ALL Online Speakers, ALL Bloggers and Domainers, and really anyone who "speaks critical" of anyone online.

**What attorney Marc J. Randazza has done to his former client, Blogger Crystal Cox, anyone can now do to YOU.**



**Marc Randazza has set a precedence** that is not based in law nor constitutional rights, and is not based in trademark law, the lanham act or any other "real" law and others are now following suit.

Many Judicial Opinions have been written in HIS FAVOR, based on his lies to the courts and abuse of process and power. This WILL affect your rights, as now this can be used to take away YOUR Sits and SUPPRESS your ONLINE Speech.

Marc J. Randazza is a Free Speech, First Amendment Expert and therefore knows how to take your Free Speech, First Amendment rights, if it **suits his agenda, to SHUT down your "Speech"** regarding him personally.



This is discriminating and hypocritical behavior, however the Nevada courts, Judges, have simply taken his word as LAW and have done as he wishes with complete disregard to the facts or the rights of a Pro Se litigant, who is truly the victim of Randazza Legal Group and certainly in no way the aggressor.

Because Crystal Cox is penniless, homeless, and has has nothing to lose, she continues to FIGHT BACK via free internet blogs, facebook, wordpress, youtube, court document when she can beg the money to print and mail them and where ever she can. However, most of YOU cannot do this. Crystal Cox already had a 2.5 Million dollar judgement in a case that violated her First Amendment Rights, that was how she began speaking with Marc Randazza.

Most people have money, jobs, assets, kids, and many things in which Marc Randazza can easily pressure YOU and you will fear losing that plus have huge court costs, because when Marc Randazza SUES YOU, Judges make you pay his law firm's attorney fee's to do it, and this is about $10,000 a month according to documents in Randazza v. Cox. So Crystal Cox fights back and continues to expose Marc Randazza.



He continues to whine to judges, steal intellectual property and fight to suppress the speech of Crystal Cox. He will NEVER succeed. There will always be a record somewhere, if only the docket or Internet Archives, and you will be able to see just how far this First Amendment Bar attorney has gone to take away the First Amendment Rights of Blogger Crystal Cox.

Marc Randazza has defended the Free Speech rights of those in prison, those who accuse Glen Back of raping and killing a young girl, those who call Sandra Fluke a slut, and many others who do some pretty creepy stuff. Yet Marc Randazza fights DIRTY and abuses the courts, violates constitutional rights and continues to try and suppress the Speech of Blogger Crystal Cox, as a First Amendment Attorney.

You could Be Next. Whatever you build online, whatever you say, Marc Randazza can come in at any moment and simply be "butthurt" and it "pays" for Marc Randazza as he takes your life, money, career, reputation and defames you, lies about you, claims you are a criminal and all manner of lies and he is protected by the courts to do so.

## Peace and Love to You

### Stephanie DeYoung Deposition Videos Summit Bankruptcy

### Obsidian Finance Sucks

### Zero Point Technology

### Join Good Life

### Kevin Padrick Research

### Kevin Padrick Objection to Fees

### Real Estate Whistleblower

### David Carr Sucks

### Find Out About Good Life International

### Whistleblower Media Videos

### Eliot Bernstein Iviewit

### MPEG LA - Kenneth Rubenstein

### Steven Hedberg Perkins Coie

### Sussman Shank Sucks

### Obsidian V. Cox

### Tonkon Torp Sucks

### Whistleblower Media

At some point I will post an eBook exposing as many of Marc Randazza's hypocritical motions, discrimination, bad behavior, ethics violation, law violations, and constitutional rights violating actions, as I can.

Attorney Marc Randazza, self claimed Free Speech Supporter has done all he can to silence ONE Blogger, a Former Client, Crystal Cox. She Continues to ROAR The Truth.

**Attorney Marc Randazza has lied about Crystal Cox**, Investigative Blogger, in court documents, in big media, on NPR, on numerous legal blogs, in CZECH court documents, WIPO documents and more. Marc Randazza, an attorney who often speaks out in favor of free speech, used all his power, connections in media, legal blogger friend and ever resource he could to shut down Crystal Cox even threatening her, having his buddies threaten her and put her under extreme duress for nearly 2 years now. He has succeeded in ruining the life of Crystal Cox and he has no accountability, nor does Forbes, WIPO and other media publications for flat out lies regarding Crystal Cox, they are ALL above the Law and have SUPER First Amendment Rights that enable them to what they please with complete disregard to fact, documented evidence, hearings, audio or any other proof.



If you post online about Marc Randazza or call his wife a slut, for example, he will simply file a court document claiming it is a trademark violation to call his wife a slut, to say bad things about his business, to speak critical of Marc J. Randazza or his law firm Randazza Legal Group, or to "Parody" Marc Randazza or his wife, and he will flat out lie about you speaking online about his children. Even though Randazza Legal Group, Marc J. Randazza attorney defends the rights of his clients to speak critical of whom ever they please, to have domain names such as GlenBeckRapedAndMurderedaYoungGirlin1990.com, and encourages his buddies in the legal blogsphere to jump on his bandwagon and defend who ever he thinks is "RIGHT".

Marc J. Randazza defends clients to have "sucks" sites, yet got a court order to simply shut down RandazzaLegalGroupSucks.com and he redirected the domain name to a page trashing, defaming,the TRUE, Legal owner of the site. Marc Randazza does not operate within the laws.

In Randazza v. Cox, Marc Randazza has his own attorney, a Ronald Green from Marc Randazza's own law firm Randazza Legal Group. Yet Marc Randazza contacts witnesses, source of Crystal Cox's and claims to represent himself. There is an endless amount of unlawful and unethical actions in Randazza v. Cox and Randazza is above the law, protected by the courts, EVERY SINGLE TIME.



This all paves the way for others to do the same, such as what Manwin did to Nicholas Bulgin, which was the same thing that Randazza Legal Group did to Crystal Cox. Simply get a TRO (protective order) to take the domain names, there by shutting down online speech in an instance, wiping out search engine rankings, suppresses speech, removing speech, and violating the rights of who he pleases, when he pleases.

Crystal Cox, however, was actually in danger and has lost her home, her business, her life as she knew it due to the actions of Randazza Legal Group, his flat out, fraudulent lies to big media, his buddies threaten to come and get Cox, and all manner of defamation and threats and Crystal Cox was DENIED a Protective Order.

If Marc Randazza wants your online SPEECH, he WILL Get it. Randazza Legal Group will get a court to simply GIVE Him your domain name, then the names are frozen in HIS ACCOUNT, where he will redirect your hard work, your domain names, your intellectual property to a blog post on his blog LYING about you, defaming you, and speaking flat out critical LIES about you.

Marc Randazza does not have to obey the law, and is not respected by his attorney peers for his hypocritical, discriminatory, unprofessional and over the top unethical and illegal behavior.

If Marc J. Randazza wants your online speech shut down, he will file in CZECH courts to take your domain names and defraud, defame you in those files. He will then file fraudulent facts with WIPO, the World Intellectual Property Association, then WIPO Panelist, Peter L. Michaelson, friend of Marc J. Randazza from the INTA, will not only GIVE Marc Randazza whatever he wants but Peter Michaelson New Jersey / New York Attorney will use the GLOBAL WIPO publication as a chance to convict the respondents of crimes, or at least flat out state they are guilty of crimes. Thereby illegally using WIPO Publications to Defame, Discredit and ruin the life, quality of life and business of whom ever he wishes.



All of this is ILLEGAL, yet Peter Michaelson and Marc Randazza are ABOVE THE LAW.

Marc J. Randazza can tell a court that you said negative things online, even if it is totally untrue and the courts, Forbes, NPR, and other large media outlets will simply believe him with no proof required what so ever. Yet, come to think of it, well it is not illegal to say negative things online about Marc Randazza, however if you do he will ruin your life and paint you out to be a criminal who has engaged in illegal behavior, with no proof, no criminal charges, no investigation what so ever. Again Marc Randazza is above the law and this affects you ALL as it sets a precedence for him and all the other rogue attorneys to simply do as they please.

So another words now that attorney Marc J. Randazza and his law firm Randazza Legal Group have set this precendence, anyone can simply file lies in court and take down your online speech at any moment, and steal your

Montana Corruption Blog
Proskauer Rose Corruption
Blog on IViewit Theft
iVieiwit Technology Theft
Peter Sivere Whistleblower

### Blog Owned By Crystal L. Cox

**Got a Tip for our Industry Whistle Blower Network or a Something you Feel is News Worthy to YOU... Email me at Crystal@CrystalCox.com ~ or If you would like to Write - Post on our Investigative Blogger - Industry Whistleblower Blog Network Email Me.. ..**

### Crystal L. Cox - Investigative Blogger



intellectual property and hard earned search engine ranking, just like that. No due process, no trial, no First Amendment adjudication, no rights for YOU what so ever.

Crystal@CrystalCox.com

And all this from an attorney, Marc J. Randazza and his law Randazza Legal Group who claim to be advocates for the free speech of all. "you gotta love it all Howie" says hypocrite Marc Randazza in a TV interview. Marc Randazza waves his Free Speech Hero flag every chance he gets. Yet Suppress the Speech of those who criticize him.

Meanwhile, Marc J. Randazza and his law firm Randazza Legal Group can post defamatory, flat out lies about you on his blog and that is just fine. He will have a court make you stop speaking about him, while he continues to DEFAME you, with ACTUAL MALICE, and to encourage others to.



## I Will Rise - You Will NOT Tear me Down. Take Everything I Have - the TRUTH will Still be the TRUTH.

Marc J. Randazza can file legal action against you, not serve you, and have his legal blogger friends, trash you based on the accusations he makes in a complaint against you, whether true or not. See, then he has, what Judge Marco Hernandez calls "absolute privilege" because it is a court case, even if Marc Randazza Attorney flat out lies in motions filed with the courts.

Marc J. Randazza can say what he wants and it is fact. Marc J. Randazza sues you, you are Pro Se and the courts pretty much take everything you say as a lie, fabrication and simply not true, no matter how many documented FACTS you submit to the court.

What Marc Randazza has done in his lawsuit against a former client, would be like the New York Times, Washington Post, LA Times or any other outlet of information aKa "Media", such as blogs, websites, online newsletters speaking aKa typing about any person, company say Randazza Legal Group or McDonalds, and they did not "like it" so they file a lawsuit and simply get a judge to take the domain name, take the intellectual property, shut down the site, redirect their links, and totally outside of law and constitutional rights simply
STOP their speech, steal their intellectual property. See the "Media" has to say the name of the person, lawyer, company, law firm, restaurant, bank or whatever if they are reporting                    of or given any sort of information on them.



However Marc Randazza sued and asked that the courts FORBID Crystal Cox to speak his name online, and he successful shut down thousands of links, stole property, ruined Crystal Cox's marketing business by lies to big media, and all this from a First Amendment Lawyer? Wow.

## Truth Should Not Be Criminal

**A Free Speech attorney sues YOU because you spoke critical of him, and WINS. WOW.**

It has been nearly a year now since Marc Randazza sued Crystal Cox and STOLE her search engine ranking and redirected her sites making fun of him, exposing him, making a parody of him, to his blog ruining her life and career. This is LEGAL folks, but not for YOU, only for Rogue lawyers who act outside of the law and the judges who support them, no matter what they say.



**So don't ever think that the Randazza v. Cox case does not affect YOU, as it Does.**

Here is the Randazza v. Cox Docket, Read Motions and Find the TRUTH out of the Chaos, for your self.
http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.docket.html

Investigative Blogger Crystal L. Cox at 7:53 PM

## No comments:

**NOTICE:**

I am an **Investigative Blogger aka Investigative Journalist**. ALL Calls, Voicemails, eMails, Text Messages, USPO Mail and ALL communications to me Will be posted at my discretion.

**So, Mean What you Say and Say what You Mean.**

If you disagree with anything I have posted .. send me an email that you do not mind me posting.. ALL Communications to ME in ANY Way.. will be posted at my Discretion..

11/12/13                         Marc Randazza ~ Crystal Cox Vs. Marc Randazza - Randazza Legal Group. Marc Randazza

Case 2:12-cv-02040-JAD-PAL   Document 157-5   Filed 11/12/13   Page 7 of 14

[search]  [Share] 1   More   Next Blog»                                       Create Blog   Sign In

# Marc Randazza ~ Crystal Cox Vs. Marc Randazza - Randazza Legal Group. Marc Randazza

Marc Randazza threatens to make Crystal Cox his ENEMY and Marc Randazza of Corbin Fisher certainly has. Marc Randazza is STOMPING on the Freedom of Speech and First Amendment for ALL.

Tuesday, October 8, 2013

### Attorney Marc Randazza, Free Speech Advocate? No way says Blogger Crystal Cox, SWORN enemy of Marc Randazza the most hypocritical Free Speech Suppressing Lawyer EVER.

**Free Speech Attorney Marc Randazza PLEADS with, Condemns UCLA Constitutional Rights, Law Professor, Eugene Volokh for not "Controlling" aKa Suppressing the Speech of his client.**

See the Evil Riddler Randazza thinks that if he "generously" takes an appeal for FREE aKa to benefit HIM, his clients, the Porn Industry and make the case go away in the WORST interest of the Client, **well that client had better sit down and SHUT UP**.

See Free Speech is only the Right of Who Jackass, Hypocrite attorney Marc Randazza says has that right and the U.S. Constitution only applies to those who Constitutional Rights gatekeeper Portland Oregon's Judge Marco Hernandez Says it DOES.

See, we can't have bloggers reportin' that thar news. See the news must be controlled and we can't be all ranting the facts and call the bad guys names.. oh I mean bloggers like that despicable Crystal Cox can't.

So here we have Mr. Celebrity First Amendment Attorney on **a two year long RANT** and still going, to attempt to lie, cheat, steal, threaten, sue, defame, kick, scream and whine... or whatever it takes to stop the "more speech" of that pesky bat shit crazy blogger who has stood up to his hypocritical BULLSHIT, Fraud on the Courts, and Abuse of Power and Process.



**Marc Randazza, First Amendment Bar Attorney,** seems to think its ok, necessary and **some sort of right of an attorney SHUT their client up, even when the client knows more about the details of the case**.

And in the Obsidian v. Cox case, he had to DEFEND the case I already made, that is how appeals work. Yet he pretends he is the brainiac and that I should SHUT Up Now. That worked out well for your Dumb Ass didn't it?

Still believe the ol' more speech is betta story you bin bamboozlin your clients with..
**YOU, Marc Randazza are seriously FULL OF SHIT** and you RUIN Lives with
NO accountability, No constitutional Respect and completely outside of the LAW.

So Marc Randazza thinks that **"Real Constitutional Supporting", "Free Speech Attorney" Eugene Volokh**, in the name of free speech rights should "make" his client sit down and shut up, like Marc Randazza did to me and he GOT Fired.

See folks, **FREE is not always a GOOD Thing.** But boy does Marc Randazza think he is "hot shit" cuz he represents someone for free and he is GOD and all, so that person should bow down, shut up, and do exactly what he say. Even though I was Pro Se for a year, and even though I "preserved" the merits of the case VERY WELL for a bat shit crazy blogger. He seemed to think he could shut me up, ignore my rights, negotiate with Obsidian Finance Group **WITHOUT my consent** to the offer and well I should just be HAPPY that big DICK on Campus Marc Randazza took the case for FREE.



What a Crock of SHIT. Randazza Legal Group takes cases for free then gets good ol' Judge Gloria Navarro to issue and Opinion that makes the VICTIMS pay Randazza Legal Group anyway. Marc Randazza wanted me to pay for his travel, for filing fees and hotels. AFTER I just got a 2.5 million judgement and clearly had NO MONEY.

Then he gets fired for being disrespectful to me and for what I felt **was working directly against the Free Speech Rights of Bloggers, Whistle Blowers and Citizen Journalists,** and WOW does he get vengeful.

I stand up to his abuse of power and entitlement over me, and he contacts my **"Free Speech" "First Amendment" "Constitutional Rights"** attorney and tries to get him to **"Chill", "Suppress", "Silence" my**

**Speech.**

And for the Record, had the "REAL" constitutional rights attorney Eugene Volokh tried to suppress my speech while defending me in a Free Speech Case, I would have fired him too. **FREE or NOT, whats Right is Right. Whats WRONG is WRONG**. I am on the right side of the LAW, and the right side of the Moral Compass whether you, Asshole, have the world believe different or not. **THE TRUTH REMAINS TO BE THE TRUTH.**

The examples in blogs, legal case filings, videos, and more clearly show how hypocritical Marc Randazze is. Yet he is Above the Law and can get any judge he wants to shut down YOUR First Amendment Rights anytime he likes.

For two years and counting Marc Randazza has done everything but kill me to ruin my life, threaten me, sue me, lie about me in major publications, still my online media, defame me, threaten me, ruin my business, threaten my sources and he ALWAYS wins the favor of the judges, no matter how many laws he breaks, lies he tells under oath or constitutional rights he violates.



Check out the .. comment below written by the **whiny, back stabbing, law breaking, unethical, hypocritical PRICK,** alleged Free Speech supporter, attorney Marc J. Randazza of Randazza Legal Group.

Source of Quote Below, Comment Section in Article Below Trashin' me and full of lies and BAD, Defaming information with actual malice and total disregard for the TRUTH... oh and NO Fact Checking..
"Conundrum of the Dispicable Blogger" "Attack Blogger Crystal Cox"
http://ethicsalarms.com/2012/04/01/first-amendment-ethics-and-the-conundrum-of-the-despicable-blogger/

**Rabid Randazza Free Speech Suppressing Comment:**

"When **you take on a pro bono client,** you're **presumably doing it because you see the case as something that can benefit the greater good**. If EV sees it that way, then more power to him.

My only **critique of EV is that when Cox started this whole thing with me**, I emailed him and asked him to **exercise some client control**.

His answer was that **he could not do much about it**. My response was that **if I represented someone for free, I'd tell them that they will act ethically while I am their lawyer, or they can give someone else the privilege of representing them free of charge**."

**wa wa wa.. get Marc a big dick bottle full of whiskey to SOOTH his whiny butthurt
First Amendment STOMPING ASS.**

**Oh OUCH,** the **"privilege"** of a rabid, lying, lawless, constitutional rights violating, defaming, thug, lying, jackass, evil, mafia connected, whiny, back stabbing, unethical, client rights violating attorney being REVOKED for standing up to him, WOW.. well I guess that's a GOOD Thing..

Well, as many of you know, seems Eugene Volokh refused to STOMP on my Rights, Violate my Constitutional Rights, and well piss ant Marc Randazza turned his rage to his BUDDIES to defame me, break me, steal from me, threaten me, ruin me, defame me and cause me irreparable, immeasurable HARM in which he is CLEARLY responsible and will never be held liable.

See Rabid Riddler, Evil Asshole thug.. attorney Marc Randazza got his buddies at Forbes, NPR, WIPO, the New York Times, legal blogs (former clients) and all many of "media" to paint COX out as a criminal and then he used that as evidence in court to SUE Cox, who was never under investigation for a crime nor had Cox even had a criminal complaint filed.

Oh well, **screw Due Process of Law,** I am **super duper Above the Law attorney Marc Randazza**. And who ever I say is GUILTY well they are, no due process necessary and if you talk about me or my wife, well I will get a JUDGE to simply take away your First Amendment Rights, due process rights, and JUST take your online speaking sites away from you in one sweep. I am GODDANZZA aKa RandASSA

**Marc J. Randazza CONTROLS the Courts,** and answers to the Big Boys in PORN who really do need Free Speech Rights. And Marc tried to shut me up and my VERY important case go away. Marc Randazza has ruined my life, my business, and put me under constant duress for 2 years. All this and he was once my attorney. The Justice system is VERY Broken and guys like Marc Randazza run the COURTS, you have no rights to due process and the LAWS only apply to those Marc Randazza and attorneys like him says it does.

Posted by Crystal L. Cox at 6:34 PM     No comments:          [g+1] Recommend this on Google

---

Friday, September 27, 2013

## Welcome EVIL Randazza Legal Group. If there is a HELL, you will all be going there. You are NOT above the Law just because you Say you ARE

**Visitor Analysis & System Spec**

| | | | |
|---|---|---|---|
| **Referring URL:** | (No referring link) | | |
| **Host Name:** | wsip-24-234-243-33.lv.lv.cox.net | **Browser:** | Chrome 29.0 |
| **IP Address:** | 24.234.243.33 — [Label IP Address] | **Operating System:** | MacOSX |
| **Location:** | Las Vegas, Nevada, United States | **Resolution:** | 1920x1080 |
| **Returning Visits:** | 0 | **Javascript:** | Enabled |
| **Visit Length:** | Not Applicable | **ISP:** | Cox Communications |

### Navigation Path

| Date | Time | WebPage |
|---|---|---|
| | | (No referring link) |
| 27 Sep | 12:04:18 | unethicalscumattorney.blogspot.com/ |

Posted by Crystal L. Cox at 5:06 PM     No comments:         g+1 Recommend this on Google

---

Wednesday, September 18, 2013

## Judge Marco Hernandez, a Portland Oregon Judge, RULED that the First Amendment Does NOT apply to "one" blogger, an anti-corruption blogger, exposing corruption in "his neck of the woods", Investigative Blogger Crystal L. Cox.



**ONE overreaching Oregon Judge SHOULD Not be the Gatekeeper of the United States Constitution.**

What happened after the Obsidian v. Cox verdict is nothing short of a LYNCH mob against one woman, an anti-corruption blogger giving voice to victims of corrupt judges, law enforcement, attorneys and government agencies.

What happened inside this jaw dropping, constitutional rights violating case is still, to this day, seemingly, a mystery to the public at large, as it does not really make sense, as a matter of law.

Let's discuss a few things regarding the Obsidian v. Cox case and the RULING by a federal judge in Portland Oregon that deemed "ONE" woman outside of the rights of free speech laws, shield laws, retraction laws, anti-slapp laws and the **First Amendment of the US Constitution**.

A Portland Oregon Judge, Judge Marco Hernandez RULED that blogger Crystal Cox was not "Entitled" to Constitutional Rights, First Amendment Protection, and that she, and she alone, was the only Blogger that could not have "Journalist" "status" by Law.

Some bloggers can be protected under the law and constitution, says Judge Marco Hernandez, Portland Oregon Judge, **just not this blogger,** Crystal Cox reporting on Corruption in Portland Oregon.



Kind of makes you wonder what is so special or so "bad' about this one blogger, this one woman, that the First Amendment does not apply to her, and that she alone cannot be given equal rights to those of traditional reporters and journalists or those **"special rights"** given to **"recognized news entity"** as Judge Marco Hernandez calls traditional media outlets.

"The essence of a prior restraint is that it places **First Amendment protected speech under the personal censorship of one judge**. (Bernard v. Gulf Oil Co., 619 F.2d 459, 486 (5th Cir. 1980) (State v. Globe Commc'ns, Corp., 622 So.2d 1066, 1073, (Fla. 4th DCA 1993), aff'd 648 So. 2d 110 (Fla. 1994)"

Judge Marco Hernandez RULED that Crystal Cox did not have **First Amendment Rights**, even though she is a citizen of the United States.

There were no First Amendment considerations for Defendant Crystal Cox. Judge Marco Hernandez violated the rights of due process of Crystal Cox, and violated her Constitutional Rights. Judge Marco Hernandez SHOULD not be above the laws that U.S. citizens pay him to uphold.

# Crystal Cox Blogger ~ Industry Whistleblower Crystal L. Cox Investigative Blogger

Written Upon the Knowledge and Belief of Investigative Blogger Crystal L. Cox ~ Crystal@CrystalCox.com

| Sean Boushie | Kevin Padrick | Obsidian Finance Group | iViewit Stolen Patent | Home Page | Montana Corruption Bloggers |

| the Iviewit Story | Libby Montana News | Hamilton Montana Corruption | 13 Trillion Dollar Stolen iViewit Technology |

| Crystal Cox Industry Whistleblower Blog |

Tuesday, October 8, 2013

**Attorney Marc Randazza, Free Speech Advocate? No way says Blogger Crystal Cox, SWORN enemy of Marc Randazza the most hypocritical Free Speech Suppressing Lawyer EVER.**

**Free Speech Attorney Marc Randazza PLEADS with, Condemns UCLA Constitutional Rights, Law Professor, Eugene Volokh for not "Controlling" aKa Suppressing the Speech of his client.**

See the Evil Riddler Randazza thinks that if he "generously" takes an appeal for FREE aKa to benefit HIM, his clients, the Porn Industry and make the case go away in the WORST interest of the Client, **well that client had better sit down and SHUT UP**.

See Free Speech is only the Right of Who Jackass, Hypocrite attorney Marc Randazza says has that right and the U.S. Constitution only applies to those who Constitutional Rights gatekeeper Portland Oregon's Judge Marco Hernandez Says it DOES.

See, we can't have bloggers reportin' that thar news. See the news must be controlled and we can't be all ranting the facts and call the bad guys names.. oh I mean bloggers like that despicable Crystal Cox can't.

So here we have Mr. Celebrity First Amendment Attorney on **a two year long RANT** and still going, to attempt to lie, cheat, steal, threaten, sue, defame, kick, scream and whine... or whatever it takes to stop the "more speech" of that pesky bat shit crazy blogger who has stood up to his hypocritical BULLSHIT, Fraud on the Courts, and Abuse of Power and Process.

**Marc Randazza, First Amendment Bar Attorney,** seems to think its ok, necessary and **some sort of right of an attorney SHUT their client up, even when the client knows more about the details of the case**.

And in the Obsidian v. Cox case, he had to DEFEND the case I already made, that is how appeals work. Yet he pretends he is the brainiac and that I should SHUT Up Now. That worked out well for your Dumb Ass didn't it?

Still believe the ol' more speech is betta story you bin bamboozlin your clients with..
**YOU, Marc Randazza are seriously FULL OF SHIT** and you RUIN Lives with
NO accountability, No constitutional Respect and completely outside of the LAW.

So Marc Randazza thinks that **"Real Constitutional Supporting", "Free Speech Attorney" Eugene Volokh**, in the name of free speech rights should "make" his client sit down and shut up, like Marc Randazza did to me and he GOT Fired.

See folks, **FREE is not always a GOOD Thing.** But boy does Marc Randazza think he is "hot shit" cuz he represents someone for free and he is GOD and all, so that person should bow down, shut up, and do exactly what he say. Even though I was Pro Se for a year, and even though I "preserved" the merits of the case VERY WELL for a bat shit crazy blogger. He seemed to think he could shut me up, ignore my rights, negotiate with Obsidian Finance Group **WITHOUT my consent** to the offer and well I should just be HAPPY that big DICK on Campus Marc Randazza took the case for FREE.



What a Crock of SHIT. Randazza Legal Group takes cases for free then gets good ol' Judge Gloria Navarro to issue and Opinion that makes the VICTIMS pay Randazza Legal Group anyway. Marc Randazza wanted me to pay for his travel, for filing fees and hotels. AFTER I just got a 2.5 million judgement and clearly had NO MONEY.

Then he gets fired for being disrespectful to me and for what I felt **was working directly against the Free Speech Rights of Bloggers, Whistle Blowers and Citizen Journalists,** and WOW does he get vengeful.

I stand up to his abuse of power and entitlement over me, and he contacts my **"Free Speech" "First Amendment" "Constitutional Rights"** attorney and tries to get him to **"Chill", "Suppress", "Silence"** my Speech.

And for the Record, had the "REAL" constitutional rights attorney Eugene Volokh tried to suppress my speech while defending me in a Free Speech Case, I would have fired him too. **FREE or NOT, whats Right is Right. Whats WRONG is WRONG.** I am on the right side of the LAW, and the right side of the Moral Compass whether you, Asshole, have the world believe different or not. **THE TRUTH REMAINS TO BE THE TRUTH.**

The examples in blogs, legal case filings, videos, and more clearly show how hypocritical Marc Randazze is. Yet he is Above the Law and can get any judge he wants to shut down YOUR First Amendment Rights anytime he likes.

**Crystal Cox Industry Whistleblower Blog**

Looking for Old IndustryWhistleblower.com - Click
http://industry-whistleblower.blogspot.com/

**Blog Archive**

▼ 2013 (163)
  ▼ October (1)
    Attorney Marc Randazza, Free Speech Advocate? No w...
  ► September (1)
  ► August (3)
  ► July (18)
  ► June (25)
  ► May (19)
  ► April (8)
  ► March (26)
  ► February (26)
  ► January (36)
► 2012 (106)

For two years and counting Marc Randazza has done everything but kill me to ruin my life, threaten me, sue me, lie about me in major publications, still my online media, defame me, threaten me, ruin my business, threaten my sources and he ALWAYS wins the favor of the judges, no matter how many laws he breaks, lies he tells under oath or constitutional rights he violates.

Check out the .. comment below written by the **whiny, back stabbing, law breaking, unethical, hypocritical PRICK,** alleged Free Speech supporter, attorney Marc J. Randazza of Randazza Legal Group.

Source of Quote Below, Comment Section in Article Below Trashin' me and full of lies and BAD, Defaming information with actual malice and total disregard for the TRUTH... oh and NO Fact Checking..
"Conundrum of the Dispicable Blogger" "Attack Blogger Crystal Cox"
http://ethicsalarms.com/2012/04/01/first-amendment-ethics-and-the-conundrum-of-the-despicable-blogger/

**Rabid Randazza Free Speech Suppressing Comment:**

"When **you take on a pro bono client,** you're **presumably doing it because you see the case as something that can benefit the greater good**. If EV sees it that way, then more power to him.

My only **critique of EV is that when Cox started this whole thing with me**, I emailed him and asked him to **exercise some client control**.

His answer was that **he could not do much about it**. My response was that **if I represented someone for free, I'd tell them that they will act ethically while I am their lawyer, or they can give someone else the privilege of representing them free of charge**."

wa wa wa.. get Marc a big dick bottle full of whiskey to SOOTH his whiny butthurt
First Amendment STOMPING ASS.

**Oh OUCH,** the **"privilege"** of a rabid, lying, lawless, constitutional rights violating, defaming, thug, lying, jackass, evil, mafia connected, whiny, back stabbing, unethical, client rights violating attorney being REVOKED for standing up to him, WOW.. well I guess that's a GOOD Thing..

Well, as many of you know, seems Eugene Volokh refused to STOMP on my Rights, Violate my Constitutional Rights, and well piss ant Marc Randazza turned his rage to his BUDDIES to defame me, break me, steal from me, threaten me, ruin me, defame me and cause me irreparable, immeasurable HARM in which he is CLEARLY responsible and will never be held liable.

See Rabid Riddler, Evil Asshole thug.. attorney Marc Randazza got his buddies at Forbes, NPR, WIPO, the New York Times, legal blogs (former clients) and all many of "media" to paint COX out as a criminal and then he used that as evidence in court to SUE Cox, who was never under investigation for a crime nor had Cox even had a criminal complaint filed.

Oh well, **screw Due Process of Law,** I am **super duper Above the Law attorney Marc Randazza**. And who ever I say is GUILTY well they are, no due process necessary and if you talk about me or my wife, well I will get a JUDGE to simply take away your First Amendment Rights, due process rights, and JUST take your online speaking sites away from you in one sweep. I am GODDANZZA aKa RandASSA

**Marc J. Randazza CONTROLS the Courts,** and answers to the Big Boys in PORN who really do need Free Speech Rights. And Marc tried to shut me up and my VERY important case go away. Marc Randazza has ruined my life, my business, and put me under constant duress for 2 years. All this and he was once my attorney. The Justice system is VERY Broken and guys like Marc Randazza run the COURTS, you have no rights to due process and the LAWS only apply to those Marc Randazza and attorneys like him says it does.

Posted by Crystal L. Cox at 6:35 PM    No comments:    g+1 Recommend this on Google

---

Wednesday, September 18, 2013

**Judge Marco Hernandez, a Portland Oregon Judge, RULED that the First Amendment Does NOT apply to "one" blogger, an anti-corruption blogger, exposing corruption in "his neck of the woods", Investigative Blogger Crystal L. Cox.**



ONE overreaching Oregon Judge SHOULD Not be
the Gatekeeper of the United States Constitution.

What happened after the Obsidian v. Cox verdict is nothing short of a LYNCH mob against one woman, an anti-corruption blogger giving voice to victims of corrupt judges, law enforcement, attorneys and government agencies.

What happened inside this jaw dropping, constitutional rights violating case is still, to this day, seemingly, a mystery to the public at large, as it does not really make sense, as a matter of law.

Let's discuss a few things regarding the Obsidian v. Cox case and the RULING by a federal judge in Portland Oregon that deemed "ONE" woman outside of the rights of free speech laws, shield laws, retraction laws, anti-slapp laws and the **First Amendment of the US Constitution**.

A Portland Oregon Judge, Judge Marco Hernandez RULED that blogger Crystal Cox was not "Entitled" to Constitutional Rights, First Amendment Protection, and that she, and she alone, was the only Blogger that could not have "Journalist" "status" by Law.

Some bloggers can be protected under the law and constitution, says Judge Marco Hernandez, Portland Oregon Judge, **just not this blogger,** Crystal Cox reporting on Corruption in Portland Oregon.

11/12/13 Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox Ethics Complaint Blog by Crystal Cox.

Case 2:12-cv-02040-JAD-PAL   Document 157-5   Filed 11/12/13   Page 12 of 14

land, his water is REALLY being poisoned???

What is there to study at this point? Why did Mayor Bernard P. Carvalho wait so long? Oh, I know, he is up the asses of the GMO companies and GREED over the rights of the children, the people, the water, the animals and the RIGHTS of us all, ya even us tourists. Mayor Bernard P. Carvalho is NOT for the health of Kauai but, instead, for the Health of GMO companies poisoning the Land and the People, with no accountability.

I watched a video on repealing Act 55, where Mayor Bernard P. Carvalho was speaking to some passionate, smart, informed high school students, and I saw Mayor Bernard P. Carvalho pretty much ignore their issues. Mayor Bernard P. Carvalho acted as if he was proud of them for making a stand for what they believe, but see you have to understand that we can agree to disagree, he clearly was not listening to the issue nor did he seem to really care. It seemed that Mayor Bernard P. Carvalho was about big companies, money and not about the issues of what is important to Hawaiians, to the land, to the people of Kaua'i.

While I was staying at the Kaua'i Sands motel, before the bodies were found, and what looks to be a motel built on burial grounds, I was in the lobby. There were approx. 5 men who sat down with the resident manager, they were discussing ways to increase motel occupancy year round and other motel business. Just before I left the room, I heard one of them say, well if there is an issue, we can "lean" on the mayor. I had only been on Kauai a week or two at that point, and having been an anti-corruption blogger for over 7 years, well I took special note of that remark, and I hoped that I would learn, one day that the Mayor of Kaua'i could NOT be "leaned on". However, now 2 months into my Kauai time, I have certainly made up my mind that Mayor Bernard P. Carvalho can be "leaned on" and is not a man of honor, not a man that wishes to be informed and make educated decisions on behalf of the future of his island and people.

I strongly suggest you check out Babes Against Biotech, a powerfully, smart group of people making a HUGE difference in the world.
https://www.facebook.com/BabesAgainstBiotech

Also, I suggest you watch every Kauai Council Video on Bill 2491 that you can get a hold of, and understand what is happening here on this island, make a stand, USE your Voice. You are MEDIA, you are the REAL NEWS, by the People for the People. And you have a First Amendment Right to expose corruption, to speak up, and to be the REAL MEDIA on this incredibly important issue.

Bill 2491 has massive local media on the matter, and I want to make sure that every voice who spoke out in every way on this issue, gets a worldwide platform. So any videos you see on Bill 2491, pass it on, inform the world about the POWER of Kaua'i and Use your VOICE to make a stand for what is right. It is your time, YOU ARE MEDIA. You get to stand up and say NOT ON OUR WATCH.

Start a Blog, Facebook Page, YouTube Channel, Expose all connections Mayor Bernard P. Carvalho has with Pioneer, Dow, Kauai Coffee and any "Reasons" "Mayor Bernard P. Carvalho, Jr. and his staff have for NOT being in support Bill 2491.

It is TIME to Expose ALL connections that Kaua'i Mayor, Mayor Bernard P. Carvalho really has with EVERY Resort, Every corporation on Kauai', with the Governor of Hawaii, with Dow, Pioneer and with Kauai Coffee. Let's look deep at every dollar, every deal, every word, every secret. Time to expose the Reasons that this mayor is putting Corporations poisoning his native land, over the health of the land, health of the sea, and voice of the people.

I am an anti-corruption blogger, and yes I am MEDIA. And I say what is happening here on the island of Kauai is Unique, is powerful and it SHOULD matter to every person worldwide as this is how ya do it folks, and regardless of what happens next, you can bet this intelligent, passionate, powerful, healthy, strong, sassy, savvy, powerful people of all ages will take a stand and will do the right thing and make the world a better place for us all.

I am honored to witness such an amazing event, and I intend to do what I can to back these folks up, to stand with them, and to expose who needs exposing.

<takes a bow>

Investigative Blogger
Crystal L. Cox

Posted by Crystal L. Cox at 1:39 AM   No comments:   +1 Recommend this on Google

► May (35)
► April (23)
► March (60)
► February (76)
► January (50)
► 2012 (152)

**Omri Shabat**

**Omri Shabat**



Tuesday, October 8, 2013

## Attorney Marc Randazza, Free Speech Advocate? No way says Blogger

11/12/13 Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox Ethics Complaint Blog by Crystal Cox.

Case 2:12-cv-02040-JAD-PAL Document 157-5 Filed 11/12/13 Page 13 of 14

# Crystal Cox, SWORN enemy of Marc Randazza the most hypocritical Free Speech Suppressing Lawyer EVER.

**Free Speech Attorney Marc Randazza PLEADS with, Condemns UCLA Constitutional Rights, Law Professor, Eugene Volokh for not "Controlling" aKa Suppressing the Speech of his client.**

See the Evil Riddler Randazza thinks that if he "generously" takes an appeal for FREE aKa to benefit HIM, his clients, the Porn Industry and make the case go away in the WORST interest of the Client, **well that client had better sit down and SHUT UP**.

See Free Speech is only the Right of Who Jackass, Hypocrite attorney Marc Randazza says has that right and the U.S. Constitution only applies to those who Constitutional Rights gatekeeper Portland Oregon's Judge Marco Hernandez Says it DOES.

See, we can't have bloggers reportin' that thar news. See the news must be controlled and we can't be all ranting the facts and call the bad guys names.. oh I mean bloggers like that despicable Crystal Cox can't.

So here we have Mr. Celebrity First Amendment Attorney on **a two year long RANT** and still going, to attempt to lie, cheat, steal, threaten, sue, defame, kick, scream and whine... or whatever it takes to stop the "more speech" of that pesky bat shit crazy blogger who has stood up to his hypocritical BULLSHIT, Fraud on the Courts, and Abuse of Power and Process.

**Marc Randazza, First Amendment Bar Attorney,** seems to think its ok, necessary and **some sort of right of an attorney SHUT their client up, even when the client knows more about the details of the case**.

And in the Obsidian v. Cox case, he had to DEFEND the case I already made, that is how appeals work. Yet he pretends he is the brainiac and that I should SHUT Up Now. That worked out well for your Dumb Ass didn't it?

Still believe the ol' more speech is betta story you bin bamboozlin your clients with..
**YOU, Marc Randazza are seriously FULL OF SHIT** and you RUIN Lives with
NO accountability, No constitutional Respect and completely outside of the LAW.

So Marc Randazza thinks that **"Real Constitutional Supporting", "Free Speech Attorney" Eugene Volokh**, in the name of free speech rights should "make" his client sit down and shut up, like Marc Randazza did to me and he GOT Fired.

See folks, **FREE is not always a GOOD Thing.** But boy does Marc Randazza think he is "hot shit" cuz he represents someone for free and he is GOD and all, so that person should bow down, shut up, and do exactly what he say. Even though I was Pro Se for a year, and even though I "preserved" the merits of the case VERY WELL for a bat shit crazy blogger. He seemed to think he could shut me up, ignore my rights, negotiate with Obsidian Finance Group **WITHOUT my consent** to the offer and well I should just be HAPPY that big DICK on Campus Marc Randazza took the case for FREE.



What a Crock of SHIT. Randazza Legal Group takes cases for free then gets good ol' Judge Gloria Navarro to issue and Opinion that makes the VICTIMS pay Randazza Legal Group anyway. Marc Randazza wanted me to pay for his travel, for filing fees and hotels. AFTER I just got a 2.5 million judgement and clearly had NO MONEY.

Then he gets fired for being disrespectful to me and for what I felt **was working directly against the Free Speech Rights of Bloggers, Whistle Blowers and Citizen Journalists,** and WOW does he get vengeful.

I stand up to his abuse of power and entitlement over me, and he contacts my **"Free Speech" "First Amendment" "Constitutional Rights"** attorney and tries to get him to **"Chill", "Suppress", "Silence" my Speech.**

And for the Record, had the "REAL" constitutional rights attorney Eugene Volokh tried to suppress my speech while defending me in a Free Speech Case, I would have fired him too. **FREE or NOT, whats Right is Right. Whats WRONG is WRONG**. I am on the right side of the LAW, and the right side of the Moral Compass whether you, Asshole, have the world believe different or not. **THE TRUTH REMAINS TO BE THE TRUTH.**

The examples in blogs, legal case filings, videos, and more clearly show how hypocritical Marc Randazze is. Yet he is Above the Law and can get any judge he wants to shut down YOUR First Amendment Rights anytime he likes.

For two years and counting Marc Randazza has done everything but kill me to ruin my life, threaten me, sue me, lie about me in major publications, still my online media, defame me, threaten me, ruin my business, threaten my sources and he ALWAYS wins the favor of the judges, no matter how many laws he breaks, lies he tells under oath or constitutional rights he violates.



Check out the .. comment below written by the **whiny, back stabbing, law breaking, unethical, hypocritical PRICK,** alleged Free Speech supporter, attorney Marc J. Randazza of Randazza Legal Group.

Source of Quote Below, Comment Section in Article Below Trashin' me and full of lies and BAD, Defaming information with actual malice and total disregard for the TRUTH... oh and NO Fact Checking..
"Conundrum of the Dispicable Blogger" "Attack Blogger Crystal Cox"
http://ethicsalarms.com/2012/04/01/first-amendment-ethics-and-the-conundrum-of-the-despicable-blogger/

**Rabid Randazza Free Speech Suppressing Comment:**

11/12/13 Crystal Cox Blogger ~ Investigative Blogger Crystal L. Cox Ethics Complaint Blog by Crystal Cox.

Case 2:12-cv-02040-JAD-PAL   Document 157-5   Filed 11/12/13   Page 14 of 14

"When **you take on a pro bono client,** you're **presumably doing it because you see the case as something that can benefit the greater good**. If EV sees it that way, then more power to him.

My only **critique of EV is that when Cox started this whole thing with me**, I emailed him and asked him to **exercise some client control**.

His answer was that **he could not do much about it**. My response was that **if I represented someone for free, I'd tell them that they will act ethically while I am their lawyer, or they can give someone else the privilege of representing them free of charge.**"

**wa wa wa.. get Marc a big dick bottle full of whiskey to SOOTH his whiny butthurt
First Amendment STOMPING ASS.**

**Oh OUCH,** the **"privilege"** of a rabid, lying, lawless, constitutional rights violating, defaming, thug, lying, jackass, evil, mafia connected, whiny, back stabbing, unethical, client rights violating attorney being REVOKED for standing up to him, WOW.. well I guess that's a GOOD Thing..

Well, as many of you know, seems Eugene Volokh refused to STOMP on my Rights, Violate my Constitutional Rights, and well piss ant Marc Randazza turned his rage to his BUDDIES to defame me, break me, steal from me, threaten me, ruin me, defame me and cause me irreparable, immeasurable HARM in which he is CLEARLY responsible and will never be held liable.

See Rabid Riddler, Evil Asshole thug.. attorney Marc Randazza got his buddies at Forbes, NPR, WIPO, the New York Times, legal blogs (former clients) and all many of "media" to paint COX out as a criminal and then he used that as evidence in court to SUE Cox, who was never under investigation for a crime nor had Cox even had a criminal complaint filed.

Oh well, **screw Due Process of Law,** I am **super duper Above the Law attorney Marc Randazza**. And who ever I say is GUILTY well they are, no due process necessary and if you talk about me or my wife, well I will get a JUDGE to simply take away your First Amendment Rights, due process rights, and JUST take your online speaking sites away from you in one sweep. I am GODDANZZA aKa RandASSA

**Marc J. Randazza CONTROLS the Courts,** and answers to the Big Boys in PORN who really do need Free Speech Rights. And Marc tried to shut me up and my VERY important case go away. Marc Randazza has ruined my life, my business, and put me under constant duress for 2 years. All this and he was once my attorney. The Justice system is VERY Broken and guys like Marc Randazza run the COURTS, you have no rights to due process and the LAWS only apply to those Marc Randazza and attorneys like him says it does.

Posted by Crystal L. Cox at 6:34 PM     No comments:        **g+1** Recommend this on Google

---

Sunday, September 29, 2013

## Crystal Cox Case, Ninth Circuit Appeal. Crystal Cox Free Speech Case, Opening Appeal Brief by Eugene Volokh.

"STATEMENT OF ISSUES PRESENTED FOR REVIEW

(1) Whether, even if plaintiffs are treated as private figures, defendant is entitled to a new trial in which the jury is instructed—consistently with Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974)—(a) that it could hold de-fendant liable for proven compensatory damages only if it found that de-fendant acted negligently, and (b) that it could hold defendant liable for **presumed damages only** if it found that defendant acted with **"actual malice."**

(2) Whether plaintiffs, **a court-appointed bankruptcy trustee** and the partnership through which he operates, are properly treated as special-purpose public officials, so that the defendant is entitled to a new trial in which the jury is instructed—consistently with New York Times Co. v. Sullivan, "
that it could hold defendant liable for presumed damages only if it found that defendant acted with "actual malice."

(3) Whether a new trial—or at least remittitur—is also required because the **evidence presented to the jury did not support a conclusion that plaintiffs suffered $2.5 million in damages** (whether proven or presumed) from the one post that this Court ruled could form the basis for plaintiffs' lawsuit.

STATEMENT OF THE CASE

Kevin Padrick and Obsidian Finance Group, LLC sued Crystal Cox, **claiming that Cox libeled them**.

The jury rendered a verdict for Padrick and Obsidian. Cox moved for a new trial, arguing that the district judge had improperly instructed the jury, and that the jury verdict was excessive. The district court denied the motion for new trial.

STATEMENT OF FACTS

Kevin Padrick and Obsidian Finance Group, LLC sued Crystal Cox in district court, **claiming that Cox libeled them in a series of blog posts**. Obsidian Finance Group v. Cox, 812 F. Supp. 2d 1220 (D. Or. 2011). On Aug. 23, 2011, the district court held that nearly all of defendant's posts criticizing plaintiffs were constitutionally protected opinion, and that plaintiffs could proceed based only the Dec. 25, 2010 bankruptcycorruption.com post. Id. at 1234–39.

On Nov. 30, 2011, the district court decided what legal rules would gov-ern the trial, and would be reflected in the jury instructions. The court noted that, before trial, "Defendant argue[d] that under New York Times Co. v. Sullivan, 376 U.S. 254