# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marc J. Randazza, an individual, <br> Jennifer Randazza, an individual, and <br> Natalia Randazza, a minor <br>                                     Plaintiff(s), <br><br> v. <br><br> Crystal Cox, an individual, and Eliot Bernstein, an individual, <br><br>                                     Defendant(s). | CV 2:12-2040-JAD-PAL <br><br> **DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the ___Original___ Complaint ___November 28, 2012___
(Original, Amended, etc)                              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ___Crystal Cox___

in the above-entitled action is hereby entered.

DATED: _____                    LANCE S. WILSON, CLERK

                                                  By: _____
                                                          Deputy Clerk