Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-2040-JAD-PAL<br><br>**SUPPLEMENT TO PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRYSTAL COX** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, a minor, through their attorneys, hereby supplement their Request for Entry of Default Against Defendant Crystal Cox. (ECF #157). The purpose of the instant supplement is to provide the Court with additional just discovered evidence that Defendant Crystal Cox is closely monitoring and commenting upon this case on the Internet, and has intentionally stopped participating in this litigation.

Defendant Cox has an active Facebook page about Plaintiff Marc Randazza, titled "Marc Randazza Victims Group," in which Defendant authors posts intended to bait, inflame, and harass Mr. Randazza. *See* Exhibit A, Marc Randazza Victims Group Facebook Page. Not only does Defendant Cox's activity on this page (as recent as November 19, 2013) show she has access to the

Internet, but a post from October 18 shows that she is monitoring the progress of the case, as well. (*Id.* at 3). In the post, Cox discusses the Court's Order on Plaintiffs' Motion to Declare Defendant Crystal Cox a Vexatious Litigant, stating "You CANNOT declare someone you SUE a Vixatious [sic] Litigant." *Id.* Consistent with the text of the Court's Order, Defendant Cox's commentary proves that she is still monitoring the lawsuit despite refusing to participate. Therefore, Defendant Cox is refusing to take affirmative action, which operates as a bar to Plaintiffs' claim. *See Rashidi v. Albright*, 818 F. Supp. 1354, 1355-56 (D. Nev. 1993).

Because Defendant Cox refuses to participate in this lawsuit, an entry of default is appropriate under Federal Rules of Civil Procedure 55(a).

Dated: November 19, 2013            Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

A copy was also sent via e-mail to Defendant Crystal Cox at crystal@crystalcox.com, savvybroker@yahoo.com, and reverendcrystalcox@gmail.com.

Dated: November 19, 2013                              Signed,

                                                                /s/ Laura M. Tucker

Laura M. Tucker
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
(702) 420-2001
(702) 420-2003 fax