# EXHIBIT A

Email or Phone | Password | Log In
☐ Keep me logged in | Forgot your password?

**Marc Randazza Victims Group** is on Facebook.

To connect with Marc Randazza Victims Group, sign up for Facebook today.

[Sign Up] [Log In]



# Marc Randazza Victims Group
9 likes · 7 talking about this

**Community**
Marc Randazza has ruined the life, business and quality of life of his former client Crystal Cox and has SUPPRESSED her Free Speech. Cox is dedicated ..

About | Photos | **9** Likes

**Highlights**

 **Marc Randazza Victims Group** shared a link.
Yesterday

STOP Human Trafficking, EXPOSE Porn Industry Attorney Marc Randazza and his law firm Randazza LEGAL Group who aids and abets Porn Companies to stalk, harass, sue and silence those who EXPOSE their Corrupt, Evil, Unconstitutional, Inhumane ACTIONS
http://foxxmediagroup.com/hundreds-held-over-canada-child-porn-bust-while-america-continues-to-protect-child-pornographers-pedophiles-and-predators/



**Hundreds Held over Canada Child Porn Bust While America Continues to Protect Child...**
foxxmediagroup.com
BBC on 14 November 2013 Last updated at 13:24 ET Inspector Joanna Beavan-Desjardins said 108 arrests were made across

**Recent Posts by Others on Marc Randazza Victims Group**   See All

 **Crystal Cox**
STOP Human Trafficking, EXPOSE Porn Industry Att...
Yesterday at 9:27am

 **Crystal L. Cox**
http://www.youtube.com/watch?v=BbopYMUNJOE
November 16 at 7:41pm

 **Crystal L. Cox**
http://stateofnevadacase212-cv-02040-gmn-pal....
November 16 at 4:24pm

 **Crystal L. Cox**
http://www.youtube.com/watch?v=f0YRDn7jmuE
November 16 at 4:24pm

 **Crystal L. Cox**
http://www.industrywhistleblower.com/2013/01/h...
November 14 at 10:15am

More Posts

 **Marc Randazza Victims Group** shared a link.
November 12

Bad Lighting I know, but a few tidbits
http://www.youtube.com/watch?v=nBgcgaFv2i8

Canada Related Stories SA 'cracks child pornography ring' Canada

Like · Comment · Share


YouTube
www.youtube.com

 **Marc Randazza Victims Group** shared a link.
November 12

Expose Randazza LEGAL Group, Porn Industry Lawyers who protect those involved in Human Trafficking and Porn Prostitution Rings, and RUINS the LIVES of Whistleblowers in the process
http://coxvrandazza.blogspot.com/2013/11/expose-randazza-legal-group-j-malcom.html

Like · Comment · Share

 **Marc Randazza Victims Group**
November 11

Marc Randazza, Randazza Legal Group EXPOSED by Ex-Client and VICTIM of Marc Randazza Crystal L. Cox, Investigative Blogger
http://coxvrandazza.blogspot.com/2013/06/crystal-l-cox-v-randazza-legal-group.html


**Crystal Cox v Marc Randazza, Randazza Legal Group: EXPOSE Randazza Legal Group; J. Malcom DeVoy,...**
coxvrandazza.blogspot.com

Like · Comment · Share

 **Marc Randazza Victims Group** shared a link.
November 10

Exposing Corruption is a First Amendment Right
http://defamationnews.blogspot.com/2013/11/seriously-gas-company-poisons-your.html


**Defamation News by Crystal L. Cox, Investigative Blogger: Seriously? Gas Company poisons your...**
defamationnews.blogspot.com



Like · Comment · Share

Mary Deneen likes this.

 **Marc Randazza Victims Group** shared a link.
October 19

SUPPORT REAL FREE SPEECH. and NOT Simply who Marc Randazza says the First Amendment Applies to. First Amendment Caste System, Americal Bar Litigation Journal article regarding Crystal Cox Case.
http://www.docstoc.com/docs/146669625/American-Bar-Association-Litigation-Journal-Regarding-the-First-Amendment-and-the-Crystal-Cox-Case-Obsidian-Finance-Group-V-Investigative-Blogger-Crystal-Cox

Like · Comment · Share

 **Marc Randazza Victims Group** shared a link.
October 18

What the Randazza v. Cox case means to You? Randazza Legal Group Plaintiff v. Crystal L. Cox, Defendant.
http://ethicscomplaint.blogspot.com/2013/10/what-randazza-v-cox-case-means-to-you.html


**American Bar Association Litigation Journal Regarding the First Amendment and the Crystal Cox...**
www.docstoc.com

Docstoc is the premier online destination to start and grow small businesses. It hosts the best



Like · Comment · Share

Crystal Cox Blogger ~ Ethics Complaint - Investigative Blogger Crystal L. Cox: What the Randazza…

 **Marc Randazza Victims Group** shared a link.
October 16

http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/02/j-malcom-devoy-sean-tompkins-threats-to.html



**District of Nevada Case 2:12-cv-02040-GMN-PAL : J. Malcom Devoy, Sean Tompkins, Threats to…**
stateofnevadacase212-cv-02040-gmn-pal.blogspot.com

Free Speech Threat, Chill Speech Threat, First Amendment Rights Violation, Intellectual Property Theft, Violation of Due Process, Fraud on the Courts, Abuse of the Courts, Attorney Bullying,

Like · Comment · Share

 **Marc Randazza Victims Group** shared a link.
October 16

http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/02/crystal-l-cox-nevada-lawsuit-pro-se.html

**District of Nevada Case 2:12-cv-02040-GMN-PAL : Crystal L. Cox Nevada Lawsuit. Pro Se Litigant…**
stateofnevadacase212-cv-02040-gmn-pal.blogspot.com

Free Speech Threat, Chill Speech Threat, First Amendment Rights Violation, Intellectual Property Theft, Violation of Due Process, Fraud on the Courts, Abuse of the Courts, Attorney Bullying,

Like · Comment · Share

---

Like · Comment · Share

 **Marc Randazza Victims Group**
October 18

Hey Dumbdazza,

You actually have to enter a case in order to claim a Neener Neener she is a Vixatious Litigant, you big dumb ass. Meaning you have to grow a set and accept service to a lawsuit and get "in the game' in order to Play.

You CANNOT declare someone you SUE as a Vixatious Litigant. Geez, how dumb is Dumbdazza Legal Group. You CANNOT respond to other lawsuits in other courts, in documents you file in your case where you sued that litigant. You actually have to file your motion to declare Super Hereo Crystal Cox a Vixatious Litigant.

Do you know LAW at all Dumbdazza?

Marc Randazza IS a Vixatious Litigant, and is Above the Law. SO if he Sue ya, you may as well give him what he wants, because Dumbdazza is the Law of this here Land of Free Speech and you best be doing what his dumb ass says to do or else.

Like · Comment

 **Marc Randazza Victims Group** shared a link.
October 16

http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/02/district-of-nevada-case-212-cv-02040_11.html



**District of Nevada Case 2:12-cv-02040-GMN-PAL : District of Nevada Case 2:12-cv-02040-GMN-PAL…**
stateofnevadacase212-cv-02040-gmn-pal.blogspot.com

Like · Comment · Share

 **Marc Randazza Victims Group** shared a link.
October 16

http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/06/randazza-legal-group-marc-j-randazza-is.html


**Marc Randazza Victims Group** shared a link.
October 16

Marc Randazza SUES former Client, Judge Gloria Navarro STRIKES Defendants answer to the complaint for discussing a "conspiracy" , yet Randazza sued client for Civil Conspiracy among others, here is the original complaint answer
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.23.0.pdf

> http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.23.0.pdf
> ia701205.us.archive.org

Like · Comment · Share


**Marc Randazza Victims Group** shared a link.
October 16

> **District of Nevada Case 2:12-cv-02040-GMN-PAL : Randazza Legal Group, Marc J. Randazza is GUILTY...**
> stateofnevadacase212-cv-02040-gmn-pal.blogspot.com
>
> Free Speech Threat, Chill Speech Threat, First Amendment Rights Violation, Intellectual Property Theft, Violation of Due Process, Fraud on the Courts, Abuse of the Courts, Attorney Bullying,

Like · Comment · Share


**Marc Randazza Victims Group** shared a link.
October 16

Expose Marc Randazza and his human trafficking client
http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/07/stop-supporting-porn-stop-human.html



> **District of Nevada Case 2:12-cv-02040-GMN-PAL : STOP Supporting Porn. STOP Human Trafficking....**
> stateofnevadacase212-cv-02040-gmn-pal.blogspot.com
>
> Free Speech Threat, Chill Speech

Like · Comment · Share

**Marc Randazza Victims Group** shared a link.
October 16

http://stateofnevadacase212-cv-02040-gmn-pal.blogspot.com/2013/06/marc-randazza-filed-slapp-lawsuit.html

> **District of Nevada Case 2:12-cv-02040-GMN-PAL : Marc Randazza FILED a SLAPP Lawsuit against a...**
> stateofnevadacase212-cv-02040-gmn-pal.blogspot.com
>
> Free Speech Threat, Chill Speech Threat, First Amendment Rights Violation, Intellectual Property Theft, Violation of Due Process, Fraud on the Courts, Abuse of the Courts, Attorney Bullying,

Like · Comment · Share


**Marc Randazza Victims Group**
October 16

Marc Randazza tells a court he wants YOUR Domain Names and with no First Amendment Adjudication, no due process, he simply takes the names and wipes out the FREE SPEECH, he alleges to support.

Like · Comment


**Marc Randazza Victims Group**
October 16

Marc Randazza defends Free Speech Rights for his PAYING CLIENTS. Yet sues others to suppress theirs. Marc Randazza violated my First Amendment Rights, and the Nevada Courts stand by him regardless of the rights of his victims. You have a constitutional right to say Marc Randazza if you are reviewing Marc Randazza, making fun of Marc Randazza or telling him off. NOPE. See Randazza Legal Group claim... See More

Like · Comment

      **Marc Randazza Victims Group** shared a link.
October 16

Crystal Cox files motion for Protective Order, NV courts PROTECT the aggressor over and over and Deny Cox Protection
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.47.0.pdf

> **http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.47.0.pdf**
> ia701205.us.archive.org

Like · Comment · Share                                             1

      **Marc Randazza Victims Group** shared a link.
October 16

Counter Complaint Filed by Crystal Cox, which was Stricken from the Record, COX was Denied a Counter Complaint in Randazza v. Cox, which is a violation of law and due process.
http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.24.0.pdf

> **http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.24.0.pdf**
> ia601205.us.archive.org

Like · Comment · Share

bile        Find Friends    Badges          People          Pages       Places      Apps        Games       Music
out         Create Ad       Create Page     Developers      Careers     Privacy     Cookies     Terms       Help

ebook © 2013 · English (US)

https://www.facebook.com/MarcRandazzaVictimsGroup                                                        5/5