Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual, <br><br> Defendants. | Case No. 2:12-cv-2040-JAD-PAL <br><br> **PLAINTIFFS' SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT (ECF 75)** |

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza a minor, through counsel, hereby supplement their Motion for Summary Judgment (ECF 75). On July 5, 2013, Defendant Crystal Cox was disciplined by the State of Montana Board of Realty Regulation for similar actions to those Plaintiffs allege in the instant lawsuit. (See Exhibit A, Recommended Order). The findings of the State of Montana Board of Realty Regulation in the disciplinary action are consistent with the arguments Plaintiffs make in the Motion for Summary Judgment and show a pattern of conduct by Ms. Cox.

In its findings of fact, the Board found that Defendant Cox created a domain name using the full name of her former client, which directed to a website containing harassing and defamatory content about the victim. See Exhibit A at ¶¶ 7-9. According to the Recommended Order, in

1

addition to creating the website, Cox also sent an email to the victim of the website and offered to sell him the domain name for $550,000.00. See Exhibit A at ¶ 10.  As a result, the Board sanctioned Cox with six months of probation and a $1,000.00 fine. Exhibit A at pages 7-8.

The Montana order should offer persuasive analysis of many of the facts of the pending Motion for Summary Judgment. (ECF 75).  The Recommended Order clearly shows Defendant Cox's pattern and history in creating websites based on her victims' names, filling the websites with false or misleading content, and then blackmailing to sell the domain names to the victims at grossly inflated prices after the damage to their reputation has been done — the same behavior Plaintiffs assert Defendant engaged in when harassing them.

Plaintiffs respectfully request that the Court consider this newly acquired document when evaluating the Motion for Summary Judgment.

Dated: December 30, 2013                    Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368
crystal@crystalcox.com; savvybroker@yahoo.com; reverendcrystalcox@gmail.com

Dated: December 30, 2013

Signed,

_____

Employee, Randazza Legal Group
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
(702) 420-2001
(702) 420-2003 fax