Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-2040-JAD-PAL<br><br>**NOTICE REGARDING JOINT PRETRIAL ORDER** |

**NOTICE REGARDING JOINT PRETRIAL ORDER**

Plaintiffs Marc J. Randazza, Jennifer Randazza, and Natalia Randazza (collectively, the "Plaintiffs") file this notice through their undersigned counsel regarding the joint pretrial order originally scheduled to be filed on this date.

On February 12, 2013, Plaintiffs filed a motion for summary judgment against Crystal Cox, seeking judgment in their favor on all claims (ECF 75). Pursuant to Local Rule 26-1(e)(5), the parties' due date for a pretrial order is suspended until 30 days after the Court enters a decision on Plaintiffs' pending dispositive motion. Additionally, Plaintiffs have filed other motions that are still pending that will fully dispose of this litigation if granted, including their January 29, 2013 motion for default judgment against Eliot Bernstein (ECF 65), against whom the Clerk of Court

entered default on November 28, 2012 (ECF 39), and their November 12, 2013 request for default against Crystal Cox as a terminating sanction (ECF 157), which will be followed with a motion for default judgment if granted.

      Therefore, Plaintiffs' pretrial statement is not due at this time. Plaintiffs shall file a pretrial statement when appropriate under the Court's local rules. However, if the Court grants Plaintiffs' pending motions, the need for a pretrial order will be obviated entirely.

Dated: February 10, 2014                Respectfully submitted,

/s/Ronald D. Green
Ronald D. Green, NV Bar #7360
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001; 702-420-2003 fax
ecf@randazza.com

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

Dated: February 10, 2013

Signed,

_____
Employee
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
(702) 420-2001
(702) 420-2003 fax