# EXHIBIT F

# Western Union Money Transfer – Send Form

Already a Gold Card or My WU® Member? You don't need a form! Just speak with the Agent.
¿Ya eres miembro de la Tarjeta Dorada o My WU? Entonces, no necesitas llenar el formulario.
Ve directamente con el Agente.

**My world. My way.**
MY WU

## 1 Transaction Information / Información de la Transacción

- **Send Amount (Dollars) / Cantidad a Enviar (Dólares):** $200.00
- **Destination: State/Country / Destino: Estado/País:** Hawaii
- [X] Money in Minutes / Dinero en Minutos
- [ ] Next Day (where available) / Dinero Día Siguiente
- [ ] To a Mobile Phone (where available) / A Teléfono Celular
  - Number with Country Code / Número con código de país
- [ ] Giro Paisano   [ ] Giro Telegráfico   [ ] ¿Con aviso a domicilio? / With notification?
- [ ] To a Bank Account (where available) / A Cuenta Bancaria
  - Bank Name / Nombre de Banco
  - Routing / Swift / Bank Identifier Code
  - Account Number / IBAN
  - Other Information / Información Adicional

## 3 Receiver Information / Información del Beneficiario

- **Receiver's First Name / Nombre del Beneficiario:** Crystal
- **Last Name(s) / Apellido (Paterno, Materno):** Cox

- Be sure to provide the Tracking Number (MTCN) to your Receiver to pick up money.
- If sending less than $300 to a Receiver in the U.S. that does not have I.D., you may provide a test question and answer.

- **Test Question (limit 4 words):**
- **Answer / Respuesta:**

## 2 Sender Information / Información del Remitente

- **Your First Name / Su Nombre:** Sylvia
- **Middle Initial:**
- **Last Name / Apellido:** White
- **Street (Apt #) / Dirección:** 15 S New Haven St
- **City / Ciudad:** Marietta
- **State / Estado:** PA
- **Zip / Código Postal:** [redacted]
- **Phone / Teléfono:** 717 940 2873
- **Email:** sylvianw1007@gmail.com

## 4 Your Signature / Su Firma

X Sylvia E White

Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

---

### AGENT USE ONLY / Solo Para Uso del Agente

| Money Transfer Control No. (MTCN) | Amount / Cantidad | Transfer Fee / Cargo por el Envío | Other Fee / Otros Cargos | Tax / Impuestos | Total Collected / Cantidad Total | Exchange Rate / Tipo de Cambio | Amount to be Paid / Cantidad a pagar |
|---|---|---|---|---|---|---|---|
| [redacted] | $200 | $12.00 | | $ | | | |

Customer Copy / Copia del Cliente • Page 3 / Página 3   DFMUNIFDB (6/13)   Agent Signature / Firma del Agente   Date / Fecha 10.11

---



**WESTERN UNION RECEIPT/RECIBO**
Thank you/Gracias

TRACKING NUMBER (MTCN) / NO. DE CONTROL DEL ENVÍO:
573-255-2770

KMART #3911
3675 COLUMBIA AVE, PA

Gold Card / Tarjeta Dorada / My WU #
Fixed Points/Puntos fieles:

Money Transfer/Envío de Dinero:
CASH

Operator ID/No. # del Operador: 19

Date of Transaction/Fecha de la Transacción:
October 11, 2013/Octubre 11, 2013

Time of Transaction/Hora de la Transacción:
04:25 PM EDT

Sender/Remitente:
SYLVIA WHITE
15 S NEW HAVEN ST, MARIETTA, PA, 17547, USA
7179402873

Receiver/Destinatario:
CRYSTAL COX
HI

Expedited Payout Location/Localidad donde Esperan Pago:
HI, United States

Service Type/Tipo de Servicio:
MONEY IN MINUTES

Transfer Amount/Cantidad de Envío:
200.00 USD

Transfer Fees/Cargos por Envío:
12.00 USD

Additional Fees/Cargos Adicionales:
0.00 USD

Transfer Taxes/Impuestos de Envío:
0.00 USD

# MY WU

Ve directamente con el Agente.

## 1. Transaction Information / Información de la Transacción

**Send Amount (Dollars)** / Cantidad a Enviar (Dólares): $ 200.00

**Destination: State/Country** / Destino: Estado/País: Hawaii

- [X] **Money In Minutes** / Dinero en Minutos
- [ ] **Next Day (where available)** / Dinero Día Siguiente (según disponibilidad)
- [ ] **To a Mobile Phone (where available)** / A Teléfono Celular (donde este disponible)
  - Number with Country Code / Número con código de país
- [ ] **Giro Paisano**
- [ ] **Giro Telegráfico**
- [ ] **¿Con aviso a domicilio?** / With notification?
- [ ] **To a Bank Account (where available)** / A Cuenta Bancaria (donde este disponible)
  - Bank Name / Nombre de Banco
  - Routing / Swift / Bank Identifier Code / Número de Enrutamiento / Código de Identificación de Banco
  - Account Number / IBAN / Número de Cuenta
  - Other Information / Información Adicional

## 3. Receiver Information / Información del Beneficiario

Write the name of the receiver exactly as it appears on their identification.
Escriba el nombre del beneficiario exactamente como aparece en su identificación.

**Receiver's First Name** / Nombre del Beneficiario: Crystal

**Last Name(s)** / Apellido (Paterno, Materno): Cox

- Be sure to provide the Tracking Number (MTCN) to your Receiver to pick up money / Asegúrese de proveer el MTCN (Número de Control del Envío) al destinatario para que pueda cobrar el dinero.
- If sending less than $300 to a Receiver in the U.S. that does not have I.D., you may provide a test question and answer / Si la cantidad enviada es menor a $300 y el Destinatario en USA no cuenta con una identificación oficial, usted podrá proporcionar una pregunta de seguridad y su respuesta.

**Test Question (limit 4 words)** / Pregunta de Prueba (un máximo de cuatro palabras)

**Answer** / Respuesta

## 2. Sender Information / Información del Remitente

**Your First Name** / Su Nombre: Sylvia

**Middle Initial** / Inicial del segundo nombre:

**Last Name** / Apellido: White

**Street (Apt #)** / Dirección (# de Apto): 133 W. Market St

**City** / Ciudad: Marietta

**State** / Estado: PA

**Zip** / Código Postal: [redacted]

**Phone** / Teléfono: 717 940 2873

**Email**: sylvania1007@gmail.com

Get a text when money's picked up / Reciba un mensaje de texto cuando el dinero enviado haya sido cobrado.

Your Mobile Phone*/Su Teléfono Celular*

## 4. Your Signature / Su Firma

X  *Sylvia White*

Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions. Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. Firmando este recibo, usted está de acuerdo con dichos términos y condiciones.

1,2,3,4 **All numbered notes are on Page 1.**
1,2,3,4 Todas las notas numeradas están en la página 1.

*By completing, you authorize us to send you text message notification(s) about your money transfer status, including notifying you when the receiver picks up funds. Standard message and data rates may apply. / *Al firmar, usted nos autoriza notificarle del estatus de su envío de dinero por mensaje texto, incluyendo cuando el Beneficiario retire el dinero. Aplican tarifas estándar de mensajería de texto.

---

### AGENT USE ONLY / Solo Para Uso del Agente

| Money Transfer Control No. (MTCN) | Amount / Cantidad | Transfer Fee / Cargo por el Envío | Other Fee / Otros Cargos | Tax / Impuestos | Total Collected / Cantidad Total | Exchange Rate / Tipo de Cambio | Amount to be Paid / Cantidad a pagar |
|---|---|---|---|---|---|---|---|
| [redacted] | $200.00 | $12.00 | $ | $ | | | 212.00 |

Customer Copy / Copia del Cliente • Page 3 / Página 3   DFMUNIFDB (6/13)   Agent Signature / Firma del Agente _____   Date / Fecha 10/17/13

---

**WESTERN UNION**
RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN) / NO. DE CONTROL DEL ENVÍO: 536-165-2146

KMART #3911
3075 COLUMBIA AVE, PA

For Customer Service, please call 1-800-325-6000/Para asistencia con el servicio al cliente al 1-800-325-6000

Paid Card / Tarjeta Dorada / My WU #
Total Paid / Puntos totales

Money Transfer / Envío de Dinero
CASH

Operator Info / ID del Operador: 010

Date of Transaction / Fecha de Transacción:
October 17, 2013
Time of Transaction / Hora de la Transacción:
11:53 AM EDT

Sender/Remitente:
SYLVIA WHITE
133 W MARKET ST
7179402873

Receiver/Destinatario:
CRYSTAL COX
HI

Expected Payout Location /
Localidad donde Esperan Pago:
HI, United States

Service Type/Tipo de servicio:
MONEY IN MINUTES

Transfer Amount / Cantidad de Envío: 200.00 USD

Transfer Fees / Cargos por Envío: 12.00 USD

Additional Fees / Cargos Adicionales: 0.00 USD

# MONEY TRANSFER
## Send — Transferencia de Dinero - Enviar
**WESTERN UNION**

### 1. Sender Information / Información del Remitente

- **Send Amount (Dollars) / Cantidad a Enviar (Dólares):** $2000.00
- **Expected Payout Location / Lugar de Pago — City, State, Country:** Hawaii
- **Your First Name / Su Nombre:** Sylvia
- **Last Name / Apellido:** White
- **Street (Apt #) / Dirección:** 133 W Market St
- **City / Ciudad:** Marietta
- **State / Estado:** PA
- **Zip / Código Postal:** [redacted]
- **Phone / Teléfono:** 717 940 2973
- **Email:** sylvania1007@gmail.com

### 2. Choose a Service / Elija un Servicio

- [X] Money in Minutes / Dinero en Minutos
- [ ] Next Day (where available) / Dinero Día Siguiente
- [ ] Home Delivery: Prepaid Card (USA only)
- [ ] To a Bank Account (where available)
- [ ] To a Mobile Phone (where available)

### 3. Receiver Information / Información del Beneficiario

- **Receiver's First Name / Nombre del Beneficiario:** Crystal L
- **Last Name(s) / Apellido:** Cox

### 4. Your Signature / Su Firma

X  Sylvia E White

---

**AGENT USE ONLY / Solo Para Uso del Agente**

| Money Transfer Control No. (MTCN) | Amount / Cantidad | Transfer Fee / Cargo por el Envío | Other Fee / Otros Cargo | Tax / Impuestos | Total Collected / Cantidad Total | Exchange Rate / Tipo de Cambio | Amount to be Paid / Cantidad a pagar |
|---|---|---|---|---|---|---|---|
| [redacted] | $2000 | $10.00 | $ | $ | $2161.00 | | 2000 |

Customer Copy / Copia del Cliente • Page 3 / Página 3    DFMUNIFDB (05/10)    Agent Signature / Firma del Agente: ED    Date/Fecha: 10/23/13

---

**WESTERN UNION RECEIPT/RECIBO — Thank you/Gracias**

TRACKING NUMBER (MTCN)
NO. DE CONTROL DEL ENV
108-217-9632

KMART #3573
180 S MARKET ST, PA

Money Transfer/Envío de Dinero: CASH

Date of Transaction/Fecha de Transacción: October 23, 2013/Octubre 23, 2013
Time of Transaction/Hora de la Transacción: 03:24 PM EDT

Sender/Remitente:
SYLVIA WHITE
133 W MARKET STREET, MARIETTA, PA
USA
717-940-2973

Receiver/Destinatario:
CRYSTAL COX
HI

Expected Payout Location/Localidad desde Esperar Pago: HI United States

Service Type/Tipo de Servicio: MONEY IN MINUTES.

Transfer Fee/Cargo por Envío: 10.00
Additional Fees/Cargos Adicionales: +
Total Fees/Total de Cargos: 10.00
Transfer Amount/Cantidad de Envío: 2,000.00