

Crystal L. Cox, Pro Se
406-624-9510
PO Box 2027
Port Townsend, WA 98368
SavvyBroker@yahoo.com
ReverendCrystalCox@Gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

MARC J. RANDAZZA,
Plaintiff

v.

Crystal L. Cox
Pro Se Defendant

**Notice to Court**
**AND**
**Motion to Sanction**

Defendant Crystal Cox moves this court to Sanction Marc J. Randazza, Plaintiff and as acting as his own attorney. And to Sanction Ronald Green and J. Malcom DeVoy of Randazza Legal Group.

## INTRODUCTION

Marc Randazza has acted as his own attorney throughout this case and contacted witnesses and those who he can attempt to get to conspire with him for nearly 2 years now.

Marc Randazza, emails me directly and harasses, threatens, taunt and intimidates but refuses to email me court motions so I can respond in a timely manner.

Marc J. Randazza is and has throughout this case and prior, threatened people, scared and bullied people into giving him my, Defendant Cox's private information.

In this regard Marc Randazza abused his power of an officer of the court and made the people and companies think he had a legal right to ask and obtain financial information, phone records, home address, track my every move, church work, missionary work, car rentals, bank records, and more.
Marc J. Randazza and Randazza Legal Firm, through false instruments, bullying, abusing their

1



power as officers of the court, harassment, coercion, threats have tried to obtain or obtained private information of Defendant Cox and her sources Eliot Bernstein, Monica Foster aKa Alexandria Mayer, and Diana Grandmason AND regarding personal relationships, girlfriends, business associates, clients, customers, and more from my entire life, who ever he can convince or intimidate into giving my private information or will agree to conspire to set me up for the crime of extortion.

Through these actions Crystal Cox alleges upon knowledge and belief that Marc J. Randazza, Ronald Green and Randazza Legal Firm, have, upon my knowledge and belief obtained Cox's private information, confidential information, intimidate details of my life, information on my mental state, health and / or emotional well being, financial information, bank account information and more.

And has done so for approx. 2 years from and not limited to Stephanie Studebaker DeYoung, Godaddy, Google, Facebook, Verizon, David Aman Plaintiff Attorney in Obsidian v. Cox, my Church Bringing Back God, ex-girlfriends, Stephen Lamont, Sean Boushie, Verizon, Banks and has tracked my every move on my computer, by my phone, by wire transfers he accessed whereby my church donated food money to me and more infringements on my legal and constitutional rights as a pro se litigant and a citizen.

Marc J. Randazza, Plaintiff and as acting as his own attorney, has conspired with David Aman, Judge Marco Hernandez, NPR, Forbes, Reuters, Tracy Coenen Fraud Files, WIPO, Peter Michaelson Attorney, insiders at Google, insides are Godaddy, and has attempted to get people and companies to conspire with him and accuse Cox of extortion.

As Cox has stated before in this case with Stephen Lamont, Sean Boushe in Montana who threatened to Kill Cox, Martin Cain and Dylan Energy, Sean Tompkins, Ari Bass aKa Michael Whiteacre, Kenneth White, Attorney Scott H. Greenfield, Attorney Peter Michaelson, Attorney Eric Turkewitz, Lawyer Kenneth P. White, Porn Attorney Allan B. Gelbard, Tracy Coenen of the Fraud Files and more.

Defendant Cox moves this court to rule that Marc Randazza, Cox's former attorney and his law firm Randazza Legal Group who also represented Cox at one point in Obsidian v.Cox, to get outside counsel. And moves this court to sanction Randazza Legal Group, Marc J. Randazza, J. Malcom DeVoy, and Ronald Green in whatever way is allowable by Law.

Defendant Crystal Cox moves this court to Sanction Jordan Rushie, of Randazza Legal Group for posting false and defamatory information on CrystalsTumbling Cox, the Philly Law Blog, Crystalsuckscox.blogspot.com, crystal-cox.com and various other hate blogs, blog posts and websites which incite hate against Cox.

Of which his Philly law blog, Jordan Rushie was used in this case by Judge Gloria Navarro as the very legal commentary that allegedly proved the Defendant Cox had allegedly extorted Marc

2



J. Randazza.

Docket Entry 77 and 108 of this case, shows repeated requests of Defendant Crystal Cox pleading, moving, begging this court to protect Cox and her sources, to enjoin the attorney general, to investigate Randazza and co-conspirators and has been repeatedly denied.

Defendant Cox and her sources Eliot Bernstein and his family, Monica Foster aKa Alexandria Melody, and Desi Foxx aKa Diana Grandmason have been harassed, threatened, sued, hate campaigns among Randazza's gang stalking group of law firms and media, and have been in danger and under severe duress for at least 2 years, as Randazza abuses his power as a litigant in this case, officer of the court and a lawyer to harass them, get their records, track them, stalk them, get private information about them all and ALL in the name of being a Plaintiff in this case, acting as his own attorney.

The Docket in this case shows threats, exhibits, harassment from Ken White, Ari Bass, Sean Tompkins and has enough information warrant an investigation by authorities, yet Cox has been denied motions again and again is requesting investigations and protection, all in which the law is allowed..

Defendant Cox is preparing FBI Complaints to submit to the Arizona and Texas FBI in regard to false subpoena admitted to be false by Ronald Green of Randazza Legal Group, to Godaddy in Arizona and Verizon in Texas to illegally obtain my private information, intimidate and harass me.

Defendant Cox moves this court to require all emails and documentation of any kind as to whom Randazza has subpoenaed, coerced into giving information on Cox and her sources, and what information he has illegally obtained regarding Cox and her sources.

Defendant Cox will also be filing an FBI Complaint in TN as soon as she can. As this is the location of the headquarters of her church, Bringing Back God, of which Cox has sought spiritual counsel from Pastor John Collins since March of 2011.

Defendant Cox has had a professional clergyman, and church relationship with Pastor John Collins per a verbal and a written Confidentiality Agreement, Non-Disclosure Agreement dated March 16th 2011.

Under Idaho Law where my pastor was first my pastor, under PA laws, under TN laws, under Montana Laws and now as I am a WA resident for nearly 2 years; I have even further privileged communications and privacy rights.

WA Laws that govern my rights in connection to my church, my pastor, and church members, secretaries and governing bodies.

Such as and not limited to laws on Privileged Communications, HIPPA Laws (my mental state or

3



health issues) kept private and confidential, personal information, personal relationships, harassing disabled people that know me and tricking them into giving information, and violating my rights in my relationship to my clergy.

Defendant Cox has had a professional clergyman, and church relationship with Pastor John Collins per a verbal and a written Confidentiality Agreement, Non-Disclosure Agreement dated March 16th 2011.

Marc Randazza, as seen in exhibit one, and disclosed to me in counsel regarding my case, is an ordained minister as seen in Exhibit One. He was ordained with the Universal Life Church on May 9th, 2008. Randazza has superior knowledge of the law as a lawyer and as an ordained minister himself.

"The first clergyman-privilege statute enacted in the United States
was passed in 1828 by the State of New York and consisted of one
sentence: No minister of the gospel, or priest of any denomination
whatsoever, shall be allowed to disclose any confessions made
to him in his professional character, in the course of discipline
enjoined by the rules of practice of such denomination. "

**I, Defendant Crystal L. Cox,  hereby invoke all laws and constitutional rights that protect my relationship with my pastor, clergy, clergyman church, rights to privileged communication, my right in confidence and trust and all applicable legal rights.**

Cox has went on spiritual missions for this church to spread the word of God, Randazza has all documentation of these trips which violates my rights and the rights of those, I, as an ordained minister have a legal and moral obligation to.

Cox currently lives in housing donated by this church and has a cell phone and food provided by this church and it's members. Randazza now has my private information in all this capacity due to bullying, threats, false subpoena and intimidation tactics.

Plaintiff Marc Randazza, acting as his own attorney, has violated my legal rights to privacy within my privileged, sacred relationship with my church, it's members and my pastor, through intimidation, threats, false verbal subpoenas, abuse of process, abuse of acting as an officer of the court and harassment to the secretary, congregation members of the Bringing Back God Church.

Plaintiff Marc Randazza, acting as his own attorney AGAIN, illegally obtained Defendant Crystal Cox's computer information, home address, bank information, wire transfer information, car rental information, home rental agreement of housing church is renting for me (of which I myself did not have a copy of until Marc Randazza sent it to me), all my phone records, delivery dates and times of mail to my house, name and private information of property landlord, credit card

4

numbers of church members, my home address and details of church secretary's address, bank, credit card and financial information (of which I never had), places and people I may minister to, trips I have taken as a minister, and all my personal and financial information regarding my personal life, private life and all things pertaining to my ministry, my private life, and those whom I have legal confidential obligation to protect as their minister.

Randazza has Illegally obtained, per his email to me, the phone number of those whom I provide spiritual counsel to through my church phone, which violates privacy and confidentiality laws. This was done through false instrument, bullying tactics and intimidation.

Plaintiff Marc Randazza, and acting as his own attorney continues violating massive personal rights, data mining, attempting to get others to conspire against me, interfering in my 10 Million Dollar Civil Case filed against me, and making my life an unbearable nightmare every single day.

## Background

**Docket entry 87**, **2-21-2103**, shows Exhibits of Marc Randazza emailing CPA, and Summit Bankruptcy whistleblower Stephanie DeYoung bullying her into giving him Defendant Cox's financial information, and any information on a Church that he claimed Cox had started.

Stephanie DeYoung was never Cox's CPA and Cox had not yet started her church, she was attempting to start a church as she had been ordained for some time and a church was her dream and plan, but had not happened.

Randazza, acting as his own attorney, attempted to get DeYoung to give private financial information from Cox, threatening to subpoena her, sue her and other. As shown on this docket.

**On January 27th 2014,** Randazza Legal Group (RLG) issued a subpoena to Godaddy, the Notice of Subpoena was District of Nevada, and signed by "Law Clerk" at RLG, signature cannot be made out, and no printed name.

The actual subpoena to Godaddy said "District of Arizona" on the documents, and stated that a C. DeRose at 5131 N. 40th St, A310, Phoenix AZ would examine all financial data, electronically stored information, billing data, IP data, server data, all phone numbers, and contact of anyone associated with accounts or to the specified people that Randazza wanted personal, financial and intellectual property information on; to be examined on Feb. 7th, 2014.

The Exhibit to this subpoena was a District of Nevada document stating further persona, private, and financial data that RLG was commanding that Godaddy turn over to them in regard to Crystal Cox.

5



This Subpoena gave RLG access to the private and financial information of porn industry insiders, whistleblowers such as Monica Foster aKa Alexandria Mayer and Diana Grandmason, both exposing RLG and their connections to Organized Crime in the Porn Industry, prostitution forced on porn actors, pedophiles connected to RLG and the activities of the Free Speech Coalition and RLG to move the porn industry to Las Vegas.

This Subpoena also gave RLG access to the private data and financial information of iViewit inventor Eliot Bernstein.

**On January 27th 2014,** Randazza Legal Group (RLG) issued a District of Nevada subpoena to Verizon Wireless, the actual Subpoena is District of Northern Texas, this subpoena commands Verizon, though Klemchuk Kubasta LLP 8150 N. Central Expressway, 10th Floor Dallas, TX to be allowed to inspect documents requested on February 10th, 2014.

The Exhibit to the subpoena, a District of Nevada document COMMANDING that Verizon give Counter Defendant Randazza, Cox's personal private information, phone numbers, personal calls, business calls, billing and payment information, data that breaches the privacy of countless individuals and companies, lawyers, media, clients, customer, and friends of Cox.

This subpoena also gave Randazza access to phone numbers and data of sources whom had told Cox of issues of organized crime, prostitution and more in which Cox was reporting on connected to RLG, the Free Speech Coalition and the Organized Crime in Porn. Including delicate and private information, texts, phone numbers, contacts of those who have been threatened by RLG and connections. The Subpoena also requested all other numbers on the account thereby unjustly data mining Cox's family, friend, business partners, and personal relationships.

The Subpoena also allowed RLG to access who may help Cox pay her bills, or help her to have a phone. As Cox has no money, no home and is penniless due to the relentless actions of Cox. This compromises the private information of those helping Cox to have a lifeline, a phone. This could also give RLG access to where Cox is located at all times and as Counter Plaintiff Cox has stated many times in this case, Cox's life is in danger, under constant duress and threats by those in the porn industry connected to Randazza and this is potentially life or death to Cox and her sources.

Cox claims Randazza issued a false instrument, impersonated a Subpoena and has caused Cox and those connected to her irreparable harm.

**On Feb. 2, 2014** Counter Defendant Randazza filed an Amicus Brief in the Ninth Circuit Court of appeals to attempt to convince the Ninth Circuit panel in a civil trial defamation case, (Obsidian v. Cox) that Counter Plaintiff Cox is a criminal.

6



Randazza flat out lied stating "Cox is an Extortionist" in sworn documents to the Ninth Circuit.

Randazza states that Cox extorted him, yet Randazza never filed a criminal complaint in a proper jurisdiction and venue, instead, abusing his power and privilege as an attorney Randazza uses civil courts, WIPO, and mass media to frame Cox, paint Cox in false light, and make Cox look guilty of the crime of extortion without allowing Cox due process of law within the Criminal Justice System, or Cox having a Criminal attorney appointed to her.

In this 9th Circuit Amicus Randazza used his ruling, via his own words, in this court ( District of Nevada, Randazza v. Cox and Bernstein) regarding an unconstitutional TRO, and his words in a WIPO complaint both against Cox and Eliot Bernstein, stating this was evidence that Cox had been adjudicated and found guilty of the crime of extortion.

Cox has never been on trial for extortion, under investigation for extortion, adjudicated for extortion or convicted of extortion.

**On February 13th** RLG Admitted to Cox the following:

Feb 13 at 6:23 PM
> Upon further review of the subpoenas issued to GoDaddy, we realize that they were not properly issued. Pursuant to December 2013 changes to the Federal Rules of Civil Procedure, the subpoenas should have been issued from the United States District Court for the District of Nevada and not the District of Arizona. (*See* Fed. R. Civ. P. 45(a)(2).) Accordingly, we withdraw the subpoenas.
> 
> _____
> Ronald D. Green, Jr.
> **Randazza Legal Group**

Thereby admitting that Randazza Legal Group, licensed in Arizona as well as Nevada, and having Superior Knowledge of the Law, had used a false instrument, a forged document per say that was not properly issued in order to gain private information of Cox, Monica Foster, Diana Grandmason, Eliot Bernstein and other contacts, friends, clients and business associates of Counter Plaintiff Cox.

**On Feb. 13th, 2014** Randazza is in communication with Stephen Lamont, a man who is involved in the iViewit Technology patent thefts, Stephen Lamont has previously threatened Cox that she had better get her affairs in order while she still can. And is involved in ongoing FBI, DOJ, USPTO and SEC investigations regarding the stolen iViewit Technology. As well as named in federal RICO and Racketeering cases regarding the iViewit Technology and inventor Eliot Bernstein.

Per eMails I have, It appears that Randazza has been in communication with Lamont since Feb.

7



23rd of 2013. Randazza offered to represent Lamont for Free if he would attack, sue, or set up Defendant Crystal Cox or her source Eliot Bernstein of iViewit Technology.

In this email communication given to the Palm County Sheriff's Office in connection to the fraud, forgery and possible murder case in the Simon Bernstein Estate Case and Shirley Bernstein Simon Bernstein Estate Case and Shirley Bernstein , you clearly see Randazza attempting to get Lamont to set up Crystal Cox for extortion and to sue Cox and Bernstein with him representing Lamont for Free.

Through Cox's web stat analyzation, Defendant Cox alleges that Marc Randazza is in communication with attorneys and parties of that case to further harm and conspire against Defendant Crystal Cox and her source for the iViewit Technology theft story, Eliot Bernstein.

Defendant Cox alleges that Marc J. Randazza, acting as his own attorney is in contact with other parties of the Simon Bernstein Estate Case and Shirley Bernstein Simon Bernstein Estate Case and Shirley Bernstein and possibly coerce, intimidating, conspiring with them to data mine, set up, illegally obtain private and privileged information regarding Eliot Bernstein and investigative blogger, Defendant Crystal Cox who is reporting on that case and has been reporting on the iViewit stolen technology for over 4 years.

Defendant Cox alleges that Marc J. Randazza, is in communication with parties of that case such as and not limited to; Attorneys; Alan B. Rose, Donald Tescher, John J. Pankauski, and Robert Spallina. AND Siblings; Pamela Beth Simon, Lisa Sue Friedstein, Jill Marla Iantoni, Ted Bernstein, and possibly others to conspire against Eliot Bernstein and Defendant Crystal Cox.

Via an eMail on the record with the Palm County Sheriff's office, Randazza clearly attempted to get Stephen Lamont to claim that Cox extorted him, asked for money from him, and attempt to conspire with Lamont to set up Crystal Cox and bankrupt Eliot Bernstein. Randazza offers to represent Lamont for FREE if he will go after Cox in a cybersquatting lawsuit.

The iViewit Technology is said to be worth 13 Trillion Dollars, perhaps Randazza is attempting to illegally and unethically acquire financial gain from his data mining, privacy invasion and clear operation outside of the law and constitutional rights of Defendant Crystal Cox and Eliot Bernstein, one of the iViewit inventors and founder of the iViewit Technology company.

In the email on record in that case, Lamont admits to helping Randazza to bankruptcy Eliot Bernstein.

Lamont has no acting authority in iViewit, yet continues to act against iViewit shareholders. Randazza is conspiring with Lamont to retaliate and harass Defendant Crystal Cox and Eliot Bernstein.

In Randazza's communications with Lamont he digs into private family matters, trusts, iViewit

8



technology financial information, and the private life and businesses of Eliot Bernstein.
All of which are under investigation with the Palm Beach County Sheriff's Office, under the Financial Crimes Unit, Special Investigations Division, Detective Ryan Miller, for fraud, forgery and possible murder in the Simon Bernstein and Shirley Bernstein Estate case which involves shares of iViewit.

**On February 26th, 2014** Marc Randazza conspired with Porn Attorney Allan B. Gelbard, of whom are connected to the Free Speech Coalition, known pediophiles, human trafficking, prostitution rings whereby porn stars are hookers, gang stalking, threats to porn whistle blowers and organized crime in the porn industry to file an Amicus Brief in the Ninth Circuit for Martin Cain of Dylan energy, pleading that the Ninth Circuit RULE that Crystal Cox is GUILTY of Extortion, a felony crime of which Cox has not been under investigation for, been on trial for or been adjudicated for. Randazza did this with massive conflicts of interest and motive, in extreme retaliation of Cox for exposing his criminal and unethical activities.

Upon knowledge and belief Crystal Cox alleges that Marc Randazza hired Attorney Allan Gelbard for Martin Cain, offered to represent Cain in suing Cox for FREE, and wrote part of or all of the Amicus Brief defaming and slandering Cox in which was submitted to the Ninth Circuit.

**On March 5th, Defendant Cox sees the following article;**

"On Law360, "Atty Seeks Discovery From GoDaddy, Others In Extortion Suit" by Nathan Hale

"Law360, Miami (March 05, 2014, 9:44 PM ET) -- A First Amendment attorney has sued three Web domain-hosting companies, including GoDaddy LLC, in Florida state court Wednesday for a bill of pure discovery, so he could bring extortion claims against a group of individuals allegedly behind a collection of defamatory websites.

Marc Randazza, whose firm has offices in Las Vegas and Nevada, says that a group led by Crystal L. Cox, a blogger at the center of a notable recent defamation case, has conspired to extort money from him by buying website domain names related to his and his family members' names, filling them with false and harmful statements and seeking payment for retractions of the statements.

Wednesday's filing, which lists Randazza, his law practice, his wife and his 3-year-old daughter as plaintiffs, targets information in the possession of GoDaddy, Web.com Group Inc. and SoftLayer Technologies Inc. that Randazza says is relevant to his claims against the tortfeasors.

Cox is a "well-documented extortionist," Randazza says, also describing her as "by her own claim" homeless and living in a church property in Port Townsend, Wash.

Randazza cites three cases, including one in Nevada that involved him as a party, in which

9

courts found Cox to have engaged in extortion and witness intimidation, "offered to repair the very damage she caused for a small but tasteful monthly fee," registered a domain name in the name of a potential client and filled it will defamatory statements — including an allegation that the client hired someone to kill her — and offered to sell him the site for $500,000.

In January, Cox won a Ninth Circuit ruling overturning a $2.5 million defamation verdict against her over blog posts accusing Obsidian Finance Group LLC of committing tax fraud while serving as trustee in a real estate bankruptcy case. The federal appeals court ruled that the lower court should have held Obsidian's claims to a negligence standard — the same First Amendment protection used for allegations of libel against members of the institutional media.

Randazza says in his filing that Cox approached him in December 2011 about representing her in an appeal. She did not retain him but purchased the domain name marcrandazza.com, according to the filing.

Cox then notified Randazza of the purchase and offered to provide him search-engine reputation management services, telling him she needed "to make money," he says.

When Randazza declined Cox's offer, she created a site at marcrandazza.com and filled it with what he says were false and harmful statements. She also purchased dozens of other domain names incorporating his and his family's names, such as hyprocritemarcrandazza.com, exposemarrandazza.com and several with profanity in the titles, according to the filing.

Randazza says that Cox enlisted the help of other individuals, including Eliot I. Bernstein of Florida, Alexandera A. Mayers of Las Vegas and Diana Grandmaison of Florida, who is best known under the alias Desi Foxx "REDACT".

"Together, the tortfeasors continue to assist and aid one another in publishing false and harmful statements about plaintiffs in a constantly shifting configuration of straw ownership in order to avoid detection by plaintiffs, legal liability for their unlawful actions and to conceal the true ownership of these websites and domain names," Randazza says.

Randazza is representing himself.

Counsel information for the defendants was not available.

The case is Randazza et al. v. GoDaddy LLC et al., case number 2014-5636-CA-01, in the Circuit Court for the Eleventh Judicial Circuit of Florida.

--Additional reporting by Bill Donahue. Editing by Christine Chun."


**Per this article** Randazza uses my, Defendant Cox's court filings, poor standard of living,

10



homeless state as a weapon to humiliate me in media once again.

This legal action filed in Florida oddly, is further harassment against Cox, Bernstein and those inside the Porn industry exposing Marc Randazza and his alleged connections to organized crime and his connections to Diana Duke, FSC and to known pedophiles.

In this article Randazza, again accuses Cox of extortion, with actual malice, as Randazza was Cox's attorney and knows the truth.

Randazza claims that Cox is a "well-documented extortionist,". Yet the documentation came from Randazza who conspired with Martin Cain, conspired with David Aman and Judge Hernandez before the motion to deny Cox a new trial alluded to extortion, they created the documentation, media, court motions, WIPO complaint, and more that alleges Cox is an extortionist. This article and new legal filing is further harassment against Cox and her sources.

Randazza Says; "Cox is a "well-documented extortionist," Randazza says, also describing her as "by her own claim" homeless and living in a church property in Port Townsend, Wash."This is cruel, unconstitutional, and unethical at best and further used to intimidate, slander and harass Defendant Crystal Cox.

The Article Says, "Randazza cites three cases, including one in Nevada that involved him as a party, in which courts found Cox to have engaged in extortion and witness intimidation, "offered to repair the very damage she caused for a small but tasteful monthly fee," registered a domain name in the name of a potential client and filled it will defamatory statements — including an allegation that the client hired someone to kill her — and offered to sell him the site for $500,000."

This is defamatory, with actual malice and Randazza knows that Crystal Cox has never been under investigation for extortion, adjudicated for the felony crime of extortion nor given a criminal trial or due process to even examine or address, defend herself against any actual evidence of extortion allegations. Randazza has simply used his power over media and the courts to paint Cox and Bernstein out to be GUILTY of Extortion with no due process what so ever.

Cox fully believes that people have been out to "kill her" and in the Martin Cain case, and Kevin Padrick, Cox worked with FBI agent Mark Seyler via email to investigate this matter in Dec. of 2010 when it happened.

Cox never offered to Sell a site for $500,000 in this manner. Randazza is flat out lying and harassing Cox in more litigation and legal media.

Randazza seems to be engaging in what looks to sure be extortion and witness intimidation yet files lawsuit then puts our legal press releases on the case to accuse Defendant Cox of extortion and witness intimidation. Abuse court process, his power as an attorney and the power of law blogs and big media is used to control and intimidate litigants especially those he sues.

11

Randazza says, "Randazza says in his filing that Cox approached him in December 2011 about representing her in an appeal. " This again is false and defamatory remarks to a third party regarding Cox and with actual malice, as Randazza knows full well and this docket shows that COX did not approach Randazza to represent her, that is absolutely NOT TRUE.

Randazza says; "Randazza says that Cox enlisted the help of other individuals, including Eliot I. Bernstein of Florida, Alexandera A. Mayers of Las Vegas and Diana Grandmaison of Florida"

Eliot, Diana and Alexandria are all sources, insiders, people who have inside knowledge in which Crystal Cox, Defendant has used their blogs or spoke with to report on stories. Cox regularly re-postes from Diana and Alexandria's blog regarding corruption, organized crime, pedophiles, human trafficking and more in the porn industry.

Diana Grandmason is a registered Human Traffick victim, whom Randazza is further victimizing through this law blog and his harassing court filing.

### ON Saturday, March 8, 2014 5:46 PM, Plaintiff Marc Randazza acting as his own attorney, emails Defendant Crystal Cox the Following;

"On Saturday, March 8, 2014 5:46 PM, Marc Randazza <mjr@randazza.com> wrote:

"Just thought you might like to know that your extortion racket is coming crashing down now.

I've been talking to John Collins for two years, and gathering evidence on you for that entire time. Ron and DeVoy interviewed him for hours and got a statement from him. (REDACT) has your bank records and has a bunch more evidence to share with us. I have every phone call you've made, since Rev. Collins was kind enough to give me access to the phone records for the cell phone that he pays for.

If you want to discuss settlement, this might be the time. "

---

**Marc John Randazza***
Randazza Legal Group
3625 S. Town Center Drive
Las Vegas, NV 89135
+1-702-420-2001
2 South Biscayne Blvd. Suite 2600
Miami, FL 33131
+1-305-791-2891

12



eFax: +1-305.437.7662
_____
* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

The Above eMail came with 10 documents attached, they were receipts for Cox's wire transfers for food money, car rentals, credit card numbers and receipts of church member, rental agreement for the home Cox lives in provided by her church congregation, travel receipts, shipping receipts for a computer, my home address, the landlords address, private confidential information and more.

Plaintiff Randazza, acting as his own attorney, has illegally obtained private financial documents of Crystal Cox, her home address, her rental agreement and more and then emails Defendant Cox, as his own attorney, and attempts to coerce her into a "settlement".

Essentially letting Cox know that he knows where she lives, he knows how she is able to buy food, the phone numbers she calls, her bank information, her computer information and implies he has been allegedly gathering alleged evidence from my Pastor whom I, Defendant Cox, have privileged communications with.

This email and attached documents illegally obtained was to intimidate me, Defendant Cox into a settlement, Marc Randazza acting as his own attorney in this settlement communication, actually settlement threat. As if to say if, I. Defendant Cox do not settle then some mysterious evidence will be provided to her ex-attorney, by her pastor to frame, set up Cox who has privileged communication with the BOTH.  Or Randazza will send someone to my house or use the information to contact friends, family, those I spiritually counsel and others from him admittedly having my phone records.

Randazza claims to have access to every phone call I have ever made, this emailed to me to harass me, put me under duress, taunt me, pressure me to settle, and threaten me.

Randazza is acting rogue as his own attorney and Cox moves this court to sanction Randazza and to award Cox all allowable relief by law.

Randazza attempted to intimidate Cox alluding to some mystery phone call interview for hours and some statement of which Cox as her own attorney has not been informed and has no idea what Randazza is referring to.

The email ominously claims that Cox's "extortion racket" is over.

Yet Randazza has never filed a criminal complaint and simply alleges Cox to be guilty to what ever person he can email, law blog or big and small media that will report his story, his version. Randazza continues to defame and slander Cox, prejudice Cox personally and professionally, intimidate and bully Cox and those she knows.

13



Randazza continues to accuse Cox of extortion, acting as an officer of the court, without due process or constitutional rights to Cox.

Defendant Cox has no idea what this alleged "extortion racket", and alleged "gathering evidence" allegedly from my pastor whom I have privileged communication with could possibly be.

After receiving the email Defendant Cox called her Pastor of the Bringing Back God church, Cox was told that the church secretary had been contacted by Plaintiff Marc Randazza who bullied her, intimidated her and scared her into thinking she had to provide Cox's personal information to him.

Cox also alleges that Randazza tried to coerce, intimidate the secretary into putting money in Cox's bank account so that she could not claim pauper and possibly get a court appointed attorney. Randazza allegedly claiming that he would bury Cox in court unless she had an attorney, and he needed to prove that she could afford an attorney but chose not to, so that the court would not appoint her an attorney.

While on the phone with her Pastor, moments after she opened her email, Randazza somehow messaged my, Cox's, Pastor and told him that she had opened the eMail. This was allegedly from something called ReadNotify.com.

So it appears that Randazza is tracking all of Cox's eMails, and further invading her privacy.

Defendant Cox does not blame this secretary, nor the Bringing Back God Church, as Randazza, acting as his own attorney bullied, and scared her and she did what she thought was best. Randazza however has violated my rights and I move this court to sanction Randazza and to award me all relief allowable by law for the irreparable damage Randazza has cause me, Defendant Crystal L. Cox.

I am unsure why my Church gave this information out, or as to what justification there is to give the information of a Reverend and spiritual work trips for the church, personal private phone records, bank records as Randazza's eMail says, other than being bullied, harassed, and intimidated by Plaintiff Marc Randazza.

Marc J. Randazza, acting as his own attorney and as an officer of this court and Randazza Legal Group has jeopardised this congregation, violated the rights of those I have privileged communications with as I am a minister and of the rights of me personally in my relationship to my pastor and clergy church, professionally and personally.

"Confidentiality places a duty on clergy not to disclose information shared with them in private. Confidentiality is also the ethical and often legal responsibility to safeguard congregation members from unauthorized disclosures of information given in the context of a confidential

14

pastor-clergyman church relationship.

"In most legal relationships or transactions, we deal with one another with what the law generally calls an "arms-length" status. This means we have no special duty or requirement to protect the other person or warn him if he is about to engage in conduct that is unwise or not in his best interests. In certain situations, however, the law does require a higher standard of conduct. We refer to such situations as having a fiduciary duty. Officers and directors of a corporation, including a nonprofit corporation such as a church or ministry, also owe a fiduciary duty to that corporation."

The church secretary seems to have been made to fear some fiduciary attack on the church and acted in a way to uphold her best fiduciary obligation to the church, yet was tricked, bullied, coerced by fraud and deceit of a powerfully connected, intimidating attorney, officer of the court, Plaintiff Marc Randazza.

"So what is fiduciary duty? It is the duty to act in the best interests of the church even if doing so may not be in the best personal interests of that officer or director. Fiduciary duties include the duty of loyalty. Within this duty of loyalty is the responsibility to maintain confidentiality. This means the director needs to hold all information he learns by virtue of his position on the board of directors in confidence. A director should not disclose information regarding church affairs unless the church has already made a public disclosure or the public already commonly knows this information. This is especially important in the case of financial information and future plans of the church.

One specific example of why it is important for board members to always maintain their fiduciary duties, particularly the duty of loyalty, is because from time to time board members may receive information that is protectable under the attorney-client privilege. The courts will waive the protections available to preserve these confidential communications if a board member discloses them outside a proper venue.

Breaches of the duty of loyalty can result in personal liability for directors, although some states have legislatively limited the liability of volunteer directors in some circumstances. Some organizations have Directors and Officers Liability Insurance that may protect directors from personal financial liability in certain situations.

Most courts view whether or not a pastor or board member violated fiduciary duty based on the individual facts and circumstances of each case. They will judge a church officer's conduct on what an ordinary and prudent officer would have done (or not done) under similar circumstances."

In this circumstance, Plaintiff, acting as his own attorney used fear and threats in order to coerce this church to violate ethical and fiduciary duties, as well as Privileged Communications, Pastoral Confidentiality Laws, Ethical and Legal Responsibility, HIPAA and Confidentiality,

15

Privileged Communication Laws, privacy and confidentiality laws regarding ministers and those they counsel, regarding defendant directly, her life, her privacy and that of those she ministers to as a professional clergy member, a Pastor, a Reverend.

Marc J. Randazza, acting as his own attorney and as an officer of this court and Randazza Legal Group intimidated, coerced, bullied, scared this Church Secretary into obtaining and turning over private confidential information of Defendant Crystal L. Cox from her church.

The pastor's obligation to maintain confidentiality is not only a moral obligation, but also often a legal one. However, through fear and intimidation, and going directly to the church secretary Randazza violated the lawful and constitution of Defend Cox and illegally, fraudulently obtained privileged, confidential information regarding Cox, then used this information to intimidate, threaten and harass Cox. And has access to all phone calls Cox makes as well as

Having no judgement nor lawful right whatsoever, and acting as his own attorney, Marc Randazza and those at Randazza Legal illegal obtained private, privileged, confidential information regarding Crystal Cox and all whom she calls (which includes those Cox ministers to), contacts, bank accounts and personal records and information.

Kenneth P. White of Brown, White and Newhouse, Ari Bass aKa Michael Whiteacre - attorney or ex attorney, Jordan Rushie of Philly Law Blog, J. Malcom DeVoy Randazza Legal Group attorney for stalker Sean Tompkins, William Peacock of Reuters, Bob Garfield of NPR. Peter Michaelson

WIPO and more have conspired with Marc Randazza to paint Cox in false light and make Cox look like a felony extortionist to the world. Then WIPO sent Randazza to Europe to further his legal career and get higher education.

All of which Cox has tried to sue, and demand relief and has been unable to properly serve or file legal action against, though Cox has legitimate claims against them all

Cox moves this court to put an end to the over reaching activity of these rogue attorneys and sanction all parties this court is legally allowed and to grant Cox all allowable relief by law.

## Request for Relief

As an Independent Anti-Corruption Blogger, Citizen Journalists and Whistleblowers I, Defendant Cox face extreme, constant prejudice, discrimination and retaliation in the court system, as I am exposing Judges and Attorneys in many of my reportings. Thus obtaining fair and impartial rulings in my regard is nearly impossible nationwide.

Defendant Cox has faced hatred, intimidation, extreme prejudice and retaliation, discrimination and all based on religion, sexuality, Hate Crimes, in regard to her capacity as an anti-corruption

16

blogger.

Defendant Crystal Cox moves this court to Sanction Ronald Green and J. Malcom DeVoy of Randazza Legal Group, as Well as Marc J. Randazza.

Defendant Crystal Cox moves this court to request Randazza to supply court document of all people they have subpoenaed, tricked into giving private information On Cox or her sources,

Defendant Crystal Cox moves this court to request Marc Randazza seek outside counsel to STOP his dangerous, overreaching, bullying, illegal use of subpoenas and abuse of his position as an officer of this court.

**Note to Court:**

Cox may not live through this Case, and has every reason to believe she won't. Cox has been repeatedly denied protection and these powerful porn industry thugs could literally kill Cox or her sources at anytime. This is not a joke, nor to be taken lightly. As I have previously gave notice to.

*[signature]*

### Certification of Service

On March, 10 2014, Counter Plaintiff Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

*[signature]*

Crystal Cox
PO BOX 2027
Port Townsend, WA 98368
SavvyBroker@Yahoo.com





Exhibit 1

3/9/2014

Bringing Back God Church

Recent Posts by Others on Bringing Back God Church — See All

**Marc John Randazza**
Revelation 21:8
1 · 4 hours ago

Chat (30)

Love your online blog! <3
March 6 at 11:01am

**Kailey Grace**
Pastor John, You are such a good friend. Your sermons are …
March 4 at 4:31pm

**Christina Lee Folckemer-Mccardell**
The great whites visit to BBG Marietta
1 · 1 · February 15 at 7:45am

**Christina Lee Folckemer-Mccardell**
My Sunday Sermon 1-26-2014 Without honest attention to t…
3 · 4 · January 27 at 9:22pm

More Posts



● Everything God does is purposeful. And since God is in each of us, each of us has a purpose. ●●
— IYANLA VANZANT

Like · Comment · Share

**Bringing Back God Church**
12 hours ago

Exhibit 2
Marc Randazza taunting
My Church