# EXHIBIT A

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Savvy CFO Services, LLC<br>92-1519 Makakilo<br>Kapolei, HI 96707<br>808-497-5019 | 2 Royalties $ | 2013<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| PAYER'S federal identification number [redacted] | RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, street address (including apt. no.) city or town, province or state, country, and ZIP or foreign postal code<br>Crystal Cox | 7 Nonemployee compensation $ 2300.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| PO Box 2027 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Port Townsend WA 98368 | 11 Foreign tax paid $ | 12 Foreign country or U.S. possession | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC        (keep for your records)        www.irs.gov/form1099misc        Department of the Treasury - Internal Revenue Service

1:00 PM
03/09/14
Accrual Basis

## Savvy CFO Services, LLC
## Transaction Detail By Account
### January through December 2013

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Website Services** | | | | | | | | |
| Bill | 03/11/2013 | TBD | | Crystal Cox | Website design and maintenance | 700.00 | | 700.00 |
| Check | 04/10/2013 | 5015 | | Crystal Cox | Internet Marketing consulting | 300.00 | | 1,000.00 |
| Bill | 05/09/2013 | 5092013 | | Crystal Cox | Project Kalea DeYoung website search to top of search eng | 300.00 | | 1,300.00 |
| Bill | 06/09/2013 | 5092013 | | Crystal Cox | Project Kalea DeYoung website search to top of search eng | 300.00 | | 1,600.00 |
| Check | 07/30/2013 | | | Crystal Cox | Internet Marketing | 400.00 | | 2,000.00 |
| Bill | 08/13/2013 | Aug 30 2013 | | Crystal Cox | August 30, 2013 | 300.00 | | 2,300.00 |
| **Total Website Services** | | | | | | 2,300.00 | 0.00 | 2,300.00 |
| **TOTAL** | | | | | | 2,300.00 | 0.00 | 2,300.00 |