UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC J. RANDAZZA, et al., | Case No. 2:12-cv-02040-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | (Mtn for Investigation - Dkt. #201) |
| CRYSTAL COX, et al., | |
| Defendants. | |

This matter is before the court on Defendant Crystal Cox's Motion to File FBI Investigation and/or an Attorney General Investigation and/or a Department of Justice and/or Police Investigation (Dkt. #201) filed April 11, 2014.  The court has considered the Motion.

Cox seeks an order directing the FBI, Attorney General, DOJ, or police to investigate her for extortion, blackmail, or posting information online to seek a payment at a future date.  Cox asserts that Plaintiff Marc Randazza has accused her of these crimes, and she has a constitutional right "to be adjudicated for these criminal activities and to have a criminal attorney, in order to protect her rights in this matter."  Motion at 1.

This is Cox's third motion requesting the court direct a law enforcement agency to investigate a matter.  *See* Motions (Dkt. ##22, 60).  As the court informed Cox in the Orders (Dkt. ##27, 136) denying those Motions, "courts provide a forum for the resolution of disputes. The requested initiation of an investigation is a function of other branches of the government." *See* Order (Dkt. #27) at 1:13-14; Order (Dkt. #136) at 3:13-14.  Cox is free to ask whatever law enforcement agency she deems appropriate to investigate a matter.  The court, however, is not the proper forum for such a request.

/ / /

1  Accordingly,

2  **IT IS ORDERED** that Cox's Motion for Investigation (Dkt. #201) is DENIED.

3  Dated this 15th day of April, 2014.

```
                                    _____
                                    PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE
```

- 2 -