```
Theresa M. Haar, NV Bar # 12158
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorney for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>            Defendants. | Case No. 2:12-cv-2040-JAD-PAL |

## **NOTICE OF APPEARANCE**

Come now attorney Theresa M. Haar of RANDAZZA LEGAL GROUP and files this Notice of Appearance as counsel for Plaintiffs, MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA, in the above captioned case.

Dated: July 8, 2014                                          Respectfully submitted,

                                                             /s/ Theresa M. Haar
                                                             Theresa M. Haar, NV Bar #12158
                                                             Randazza Legal Group
                                                             3625 S. Town Center Drive, Suite 150
                                                             Las Vegas, NV 89135
                                                             702-420-2001; 702-420-2003 fax
                                                             ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

4011 Hastings Avenue West
Port Townsend, WA 98368

And additionally via e-mail to savvybroker@yahoo.com

Dated: July 8, 2014

Signed,

*[signature]*

Employee
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
(702) 420-2001
(702) 420-2003 fax