UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC J. RANDAZZA, et al.,<br><br>             Plaintiffs,<br>v.<br><br>CRYSTAL L. COX, et al.,<br><br>             Defendants. | Case No. 2:12-cv-02040-JAD-PAL<br><br>DISCOVERY PLAN AND SCHEDULING ORDER |

This matter is before the court on the court's review of the docket in this case. On February 21, 2014, District Judge Dorsey entered an Order (Dkt. #162) allowing Defendant Crystal Cox to file a counterclaim against Plaintiff Marc J. Randazza no later than February 28, 2014. Cox filed the Counter-Complaint (Dkt. #164) on February 24, 2014. Randazza filed a Motion to Dismiss the Counterclaim (Dkt. #179) on March 12, 2014. On May 21, 2014, the district judge entered an Order (Dkt. #208) granting in part and denying in part the Motion to Dismiss and allowing Cox fourteen days to file a motion to amend her counterclaim. Cox complied, and on July 8, 2014, the district judge entered an Order (Dkt. #213) denying Cox's Motion to Amend (Dkt. #209). In that Order, the court clarified that Cox's only remaining counterclaims were (a) legal malpractice and (b) defamation as pled in her Counter-Complaint and limited by the court' May 21, 2014, Order.

The parties have not conducted discovery or dispositive motion practice on Cox's counterclaims, and therefore, the court enters this discovery plan and scheduling order setting deadlines for discovery on the two remaining counterclaims. The parties' discovery plan and scheduling order deadlines on all other claims in this litigation have expired, and the parties may not use these new deadlines to conduct discovery or motion practice on any claim other than Cox's legal malpractice and defamation counterclaims, as limited by the district judge.

Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

    a. Last date to complete discovery on counterclaims: **October 6, 2014.**

    b. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 6, 2014.**

    f. Last date to disclose rebuttal experts: **September 8, 2014.**

    g. Last date to file dispositive motions on counterclaims: **November 6, 2014.**

    h. Last date to file joint pretrial order: **December 8, 2014.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., September 16, 2014,** and shall fully comply with the requirements of LR 26-4.

Dated this 15th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE