1  ANTHONY T. GARASI, ESQ.
   Nevada State Bar No. 11134
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  agarasi@bremerwhyte.com
   jchristensen@bremerwhyte.com
7
   Attorneys for Counterdefendant,
8  Marc Randazza

9              **UNITED STATES DISTRICT COURT**

10

11  MARC J. RANDAZZA, an individual,              )  Case No. 2:12-cv-02040-JAD-PAC
    JENNIFER RANDAZZA, an individual, and         )
12  NATALIA RANDAZZA, a minor,                     )  **COUNTERDEFENDANT MARC**
                                                   )  **RANDAZZA'S ANSWER TO**
13                    Plaintiffs,                  )  **COUNTERCLAIM**
            vs.                                    )
14                                                 )  **DEMAND FOR JURY TRIAL**
    CRYSTAL L. COX, an individual, and ELIOT       )
15  BERNSTEIN, an individual,                      )
                                                   )
16                    Defendants.                  )
                                                   )
17  _____           )
                                                   )
18  CRYSTAL L. COX, an individual,                 )
                                                   )
19                    Counterclaimant,             )
            vs.                                    )
20                                                 )
    MARC J. RANDAZZA, an individual,               )
21                                                 )
                      Counterdefendant.            )
22  _____           )

23      Counterdefendant MARC J. RANDAZZA (hereinafter "Counterdefendant"), by and through

24  his attorneys of record, Anthony T. Garasi, Esq., and Jared G. Christensen, Esq. of the law offices

25  of  BREMER  WHYTE  BROWN  &  O'MEARA  LLP,  hereby  submits  his  Answer  to

26  Counterclaimant CRYSTAL L. COX's Counterclaim (Document 164) on file herein and admits,

27  denies and alleges as follows:

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

## **INTRODUCTION**

1.   Answering paragraph 1 on page 2 of Counterclaim, this answering Counterdefendant states that the allegations contained therein are not applicable to this answering Counterdefendant. To the extent any of the allegations are deemed to apply to this answering Counterdefendant and insofar as said allegations suggest or imply responsibility or liability on the part of this answering Counterdefendant, he specifically denies the same.

2.   Answering paragraph 2 on page 2 of Counterclaim, this answering Counterdefendant states that the allegations contained therein are not applicable to this answering Counterdefendant. To the extent any of the allegations are deemed to apply to this answering Counterdefendant and insofar as said allegations suggest or imply responsibility or liability on the part of this answering Counterdefendant, he specifically denies the same.

3.   Answering paragraph 3(1) on page 2 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

4.   Answering paragraph 3(2) on page 2 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

5.   Answering paragraph 3(3) on pages 2-3 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

6.   Answering paragraph 3(4) on page 3 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

7.   Answering paragraph 4(1) on page 3 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

8.   Answering paragraph 4(2) on page 3 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

9.  Answering paragraph 4(3) on page 3 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

10. Answering paragraph 4(4) on page 3 of Counterclaim, this answering Counterdefendant admits there was no attorney-client relationship with Counterclaimant, no contract existed for representation of Counterclaimant, and Counterdefendant had not committed to the representation of Counterclaimant. As to the remaining allegations, Counterdefendant denies the same.

11. Answering paragraph 4(5) on page 3 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

12. Answering paragraph 4(6) on pages 3-4 of Counterclaim, this answering Counterdefendant admits that he offered to represent Counterclaimant. As to the remaining allegations, Counterdefendant denies the same.

13. Answering paragraph 4(7) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

14. Answering paragraph 4(8) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

15. Answering paragraph 4(9) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

16. Answering paragraph 5(1) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

17. Answering paragraph 5(2) on page 4 of Counterclaim, this answering admits that Counterclaimant emailed him and informed him that she had purchased marcrandazza.com and that she was in need of money. As to the remaining allegations, Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

therein and therefore denies the same.

18. Answering paragraph 5(3) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

19. Answering paragraph 5(4) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

20. Answering paragraph 5(5) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

21. Answering paragraph 5(6) on page 4 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

22. Answering paragraph 6 on page 5 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

23. Answering paragraph 7(1) on page 5 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

24. Answering paragraph 7(2) on page 5 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

25. Answering paragraph 7(3) on page 5 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

26. Answering paragraph 7(4) on page 5 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

27. Answering paragraph 7(5) on page 5 of Counterclaim, this answering Counterdefendant denies posting false and defamatory statement about Counterclaimant. As to the remaining

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

allegations, Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

28. Answering paragraph 8(1) on pages 5-6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

29. Answering paragraph 8(2) on page 6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

30. Answering paragraph 8(3) on page 6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

31. Answering paragraph 8(4) on page 6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

32. Answering paragraph 8(5) on page 6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

33. Answering paragraph 8(6) on page 6 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

34. Answering paragraph 9 on page 6 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

35. Answering paragraph 10(1) on page 6 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

36. Answering paragraph 10(2) on pages 6-7 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

37. Answering paragraph 10(3) on page 7 of Counterclaim, this answering Counterdefendant

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

admits to having an interview with Bob Garfield. Counterdefendant denies making any false, defamatory or slanderous statements regarding Counterclaimant. As to the remaining allegations, Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

38. Answering paragraph 10(4) on page 7 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

39. Answering paragraph 10(5) on page 7 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

40. Answering paragraph 11 on page 7 of Counterclaim, this Answering Counterdefendant states that the allegations contained therein are not applicable to this answering Counterdefendant. To the extent any of the allegations are deemed to apply to this answering Counterdefendant and insofar as said allegations suggest or imply responsibility or liability on the part of this answering Counterdefendant, he specifically denies the same.

41. Answering paragraph 12(1) on page 7 of Counterclaim, this answering Counterdefendant admits that he was aware that Counterclaimant owned and transferred the domains to Foster. As to the remaining allegations, Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

42. Answering paragraph 12(2) on page 7 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

43. Answering paragraph 13 on page 7 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

44. Answering paragraph 14 on page 7 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

45. Answering paragraph 15(1) on page 8 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

46. Answering paragraph 15(2) on page 8 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

47. Answering paragraph 16(1) on page 8 of Counterclaim, this answering Counterdefendant

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

denies the allegations contained therein.

48. Answering paragraph 16(2) on page 8 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

49. Answering paragraph 16(3) on page 8 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

50. Answering paragraph 16(4) on page 8 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

51. Answering paragraph 16(5) on page 8 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

52. Answering paragraph 17(1) on page 8 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

53. Answering paragraph 17(2) on pages 8-9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

54. Answering paragraph 17(3) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

55. Answering paragraph 17(4) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

56. Answering paragraph 17(5) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

57. Answering paragraph 17(6) on page 9 of Counterclaim, this answering Counterdefendant is

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

58. Answering paragraph 17(7) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

59. Answering paragraph 17(8) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

60. Answering paragraph 17(9) on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

61. Answering paragraph 18 on page 9 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

62. Answering paragraph 19 on pages 9-10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

63. Answering paragraph 20(1) on page 10 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

64. Answering paragraph 20(2) on page 10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

65. Answering paragraph 21(1) on page 10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

66. Answering paragraph 21(2) on page 10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

8

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

67. Answering paragraph 21(3) on page 10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

68. Answering paragraph 21(4) on page 10 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

69. Answering paragraph 22(1) on page 11 of Counterclaim, this answering Counterdefendant states that the allegations contained therein are not applicable to this answering Counterdefendant. To the extent any of the allegations are deemed to apply to this answering Counterdefendant and insofar as said allegations suggest or imply responsibility or liability on the part of this answering Counterdefendant, he specifically denies the same.

70. Answering paragraph 22(2) on page 11 of Counterclaim, this answering Counterdefendant denies that he lied by stating Counterclaimant is an extortionist. As to the remaining allegations, Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

71. Answering paragraph 22(3) on page 11 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

72. Answering paragraph 22(4) on page 11 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

73. Answering paragraph 22(5) on page 11 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

74. Answering paragraph 23(1) on page 11 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

75. Answering paragraph 23(2) on page 11 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

9

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

76. Answering paragraph 23(3) on page 11 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

77. Answering paragraph 23(4) on pages 11-12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

78. Answering paragraph 23(5) on pages 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

79. Answering paragraph 23(6) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

80. Answering paragraph 23(7) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

81. Answering paragraph 23(8) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

82. Answering paragraph 23(9) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

83. Answering paragraph 23(10) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

84. Answering paragraph 23(11) on page 12 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

85. Answering paragraph 24(1) on page 12 of Counterclaim, this answering Counterdefendant

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

1    is without sufficient knowledge or information to form a belief as to the truth or falsity of the

2    allegations contained therein and therefore denies the same.

3        86. Answering paragraph 24(2) on page 13 of Counterclaim, this answering Counterdefendant

4    denies the allegations contained therein.

5        87. Answering paragraph 25(1) on page 13 of Counterclaim, this answering Counterdefendant

6    is without sufficient knowledge or information to form a belief as to the truth or falsity of the

7    allegations contained therein and therefore denies the same.

8        88. Answering paragraph 25(2) on page 13 of Counterclaim, this answering Counterdefendant

9    is without sufficient knowledge or information to form a belief as to the truth or falsity of the

10   allegations contained therein and therefore denies the same.

11       89. Answering paragraph 25(3) on page 13 of Counterclaim, this answering Counterdefendant

12   is without sufficient knowledge or information to form a belief as to the truth or falsity of the

13   allegations contained therein and therefore denies the same.

14       90. Answering paragraph 25(4) on page 13 of Counterclaim, this answering Counterdefendant

15   is without sufficient knowledge or information to form a belief as to the truth or falsity of the

16   allegations contained therein and therefore denies the same.

17       91. Answering paragraph 25(5) on page 13 of Counterclaim, this answering Counterdefendant

18   is without sufficient knowledge or information to form a belief as to the truth or falsity of the

19   allegations contained therein and therefore denies the same.

20       92. Answering paragraph 25(6) on page 13 of Counterclaim, this answering Counterdefendant

21   is without sufficient knowledge or information to form a belief as to the truth or falsity of the

22   allegations contained therein and therefore denies the same.

23                                    **THE PARTIES**

24       93. Answering paragraph 26 on page 13 of Counterclaim, this answering Counterdefendant is

25   without sufficient knowledge or information to form a belief as to the truth or falsity of the

26   allegations contained therein and therefore denies the same.

27                          **ALLEGATIONS COMMON TO ALL COUNTS**

28       94. Answering paragraph 27 on page 14 of Counterclaim, this answering Counterdefendant is

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

11

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

95. Answering paragraph 28 on page 14 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

96. Answering paragraph 29 on page 14 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

97. Answering paragraphs 30(1) on page 14 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

98. Answering paragraph 30(2) on page 14 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

99. Answering paragraph 30(3) on page 14 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

100.     Answering paragraph 30(4) on page 14 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

101.     Answering paragraph 31 on page 14 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

102.     Answering paragraph 32 on pages 14-15 of Counterclaim, this answering Counterdefendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

103.     Answering paragraph 33 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

104.     Answering paragraphs 34 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

105.     Answering paragraph 35 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

12

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

106.    Answering paragraph 36 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

107.    Answering paragraph 37 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

108.    Answering paragraph 38 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

### First Cause of Action

### U.S. Code Tile 28§ 4101/ 28:1332 Diversity-Libel, Assault,

### Slander 320 Assault, Libel, and Slander

109.    Answering paragraph 39 on page 15 of Counterclaim, this answering Counterdefendant repeats and re-alleges his answers to the prior paragraphs of Counterclaim as though fully set forth herein and incorporates the same herein by reference.

110.    Answering paragraph 40 on page 15 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

111.    Answering paragraph 41 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

112.    Answering paragraph 42 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

113.    Answering paragraph 43 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

114.    Answering paragraph 44 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

115.    Answering paragraph 45 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

116.    Answering paragraph 46 on page 16 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

13

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

**Second Cause of Action**

**Harassment/18 U.S. Code § 1514 / 18 U.S.C. §  2261A/**

**18 U.S.C. Section 2425**

117.     Counterclaimant Crystal Cox's claim of Harassment on page 16 of Counterclaim has been dismissed with prejudice by the District Court. (*See* ECF 208 & ECF 213.) As a result, Counterdefendant is not required to respond to the allegations contained therein. Notwithstanding, Counterdefendant specifically denies the allegations contained in paragraphs 47 – 50 of Counterclaim.

**Third Cause of Action**

**All Related Abuse of Process Laws / 28 U.S. Code § 268 0/**

118.     Counterclaimant Crystal Cox's claim of Abuse of Process on page 17 of Counterclaim has been dismissed with prejudice by the District Court. (*See* ECF 208 & ECF 213.) As a result, Counterdefendant is not required to respond to the allegations contained therein. Notwithstanding, Counterdefendant specifically denies the allegations contained in paragraphs 51 – 59 of Counterclaim.

**Fourth Cause of Action**

**Attorney/Legal Malpractice, Negligence / 38 U.S. Code §  7316 / 10 U.S. Code § 1054**

119.     Answering paragraph 60 on page 17 of Counterclaim, this answering Counterdefendant repeats and re-alleges his answers to the prior paragraphs of Counterclaim as though fully set forth herein and incorporates the same herein by reference.

120.     Answering paragraph 61 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

121.     Answering paragraph 62 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

122.     Answering paragraph 63 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

123.     Answering paragraph 64 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

124.     Answering paragraph 65 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

125.     Answering paragraph 66 on page 18 of Counterclaim, this answering Counterdefendant denies the allegations contained therein.

## Fifth Cause of Action

### Tortious Interference / Interference with Business Advantage

126.     Counterclaimant Crystal Cox's claim of Tortious Interference / Interference with Business Advantage on page 18 has been dismissed with prejudice by the District Court. (*See* ECF 208 & ECF 213.) As a result, Counterdefendant is not required to respond to the allegations contained therein. Notwithstanding, Counterdefendant specifically denies the allegations contained in paragraphs 67 – 70 of Counterclaim.

## Sixth Cause of Action

### Civil Conspiracy

127.     Counterclaimant Crystal Cox's claim of Civil Conspiracy on page 19 has been dismissed with prejudice by the District Court. (*See* ECF 208 & ECF 213.) As a result, Counterdefendant is not required to respond to the allegations contained therein. Notwithstanding, Counterdefendant specifically denies the allegations contained in paragraphs 71 – 73 of Counterclaim.

## Seventh Cause of Action

### Violation of First Amendments Rights

128.     Counterclaimant Crystal Cox's claim of Violation of First Amendments Rights on page 19 has been dismissed with prejudice by the District Court. (*See* ECF 208 & ECF 213.) As a result, Counterdefendant is not required to respond to the allegations contained therein. Notwithstanding, Counterdefendant specifically denies the allegations contained in paragraphs 74 – 77 of Counterclaim.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

15

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Counterdefendant states that the allegations contained in the Counterclaim fail to state a cause of action against Counterdefendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

At the time and place alleged in the Counterclaim, Counterdefendant was without negligence or other culpable fault on his part whatsoever.

**THIRD AFFIRMATIVE DEFENSE**

Counterdefendant alleges that the injuries, if any, suffered by the Counterclaimant as set forth in the Counterclaim were caused in whole or in part by the conduct or omission of parties not acting on behalf of Counterdefendant, and third parties over whom Counterdefendant had no control.

**FOURTH AFFIRMATIVE DEFENSE**

That any damage claims by Counterclaimant are speculative, are not supported by proof, and are not compensable as a matter of law.

**FIFTH AFFIRMATIVE DEFENSE**

The injuries complained of in the Counterclaim, if any, were not the result of willful, malicious, deliberate or reckless misconduct on the part of Counterdefendant.

**SIXTH AFFIRMATIVE DEFENSE**

Counterdefendant has engaged in no communication constituting libel per se as against Counterclaimant.

**SEVENTH AFFIRMATIVE DEFENSE**

Counterdefendant has engaged in no communication constituting libel as against Counterclaimant.

**EIGHTH AFFIRMATIVE DEFENSE**

Counterdefendant has engaged in no communication constituting slander as against Counterclaimant.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NINTH AFFIRMATIVE DEFENSE**

To the extent Counterdefendant has engaged in any communications that have been published concerning Counterclaimant, such communications were truthful. Consequently, the truth of any such communications constitutes an absolute defense and bar to any claims for defamation asserted by the Counterclaimant.

**TENTH AFFIRMATIVE DEFENSE**

Counterdefendant published no defamatory communications concerning the Counterclaimant.

**ELEVENTH AFFIRMATIVE DEFENSE**

To the extent Counterdefendant have engaged in any communications that have been published concerning Counterclaimant, such communications were opinions which are protected speech under the First Amendment and are not actionable at law.

**TWELFTH AFFIRMATIVE DEFENSE**

To the extent Counterdefendant has engaged in any communications that have been published concerning Counterclaimant, such communications were made in good faith on subject matters in which Counterdefendant had an interest and were made to persons with a corresponding interest. Consequently such communications constitute an absolute defense and bar to any claims for defamation asserted by the Counterclaimant.

**THIRTEENTH AFFIRMATIVE DEFENSE**

To the extend Counterdefendant have engaged in any communications that have been published concerning Counterclaimant, during or in anticipation of judicial proceedings, are privileged and non- actionable.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The relief sought by Counterclaimant is unavailable as there is no written contract, nor legal relationship between the parties upon which to base a claim of legal malpractice.

**FIFTEENTH AFFIRMATIVE DEFENSE**

No privity of contract existed, either express or implied, between this answering Counterdefendant and Counterclaimant.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

17

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

**SIXTEENTH AFFIRMATIVE DEFENSE**

Counterdefendant alleges that at all times and places alleged in the Counterclaim, the contract which Counterclaimant claims was breached was void and of no force and effect whatsoever for failure of consideration.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The Counterclaim is barred by the applicable statute of limitations.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Counterclaimant's Counterclaim is barred by the applicable Doctrine of Laches.

**NINETEENTH AFFIRMATIVE DEFENSE**

Counterclaimant's Counterclaim is barred by the applicable Doctrine of Unclean Hands.

**TWENTIETH AFFIRMATIVE DEFENSE**

Counterclaimant's Counterclaim is barred by the applicable Doctrine of Estoppel.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Counterclaimant has failed to mitigate her damages.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

Counterclaimant, by her acts and conduct have waived and abandoned any and all claims as alleged herein against these answering defendants.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Pursuant to F.R.C.P. Rule 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Counterdefendant' Answer and, therefore, Counterdefendant reserve the right to amend his Answer to allege additional affirmative defenses if subsequent investigation warrants.

WHEREFORE, Counterdefendant prays for relief as follows:

1.    That Counterclaimant takes nothing by reason of her Counterclaim on file herein;

2.    For attorney's fees and costs incurred herein; and

3.    For such other and further relief as the Court may deem just and proper.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx

**DEMAND FOR JURY TRIAL**

Counterdefendant hereby demands a jury trial on all triable issues in the case pursuant to F.R.C.P. 38. Further, Counterdefendant relies on Counterclaimant's Demand for Jury Trial requested in her Counterclaim on all triable issues in the case pursuant to F.R.C.P. 38.

Dated:  August 14, 2014                                    BREMER WHYTE BROWN & O'MEARA LLP

By: _____
        Anthony T. Garasi, Esq.
        State Bar No. 11134
        Jared G. Christensen, Esq.
        State Bar No. 11538
        Attorneys for Counterdefendant
        Marc Randazza

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of August, 2014, I served a copy of the foregoing **COUNTERDEFENDANT MARC RANDAZZA'S ANSWER TO COUNTERCLAIM AND DEMAND FOR JURY TRIAL** via the United States District Court CM/ECF system to the party listed below:

RANDAZZA LEGAL GROUP

Ronald D. Green, Esq.
Nevada Bar No. 7360
Theresa M. Haar,
Nevada Bar No. 12158
Attorneys for Plaintiff

and Via U.S. Mail and EMail to party requesting notice:

Crystal L. Cox, Pro Se
PO Box 20277
Port Townsend, WA 98368
SavvyBroker@yahoo.com

An Employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1163\001\PLD\2014-08-05 Answer to Counterclaim.docx