UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA, Individually and Professionally
Plaintiffs, Counter Defendant



### Motion for Default

Defendant Crystal Cox moves this court to grant her a default judgement on her counter claims in full. To include all relief requested and attorney costs, which in this case is Pro Se, which Cox is entitled to.

Defendant Crystal Cox moves this court to grant her a default judgement based on the fact that Randazza, Plaintiff did not answer Cox's counterclaim in a timely manner. In Fact Randazza did not answer Cox's claims within the 21 days as rules of procedure and therefore Cox claims she is entitled to a Default Judgement granted in her favor.

### Certification of Service

On August 14th, 2014, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

1

Crystal L. Cox
P.O. Box 2027
Port Townsend, WA 98368