# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Marc J Randazza, et al, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.   2:12-cv-02040-JAD-PAL** |
| V. | ) | |
| | ) | |
| Crystal L. Cox, et al., | ) | **MINUTES OF THE COURT** |
| | ) | |
| Defendants. | ) | Date:   **September 16, 2014** |
| | ) | |

PRESENT: THE HONORABLE     **Peggy A. Leen**     , U.S. MAGISTRATE  JUDGE

Deputy Clerk:   Erin Smith                    Reporter:   None Appearing

Counsel for Plaintiff:   None Appearing        Counsel for Defendant:   None Appearing

MINUTE ORDER IN CHAMBERS:

[X]   **MOTIONS:** A document requesting a Court order must be styled as a motion, not a letter (see F.R.C.P. 7). Letters to a judge will be disregarded.

LANCE S. WILSON, CLERK

By:   /s/

Erin Smith                , Deputy Clerk

Rev. 08/25/11