To the attention of
Judge Jennifer A. Dorsey:

Hello,

As of 08/22/2014 I was subpoenaed by Randazza Legal Group (Theresa M. Haar specifically) to produce private emails from Crystal Cox in regards to case:

civil action no: 2:12-CV-2040-JAD-PAL

As of April 10, 2014 Jennifer Randazza (wife of Marc Randazza) filed a lawsuit against me through Clark County District Court case number A-14-699072-C (a case which has yet to be concluded) and as of August of this year Marc Randazza has filed a protection order against me (Justice Court case: 14PO0823) which prohibits me from contacting Marc Randazza, his office (which is where I'm requested to send the subpoenaed documents to), or his legal group associates.

If I violate the protection order I'm at risk of being charged with a felony - therefor I am writing you to advise you of the situation, as you appear to be a Judge envolved in the case.

Thank you for your time,
Alexandra Mayers

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 15 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Alexandra Mayers
1706 Tristan Flower Ave
Las Vegas, NV 89183

United States District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101
✱ Attention Judge Jennifer A. Dorsey ✱



