1  ANTHONY T. GARASI, ESQ.
   Nevada State Bar No. 11134
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  agarasi@bremerwhyte.com
   jchristensen@bremerwhyte.com
7
   Attorneys for Plaintiff and Counter Defendant,
8  Marc Randazza and Jennifer Randazza

9                    UNITED STATES DISTRICT COURT

10

11

12
   MARC J. RANDAZZA, an individual,      ) Case No. 2:12-cv-02040-JAD-PAC
13 JENNIFER RANDAZZA, an individual,     )
   and NATALIA RANDAZZA, a minor,        )
14                                       ) **SUBSTITUTION OF**
                                         ) **ATTORNEY**
15        Plaintiffs,                    )
          vs.                            )
16                                       )
   CRYSTAL L. COX, an individual, and    )
17 ELIOT BERNSTEIN, an individual,       )
                                         )
18        Defendants.                    )
   _____       )
19 CRYSTAL L. COX, an individual,        )
                                         )
20        Counterclaimant,               )
          vs.                            )
21                                       )
   MARC J. RANDAZZA, an individual,      )
22                                       )
          Counterdefendant.             )
23 _____       )

24
        Counterclaimant, Mark J. Randazza hereby substitutes F. Christopher Austin,
25
   Esq. of the Law Firm Weide & Miller, Ltd., 7251 West Lake Mead Blvd, 5th Floor,
26
   Suite 530, Las Vegas, Nevada 89128, (702) 380-4804, as attorney of record in place
27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1  and stead of:  Anthony T. Garasi, Esq. and Jared G. Christensen, Esq. of the Law

2  Firm of Bremer Whyte Brown & O'Meara, LLP, 1160 North Town Center Dr., Suite

3

4  250, Las Vegas, Nevada 89144, (702) 258-6665.

5

6  DATED: 1 Sept 2014

7                                                        Marc J. Randazza

8

9  I consent to the above substitution.

10

11  DATED: 10/2/2014

12                                                        Anthony T. Garasi, Esq.
                                                         Jared G. Christensen, Esq.
13  . . .

14         I am duly admitted to practice in this District.

15

16  Above Substitution accepted.

17  DATED: 29 Sep 2014

18                                                        F. Christopher Austin, Esq.

19  Please check one: ____ RETAINED, or APPOINTED BY THE COURT

20

21                                **APPROVED**

22

23  DATED: _____            _____

24                                                        U.S. DISTRICT JUDGE

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1

### CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that on the 3rd day of October, 2014, I served a copy of

3  the foregoing **SUBSTITUTION OF ATTORNEY** via the United States District Court CM/ECF

4  system to the party listed below:

5  RANDAZZA LEGAL GROUP

6
   Ronald D. Green, Esq.
7  Nevada Bar No. 7360
   Theresa M. Haar,
8  Nevada Bar No. 12158
9  Attorneys for Plaintiff

10 and Via U.S. Mail and EMail to party requesting notice:

11 Crystal L. Cox, Pro Se
   PO Box 20277
12 Port Townsend, WA 98368
13 SavvyBroker@yahoo.com

14

15                              An Employee of BREMER WHYTE BROWN & O'MEARA

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

H:\1163\001\CF\Sub of Attorney.docx