UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARC J. RANDAZZA, et al., <br><br> Plaintiffs, <br> v. <br> CRYSTAL L. COX, et al., <br><br> Defendants. | Case No. 2:12-cv-02040-GMN-PAL <br><br> **ORDER** <br><br> (Mtn to Substitute – Dkt. #235) |

This matter is before the court on the Substitution of Attorney (Dkt. #235) filed October 3, 2014. F. Christopher Austin seeks leave to be substituted in the place of Anthony T. Garasi as counsel for Plaintiff Marc J. Randazza. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." In addition, any stipulation to substitute shall only be by leave of court. LR IA 10-6(c). Plaintiffs filed their Complaint (Dkt. #1) on November 28, 2012. Discovery closes October 6, 2014. Dispositive motions are due November 6, 2014. There is a Motion to Compel Discovery (Dkt. #216), a Motion to Reopen Discovery (Dkt. #221), and a Motion to Dismiss Counterclaim (Dkt. #224) pending.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Substitution of Counsel (Dkt. #235) is APPROVED.

2. F. Christopher Austin is substituted in the place of as counsel for Plaintiff Marc J. Randazza, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 6th day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE