Ronald D. Green, NV Bar No.: 7360
Theresa M. Haar, NV Bar No.: 12158
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Tel: 702-420-2001
Fax: 702-420-2003
ecf@randazza.com

Attorneys for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>Defendants. | Case No. 2:12-cv-2040-JAD-PAL<br><br>**PLAINTIFFS' NOTICE OF DEFENDANT CRYSTAL COX'S NON-OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE (ECF 237)** |

Plaintiffs hereby submit this Notice of Non-Opposition with respect to their pending Motion to Strike Defendant Crystal Cox's Answer and Motion for Case Terminating Sanctions. ECF 237.

It is well established that a party's failure to timely oppose a motion constitutes the non-moving party's consent to the granting of the motion. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). Furthermore, under the Local Rules, failure to oppose a motion constitutes concession to the pending motion's desired relief. LR 7-2(d). On 6 November 2014, Plaintiffs filed their Motion to Strike Defendant Crystal Cox's Answer and Motion for Case Terminating Sanctions. ECF 237. Cox was served via U.S. Priority Mail. Local Rule 7-2(b) allows for 14 days to file a responsive

briefing.  Cox had until 20 November 2014 to file her opposition.  Even considering an additional three days allowable as an extension for mailing, Cox's response would have been due Monday 24 November 2014.  That day has come and gone, and Cox has again failed to participate in this matter.

Plaintiffs filed the Motion to Strike, seeking case terminating sanctions, because Cox has routinely failed to follow the Court's rules and orders, and has refused to participate in this matter in any meaningful way.  Cox has previously disappeared from this litigation only to reappear by filing reams of irrelevant pleadings.  This Court has previously determined that "Cox's voluminous filing, failure to comply with the Court's electronic filing procedures, and failure to comply with the Local Rules of Practice and Federal Rules of Civil Procedure have all impeded the administration of justice in this case." ECF 144 at 3.  By failing to respond to Plaintiffs' Motion to Strike, Cox is yet again impeding the administration of justice.

Based on the foregoing, Plaintiffs respectfully request that this Court strike Cox's Answer, in its entirety, and enter a default against Cox for failure to participate.

Dated: November 25, 2014              Respectfully submitted,

                                                             /s/ *Theresa M. Haar*
Ronald D. Green, NV Bar #7360
Theresa M. Haar, NV Bar #12158
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Tel:  702-420-2001
Fax:  702-420-2003
ecf@randazza.com

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure 5(b), I hereby certify that the foregoing document was served to Defendant Crystal L. Cox at:

P.O. Box 2027
Port Townsend, WA 98368

Dated: November 25, 2014

Signed,

Employee
ecf@randazza.com
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89118
Tel:   (702) 420-2001
Fax:   (702) 420-2003