F. Christopher Austin, (NV Bar No. 6559)
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
(702) 382-4804
caustin@weidemiller.com

*Attorneys for Plaintiff, Counterdefendant*
*Marc J. Randazza*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, an individual, | Case No.: 2:12-cv-2040-JAD-PAL |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| CRYSTAL COX, an individual, et al., | |
| Defendants. | |

Notice is hereby given that Counterdefendant Marc J. Randazza ("Randazza") in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order [##224,237] (Doc. 241) denying Counterdefendant's Special Motion to Dismiss Counterclaimant Crystal Cox's Counterclaim under Nevada's Anti-SLAPP law, NRS 41.660, entered in this action on March 23, 2015.

DATED this 30th day of March, 2015.

                Respectfully Submitted,

                **WEIDE & MILLER, LTD.**

                */s/ F. Christopher Austin*
                F. Christopher Austin
                7251 W. Lake Mead Blvd., Suite 530
                Las Vegas, NV 89128

                Attorney for Attorneys for Plaintiff, Counterdefendant
                Marc J. Randazza

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0231                                    1                              Notice of Appeal

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and that on March 30, 2015, I served a full, true and correct copy of the foregoing **Counterdefendant Marc J. Randazza's Notice of Appeal** via the United States District Court's CM/ECF filing system upon the following:

> RANDAZZA LEGAL GROUP
> Ronald D. Green, Esq.
> Nevada Bar No. 7360
> Theresa M. Haar, Esq.
> Nevada Bar No. 12158
> Attorneys for Plaintiff

and

> CRYSTAL L. COX, Pro Se
> PO Box 20277
> Port Townsend, WA 98368

and via U.S. Mail to the party below requesting notice:

> CRYSTAL L. COX,
> PO Box 20277
> Port Townsend, WA 98368
> Pro Se Defendant, Counterclaimant

*/s/ F. Christopher Austin*
An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0231   2   Notice of Appeal