UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiff, Counter Defendant

### Notice to Court

I, Defendant / Counter Plaintiff Crystal Cox Cox have never done a joint pretrial order before. I have Googled it and am doing the best I can to follow the court's order to do so.

I have contacted All attorneys involved in this case, several times and they will not communicate with me. I have no way to come up with a "joint" Pretrial Order without them.

I have no attorney and no knowledge of the laws in this regard as far as experience and can only do my best to comply with the court's order.

I have no way to defend nor represent myself in this case in the articulate way with legal basis in which this court wishes me to do so.

I have tried to obey the courts and to not file motions that may not be necessary. And now it seems the court thinks I have vanished. I am not sure the balance the court wants from me. As I file documents, write legal jargon to the best of my ability. The court will not appoint me an attorney and I have no way to get one. So I do the best I can.

My intention has always been to warn the public at large about Marc Randazza. He sued me to retaliate against me and suppress my speech online about him. I have done the best I can to defend myself for nearly 3 years. He has ruined my life, caused me severe stress, rendered me homeless, put me under constant watch and danger and I have done the best I can to obey the law, and to respond to this court.

I have tried to get a court appointed attorney and a Pro Bono attorney. Both have been unsuccessful.

1

On March 28th and I seen Court Order Document 241 of March 23rd, 2015 . As I check my mail every couple weeks when I can get a ride to the post office.

Randazza and his attorneys do not email me motions, and by the time I get to see them it is often times too late to respond as I wait for them to appear on archive.org to view them. I do not have a Pacer account nor a financial way to get one.

In this recent court order, this court again warns me to not file frivolous documents, notices or motions. The court threats to dismiss my claims or enter default. So I have tried to respect this court and not file documents that have no legal standing, of which seems to be everything I file. I do not know what the court wants of me, and have tried my best to comply.

This Lawsuit has consumed my life. I have done the best I can to do what is asked of me by the courts. I wish for my life to be able to move on. And to focus on my ministry.

Randazza sued me nearly 3 years ago, in a clear SLAPP suit to chill my speech. The claims are approx. 3 million dollars. This court gave him my intellectual property in an unconstitutional TRO, nearly 3 years ago and they have no value or use to me anymore.

I have no money what so ever to pay a default judgment. This court, in a denial of a summary judgement, shot down ALL of Randazza's claims against me, thereby proving that he knowingly, with extensive knowledge of the law, sued me, Defendant Cox, simply to suppress my speech and harass me.

Therefore, the case Randazza had against me seems mute and with no "articulate legal basis" what so ever. Yet we are moving to a costly trial of which I have no idea how to proceed with an articulate legal basis.

This court has ordered me to not file any motions, notices, or requests without a valid, articulate, legal basis. I have no way to do this. So I don't file anything unless court ordered, out of respect for the courts demands. Then this court says that I have vanished. I have no way, it seems, to please this court nor the articulate legal grounds to do so. I have no idea what to do next that will please this court.

In my counterclaim, I have a valid defamation claim and a valid malpractice claim, I have no way to move forward in these claims articulately and with a profound legal basis as this court demands, without an attorney and I cannot afford an attorney.

I have no way to attend a trial in person. I do not know how to generate a pretrial order nor what motions to file to proceed.

2

I have been homeless for nearly a year, as I have told this court. I have a tiny tablet to work on for court motions or the local library. Of which I cannot always afford to print or to mail documents. I have no home, no income and am at the mercy of my church, as I have told this court for over a year. Yet this court ruled I was not a pauper and refused to appoint me an attorney.

Randazza has admitted in his interrogatory answers that he told attorney Eugene Volokh he would bow out, that on top of emails and phone calls, it is clear that Randazza was representing me, and that he is guilty of malpractice. My wish is to protect this from happening to others. The only way to do this is to sue him, and to prove that he is guilty of malpractice, to protect the public at large. I have no attorney, and no way to come to Nevada and therefore no way to do this.

Randazza just filed a NOTICE of which he has filed a Ninth Circuit appeal of a Judicial Ruling of this court. I have no way to defend this in the Ninth. Also it is my understanding that appealing a Judicial Ruling does not stall a case nor does it stop the procession of a trial.

I would just as soon get on with my life but have no idea how to be done with this constant torturous stress.

I know this court cannot give me legal advice, however I am letting you know, in regard to the accusations of me disappearing, while at the same time accusing me of filing to much, well I am at my wits end and have no idea what this court actually requires of me. I do not understand the NV rules of procedure. I cannot seem to effectively articulate ANY legal basis for any of my claims nor my defense though I have clear and valid standing in both.

However, I intend to do my best and will be filing a Trial Memorandum, Motion in Limine, Pretrial Order, a Declaration and other motions that I think may be required.

*[signature]*

**Certification of Service**

On March 29th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

*[signature]*

3

Postal L. /o/
P.O. Box 2027
Port Townsend, WA 98368

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd S.
Las Vegas, NV 89101



TACOMA WA 983
OLYMPIA WA
31 MAR 2015 PM 4 L