UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiff, Counter Defendant

### Motion for Non-Jury Trial

Defendant / Counter Plaintiff Crystal Cox files this motion to request this court rule that a non-jury trial be granted in this case.

Cox had requested a Jury trial in her initial counterclaim. Cox now seeks a Non-Jury Trial. This will cut down court costs. As a jury is costly. Also Cox cannot come to Nevada as she has no money, no reliable vehicle and has been homeless for nearly a year. Also Cox can only attend a trial via phone.

Cox requests that there be a Bench Trial and not a Jury Trial as she had previously requested\.

### Relief Requested

Counter Plaintiff / Defendant seeks a Non-Jury trial in the counterclaim Cox v. Randazza.

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

### Certification of Service

On March 29th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101