UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

### Motion Requesting Court to Set a Trial Date

Defendant / Counter Plaintiff Crystal Cox request this court to set a trial date for Randazza v. Cox and Counterclaims. As Cox is unable to communicate with the Opposition in either case regarding this matter.

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

### Certification of Service

On April 1, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas, NV 89101

Krystal L. Cox
P.O. Box 2027
Port Townsend, WA 98368

TACOMA WA 983
OLYMPIA WA
31 MAR 2015 PM 2 L

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd S.
Las Vegas, NV 89101

