UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

**Summary**               **Motion for Pretrial Ruling, Judgment or Ruling in Cox's Favor.**

  Counter Defendant Crystal Cox moves this court to grant her a Judgement in her favor, to rule this case in Cox's favor without a Trial.

Cox has provided this court with several Motions in Limine of evidence proving her case, and a Declaration of Statement of Facts. Whatever Motions in Limine the court accepts as evidence, Cox moves this court to use to clearly rule that Randazza is guilty of malpractice and defamation and that Cox is due all allowable relief as a matter of law.

Cox realizes that the deadline for depository motions has long been over, however Cox asks for an acceptance in this case as Cox has a clear case, clear evidence that prove her counterclaims against Marc Randazza.

It is imperative that this court protect the public from Randazza, and to rule in a manner that protects the rights of the public at large.

Cox cannot afford an attorney, Cox cannot drive to Nevada nor can Cox present these exhibits and motions in a way that the court sees as an articulate legal basis. Cox has never done a jury instruction form, nor a joint pretrial motion.

Cox is unable to confer on a Joint Pretrial Order as the opposition in both the original Randazza v Cox and Cox's counter claims, will not communicate with Cox whatsoever. To obey this court, Cox had no choice but to move forward without the opposition.

1



Cox moves this court to rule in a fair and just manner, and to use all the evidence, motions and all the proof so far in this case as clear evidence that Cox was damaged by Randazza, and is allowed all allowable relief as a matter of law.

This court can see through the Evidence in this case, as per the motions in limine that Cox has a good case against her former attorney. In the interest of Justice, Cox should have an attorney appointed to her, as Cox should win this case and prevent attorneys from doing this same thing to future litigants.

However Cox cannot afford an attorney and wishes this court to go over the evidence submitted in the motions in limine and consider all parts of this case and to grant a non-jury ruling. This would save the court time and money and it is clear that Cox has been harmed and is entitled to all allowable relief as a matter of law.

If the Court cannot rule in Cox's favor, then Cox asks the court to revisit the motion to appoint Cox an attorney. As this issue affects the public at large. And it is important to teach attorneys like Randazza a lesson, that they cannot do what he clearly did to me, Counter Plaintiff Crystal Cox.

See Declaration / Statement also.


Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant


### Certification of Service

On April 6, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

2