

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Motion In Limine
Exhibit List

Exhibit 1

Eugene Volokh emails regarding Randazza representing Cox

Exhibit 2

WIPO Complaint, Proving that Randazza lied to WIPO deliberately, as you can see in other Exhibits, he knew and fully believed that Cox had not extorted him but had only sought a Job.

Also the WIPO ruling that maliciously Defames Cox and Bernstein to the entire world through an international esteemed publication.  A ruling that accuses Cox and Bernstein of crimes of which they were not under investigation for, adjudicated for nor committed.

Exhibit 3

David C. Wells Blog

Exhibit 4



NPR Radio Show and Website


Exhibit 5

Bobby G website


Exhibit 6

Randazza's blog, proving he posted false and defamatory statements to a third party.


Exhibit 7

Randazza Legal Group attorney Jordan Rushie's blog defaming Cox

Exhibit 7a - Jordan Rushie Blog called Philly Law Blog


Exhibit 8

Forbes, Kashmir Hill, Colleague and former client of Randazza defaming Cox via Randazza


Exhibit 9

Randazza's Interrogatories


Exhibit 10

Tracy Coenan's Forensic Fraud Blog

Exhibit 11

New York Times David Carr

Exhibit 12

attorney Bennett and Bennett Blog

Exhibit 13

Siouxsi Law Blog, former client of Randazza

Exhibit 14

Kenneth P. White, Popehat.com, Lawyer blog of Brown, White and Newhouse

Exhibit 15

CrystalCox.com,  hate site belonging to Jordan Rushie, attorney with Randazza Legal Group

Exhibit 16

Attorney Scott Greenfield Blog

Exhibit 17

Randazza / Cox emails regarding Cox askin for a job

Exhibit 18, 18a, 18b, 18c

Initial Communications with Randazza

Exhibit 19

Randazza's confirmation email regarding his representing Cox

Exhibit 20

Emails between Cox and her attorneys Volokh and Randazza regarding moving forward, transcripts, and cae details, in "representation".

Exhibit 21

Email from Randazza to Cox apologizing and telling her to let him know if he needs help

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

## Certification of Service

On April 6th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

4