UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Motion to Provide Insurance Information

Cox moves this court to Order Counter Defendant Marc Randazza to Provide Counter Plaintiff Cox with his insurance information per Rule 34.

Cox has tried to confer with counsel for Counter Defendant and Counsel for Plaintiff and has been ignored. Cox has no way to communicate with opposition regarding either case as they refuse communication.

Cox, has a right, as a matter of law, for Randazza to disclose who his liability insurance provider is.

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment and any disclaimer or limitation of coverage or reservation of rights under any such insurance agreement.

These disclosures must be made at or within 14 days after the Rule 16.1(b) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in the circumstances of the action and states the objection in the Rule 16.1(c) case conference report. In ruling on the objection, the court must determine what disclosures—if any—are to be made, and set the time for disclosure.



Randazza is required as an attorney to have liability insurance. Randazza is clearly guilty of malpractice and defamation. Randazza has malpractice insurance. Randazza, by law, must disclose this legal action to his insurance provider.

Cox moves this court to Order Randazza to notify his insurance carrier and to provide insurance carrier information to Cox.

Cox has never done a Pretrial Order or conference in other cases nor jury instructions, and really has no idea how to proceed on all that, to the courts pleasing.

Nevada has mandatory malpractice insurance laws. I have repeatedly asked this court and my former attorney Marc Randazza and Randazza Legal Group for this disclosure and have been denied for nearly 4 years now.

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

## Certification of Service

On April 6 , 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101