UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Motion in Limine to include Exhibit 19

Counter Plaintiff Crystal Cox moves this court to include Exhibit 19, as evidence in Cox's malpractice claims. This email from Randazza to Cox, alone, shows that Randazza represented Cox, and before this email he had been working on Discovery and some sort of summary judgement, in this representation of Counter Plaintiff Cox. Randazza knew Cox's strategy, had been negotiating with the opposition already and send Cox this confirmation email of his representation.

Randazza had a legal and ethical obligation to not disclose Cox's secrets, strategy or to not broadcast her private emails to him to the world and claim Cox was a criminal. Randazza had a duty and obligation to Cox of which he flagrantly ignored.

Randazza clearly violated Cox's rights. Cox has valid defamation and malpractice claims and is uncertain how to legal articulate her argument in a court of law.

Cox moves this court to include Exhibit 19 as evidence.

*Crystal L. Cox*

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

## Certification of Service

On April 6, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

# YAHOO! MAIL

| | |
|---|---|
| Subject | RE: Discovery, Summary Judgement, |
| From | mjr@randazza.com <mjr@randazza.com> |
| To | Crystal L. Cox <savvybroker@yahoo.com> |
| Date | Wed, Dec 14, 2011 at 5:06 PM |

Crystal,

I have reviewed the file, and I have pondered the issues, and I have decided that I will take your case. We need to talk about some of the issues of representation before finalizing it. But, I am game.

When can you talk?

------ Original Message ------
Subject: Discovery, Summary Judgement,
From: "Crystal L. Cox" <savvybroker@yahoo.com>
Date: Sat, December 10, 2011 2:54 pm
To: "mjr@randazza.com" <mjr@randazza.com>


**Crystal L. Cox**
**Broker Owner**



**Search Engine Reputation Manager**
**Investigative Blogger**
**Good Life International Distributor**

Peace and Love to You !!!

Exhibit 19