UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Notice Regarding Joint Pretrial Order

Defendant / Counter Plaintiff Crystal L. Cox has been unable to confer with attorneys on all sides of this case and have sent several eMails of which have been ignored in this regard.

The opposition has provided no cooperation in this matter. Therefored Cox is filing Motion's in Limine and the Pretrial Order to the best of her ability without their cooperation.

I, Crystal Cox, have conveyed that I am ready to move forward on all that the court has ordered. I have been homeless for nearly a year now. This case has gone on for nearly 3 years now. I may have a church mission in the UK that I will be taking for a few months to survive financially. I must get this done, and have had no cooperation from the opposition so I am filing my side of all this.

I pray that this court is not again offended or threatens a default judgement for the documents, motions, Notices that I am filing after I saw the courts order and deadline of Motions in Limine and a Joint Pretrial Order.

Though a default judgement against me for not being able to articulate on a legal basis seems a bit
 "draconian" to me and I have no money to pay the judgement anyway and would simply file bankruptcy on it, still I am doing my best to do as this court asks of me.

My intention has always been to advocate for others. Randazza has created a trail of victims. He sues and bullies and uses his knowledge of the law and power over the courts to ruin lives, threaten people and get what he wants. He does this in clear pattern and History.  I stood up against him for the sake of others, and for the public at large. I have reported to this court all I know in the best, lawful, and of utmost integrity as I possibly can.

Regardless of Randazza painting me in false light, I am altruistic, I am the Good Guy, I obey the law and I tell the truth.  I am sorry that I ramble in motions or cannot make concise short statement and get my legal basis acrossed.  I Have now filed thousands of documents in many courts and I cannot seem to do that, I have have done my best.

I do not fully understand the Pretrial Order or if i have to do one for both the claim and counterclaim. I do not understand my rights. I have no attorney and cannot afford one.

I have done a Trial Memorandum years ago but have never done jury instructions nor a Trial Memorandum.

I have a valid claim and I have a great defense as this court's summary judgement, document 200 shot down ALL of Randazza's claims, he has no claims that are valid. and Nevada has no jurisdiction over me in those claims and I have not the articulate legal easy to convey that in a trial.

I want to be done filing court documents. I want to move on with my life and focus on my church. The following motions over the next week that I file are in attempt to obey the court's order of Motions in Limine and the Pretrial Order and by the courts' deadline. If the court has to take draconian measures and give me a default or dismiss my valid claims for this reason, there is nothing I can do, as the best I can do is all I can do.


Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant


1

CH

## Certification of Service

On April 1 , 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

*[signature: Crystal L. Cox]*