UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant



### Notice to Court

Since receiving Order number 241 regarding motions in limine and a joint pretrial order, Cox has done her best to provide these motions, exhibits and evidence to the court, as the court has ordered.

Cox has been warned not to file frivolous documents. Cox has no idea what that means. Cox has filed motions she feels is needed for the next step in the case, to prove her counterclaims and defense.

The Opposition in Randazza v. Cox and the attorney for Randazza in Cox's counterclaims, have not cooperated with Cox, nor answered any emails in regards to motions in limine, a joint pretrial order, Affirmative Defense, witnesses or any other NV court action, as ordered by this court.

Cox has a good counterclaim. Randazza has no claim left. Cox has filed motions to the best of her ability to try and abide by the courts order and to not be deemed as to have "vanished" because she tried to stop file as she thought the court wanted that.

Cox is leaving for the UK as previously noted. She currently believes will be able to attend any trial via phone. Cox can get court documents and communication via any of her emails SavvyBroker@Yahoo.com or ReverendCrystalCox@gmail.com.

Cox can answer motions, however, they may take a bit longer. Even now Cox gets motions online at archive.org and responds as best she can. Cox has been homeless for nearly a year and is now going to the UK for a minimum of 3 months via her church work.

1



Cox has moved this court to set a trial date and for a non-jury trial, as well as for rulings to end this madness so all can get on with their lives.

Respectfully

*/s/ Crystal L. Cox/*

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

## Certification of Service

On April 9, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas, NV 89101