UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Counter Plaintiff

v.

MARC J. RANDAZZA,
Counter Defendant



Motion in Limine
to Include Exhibit 22

Cox moves this court to include Exhibit 22, which is a blog post from Popehat.com, a legal blog by esteemed, taken as very credible First Amendment Attorney Kenneth P. White of the Law Firm, Brown, White and Newhouse out of California.

Ken White is a legal blogger, a friend and close associate of Marc Randazza and works with the Free Speech Coalition alongside Randazza.

Kenneth White deliberately painted Crystal Cox in false light, knowing full well that what he post was false statements of fact. White took the word of Randazza and defamed Crystal Cox with total disregard for Cox, her side of the story, the truth, or the Law.

Exhibit 22 shows and email that Cox sent Marc Randazza, her former attorney. This private email asking for a job, was posted on Ken White's blog and made to look as if it were the felony crime of extortion, when as Exhibit 21 clearly shows Randazza said flat out that he had no issue with Cox asking for a job and admits to that is what Cox did. There was no mention of extortion.

Ken White posted this confidential email and painted Cox in false light knowing the laws very well, as he is an attorney. Ken White got this email from the only person who had it, which was Randazza. Therefore this exhibit proves that Randazza defamed Cox and is also guilty of malpractice as well as making false and defamatory statements to third parties.

Ken White claimed that Cox had targeted a 3 year old. This was malicious and

1



deliberate defamation against Cox, with total disregard of the facts. Cox never had a blog about a 3 year old, not ever.

Exhibit 22 shows Cox was hailed a "champion", a hero of free speech, and after the defamation campaign of Marc Randazza and Kenneth White, Cox was the villain, the felon, the extortionist and a monster who attacks a three year old.

Exhibit 22 remarks on Forbes Kashmir Hill and New York Times David Carr turning over rocks to find the truth. Yet Randazza is who told them Cox had extorted him, and had a blog about his child. Randazza made false and defamatory statements to third parties and is guilty of defamation. And Randazza was Cox's attorney and had a duty and obligation to protect COX and not to ruin her life.

Exhibit 22 shows Ken White claiming that her private email to attorney David Aman, in her pro se capacity after she was sued for 10 million dollars offer a settlement AND her private email to her former attorney Marc Randazza asking for a job was extortionate.

Employers, Landlords, Families, Clients, Customers believe these attorneys and this has cause Cox irreparable damage. Cox is entitled to all allowable relief as a matter of law, even if she cannot afford an attorney to protect her rights regarding attorneys who have violated her rights.

Exhibit 22 shows vile defamatory hatred toward cox, wishing her to be cockroach stomped.

Exhibit 22a is off of this blog post, threatening Cox's kneecaps. And all Cox did was ask her former attorney for a job after he offered to be of any help he could to her, as exhibit show.

Exhibit 22 proves that Randazza was acting with other attorneys to target Cox. Here is a quote from Exhibit 22:

"First, every time Crystal Cox attacks someone, we can band together — as bloggers did for Marc Randazza when Crystal Cox attacked him — and write fair and factual posts about the target. That substantially blunted Crystal Cox's attempt to destroy Randazza's reputation by spamming numerous nutty blogs about him, pushing her efforts off the first page. As a team, we can render Crystal Cox powerless and largely

2



irrelevant. More speech works . (Now you know why I put up that mysterious Popehat Signal.) It might be nice to start by offering this gesture to Kevin D. Patrick, her victim in the Oregon case. But if you're out there — if she's gone after you, or threatened to — we can help you, too. We'll throw up the Popehat Signal and gather a more-speech team and flush her off the first pages of your search results."

Crystal Cox is an Investigative Blogger, she did not attack, she reported on and exposed corruption in her unique style. The above proves that these attorneys banded together to go after Cox. It admits they were out to render me powerless and irrelevant, and they did. Cox lost clients, business, her home, a way to rent, friends, relationships, family and has been under extreme duress for years.

Cox is entitled to relief from the damage that has been done to her life.

Exhibit 22 also Say, "Second, We can write about Crystal Cox based on established facts, documentary evidence, and her own words. We can all point out that she's the sort of person who retaliates against an opponent by registering a domain in the name of his three-year-old girl. If enough people do it, then Crystal Cox's power to destroy people's reputations will be further diminished. Even if people run across her vengeful posts about a victim, even the quickest inquiry into her will reveal her for who — for what — she is. More speech works."

The above proves that Popehat.com worked with Randazza and other based on the false and defamtory statements made to him by Marc Randazza of which were not factual, nor fact checked in any way. There was NO established facts, adjudicated evidence, or documentary evidence, YET Ken White posted false statements of fact on his esteemed legal blog and therefore defamed Cox, based on the defamatory statements to a third party, Randazza made to him.

Exhibit 22 proves these attorneys banded together to deliberate paint Cox in false light to the world.


Exhibit 22 also says: " Third, we can search for other victims. The emails to Padrick's lawyer and to Randazza are two data points — but showing a remarkably similar approach. Has she done this other times? There's a way to find out — we use reverse whois directories , plug in her name and addresses and email addresses and known associates, and find every domain she has ever registered. I've already started. Then we see whether the domains were used to attack someone. If they were, we start

3

contacting the targets and asking questions — like "has Crystal Cox offered you reputation management services?" Why would we want to see if Crystal Cox has sent emails to others like the ones she sent to Randazza and Padric? Well, two reasons, really. The first is civil. If Volokh succeeds in getting Crystal Cox a new trial on appeal — or if anyone else sues her — a pattern of such communications will be very probative of her intent in making false statements about people when she sets up multiple blogs about them. Under Federal Rule of Evidence 404(b), such "other bad acts" evidence is generally inadmissible — unless it is probative of intent, or knowledge, or motive, or lack of accident, or similar factors. What could be more probative of Crystal Cox's malicious intent than a pattern of such communications — like the pattern we already see in the two described above? And the second reason to investigate further "reputation manager" offers?

Thereby proving that these attorneys acted together to destroy Cox's intellection property, online reputation, to paint her in false light and deliberately, willfully and wantonly ruin her life, with total disregard for the law and for their duty and obligations to society as attorneys.

As seen above, Exhibit 22 proves they were targeting Cox's domain names, prying into her private information and launching an attack. All based on the third party false and defamatory statements made by Counter Defendant Marc Randazza.

Exhibit 22 shows that Randazza sued Cox to create a pattern and history to attempt to set up his former client Cox, of which he owed client attorney duties to. They were creating a false "pattern and history" using privileged emails to attorneys that were not extortion and should not have been posted online, period, as a matter of law.

Exhibit 22 shows the Federal Law they were going for, to sue me in civil court and set me up for a crime.

Cox moves this court to include Exhibit 22 as Evidence in her counterclaims against Counter Defendant Marc Randazza.

*[signature]*

Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

4

## Certification of Service

On April 7, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101

5/28/2014                    "Investigative Journalist" Crystal Cox's Latest Target: An Enemy's Three-Year-Old Daughter | Popehat

# "Investigative Journalist" Crystal Cox's Latest Target: An Enemy's Three-Year-Old Daughter

Mar 30, 2012 · By Ken White · Irksome, Law

Here's the most important thing you need to know about blogger and "investigative journalist" Crystal Cox: when she got angry at First Amendment attorney Marc Randazza, she didn't just register the domains marcrandazza.com and fuckmarcrandazza.com and marcrandazzasucks.com in order to attack him. She registered jenniferrandazza.com and nataliarandazza.com — the names of Randazza's wife and three-year-old daughter.

```
Registrant:
    Crystal Cox

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: JENNIFERRANDAZZA.COM


Registrant:
    Crystal Cox

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: NATALIARANDAZZA.COM
```

That's Crystal Cox in a nutshell — an appropriate receptacle.

You've probably heard of Crystal Cox before, even if you don't remember the name. Last December, the media and the blogosphere were full of stories about how a federal judge in Oregon had ruled that "bloggers are not journalists" and declined to extend to her various statutory defenses available to the press, leading to a $2.5 million defamation judgment against her. She was hailed as a champion of free speech and a victim of a backwards and technophobic judiciary.

The truth, as is often the case, was a little more complicated. Remember: the first thing you need to know is that blogger and "investigative journalist" Crystal Cox is the sort of person who registers domains in the name of the three-year-old daughters of her enemies.

A few journalists probed further. Kashmir Hill and Forbes and David Carr at the New York Times looked beyond the narrative. They turned over a rock, and what they found was unpleasant.

The full story is very lengthy and detailed. I will revisit it, but I haven't finished downloading all the case documents from PACER, and I'm thinking of springing for the transcripts of Crystal Cox's deposition and trial. But read the Forbes and New York times pieces. You'll learn about how Crystal Cox started a swarm of blogs attacking an Oregon lawyer named Kevin D. Padrick, by all reliable sources a decent and trustworthy lawyer. Padrick had the bad fortune to be appointed as the

Exhibit 22

trustee in a bankruptcy case Cox was obsessed with. As the Times puts it:

In a long-running series of hyperbolic posts, she wrote that Mr. Padrick and his company, the Obsidian Finance Group, had engaged in bribery, tax fraud, money laundering, payoffs and theft, among other things. Her one-woman barrage did not alter the resolution of the Summit affair, but it was effective in ruining Mr. Padrick.

In a phone interview, he told me his business as a financial adviser had dropped by half since Ms. Cox started in on him, and any search of his name or his company turned up page after page on Google detailing his supposed skullduggery, showing up under a variety of sites, including Bend Oregon News, Bankruptcy Corruption, and Northwest Tribune.

After Crystal Cox vomited forth a series of blogs accusing Padrick of being a criminal, dominating the search results for his name, she sent this email to his lawyer:

**David Aman**

From: Crystal L. Cox [savvybroker@yahoo.com]
Sent: Wednesday, January 19, 2011 2:23 PM
To: David Aman
Subject: From Crystal L. Cox

Hello David, I hope this eMail finds you doing well. All said and done, looks like Summit boys going to Jail. and Well I don't think that Kevin acted with the Highest of Integrity.. however at this Point in my Life it is Time to Think of Me.

So I want to Let you know and Obsidian Finance that I am now offering PR Services and Search Engine Management Services starting at $2500 a month to promote Law Firms... Finance Companies.. and to protect online reputations and promote businesses..

Please Let me know if Tonkon Torp or Obsidian Finance is interested in this service..

thanks for your time...

in Love and Light

Crystal L. Cox
Investigative Blogger
Real Estate Broker Owner

That sure sounds like "pay me to take down the terrible things I've said about you," doesn't it? It does to me. It sounds like *extortion*. When asked by the New York Times, Crystal Cox responded blandly that she was "not on trial for writing e-mails."

Exhibit 22

5/28/2014 "Investigative Journalist" Crystal Cox's Latest Target: An Enemy's Three-Year-Old Daughter | Popehat

Contrast that with her email to Marc Randazza, telling him that she had already registered www.marcrandazza.com, and needed money, and she had been accused of extortion before, but did he or anyone he knew need a reputation manager?

> Subject: from Crystal L. Cox
> From: "Crystal L. Cox" <savvybroker@yahoo.com>
> Date: Mon, January 16, 2012 2:30 pm
> To: "mjr@randazza.com" <mjr@randazza.com>
>
> Hi Marc, hope this email finds you doing well. When I thought we may work together i bought http://www.marcrandazza.com/ , to control the search, and pr on my case, if you represented me.. I manage it now, as ownership is well.. a different story now due to my current judgement..
>
> I am confident with the case, and leaving it to the highest and best good..
>
> I do however need to make money, so I am asking you if you or anyone you know could use a very good search engine reputation manager. Not sure if you ever researched that for your online presence.. not sure of what you think of David Aman excusing me of extortion, thing is search management is something tons of people due and for thousands a month per search term.. and so when he sent a cease and desist and filed a lawsuit, i offend it as a way to settle and not spend a year fighting, he turned it down, then a year later accused me of a crime.. its simply not how it happened..
>
> Anyway if you know anyone needing a very good search engine reputation manager please let me know..
>
> Crystal L. Cox
> Broker/Owner

He didn't bite. Soon she was filling the web with sites ranting and raving about him – freakish, incoherent, meandering rants. I'm not linking to them. After some thought, and with reluctance, and with apologies to Marc and his lovely wife, I'm going to show you this pdf of one of her pages attacking Jennifer by twisting a typically-Marc charming story about their engagement and pregnancy into something vile. I show it to you because I think it is necessary to understand how sick and evil Crystal Cox is. If you want to see more, go see one of her sites for yourself. Observe the disturbing rants, the odd capitalization and layouts, the sidebar advertisements for quack nostrums, and the occasional video report in which Crystal Cox twitches and babbles and meanders wherever her sick mind takes her. Don't link her, though. That helps her.

Crystal Cox now has formidable attorneys on her side – Eugene Volokh and the Electronic Frontier Foundation, who just lost a motion for a new trial and are now appealing the judgment against Cox to the Ninth Circuit. Though Crystal Cox is a vile, evil person, I have nothing but respect for Volokh (a Popehat favorite) and the EFF. Read their briefs. They assert that the trial judge in Cox's case erred in instructing the jury and failed to extend to Cox the free speech protections we all should enjoy – that Padrick was not held to the right standard of proof in proving her intent in writing false things about him. They aren't arguing – at least as far as I can tell – that she proved that what Cox said was true; rather, they are arguing that the jury lacked to right rules to judge the case. Even if every damn thing Cox said was maliciously manufactured, this is important work: ultimately Volokh and the EFF are fighting for the rights of bloggers everywhere. But it's too bad that Crystal Cox is the standard-bearer for the case. Volokh and the EFF labor under a terrible record replete with Cox's bizarre rants. Consider her bizarre cross-complaint suing the victim for suing her, or her demand that

Exhibit 22

5/28/2014 "Investigative Journalist" Crystal Cox's Latest Target: An Enemy's Three-Year-Old Daughter | Popehat

the judge and court staff sign a declaration of lack of conflict of interest (this is typical of unhinged pro se litigants; it must be on a web site someplace), or her attempt to spin her extortionate email as really being about misconduct against her, or her post-trial motion launching a broadside against a hapless juror based on a largely incomprehensible conspiracy theory. And consider — as I keep saying — that Crystal Cox is the sort of person who registers a domain in the name of the three-year-old daughter of an enemy. But fighting for free speech often involves rubbing shoulders with evil — the Phelps clan, the Nazis at Skokie, and so forth.

I agree with Marc that Crystal Cox is no journalist. Journalists don't offer their services as reputation managers to the people they are reporting on. Journalists don't engage in bizarre and incomprehensible rants. (Well, OK, not counting cable news.) Journalists don't engage in the writing equivalent of spam. But I'm not convinced that this should matter. I think that Crystal Cox — like me, or Marc Randazza — should enjoy the same protections as a journalist. But with that comes responsibility. If she destroys someone's life — as she did to Padrick — and he can prove that her claims were false and that she had the requisite mental state, then she should pay. If the Ninth Circuit reverses here, despite Crystal Cox's warts, she should get another trial — and then I hope that Padrick thoroughly cockroach-stomps her again. Given the freakish nature of her filings, that seems like a probable result, no matter what standard she is held to.

But that's years in the future. Right now, we are dealing with someone who is registering domains in the names of the three-year-old daughters of her enemies. What can we do about people like Crystal Cox?

We can respond to her evil, vengeful speech with more speech.

*First*, every time Crystal Cox attacks someone, we can band together — as bloggers did for Marc Randazza when Crystal Cox attacked him — and write fair and factual posts about the target. That substantially blunted Crystal Cox's attempt to destroy Randazza's reputation by spamming numerous nutty blogs about him, pushing her efforts off the first page. As a team, we can render Crystal Cox powerless and largely irrelevant. More speech works. (Now you know why I put up that mysterious Popehat Signal.) It might be nice to start by offering this gesture to Kevin D. Patrick, her victim in the Oregon case. But if you're out there — if she's gone after you, or threatened to — we can help you, too. We'll throw up the Popehat Signal and gather a more-speech team and flush her off the first pages of your search results.

*Second*, We can write about Crystal Cox based on established facts, documentary evidence, and her own words. We can all point out that she's the sort of person who retaliates against an opponent by registering a domain in the name of his three-year-old girl. If enough people do it, then Crystal Cox's power to destroy people's reputations will be further diminished. Even if people run across her vengeful posts about a victim, even the quickest inquiry into *her* will reveal her for who — for *what* — she is. More speech works.

*Third*, we can search for other victims. The emails to Padrick's lawyer and to Randazza are two data points — but showing a remarkably similar approach. Has she done this other times? There's a way to find out — we use reverse whois directories, plug in her name and addresses and email addresses and known associates, and find every domain she has

http://www.popehat.com/2012/03/30/investigative-journalist-crystal-coxs-latest-target-an-enemys-three-year-old-daughter/ 4/6

Exhibit 22

5/28/2014 "Investigative Journalist" Crystal Cox's Latest Target: An Enemy's Three-Year-Old Daughter | Popehat

ever registered. I've already started. Then we see whether the domains were used to attack someone. If they were, we start contacting the targets and asking questions — like "has Crystal Cox offered you reputation management services?"

Why would we want to see if Crystal Cox has sent emails to others like the ones she sent to Randazza and Padric? Well, two reasons, really. The first is civil. If Volokh succeeds in getting Crystal Cox a new trial on appeal — or if anyone else sues her — a pattern of such communications will be very probative of her *intent* in making false statements about people when she sets up multiple blogs about them. Under Federal Rule of Evidence 404(b), such "other bad acts" evidence is generally inadmissible — unless it is probative of intent, or knowledge, or motive, or lack of accident, or similar factors. What could be more probative of Crystal Cox's malicious intent than a pattern of such communications — like the pattern we already see in the two described above?

And the second reason to investigate further "reputation manager" offers?

Oh, yeah. That.

It's because of Title 18, United States Code, Section 875(d):

> (d) Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee or of another or the reputation of a deceased person or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

I suppose, if you want to get technical, that's not "more speech." But, like the best last line of a movie *ever* goes, "well, nobody's perfect."

Other posts about this:

Crystal Cox – Investigative Blogger? No, More Like A Scammer and Extortionist

A Blogger Not Like Us

Judge rules, again, that blogger Crystal Cox is not a journalist. You know why? Because she ISN'T a journalist.

How Crystal Cox Is Helping To Prove The Strength of the First Amendment

Investigative Journalist Crystal Cox Attacks Kevin D. Padrick

Crystal Cox

Crystal Cox Is Not a Member of the Media

Exhibit 22

Crystal Cox

Postscript: If you want to be part of this, there are rules. No threats to her of any sort whatsoever. No calls or emails or letters. Report the facts. Protect the innocent. She's evil; we're the good guys. Act like it.

Last 5 posts by Ken White

- Department of Health And Human Services Threatens Blogger Over Satirical Posts - May 13th, 2014
- D.C. Court of Appeals Agrees To Hear Merits of Anti-SLAPP Appeal In Michael Mann's Defamation Case - May 2nd, 2014
- Why Should Guns Trump Principles? - April 24th, 2014
- The Procedural Tail That Wags The Substantive Dog: Update On Michael Mann's "Hockey Stick" Lawsuit - April 23rd, 2014
- Supreme Court Conjures Corroboration of Anonymous Tip Out of Thin Air To Justify Traffic Stop - April 22nd, 2014

Govern yourselves accordingly!



Exhibit 22

# YAHOO! MAIL

**Subject** RE: from Pre Se Defendant Crystal L. Cox
**From** mjr@randazza.com <mjr@randazza.com>
**To** Crystal L. Cox <savvybroker@yahoo.com>
**Date** Fri, Dec 16, 2011 at 12:55 PM

Crystal,

I want to address a few things:

First and foremost, if you feel that I did not treat you respectfully, I humbly apologize. I do not wish to leave that un-discussed. People like you are important for the future of citizen journalism, and I wish to see you succeed.

I also want to correct a misperception here. I did not tell anyone that I represented you, for certain. I did tell the opposing counsel that I thought a deal might be brokered - but that I wanted to speak to him first (to test his waters with respect to a possible mutually agreeable resolution).

Finally, I want to make it clear that our discussion about money was in terms of "costs." I thought that I made it clear that my bills, my fees (my income) would be waived. All that I was asking you about being able to pay was out of pocket reimbursement of expenses.

Despite the contents of this email, I wish to let you know that I am sill willing to lend a hand in any way - even in the background.

-Marc


------ Original Message ------
Subject: from Pre Se Defendant Crystal L. Cox
From: "Crystal L. Cox" <savvybroker@yahoo.com>
Date: Fri, December 16, 2011 9:21 am
To: VOLOKH@law.ucla.edu, "mjr@randazza.com" <mjr@randazza.com>

Marc and Eugene,

I hope this email finds you doing well. I just want to clarify a few things as respectfully as I can.

Marc, it was nice talking with you, I do feel your working in the best interest of bloggers. After our conversation I sent documents, not even all, as you needed them another way, I never heard different and I prayed about our connection and its of the "greater good" and well Marc, when on the phone with me you told me I messed this up, thing is I am divinely led, and I did a great job, and in losing I got voice to the victims I fight for. I DID NOT MESS UP.

I filed tons of document, not the way you would of but they are in the public record, and also this trial, to me as it stands will be used to assist me in filing a Federal RICO Lawsuit and a Whistleblower Lawsuit, as I got them to perjury themself. And my goal is justice

Exhibit 22

for all, and though an attorney may have got me out of this early, thing is there would have been someone else to sue me, or another to get sued to bring about the change in bloggers rights that this will bring. I did NOT mess up, and its important to me to be respected as the strong, intelligent, woman that I am, as my intention is really of the light, is good and ya sometimes I seem over the top but I am all heart on this, and my victims I will fight to the death for.

That's just who and what I am. You, Marc do not seem to respect me, or treat me as if I am worthy, equal to you, and it feels like you want your client, or possibly women in general to take a back seat to you and that's not me. And to confirm all this for me as I prayed for a sign, I heard thru several channels that you were saying you represented me, but did not give me the decency or respect to tell me or even keep me in the loop.

To not even email me back that you read any of the documents, to not contact me and then I hear your representing me. You said you may have a conflict and would let me know, you did not let me know and then seemed to tell others your were representing me, and you wanted money I don't have. To me, after working 7 years at this, facing judges set me up, cops set me up, attorneys screw me over, death threats, being drugged, and extreme duress and persecution over all this for so long, well, you telling others you represent me BEFORE telling me, well that is on the wrong side of the moral and ethical compass to me. And is opposite of the equal rights, women's rights, lesbian rights, bloggers rights, citizen journalists rights, victims rights that I fight for.

Marc I got your forward last night, thing is I know the exact dollar amount of the transcripts, have known for over a week, and i know the court clerk email, been in this a year now. So that proves again you think me clueless, i have no money to get the transcripts at this time.

Eugene spoke highly of you and even recommended you, thing is I will not speak with anyone on this from the law aspect expect Eugene, if he can't represent me, I will not appeal. As Eugene represents what I fight for, and no disrespect marc just a tip for your future, Eugene emailed me here and there and let me know what was going on, he listened to me, respected me and never once told me I messed up or EVER assumed anything about me. Nor did he speak of my journalistic standards as an issue, as you did. He never hesitated in wanted to represent me, it was simply a matter of if he could. He is Kind to me, smart and treats me with dignity and respect, you do not. Sorry that Simple.

So Just wanted you to know a bit why, and confirm, Marc Randazza does NOT represent me in ANY way. Eugene Volokh represents me, and if he can't then so be it, I will leave that in the hands of the Great Spirit. I will not lose my voice, my dignity, and respect in this. I know my Truth though many others are trashing me, I know my truth.

The New York Times and Forbes are legally defaming me and inspiring a lynch mob

Exhibit 22

based on one email that they refuse to discuss my side or even investigate the truth. I want to file lawsuits against them, and I intend to fight back.

I do not want to sit down and shut up, I do not want a back seat in this, though I dont want to interfere or tell an attorney whats best, thing is I know the clerks, the case, the documents and I just want respect for what I have done and not told I messed up.

I have lost my home phone, and internet, I am to be evicted on Monday, I keep fighting and blogging and I will no matter what. This last year I lost everything that was dear to me, and my life as I knew it, corruption has done everything to shut me down. So no disrespect Marc, I just don't like the way you treated me.

take care and keep up the great work for the better good of all victims of a corrupt justices system that makes victims out to be criminals. The Lie will NOT stand as the TRUTH on my watch. I am certain of my Fight, my Mission per say.

Blessings to You

In Love and Light,


**Crystal L. Cox**
**Broker Owner**



**Search Engine Reputation Manager**
**Investigative Blogger**
**Good Life International Distributor**

**Peace and Love to You !!!**

Exhibit 22