UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARC J. RANDAZZA, an individual, et al,

Plaintiffs,

v.

CRYSTAL COX, an individual, et al.

Defendants.

Case No.: 2:12-cv-2040-JAD-PAL

**Order Denying Motions Without Prejudice [## 267–71]**

On April 8, 2015, I ordered a stay of this case for all purposes pending Randazza's appeal, and directed that "**NO ADDITIONAL MOTIONS OR REQUESTS FOR RELIEF MAY BE FILED WHILE THIS STAY IS IN EFFECT.**"  Doc. 265 at 2 (emphasis in original).  On April 9, 2015, defendant/counterclaimant Crystal Cox filed five motions: a motion for summary judgment (Doc. 267), and four motions in limine (Docs. 268-71).

As the stay remains in effect, it is HEREBY ORDERED that Cox's Motions **[Docs. 267-71] are DENIED** without prejudice.

DATED: April 14, 2015

_____
Jennifer Dorsey
United States District Judge

**Clerk to notify:**
Crystal L. Cox
P.O. Box 2027
Port Townsend, WA 98368