UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARC J. RANDAZZA,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>JENNIFER RANDAZZA and NATALIA RANDAZZA,<br><br>        Plaintiffs,<br><br>  v.<br><br>CRYSTAL COX,<br><br>        Defendant - Appellee. | No. 15-15610<br><br>D.C. No. 2:12-cv-02040-JAD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

      A review of the file in this case reveals that counsel has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

      Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated April 10, 2015. Counsel for appellant is directed to notify immediately his/her client in writing regarding this dismissal.

      This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Marc Eshoo
Deputy Clerk