# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marc J. Randazza, Jennifer Randazza, and Natalia Randazza, | |
| Plaintiffs-Appellants, | District No.  2:12-cv-02040-JAD-PAL |
| vs. | |
| | U.S.C.A. No.  15-15610 |
| Crystal Cox, | |
| Defendant-Appellee. | |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on May 15, 2015, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 19th day of May, 2015.

_____
Jennifer A. Dorsey
United States District Judge