PETER C. BROWN, ESQ.
Nevada State Bar No. 5887
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
pbrown@bremerwhyte.com

Attorneys for Plaintiffs and Counter Defendants,
Marc Randazza and Jennifer Randazza

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor, | Case No. 2:12-cv-02040-JAD-PAC |
| Plaintiffs, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| CRYSTAL L. COX, an individual, and ELIOT BERNSTEIN, an individual, | |
| Defendants. | |
| CRYSTAL L. COX, an individual, | |
| Counterclaimant, | |
| vs. | |
| MARK J. RANDAZZA, an individual, | |
| Counterdefendant. | |

TO:   ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

YOU, AND EACH OF YOU, will take notice that BREMER, WHYTE, BROWN & O'MEARA LLP hereby disassociates Peter C. Brown, Esq. to act as counsel for and on behalf of Plaintiffs and Counter Defendants, Marc Randazza and Jennifer Randazza.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

M:\Las Vegas\Archived Files for Closed Cases\1163\001\CF\Disassociation of Counsel.docx

1  Please remove Peter C. Brown, Esq. of Bremer, Whyte, Brown & O'Meara LLP, 1160
2  North Town Center Drive, Suite 250, Las Vegas, Nevada 89144, from your service lists.

3
4  Dated: May 22, 2015                    BREMER WHYTE BROWN & O'MEARA LLP

5
6                                         By: _____
                                            Peter C. Brown, Esq.
                                            State Bar No. 5887
7                                           Attorneys for Plaintiffs and Counter
                                            Defendants Marc Randazza and Jennifer
8                                           Randazza

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

M:\Las Vegas\Archived Files for Closed Cases\1163\001\CF\Disassociation of Counsel.docx