Ronald D. Green, NV Bar No.: 7360
Theresa M. Haar, NV Bar No.: 12158
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Tel: 702-420-2001
Fax: 702-420-2003
ecf@randazza.com

Attorneys for Plaintiffs
MARC J. RANDAZZA, JENNIFER RANDAZZA, and NATALIA RANDAZZA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CRYSTAL COX, an individual, and ELIOT BERNSTEIN, an individual,<br><br>　　　　Defendants. | Case No. 2:12-cv-2040-JAD-PAL<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF COUNSEL** |

　　　Please take notice that Theresa M. Haar of Randazza Legal Group hereby withdraws as attorney of record for Plaintiffs in this action. Counsel of Record for Plaintiffs will otherwise remain the same.

Dated: May 22, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Ronald D. Green
　　　　　　　　　　　　　　　　　　Ronald D. Green, NV Bar #7360
　　　　　	　　　　　　　　　　　　Theresa M. Haar, NV Bar #12158
　　　　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　　　　3625 S. Town Center Drive, Suite 150
　　　　　　　　　　　　　　　　　　Las Vegas, NV 89135

- 1 -

Tel: 702-420-2001
Fax: 702-420-2003
ecf@randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed on 22 May 2015 and served via US Priority Mail to Defendant Crystal L. Cox at:

Crystal L. Cox
P.O. Box 2027
Port Townsend, WA 98368

Dated: 22 May 2015                                    Signed,

*T. Woan*
_____
Employee
Randazza Legal Group

- 3 -