UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff
v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Motion for Court Ruling / Trial by Judge
Bench Trial

I, Defendant, Counter Plaintiff, Crystal L. Cox move this court for a trial by Judge, a Bench Trial, as soon as this court can schedule one. I ask that I am able to attend this trial via phone and not in person, as I am unable to travel to this court.

I move this court to grant no jury trial, as I cannot come to Las Vegas in this matter due to not having any money whatsoever.

I move this court to decide this case as a matter of law in a bench trial. I ask that the Judge in this case, the court, make a ruling on the claims Plaintiff has against me, Crystal Cox and the counterclaims I have against him, as a matter of law.

I realize that there is a scheduled settlement conference, however, I have no optimism as to this reaching any settlement as the opposition will not communicate to me what kind of settlement they are open to if any or currently communicate with me in any way.

The opposition will not provide me with their liability insurance carrier nor do I have optimism that they will be willing to settle this matter in such a way as I am entitled to as a matter of law.  As I have lost my clients, family, and life as I knew it and have been homeless and under massive duress for years due to the malicious actions of my former attorney. And feel I am entitled to ALL allowable relief, as a matter of law.

The Plaintiff has no claims against me that are valid, as per Judicial Order 200 clearly points out. Plaintiff was my attorney and has no legal standing to sue me. Nevada is also improper jurisdiction for his alleged claims against me and Eliot Bernstein.

1

I, as Counter Plaintiff, have clear and convincing claims of malpractice and defamation, as a matter of law. I have rights as a litigant in this case and as a former client of Randazza Legal Group, Marc Randazza. I have no money to get an attorney to protect my rights. This court has denied me an attorney pro bono to protect my rights.

I move this court for a bench trial, as soon as this court can schedule such a trial. I move this court to rule, as a matter of law, on both Plaintiff's claims and my, Crystal Cox's Counter Claims.

/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant


## Certification of Service

On June 9th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant