UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant



**Motion for Exception /
Request for Exception**

Regarding Judicial Order 280 and a September 3rd Settlement Conference; Crystal Cox moves this court for an exception to not attend in person.

Defendant, Counter Plaintiff is homeless, she, I have been living in hotels, my old run down truck, and in the homes of church members since June of 2014. I have no money to drive to Las Vegas or to fly. I have no money for Las Vegas food or hotels, and no way to attend a settlement conference in person.

I do not have a reliable vehicle to drive to Las Vegas.

I, Crystal Cox, have no money to hire an attorney to protect my rights at such a settlement conference. I move this court for an exception to attend this hearing by phone. I, Crystal Cox, will borrow a church phone at such time to attend via phone if granted and will make sure the court has a proper / working number at that time.


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

1

## Certification of Service

On June 9th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant