UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL

CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

Motion for Reconsideration

I, Crystal Cox, move this court to reconsider Motion in Limine(s) docket entry 268-271, 263, 255-261, and 247-252. In effort to save this court time and not file to much as I was ordered before, I move this court to reconsider these motions in limine as we move toward a trial.

If the court wishes me to re-file these motions to be ruled on as a matter of law, then I will do as the court orders.

It is imperative to my legal case that there be a ruling on each motion in Limine as to including these Exhibits or not, as a matter of law, before trial.


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

## Certification of Service

On June 9th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas, NV 89101


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant