UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
2:12-cv-02040-JAD-PAL



CRYSTAL L. COX,
Defendant, Counter Plaintiff

v.

MARC J. RANDAZZA,
Plaintiffs, Counter Defendant

**Motion to Clarify**

I, Crystal Cox, am unable to communicate with Plaintiff's attorney. I cannot get an email response. I have never filed a joint pre-trial motion / order in any other cases and do not know how to properly do so.

I wish to abide by the court's order as to file this document by June 22nd 2015, however, I have no idea how to do it any differently.

I do not wish to waste anymore of this court's time and ask for clarification on how to proceed in this matter. As per docket entry 264, I have filed this order to the best of my ability and direct the court's attention to this entry again as the best I can do in a Joint Pre Trial Order, without cooperation from the opposition in this case.

/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

1

## Certification of Service

On June 9th, 2015, Crystal Cox certifies mailing a copy of this to:

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas , NV 89101


/s/ Crystal L. Cox
Crystal L. Cox, Pro Se
Counter Plaintiff / Defendant

Crystal Cox
PO Box 2027
Port Townsend, WA 98368

To:
U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd. S.
Las Vegas, NV 89101



U.S. POSTAGE
PAID
CHIMACUM, WA
98325
JUN 09, 15
AMOUNT
$1.20