F. Christopher Austin, (NV Bar No. 6559)
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
(702) 382-4804
caustin@weidemiller.com

*Attorneys for Plaintiff, Counterdefendant
Marc J. Randazza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, JENNIFER RANDAZZA, an individual, and NATALIA RANDAZZA, an individual, <br><br>Plaintiff, <br><br>v. <br><br>CRYSTAL COX, an individual, et al., <br><br>Defendants. | Case No.: 2:12-cv-2040-JAD-PAL <br><br> **PLAINTIFF'S NOTICE OF NON-OPPOSITION AND CONCURRENCE TO TRANSFER OF VENUE FOR FORUM NON CONVENIENS** |

On June 12, 2015, Defendant Crystal Cox, filed a "Motion for Court Ruling" (Doc. # 281), asking to appear at trial by phone because she is "unable to travel to this court" and "cannot come to Las Vegas." Concurrent with the filing of this Motion for Court Ruling, Defendant Cox also filed a "Motion for Exception" (Doc. #282) in which she asked to be relieved of the necessity to attend a Settlement Conference again because she has "no way to attend a settlement conference in person." (Doc. #282). Neither the request to appear by phone nor to deprive Plaintiff of his right to a jury trial can be granted without unduly prejudicing Plaintiff. On those grounds Plaintiff opposes such requests. However, to the degree these motions raise concerns about the convenience of the forum to Defendant Cox, and recognizing the inherent power of the Court to either take the motions as a request to transfer venue for forum non-conveniens or at its discretion to sua sponte transfer the matter on forum non conveniens grounds, Plaintiff does not oppose.

Defendant Cox resides within the Western District of Washington where she could readily attend both a settlement conference and any trial on this matter. She acknowledges she owns a

1  truck and has the support of her church within the Western District of Washington.  (*See* Doc.
2  #282.)  While she may in fact not be able to attend proceedings in Las Vegas, she is able to do so
3  in the Western District of Washington, where she has appeared in person on several unrelated
4  matters.  As such, it appears that the transfer of this action to the Western District of Washington
5  would fairly address the concerns raised by Defendant Cox while preserving Plaintiff's right to a
6  jury trial and without prejudicing Plaintiff, Counterdefendant by depriving him of the ability to
7  examine Ms. Cox in person.

8  For the foregoing reasons, Plaintiff respectfully request the Court, at its discretion, transfer
9  this case to the Western District of Washington.

10  DATED this 15th day of June, 2015.

11  Respectfully Submitted,

12  **WEIDE & MILLER, LTD.**

14  */s/ F. Christopher Austin*
    F. Christopher Austin
15  .  7251 W. Lake Mead Blvd., Suite 530
    Las Vegas, NV 89128

    Attorney for Attorneys for Plaintiff, Counterdefendant
17  Marc J. Randazza

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0245     2     Non-Opposition to Transfer

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and that on June 15, 2015, I served a full, true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF NON-OPPOSITION AND CONCURRENCE TO TRANSFER OF VENUE FOR FORUM NON CONVENIENS** via the United States District Court's CM/ECF filing system upon the following:

> RANDAZZA LEGAL GROUP
> Ronald D. Green, Esq.
> Nevada Bar No. 7360

and

> CRYSTAL L. COX, Pro Se
> PO Box 20277
> Port Townsend, WA 98368

and via U.S. Mail to the party below requesting notice:

> CRYSTAL L. COX,
> PO Box 20277
> Port Townsend, WA 98368
> Pro Se Defendant, Counterclaimant

    */s/ F. Christopher Austin*
    An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0245   3   Non-Opposition to Transfer