1   F. Christopher Austin, (NV Bar No. 6559)
**WEIDE & MILLER, LTD.**

2   7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373

3   (702) 382-4804
caustin@weidemiller.com

4

5   *Attorneys for Plaintiff, Counterdefendant*
*Marc J. Randazza*

6

7

8

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

9   MARC J. RANDAZZA, an individual,
JENNIFER RANDAZZA, an individual, and

10   NATALIA RANDAZZA, an individual,

Case No.:  2:12-cv-2040-JAD-PAL

11                     Plaintiff,

**PLAINTIFF'S NOTICE OF NON-OPPOSITION AND CONCURRENCE TO TRANSFER OF VENUE FOR FORUM NON CONVENIENS**

12          v.

13   CRYSTAL COX, an individual, et al.,

14                     Defendants.

15

16          On June 12, 2015, Defendant Crystal Cox, filed a "Motion for Court Ruling" (Doc. # 281),

17   asking to appear at trial by phone because she is "unable to travel to this court" and "cannot come

18   to Las Vegas."   Concurrent with the filing of this Motion for Court Ruling, Defendant Cox also

19   filed a "Motion for Exception" (Doc. #282) in which she asked to be relieved of the necessity to

20   attend a Settlement Conference again because she has "no way to attend a settlement conference

21   in person." (Doc. #282).  Neither the request to appear by phone nor to deprive Plaintiff of his

22   right to a jury trial can be granted without unduly prejudicing Plaintiff.  On those grounds Plaintiff

23   opposes such requests.   However, to the degree these motions raise concerns about the

24   convenience of the forum to Defendant Cox, and recognizing the inherent power of the Court to

25   either take the motions as a request to transfer venue for forum non-conveniens or at its discretion

26   to sua sponte transfer the matter on forum non conveniens grounds, Plaintiff does not oppose.

27          Defendant Cox resides within the Western District of Washington where she could readily

28   attend both a settlement conference and any trial on this matter.  She acknowledges she owns a

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0245                                    1                        Non-Opposition to Transfer

1   truck and has the support of her church within the Western District of Washington.  (*See* Doc.

2   #282.)  While she may in fact not be able to attend proceedings in Las Vegas, she is able to do so

3   in the Western District of Washington, where she has appeared in person on several unrelated

4   matters.  As such, it appears that the transfer of this action to the Western District of Washington

5   would fairly address the concerns raised by Defendant Cox while preserving Plaintiff's right to a

6   jury trial and without prejudicing Plaintiff, Counterdefendant by depriving him of the ability to

7   examine Ms. Cox in person.

8         For the foregoing reasons, Plaintiff does not oppose, and concurs in, the transfer of this

9   case by the Court, at its discretion, to the Western District of Washington.

10        DATED this 15th day of June, 2015.

11                              Respectfully Submitted,

12                              WEIDE & MILLER, LTD.

13

14                              */s/ F. Christopher Austin*
                                F. Christopher Austin
15   .                          7251 W. Lake Mead Blvd., Suite 530
                                Las Vegas, NV 89128
16
17                              Attorney for Attorneys for Plaintiff, Counterdefendant
                                Marc J. Randazza

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0245                              2                    Non-Opposition to Transfer

1

## CERTIFICATE OF SERVICE

2        I hereby certify that I am an employee of Weide & Miller, Ltd. and that on June 15, 2015,

3 I served a full, true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF NON-**

4 **OPPOSITION AND CONCURRENCE TO TRANSFER OF VENUE FOR FORUM NON**

5 **CONVENIENS** via the United States District Court's CM/ECF filing system upon the following:

6        RANDAZZA LEGAL GROUP
Ronald D. Green, Esq.

7        Nevada Bar No. 7360

8 and

9        CRYSTAL L. COX, Pro Se
PO Box 20277

10        Port Townsend, WA 98368

11 and via U.S. Mail to the party below requesting notice:

12        CRYSTAL L. COX,
PO Box 20277

13        Port Townsend, WA 98368
Pro Se Defendant, Counterclaimant

14

15        */s/ F. Christopher Austin*
An employee of WEIDE & MILLER, LTD.

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

FCA-W-0245        3        Non-Opposition to Transfer