# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARC J. RANDAZZA, an individual, et al,

    Plaintiffs,

v.

CRYSTAL COX, an individual, et al.

    Defendants.

Case No.: 2:12-cv-2040-JAD-PAL

**Order**
(Docs. 281, 283, 284)

On July 20, 2015, Magistrate Judge Leen stayed this case pending Marc Randazza's appeal. Doc. 293. Three of Crystal Cox's motions remain pending. The first is a motion asking the court to schedule a bench trial immediately and decide all pending claims. Doc. 281. Because the state of this case depends on the outcome of plaintiffs' appeal, and this case is stayed pending that appeal, I deny the motion without prejudice to Cox's ability to ask the court to schedule a trial on any claims remaining after the Ninth Circuit has resolved plaintiffs' appeal.

The second of Cox's motions aks the court to reconsider its without-prejudice denial of the motions she filed during the last stay of this case. Docs. 272, 283. Cox has not shown any basis to grant reconsideration of that order, and her request (Doc. 283) is denied because she has not carried her burden on reconsideration.

Finally, Cox asks the court to clarify what her next steps should be regarding the joint pretrial order that the court directed her to work with the plaintiffs to submit. Doc. 284. In light of the stay and the nature of the appeal, and in the interests of judicial economy, this motion is also denied without prejudice to its refiling once the stay is lifted.

Accordingly, IT IS HEREBY ORDERED that Crystal Cox's motions at **Doc. 281, 283, and 284 are DENIED.** The parties are instructed that NO ADDITIONAL MOTIONS OR REQUESTS FOR RELIEF MAY BE FILED WHILE THIS STAY IS IN EFFECT except that any party may: (1)

1  file any valid notice of appeal; (2) notify the court of an update to his/her contact information or
2  representation by counsel; or (3) file a motion to lift this stay with good cause.  Any document filed
3  in violation of this order will be stricken.

4  DATED: July 30, 2015

5  _____
   Jennifer Dorsey
6  United States District Judge

7

8  **Clerk to mail copy to:**
   Crystal L. Cox
9  P.O. Box 2027
   Port Townsend, WA 98368
10