**BANK**
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail:  zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail:  mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL COX, an individual, et al.,<br><br>Defendants. | Case No: 2:12-cv-2040-JAD-PAL |

### NOTICE OF BANKRUPTCY

NOTICE IS HEREBY GIVEN that Defendant, Marc J. Randazza filed a petition for relief under Chapter 11, of the United States Code on August 28, 2015, in the United States Bankruptcy Court for the District of Nevada, Case number BK-S-15-14956-abl.  A copy of the *Notice of Bankruptcy Case Filing* is attached hereto.

Dated: September 8, 2015.

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Attorneys for Debtor

United States Bankruptcy Court
District of Nevada

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/28/2015 at 2:07 PM and filed on 08/28/2015.

**MARC JOHN RANDAZZA**
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135
SSN / ITIN: xxx-xx-6762
aka **MARCO RANDAZZA**

The case was filed by the debtor's attorney:

**ZACHARIAH LARSON**
LARSON & ZIRZOW
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101
(702) 382-1170

The case was assigned case number 15-14956-abl to Judge AUGUST B. LANDIS.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Las Vegas Blvd., South, Las Vegas, NV 89101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mary A. Schott**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 08/28/2015 14:09:52 |

| PACER Login: | larsonzirzow:2827045:0 | Client Code: | 3281-000 |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 15-14956-abl |
| Billable Pages: | 1 | Cost: | 0.10 |