UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marc J Randazza, et al., | |
| Plaintiffs-Appellants, | District No.   2:12-cv-02040-JAD-PAL |
| vs. | |
| | U.S.C.A. No.   15-15610 |
| Crystal L. Cox., | |
| Defendants-Appellees. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Dec 9, 2015, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: December 11, 2015.

_____
Jennifer A. Dorsey
United States District Judge