**FILED**

APR 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARC J. RANDAZZA,<br><br>    Plaintiff-Appellant,<br><br>and<br><br>JENNIFER RANDAZZA; NATALIA RANDAZZA,<br><br>    Plaintiffs,<br><br> v.<br><br>CRYSTAL COX,<br><br>    Defendant-Appellee. | No. 15-15610<br><br>D.C. No. 2:12-cv-02040-JAD-PAL<br>District of Nevada, Las Vegas<br><br>ORDER |

  This appeal has been held in abeyance since December 22, 2015, due to the automatic stay imposed by 11 U.S.C. § 362.  We hereby close this appeal for administrative purposes only.  This administrative closure is not a decision on the merits and is not an appealable final order.  No mandate will issue in connection with this administrative closure.

  If the dispute is not resolved in the bankruptcy case, the court will reopen this appeal at appellant's request filed within 45 days after the automatic stay is lifted with respect to this appeal or is terminated in Bankruptcy Case No. 15-14956 (pending in the United States Bankruptcy Court for the District of Nevada).