United States District Court
District of Nevada
Case 2:12-cv-02040-JAD-PAL



Marc J. Randazza, Jennifer Randazza, Natalia Randazza
Plaintiff

V.

Crystal L. Cox, Eliot Bernstein
Defendant

Motion to Intervene, Motion to Notify Court, Motion to Protect the Integrity of this Case

I, Crystal Cox, move this court to protect the integrity of 2:12-cv-02040-JAD-PAL.

I am not sure how to best legally word my request. I know this case has a Stay in place pending Marc John Randazza's Bankruptcy BK-S-15-14956.

This motion is regarding BK-S-15-14956, Adversary Proceeding 16-01111 as the court has made a recent ruling that I pay nearly $500,000 in legal fees that are for legal service owed to F. Chris Austin, Randazza Legal Group, and Ronald Green regarding representation of Marc J. Randazza, Jennifer Randazza, Natalia Randazza in THIS CASE.

When the Stay is lifted and 2:12-cv-02040-JAD-PAL continues, I will be prejudiced as I will already have a nearly $500,000 ruling that I must pay the legal fees of Marc J. Randazza, Jennifer Randazza, Natalia Randazza in the 2040 case in this court.

I am already prejudiced as I already lost dozens of blogs, domain names and online content, shut down by a Preliminary Injunction, TRO in this case.

I have lost over 5 years of use of my intellectual property seized by the Plaintiff(s) in this case and my intellectual property has commercially benefitting Marc Randazza, Ronald Green and Randazza Legal Group as my Intellectual Property is directed to their commercial site and has been for over 5 years.

Even with the ruling in this case denying Summary Judgement (See Doc. 200 Denial of Summary Judgement) and spelling out the legal case that the Plaintiff does not have a right to the domain names and intellectual property they seized 5 years ago. And pretty much knocking out most if not all of the Plaintiff's claims.

However, this case is ongoing and has yet to conclude.

1

The Adv. 16-01111 court is not listening to a pro se litigant and my Objection To the Default and Declaration ( See Adv. 16-01111 Objection to the Default motion, Declaration and Exhibits (Doc. 36) has gone unheard, as I did participate yet I it was ruled I pay attorney fees for all the Plaintiff's legal Fees in this case, through a Default as if I did not even participate.

## JURISDICTION

This court has Jurisdiction over this matter as Case 2:12-cv-02040-JAD-PAL, referred to as "the 2040 Case" in Adversary Proceeding 16-01111

This court, is the proper **venue and jurisdiction** for matters related to the legal fees of Marc J. Randazza, Jennifer Randazza, Natalia Randazza in case 2:12-cv-02040-JAD-PAL. I have not lost in this case and should not have to pay all 3 of the Plaintiff's legal fees to sue Crystal Cox, me, Marc Randazza and Ronald Green's former client and Eliot Bernstein.

However that is what BK-S-15-14956, Adversary Proceeding 16-01111 has ordered. And I have no way to protect my rights in this case as ruled a Default in that case though I participated in the Motion for Default. It was ruled that I pay the 5 years of legal fees of Marc J. Randazza, Jennifer Randazza, Natalia Randazza to sue Me Crystal Cox and Eliot Bernstein.
(See Declaration Legal Fees entered at Doc. 29,30. Adv.16-01111.)

Case 2040 contains multiple parties such Eliot Bernstein, Jennifer Randazza, Natalia Randazza of which are not involved in Adv. 16-01111. Plaintiffs in this case (2:12-cv-02040-JAD-PAL) are being unjustly enriched and I am being prejudiced as a litigant still involved in this case.

I ask this court to somehow intervene and to notify the Bankruptcy Court that this case is pending and not ruled who owes attorney fees, it is improper and discriminating to file for attorney fees for all Plaintiffs in this case for 5 years of legal fees to sue multiple parties.

The bankruptcy court has prejudiced me and discriminated against me as a Pro Se litigant and I have no way to protect my rights in this case due to the expertise and bullying legal maneuverings and tactics of the attorneys in Adv. 16-01111 (Marc Randazza and Matt Zirzow).

## BACKGROUND

**On 08-28-2015** The District of Nevada Court sent me, Crystal Cox, named Creditor 13, an Order to File Proof of Claim and Objection by Deadlines as Follows: Objection by Objections to Discharge due by 11/30/2015. Last day to file Proof of Claims 12/30/2015. (See Doc.6 BK-S-15-14956) I was named as a Creditor due to matters related to this case (2040 JAD-PAL)

**On 2015-09-29,** as court ordered, I filed my proof of claim and objection with the court and the Department of Justice Trustee, as best I could figure out how to do as a Pro Se litigant. And to

be in compliance with the Order sent to me. (See Doc. 29 BK-S-15-1495 and DOJ filing of Proof of Claim)

**On December 6th 2017** Nevada Adv. Case 16-01111 GRANTED a Judgement in favor of Marc Randazza. (See Doc. 44 and 45 Adv.16-01111). The court ruled that I was willfully malicious, and that I was guilty of abuse of process for filing the very court filing that the same court ORDERED me to file. (See Doc.6 BK-S-15-14956) The court ruled this in response to Motion for Default of which I participated in. ( See Adv. 16-01111 Objection to the Default motion, Declaration and Exhibits (Doc. 36).

### Ninth Circuit Appeal and other Remedies

The court erred in granting a Default on Marc Randazza's Motion for Default, as I participated in this Motion and a Default is not lawful nor prudent. Also I am homeless and penniless and a default granted of a nearly $500,000 Judgement against me will only serve as giving Marc Randazza the right to further harass and threaten me for the rest of my life. He will depose me often, depose my friends and family, subpoena businesses colleague's and banks as he has done throughout this 5 year and ongoing legal matter where my former attorney sued me simply to silence my speech.

**I acknowledge and understand that I must appeal the Order to the Ninth Circuit.**

I am filing a Notice of Appeal with the Bankruptcy Court, notifying of my intent to appeal Adv. 16-01111, however the 2040 case is still pending in this court and in order to protect the integrity of this case I am asking this court to intervene and to assist me to stay the default, to overturn the default, or to at least notify the bankruptcy court, Adv. 16-01111.

After the Appeal Process is over, if I am still unjustly prejudiced and burdened with a 500k Judgement for the Legal Fees of Parties involved in this 2040 case, I intend to file a Federal Lawsuit against Matt Zirzow, personally and Professionally, Zirzow and Larson Law Firm, F. Chris Austin, Weide & Miller, Ronald D. Green personally and professionally, Jennifer Randazza personally for Unjust Enrichment, Abuse of Process, and related Torts.

It is not lawful and seriously discriminating against a Pro Se litigant for all these parties to receive this judgment from me, and I will continue to see judicial remedy as far as I can.

Along with the Appeal, and various Motions seeking remedy to this matter. I am sending criminal complaints to the DOJ, FBI, and to the Nevada Attorney General and Governor, to seek help in this matter and report wrongdoing to the best of my ability.

3

I am asking this court to protect the integrity of this case and to protect the rights of ALL litigants moving forward and intervene in the burden of 5 years of legal fees for multiple parties put on one litigant in the case, me, Crystal Cox.

If this court can grant any relief or legal remedy than I request this court do so.

Crystal L Cox    Crystal L Cox    December 9th 2017

**Certificate of Service**

Crystal L Cox

U.S. District Court
Clerk of Court
Room 1334
333 Las Vegas Blvd S
Las Vegas, Nevada 89101

I certify Mailing a Copy to

Dec. 9th 2017

4

Crystal L. Cox
2753 NW 34th St
Docs Return 33434

Clerk of Court
U.S District Court
Room 1334
333 Las Vegas Blvd S.
Las Vegas, NV 89101

89101-706834



WEST PALM BCH FL 334
11 DEC 2017 PM 4 L