Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Marc J. Randazza,
Jennifer Randazza, and Natalia Randazza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC J. RANDAZZA, an individual; JENNIFER RANDAZZA, an individual; NATALIA RANDAZZA, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CRYSTAL COX, an individual; and ELIOT BERNSTEIN, an individual, <br><br> Defendant. | Case No. 2:12-CV-02040-JAD-BNW <br><br> **<u>STATUS REPORT</u>** |

Plaintiffs Marc J. Randazza, Jennifer L. Randazza, and Natalia Randazza ("Plaintiffs") file their status report pursuant to this Court's Minute Order dated March 22, 2022 (ECF No. 314) relating to the status of bankruptcy proceedings. Specifically, that Order directed:

> that the parties must file a status report to the court every 90 days, beginning April 1, 2022, to advise of the status of the bankruptcy proceedings. Based on the status of this case, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE this matter subject to reopening after the bankruptcy proceedings have concluded.

ECF No. 314. Pursuant to that Minute Order, Plaintiffs filed a Status Report on April 1, 2022 (ECF No. 315), and this Status Report is being filed as required 90 days thereafter.

As this Court is aware, Mr. Randazza filed a petition for relief under Chapter 11 of the United States Code on August 28, 2015, in the United States Bankruptcy Court for the District of Nevada, Case No. BK-S-15-14956-abl. *See* ECF No. 295. Defendant Cox's counterclaims were referred to the bankruptcy court. *See* ECF No. 307.

1    Mr. Randazza filed an adversary complaint against Defendant Cox in the bankruptcy court

2    objecting to Defendant Cox's proof of claim, seeking declaratory relief as to dischargeability, and

3    bringing a claim against Defendant Cox for abuse of process. *See Marc John Randazza v. Crystal*

4    *L. Cox*, Adv. No. 16-01111, at ECF No. 6 (Bankr. D. Nev., filed Oct. 6, 2016) (first amended

5    complaint).[1] The Bankruptcy Court awarded default judgment in favor of Mr. Randazza and

6    against Defendant Cox on December 6, 2017. *See* Adv. ECF No. 44. The Bankruptcy Court's

7    judgment awarded Mr. Randazza compensatory damages in the amount of $411,582.59 and

8    punitive damages in the amount of $41,158.00, for a total judgment in the amount of $452,740.59.

9    *Id.*

10    Mr. Randazza sought relief in the Bankruptcy Court against Defendant Cox in relation to

11    the judgment under NRS 21.320, which allowed him to reach certain property and interests of Ms.

12    Cox that cannot be seized by a writ of execution. *See* Adv. ECF No. 87. As part of this effort, Mr.

13    Randazza sought to liquidate Defendant Cox's interests, if any, in the domains that are the subject

14    of the preliminary injunction issued by this Court. *See id*.

15    To effectuate that motion, on March 22, 2022, the Bankruptcy Court entered an Order

16    Granting Plaintiff's Amended *Ex-Parte* Motion to Reopen Case for Judgment Creditor to Obtain

17    Order Pursuant to NRS 21.320. *See In Re: Marc J. Randazza*, No. BK-S-15-14956-abl, at ECF

18    No. 346 (Bankr. D. Nev., filed Mar. 22, 2022). Two days later, on March 24, 2022, Mr. Randazza

19    filed the motion for an order under NRS 21.320. *See* Adv. ECF No. 87. A hearing on that motion

20    before the Bankruptcy Court was held on May 24, 2022. *See* Adv. ECF No. 88.

21    During that hearing, the Court granted Mr. Randazza's Motion, transferring the ownership

22    interest in certain domains and other intangible property from Ms. Cox to Mr. Randazza in partial

23    satisfaction of Mr. Randazza's judgment at a liquidated value. *See* Order Granting Plaintiff's

24    Motion for Order Pursuant to NRS 21.320, Adv. ECF No. 94, attached as **Exhibit 1**. The

25

26

27    [1]    References to the docket in the bankruptcy adversary proceeding are hereafter referred to as "Adv. ECF No."

1   Bankruptcy Court's Order included all of the domains and other assets which were subject to the

2   preliminary injunction in this matter. *See id*.

3          As of the time of this filing, the Bankruptcy Action remains pending. A hearing was held

4   in the Bankruptcy Action yesterday, June 29, 2022, on Mr. Randazza's Motion to Re-Close the

5   bankruptcy case, during which the Court orally granted the motion. A formal order closing the

6   case has been submitted to the Bankruptcy Court, but has not yet been entered, however.

7          Once the Bankruptcy Action is formally closed, Plaintiffs will promptly advise the Court

8   on how it wishes to proceed with this Action. Plaintiffs will notify the Court upon entry of such an

9   order and, if the Court is amenable, respectfully request 14 days from the date of the Bankruptcy

10  Court's Order to file an additional status report regarding their intentions.

11

12          Dated: June 30, 2022.                    Respectfully Submitted,

13                                                   /s/ Ronald D. Green
                                                     Ronald D. Green, NV Bar No. 7360
14                                                   RANDAZZA LEGAL GROUP, PLLC
                                                     2764 Lake Sahara Drive, Suite 109
15                                                   Las Vegas, NV 89117
                                                     Telephone: (702) 420-2001
16                                                   ecf@randazza.com

17                                                   Attorney for Plaintiffs Marc J. Randazza,
                                                     Jennifer Randazza, and Natalia Randazza
18

19

20

21

22

23

24

25

26

27

Case No. 2:12-cv-02040-JAD-BNW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I further certify that a true and correct copy of the foregoing document is being served via electronic mail to:

<savvybroker@yahoo.com>
<crystal@crystalcox.com>
<ReverendCrystalCox@gmail.com>

Additionally, a true and correct copy of the foregoing document is being served to the persons at the addresses listed below via United States mail, postage fully prepaid:

CRYSTAL L. COX
C/O ELIOT BERNSTEIN
2753 NORTHWEST 34TH STREET,
BOCA RATON, FL 33434

CRYSTAL L. COX
P.O. BOX 2027
PORT TOWNSEND, WA 98368

Crystal L. Cox
1000 DRUMLIN LANE
PO BOX 1610
EUREKA, MT 59917

/s/ Ronald D. Green
Ronald D. Green

RANDAZZA | LEGAL GROUP