# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Marc J. Randazza, an individual; Jennifer Randazza, an individual; Natalia Randazza, a minor,

    Plaintiffs

v.

Crystal Cox, an individual; and Eliot Bernstein, an individual,

    Defendants

AND ALL RELATED CLAIMS AND PARTIES

Case No.: 2:12-cv-02040-JAD-BNW

**Order**

Because this action was dismissed and closed ten months ago,[1] IT IS ORDERED that the remaining $2,600 of the cash deposited by the Randazza Legal Group on 12/17/12[2] be returned to the depositor.

_____
U.S. District Judge Jennifer A. Dorsey
July 31, 2023

---

[1] ECF No. 328.
[2] ECF No. 15.